# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation,<br><br>Defendant. | **CASE NUMBER 01-1980 DSD/SRN**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes ("Plaintiff") and Defendant Pinnacle Corporation d/b/a Town & Country Homes ("Defendant"), by and through their respective counsel, hereby jointly request that the Court enter an order granting Defendant an extension of time to respond to the complaint as follows:

Defendant shall have until December 7, 2001 to serve and file its response to the complaint.

Dated: Nov. 20, 2001

[signature]

Craig S. Krummen (#259081)
David A. Davenport (#285109)
Winthrop & Weinstine, P.A.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 347-0700

ATTORNEYS FOR PLAINTIFF
THE ROTTLUND COMPANY, INC.

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11/20/2001

Dean Karau (#225186)
Robin Preble (#271901)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7178/7155
Facsimile: (612) 347-7077

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

::ODMA\PCDOCS\FBDOCS1\2585573\1

**ORDER**

Based upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED THAT:

1. The Stipulation is accepted and incorporated herein as this Court's Order;

2. Defendant has until December 7, 2001 to serve and file its response to the complaint.

Dated: November 21, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge