UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation.

Defendants.

Civil Action No. 01-CV-1980 DSD/SRN

---

**STIPULATION AND ORDER TO ADD TOWN & COUNTRY HOMES, INC., A MINNESOTA CORPORATION, AS A PARTY AND TO ADD CLAIMS AGAINST SAME**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-entitled action, through the undersigned, as follows:

1. Plaintiff will add as a defendant to this action Town & Country Homes, Inc., a Minnesota corporation; and

2. Plaintiff will add allegations of infringement of the architectural design bearing registration number VAu 447-395 by Town & Country Homes, Inc., a Minnesota corporation, for the construction of Bayview town homes in

(a) the Centennial Crossing development in Maple Grove, Minnesota;

(b) the Harvest Hills development in Plymouth, Minnesota;

(c) the Providence Park development in Shakopee, Minnesota; and

(d) the Cornerstone Lake development in Lakeville, Minnesota.

FEB 0 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 30, 2002

Dean R. Karau (#225186)
Robin Preble (#271901)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7000
Facsimile: (612) 347-7077

ATTORNEYS FOR DEFENDANT PINNACLE CORPORATION

Dated: 2/5/02

Craig S. Krummen (#259081)
David A. Davenport (#285109)
Winthrop & Weinstine, P.A.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFF THE ROTTLUND COMPANY, INC.

**ORDER**

**IT IS SO ORDERED.**

Date: February 5, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2610141\1