UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,

Plaintiff,

v.

**ORDER OF REFERENCE**

Pinnacle Corporation, et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss in this matter. Any such motion shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: February 21, 2002

David S. Doty, Judge
United States District Court

FILED 2-22-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______