140338

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1980 DSD/SRN Case Title: The Rottlund Company, Inc. v. Pinnacle Corporation

Affidavit of Movant

I, David A. Donna ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Scott W. Petersen , an attorney admitted to practice in the Northern District of Illinois ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Pinnacle Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 163624 MN Attorney License # | 9/4/02 Date

Affidavit of Proposed Admittee

I, Scott W. Petersen , am currently a member in good standing of the U.S. District Court for the Northern District of Illinois , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Scott W. Petersen Type/Print Name | [signature] Signature | 8/13/02 Date

Attorney License Number: 02185067

Law Firm Name & Address: HOLLAND & KNIGHT LLP
55 W. Monroe Street, Suite 800
Chicago, IL 60603

Telephone: 312-263-3600

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
AMC

SEP 04 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

SEP 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

140338

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1980 DSD/SRN Case Title: The Rottlund Company, Inc. v. Pinnacle Corporation

### Affidavit of Movant

I, David A. Donna ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Edward F. Ryan , an attorney admitted to practice in the Northern District of Illinois ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Pinnacle Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 163624 MN Attorney License # — 9/4/02 Date

### Affidavit of Proposed Admittee

I, Edward F. Ryan , am currently a member in good standing of the U.S. District Court for the Northern District of Illinois , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Edward F. Ryan Type/Print Name — [signature] Signature — 8/13/02 Date

Attorney License Number: 02430355

Law Firm Name & Address: HOLLAND & KNIGHT LLP
55 W. Monroe Street, Suite 800
Chicago, IL 60603

Telephone: 312-263-3600

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk — SEP 04 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED SEP 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

140338

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1980 DSD/SRN Case Title: The Rottlund Company, Inc. v. Pinnacle Corporation

Affidavit of Movant

I, David A. Donna, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Matthew I. Farmer, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Pinnacle Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 163624 9/4/02
Signature MN Attorney License # Date

Affidavit of Proposed Admittee

I, Matthew I. Farmer, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Matthew I. Farmer [signature] 8/13/02
Type/Print Name Signature Date

Attorney License Number: 06216038
Law Firm Name & Address: HOLLAND & KNIGHT LLP
55 W. Monroe Street, Suite 800
Chicago, IL 60603
Telephone: 312-263-3600

Motion Granted: [signature] SEP 04 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED SEP 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______