**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Rottlund Company, Inc.,**
**d/b/a Rottlund Homes,**

**Plaintiff,**

**v.**

**Pinnacle Corporation,**
**d/b/a Town & Country Homes,**
**an Illinois Corporation, and**
**Town & Country Homes, Inc.**
**a Minnesota Corporation.**

**Defendants.**

**v.**

**Bloodgood Architects and Planners**
**of Iowa, Inc., d/b/a/ Bloodgood, Sharp,**
**Buster Architects and Planners, Inc.,**
**an Iowa Corporation,**

**Third-Party Defendant.**

**Civil No. 01-1980 (DSD/SRN)**

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by March 1, 2003.**

OCT 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff and Defendants shall make available for copying within 10 days of service of the Third-Party Summons and Complaint on Bloodgood Architects and Planners of Iowa, Inc., d/b/a Bloodgood Sharp Buster Architects and Planners (BSB) all pleadings, discovery responses and requests, documents produced, correspondence, or any other documents exchanged between the parties or the Court.

3. No party shall be permitted to serve any discovery on BSB until 30 days after the service of the Third-Party Complaint on BSB.

4. No depositions of any party or other witness shall be taken until 30 days after service of the Third-Party Complaint on BSB.

5. BSB shall not be permitted to serve any discovery on Plaintiff or Defendants until 10 days after service of the Third-Party Complaint.

6. All initial disclosures required by Rule 26(a)(1) shall be provided by both Plaintiff and Defendants to BSB within 10 days of service of the Third-Party Complaint. All other initial disclosures shall be completed on or before December 2, 2002.

7. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) within 10 days of service of the Third-Party Complaint.

   b. By Defendant(s) within 10 days of service of the Third-Party Complaint.

   c. By BSB on or before December 2, 2002.

8. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before January 2, 2003.

   b. By Defendant(s) on or before February 1, 2003.

   3. By BSB on or before February 1, 2003.

   c. Any reply by Plaintiff or Defendants on or before February 15, 2003.

9. No more than 50 interrogatories [counted in accordance with Fed. R. Civ.

P. 33(a)] shall be served by any party.

10. No more than 25 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

11. The parties shall set aside one week for a period of 4 months, starting the month of November, 2002, for the taking of depositions. The parties shall provide to the Court the dates that have been set aside for these depositions by November 2, 2002.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by December 1, 2002. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by March 15, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled May 1, 2003. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on July 1, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 days.

Dated: October 8, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge