UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Rottlund Company, Inc.,**
**d/b/a Rottlund Homes,**

**Plaintiff,**

v.

**Pinnacle Corporation,**
**d/b/a Town & Country Homes,**
**an Illinois Corporation, and**
**Town & Country Homes, Inc.**
**a Minnesota Corporation.**

**Defendants,**

**and**

**Town & Country Homes, Inc.,**
**a Minnesota Corporation,**

**Third-Party Plaintiff,**

v.

**Bloodgood Architects and Planners**
**of Iowa, Inc., d/b/a/ Bloodgood, Sharp,**
**Buster Architects and Planners, Inc.,**
**an Iowa Corporation,**

**Third-Party Defendant.**

**Civil No. 01-1980 (DSD/SRN)**

**ORDER**

---

Based on the parties' submissions, and all the files, records and proceedings in this case,

**IT IS HEREBY ORDERED:**

1. That the enforcement of the limited portion of the Court's October 8, 2002, Order concerning Plaintiff's Document Request No. 27 is stayed pending the determination of

OCT 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendants' appeal to the District Court Judge; and

2. That the parties shall serve, consistent with the Court's October 8, 2002, Order and the Court's October 10, 2002, Order concerning discovery, all documents and responsive information ordered to produce and/or provide, including the re-designation of Attorney Eyes Only documents as Confidential, before the close of business on November 4, 2002.

Dated: October 30, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge