UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**The Rottlund Company, Inc. d/b/a/ Rottlund Homes, a Minnesota Corporation**

**Plaintiff,**

**v.**

**Pinnacle Corporation d/b/a/ Town & Country Homes, an Illinois Corporation**

**Defendant,**

**v.**

**Bloodgood Architects and Planners of Iowa, Inc., d/b/a/ Bloodgood, Sharp, Buster Architects and Planners, Inc., an Iowa Corporation**

**Third-Party Defendant.**

**Civil No. 01-1980 (DSD/SRN)**

**ORDER**

---

David A. Davenport, Esq. and Craig S. Krummen, Esq., on behalf of Plaintiff.

Robin Preble, Esq. and Dean R. Karau, Esq., on behalf of Defendant.

Holly J. Newman, Esq. on behalf of Third-Party Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The Court has received Defendant Town and Country Homes, Inc.'s (TCM's) October 28, 2002 letter. The letter states that both Defendants are appealing the portion of the Court's October 8, 2002 Order pertaining to Plaintiff's Document Request No. 27. TCM requests that the Court stay the portion of its October 8, 2002 Order pertaining to Document Request No. 27

FILED OCT 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

until Defendants' appeal is exhausted. This request is reasonable.

Therefore, the Court stays the portion of its October 8, 2002 Order pertaining to Document Request No. 27 until Defendants' appeal is exhausted.

Dated: October 29, 2002.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge