UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

Rottlund Company, Inc.
d/b/a Rottlund Homes,

Plaintiff,

v.

**ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, and
Town & Country Homes, Inc.
a Minnesota corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Architects and Planners
of Iowa, Inc., d/b/a Bloodgood
Sharp, Buster Architects and
Planners, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon defendant's appeal from an order entered by United States Magistrate Judge Susan R. Nelson, dated October 8, 2002. Plaintiff moved the court for an order compelling discovery of certain of defendant's architectural design plans. That motion was granted in part and denied in part by

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Magistrate Judge Nelson. Based on a review of the record herein, the court finds that Magistrate Judge Nelson's order is neither clearly erroneous nor contrary to law. 28 U.S.C. 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that the order of United States Magistrate Judge Susan R. Nelson dated October 8, 2002 is affirmed in all respects.

Dated: November 14, 2002

David S. Doty, Judge
United States District Court