UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,

Plaintiff,

v.

**ORDER**

Pinnacle Corporation, d/b/a
Town & Country Homes, et al.,

Defendants.

This matter is before the court upon plaintiff's letter request pursuant to Local Rule 7.1(b)(2)(B) for an extension of time to file a responsive brief to defendant's motion to dismiss and strike. **IT IS HEREBY ORDERED** that plaintiff shall file a response to defendant's motion no later than March 31, 2003.

Dated: March 4, 2003

David S. Doty, Judge
United States District Court

FILED 3-5-03
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______