UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation;
Town & Country Homes, Inc.,
a Minnesota Corporation; and
Bloodgood Sharp Buster
Architects and Planners
of Iowa, Inc., an Iowa Corporation;

Defendants.

and

Town & Country Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects
and Planners of Iowa, Inc., an
Iowa Corporation,

Third-Party Defendant.

Civil No. 01-1980 (DSD/SRN)

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall

FILED APR 01 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by August 15, 2003.**

2. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before June 1, 2003.

   b. By Defendant(s) on or before July 15, 2003.

   c. Any reply by any party on or before August 15, 2003.

3. Interrogatories directed solely at issues of authentication or foundation of documents will not be counted against the number of interrogatories permitted for any given party.

4. No more than 25 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by April 15, 2003. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 1, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled October 15, 2003. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on December 15, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 15 days.

Dated: April 1, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge