UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,

Plaintiff,

v.

**ORDER OF REFERENCE**

Pinnacle Corporation. et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants Town & Country Homes, Inc. and Pinnacle Corporation's motion to dismiss and strike the second amended complaint which has been filed in this matter. Any such motion shall be heard before Magistrate Judge Susan R. Nelson.

Dated: April 15, 2003

David S. Doty, Judge
United States District Court

FILED 4.15.03
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______