UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & Country Homes, an Illinois corporation; Town and Country Homes, Inc., a Minnesota corporation; and Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa corporation;

Defendants.

and

Town & Country Homes, Inc., a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

Civil No. 01-1980 (DSD/SRN)

**NOTICE OF STATUS CONFERENCE**

---

You are hereby given notice that a Status Conference in the above-captioned matter will be held in Courtroom C, at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **May 9, 2003, at 1:30 p.m.** before United States Magistrate Judge Susan Richard Nelson.

APR 15 2003
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Each party is ordered to submit a letter, to the Court, discussing issues to be addressed at the conference and each party's position on those issues in accordance with the protocol previously established by the parties.

DATED: April 15, 2003.

Susan Richard Nelson
United States Magistrate Judge