UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

Civil No. 01-1980 (DSD/SRN)

**NOTICE OF MOTION HEARING**

Pinnacle Corporation,
d/b/a Town & Country Homes, an
Illinois corporation; Town and
Country Homes, Inc., a Minnesota
corporation; and Bloodgood Sharp
Buster Architects and Planners of
Iowa, Inc., an Iowa corporation;

Defendants.

and

Town & Country Homes, Inc., a
Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects
and Planners of Iowa, Inc., an Iowa
corporation,

Third-Party Defendant.

---

You are hereby given notice that a hearing on Defendants Town & Country Homes, Inc. and Pinnacle Corporation's Motion to Dismiss and to Strike the Second Amended Complaint in the above-captioned matter will be held in Courtroom C (Room 230) at U.S. Courthouse, 316 North

APR 16 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Robert Street, St. Paul, Minnesota, on **May 9, 2003, at 1:30 p.m.** before United States Magistrate Judge Susan Richard Nelson.

DATED: April 16, 2003.

Susan Richard Nelson
United States Magistrate Judge