**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Civil Action No. 01-CV-1980 DSD/SRN

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation and
Town & Country Homes, Inc.,
a Minnesota Corporation, and
Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa corporation

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

---

**ADDENDUM TO THE PROTECTIVE ORDER**

The parties hereby stipulate that any documents produced and testimony provided by any third party, including without limitation, Gerald Mazzara, Design Forum Architects, Inc. and

APR 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

L&M Associates, Ltd., shall be governed by the terms and protections of the Protective Order entered by this Court on January 22, 2002.

Dated: 4/22/03

WINTHROP & WEINSTINE, P.A.

By: ____________________
Robert W. Weinstine (#115435)
Craig S. Krummen (#259081)
David A. Davenport (#285109)
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

*Attorneys for The Rottlund Company, Inc, d/b/a Rottlund Homes*

Dated: 4/22/03

FREDRIKSON & BYRON, P.A.

By: ____________________
Daniel J. Maertens (#188311)
Darren B. Schwiebert (#260642)
Robin Preble (#271901)
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

*Attorneys for Town & Country Homes, Inc.*

Dated: ____________

**HOLLAND & KNIGHT**

By: ______________________________

Edward F. Ryan
Scott W. Petersen
Matthew I. Farmer
55 W. Monroe, Suite 800
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

***Attorneys for Pinnacle Corporation d/b/a Town & Country Homes***

Dated: ____________

**MOORE, COSTELLO & HART, P.L.L.P**

By: ______________________________

Holly J. Newman (#260457X)
Ben Patrick (#312460)
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415
Telephone: (612) 395-8695
Facsimile: (612) 395-8600

***Attorneys for*** *Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.*

Dated: April 23, 2003

**HOLLAND & KNIGHT**

By: ______________________________
Edward F. Ryan
Scott W. Petersen
Matthew I. Farmer
55 W. Monroe, Suite 800
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

***Attorneys for Pinnacle Corporation d/b/a Town & Country Homes***

Dated: ____________

**MOORE, COSTELLO & HART, P.L.L.P**

By: ______________________________
Holly J. Newman (#260457X)
Ben Patrick (#312460)
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415
Telephone: (612) 395-8695
Facsimile: (612) 395-8600

***Attorneys** for Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.*

IT IS SO ORDERED.

Dated: April 24, 2003.

Susan Richard Nelson
U.S. Magistrate Judge