UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v.

Pinnacle Corporation, et al.,

Defendants.

This matter is before the court upon the appeals of defendants Pinnacle Corporation and Town & Country Homes, Inc. and third-party defendant Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. from the order of United States Magistrate Judge Susan R. Nelson, dated September 11, 2003. In her order, Magistrate Judge Nelson granted the motion of plaintiff The Rottlund Company, Inc. for leave to amend its fourth amended complaint. Based on a review of the file and record herein, the court finds that Magistrate Judge Nelson's order is neither clearly erroneous nor contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

FILED OCT - 6 2003
Richard D. Sletten, CLERK
Judgment Ent d. ________
Deputy Clerk s Initials ______

Accordingly, **IT IS HEREBY ORDERED** that the order of the magistrate judge dated September 11, 2003, is affirmed in all respects.

Dated: October 6, 2003

David S. Doty, Judge
United States District Court