# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

The Rottlund Company, Inc.,
d/b/a/ Rottlund Homes, a Minnesota
Corporation,

Plaintiff(s),

v.

Pinnacle Corporation, d/b/a/ Town & Country
Homes, an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, Bloodgood
Sharp Buster Architects and Planners of
Iowa, Inc., an Iowa Corporation, and
The Bloodgood Group, Inc., an Iowa
Corporation,

Defendant(s),

and

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation

Third-Party Defendant.

## COURT MINUTES

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1980 DSD/SRN |
| Date: | 2/23/04 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 4:00 p.m. |
| Time in Court: | 2 Hours & 30 Minutes |

APPEARANCES:

Plaintiff(s): Craig S. Krummen and David Davenport

Defendant(s): Darren B. Schwiebert, Esq., on behalf of Defendant Town & Country Homes, Inc.

Christopher Murdoch, Esq., on behalf of Defendant Pinnacle Corp.

Holly J. Newman, Esq., on behalf of Defendant Bloodgood Sharp Buster and The Bloodgood Group, Inc.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Plaintiff's Motion for Sanctions (Doc. Nos. 320, 321, 322)

(Taken Under Advisement)

Motions taken under advisement as of: February 23, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Chad Drown
Signature of Chad Drown