**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Rottlund Company, Inc.,**
**d/b/a Rottlund Homes,**
**a Minnesota Corporation,**

**Plaintiff,**

**v.**

**Pinnacle Corporation,**
**d/b/a Town & Country Homes,**
**an Illinois Corporation;**
**Town & Country Homes, Inc.,**
**a Minnesota Corporation; and**
**Bloodgood Sharp Buster**
**Architects and Planners**
**of Iowa, Inc., an Iowa Corporation;**

**Defendants.**

**and**

**Town & Country Homes, Inc., a**
**Minnesota Corporation,**

**Third-Party Plaintiff,**

**v.**

**Bloodgood Sharp Buster Architects**
**and Planners of Iowa, Inc., an**
**Iowa Corporation,**

**Third-Party Defendant.**

**Civil No. 01-1980 (DSD/SRN)**

**THIRD AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the

just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3. Changes to the schedule appear in bold.

**<u>Discovery Plan</u>**

1. **Fact discovery shall be commenced in time to be completed by April 15, 2004.**

2. **Expert Discovery**

   **a. All supplemental expert disclosures (as defined by the Court) by Defendants and Plaintiffs' initial report concerning the Chateau Collection shall be served by April 15, 2004.**

   **b. Plaintiff's rebuttal expert reports and Defendants' expert reports concerning the Chateau Collection shall be served by May 15, 2004.**

   **c. Plaintiff's rebuttal expert reports concerning the Chateau Collection shall be served by June 1, 2004.**

   **d. Depositions of expert witnesses shall be completed by July 1, 2004.**

3. Interrogatories directed solely at issues of authentication or foundation of documents will not be counted against the number of interrogatories permitted for any given party.

4. No more than 25 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

**<u>Non-Dispositive Motions</u>**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by **March 31, 2004**. This deadline does not apply to motions which

seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by **July 1, 2004**.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by **August 1, 2004**.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on **November 1, 2004**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 15 days.

Dated: February 25, 2004

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge