# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

The Rottlund Company, Inc., d/b/a/ Rottlund Homes, a Minnesota Corporation,

Plaintiff(s),

v.

Pinnacle Corporation, d/b/a/ Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendant(s),

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation

Third-Party Defendant.

## COURT MINUTES

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1980 DSD/SRN |
| Date: | 3/17/04 |
| Court Reporter: | Bob Riley |
| Tape Number: | |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 3 Hours & 30 Minutes |

APPEARANCES:

Plaintiff(s): Craig S. Krummen and David Davenport

Defendant(s): Darren B. Schwiebert, Esq., on behalf of Defendant Town & Country Homes, Inc.

Christopher Murdoch, Esq., and Matthew Farmer, Esq., on behalf of Defendant Pinnacle Corp.

Holly J. Newman, Esq., on behalf of Defendant Bloodgood Sharp Buster and The Bloodgood Group, Inc.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Pl's Motion for Partial S.J. on Liability Issues of Validity, Direct Copying, Access, Substantial Similarity and Infringement [Doc. No. 333].

Hearing to be continued.

Motions taken under advisement as of: Motion hearing to be continued.

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Chad Drown
Signature of Chad Drown