# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

The Rottlund Company, Inc.,
d/b/a/ Rottlund Homes, a Minnesota
Corporation,

Plaintiff(s),

v.

Pinnacle Corporation, d/b/a/ Town & Country
Homes, an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, Bloodgood
Sharp Buster Architects and Planners of
Iowa, Inc., an Iowa Corporation, and
The Bloodgood Group, Inc., an Iowa
Corporation,

Defendant(s),

and

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation

Third-Party Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

Case No: CV-01-1980 DSD/SRN
Date: May 7, 2004
Court Reporter:
Tape Number: 334 & 335
Time Commenced/Concluded: 10:30am–11:00am and 11:30am–12:15pm
Time in Court: 1 Hour & 15 Minutes

APPEARANCES:

Plaintiff(s): Craig S. Krummen and David Davenport

Defendant(s): Darren B. Schwiebert, Esq., on behalf of Defendant Town & Country Homes, Inc.

Matthew Farmer, Esq., on behalf of Defendant Pinnacle Corp.

Holly J. Newman, Esq., on behalf of Defendant Bloodgood Sharp Buster and The Bloodgood Group, Inc.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Status Conference

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Chad Drown
Signature of Chad Drown