**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**The Rottlund Company, Inc.**
**d/b/a/ Rottlund Homes, a Minnesota**
**Corporation**

**Civil No. 01-1980 (DSD/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Pinnacle Corporation**
**d/b/a/ Town & Country Homes,**
**an Illinois Corporation, and**
**Town & Country Homes, Inc.,**
**a Minnesota Corporation, Bloodgood**
**Sharp Buster Architects and Planners of**
**Iowa, Inc., an Iowa Corporation, and**
**The Bloodgood Group, Inc., an Iowa**
**Corporation,**

**Defendants,**

**and**

**Town & Country Homes, Inc.,**
**a Minnesota Corporation,**

**Third-Party Plaintiff,**

**v.**

**Bloodgood Sharp Buster**
**Architects & Planners of Iowa, Inc.,**
**an Iowa Corporation**

**Third-Party Defendant.**

SUSAN RICHARD NELSON, United States Magistrate Judge

**IT IS HEREBY ORDERED that:**

Rottlund shall prepare and file an affidavit, including time sheets, detailing the attorneys fees and costs incurred in connection with oral argument on its motions for sanctions (Doc. Nos. 320, 321, and 322) by June 1, 2004.

Dated May 26, 2004.

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge