UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**SUPPLEMENTAL AFFIDAVIT OF CRAIG S. KRUMMEN REGARDING ROTTLUND'S FEES AND COSTS INCURRED TO ENSURE PINNACLE'S COMPLIANCE WITH DOCUMENT DISCOVERY** |

STATE OF MINNESOTA )
) ss.:
COUNTY OF HENNEPIN )

I, Craig S. Krummen, having been duly sworn upon oath, state as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota 55402,

and as such I am participating in the representation of Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund") in the above-referenced matter.

2. This Supplemental Affidavit responds to the Court's May 26, 2004 Order, which directed Rottlund to prepare and file an affidavit, including time sheets, detailing the attorneys fees and costs incurred in connection with oral argument on its motions for sanctions.

3. Previously, in response to the Court's request at the December 18, 2003 Status Conference regarding Rottlund's request for sanctions against Pinnacle and its counsel for abusing the discovery process, I submitted an Affidavit Regarding Rottlund's Fees and Costs Incurred to Ensure Pinnacle's Compliance With Document Discovery. (The "January 14, 2004 Affidavit"). Subsequently, three additional Sanctions Hearings were conducted on this issue: they occurred on January 28, February 5, and February 23, 2004.

4. The January 14, 2004 Affidavit summarized the costs, fees, and disbursements Rottlund incurred through January 11, 2004 in connection with ensuring Pinnacle's compliance with document discovery. This Supplemental Affidavit begins on January 12, 2004 (the day after the prior Affidavit's summary ended), and runs through February 23, 2004 (the date of the third and final Hearing on this sanctions issue). This Supplemental Affidavit summarizes the additional costs, fees, and disbursements Rottlund incurred, and responds to the Court's May 26, 2004 Order.

5. Attached hereto as Exhibit A is a true and correct summary of Rottlund's billing records from January 12, 2004 – February 23, 2004 that relate to the motions for sanctions against Pinnacle. Exhibit A is respectfully submitted to the Court *in camera* in response to the Court's May 26, 2004 Order.

6. As reflected in itemized detail in Exhibit A, from January 12, 2004 – February 23, 2004, Rottlund's legal counsel and litigation support staff expended 155.9 hours and $35,222.00 in fees on this sanctions matter, and expended an additional $4,652.06 in costs and disbursements. Total supplemental costs, fees, and disbursements were $39,874.06.

7. The total amount set forth above includes the fees for, and costs of, preparing supporting legal memoranda, affidavits, and exhibits during the week of January 12, 2004. These fees and costs were necessarily incurred in connection with the subsequent January 28, February 5, and February 23, 2004 oral arguments on Rottlund's motions for sanctions.

8. FURTHER YOUR AFFIANT SAYETH NOT.

**s/ Craig S. Krummen**
CRAIG S. KRUMMEN, Affiant

Subscribed and sworn to before me
this 28th day of May, 2004.

**s/ Cynthia L. Kuno**
Cynthia L. Kuno, Notary Public
My Commission Expires: 01/31/05

2120334v1