# EXHIBIT A

01-cv-01980-DSD/SRN (Rottlund v. Pinnacle)

**SUPPLEMENTAL**
**AFFIDAVIT OF CRAIG S. KRUMMEN REGARDING ROTTLUND'S FEES AND COSTS INCURRED TO ENSURE PINNACLE'S COMPLIANCE WITH DOCUMENT DISCOVERY**

# SUBMITTED *IN CAMERA*

2120422v1