**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

01-cv-01980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on (date), I caused the following documents:

SUPPLEMENTAL
AFFIDAVIT OF CRAIG S. KRUMMEN REGARDING
ROTTLUND'S FEES AND COSTS INCURRED TO ENSURE PINNACLE'S COMPLIANCE
WITH DOCUMENT DISCOVERY

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Attorneys for BSB & BGI**
Holly J. Newman, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415
hjn@mch-pllp.com

**Attorneys for Town & Country**
Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397
dschwiebert@fredlaw.com

**Attorneys for Pinnacle**
Christopher J. Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
chris.murdoch@hklaw.com

**Local Counsel For Pinnacle**
David A. Donna, Esq.
DONNA AND DALY, P.C.
1460 Buffet Way, Suite 150
Eagan, MN 55121
ddonna@donnalaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: May 28, 2004

s/ Craig S. Krummen
Craig S. Krummen, #259081
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2120397v1