UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF CHRISTOPHER J. MURDOCH**<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT**

CHRISTOPHER J. MURDOCH, having been duly sworn under oath, state as follows:

1. I am a partner in the law firm of Holland & Knight LLP, 131 S. Dearborn Street, 30th Floor, Chicago, Illinois 60603. Beginning in August 2003 and

continuing until today I have been one of the attorneys representing Pinnacle Corporation in the matter of The Rottlund Company v. Pinnacle Corp., et. al, Case No. 01-CV-1980 (DSD/SRN), pending in the United States District Court for Minnesota.

2. Attached hereto as Exhibit A is a copy of Deposition Exhibit 126, bates marked PIN 00003-00022.

3. Attached hereto as Exhibit B is a true and correct copy of Deposition Exhibit 38.

4. Attached hereto as Exhibit C is a true and correct copy of Deposition Exhibit 127.

5. Attached hereto as Exhibit D is the affidavit of Steve Sandelin.

6. Attached hereto as Exhibit E is a true and correct copy of the copyright registration VAu 447-395.

7. Attached hereto as Exhibit F is a true and correct copy of copyright registration certificate VAu 546-285.

8. Attached hereto as Exhibit G is a true and correct copy of Deposition Exhibit 104.

9. Attached hereto as Exhibit H are true and correct copies of documents RCI 004150-4166.

10. Attached hereto as Exhibit I are excerpts of the deposition transcript of Bud Rotter [pp. 40, 164-66].

11. Attached hereto as Exhibit J is a true and correct copy of Plaintiff's Second Amended Supplemental Objections and Responses to Defendants Interrogatories.

12. Attached hereto as Exhibit K are excerpts of the deposition transcript of Timothy Whitten.

FURTHER AFFIANT SAYETH NOT.

s/ Christhoper J. Murdoch
Christopher J. Murdoch

Sworn and subscribed to me
this 26th day of April, 2004.

s/Irma E. Collins
Notary Public

# 1877900_v1