UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**AFFIDAVIT OF DARREN SCHWIEBERT**

---

Darren Schwiebert, being first duly sworn on oath, states and deposes as follows:

1. I am one of the attorneys representing Defendant Town & Country Homes, Inc. ("TCM") in the above-captioned matter. I am licensed to practice law in the State of Minnesota and the United States District Court for the District of Minnesota. I make this Affidavit in Support of Defendants' Memorandum in Support of Motion for Partial Summary Judgment.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit A.** Homestead Collection Technical Drawing for Centennial Crossing.

**Exhibit B.** Homestead Collection Technical Drawing for Harvest Hills.

**Exhibit C.** Homestead Collection Technical Drawing for Providence Pointe.

**Exhibit D.** Homestead Collection Technical Drawing for Cornerstone Lake in Lakeville.

**Exhibit E.** Homestead Collection Technical Drawing Springbrook.

**Exhibit F.** Chateau Collection Technical Drawing for Pinebrook Commons.

**Exhibit G.** Chateau Collection Technical Drawing for Traditions at Clover Ridge.

**Exhibit H.** Supplemental Expert Report of Albert Bloom Report dated.

**Exhibit I.** Excerpts from Plaintiff's Memorandum of Law in Opposition to Defendant Town & County Homes, Inc.'s Motion to Compel Discovery dated August 28, 2002.

**Exhibit J.** Court's Order dated September 11, 2003.

**Exhibit K.** Court's Order dated July 10, 2003.

**Exhibit L.** Excerpts from the August 14, 2003 deposition of Timothy M. Whitten.

**Exhibit M.** Excerpts from the hearing transcript dated January 15, 2003.

**Exhibit N.** Technical Drawing for the Reserve.

**Exhibit O.** Homestead Collection Technical Drawing for Centennial Crossing.

**Exhibit P.** Plaintiff's Amended Supplemental Objections and Answers to Defendant Town & County Home, Inc.'s Interrogatory No. 3.

**Exhibit Q.** Expert Report of Jeffrey Scherer

**Exhibit R.** Expert Report of Albert Bloom dated August 152003.

**Exhibit S.** Rebuttal report of Jeffrey Scherer.

**Exhibit T.** Expert Report of Anthony Desnick, AIA dated May 30, 2003.

**Exhibit U.** Supplemental Expert Report of Anthony Desnick, AIA dated April 15, 2004.

**Exhibit V.** Rebuttal Expert Report of Anthony Desnick, AIA dated May 14, 2004.

**Exhibit W.** Second Rebuttal Report of Anthony Desnick, AIA

FURTHER YOUR AFFIANT SAITH NOT.

s/Darren B. Schwiebert
Darren B. Schwiebert

Subscribed and sworn to before me
this 14th day of June, 2004.

s/Kimberly J.P. Raba
Notary Public

#2979873\1