UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**(ORAL ARGUMENT REQUESTED)**

---

**PLEASE TAKE NOTICE** that Defendants Pinnacle Corporation ("Pinnacle"), Town & Country Homes, Inc. ("TCM"), Bloodgood Sharp Buster Architects & Planners Of Iowa, Inc. ("BSB"), and The Bloodgood Group, Inc. ("Bloodgood") will bring a Motion for Partial Summary Judgment before the Honorable Susan Richard Nelson at the United States District Court, Courtroom 230, 316 North Robert Street, St. Paul Minnesota 55101, on July 29, 2004 at 9:30 a.m.

Dated: June 14, 2004

s/ Darren B. Schwiebert
Daniel J. Maertens (#188311)
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Holly J. Newman (#26457X)
Ben Patrick (#312460)
MOORE, COSTELLO & HART P.L.L.P
701 4TH Avenue South, Suite 1350
Minneapolis, MN 55415
Telephone: (612) 395-8695
Facsimile: (612) 395-8600

ATTORNEYS FOR DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

#2960607\1