UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

No. 01-CV-1980 (DSD/SRN)

**STIPULATION REGARDING ROTTLUND'S SIXTH AND SEVENTH AMENDED COMPLAINTS**

---

**WHEREAS**, on September 11, 2003 the Court granted Plaintiff The Rottlund Company, Inc.'s ("Plaintiff") Motion to Amend its Fourth Amended Complaint; and

**WHEREAS,** pursuant to the Court's September 11, 2003 order, Plaintiff served and filed its Fifth Amended Complaint on September 15, 2003; and

**WHEREAS,** Defendants Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. ("TCM") filed a joint Motion to Strike and for a More Definite Statement regarding Plaintiff's Fifth Amended Complaint; and

**WHEREAS,** on March 29, 2004 the Court denied Pinnacle and TCM's Motion to Strike, and granted in part and denied in part Pinnacle and TCM's Motion for a More Definite Statement; and

**WHEREAS,** pursuant to the Court's March 29, 2004 order, Plaintiff served and filed a pleading titled the "Fifth Amended Complaint"; and

**WHEREAS,** the pleading titled "Fifth Amended Complaint" served and filed on March 29, 2004 was not identical to the Fifth Amended Complaint served and filed on September 15, 2003; and

**WHEREAS,** the pleading titled "Fifth Amended Complaint" served and filed on March 29, 2004 contained language which Plaintiff had previously stipulated be stricken; and

**WHEREAS**, all Defendants served and filed separate answers to the March 29, 2004 pleading and properly titled those as Answers to the Sixth Amended Complaint; and

**WHEREAS**, BSB and BGI requested that Rottlund fix the caption of the pleading it served and filed on March 29, 2004 so that there would not be two different pleadings entitled the Fifth Amended Complaint; and

**WHEREAS**, in response to BSB and BGI, on April 29, 2004 Rottlund served a pleading entitled the "Sixth Amended Complaint." However, this pleading was not the same as the pleading Rottlund served and filed on March 29, 2004; and

**WHEREAS**, the Clerk of Court rejected the pleading titled "Sixth Amended Complaint" as there was not a corresponding order allowing Rottlund to file the same; and

**WHEREAS,** the Court has directed the parties to resolve any confusion that may exist in the record concerning Plaintiff's Fifth Amended Complaint and the pleading titled "Fifth Amended Complaint" and the pleading titled "Sixth Amended Complaint" and prevent any further confusion;

**NOW, THEREFORE,** the undersigned parties hereby stipulate and agree as follows:

1. Rottlund will amend the pleading served and filed on March 29, 2004 such that that pleading is titled the "Sixth Amended Complaint." Rottlund will make no other changes to that pleading. Rottlund will then reserve and refile this pleading. No party will be required to serve or file any further answer to this pleading.

2. Rottlund will serve and file a pleading titled the "Seventh Amended Complaint." This pleading will be identical to the pleading Rottlund served on April 29, 2004 which it titled "Sixth Amended Complaint" except that it will now bear the caption of the "Seventh Amended Complaint" rather than the "Sixth Amended Complaint."

3. Plaintiff will serve and file the pleadings described above within five days of the Court's execution of this Stipulation and Order.

4. The Defendants will serve and file their answers to the Seventh Amended Complaint within ten days of their receipt of the same.

**WINTHROP & WEINSTINE, P.A.**

Dated: June 7, 2004

s/ David A. Davenport
Craig S. Krummen, MN Bar # 259081
David A. Davenport, MN Bar # 285109
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

Attorneys for Plaintiff The Rottlund Company, Inc.

**HOLLAND & KNIGHT, LLC**

Dated: June 23, 2004

s/ Matthew I. Farmer
Christopher Murdoch, IL Bar #06196537
Matthew I. Farmer, IL Bar #06216038
131 South Dearborn Street
30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile : (312) 578-6666

Attorneys for Defendant Pinnacle Corporation

**DONNA AND DALY, P.C.**

Dated: June 9, 2004

s/ David Donna
David Donna, MN Bar #163624
1460 Buffet Way
Suite 150
Egan, MN 55121-113
Telephone: (612) 406-4250
Facsimile: (612) 406-4243

Attorneys for Defendant Pinnacle Corporation

**FREDRIKSON & BYRON, P.A.**

Dated: June 8, 2004

s/ Darren Schwiebert
Darren Schwiebert, MN Bar # 260642
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397
Telephone: (612) 347-7000
Facsimile: (612) 492-7077

Attorneys for Defendant Town & Country Homes, Inc.

**MOORE, COSTELLO & HART, PLLP**

Dated: June 21, 2004

s/ Holly J. Newman

Holly J. Newman, MN Bar # 26457X
Ben Patrick, MN Bar # 312460
701 Fourth Avenue South
Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-1048
Facsimile: (612) 395-8600

Attorneys for Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.

MPLS:49607.1/16850-166