UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

No. 01-CV-1980 (DSD/SRN)

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

---

I hereby certify that on June 23, 2004, I caused the following documents:

Stipulation Regarding Rottlund's Sixth and Seventh Amended Complaints

to be filed electronically with the clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David A Davenport ddavenport@winthrop.com

David A Donna ddonna@donnalaw.com

Craig S Krummen ckrummen@winthrop.com

Christopher J Murdoch chris.murdoch@hklaw.com

I further certify that I caused the Proposed Order Regarding Rottlund's Sixth and Seventh Amended Complaints to be served on the following persons by e-mail to the following:

David A Davenport ddavenport@winthrop.com

David A Donna ddonna@donnalaw.com

Craig S Krummen ckrummen@winthrop.com

Christopher J Murdoch chris.murdoch@hklaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

s/ Kim Smiley
Kim Smiley
Legal Assistant
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-0148
Facsimile: (612) 395-8600

***Attorneys for Bloodgood Sharp Buster***

MPLS:50302.1/16850-166