UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc.,<br>d/b/a Rottlund Homes,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation,<br>d/b/a Town & County Homes,<br>an Illinois Corporation, and<br>Town & County Homes, Inc., a<br>Minnesota Corporation, Bloodgood Sharp<br>Buster Architects and Planners of Iowa, Inc.,<br>an Iowa Corporation, and The Bloodgood<br>Group, Inc., an Iowa Corporation,<br><br>Defendants. | No. 01-CV-1980 (DSD/SRN)<br><br>**ORDER REGARDING ROTTLUND SIXTH AND SEVENTH AMENDED COMPLAINTS** |

BASED UPON THE STIPULATION (ECF Document No. 413) REGARDING ROTTLUND'S SIXTH AND SEVENTH AMENDED COMPLAINTS, IT IS HEREBY ORDERED:

1. Rottlund will amend the pleading served and filed on March 29, 2004 such that that pleading is titled the "Sixth Amended Complaint." Rottlund will make no other changes to that pleading. Rottlund will then reserve and refile this pleading. No party will be required to serve or file any further answer to this pleading.

2. Rottlund will serve and file a pleading titled the "Seventh Amended Complaint." This pleading will be identical to the pleading Rottlund served on April 29, 2004 which it titled "Sixth Amended Complaint" except that it will now bear the caption of the "Seventh Amended Complaint" rather than the "Sixth Amended Complaint."

3. Plaintiff will serve and file the pleadings described above within five days of the Court's execution of this Order.

4. The Defendants will serve and file their answers to the Seventh Amended Complaint within ten days of their receipt of the same.

**IT IS SO ORDERED**.

Dated: June 23, 2004.

s/ Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge

MPLS:50138.1/16850-166