Court File No. 01-CV-1980
ROTTLUND / Pinnacle

# INDEX TO AMENDED COMPLAINTS

A. Certificate of Registration for Copyright registration number VAu 268-380 (Bate Nos. RC1001247-1248)

B. Certificate of Registration for Copyright registration number VAu 268-404 (Bate Nos. RC1001245-1246)

C. Certificate of Registration for Copyright registration number VAu 447-395.

D. Certificate of Registration for Copyright registration number VAu 534-723 (Bate Nos. RC100153-154).

E. Location map for The Hollander Property is situated at both the northeast and northwest corner of the intersection of Dunkirk and 89th Avenue North in Maple Grove, Minnesota.

F. Rottlund Homes' brochure.

G. Town & Country Homes' brochure.

H. Rottlund Homes' Floor Plan

I. Town & Country Homes' Floor Plan.

J. Certificate of Registration for Copyright registration number VAu 159-813 (Bate Nos. RC1001620-1621).

K. Certificate of Registration for Copyright registration number VAu 546-285 (Bate Nos. RC1002593-2594); and
Certificate of Registration for Copyright registration number VAu 567-088 (Bate Nos. RC1007623-7624).

Index – Amended Complaints