Court File No. 01-CV-1980
ROTTLUND / Pinnacle

Amended Complaints

# EXHIBIT E




# Hollander Property
# Maple Grove, Mn
## Location Map

July 1,1998

DAHLGREN
SHARDLOW
AND UBAN

CONFIDENTIAL




CONFIDENTIAL