Court File No. 01-CV-1980
ROTTLUND / Pinnacle

Amended Complaints

# EXHIBIT H

# The Limited Impact of Commom Walls

## The Chatham and The Dunhill




Main Level

CURRENT AS OF 11/12/97 ©COPYRIGHT, 1994

Your Builder for Life

ROTTLUND HOMES™

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 97118
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

MN-1246 (1/98)