**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
01-cv-01980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **25th** day of **June, 2004**, I caused the following documents:

SEVENTH AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Attorneys for BSB & BGI**
Holly J. Newman, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415
hjn@mch-pllp.com

**Attorneys for Town & Country**
Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397
dschwiebert@fredlaw.com

**Attorneys for Pinnacle**
Christopher J. Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
chris.murdoch@hklaw.com

**Local Counsel For Pinnacle**
David A. Donna, Esq.
DONNA AND DALY, P.C.
1460 Buffet Way, Suite 150
Eagan, MN 55121
ddonna@donnalaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: June 25, 2004

s/ David A. Davenport
David A. Davenport, Bar #0285109
Craig S. Krummen, Bar #0259081
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2120397v1