UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PLAINTIFF'S MOTION TO EXCLUDE ANY EXPERT TESTIMONY FROM DOUG BUSTER, LARRY MOORE, CHRIS JORGENSON, JOE SAFIN AND DAVID KIWUS**

TO: **DEFENDANTS ABOVE-NAMED**, and their attorneys, Darren Schwiebert of **FREDRIKSON & BYRON, P.A.**, 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, Minnesota 55402; Christopher Murdoch of **HOLLAND & KNIGHT, LLC**, 55 West Monroe Street, Suite 800, Chicago, Illinois 60603; and

**THIRD-PARTY DEFENDANT ABOVE-NAMED**, and its attorneys, Holly J. Newman, Moore, Costello & Hart, 701 Fourth Avenue South, Suite 1350, Minneapolis, Minnesota 55415.

Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund") moves the Court for an Order excluding any expert testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus pursuant to Rules 16, 26 and 37 of the Federal Rules of Civil Procedure. This motion will be based upon all the files, records and proceedings herein, along with all of the pleadings filed in support of the motion.

Dated: July 1, 2004

s/David A. Davenport

Craig S. Krummen, #259081
David A. Davenport, #285109
Attorneys for Plaintiff The Rottlund Company, Inc.
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816

2124443v1