UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S NOTICE OF MOTION TO EXCLUDE ANY EXPERT TESTIMONY FROM DOUG BUSTER, LARRY MOORE, CHRIS JORGENSON, JOE SAFIN AND DAVID KIWUS** |

TO: **DEFENDANTS ABOVE-NAMED**, and their attorneys, Darren Schwiebert of **FREDRIKSON & BYRON, P.A.**, 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, Minnesota 55402; Christopher Murdoch of **HOLLAND & KNIGHT, LLC**, 55 West Monroe Street, Suite 800, Chicago, Illinois 60603; and

**THIRD-PARTY DEFENDANT ABOVE-NAMED**, and its attorneys, Holly J. Newman, Moore, Costello & Hart, 701 Fourth Avenue South, Suite 1350, Minneapolis, Minnesota 55415.

**PLEASE TAKE NOTICE** that on July 29, 2004 at 9:30 a.m. before the Honorable Susan Richard Nelson, 242 Federal Building, 316 North Robert Street, Courtroom #230C, St. Paul, Minnesota 55101, Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes will bring a Motion to Exclude any Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus.

Dated: July 1, 2004

s/David A. Davenport

Craig S. Krummen, #259081
David A. Davenport, #285109
Attorneys for Plaintiff The Rottlund Company, Inc.
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816

2124444v1