UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation.<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM DOUG BUSTER, LARRY MOORE, CHRIS JORGENSON, JOE SAFIN AND DAVID KIWUS** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I

submit this Affidavit in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus.

2. On June 10 and 11, 2004, David Kiwus attended the Defendants' deposition of Ms. Melissa Snelson.

3. Attached hereto as **Exhibit A** is a true and correct copy of a transcript excerpt from the September 11, 2002 hearing before Magistrate Judge Susan R. Nelson;

4. Attached hereto as **Exhibit B** is a true and correct copy of Bloodgood Sharp Buster Architects and Planners' Supplemental Disclosure of Expert Witnesses, dated January 14, 2003;

5. Attached hereto as **Exhibit C** is a true and correct copy of Bloodgood Sharp Buster Architects and Planners' Expert Disclosure of Joe Safin, dated August 15, 2003;

6. Attached hereto as **Exhibit D** is a true and correct copy of Bloodgood Sharp Buster Architects and Planners' Expert Disclosure of Chris Jorgensen, dated August 15, 2003;

7. Attached hereto as **Exhibit E** is a true and correct copy of Bloodgood Sharp Buster Architects and Planners' Expert Disclosure of Larry Moore, dated August 15, 2003;

8. Attached hereto as **Exhibit F** is a true and correct copy of Bloodgood Sharp Buster Architects and Planners' Expert Disclosure of Douglas Buster, dated August 15, 2003;

9. Attached hereto as **Exhibit G** is a true and correct copy of a transcript excerpt from the discovery conference held June 3, 2004 before Magistrate Judge Susan R. Nelson;

10. Attached hereto as **Exhibit H** is a true and correct copy of correspondence from David A. Davenport, Esq. to Holly J. Newman, dated June 4, 2004;

11. Attached hereto as **Exhibit I** is a true and correct copy of correspondence from David A. Davenport, Esq. to Holly J. Newman, dated June 14, 2004;

12. Attached hereto as **Exhibit J** is a true and correct copy of an August 15, 2003 accountants' report signed by Joseph D. Kenyon and David G. Kiwus of Schechter Dokken Kanter Andrews & Selcer Ltd., and

13. Attached hereto as **Exhibit K** is a true and correct copy of an April 15, 2004 supplemental accountants' report signed by Joseph D. Kenyon and David G. Kiwus of Schechter Dokken Kanter Andrews & Selcer Ltd.

**FURTHER YOUR AFFIANT SAITH NOT.**

s/David A. Davenport
David A. Davenport

Subscribed and sworn to before me
this 1st day of July, 2004.

s/Deana J. Lessor
Notary Public

My Commission Expires 1/31/05

2124968v1