Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - -

Rottlund Company, Inc.,

Plaintiff,

vs. No. 01-CV-1980

Pinnacle Corporation, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -

THE HONORABLE SUSAN R. NELSON

United States Magistrate Judge

* * * *

TRANSCRIPT OF PROCEEDINGS

TAPE-RECORDED HEARING

* * * *

Date: 9/11/02

Reporter: Lisa M. Thorsgaard

to their purposes.

THE COURT: No. I know you're not here yet technically.

MS. NEWMAN: I know.

THE COURT: If you were a new defendant, that would be a very persuasive argument. But as I understand it, you're being sued on a very limited basis, just on an indemnification basis. And the question really becomes is there a contractual indemnification that applies or not, you see. The plaintiffs aren't making a claim against you and you're not making a claim against the plaintiffs. So I --

MS. NEWMAN: Those are possibilities, though.

THE COURT: I hear you. I hear you.

MS. NEWMAN: Those are possibilities.

THE COURT: But this case has been around a long time.

MS. NEWMAN: Right. What I said and --

THE COURT: There needs to be

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, and Town & County Homes, Inc., a Minnesota Corporation

Defendants.

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff

vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC.'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES**

RECEIVED
JAN 14 2003
DAVID A. DAVENPORT

Pursuant to Rule 26(a) and (e) of the Federal Rules of Civil Procedure, Third Party Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. makes the following supplemental disclosure of the identity of expert witnesses who may be used to provide evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

Al Bloom
Bloom & Fiorino Architects
1110 Jorie Boulevard, Suite 200
Oak Brook, Illinois 60523

Joe Kenyon
Schechter, Dokken, Kanter
100 Washington Ave. S., Suite 1600
Minneapolis, Minnesota 55401-2192

Larry Moore
Chris Jorgenson
Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.
1601 West Lakes Parkway
Suite 200
West Des Moines, IA 50266

Doug Buster
The Bloodgood Group, Inc.
1530 East Dundee Road
Suite 360
Palatine, IL 60074

Joe Safin
Bloodgood Sharp Buster Architects and Planners of Illinois, Inc.
1530 East Dundee Road
Suite 360
Palatine, IL 60074

BSB reserves the right to identify additional expert witnesses who may be used to provide evidence based upon additional claims or defenses raised in this matter.

Dated: 1/14/03

Holly J. Newman (#026457X)
of MOORE COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, Minnesota 55415
Telephone: (612) 673-0148
Facsimile: (312) 395-8600

MPLS:42434 1/16850-166

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, and Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**Expert Disclosure of Joe Safin**

---

Joe Safin's opinions will be based upon his education, training, experience, review of materials produced in discovery by the parties in this matter, deposition testimony provided in this matter, tours of product in Chicago and his knowledge of the procedures and ethics of BSB employees.

Mr. Safin may offer expert opinions at trial that will include the following:

1. Rottlund's back-to-back town home product that it refers to as the Villa, New Villa or Villa II is not unique and represents a standard configuration of spaces or arrangements of individual standard features. These same standard configurations and features exist in numerous residential products and are not subject to copyright protection.
2. If there are any copyright protected element in Rottlund's Villa products, those elements are not substantially similar to TCM's Homestead Collection product.
3. BSB has used all of the features and many of the combinations of features in its designs before those features or combinations were used by Rottlund. BSB utilized its own previous designs and independently created the designs for TCM's Homestead Collection.
4. The opinions and conclusions in Al Bloom's report are accurate and are incorporated herein by reference.
5. See also Joe Safin's deposition transcripts.

Mr. Safin's resume and biography are attached as Exhibit A. In the past ten years, Mr. Safin has authored one article, which concerned the use of wood studs, which appeared in a local residential builders' magazine. Mr. Safin is not being compensated for providing expert testimony in this matter. Mr. Safin has not been deposed, nor testified in any matter other than the present case, in the past 4 years.

Since discovery is not yet complete and all expert disclosures have not yet been made, Mr. Safin reserves the right to supplement or amend the disclosures listed above.

Dated: 8/15/03 By: [signature]
Joe Safin

MPLS:45627.1/16850-166

TOTAL P.03

Received 08-15-2003 09:36 From-847 705 2201 To-MOORE COSTELLO& HART Page 003

Architects and Planners, Inc.
Bloodgood Sharp Buster

# JOE A. SAFIN, AIA
## Partner In Charge, Chicago Regional Office

Joe A. Safin is Partner In Charge of the Chicago Regional office of Bloodgood Sharp Buster Architects & Planners, Inc., a nationally recognized planning and design firm with offices in Des Moines, Tampa, Sacramento, Chicago, Phoenix, Costa Mesa, Jacksonville, Orlando and Boston.

**Education:**
Iowa State University, Ames, IA B.A. in Architecture

**Professional Affiliations**
- Member, National AIA
- Member, Illinois Chapter AIA
- Member, Northeast Illionois Chapter AIA
- Member, Home Builders Association of Greater Chicago

**Registration**
- Registered Architect, State of Illionois

**Professional Experience:**
Mr. Safin was employed by LTT Construction (8/78-10/84), a custom home building firm in Ames, Iowa and Rasmussen and Associates Architects and Planners (10/84-9/88) in Ventura, California prior to joining the staff of Bloodgood Sharp Buster Architects & Planners, Inc. Mr. Safin has been employed by Bloodgood Sharp Buster Architects & Planners, Inc., for over 10 years. He has 20+ years experience in the field of residential architecture; custom home design; shopping center design; remodel, renovation and demolition, structural engineering and remodel (Ventura City Hall, California); and Area Housing Authority (Ventura County and The City of Ventura, California).

**Project Manager Bloodgood Sharp Buster Architects & Planners, Inc.:**
Lexington Homes:
- Homestead Series Units #210, #220, #230, #240, #250, #260; Bartlett, Illinois (Single-family detached)
- Park Villas; Bartlett and Warrenville, Illinois (Four unit flat building)
- Citation Series; Lake in the Hills, Round Lake Beach, Aurora, Illinois (Single-family detached)
- Premier Series; Grayslake, Bartlett, Crystal Lake, Bolingbrook, Naperville, Illinois (Single-family detached)
- Legacy Townhomes; Schaumburg, Illinois

Concord Development Corporation:
- Concord Hills; Lake in the Hills, Illinois (Single-family detached)
- Concord Oaks; Gurnee, Illinois (Single-family detached)
- Concord Glen; Buffalo Grove, Illinois (Single-family detached)
- Concord Point; Carol Stream, Illinois (One Car Townhome and Flat units)
- Concord Lake; Niles, Illinois (One Car Townhome and Flat units)

Architects and Planners, Inc.
Bloodgood Sharp Buster

**Representative Projects Completed Prior to Joining Bloodgood Sharp Buster Architects & Planners, Inc.**

| | |
|---|---|
| Century Homes | 34 Unit H.U. D. housing project, Meiners Oaks, Ca. (Rasmussen & Associates) |
| City of San Buenaventura | 20 Unit H.U.D. housing project; Ventura CA. (Rasmussen & Associates) |
| Polito Residence | Custom Home, Ojai, CA (Rasmussen & Associates) |
| Coffman Residence | Custom Home, Ojai, CA; (Rasmussen & Associates) |
| Spriggs Residence | Remodel; Ventura, CA (Rasmussen & Associates) |
| Haggard Residence | Remodel; Ventura, CA (Rasmussen & Associates) |
| Area Housing Authority of Ventura County | 27 Unit H.U.D. housing project; Camarillo, CA (Rasmussen & Associates) |
| Gateway Village | 70, 740 square foot shopping center; Ventura, CA (Rasmussen & Associates) |
| Navy Chapel | Port Hueneme, CA (Rasmussen & Associates) |
| LaQuinta Motor Inns | 134 Unit Motel; Ventura, CA (Rasmussen & Associates) |
| LTT Construction | Custom Home Builder; Ames, IA. (Designer, Draftsman, Office Manager) |

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwlus

# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants,

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**Expert Disclosure of Chris Jorgensen**

---

Chris Jorgensen's opinions will be based upon his education, training, experience, review of materials produced in discovery by the parties in this matter, deposition testimony provided in this matter, tours of product in Minneapolis and his knowledge of the procedures and ethics of BSB employees.

Mr. Jorgensen may offer expert opinions at trial that will include the following:

1. Rottlund's back-to-back town home product that it refers to as the Villa, New Villa or Villa II is not unique and represents a standard configuration of spaces or arrangements of individual standard features. These same standard configurations and features exist in numerous residential products and are not subject to copyright protection.
2. If there are any copyright protected element in Rottlund's Villa products, those elements are not substantially similar to TCM's Homestead Collection product.
3. BSB has used all of the features and many of the combinations of features in its designs before those features or combinations were used by Rottlund. BSB utilized its own previous designs and independently created the designs for TCM's Homestead Collection.
4. The Minneapolis Market is behind some other metropolitan markets in terms of new and innovative designs or product types. There are several examples that demonstrate a trend of products in Chicago migrating into the Minneapolis market.
5. The opinions and conclusions in Al Bloom's report are accurate and are incorporated herein by reference.
6. See also Chris Jorgensen's deposition transcripts.

Mr. Jorgensen's resume, biography and list of publications are attached as Exhibit A. Mr. Jorgensen is not being compensated for providing expert testimony in this matter. Mr. Jorgensen has not been deposed, nor testified in any matter other than the present case, in the past 4 years.

Since discovery is not yet complete and all expert disclosures have not yet been made, Mr. Jorgensen reserves the right to supplement or amend the disclosures listed above.

Dated: 8·15·03 By: ______________________
Chris Jorgensen

MPLS:45623.1/16850-166

TOTAL P.03

Architects and Planners, Inc.
Bloodgood Sharp Buster

# CHRIS JORGENSEN
Regional Business Director

**Education**

Iowa State University, Ames, Iowa. B.A. in Architecture.

**Professional Activities and Affiliations**

Associate Member, American Institute of Architects
Associate Member, Iowa Chapter American Institute of Architects
Professional Member, International Conference of Building Officials
Professional Member, Building Officials and Code Administrators International
Professional Member, Southern Building Code International

**Representative Projects as Senior Project Manager, BSB Architects and Planners Inc.**

Longview Townhomes, Johnston, Iowa
Club Collection Townhomes, Denver, Colorado
Courtyard Duplexes, Denver, Colorado
Stoney Creek, Wintergreen, Virginia
Ryland Homes 800 Series Single Family, Denver, Colorado
Danbury Park, Denver, Colorado
Bluff Pointe, Fresno, California
Meridian, Fresno, California
Villas at Granite Bay, Sacramento, California
Meadows, Reno, Nevada
Resort Villas, Reno, Nevada
Keller Homes 700 Series Single Family, Colorado Springs, Colorado
April Home 250 Series single family, Denver, Colorado
Golden Bear, Stockton, California
Hunter Creek, Stanford Ranch, California
Niagara Pier Condominium, Erie, Pennsylvania
Sanctuary at Niagara Pier, Erie, Pennsylvania
Geyser Ridge, Sonoma Co., California
Fairway Homes at Boulder Ridge, Lake in the Hills, Illinois
Highlands at Pawling, Pawling, New York
Hiland Park, Queensbury, New York
Oaks at Crystal Springs, Hardyston Township, New Jersey
Bluffs at Crystal Springs, Hardyston Township, New Jersey
Cedars at Crystal Springs, Hardyston Township, New Jersey
Tannery Hill at Crystal Springs, Hardyston Township, New Jersey
Cornell Woods, New Castle, New York
Bridle Ridge, Yorktown, New York
Plazaview, East Greenbush, New York

**Professional Experience**

Mr. Jorgensen has been employed by Bloodgood Sharp Buster Architects & Planners, Inc. since 1985. He has over twenty years of experience in the field of residential architecture, commercial architecture, construction observation, structural design, spec ifications, cost estimating, and construction.

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants,

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**Expert Disclosure of Larry Moore**

---

Larry Moore's opinions will be based upon his education, training, experience, review of materials produced in discovery by the parties in this matter, deposition testimony provided in this matter, tours of product in Minneapolis and his knowledge of the procedures and ethics of BSB employees.

Mr. Moore may offer expert opinions at trial that will include the following:

1. Rottlund's back-to-back town home product that it refers to as the Villa, New Villa or Villa II is not unique and represents a standard configuration of spaces or arrangements of individual standard features. These same standard configurations and features exist in numerous residential products and are not subject to copyright protection.
2. If there are any copyright protected element in Rottlund's Villa products, those elements are not substantially similar to TCM's Homestead Collection product.
3. BSB has used all of the features and many of the combinations of features in its designs before those features or combinations were used by Rottlund. BSB utilized its own previous designs and independently created the designs for TCM's Homestead Collection.
4. The Minneapolis Market is behind some other metropolitan markets in terms of new and innovative designs or product types. There are several examples that demonstrate a trend of products in Chicago migrating into the Minneapolis market.
5. The opinions and conclusions in Al Bloom's report are accurate and are incorporated herein by reference.
6. See also Larry Moore's deposition transcripts.

Mr. Moore's resume, biography and list of publications are attached as Exhibit A. Mr. Moore is not being compensated for providing expert testimony in this matter. Mr. Moore has not been deposed, nor testified in any matter other than the present case, in the past 4 years.

Since discovery is not yet complete and all expert disclosures have not yet been made, Mr. Moore reserves the right to supplement or amend the disclosures listed above.

Dated: 8.13.03 By: [signature]
Larry Moore

MPLS:45626.1/16850-166

TOTAL P.03

Architects and Planners, Inc.
Bloodgood Sharp Buster

# LARRY W. MOORE, AIA

Partner in Charge, Central Regional Office

### Education

Iowa State University, Ames, Iowa. B.A. in Architecture.

### Registration

Registered Architect, State of Iowa
NCARB Certification

### Professional Affiliations

- Member, AIA
- Member, Iowa Chapter AIA
- Member Des Moines Architects Council

### Publications

American Plywood House, 1987
*Professional Builder*, 1989
*Family Circle Magazine*, 1988
*Better Homes & Gardens*, 1989

### Awards

PCBC Gold Nugget Merit Award, 1988
Best-In-American Living Judges Special Award, 1989

### Representative Projects as Regional Design Director, BSB Architects and Planners Inc.

American Plywood House, Auburn, WA (Owner/builder concept house)
Crystal Springs Golf Community, Sussex County, NJ (Stacked flat condominiums)
Crystal Springs Golf Community, Sussex County, NJ (Golf course country club, 15,000 SF)
VMS/RRC Development Corporation, Schaumburg, IL (3-story stacked flat apartment building)
Cambridge Partners/Weatherstone, Ann Arbor, MI (Stacked flat condominium)
Nelson Residence, Des Moines, IA (Custom residence)
Bloodgood Residence, Des Moines, IA
Ryland Homes, Denver, CO (Highland Ranch Single Family)
Village Homes, Denver, CO (Lowry Air Force Base Re-development, Single Family)
Newbury Development Company, Des Moines, IA, 3801 Grand (Assisted Living Facility)
Newbury Development company, Des Moines, IA, Grand Suites (Independent Living Facility)
Life Services Corporation, Erie, PA, Westlake Woods (Assisted Living Facility)
Regency Builders, Urbandale, IA Polo Club Apartments
DeMaria Building Company, Howell, MI, Howell Town Commons and Apartments

### Professional Experience

Mr. Moore has been employed by Bloodgood Sharp Buster Architects & Planners, Inc., since 1986. He has 25 years experience in the field of residential architecture, seniors housing, commercial architecture, construction observation, specifications, and cost estimation.

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants,

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**Expert Disclosure of Douglas Buster**

---

Douglas Buster's opinions will be based upon his education, training, experience, review of materials produced in discovery by the parties in this matter, deposition testimony provided in this matter, tours of product in Chicago and Minneapolis and his knowledge of the procedures and ethics of BSB employees.

Mr. Buster may offer expert opinions at trial that will include the following:

1. Rottlund's back-to-back town home product that it refers to as the Villa, New Villa or Villa II is not unique and represents a standard configuration of spaces or arrangements of individual standard features. These same standard configurations and features exist in numerous residential products and are not subject to copyright protection.
2. If there are any copyright protected element in Rottlund's Villa products, those elements are not substantially similar to TCM's Homestead Collection product.
3. Rottlund's Villa products are not substantially similar to Pinnacle's back-to-back town homes built in the Washington Square Development.
4. BSB has used all of the features and many of the combinations of features in its designs before those features or combinations were used by Rottlund. BSB utilized its own previous designs and independently created the designs for TCM's Homestead Collection.
5. The Minneapolis Market is behind some other metropolitan markets in terms of new and innovative designs or product types. There are several examples that demonstrate a trend of products in Chicago migrating into the Minneapolis market.
6. The opinions and conclusions in Al Bloom's report are accurate and are incorporated herein by reference.
7. See also Doug Buster's deposition transcripts.

Mr. Buster's resume, biography and list of publications are attached as Exhibit A. Mr. Buster is not being compensated for providing expert testimony in this matter. Mr. Buster has not been deposed, nor testified in any matter other than the present case, in the past 4 years.

Since discovery is not yet complete and all expert disclosures have not yet been made, Mr. Buster reserves the right to supplement or amend the disclosures listed above.

Dated: Aug 14, 03 By: Douglas Buster
Doug Buster

MPLS:45617.1/16850-166

TOTAL P.03

Architects and Planners, Inc.
Bloodgood Sharp Buster

DOUGLAS N. BUSTER
Managing Partner

Doug Buster is Managing Partner of Bloodgood Sharp Buster Architects & Planners, Inc., a nationally recognized planning and design firm with offices in Des Moines, Tampa, Sacramento, Chicago, Phoenix, Dallas, Costa Mesa, Jacksonville, Orlando and Boston.

In the past Doug has been personally responsible for the designs of over 100 communities in the Chicago market alone, and is now currently responsible for developing new, innovative and cost effective multifamily design concepts for development across the U. S.

**Professional Affiliations:**

Mr. Buster participates in the following national and state activities associated with design:

- AMERICAN INSTITUTE OF ARCHITECTS (Associate), State of Illinois
- AIA PLAN REVIEW WORKSHOP EXPERT AT NAHB CONVENTION
- MEMBER - HOME BUILDERS ASSOCIATION OF GREATER CHICAGO
- LUMBER AND MANUFACTURED HOUSING INVOLVEMENT
- SPEAKING ENGAGEMENTS REGIONALLY & NATIONALLY

*The Firm's work has been acknowledged by a number of design awards from association professional housing and housing industry groups including:*

National and State AIA Awards
American Wood Council Design for Better Living Awards
Builder's Choice Grand Award
SEBC Aurora Grand Award
Builder's Choice Award
NAHB and BH&G Best In American Living Awards
Denver Sales and Marketing Council MAME Awards
SAM Awards New Jersey
PCBC Gold Nugget Award
SEBC Aurora Award
Qualified Remodeler & Commercial Renovation Design Award
Schlage's Nautilus Award
MIRM Award
PRISM Award

Design work of the Firm has been widely published in consumer and trade magazines including: "Architectural Record," "Better Homes & Gardens," "House & Garden," "Professional Builder," "NAHB Builder," "Housing," "Interiors," "Money," "New Shelter," "The HomeOwner," and "Qualified Remodeler," and used as a resource for "USA Today," "The New York Times," and "Money."

Architects and Planners, Inc.
Bloodgood Sharp Buster

BIBLIOGRAPHY

Douglas Buster
Bloodgood Sharp Buster Architects and Planners
1530 East Dundee Rd., Suite 360
Palatine, Illinois 60067
Ph 847 705 2200
dbuster@bsbdesign.com

BIO FOR DOUGLAS BUSTER

Doug Buster is Managing Partner and Sr. Vice President of Bloodgood Sharp Buster Architects and Planners, a nationally recognized planning and design firm with ten regional offices in Des Moines, Chicago, Boston, Jacksonville, Orlando, Tampa, Phoenix, Dallas, Sacramento and Newport Beach.

Doug has been involved with the development, building, and architectural industries for thirty years, and currently is responsible for heading up multifamily design and development for BSB. Doug specializes in new, innovative, and cost effective multifamily solutions for his firms' clientele around the country.

Buster's firm was established in 1966 as a firm that specializes in the planning and design of residential housing communities. Through its innovative methods of design and service, Bloodgood Sharp and Buster has earned the reputation in the industry as a builder's architect, one who understands the importance of both service and marketable designs. The firms' expertise ranges from garden apartments, to mid-rise, condominium, assisted living, urban infill, mixed use, and neo-traditional multifamily communities. The firm is responsible for thousands of multifamily units, both for sale and for rent; being developed nationally each year by it's developer clients around the country.

Doug is a member of ULI, NAHB, and the Chicago Homebuilders, and serves as an educator and speaker for many multifamily events around the country each year.

MANAGING PARTNERS
Doug Sharp
Doug Buster

SENIOR PARTNER
Jeffrey De Mure

PARTNERS IN CHARGE
Joe A. Saffin
Howard Pals
Larry W. Moon
Jerry Messman
Daniel Swift
James Grundmeier
Jane Knutson
Stephen C. Moore

PARTNERS
Deryl Patterson
Bryan Lanty
Bob Boyd
Gary Snider
Edward Binkley

OFFICES
Des Moines
Tampa
Sacramento
Chicago
Phoenix
Dallas
Newport Beach
Jacksonville
Orlando
Boston

1530 E. Dundee Road
Suite 360
Palatine IL
60067
847 705 2200
Fax 847 705 2201

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit G

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

---

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

---

Discovery Conference

Thursday, June 3, 2004

3:00 p.m.

APPEARANCES:
(Appearing via telephone conference call:)
MAGISTRATE JUDGE SUSAN RICHARD NELSON
(Chad M. Drown, Law Clerk, also present.)

FOR PLAINTIFF THE ROTTLUND COMPANY, INC.:
MR. DAVID A. DAVENPORT
Attorney at Law
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402

FOR DEFENDANT PINNACLE CORPORATION:
(Appearing via telephone conference call.)
MR. MATTHEW I. FARMER
Attorney at Law
HOLLAND & KNIGHT, LLC
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603

MS. LAURA DALY
Attorney at Law
DONNA & DALY, P.C.
1460 Buffet Way
Suite 150
Eagan, Minnesota 55121

FOR THIRD-PARTY PLAINTIFF TOWN & COUNTRY HOMES:
(Appearing via telephone conference call.)
MR. DARREN B. SCHWIEBERT
Attorney at Law
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

FOR THIRD-PARTY DEFENDANT BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.:
(Appearing via telephone conference call.)
MS. HOLLY J. NEWMAN
Attorney at Law
MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South #1350
Minneapolis, Minnesota 55415-1823

* * * * *

THE ORIGINAL IS IN THE POSSESSION
OF ATTORNEY DAVENPORT

* * * * *

Discovery Conference, taken before Patrick J. Mahon, a Notary Public in and for the County of Hennepin, State of Minnesota, held at the law offices of WINTHROP & WEINSTINE, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota.

WHEREUPON, the following proceedings were duly had:

THE COURT: Good afternoon, Counsel. This is Magistrate Judge Nelson.

MR. DAVENPORT: Good afternoon, Your Honor.

MR. SCHWIEBERT: Good afternoon, Your Honor.

THE COURT: Let me put you on the speakerphone. Can you hear me?

MR. DAVENPORT: Yes, Your Honor.

MR. FARMER: Yes.

THE COURT: For plaintiff we have Mr. Davenport?

MR. DAVENPORT: That's correct, Your Honor. And I guess I forgot to mention, my assistant is going to hang out for about five or 10 minutes. We're trying a new system here, and I want to make sure that it works before she leaves.

THE COURT: All right. And Mr. Farmer and

is it Ms. Daly for Pinnacle?

MR. FARMER: That's correct, Your Honor.

MS. DALY: That's right, Judge.

THE COURT: And Mr. Schwiebert for Town & Country?

MR. SCHWIEBERT: That's correct, Your Honor.

THE COURT: And Ms. Newman.

MS. NEWMAN: Yes, Your Honor.

THE COURT: I have received the materials, and I would propose that we begin with the three issues Rottlund asked to address up front, which are scheduling of expert depositions and summary judgment motions and this issue of the archived files index. So let's begin with those three issues. Let's start with BSB experts. Mr. Davenport, are you there?

MR. DAVENPORT: I am, Your Honor. I apologize.

The first issue is defendant BSB's experts. And I guess we've set forth our position in our submission, and we have not received any response from BSB. My suggestion would be, if it's okay with the Court, to hear Ms. Newman's client's position in response to that, and then I'll just simply respond?

MS. NEWMAN: Your Honor, I have been out of the office and not able to review or respond to that

issue at all. As a matter of fact, I'm seeing it being faxed to me for the first time today. That was simply because I was out on vacation. But as I look at it, I think what Rottlund has asked for is simply either -- well, I guess what they're asking for is depositions of Doug Buster, Larry Moore, Joe Safin, and Chris Jorgensen in the round of expert depositions that are to be taken. And if that's what they're looking for, I do not object to that.

THE COURT: Mr. Davenport?

MR. DAVENPORT: Your Honor, I presume the Court has had an opportunity to review our submission on this, and our position is not simply as Ms. Newman has articulated it. Our position is that these four purported expert witnesses have not satisfied the obligations pursuant to Federal Rules of Civil Procedure 26(a)2(b), nor have they satisfied the Court's order in this regard. We have provided you with complete copies of their insufficient disclosures, and as you will see, there is less than a half a page disclosure that is simply a conclusory sentence with respect to each specific topic they expect or intend to opine on at trial. There is absolutely no bases provided for any of those conclusions. And I think the Court is very familiar with the fact that Rule 26(a)2(b) requires a

complete statement of all opinions to be expressed and the basis and reasons therefore.

Now, expert depositions are something that we expect to go forward and take with respect to these four individuals. However, we do not believe that the expert deposition process is one that is designed such that Rottlund is forced to go in there in the dark and shoot from the hip and try to determine what the bases are for these conclusory sentences that are provided in the purported disclosure. We're supposed to have all of that information up front. They have failed to satisfy the requirements.

And so what we are suggesting, Your Honor, pursuant to the case law we've cited, we think that the Court could, if the Court desired to do so, strike those expert disclosures right now. However, if the Court would prefer a formal motion on the issue, we'd like to be able to have an opportunity to brief that, present it and argue it, and let's determine whether or not those witnesses are going to be able to satisfy the requirements, and if they are not, they will be stricken and we will not have to take the depositions.

So what we would like --

MS. NEWMAN: Your Honor --

MR. DAVENPORT: So what we would like to do

is, if we have to, let's get the motion teed up and heard and then let's determine whether or not we're going to have to take those depositions, and if we are, then we'll do so after the motion is resolved. Otherwise, where we are sitting today is, we are being told that these four people will be made available the last two days of expert deposition testimony, for which one of those days we will already be in the deposition room deposing Mr. Scherer. So we find it completely inappropriate and impossible for us at this stage to understand any bases for their opinions, because it's not provided in the report.

MS. NEWMAN: Your Honor, two things in response to that: One is that this is not the type of issue, the exclusion of testimony, that can be decided at a status conference and needs to be handled by way of formal motion practice. But separately, and maybe more importantly, is that the rule that is cited by Mr. Davenport doesn't apply to parties unless, of course, those parties are in the business of regularly supplying expert opinions as part of their job for their employers, which is not the case with respect to the individuals that we've identified. This is really a belt-and-suspenders type of practice to give information that yes, these witnesses who also have facts will have

opinions and intend to offer those at trial.

To the extent that Mr. Davenport or Rottlund is unsatisfied with the information that's been provided so far, they had ample opportunity during the discovery phase to take the depositions of each of these people on whatever facts they wanted to, and I'm not objecting, if they want further information as to what the opinions are, to so inquire in further depositions. I think that's fine. But to the extent that there is some issue as to exclusion, that's not something that I'm prepared to argue on a status conference, nor would that be appropriate. That does need to be handled by way of formal motion practice, if that's really the relief that Rottlund is looking for.

THE COURT: Okay. Well, let's make some comments here. I think it's critical that I do that. First of all, I agree with Ms. Newman that this decision ought to be made by way of formal motion so that there's a court record on appeal.

But I do have to comment, Ms. Newman, on these expert reports, and I do also have to comment on your view about parties to offer expert opinions without providing complete expert reports. You can try to have fact witnesses offer lay opinions at trial if you set the correct foundation. You may or may not succeed at

that. But if you intend for parties to offer expert opinions, those are experts, and you need a full and fair expert disclosure, which is not present in this case. Nobody could contest that. These expert disclosures do not comply with the rules. So I will leave it up to the parties about whether you want to litigate that issue. But if it's your goal to have them offer lay opinions and you believe that you can set the correct -- but they will not --

MR. DAVENPORT: Your Honor, I'm sorry, you just faded out.

THE COURT: Okay. Can you hear me now?

MR. DAVENPORT: Yes, Your Honor. I think where we lost you was when you said the goal to -- if your goal is to offer lay opinion testimony.

THE COURT: If it's the goal of BSB to choose these in-house folks as fact witnesses and to seek to get them to opine as lay witnesses, that's a different story than whether you want to use them as expert witnesses. So I will permit this to be briefed. I'm just telling you, Miss Newman, that there isn't a basis to -- given the expert reports -- and I think the deadlines are long gone, and there's never been a supplement --

MR. DAVENPORT: Your Honor, I apologize. We

lost you again.

THE COURT: All right. I want to go through each party. Are you on a phone or are you at a desk? What's going on here?

MR. DAVENPORT: Well, we have you on a conference system telephone. Miss Newman's on a cell phone. I'm not sure if the static we're hearing in the background is that cell phone. I'm not implying it is. But we have you on a conference party phone here at my office.

THE COURT: Mr. Farmer, what phone are you on?

MR. FARMER: I'm on a phone in my office, and I've heard everything just fine.

THE COURT: Mr. Schwiebert, the same?

MR. SCHWIEBERT: I am in my office. I have heard you cut out. My suspicion of the technology is that it's something related to Mr. Davenport's connection, because we come out over his speaker, but that's my guess.

THE COURT: All right. Well, we can continue to try to do this or not. What do you think?

MR. DAVENPORT: I'd like to continue to try to do it, Your Honor. If necessary, I can certainly hang up and call everybody back within the next three

minutes.

THE COURT: All right, let's continue to try. If I cut out, please tell me.

Anyway, is everyone clear on the Court's position on this issue?

MR. SCHWIEBERT: Yes, Your Honor.

MR. DAVENPORT: I believe the --

MS. NEWMAN: Yes, Your Honor.

MR. DAVENPORT: I believe the plaintiff is, Your Honor, if what we understood is that the disclosures have not complied with the rule, you would permit briefing on the issue with respect to whether or not these reports should be stricken. The only question I have, then, is, is it the Court's view that we would not be required to go forward and take the deposition of these four witnesses until resolution of the motion which Rottlund will file shortly?

THE COURT: Well, that makes the most sense, yes.

MR. DAVENPORT: Thank you, Your Honor.

THE COURT: Unless, of course, you wish to depose them as fact witnesses.

MR. DAVENPORT: Thank you, Your Honor.

THE COURT: All right. Let's move on, then, to the second issue which has to do with the remaining

will happen after the formal motion. I'm just wondering if we can schedule that motion now, because my concern is, given how difficult it was to schedule Town & Country and Pinnacle's summary judgment motion, this motion won't be heard until way after discovery and everything else is finished. Does that make sense?

THE COURT: Yeah, it does make sense.

MR. DAVENPORT: Your Honor, may I respond just briefly?

THE COURT: Yes.

MR. DAVENPORT: As I understood what Your Honor said was that the disclosures do not comply, and I'm hopeful that Miss Newman and I can meet-and-confer and perhaps motion practice won't be necessary. But if it is, then we don't have a problem scheduling the motion and trying to coordinate everyone's schedule, but perhaps we can avoid motion practice given what the Court has stated today.

THE COURT: Okay. I think you should meet-and-confer. I have expressed that view. Miss Newman is certainly free to bring the motion, and she's certainly free to appeal my ruling, but I don't think any argument could be made that disclosures comply with Rule 26.

MR. SCHWIEBERT: This is Darren Schwiebert

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit H

WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

June 4, 2004

David A. Davenport
(612) 604-6716
ddavenport@winthrop.com

**BY FAX and U.S. MAIL**
Holly J. Newman, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

**Re:** ***Rottlund v. Town & Country, et al. v. Bloodgood Architects and Planners of Iowa, Inc.***
Court File No. 01-CV-1980 (DSD/SRN)
Our File No. 10150-3

Dear Holly:

Thank you for the meet-and-confer this morning concerning the disclosures discussed during the Status Conference yesterday. We understand your clients' position on this issue is unchanged. Specifically, your clients' opinion is that Rule 26(a)(2)(B) and the Court's Pretrial Scheduling Order concerning expert witness disclosures do not apply to witnesses employed by a party. As I said, we will consider any legal authority you may have to support your clients' opinion before moving on the issue. In light of our need to begin preparing the brief based on the schedule in this matter, please provide that authority to us early next week.

We believe the Court was very clear on this issue yesterday and urged the parties to avoid motion practice concerning expert disclosure requirements that the Court held apply but were not satisfied in this instance. We hope your clients will reconsider their position and not force Rottlund to seek to recover the fees and costs that it will incur if compelled to bring a motion.

Lastly, thank you for agreeing to hand deliver the index this morning as opposed to mailing it.

Very truly yours,

**WINTHROP & WEINSTINE, P.A.**

David A. Davenport

DAD:djl

c: Matthew Farmer, Esq. (by fax and U.S. Mail)
Darren Schwiebert, Esq. (by fax and U.S. Mail)
Laura Daly, Esq. (by fax and U.S. Mail)

Court File No. 01-CV-1980
ROTTLUND / PINNACLE

Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

# Exhibit I

WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

June 14, 2004

David A. Davenport
(612) 604-6716
ddavenport@winthrop.com

**BY FAX and U.S. MAIL**
Holly J. Newman, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

**Re:** ***Rottlund v. Town & Country, et al. v. Bloodgood Architects and Planners of Iowa, Inc.***
Court File No. 01-CV-1980 (DSD/SRN)/Our File No. 10150-3

Dear Holly:

We have not received any response from you to my June 4, 2004 letter to you. Since you have been unable to provide any case law to support your clients' position concerning expert witness disclosures, we would appreciate it if you would stipulate that your clients do not intend to offer Messrs. Buster, Moore, Jorgenson, or Safin as expert witnesses in this matter. Enclosed please find portions from the transcript of the most recent Status Conference concerning this issue, which we hope will compel you to so stipulate in light of what Judge Nelson stated.

Similarly, please confirm by the end of the day that your clients do not intend to offer any testimony from David Kiwus. As you know, Mr. Kiwus was never disclosed as an expert witness and can not provide testimony in this matter. However, based on his signature on the Kenyon disclosure and attendance at Ms. Snelson's deposition last week, we are concerned that your clients will try to offer testimony from Mr. Kiwus in this matter. Unless you confirm that your clients do not intend to offer testimony from Mr. Kiwus, Rottlund will file a motion to exclude any effort to do so.

Finally, on June 10, 2004 we expected to receive the documents related to BSB's Villas at Granite Bay project. However, we did not receive anything from your office that day. As you know, the Court ordered BSB to produce the documents within a week of the June 3, 2004 Status Conference. Please forward those documents to us today when you respond to the above two issues.

Very truly yours,
**WINTHROP & WEINSTINE, P.A.**

David A. Davenport

David A. Davenport
DAD:djl
Enclosure

c: Matthew Farmer, Esq./Christopher Murdoch, Esq. (by fax and U.S. Mail) (w/encl.)
Darren Schwiebert, Esq. (by fax and U.S. Mail) (w/encl.)