UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**TOWN & COUNTRY HOMES, INC.'S MOTION TO COMPEL**

**(ORAL ARGUMENT REQUESTED)**

---

Defendant Town & Country Homes, Inc. ("TCM") moves to compel the production of information from The Rottlund Company., Inc. pursuant to Fed. R. Civ. P. 26. This motion is based on Rule 26 of the Federal Rules of Civil Procedure, case law, and the accompanying Town & Country Homes Inc.'s Memorandum in Support of Motion to Compel, the Affidavits of Darren Schwiebert, the arguments of counsel, and all of the files, records, and proceedings herein.

Dated: July 1, 2004

s/Darren B. Schwiebert
Daniel J. Maertens (#188311)
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.