UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**AFFIDAVIT OF DARREN SCHWIEBERT IN SUPPORT OF TOWN & COUNTRY HOMES MOTION TO COMPEL**

---

Darren Schwiebert, being first duly sworn on oath, states and deposes as follows:

1. I am one of the attorneys representing Defendant Town & Country Homes, Inc. ("TCM") in the above-captioned matter. I am licensed to practice law in the State of Minnesota and the United States District Court for the District of Minnesota. I make this Affidavit in Support of Town & Country Homes, Inc.'s Motion to Compel.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit A.** Excerpts from the Deposition of Anthony Desnick.

**Exhibit B.** June 23, 2004 letter to Craig Krummen from Darren Schwiebert.

**Exhibit C.** June 24, 2004 letter to Darren Schwiebert from David A. Davenport.

3. Pursuant to Rottlund's request, defendants produced on June 29, 2004, all communication exchanged with Mr. Scherer, defendants' architectural expert, including e-mail communication with attachments.

FURTHER YOUR AFFIANT SAITH NOT.

s/Darren B. Schwiebert
Darren B. Schwiebert

Subscribed and sworn to before me
this 1st day of July, 2004.

s/Kimberly J.P. Raba
Notary Public

#2987582\1