**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottland Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2004, I electronically filed the foregoing documents:

Town & Country Homes, Inc.'s Motion to Compel;
Town & Country Homes, Inc.'s Notice of Motion to Compel;
Town & Country Homes, Inc.'s Memorandum in Support of Motion to Compel;
Affidavit of Darren Schwiebert in Support of Town & Country Homes, Inc.'s Motion to Compel.

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Holly J. Newman, Esq.**
**Chris Murdoch, Esq.**
**David A. Donna, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Dated: July 1, 2004.

**s/ Darren B. Schwiebert**

Darren B. Schwiebert (#260642)
Attorney for Defendant Town & Country Homes, Inc.
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
E-mail: dschweibert@fredlaw.com

#2980174\1