UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, and Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants.

No. 01-CV-1980 (DSD/SRN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on July 2, 2004, I caused the following documents:

Separate Answer and Counterclaim of Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. to Plaintiff's Seventh Amended Complaint

to be filed electronically with the clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David A Davenport | ddavenport@winthrop.com |
| David A Donna | ddonna@donnalaw.com |
| Craig S Krummen | ckrummen@winthrop.com |
| Christopher J Murdoch | chris.murdoch@hklaw.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

s/ Holly J. Newman

Holly J. Newman (MN Lic. #026457X)
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-0148
Facsimile: (612) 395-8600

***Attorneys for Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.***

MPLS:50551.1/16850-166