**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

Court File No. 01-CV-1980 (DSD/SRN)
ROTTLUND / PINNACLE

I hereby certify that on July 1, 2004, I caused the following documents:

- Plaintiff's Motion to Exclude Any Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus;
- Plaintiff's Notice of Motion to Exclude Any Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus;
- Plaintiff's Memorandum of Law in Support of its Motion to Exclude Any Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus;
- Affidavit of David A. Davenport in Support of Plaintiff's Motion to Exclude Any Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David A Donna ddonna@donnalaw.com

Cynthia A Jokela cmoyer@fredlaw.com

Daniel J Maertens dmaertens@fredlaw.com

Christopher J Murdoch chris.murdoch@hklaw.com

Holly Jean Newman hjn@mch-pllp.com, kss@mch-pllp.com

Darren Brayer Schwiebert dschwiebert@fredlaw.com, kraba@fredlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: July 1, 2004

s/David A. Davenport

Craig S. Krummen, #259081
David A. Davenport, #285109
Attorneys for Plaintiff The Rottlund Company, Inc.
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816