*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Deana J. Lessor, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **1st** day of **July, 2004**, she served the following:

Proposed Order regarding Plaintiff's Motion to Exclude any Expert Testimony from Doug Buster, Larry Moore, Chris Jorgenson, Joe Safin and David Kiwus

on the following parties in this action, through their attorneys, **via U.S. Mail and facsimile,** a true and correct copy thereof, enclosed in an envelope, postage prepaid and directed to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397

Holly J. Newman, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

Matthew Farmer, Esq.
Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603

s/Deana J. Lessor
Deana J. Lessor

Subscribed and sworn to before me
this **1st** day of **July, 2004.**

s/Elizabeth Mulvaney
NOTARY PUBLIC

Commission Expires 01/05

2128241v1