UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT THE BLOODGOOD GROUP, INC.'S COUNTERCLAIM E-FILED JULY 2, 2004**<br><br>**JURY TRIAL DEMANDED** |

TO: Defendant The Bloodgood Group, Inc., and their attorneys, Holly Newman and Ben Patrick of MOORE, COSTELLO & HART, 701 Fourth Avenue South, Suite 1350, Minneapolis, MN 55415.

COMES NOW, Plaintiff The Rottlund Company, Inc. ("Plaintiff") and as and for its Answer to Defendant The Bloodgood Group, Inc.'s ("BGI") Counterclaim e-filed July 2, 2004, states and alleges as follows, to-wit:

1. Plaintiff admits the allegations contained in Paragraph 255 of BGI's Counterclaim.

2. Plaintiff denies the allegations contained in Paragraph 256 of BGI's Counterclaim.

3. Plaintiff denies the allegations contained in Paragraph 257 of BGI's Counterclaim.

4. Plaintiff denies the allegations contained in Paragraph 258 of BGI's Counterclaim.

5. Plaintiff denies the allegations contained in Paragraph 259 of BGI's Counterclaim.

6. Plaintiff denies the allegations contained in Paragraph 260 of BGI's Counterclaim.

7. Plaintiff denies the allegations contained in Paragraph 261 of BGI's Counterclaim.

8. Plaintiff denies the allegations contained in Paragraph 262 of BGI's Counterclaim.

9. Plaintiff denies the allegations contained in Paragraph 263 of BGI's Counterclaim.

10. Plaintiff denies the allegations contained in Paragraph 264 of BGI's Counterclaim.

11. Plaintiff denies the allegations contained in Paragraph 265 of BGI's Counterclaim.

12. Plaintiff states that Paragraph 266 of BGI's Counterclaim does not state an allegation to which a response is necessary.

13. Unless specifically admitted, Plaintiff denies all allegations in BGI's Counterclaim.

Dated: July 9, 2004

s/ Craig S. Krummen
Craig S. Krummen, #0259081
David A. Davenport, #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2129170v1