# UNITED STATES DISTRICT COURT
## District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

Case **Number:** 01-CV-1980 **Case Title:** The Rottlund Co., Inc. v. Pinnacle Corp., et al.

**Affidavit of Movant**

I, Rodney A. Honkanen , an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David W. Fuller, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the individual objector Christopher Carmichael in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

X 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).

□ 2. I am not a resident of the State of Minnesota.

□ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature of: s/Rodney A. Honkanen MN Attorney License #46929 Date July 15, 2004

**Affidavit of Resident Minnesota Bar Member** (Must be completed only if movant checks box 2 or 3 above.)

I, ____________________________ , an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature of: ___________________________ MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, David W. Fuller, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).

| David W. Fuller | s/David W. Fuller | July 14, 2004 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number:6271763 issued by the State of IL (initials)

Law Firm Name: Mayer, Brown, Rowe & Maw LLP

Law Firm Addrs: 190 South La Salle Street
Chicago, Illinois 60603

Main Phone: (312)782-0600

Direct Phone: (312) 701 -7736

E-mail Addrs: dfuller@mayerbrownrowe.com

Note: This form shall be converted to PDF and e-filed in ECF. A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.