UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF MATTHEW I. FARMER**

**FILED UNDER SEAL**

## AFFIDAVIT

MATTHEW I. FARMER, having been duly sworn under oath, state as follows:

1. I am a partner in the law firm of Holland & Knight LLP, 131 S. Dearborn Street, 30th Floor, Chicago, Illinois 60603. Beginning in August 2002 and

continuing until today I have been one of the attorneys representing Pinnacle Corporation in the matter of The Rottlund Company v. Pinnacle Corp., et. al, Case No. 01-CV-1980 (DSD/SRN), pending in the United States District Court for Minnesota.

2. Attached hereto as Exhibit A are excerpts from the deposition of Bernard Rotter.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript from the August 13, 2003 hearing before Magistrate Judge Nelson.

4. Attached hereto as Exhibit C are excerpts from the deposition of Steven Kahn.

5. Attached hereto as Exhibit D are excerpts from the deposition of David Rotter.

6. Attached hereto as Exhibit E are excerpts from the April 16, 2004 deposition of Stephen Theis.

7. Attached hereto as Exhibit F are excerpts from the May 29, 2003 deposition of Todd Stutz.

8. Attached hereto as Exhibit G is a true and correct copy of Deposition Ex. 148, which is referenced in the May 29, 2003 deposition of Todd Stutz.

9. Attached hereto as Exhibit H are excerpts from the transcript from the July 15, 2003 hearing before Magistrate Judge Nelson.

FURTHER AFFIANT SAYETH NOT.

__s/ Mathew I. Farmer__
Matthew I. Farmer

Sworn and subscribed to me
this ____ day of April, 2004.

______________________________
Notary Public

# 1877900_v1