**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottland Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2004, I electronically filed the foregoing documents:

Notice of Objections by Pinnacle Corporation and Holland & Knight LLP to Magistrate's Order of Sanctions Dated June 30, 2004;
Defendant Pinnacle Corporation's Memorandum in Support of Its Objections to the Magistrate's Order Entering Sanctions;
Affidavit Of Matthew I. Farmer.

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Holly J. Newman, Esq.**
**Darren B. Schwiebert, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Dated: July 15, 2004.

**s/ Christopher J. Murdoch**
Christopher J. Murdoch
**HOLLAND & KNIGHT LLC**
131 South Dearborn Street
Chicago, Illinois 60503
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

ATTORNEY FOR DEFENDANT
PINNACLE CORPORATION