UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[PARTIALLY FILED UNDER SEAL]** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I

submit this Affidavit in Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Partial Summary Judgment.

2. Attached hereto as **Exhibit R1** is a true and correct copy of a comparison between Rottlund's and TCM's marketing brochures, depicting interiors of the Villa and Homestead Collection products;

3. Attached hereto as **Exhibit R2** is a true and correct copy of a comparison of Rottlund's and TCM's front elevations for their back-to-back products at Rush Creek and Centennial Crossing, respectively;

4. Attached hereto as **Exhibit R3** is a true and correct copy of a comparison of Rottlund's and TCM's side elevations for their back-to-back products at Rush Creek and Centennial Crossing, respectively;

5. Attached hereto as **Exhibit R4** is a true and correct copy of a comparison of Rottlund's and TCM's front elevations for their back-to-back products at Rush Creek and Washington Square, respectively;

6. Attached hereto as **Exhibit R5** is a true and correct copy of a comparison of Rottlund's and TCM's side elevations for their back-to-back products at Rush Creek and Washington Square, respectively;

7. Attached hereto as **Exhibit R6** is a true and correct copy of a comparison of Rottlund's and TCM's front elevations for their back-to-back products at Rush Creek and Traditions at Clover Ridge collection, respectively;

8. Attached hereto as **Exhibit R7** is a true and correct copy of a comparison between Rottlund and TCM's main floors of their back-to-back product;

9. Attached hereto as **Exhibit R8** is a true and correct copy of a comparison between Rottlund and TCM's upper floors of their back-to-back product;

10. Attached hereto as **Exhibit R9** is a true and correct copy of a comparison between Rottlund and TCM's upper floors of their back-to-back product;

11. Attached hereto as **Exhibit R10** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 159-813, for Rottlund's Original Villa creation at Summerwood in Brooklyn Park, effective September 1, 1989 (RCI001619-21);

12. Attached hereto as **Exhibit R11** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 268-380, for Rottlund's Original Villa creation, effective October 6, 1993 (RCI001247-48);

13. Attached hereto as **Exhibit R12** is a true and correct copy of the U.S. Copyright Office's Certificate of Registration, No. VAu 539-993, for Rottlund's architectural works registration of its Original Villa, effective October 18, 2002 (**Filed UNDER SEAL)**;

14. Attached hereto as **Exhibit R13** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 268-404, for Rottlund's New Villa technical drawing registration, effective October 5, 1993 (RCI001245-46);

15. Attached hereto as **Exhibit R13(a)** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 618-217, for Rottlund's New Villa Units A/B dated June 16, 2004 (RC1024043-44) **(Filed UNDER SEAL)**;

16. Attached hereto as **Exhibit R14** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 554-948, for Rottlund's New Villa architectural work registration, effective September 26, 2002 (RCI003051-52) (**Filed UNDER SEAL)**;

17. Attached hereto as **Exhibit R14(a)** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 618-218, for Rottlund's New Villa Units A/B dated June 16, 2004 (RC1024045-46) **(Filed Under Seal);**

18. Attached hereto as **Exhibit R15** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 447-395, for Rottlund's Rush Creek Villa II technical drawing registration, effective June 22, 1999 (RCI004360-61) (**Filed UNDER SEAL**);

19. Attached hereto as **Exhibit R16** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 534-723, for Rottlund's Rush Creek Villa II architectural work registration, effective January 7, 2002 (RCI000153-154) (**Filed UNDER SEAL**);

20. Attached hereto as **Exhibit R17** is a true and correct copy of Rottlund's technical drawings for the Villa II at Rush Creek in Maple Grove, Minnesota, Bates no. D00001-14 (Depo. Ex. 104);

21. Attached hereto as **Exhibit R18** is a true and correct copy of Rottlund's technical drawings for the Villa II at The Reserve in Plymouth, Minnesota, Bates no. RCI004150-66 (**Filed UNDER SEAL**);

22. Attached hereto as **Exhibit R19** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 546-285, for Rottlund's Villa II technical drawing registration for The Reserve, effective February 19, 2002 (RCI002593-94);

23. Attached hereto as **Exhibit R20** is a true and correct copy of Rottlund's deposit material designs submitted for the Rush Creek architectural works registration, Bates no. RCI009725-38 (**Filed UNDER SEAL**);

24. Attached hereto as **Exhibit R21** is a true and correct copy of Rottlund's floor plans for The Chatham and The Dunhill, Bates no. RCI000300-301 (**Filed UNDER SEAL**);

25. Attached hereto as **Exhibit R22** is a true and correct copy of transcript excerpts from the deposition of Bernard Rotter, dated August 29, 2003;

26. Attached hereto as **Exhibit R23** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Timothy Whitten;

27. Attached hereto as **Exhibit R24** is a true and correct copy of transcript excerpts from the deposition of David Rotter, dated August 27, 2003;

28. Attached hereto as **Exhibit R25** is a true and correct copy of transcript excerpts from the deposition of Gerald Mazzara, dated June 4, 2003;

29. Attached hereto as **Exhibit R26** is a true and correct copy of transcript excerpts from the deposition of Roger E. Conhaim, dated August 13, 2003;

30. Attached hereto as **Exhibit R27** is a true and correct copy of transcript excerpts from the individual deposition of Larry Moore;

31. Attached hereto as **Exhibit R28** is a true and correct copy of transcript excerpts from the individual deposition of Tom Ryan, dated December 9, 2003;

32. **Exhibit R29** is a true and correct copy of transcript excerpts from the individual deposition of Timothy Whitten dated August 14, 2003.

33. Attached hereto as **Exhibit R30** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Larry Moore, dated March 6-7, 2003;

34. Attached hereto as **Exhibit R31** is a true and correct copy of an agreement between BSB and Design Development, Inc., Bates no. BSB 10173.1 and dated May 9, 1994 (Depo. Ex. 333) (**Filed Under Seal**);

35. Attached hereto as **Exhibit R32** is a true and correct copy of the "cut and paste" document, depicting floor plans of an 8 unit back-to-back product, Bates no. BSB06380 (Depo. Ex. 330) (**Filed Under Seal**);

36. Attached hereto as **Exhibit R33** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates labeled DDI000002-54 (Depo. Ex. 374) (**Filed Under Seal**);

37. Attached hereto as **Exhibit R34** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates labeled DDI000283-317 (Depo. Ex. 376) (**Filed Under Seal**);

38. Attached hereto as **Exhibit R35** is a true and correct copy of BSB's Midland Homes, Inc. 8-plex red-lined plans, Bates no. BSB03482-86 and dated June 15, 1994 (Depo. Ex. 335) (**Filed Under Seal**);

39. Attached hereto as **Exhibit R36** is a true and correct copy of an excerpt from the November 26, 2003 discovery conference held before Magistrate Judge Susan R. Nelson;

40. Attached hereto as **Exhibit R37** is a true and correct copy of a July 8th handwritten memo from Larry Moore to Jim Grundmeier, Bates no. BSB10208 (Depo. Ex. 338);

41. Attached hereto as **Exhibit R38** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Chris Jorgensen, dated March 5, 2003;

42. Attached hereto as **Exhibit R39** is a true and correct copy of a facsimile from Michael N. Rice of Jerry's Homes, Inc. to Chris Jorgensen, dated March 11, 1997 (Depo. Ex. 55A);

43. Attached hereto as **Exhibit R40** is a true and correct copy of transcript excerpts from the individual deposition of Chris Jorgensen, dated September 3, 2003;

44. Attached hereto as **Exhibit R41** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Arthur Plante, dated December 19-20, 2002;

45. Attached hereto as **Exhibit R42** is a true and correct copy of transcript excerpts from the individual deposition of Mike Ryan, dated December 11, 2003;

46. Attached hereto as **Exhibit R43** is a true and correct copy of the expert report of Arthur Cobb, Cobb & Associates, dated August 15, 2003 (**Filed UNDER SEAL**);

47. Attached hereto as **Exhibit R44** is a true and correct copy of a document entitled, "Top 25 List of Residential Home Builders," *The Business Journal* (2004);

48. Attached hereto as **Exhibit R45** is a true and correct copy of excerpts from Steve Sandelin's January, 1998 calendar, Bates numbers ranging from PINN04548-4622 (Depo. Ex. 266) (**Filed UNDER SEAL**);

49. Attached hereto as **Exhibit R46** is a true and correct copy of transcript excerpts from the individual deposition of Steve Sandelin, dated December 8, 2003;

50. Attached hereto as **Exhibit R47** is a true and correct copy of excerpts from the calendar of Larry Moore, dated April 3, 1998, Bates no. BSB04498.1 and BSB04490.1 (**Filed UNDER SEAL**);

51. Attached hereto as **Exhibit R48** are true and correct copies of photographs, Bates numbers ranging from PINN02600 to PINN02735 (Depo. Ex. 267) (**Filed UNDER SEAL**);

52. Attached hereto as **Exhibit R49** are true and correct copies of photographs, Bates numbered D16025-28 (Depo. Ex. 300);

53. Attached hereto as **Exhibit R50** is a true and correct copy of a Rottlund Homes marketing brochure found in the files of Steve Sandelin (Depo. Ex. 288);

54. Attached hereto as **Exhibit R51** are true and correct copies of marketing brochures, including Rottlund's marketing materials, found in the files of Steve Sandelin (Depo. Ex. 289);

55. Attached hereto as **Exhibit R52** is a true and correct copy of a New Project worksheet from TCM concerning the "Villa Product" and attaching an agreement between BSB

and TCM for architectural services for the "Villa Product," Bates no. D00233-242 (Depo. Ex. 26) (**Filed UNDER SEAL**);

56. **Exhibit R53** is intentionally left blank.

57. Attached hereto as **Exhibit R54** is a true and correct copy of correspondence from Art Plante to Dean Karau, Bates no. BSB01930 and dated July 16, 2001 (Depo. Ex. 41) (**Filed UNDER SEAL**);

58. Attached hereto as **Exhibit R55** is a true and correct copy of a transmittal from Larry Moore to Steve Sandelin purporting to attach the competition product survey for Minneapolis area, Bates no. BSB01944 (Depo. Ex. 114) (**Filed UNDER SEAL**);

59. Attached hereto as **Exhibit R56** is a true and correct copy of an excerpt from the February 23, 2004 Sanctions Hearing and status conference held before Magistrate Judge Susan R. Nelson;

60. Attached hereto as **Exhibit R57** is a true and correct copy of a May 18, 1998 facsimile from Chris Jorgensen to Larry Moore with attachments and Bates no. BSB01662-66 (Depo. Ex. 102) (**Filed UNDER SEAL**);

61. Attached hereto as **Exhibit R58** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Douglas Buster, dated March 6, 2003;

62. Attached hereto as **Exhibit R59** is a true and correct copy of a revised agreement for services between BSB and TCM, Bates no. BSB00642-651 and dated July 1, 1998 (Depo. Ex. 30) (**Filed UNDER SEAL**);

63. Attached hereto as **Exhibit R60** is a true and correct copy of BSB's plans and client redlines for The Villas, Bates no. BSB 02034-36 (Depo. Ex. 6) (**Filed UNDER SEAL**);

64. Attached hereto as **Exhibit R61** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante regarding "The Villas," Bates no. BSB00634-635 and dated June 7, 1999 (Depo. Ex. 78) (**Filed Under Seal**);

65. Attached hereto as **Exhibit R62** is a true and correct copy of transcript excerpts from the deposition of Steve Theis, dated August 20, 2003;

66. Attached hereto as **Exhibit R63** is a true and correct copy of transcript excerpts from the individual deposition of Karen Albertson, dated August 25, 2003;

67. Attached hereto as **Exhibit R64** is a true and correct copy of transcript excerpts from the deposition of Stephen Swanson, dated July 31, 2003;

68. Attached hereto as **Exhibit R65** is a true and correct copy of an undated memorandum from Dan Geegan to Chris Jorgensen, Bates no. BSB04661 (Depo. Ex. 242) (**Filed Under Seal**);

69. Attached hereto as **Exhibit R66** is a true and correct copy of transcript excerpts from the deposition of Michael A. Swanson, dated August 18, 2003;

70. Attached hereto as **Exhibit R67** is a true and correct copy of transcript excerpts from the deposition of Kathleen Gardas, dated June 26, 2003;

71. **Exhibit R68** is intentionally left blank.

72. Attached hereto as **Exhibit R69** is a true and correct copy of a memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, and Mike Creed regarding Aurora Back-to-Back towns, Bates no. PINN01469-73 and dated January 5, 2000 (Depo. Ex. 269) (**Filed Under Seal**);

73. Attached hereto as **Exhibit R70** is a true and correct copy of TCM's plans for its Homestead Collection at Centennial Crossing, Maple Grove, Minnesota, Bates no. BSB02314-2337 and dated October 19, 2000 (Depo. Ex. 5A) (**Filed Under Seal**);

74. Attached hereto as **Exhibit R71** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante, Bates no. BSB00942-953; 940-941 and dated November 29, 2000 (Depo. Ex. 47) (**Filed UNDER SEAL**);

75. Attached hereto as **Exhibit R72** is a true and correct copy of a facsimile transmittal with attachments from Steve Sandelin to Larry Moore, Bates no. BSB01931-35 and dated July 9, 2001 (Depo. Ex. 11) (**Filed UNDER SEAL**);

76. Attached hereto as **Exhibit R73** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates no. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89) (**Filed UNDER SEAL**);

77. Attached hereto as **Exhibit R74** is a true and correct copy of one page showing the sprinkler system design from Rottlund's The Reserve technical drawings (Depo. Ex. 228);

78. Attached hereto as **Exhibit R75** is a true and correct copy of a telephone call report from Beth Miller to Dan Geegan with copies to Chris Jorgensen regarding TCM's Harvest Hills Homestead Collection, Bates no. BSB01226-27 and dated November 2, 2001 (Depo. Ex. 245) (**Filed UNDER SEAL**);

79. Attached hereto as **Exhibit R76** is a true and correct copy of a facsimile from Todd at Metro Fire Protection, Inc. to Lori Meier with attachments, Bates BSB001021-24 and dated April 25, 2002 (Depo. Ex. 43) (**Filed UNDER SEAL**);

80. Attached hereto as **Exhibit R77** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, Bates no. BSB00974-78 and dated July 3, 2002 (Depo. Ex. 90) (**Filed UNDER SEAL**);

81. Attached hereto as **Exhibit R78** is a true and correct copy of a transcript excerpt from the deposition of Todd Dosch, dated February 25, 2004;

82. Attached hereto as **Exhibit R79** is a true and correct copy of TCM's Homestead Collection plans at Harvest Hills, Bates no. BSB02880-2901 (Depo. Ex. 128A) (**Filed UNDER SEAL**);

83. Attached hereto as **Exhibit R80** is a true and correct copy of TCM's Homestead Collection plans at Harvest Hills, Bates no. BSB02902-54 (Depo. Ex. 128B) (**Filed UNDER SEAL**);

84. Attached hereto as **Exhibit R81** is a true and correct copy of a Rottlund marketing piece depicting the interior of its Villa product (Depo. Ex. 109);

85. Attached hereto as **Exhibit R82** is a true and correct copy of a TCM marketing piece depicting the interior of its Homestead Collection product (Depo. Ex. 110);

86. Attached hereto as **Exhibit R83** is a true and correct copy of Plaintiff's Amended Supplemental Objections and Answers to Defendant Town & Country Homes, Inc.'s Interrogatory Numbers 3 through 8, dated December 10, 2002 (Depo. Ex. 134);

87. Attached hereto as **Exhibit R84** is a true and correct copy of Plaintiff's Second Amended Supplemental Objections and Answers to Defendant Town & Country Homes, Inc.'s Interrogatory Number 3, dated February 9, 2004;

88. Attached hereto as **Exhibit R85** is a true and correct copy of an excerpt from the Hearing on August 22, 2003 before Magistrate Judge Susan R. Nelson;

89. Attached hereto as **Exhibit R86** is a true and correct copy of correspondence and related materials from Krista R. Flemming to Kevin Ringwald, City of Chaska, Bates no. D31393-429 and dated March 12, 2002 (**Filed UNDER SEAL**);

90. Attached hereto as **Exhibit R87** is a true and correct copy of TCM's proposed Concept Plan Review for Traditions at Clover Ridge, Bates no. RCI009666-71 and dated April 15, 2002 (**Filed UNDER SEAL**);

91. Attached hereto as **Exhibit R88** is a true and correct copy of the City of Chaska's Resolution approving TCM's Comprehensive Plan Amendment and Concept Plan for Traditions at Clover Ridge, Bates D31498-503 and dated May 20, 2002 (**Filed UNDER SEAL)**;

92. Attached hereto as **Exhibit R89** is a true and correct copy of TCM's proposed preliminary plat site/plan review for Pinebrook in Brooklyn Park, Bates no. D33281-284 and dated August 1, 2002 (**Filed UNDER SEAL)**;

93. Attached hereto as **Exhibit R90** is a true and correct copy of correspondence from Krista Flemming to City of Brooklyn Park, Bates no. D33269-70 and dated March 21, 2003 (**Filed UNDER SEAL)**;

94. Attached hereto as **Exhibit R91** is a true and correct copy of a facsimile transmittal from Krista Flemming to Cindy Sherman, City of Brooklyn Park, Bates no. D33317-18 and dated October 18, 2002 (**Filed UNDER SEAL)**;

95. Attached hereto as **Exhibit R92** is a true and correct copy of correspondence from Krista Flemming to Howard Blin, City of Brooklyn Park, Bates no. D33320-21 and dated October 25, 2002 (**Filed UNDER SEAL)**;

96. Attached hereto as **Exhibit R93** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates no. D31436-37 and dated November 12, 2002 (**Filed UNDER SEAL)**;

97. Attached hereto as **Exhibit R94** is a true and correct copy of the City of Brooklyn Park Planning Staff Report regarding Pinebrook Homestead, Bates no. D33166-70 and dated April 9, 2003 (**Filed UNDER SEAL)**;

98. Attached hereto as **Exhibit R95** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates no. D31544 and dated April 4, 2003 (**Filed UNDER SEAL)**;

99. Attached hereto as **Exhibit R96** is a true and correct copy of a revised proposal for professional services between TCM and Tushie-Montgomery & Associates for the Pinebrook development, Bates no. D34624-28 and dated January 23, 2003 (**Filed Under Seal)**;

100. Attached hereto as **Exhibit R97** is a true and correct copy of a true and correct copy of a revised proposal for professional services between TCM and Tushie-Montgomery & Associates for the Pinebrook development, Bates no. TM00322-326 and dated February 12, 2003;

101. Attached hereto as **Exhibit R98** is a true and correct copy of a revised proposal for professional services between TCM and Tushie-Montgomery & Associates for the Traditions at Clover Ridge development, Bates no. TM00438-443 and dated February 12, 2003;

102. Attached hereto as **Exhibit R99** is a true and correct copy of a facsimile from Tim Johnson to Beth Miller attaching sprinkler room designs, Bates no. D36241-45 and dated July 3, 2002 (Depo. Ex. 379) (**Filed Under Seal)**;

103. Attached hereto as **Exhibit R100** is a true and correct copy of documents produced by Tushie-Montgomery pursuant to Subpoena, Bates TM00563-TM00576;

104. Attached hereto as **Exhibit R101** is a true and correct copy of transcript excerpts from the deposition of Albert Bloom, dated June 9, 2004;

105. Attached hereto as **Exhibit R102** is a true and correct copy of transcript excerpts from the deposition of Jeffrey Scherer, dated June 30, 2004;

106. Attached hereto as **Exhibit R103** is a true and correct copy of the Preliminary Expert Report of Anthony Desnick, AIA, dated May 30, 2003 (Depo. Ex. 417);

107. Attached hereto as **Exhibit R104** is a true and correct copy of the Supplemental Expert Report of Anthony Desnick, AIA, dated April 15, 2004 (Depo. Ex. 418);

108. Attached hereto as **Exhibit R105** is a true and correct copy of the Rebuttal Expert Report of Anthony Desnick, AIA, dated May 14, 2004 (Depo. Ex. 419);

109. Attached hereto as **Exhibit R106** is a true and correct copy of the Second Rebuttal Expert Report of Anthony Desnick, AIA, dated June 1, 2004 (Depo. Ex. 420);

**110.** Attached hereto as **Exhibit R107** is a true and correct copy of the unpublished decision in *Schoolhouse, Inc. v. Jeff Anderson, Margaret Richardson, d/b/a Market Solutions*, No. 999-1214 DSD/JMM.

111. Attached hereto as **Exhibit R108** is a true and correct copy of the Preliminary Expert Report of Jeffrey A. Scherer, FAIA, dated August 15, 2003 (Depo. Ex. 422);

112. **Exhibit R109** is intentionally left blank.

113. Attached hereto as **Exhibit R110** is a true and correct copy of Plaintiff's Objections and Responses to Defendant Town & Country Homes, Inc.'s Requests to Admit [Set II, dated April 15, 2004].

114. Attached hereto as **Exhibit R111** is a true and correct copy of Plaintiff's Objections and Responses to Pinnacle Corporation's Fourth Set of Written Discovery, dated April 15, 2004;

115. Attached hereto as **Exhibit R112** is a true and correct copy of TCM's Homestead Collection marketing brochure, Bates RCI000102-147 (Depo. Ex. 2);

116. Attached hereto as **Exhibit R113** is a true and correct copy of an April 2, 2002 transmittal from James Grundmeier to Dean Karau purporting to forward the contents of Larry Moore's design file, Bates no. D00116 – 252 (Depo. Ex. 225) (**Filed Under Seal)**;

117. Attached hereto as **Exhibit R114** is a true and correct copy of Pinnacle's insurance policies (Depo. Exs. 13-16) (**Filed Under Seal)**;

118. Attached hereto as **Exhibit R115** is a true and correct copy of The Bloodgood Group, Inc.'s complete insurance policy and endorsements, Bates labeled BGI000498-529 (**Filed UNDER SEAL**);

119. Attached hereto as **Exhibit R116** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Paul Anderson, dated December 17, 2002;

120. Attached hereto as **Exhibit R117** is a true and correct copy of transcript excerpts from the individual deposition of Paul Anderson, dated December 10, 2003;

121. Attached hereto as **Exhibit R118** is a true and correct copy of excerpts from TCM's Financial Statement for the period ending September 30, 2003, Bates D30764-70; 30780-99 (Depo. Ex. 294) (**Filed UNDER SEAL**);

122. Attached hereto as **Exhibit R119** is a true and correct copy of excerpts from TCM's Financial Statement for the period ending December 30, 2003, Bates D43143-48; 43158-78 (**Filed UNDER SEAL**);

123. Attached hereto as **Exhibit R120** is a true and correct copy of excerpts from Pinnacle Corporation's Financial Statement for the period ending September 30, 2003, Bates PINN07936-40; 7951-7977 (Depo. Ex. 293) (**Filed UNDER SEAL**);

124. Attached hereto as **Exhibit R121** is a true and correct copy of The Bloodgood Group, Inc.'s organizational chart, Bates BSB 03661 (Depo. Ex. 97);

125. Attached hereto as **Exhibit R122** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Douglas Buster, dated March 6, 2003;

126. Attached hereto as **Exhibit R123** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of James Grundmeier, dated March 4, 2003;

127. Attached hereto as **Exhibit R124** is a true and correct copy of miscellaneous business cars, letters, faxes, etc. indicating Town & Country's Minnesota Division (Depo. Ex. 17) (Filed Under **SEAL)**;

128. Attached hereto as **Exhibit R125** is a true and correct copy of June 2, 2003 email from Craig Krummen to opposing counsel regarding Continuing Depositions of Rottlund; and

129. Attached hereto as **Exhibit R126** is a true and correct copy of excerpts from the June 18, 2003 Status Conference.

FURTHER YOUR AFFIANT SAITH NOT.

**s/ David A. Davenport**
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 19th day of July, 2004.

**s/ Cynthia L. Kuno**
Cynthia L. Kuno, Notary Public
My Commission Expires: 01/31/05

2130405v1