Exhibit R17

EXHIBIT 104


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II
8 UNIT CONDOMINIUMS
A1
FRONT ELEVATION
SIDE ELEVATION
ELEC. METER DETAIL
GAS METER DETAIL
BUILDING CODE INFORMATION
D 00001


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A1.1
D 00002
FRONT ELEVATION
UNIT SIDE ELEVATION
SIDE ELEVATION
COLUMN DETAIL
BRACKET DETAIL


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II
8 UNIT CONDOMINIUMS
UNIT 'C'
UNIT 'D'
FOUNDATION PLAN
BUILDING LONGITUDINAL SECTION
A2
D 00003


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
UNIT 'D'
UNIT 'C'
UNIT FOUNDATION PLANS
BUILDING CROSS SECTION THRU 'C' UNITS
BUILDING CROSS SECTION THRU 'D' UNITS
A3
D 00004


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II
8 UNIT CONDOMINIUMS
ROOF PLAN
A4
D 00065


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A5
D 00006
UNIT "C" UPPER LEVEL FLOOR PLAN
UNIT "C" MAIN LEVEL FLOOR PLAN
OPTIONAL BATH PLAN
TUB DECK DETAIL
KITCHEN ELEVATION
BATH ELEVATION
OPT. BATH ELEVATION
OPT. FIREPLACE/MEDIA CTR
POWDER ROOM ELEV.


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A6
D 00007
UNIT "C" ENTRY/STAIR SECTION
UNIT "C" SECTION
OPTIONAL STAIR SECTION


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A7
D 00008
UNIT "D" MAIN LEVEL FLOOR PLAN
UNIT "D" UPPER LEVEL FLOOR PLAN
OPTIONAL BATH PLAN
KITCHEN ELEVATION
OPT. BATH ELEVATION
OPT. FIREPLACE
MANTEL DETAIL
PANEL MOULD DETAIL
OPT. MEDIA WALL
BATH ELEVATION
OPT. POWDER RM.


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A8
D 00009
UNIT "D" SECTION
UNIT "D" SECTION
UNIT "D" ENTRY SECTION
UNIT "D" STAIR SECTION
OPTIONAL" STAIR SECTION


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A9
D 00010
EAVE DETAIL
FOUNDATION AT HOUSE/GARAGE
RAKE DETAIL
CANTILEVER DETAIL
EAVE DETAIL
EAVE DETAIL
PARTY WALL AT GARAGE SLABS
FOUNDATION AT EXT. WALL
PARTY WALL AT DRAFTSTOP
PARTY WALL AT PARALLEL TRUSS
PARTY WALL AT HOUSE SLABS
FOUNDATION AT HOUSE/GARAGE
PARTY WALL AT DRAFTSTOP
PARTY WALL AT PERPENDICULAR TRUSS
PARTY WALL AT HOUSE/GARAGE SLAB
FOUNDATION AT HOUSE/GARAGE


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A10
D 00011
THRESHOLD DETAIL AT PATIO
THRESHOLD DETAIL AT ENTRY
HALF WALL CAP DETAIL
PARTY WALL AT DRAFTSTOP
STONE SILL DETAIL
EAVE DETAIL AT 'C' UNIT ENTRY COLUMN
PRIVACY WALL ELEVATION
PARTY WALL AT 'C' AND 'D' UNITS


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
OPTIONAL BATH ELEC. PLAN
UNIT "C" UPPER LEVEL ELEC. PLAN
UNIT "C" MAIN LEVEL ELEC. PLAN
ELECTRICAL LEGEND
E1

D 00012


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
OPTIONAL POWDER ROOM/KITCHEN ELEC. PLAN
OPTIONAL BATH ELEC. PLAN
UNIT "D" UPPER LEVEL ELEC. PLAN
UNIT "D" MAIN LEVEL ELEC. PLAN
E2

D 00614

Exhibit R19

# CERTIFICATE OF REGISTRATION

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
VAu 546-285

VA

EFFECTIVE DATE OF REGISTRATION

02 19 02
Month Day Year

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ The Rescue Villa II 8 unit building

NATURE OF THIS WORK ▼ See instructions

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼ The Rottlund Company, Inc.

DATES OF BIRTH AND DEATH Year Born ▼ NA Year Died ▼ NA

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☒ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

CONFIDENTIAL

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2001 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Rottlund Company, Inc.
3065 Centre Pointe Drive
Roseville, MN 55113

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED Feb 19 2002
ONE DEPOSIT RECEIVED Feb 19 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

RCI002593

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

EVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
'es ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
'our answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

6

ERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

7

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Christina Lanners
The Rottlund Company, Inc.
3065 Centre Pointe Drive
Roseville, MN 55113

Area Code and Telephone Number ▶ (651) 638-0513

Be sure to give your daytime phone ◀ number

8

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Todd Stutz Date ▶ 2/12/02

Handwritten signature (X) ▼ [signature]

RCI002594

9

Mail certificate to:

Certificate will be mailed in window envelope

Name ▼
Christina Lanners
The Rottlund Company, Inc.
Number/Street/Apt ▼
3065 Centre Pointe Drive
City/State/ZIP ▼
Roseville, MN 55113

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

Exhibit R22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes,
a Minnesota corporation,
Plaintiff,

vs. Case No. 01-CV-1980 (DSD/SRN)

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, and
Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation, and
The Bloodgood Group, Inc., an
Iowa corporation
Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,
Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF BERNARD J. ROTTER
August 29, 2003

(The following is the deposition of BERNARD J. ROTTER, taken pursuant to Notice of Taking Deposition, at the offices of Fredrikson & Byron, 4000 Pillsbury Center, 200 South Sixth Street, in the city of Minneapolis, state of Minnesota, commencing at approximately 9:13 o'clock a.m., August 29, 2003.)

A. You want to know how I conceived the Villa product?
Q. No, I'm wanting to know when you first became aware of the back-to-back product type.
A. When I put pen to paper.
(Interruption by the reporter.)
Q. You think that -- that you invented the back-to-back product type?
A. As far as I know, I did.
Q. Now I'll let you answer the question you just asked. How did you come up with that, sir?
A. We had -- I'd been doing business with a company, United Mortgage, a fellow by the name of Ron Helmer and we had purchased a piece of -- we had a relationship with Ron where he would find the land or we would find the land, his company would develop it and sell it back to us in an option. And we -- Ron had a piece of land in the City of Blaine that he had purchased, and we purchased all these single-family lots from him and he had a leftover piece, and the leftover piece was approximately 12 acres of property that were zoned for apartments. And Ron came to us and said, would you build something on this? And we said, Ron, we really -- really don't want to do that. We don't have any expertise in that, we -- we just

don't do apartments. We don't know what to do with it. He came back several times and said, I really want you to do it.

And so I sat down, as I've done many times with the history of this company, I've been drawing floor plans since I was 16 or 17 as a hobby, and sketching. And -- You know, I'm not really trained to do that but I have a good sense. In fact I just ran into a friend of mine I haven't seen for several years a couple weeks ago, and we'd grown up together. He said, do you remember when we were 16 and 17 years old you designed this house for both our families and wives to live in some day, we were going to be friends forever and we had a common living area in the middle and bedrooms down each side? And, you know, we laughed about that. So I've been doing it for that long. So I've always loved -- That's really the interest I have in this business is the design side of it.

Q. The -- Before I let you continue your answer, let me just try to understand where you're at. Your discussions with Mr. Helmer from United Mortgage about his property in Blaine was what timeframe?

A. This was 1985, 1986.

Then I sat down and started putting pen to

paper. I knew that we had a situation there of I knew what the price was for the land and I knew it was zoned, and I believe the zoning was 12 per acre. But in any case I knew I had to get 12 units per acre and I really didn't know how to do that. I knew we didn't want to do apartments, I knew we wanted to have garages, and I knew we wanted to have an affordable product.

And I sat down and, as with all the planning I do I start with a square because a square is the most economical product you can build. So I drew a square that was 24 feet by 24 feet, started with that, stacked it up and then I started to put it into a configuration that would make sense to get 12 units per acre. And what I simply did is take an acre of land and lay this building out in these squares, multiply 24 times six, doubled it for the width, set it on the acre lot, it fit, and just progressed to bring the design up to a point where I thought it made some sense.

We had a draftsman in-house working for us at the time, his name was Don Kangas, and brought it to Don and Don put it on his board and we brought everything up to quarter-inch scale and drew the entire 12-unit building. I designed it, though, with

flexibility. I always called it like an accordion, because we could bring it from six to eight to twelve to sixteen units, just depending on what type of land configuration we had, so it would always be very flexible in that regard.

Don then drew this quarter-inch-scale plan, we looked at it, I took what -- we'd have a -- a cost estimate sheet which would break down every activity and all our materials and supplies, and I had a good feel for what was going on in purchasing, and I ran numbers on what these units would cost to build and double-checked a few of the numbers with some of our suppliers and felt that this is a very affordable product, would really fit a market niche, and it may be worth our -- our -- a risk of trying to help Ron out with this property and see if this product really worked. It's one of those --

Q. Where in the --

A. It's one of those things in time where, I wouldn't call it genius, but where everything, the stars align and everything comes together, because prior to really finding the Villa product and getting into the market and see the success of how that took out -- took off, we were a good builder in the Twin Cities but we were just another builder.

The Villa product just changed the whole complexion of our company. Anyone you talk to in the Twin City area says the Villa was -- was the magic for your company, it allowed you to do everything else you did, and it -- it really had been. So I took --

Q. Where --

A. -- I took that product --

Q. Can I ask you, sir, where in Blaine was this property?

A. It was off of East River Road, the product -- the project was called Summerwood. This is the first Villa --

Q. Is that Brooklyn Park?

A. Yes. Excuse me, you're right, Brooklyn Park. I'm sorry.

Q. Okay. So it wasn't Blaine, it was Brooklyn Park.

A. It wasn't Blaine, it was Brooklyn Park.

So anyway, we have this sketch and it's all completed, met with David, and Roy was our partner at the time, and said this is kind of what I've come up with, I think there's some risk in it, it hasn't been done before, never seen anything like it but I think it meets the criteria of being able to offer

first-homebuyer homes. At that time single-family homes were approaching -- our average price was getting close to a hundred thousand, we thought that was expensive at the time, and it looked like we could be able to put this on the market for under $60,000. So we had discussions on it and I said, look, guys, at this -- this price if you pencil this out, if it doesn't work I don't think we have a lot of risk because I think we can rent these out if they don't sell. The numbers are coming in for about the same price as people are building apartments for. So we agreed to go -- take it a step further and they said go ahead. I took it to -- went out and searched for an architect --

Q. When you say "we," just so I understand, who -- who were you including in your group, sir?

A. David, Roy and myself.

Q. So it was David, and it was yourself, and it was Roy Lund.

A. Right.

Q. And was Mr. Kangas involved in these discussions?

A. No.

Q. Okay. You just had him do some draftsman work.

A. Yeah. Over the years what I've done with all of

my designing is take sketches, whether it's napkin sketches or it's graph-paper sketches, bring them to a draftsman that was working for us, sometimes they were draftspeople that we had under our employ, like in Florida, and I really like to work and just stand over the boards as they draw. They'll take my sketch, get it as close as they can, and then I'll work with them and make all the changes up to the point that I'm happy with the plan. I'm great with floor plans, I was looking for an architect to really enhance the exterior and give the exterior the drive-up appeal and the price above. I tend to design as economical as I possibly can, so it's really very boxy, and I'll have -- my association with Tim, when I found him, is he had the great ability to blend what I had and really enhance it and to give -- give the exterior appearance the appearance that it really needed to be saleable and still be affordable, so it's kind of a magic combination we had. So I found Tim Whitten and I brought him our -- this plan, which was already drawn, --

Q. What -- What --

Can you describe for me what it was that was already drawn?

A. Sure, the entire 12-unit building was drawn in quarter-inch scale.
Q. In terms of elevations, or just layout? I mean, can you tell me what it is that you had?
A. Yeah, sure. Yeah, there was an elevation of the entire building along with a complete floor plan of a 12-unit building. There was no electrical detail or any detail beyond that. There was some truss detail as I recall, because the trusses were very simple, and there were some specifications along with it, of what -- how it was going to be built, slab on grade, so on and so forth.
Q. Did you develop the truss detail?
A. The truss detail basically comes out of a book, it's a copy of a standard truss detail in a 24-inch -- or 24-foot-wide truss.
Q. Did you develop the specifications?
A. Yes.
Q. Besides slab on grade, what else was in the specifications that you developed before ever talking to Tim?
A. It really had to do with thickness of wall, for instance, you know, I can't recall exactly what some of the specifics were on that. It wasn't an entire list of -- It wasn't -- It wasn't drawn to the point