# Exhibit R108.4

NOTE: THE MODULE IS BASED ON THE SHORTER SIDE OF EACH WINDOW, THIS ANALYSIS IS USED TO COMPARE THE ELEVATIONS OF TOWN & COUNTRY PLAN 1450 AND ROTTLUND PLAN D TO STUDY THE PROPORTIONING. THERE IS NO APPARENT SIMILARITIY IN THE PROPORTION OF THE WINDOWS OR THE SPACING BETWEEN WINDOWS.




ROTTLUND
PLAN D




TOWN & COUNTRY
PLAN 1450

APPENDIX 1.38

# FRONT ELEVATION WINDOW PROPORTIONS

## ROTTLUND
PLAN C




## TOWN & COUNTRY
PLAN 1529




APPENDIX 1.39

# OPTIONAL FIREPLACE ELEVATION

ROTTLUND
PLAN C

TOWN&COUNTRY
PLAN 1529



APPENDIX 1.40

# OPTIONAL FIREPLACE ELEVATION PROPORTIONS

Jeffrey A. Scherer, FAIA Expert Report

## APPENDIX 2 - LIST OF EXHIBITS

**Deposition of Bloodgood Sharp Buster Architects and Planners of Illinois**

- Testimony of Douglas N. Buster, March 6, 2003 9:03a.m.
- Testimony of Chris Jorensen, March 5, 2003 9:07a.m.
- Testimony of Larry W Moore, March 6, Volume I, pages 1-67
- Testimony of Larry W Moore, March 7, Volume II, pages 61-327
- Testimony of Joseph A. Safin, March 6 3:18 p.m.
- Testimony of James Grundmeier, March 4, 10:15 a.m.
- Testimony of Larry W Moore, March 6, Volume I
- Deposition of Steven Sandlin, December 16, 2002, 9:14 a.m.

**Deposition of Timothy M. Whitten**

- Vol. 1, May 28, 2003
- Vol. 3, June 12, 2003
- Vol. 2, May 30, 2003

**Deposition of Todd M. Stutz**

- Vol. 2, June 11, 2003
- Vol. 1, May 29, 2003

**Complaints, Answers, and Discovery Responses**

| RC |
|---|
| RC1000001-1000013 |
| RC1000102-1000105 |
| RC1000105-1000125 |
| RC1000125-1000147 |
| RC1000163-1000171 |
| RC1000173-1000175 |
| RC1000270 |
| RC1000294-1000301 |
| RC1001434 |
| RC1001572-1001574 |
| RC1001594-1001596 |
| RC1001620-1001621 |
| RC1002664 |
| RC1002665-1002670 |
| RC1002740-1002742 |
| RC1003041-1003052 |
| RC1009170-1009194 |

| MARQADV |
|---|
| MARQADV00060-00061 |

| BSB |
|---|
| BSB 001021-001024 |
| BSB 001022-001023 |
| BSB 00635 |
| BSB 00637 |
| BSB 00737 |
| BSB 00974-00978 |
| BSB 01164-01165 |

| BSB (cont.) |
|---|
| BSB 01587-01590 |
| BSB 01588-01590 |
| BSB 01621 |
| BSB 01624 |
| BSB 01662-01666 |
| BSB 01830-01977 |
| BSB 01905-01908 |
| BSB 01927-01930 |
| BSB 01931-01935 |
| BSB 01937 |
| BSB 01944 |
| BSB 01946-01949 |
| BSB 01956-01978 |
| BSB 01971-01976 |
| BSB 02013 |
| BSB 02014 |
| BSB 02015-02028 |
| BSB 02029 |
| BSB 02030-02033 |
| BSB 02034-02036 |
| BSB 02035A |
| BSB 02037-02041 |
| BSB 02042-02047 |
| BSB 02048-02050 |
| BSB 02474-02485 |
| BSB 02486-02501 |
| BSB 02593-02597 |
| BSB 02593-02608 |
| BSB 02608-02614 |
| BSB 02776-02777 |
| BSB 02782 |
| BSB 03674-03675 |

| EXHIBITS |
|---|
| 12 |
| 13 |
| 17 |
| 109 |
| 110 |
| 114 |
| 133 |
| 134 |
| 136 |
| 137 |
| 138 |
| 140 |
| 141 |
| 148 |
| 149 |
| 150 |
| 168 |
| 169 |
| 151-157 |
| 152A |

| D |
|---|
| D00014A |
| D00116-00146 |
| D00148-00224 |
| D00223-00251 |
| D00233-00242 |
| D00265-00309 |
| D00340-00371 |
| D00513-00630 |
| D00696-00727 |
| D00728-00750 |
| D00751-00780 |
| D01378-01420 |
| D01403- |
| D01422-01467 |
| D01536-01579 |
| D01622-01645 |
| D01646-01661 |
| D01651 |
| D01653 |
| D01654-01655 |
| D16024-16029 |

| PINN |
|---|
| PINN 00567-00583 |
| PINN 00584-585 |
| PINN 00001 |
| PINN 00004-00011 |
| PINN 00166-00172 |
| PINN 00187 |
| PINN 00188-00190 |
| PINN 00888 |
| PINN 01112 |
| PINN 01428 |

| GMAF |
|---|
| GMAF10028-100149 |
| GMAF10068 |
| GMAF10090 |

# JEFFREY SCHERER, FAIA
Curriculum Vitae

## Education
Graduate Studies, Architectural Association (London, England), 1973
Bachelor of Architecture degree with Honors, University of Arkansas, 1971
Summer Art Program, University of Rome (Rome, Italy), 1965

## Teaching Experience
Adjunct Associate Professor, College of Architecture & Landscape
Architecture, University of Minnesota, 1979-1998
Lecturer, Central London Polytechnic (London, England), 1976

## Registration
NCARB Certification # 33992, File # 43374
Registered in AR, CO, CT, FL, IA, IL, KY, OH, OK, RI, MI, MN, TN, TX, WI, and NY.

## Professional Experience
Founding Principal—Meyer, Scherer & Rockcastle, Ltd., 1981-present
Project Architect—Hodne/Stageberg Architects, 1977-1981
Project Architect—Farrell/Grimshaw Partnership (London, England), 1973-1977
Project Designer—Candilis, Josic, Woods, Schiedhelm (Berlin, Germany), 1971-1973

## Expert Witness
Kootenia Homes v. Reliable Homes, et al. D. Minn. Case no 00-1117.

### Residential Projects
- Residences for Angelico; Beining/Perrin; Bertalmio; Bland/Roos; Boss; Brandl/Klassen; Burgdorf; Buth; Cairns; Carls/Schmiechen; Carr; Cole; Conner/Paulucci; Cramer/Conner; DePree; Fredericksen; Hatlen; Hauser; Jorgensen/Micheletti; Koosman; Martin; McDowell; McMahon; McQuade; Newton; Ostrem; Pennock; Rice/Priebe; Roos/Bland; San Rafael Ranch, San Isidro, TX; Scherer; Sorenson; Stauber; Stoos/McAlister; West
- Millman Street Public Housing, London, England; Minneapolis Public Housing High-rise Needs Assessment & Lyndale/Olson Housing, Minneapolis, MN; Glendale Townhomes, Minneapolis, MN; Yale Place Town Homes, Minneapolis, MN; Wellington Management Town Homes; Minneapolis Community Development Agency Scattered-Site Housing Redevelopment (264 units); Marcy-Holmes Town Home Renovation

### Public Libraries
- Argie Cooper Public Library (study)—Shelbyville, TN
- Austin Public Library—Austin, MN
- Bud Werner Memorial Library (site selection & pre-design)—Steamboat Springs, CO
- Carmel Clay Public Library—Carmel, IN
- Champlin-Hennepin County Library—Champlin, MN

- Chanhassen Public Library—Chanhassen, MN
- Clear Lake Public Library (renovation/addition)—Clear Lake, IA
- Cook Memorial Library (feasibility study)—Libertyville, IL
- Depot Branch of the Bowling Green Public Library Interiors (adaptive reuse)—Bowling Green, KY
- Detroit Lakes Public Library (historic renovation/addition)—Detroit Lakes, MN
- Edina Public Library & Senior Center—Edina, MN
- Fairfield Public Library—Fairfield, IA
- Fargo Public Library (pre-design)—Fargo, ND
- Fayetteville Public Library—Fayetteville, AR
- Fletcher Community Library (feasibility study)—Little Rock, AR
- Fort Smith Public Library—Fort Smith, AR
- Franklin Community Library (historic renovation)—Minneapolis, MN
- Greensboro Public Library Interiors—Greensboro, NC
- Hastings Public Library (study)—Hastings, NE
- Hedberg Public Library (renovation/addition)—Janesville, WI
- Hosmer Community Library (historic renovation/addition)—Minneapolis, MN
- Hudson Public Library (study)—Hudson, WI
- Indiana State Library Interiors (historic renovation)—Indianapolis, IN
- Iowa City Public Library (study)—Iowa City, IA
- John F. Henderson Memorial Library (study)—Westville, OK
- Kendall Young Library (historic renovation/addition)—Webster City, IA
- Kitchigami-Pine River Regional Library (study)—Pine River, MN
- Maple Grove-Hennepin County Library—Maple Grove, MN
- Merriam Park Branch Library—Saint Paul, MN
- Millard Branch Library (renovation/addition)—Omaha, NE
- Mount Prospect Public Library (renovation/addition)— Mount Prospect, IL
- Oshkosh Public Library (study)—Oshkosh, WI
- Palo Alto Public Library (expansion)—Palo Alto, California
- Park-Grove Public Library—Cottage Grove, MN
- Pleasant Hill Public Library—Hastings, MN
- Prior Lake Public Library—Prior Lake, MN
- Rancho Mirage Public Library—Rancho Mirage, California
- Ridgedale-Hennepin County Library (expansion)—Minnetonka, MN
- Robert W. Barlow Memorial Library—Iowa Falls, IA
- Roosevelt Community Library—Minneapolis, MN
- Sahara West Public Library & Fine Arts Museum—Las Vegas, NV
- Saint Cloud Public Library (feasibility study)—Saint Cloud, MN
- San Diego Central Library Interiors—San Diego, CA
- Savage Public Library—Savage, MN
- Shoreview-Ramsey County Library—Shoreview, MN
- Southdale-Hennepin County Library (expansion)—Edina, MN
- Springdale Public Library (study)—Springdale, AR
- State of Ohio Library (library consulting)—Columbus, OH
- Stewart Public Library (pre-design)—Grinnell, IA
- Stillwater Public Library (historic renovation)—Stillwater, MN
- Thousand Oaks Public Library (library consulting)— Thousand Oaks, CA
- Toledo-Lucas County Public Library (library consulting)—Toldeo, OH
- W. Dale Clark Library (renovation)—Omaha, NE

- Wescott Public Library Interiors—Eagan, MN
- West Des Moines Public Library—West Des Moines, IA
- West Duluth Library & Service Center (library consulting)—Duluth, MN
- Wilkinson Public Library—Telluride, CO

### *Academic & Private Libraries*

- Arkansas State University Abingdon Library (library consulting)— Beebe, AR
- Arkansas Technical University Ross Pendergraft Library & Technology Center (library consulting)—Russellville, AR
- Bakken Library & Museum of Electricity in Life (renovation/addition)—Minneapolis, MN
- Bemidji State University A. C. Clark Library Interiors—Bemidji, MN
- Carleton College Laurence McKinley Gould Library Master Plan—Northfield, MN
- Carthage College Hedberg Library—Kenosha, WI
- Concordia University Buenger Memorial Library & Information Technology Center—Saint Paul, MN
- Luther Seminary Library & Electronic Classroom—Saint Paul, MN
- Metropolitan State University Community Library & Information Access Center—Saint Paul, MN
- North Carolina State University Libraries Master Plan & DH Hill Library Renovation—Raleigh, NC
- Philander Smith College Library & Technology Center (library consulting)—Little Rock, AR
- Rhode Island School of Design Library (program/pre-design)—Providence, RI
- Saint Cloud State University James W. Miller Learning Resources Center (library consulting)—Saint Cloud, MN
- Saint John's University Alcuin Archive Library (library consulting)—Collegeville, MN
- United States Senate Library (historic renovation/relocation—Washington, DC
- University of Arkansas-Pine Bluff Library (library consulting)—Pine Bluff, AR
- University of New Mexico Library & Learning Center—Los Alamos, NM
- University of Saint Thomas O'Shaugnessey-Frey Library (pre-design)—Saint Paul, MN
- Winona State University Library (library consulting)—Winona, MN

### *Institutional Work*

- Hazelden Meditation Center—Center City, MN
- Southern Theater (feasibility study)—Minneapolis, MN
- University of Minnesota Frederick R. Weisman Art Museum—Minneapolis, MN, *(with Frank O. Gehry & Associates)*

### *Office Design*

- Facility Systems, Inc., Corporate Headquarters—Plymouth, MN
- Guilford of Maine Administrative Headquarters—Guilford, ME
- Herman Miller Design Yard & Front Door Addition—Holland, MI
- HRK Foundation Offices—Saint Paul, MN
- Lagerquist Corporate Headquarter—Minneapolis, MN
- McKnight Foundation Offices—Minneapolis, MN
- Northwest Area Foundation Offices—Saint Paul, MN
- Pre-paid Legal Services, Inc., Corporate Headquarters—Ada, OK
- Ripsaw Offices—Minneapolis, MN
- SEI Investments Corporate Headquarters—Oaks, PA
- Zero Base Advertising Offices—Columbus, OH

## *Select Honors & Awards*

2003 Heritage Preservation Award in the *New Construction Category* for the Carls/Schmiechen Residence in Douglas, MI by the Saugatuck-Douglas Historcial Society.

2003 Saint Paul Heritage Preservation Award, Drake Marble Building Restoration

2002 Minnesota Chapter ASID Interior Design Award Honorable Mention in the Contract/Private Sector Division, Hazelden Meditation Center

2002 American Library Association's John Cotton Dana Library Public Relations Award, Depot Branch of the Bowling Green Public Library

2002 Minnesota Concrete & Masonry Design & Construction Award, Hazelden Meditation Center

2001 *Almanac of Architecture & Design 2001*, 100 Leading U.S. Architecture Design Firms

2001 Associated Builders & Contractors Arkansas Chapter Award of Excellence in Construction, Fort Smith Public Library

2001 *Building Design & Construction's* Project Team Merit Award, Carmel Clay Public Library

2001 *City Pages*' "Best of the Twin Cities," Bakken Library & Museum of Electricity in Life (for Best Obscure Museum)

2000 Minneapolis Committee on Urban Environment (CUE) Award, Bakken Library & Museum of Electricity in Life

2000 Minneapolis Heritage Preservation Award for Addition to Historic Building, Bakken Library & Museum of Electricity in Life

1999 AIA Minnesota Firm Award

1999 National Terrazzo Mosaic Association Honor Award "Job of the Year," Carmel Clay Public Library

1999 King Fahad National Library Design Competition Finalist, Riyadh, Saudi Arabia

1999 AIA Nebraska Masonry Institute Honor Award for Innovative Excellence in Masonry, Millard Branch Library

1998 Minneapolis Heritage Preservation Award for Restoration and New Addition, Hosmer Community Library

1998 Elected to The American Institute of Architects College of Fellows

1997 Minneapolis Committee on Urban Environment (CUE) Award, Hosmer Community Library

1992 AIA Minnesota Honor Award, Stillwater Public Library

1991 AIA/ALA Honor Award, Stillwater Public Library

## *Select Published Work*

2003 "Space, Time, and the Teen: Creating a Place for Teens that is Bound by Space but Timeless," *Making Space for Teens: Recognizing Young Adult Needs in Library Buildings*, Edited by Anthony Bernier M.L.I.S., PH.D. (ABD), Greenwood Publishing Group, Inc.

2002 "Historic Character," *Architecture Minnesota*, September/October, Drake Marble Building Restoration & Northwest Area Foundation Offices

2002 *Office Design Atlas*, Birkhäuser Publishing, Ltd., Fall, SEI Investments Corporate Headquarters

2002 "Esprit de Place . . . Maintaining and Designing Library Buildings to Enhance a Community Sense of Place," by Jeffrey Scherer and Sam Demas, *American Libraries*, April

2002 "U.S. Senate Library renovated by Meyer Scherer & Rockcastle," *Architectural Record*, February, United States Senate Library

2001 "Over the Top," *Bloomberg Wealth Manager*, Jul/Aug, SEI Investments Corporate Headquarters

2001 "Design and the Bottom Line," by Peter Lawrence, *Design Does Matter: An Anthology of Essays*, edited by Beverly Russell and Georgy Olivieri, Teknion, June, SEI Investments Corporate Headquarters

2001 *Building Design & Construction*, "Open Arms, Open Book," Carmel Clay Public Library, Jun
2001 *Design Cost Data*, Carmel Clay Public Library, Mar/Apr
2000 *Arkansas Democrat Gazette*, "High Profile: Jeffrey Allen Scherer," Jun 18
2000 *Architecture Minnesota*, "Renewable Practice," AIA Minnesota Firm Award, Mar/Apr
1999 *Minneapolis Star Tribune*, "Meyer, Scherer & Rockcastle Honored: AIA Bestows Firm Award," Oct 31
1999 *Minneapolis Star Tribune*, Ridgedale-Hennepin County Regional Center, Oct 10
1999 *Architecture Minnesota*, Bakken Library & Museum of Electricity in Life, Sep/Oct
1999 *Minneapolis Star Tribune*, Bakken Library & Museum of Electricity in Life, Jun 20
1998 *Public Art Review*, "Library Verse" by Margy Ligon, Hosmer Community Library, Fall/Winter
1998 *Design Cost Data*, Fairfield Public Library, May/Jun
1997 *Minneapolis Star Tribune*, Hosmer Community Library, Oct 3
1997 *Architectural Record*, Sahara West Public Library & Fine Arts Museum, Mar
1997 *Minneapolis Star Tribune*, Bakken Library & Museum of Electricity in Life, Mar 2
1996 *Design Quarterly 168*, Sahara West Public Library & Fine Arts Museum, Spring
1996 *The Des Moines Register*, West Des Moines Public Library, Apr 29
1996 *Architecture*, Sahara West Public Library & Fine Arts Museum, Apr
1995 *Design Cost & Data*, Pleasant Hill Public Library, May/Jun
1995 *Architectural Record*, "The Profession: Reinvesting the Library," U.S. Senate Library, May
1995 *Architecture Minnesota*, Pleasant Hill Public Library, Sep/Oct
1994 *Design Cost & Data*, Merriam Park Branch Library, Jan/Mar
1993 *Mpls/St. Paul* Magazine, "Architecture in Action," MS&R firm work
1991 *Architecture Minnesota*, Detroit Lakes Public Library, Jul/Aug
1991 *American Libraries*, Stillwater Public Library, Apr
1990 *American Libraries*, "Function versus Beauty," Apr
1989 *Architecture Minnesota*, "Borrowed Time: Minnesota's Carnegies," Sep
1989 *American Libraries*, Stillwater Public Library, Apr
1988 *Ottagono*, The Work of Meyer, Scherer & Rockcastle, Ltd., Jun
1985 *Architecture Minnesota*, Park-Grove Public Library, Mar/Apr

## Select Public & Corporate Service

2003 Speaker: International Federation of Library Administrators Conference (Paris, France), July 26
Topic: "Designing Libraries within a Sustainable Ethic"
2003 Speaker: Moldovan Library Management Delegation (Connect/USA-Russia), June 23
Topic: "Creating a Sense of Place in Libraries"
2002 President, AIA Minnesota
2002 Speaker: International Federation of Library Administrators Conference (Glasgow, Scotland), August 22
Topic: "Creating the Modern Library in Historic Structures—the Carnegie Tradition Extended"
2002 Speaker: American Library Trustee Association Opening Session (Atlanta, GA), *Keys to the Dream Teams: The 'E' Word and the 'F' Word*, June 15
Topic: "Foundations: Connecting the 'E' and the 'F'"
2002 Speaker: Public Library Association Annual Conference, Phoenix, Mar 15-16
Topics: "Commodity, Firmness, and Delight: Librarians and Architects Define Words" and "Reference Desk Programs"
2001 President Elect, AIA Minnesota
2001 Architect Representative: Illuminating Engineering Society of America Library Lighting Committee

2001 Panelist: North Carolina State University Library Committee and the Digital Library Initiatives Department, Nov 6
Topic: "The Research Library of the Future: Form and Function, Place and Space"

2001 Presenter: Dominican University of Chicago Master of Library & Information Science, Nov 2-3
Topic: "The Librarian-Architect Relationship"

2001 Workshop Leader: Stanford-California State Library Institute on 21st Century Librarianship
Topic: "Technology and Library Building Planning"

2001 Speaker (with Thomas Meyer and Garth Rockcastle): AIA Wisconsin Annual Conference, Milwaukee, May 3
Topic: "A Firm Connection"

2001 Speaker: The Johnson Foundation Wingspread, Racine, Apr 26-28
Topic: "The Impact of New Technologies on Young Children, Families, and Library Services"

2001 Speaker: Public Library Association Spring Symposium, Chicago
Topic: "Enhance Your Vision: Lighting in Libraries" (part of the *Building the Perfect Library* workshop)

2000 Vice President, AIA Minnesota

2000 President, The Library Foundation of Hennepin County Board of Directors

1999 Speaker: Special Libraries Association Annual Conference, Minneapolis
Topic: "Planning for Emerging Technologies"

1999 Speaker: Public Library Association Spring Symposium, Chicago
Topic: "Planning, Designing, and Building the Perfect Library: Impact of Technology"

1998 Speaker: American Library Association Annual Conference, Washington
Topic: "Changes in the Library Acoustical Environment" (part of the *Not Just Shhh . . . Anymore: Improving Library Acoustics* workshop)

1998 Speaker: Public Library Association
Topic: "Envisioning Technology for Library Buildings"

1998 Speaker: ARCHITALKS (Minnesota Historical Society, The Friends of the Minneapolis Public Library, AIA Minnesota)
Topic: "Minneapolis Neighborhood Branch Libraries"

1998-00 Vice President, The Library Foundation of Hennepin County Board of Directors

1997 Speaker: American Library Association Annual Conference, San Francisco
Topic: "Technology and Library Building Form"

1996 Speaker: Urban Design Institute
Topic: "Critique of New York Public Science Industry &Business Library and Vancouver Public Library"

1996 Speaker: Public Library Association
Topic: "Library Technology"

1996 Keynote Speaker: LITA/LAMA Conference
Topic: "Library Technology: The Technology-Proof Library"

1996 Speaker: Northwest Regional Libraries-Ohio
Topic: "Library Planning and Technology"

1996 Speaker: Public Library Association
Topic: "Library Lighting and Signage"

1995-02 Member, Library Administration and Management Association (LAMA)

1995 Attendee, Library of Congress Conference on *The Role of Technology and the Library of the Future*, Washington

1995 Member, Small and Medium-sized Section, Public Library Association

1995 Speaker: Arkansas Library Association

Topic: "Transforming the Library for the 21st Century"

1994 Technical Consultant, Minnesota State University Library System

1994 Speaker: Public Library Association Annual Meeting, Atlanta
Topic: "Library Design and Technology"

1994 Speaker: Department of Library Services, State of Florida
Topic: "Library Lighting and Signage"

1993-98 Member, Minnesota Library Planning Taskforce (Chair thru 1997)

1993 Speaker: International Association of Metropolitan Librarians, Las Vegas
Topic: "Tradition and Technology in the Urban Library"

1991 Speaker: Midwest Librarian's Conference, Minneapolis

1990 Speaker: American Library Association Mid-winter Conference

### *Exhibitions*

1997 University of Minnesota Frederick R. Weisman Art Museum, "Faculty Work"

1991 Saint John's University, "The First Decade: Meyer, Scherer & Rockcastle"

1986 Thompson Gallery, "Selected Work of MS&R"

1984 Kansas State University Department of Architecture, "The Work of MS&R"

1984 University of Minnesota, "Faculty Work"

1982 Installation Gallery, San Diego, "Tall Tales"

1982 Paper Architecture Gallery, "Tall Tales"

1981 MSAIA Works in Progress, Jacobson Residence

1980 Walker Art Center, Les Halles Competition, "Urban Strategies"

### *Design Juries*

2001 American Institute of Architects Design Awards: Central Illinois, Gulf States Region, Iowa, Kansas, Michigan, Missouri, Ohio, South Dakota, Wisconsin

2001 Chair, National Cast Stone Awards

1998 Structural Board Association Student Design Competition

1991 Innovation in Housing, American Plywood Association, *Better Homes and Gardens* and *Progressive Architecture* Magazines