Civil No. 01-1980 (DSD/SRN) – Rottlund / Pinnacle
Davenport Affidavit dated July 19, 2004

Exhibit R125

-----Original Message-----
From: Krummen, Craig
Sent: Monday, June 02, 2003 4:56 PM
To: 'Holly Newman'; dschwiebert@fredlaw.com; mifarmer@hklaw.com; Davenport, David
Subject: RE: Continuing Depositions of Rottlund

Everyone:

Please be advised that the following Rottlund witnesses are prepared to proceed with their Rule 30(b)(6) depositions on the following dates:

June 11, 2003: Todd Stutz (day 2)
June 12, 2003: Tim Whitten (day 3)
June 13, 2003: Steve Kahn (day 1)

Rottlund will allow Pinnacle to question Tim Whitten concerning which business entities' names appear on the designs he reviewed (e.g., Foxford, NDI, etc.). Moreover, Rottlund will allow Pinnacle to pursue its line of questioning with Tim Whitten regarding the garage design elements, but will respectfully reserve its right to pursue a protective order regarding the discoverability of individual design elements at the next status conference.

Also, Rottlund is agreeable with all of the suggestions set forth in Holly's e-mail below.

aig

-----Original Message-----
From: Holly Newman [mailto:HJN@mch-pllp.com]
Sent: Monday, June 02, 2003 11:21 AM
To: dschwiebert@fredlaw.com; mifarmer@hklaw.com; Krummen, Craig; Davenport, David
Subject: Continuing Depositions of Rottlund

Counsel:

This will confirm that we have agreed to continue the Rottlund depositions June 11, 12 and 13. I understand that Mr. Whitten is confirmed for June 12, and that Rottlund will make every effort to have Mr. Stutz and Mr. Kahn appear for the other two days.

I have a telephone conference with the Court on another matter at 8:45

a.m. on June 11. I expect the call to take approx. 30 minutes. Thus, I would like to start at 9:15 on Wed. the 11th.

I have another telephone conference with the Court on a different matter at 1:00 on June 13. I expect this to last approx. 45 minutes. Thus, I request that our lunch break accommodate this schedule on Friday, June 13.

I have reserved the same conference room in our St. Paul office for June 11 and 13. Unfortunately, there are no conference rooms available in our St. Paul office on June 12. There is a conference room available in the same building as our St. Paul office on June 12 and I have reserved that for our use. There is no charge for that room. I do not think that will present any great inconvenience. I understand that the conference room is on the skyway level and will be open between 8:30 a.m and 5:00 p.m.

Craig - please let us know as soon as possible if and when you were able to schedule Mr. Stutz and Mr. Kahn.

Thanks.

Holly
(612) 395-8695

This e-mail message and its attachment(s), if any, are intended only for the use of the individuals to whom, or entity to which, it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by replying to this e-mail.