UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al

Defendants,

Case No.: 01-CV-1980 (DSD/SRN)

**NOTIFICATION OF CONVENTIONAL FILING OF** AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

1. Attached hereto as **Exhibit R12** is a true and correct copy of the U.S. Copyright Office's Certificate of Registration, No. VAu 539-993, for Rottlund's architectural works registration of its Original Villa, effective October 18, 2002 (**Filed UNDER SEAL**);

2. Attached hereto as **Exhibit R13(a)** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 618-217, for Rottlund's New Villa Units A/B dated June 16, 2004 (RC1024043-44) (**Filed UNDER SEAL**);

3. Attached hereto as **Exhibit R14** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 554-948, for Rottlund's New Villa architectural work registration, effective September 26, 2002 (RCI003051-52) (**Filed UNDER SEAL**);

4. Attached hereto as **Exhibit R14(a)** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 618-218, for Rottlund's New Villa Units A/B dated June 16, 2004 (RC1024045-46) **(Filed Under Seal);**

5. Attached hereto as **Exhibit R15** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 447-395, for Rottlund's Rush Creek Villa II technical drawing registration, effective June 22, 1999 (RCI004360-61) (**Filed UNDER SEAL**);

6. Attached hereto as **Exhibit R16** is a true and correct copy of the U. S. Copyright Office's Certificate of Registration, No. VAu 534-723, for Rottlund's Rush Creek Villa II architectural work registration, effective January 7, 2002 (RCI000153-154) (**Filed UNDER SEAL)**;

7. Attached hereto as **Exhibit R18** is a true and correct copy of Rottlund's technical drawings for the Villa II at The Reserve in Plymouth, Minnesota, Bates no. RCI004150-66 (**Filed UNDER SEAL)**;

8. Attached hereto as **Exhibit R20** is a true and correct copy of Rottlund's deposit material designs submitted for the Rush Creek architectural works registration, Bates no. RCI009725-38 (**Filed UNDER SEAL)**;

9. Attached hereto as **Exhibit R21** is a true and correct copy of Rottlund's floor plans for The Chatham and The Dunhill, Bates no. RCI000300-301 (**Filed UNDER SEAL)**;

10. Attached hereto as **Exhibit R31** is a true and correct copy of an agreement between BSB and Design Development, Inc., Bates no. BSB 10173.1 and dated May 9, 1994 (Depo. Ex. 333) (**Filed UNDER SEAL)**;

11. Attached hereto as **Exhibit R32** is a true and correct copy of the "cut and paste" document, depicting floor plans of an 8 unit back-to-back product, Bates no. BSB06380 (Depo. Ex. 330) (**Filed UNDER SEAL)**;

12. Attached hereto as **Exhibit R33** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates labeled DDI000002-54 (Depo. Ex. 374) (**Filed UNDER SEAL)**;

13. Attached hereto as **Exhibit R34** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates labeled DDI000283-317 (Depo. Ex. 376) (**Filed UNDER SEAL)**;

14. Attached hereto as **Exhibit R35** is a true and correct copy of BSB's Midland Homes, Inc. 8-plex red-lined plans, Bates no. BSB03482-86 and dated June 15, 1994 (Depo. Ex. 335) (**Filed UNDER SEAL**);

15. Attached hereto as **Exhibit R43** is a true and correct copy of the expert report of Arthur Cobb, Cobb & Associates, dated August 15, 2003 (**Filed UNDER SEAL**);

16. Attached hereto as **Exhibit R45** is a true and correct copy of excerpts from Steve Sandelin's January, 1998 calendar, Bates numbers ranging from PINN04548-4622 (Depo. Ex. 266) (**Filed UNDER SEAL**);

17. Attached hereto as **Exhibit R47** is a true and correct copy of excerpts from the calendar of Larry Moore, dated April 3, 1998, Bates no. BSB04498.1 and BSB04490.1 (**Filed UNDER SEAL**);

18. Attached hereto as **Exhibit R48** are true and correct copies of photographs, Bates numbers ranging from PINN02600 to PINN02735 (Depo. Ex. 267) (**Filed UNDER SEAL**);

19. Attached hereto as **Exhibit R52** is a true and correct copy of a New Project worksheet from TCM concerning the "Villa Product" and attaching an agreement between BSB and TCM for architectural services for the "Villa Product," Bates no. D00233-242 (Depo. Ex. 26) (**Filed UNDER SEAL**);

20. Attached hereto as **Exhibit R54** is a true and correct copy of correspondence from Art Plante to Dean Karau, Bates no. BSB01930 and dated July 16, 2001 (Depo. Ex. 41) (**Filed UNDER SEAL**);

21. Attached hereto as **Exhibit R55** is a true and correct copy of a transmittal from Larry Moore to Steve Sandelin purporting to attach the competition product survey for Minneapolis area, Bates no. BSB01944 (Depo. Ex. 114) (**Filed UNDER SEAL**);

22. Attached hereto as **Exhibit R57** is a true and correct copy of a May 18, 1998 facsimile from Chris Jorgensen to Larry Moore with attachments and Bates no. BSB01662-66 (Depo. Ex. 102) (**Filed UNDER SEAL**);

23. Attached hereto as **Exhibit R59** is a true and correct copy of a revised agreement for services between BSB and TCM, Bates no. BSB00642-651 and dated July 1, 1998 (Depo. Ex. 30) (**Filed UNDER SEAL**);

24. Attached hereto as **Exhibit R60** is a true and correct copy of BSB's plans and client redlines for The Villas, Bates no. BSB 02034-36 (Depo. Ex. 6) (**Filed UNDER SEAL**);

25. Attached hereto as **Exhibit R61** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante regarding "The Villas," Bates no. BSB00634-635 and dated June 7, 1999 (Depo. Ex. 78) (**Filed UNDER SEAL**);

26. Attached hereto as **Exhibit R65** is a true and correct copy of an undated memorandum from Dan Geegan to Chris Jorgensen, Bates no. BSB04661 (Depo. Ex. 242) (**Filed UNDER SEAL**);

27. Attached hereto as **Exhibit R69** is a true and correct copy of a memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, and Mike Creed regarding Aurora Back-to-Back towns, Bates no. PINN01469-73 and dated January 5, 2000 (Depo. Ex. 269) (**Filed UNDER SEAL**);

28. Attached hereto as **Exhibit R70** is a true and correct copy of TCM's plans for its Homestead Collection at Centennial Crossing, Maple Grove, Minnesota, Bates no. BSB02314-2337 and dated October 19, 2000 (Depo. Ex. 5A) (**Filed UNDER SEAL**);

29. Attached hereto as **Exhibit R71** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante, Bates no. BSB00942-953; 940-941 and dated November 29, 2000 (Depo. Ex. 47) (**Filed UNDER SEAL**);

30. Attached hereto as **Exhibit R72** is a true and correct copy of a facsimile transmittal with attachments from Steve Sandelin to Larry Moore, Bates no. BSB01931-35 and dated July 9, 2001 (Depo. Ex. 11) (**Filed UNDER SEAL**);

31. Attached hereto as **Exhibit R73** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates no. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89) (**Filed UNDER SEAL**);

32. Attached hereto as **Exhibit R75** is a true and correct copy of a telephone call report from Beth Miller to Dan Geegan with copies to Chris Jorgensen regarding TCM's Harvest Hills Homestead Collection, Bates no. BSB01226-27 and dated November 2, 2001 (Depo. Ex. 245) (**Filed UNDER SEAL**);

33. Attached hereto as **Exhibit R76** is a true and correct copy of a facsimile from Todd at Metro Fire Protection, Inc. to Lori Meier with attachments, Bates BSB001021-24 and dated April 25, 2002 (Depo. Ex. 43) (**Filed UNDER SEAL**);

34. Attached hereto as **Exhibit R77** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, Bates no. BSB00974-78 and dated July 3, 2002 (Depo. Ex. 90) (**Filed UNDER SEAL**);

35. Attached hereto as **Exhibit R79** is a true and correct copy of TCM's Homestead Collection plans at Harvest Hills, Bates no. BSB02880-2901 (Depo. Ex. 128A) (**Filed UNDER SEAL**);

36. Attached hereto as **Exhibit R80** is a true and correct copy of TCM's Homestead Collection plans at Harvest Hills, Bates no. BSB02902-54 (Depo. Ex. 128B) (**Filed UNDER SEAL**);

37. Attached hereto as **Exhibit R86** is a true and correct copy of correspondence and related materials from Krista R. Flemming to Kevin Ringwald, City of Chaska, Bates no. D31393-429 and dated March 12, 2002 (**Filed UNDER SEAL**);

38. Attached hereto as **Exhibit R87** is a true and correct copy of TCM's proposed Concept Plan Review for Traditions at Clover Ridge, Bates no. RCI009666-71 and dated April 15, 2002 (**Filed UNDER SEAL**);

39. Attached hereto as **Exhibit R88** is a true and correct copy of the City of Chaska's Resolution approving TCM's Comprehensive Plan Amendment and Concept Plan for Traditions at Clover Ridge, Bates D31498-503 and dated May 20, 2002 (**Filed UNDER SEAL**);

40. Attached hereto as **Exhibit R89** is a true and correct copy of TCM's proposed preliminary plat site/plan review for Pinebrook in Brooklyn Park, Bates no. D33281-284 and dated August 1, 2002 (**Filed UNDER SEAL**);

41. Attached hereto as **Exhibit R90** is a true and correct copy of correspondence from Krista Flemming to City of Brooklyn Park, Bates no. D33269-70 and dated March 21, 2003 (**Filed UNDER SEAL**);

42. Attached hereto as **Exhibit R91** is a true and correct copy of a facsimile transmittal from Krista Flemming to Cindy Sherman, City of Brooklyn Park, Bates no. D33317-18 and dated October 18, 2002 (**Filed UNDER SEAL**);

43. Attached hereto as **Exhibit R92** is a true and correct copy of correspondence from Krista Flemming to Howard Blin, City of Brooklyn Park, Bates no. D33320-21 and dated October 25, 2002 (**Filed UNDER SEAL**);

44. Attached hereto as **Exhibit R93** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates no. D31436-37 and dated November 12, 2002 (**Filed UNDER SEAL**);

45. Attached hereto as **Exhibit R94** is a true and correct copy of the City of Brooklyn Park Planning Staff Report regarding Pinebrook Homestead, Bates no. D33166-70 and dated April 9, 2003 (**Filed UNDER SEAL**);

46. Attached hereto as **Exhibit R95** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates no. D31544 and dated April 4, 2003 (**Filed UNDER SEAL**);

47. Attached hereto as **Exhibit R96** is a true and correct copy of a revised proposal for professional services between TCM and Tushie-Montgomery & Associates for the Pinebrook development, Bates no. D34624-28 and dated January 23, 2003 (**Filed UNDER SEAL**);

48. Attached hereto as **Exhibit R99** is a true and correct copy of a facsimile from Tim Johnson to Beth Miller attaching sprinkler room designs, Bates no. D36241-45 and dated July 3, 2002 (Depo. Ex. 379) (**Filed UNDER SEAL**);

49. Attached hereto as **Exhibit R113** is a true and correct copy of an April 2, 2002 transmittal from James Grundmeier to Dean Karau purporting to forward the contents of Larry Moore's design file, Bates no. D00116 – 252 (Depo. Ex. 225) (**Filed UNDER SEAL**);

50. Attached hereto as **Exhibit R114** is a true and correct copy of Pinnacle's insurance policies (Depo. Exs. 13-16) (**Filed UNDER SEAL**);

51. Attached hereto as **Exhibit R115** is a true and correct copy of The Bloodgood Group, Inc.'s complete insurance policy and endorsements, Bates labeled BGI000498-529 (**Filed UNDER SEAL**);

52. Attached hereto as **Exhibit R118** is a true and correct copy of excerpts from TCM's Financial Statement for the period ending September 30, 2003, Bates D30764-70; 30780-99 (Depo. Ex. 294) (**Filed UNDER SEAL**);

53. Attached hereto as **Exhibit R119** is a true and correct copy of excerpts from TCM's Financial Statement for the period ending December 30, 2003, Bates D43143-48; 43158-78 (**Filed UNDER SEAL**);

54. Attached hereto as **Exhibit R120** is a true and correct copy of excerpts from Pinnacle Corporation's Financial Statement for the period ending September 30, 2003, Bates PINN07936-40; 7951-7977 (Depo. Ex. 293) (**Filed UNDER SEAL**);

55. Attached hereto as **Exhibit R124** is a true and correct copy of miscellaneous business cars, letters, faxes, etc. indicating Town & Country's Minnesota Division (Depo. Ex. 17) (Filed Under **SEAL**);

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_X__ Item Under Seal* (Document number of protective order: 9; 205 (Addendum)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2131922v1