# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 19th day of July, 2004, he served the following documents:

Plaintiff's Memorandum of Law in
Opposition to Defendants' Motion for Partial Summary Judgment

Sealed Exhibits to Affidavit of David A. Davenport In Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Partial Summary Judgment.

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Ben Patrick, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 20th day of July, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/05

2053724v1