UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

No. 01-CV-1980 (DSD/SRN)

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

**AFFIDAVIT OF BEN PATRICK OPPOSING PLAINTIFF'S MOTION TO EXCLUDE EXPERT WITNESSES**

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Ben Patrick, being duly sworn, states:

1. I am one of the counsel of record for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.

2. Attached hereto as Exhibit A is a true and correct copy of the opinion of the court in Day v. Consolidated Rail Corp., 1996 WL 257654 (S.D.N.Y. 1996).

3. Attached hereto as Exhibit B is a true and correct copy of pages 59-61 of the Transcript of the Hearing before this Court, conducted May 9, 2003.

4. Rottlund has not provided any expert disclosures from Tim Whitten, Todd Stutz, David Rotter, Bernard Rotter, or Steve Kahn.

Further your affiant saith not.

s/ Ben Patrick
Ben Patrick

Subscribed and sworn to before
me this 20th day of July, 2004.

s/ Rochelle N. Schuette
Notary Public, Dakota County

My commission expires 1/31/05

MPLS:50752.1/16850-166