UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

No. 01-CV-1980 (DSD/SRN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on July 20, 2004, I caused the following documents:

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Memorandum of Law Opposing Plaintiff's Motion to Exclude Expert Witnesses and Affidavit of Ben Patrick Opposing Plaintiff's Motion to Exclude Expert Witnesses

to be filed electronically with the clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David A Davenport ddavenport@winthrop.com

David A Donna ddonna@donnalaw.com

Craig S Krummen ckrummen@winthrop.com

Christopher J Murdoch chris.murdoch@hklaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

s/ Ben Patrick

Holly J. Newman (MN Lic. #026457X)
Ben Patrick (MN Lic. #312460)
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-0148
Facsimile: (612) 395-8600

***Attorneys for Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.***

MPLS:50551.1/16850-166