UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PLAINTIFF'S ANSWER TO DEFENDANT TOWN & COUNTRY HOMES' COUNTERCLAIM DATED JULY 12, 2004**

**JURY TRIAL DEMANDED**

TO: Defendant Town & Country Homes, Inc., and its attorneys, Darren B. Schwiebert of FREDRIKSON & BYRON, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402;

COMES NOW, Plaintiff The Rottlund Company, Inc. ("Plaintiff") and as and for its Answer to Defendant Town & Country Homes, Inc.'s ("TCM") Counterclaim dated July 12, 2004, states and alleges as follows, to-wit:

1. Plaintiff admits the allegations contained in Paragraph 1 of TCM's Counterclaim.

2. Plaintiff denies the allegations contained in Paragraph 2 of TCM's Counterclaim.

3. Plaintiff denies the allegations contained in Paragraph 3 of TCM's Counterclaim.

4. Plaintiff denies the allegations contained in Paragraph 4 of TCM's Counterclaim.

5. Plaintiff denies the allegations contained in Paragraph 5 of TCM's Counterclaim.

6. Plaintiff denies the allegations contained in Paragraph 6 of TCM's Counterclaim.

7. Plaintiff denies the allegations contained in Paragraph 7 of TCM's Counterclaim.

8. Unless specifically admitted, Plaintiff denies all allegations in TCM's Counterclaims.

Dated: July 20, 2004

s/ Craig S. Krummen
Craig S. Krummen, #0259081
David A. Davenport, #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2130356v1