# Exhibit J

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

---

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

---

Deposition of
Jeffrey A. Scherer, FAIA
Wednesday, June 30, 2004
9:06 a.m.

stamping it to state that it has been registered and that the form that's been signed attests to the person's statement that they created it. But the -- I could -- I presume that anything that I felt like I created I could register, and what I created may be a solution to -- or it might be a sketch that I do, I don't know.

Q. So as far as you know, you don't have to have a signature stamp in order to get copyright protection?

A. As I understand it, any work that the submitter deems to have been created by themselves can be registered with the copyright office. I do not believe -- and I may be wrong about this -- I don't believe that the Form VA states a condition of whether or not the work has to be anything other than that as attested to be created by the individual.

MR. FARMER: Craig, is this a logical stopping point for a five-minute break at any time? I appreciate it.

BY MR. KRUMMEN:

Q. Would you turn to page 30 of your report? And as soon as we're done with this paragraph we'll take a break.

A. The copy that's been provided is missing page 30.

Q. Do you have your affidavit in front of you?

A. Yeah.

Q. Are there any page numbers on your report which is attached to your affidavit?

A. There are not.

Q. Do you know why the report which was attached to your affidavit produced to us doesn't have page numbers but the other report in front of you does?

A. I can't answer that.

MR. PATRICK: Objection, calls for speculation.

BY MR. KRUMMEN:

Q. Do you know whether or not the report that's attached to your affidavit has all of the diagrams embedded within the report that your initial report has?

A. I could take the time to compare each page, if you'd like.

Q. Sure. Why don't you do that for me, and we'll do that over the break, and I'll come back in 15 minutes.

A. That wouldn't be a break for me, though.

Q. We'll give you 15 minutes. You can take 10 for a break and five to just thumb through it and see if you see the same --

A. I don't know that it will take five minutes. It may take longer because I have to compare each page. But I'd like the same break that everyone else is getting.

Q. Well, let's compare it right now and then we'll go on with the break and we'll know exactly how long it takes you. I'm just curious why you would submit an affidavit and swear that the attachments are the same thing as the previously produced report but it turns out they're different. Can you explain that to me?
A. Well, I didn't -- I can't explain that. But let me just go through and look first and see the contents of this thing.
Q. Well, let's start with your report, the preliminary report, which is Exhibit 422. Do you see page 8?
A. Well, did you want me to first compare them?
Q. Yeah, we're comparing them right now. Can you turn to page 8 of --
A. Are we going to do that --
Q. -- Exhibit 422?
A. -- in sequence or are we going to do it randomly based on -- because I wanted to go through each page.
Q. Sure. And I'm on page 8. So can you turn to page 8?
A. Well, yeah, you're a little faster than I am. Sorry.
Yeah, on page 8 of Exhibit 422, as compared to Exhibit 423, for some reason, and I can't explain it,

Figure 1 on page 8 of Exhibit 422 is missing from figure -- from the appended Preliminary Expert Report on the affidavit.

Q. Was Exhibit 422 printed from a word processor that you had or was it printed from your attorney's word processor?

A. I believe I -- I printed it from my office.

Q. Who printed the report which is attached to your affidavit, you or your attorneys?

A. I don't recall. And I apologize for that inconsistency.

Q. Let's turn to page 11 of Exhibit 422.

A. On page 11 of Exhibit 422, there's a diagram at the bottom of the page that is missing from the Preliminary Expert Report attached to Exhibit 423, and, again, I cannot explain why that is missing.

Q. Do your attorneys have a copy of your expert report on their word processing system? Did you ever send them one electronically?

MR. PATRICK: Objection, calls for speculation as to the first question, compound question.

A. I do not know the answer to that question.

BY MR. KRUMMEN:

Q. You don't recall ever communicating with your attorneys electronically concerning a draft of your

report?

A. Correct.

Q. You may have, you may not have, you're just not sure?

MR. PATRICK: Objection, asked and answered.

A. I do not recall. I'm sorry for the inconvenience.

On Exhibit 423, for the record, the attached Preliminary Expert Report dated August 15, the page numbers show up, start to show up again on page 17.

BY MR. KRUMMEN:

Q. Can you explain why that happened, sir?

A. No, I can't explain that.

And the page numbers disappear again on page 18. And that I cannot explain. I apologize for that.

From my cursory analysis, without reading word for word, it appears that the text is the same. I'm not sure where these were photocopied for today. The text appears to be slightly smaller, but whether that is -- I don't know, I don't know who was responsible for photocopying Exhibit 423.

On page 27 of Exhibit 422, it appears that the page slipped in the photocopier, and the margin on the left is less than the margin that was in the original, I believe.