*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Deana J. Lessor, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **22nd** day of **July, 2004**, she served the following:

Corrected Exhibit R103 to the Affidavit of David A. Davenport dated July 19, 2004.

on the following parties in this action, through their attorneys, **via Federal Express,** a true and correct copy thereof, enclosed in an envelope, to the following at their last known address and via fax:

Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 312- 407-8426

Deana J. Lessor

Subscribed and sworn to before me
this **22nd** day of **July, 2004.**

NOTARY PUBLIC

COLLEEN R. HARRIGAN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
JUL 22 2004
U.S. DISTRICT COURT MPLS

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 22nd day of July, 2004, he served the following documents:

Corrected Exhibit R103 to the Affidavit of David A. Davenport dated July 19, 2004.

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

Wayne Marshall

Subscribed and sworn to before me
this 22nd day of July, 2004.

NOTARY PUBLIC

DEANA J. LESSOR
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

SCANNED
JUL 22 2004
U.S. DISTRICT COURT MPLS