# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 22nd day of July, 2004, he served the following documents:

Notice of Conventional Filing of Exhibit A to Affidavit of David A. Davenport in Support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Discovery.

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Ben Patrick, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 22nd day of July, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/05
2053724v1