UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**NOTICE OF MOTION TO STRIKE DEFENDANT PINNACLE CORPORATION AND HOLLAND & KNIGHT'S NOTICE OF OBJECTION TO MAGISTRATE JUDGE NELSON'S JUNE 30, 2004 ORDER, AND MEMORANDUM OF LAW SUBMITTED IN SUPPORT THEREOF** |

TO: **DEFENDANTS ABOVE-NAMED**, and their attorneys, Darren Schwiebert of **FREDRIKSON & BYRON, P.A.**, 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, Minnesota 55402; Christopher Murdoch of **HOLLAND & KNIGHT, LLC**, 55 West Monroe Street, Suite 800, Chicago, Illinois 60603; and

**THIRD-PARTY DEFENDANT ABOVE-NAMED**, and its attorneys, Holly J. Newman, Moore, Costello & Hart, 701 Fourth Avenue South, Suite 1350, Minneapolis, Minnesota 55415.

**PLEASE TAKE NOTICE** that on September 3, 2004 at 9:00 a.m. before the Honorable David S. Doty, U.S. Courthouse, 300 south Fourth Street, Minneapolis, Minnesota 55402, Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes will bring a Motion to Strike Defendant Pinnacle Corporation and Holland & Night's Notice of Objection to Magistrate Judge Nelson's June 30, 2004 Order, and Memorandum of Law Submitted in Support thereof.

Dated: July 23, 2004

s/David A. Davenport

Craig S. Krummen, #259081
David A. Davenport, #285109
Attorneys for Plaintiff The Rottlund Company, Inc.
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716

2132554v1