UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**SECOND AFFIDAVIT OF DARREN SCHWIEBERT IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Darren Schwiebert, being first duly sworn on oath, states and deposes as follows:

1. I am one of the attorneys representing Defendant Town & Country Homes, Inc. ("TCM") in the above-captioned matter. I am licensed to practice law in the State of Minnesota and the United States District Court for the District of Minnesota. I make this Second Affidavit in Support of Defendants' Motion for Partial Summary Judgment.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit X** Excerpts from the hearing transcript dated April 29, 2004.

**Exhibit Y** Excerpts from the June 23, 2204 deposition of Anthony A. Desnick.

**Exhibit Z** Excerpts from the hearing transcript dated May 7, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

s/Darren B. Schwiebert
Darren B. Schwiebert

Subscribed and sworn to before me
this 27th day of July, 2004.

s/Kimberly J.P. Raba
Notary Public

#2996816\1