UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**NOTICE OF PLAINTIFF'S OBJECTIONS PURSUANT TO 28 U.S.C. § 636(b) AND L.R. 71.1(c)(2) TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE NELSON DATED JULY 13, 2004** |

TO: **DEFENDANTS ABOVE-NAMED**, and their attorneys, Darren Schwiebert, Fredrikson & Byron, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, Minnesota 55402; Christopher Murdoch, Holland & Knight, LLC, 131 South Dearborn Street, 30th Floor, Chicago, Illinois 60603; and

**THIRD-PARTY DEFENDANT ABOVE-NAMED**, and its attorneys, Holly J. Newman, Moore, Costello & Hart, 701 Fourth Avenue South, Suite 1350, Minneapolis, Minnesota 55415.

**PLEASE TAKE NOTICE** that on July 27, 2004, Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes filed its Objections Pursuant to 28 U.S.C. § 636(b) and L.R. 71.1(c)(2) to Report and Recommendation of Magistrate Judge Nelson dated July 13, 2004.

Dated: July 27, 2004

s/Philip R. Mahowald
Philip R. Mahowald, #274902
Craig S. Krummen, #259081
David A. Davenport, #285109
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716

***Attorneys for Plaintiff The Rottlund Company, Inc.***

2133795v1