UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S OBJECTIONS PURSUANT TO 28 U.S.C. § 636(b) AND L.R. 71.1(c)(2) TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE NELSON DATED JULY 13, 2004**

**[PARTIALLY FILED UNDER SEAL]**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Philip R. Mahowald, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I

submit this Affidavit in Support of Plaintiff's Objections Pursuant to 28 U.S.C. § 636(b) and L.R. 71.1(c)(2) to Report and Recommendation of Magistrate Judge Nelson dated July 13, 2004.

2. Attached hereto as **Exhibit A** is a true and correct copy of transcript excerpts from the individual deposition of Larry Moore, dated September 4, 2003;

3. Attached hereto as **Exhibit B** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Larry Moore, dated March 6-7, 2003;

4. Attached hereto as **Exhibit C** is a true and correct copy of the "cut and paste" document, depicting floor plans of an 8 unit back-to-back product, Bates no. BSB06380 (Depo. Ex. 330) (**Filed UNDER SEAL**);

5. Attached hereto as **Exhibit D** is a true and correct copy of is BSB's Midland Homes, Inc. 8-plex red-lined plans, Bates no. BSB03482-86 and dated June 15, 1994 (Depo. Ex. 335) (**Filed UNDER SEAL**);

6. Attached hereto as **Exhibit E** is a true and correct copy of a July 8th handwritten memo from Larry Moore to Jim Grundmeier, Bates no. BSB10208 (Depo. Ex. 338);

7. Attached hereto as **Exhibit F** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Arthur Plante, dated December 19-20, 2002;

8. Attached hereto as **Exhibit G** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Chris Jorgensen, dated March 5, 2003;

9. Attached hereto as **Exhibit H** is a true and correct copy of transcript excerpts from the individual deposition of Steve Sandelin, dated December 8, 2003;

10. Attached hereto as **Exhibit I** are true and correct copies of photographs, Bates numbers ranging from PINN02600 to PINN02735 (Depo. Ex. 267) (**Filed UNDER SEAL**);

11. Attached hereto as **Exhibit J** are true and correct copies of photographs, Bates numbered D16025-28 (Depo. Ex. 300);

12. Attached hereto as **Exhibit K** is a true and correct copy of a Rottlund Homes marketing brochure found in the files of Steve Sandelin (Depo. Ex. 288);

13. Attached hereto as **Exhibit L** are true and correct copies of marketing brochures, including Rottlund's marketing materials, found in the files of Steve Sandelin (Depo. Ex. 289);

14. Attached hereto as **Exhibit M** is a true and correct copy of BSB's plans and client redlines for The Villas, Bates no. BSB 02034-36 (Depo. Ex. 6) (**Filed UNDER SEAL**);

15. Attached hereto as **Exhibit N** is a true and correct copy of a facsimile transmittal with attachments from Steve Sandelin to Larry Moore, Bates no. BSB01931-35 and dated July 9, 2001 (Depo. Ex. 11) (**Filed UNDER SEAL**);

16. Attached hereto as **Exhibit O** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates no. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89) (**Filed UNDER SEAL**);

17. Attached hereto as **Exhibit P** is a true and correct copy of one page showing the sprinkler system design from Rottlund's The Reserve technical drawings (Depo. Ex. 228);

18. Attached hereto as **Exhibit Q** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Illinois, Inc. and Town & Country Homes dated February 28, 2000 (Depo. Ex. 4) (**Filed UNDER SEAL**);

19. Attached hereto as **Exhibit R** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and Town & Country Homes dated January 18, 2001 (Depo. Ex. 37) (**Filed UNDER SEAL**);

20. Attached hereto as **Exhibit S** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and Town & Country Homes dated April 20, 2001 (Depo. Ex. 273) (**Filed UNDER SEAL**);

21. Attached hereto as **Exhibit T** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and Town & Country Homes dated May 10, 2002 (Depo. Ex. 93) (**Filed Under Seal**);

22. Attached hereto as **Exhibit U** is a true and correct copy of the unpublished decision in *Softel, Inc. v. Dragon Med. and Scientific Communications, Ltd.*, No. 87-167, 1995 WL 60307 (S.D.N.Y. Oct. 16, 1995);

23. Attached hereto as **Exhibit V** is a true and correct copy of the unpublished decision in *Harris v. Miller*, No. 3-417, 50 U.S.P.Q. 625, 194 WL 9816 (S.D.N.Y. July 26, 1941); and

24. Attached hereto as **Exhibit W** is a true and correct copy of the unpublished decision in *Bull HN Info. Sys., Inc. v. Am. Express Bank, Ltd.*, No. 88-2103, 1990 WL 48098 (S.D.N.Y. April 6, 1990).

FURTHER YOUR AFFIANT SAITH NOT.

**s/ Philip R. Mahowald**
PHILIP R. MAHOWALD, Affiant

Subscribed and sworn to before me
this 27th day of July, 2004.

**s/ Colleen R. Harrigan**
Colleen R. Harrigan, Notary Public
My Commission Expires: 01/31/05

2133424v1