UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al
Defendants,

Case No.: 01-CV-1980 (DSD/SRN)

**NOTIFICATION OF CONVENTIONAL FILING OF EXHIBITS TO AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S OBJECTIONS PURSUANT TO 28 U.S.C. § 636(b) AND L.R. 71.1(c)(2) TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE NELSON DATED JULY 13, 2004**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

1. **Exhibit C** is a true and correct copy of the "cut and paste" document, depicting floor plans of an 8 unit back-to-back product, Bates no. BSB06380 (Depo. Ex. 330);

2. **Exhibit D** is a true and correct copy of BSB's Midland Homes, Inc. 8-plex red-lined plans, Bates no. BSB03482-86 and dated June 15, 1994 (Depo. Ex. 335);

3. **Exhibit I** are true and correct copies of photographs, Bates numbers ranging from PINN02600 to PINN02735 (Depo. Ex. 267);

4. **Exhibit M** is a true and correct copy of is a true and correct copy of BSB's plans and client redlines for The Villas, Bates no. BSB 02034-36 (Depo. Ex. 6);

5. **Exhibit N** is a true and correct copy of a facsimile transmittal with attachments from Steve Sandelin to Larry Moore, Bates no. BSB01931-35 and dated July 9, 2001;

6. **Exhibit O** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates no. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89);

7. **Exhibit Q** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Illinois, Inc. and Town & Country Homes dated February 28, 2000 (Depo. Ex. 4);

8. **Exhibit R** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and Town & Country Homes dated January 18, 2001 (Depo. Ex. 37);

9. **Exhibit S** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and Town & Country Homes dated April 20, 2001 (Depo. Ex. 273); and

10. **Exhibit T** is a true and correct copy of Proposal and/or Jurisdictional Transfer between Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and Town & Country Homes dated May 10, 2002 (Depo. Ex. 93).

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_X__ Item Under Seal* (Document number of protective order: 9; 205 (Addendum)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2133593v1