**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **27th** day of **July, 2004**, I caused the following documents:

Notice of Plaintiff's Objections Pursuant to 28 U.S.C. § 636(b) and L.R. 71.1(c)(2) to Report and Recommendation of Magistrate Judge Nelson Dated July 13, 2004;

Plaintiff's Objections Pursuant to 28 U.S.C. § 636(b) and L.R. 71.1(c)(2) to Report and Recommendation of Magistrate Judge Nelson Dated July 13, 2004; and

Affidavit of Philip R. Mahowald in Support of Plaintiff's Objections Pursuant to 28 U.S.C. § 636(b) and L.R. 71.1(c)(2) to Report and Recommendation of Magistrate Judge Nelson Dated July 13, 2004

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| David A. Donna | ddonna@donnalaw.com | Local counsel for Pinnacle |
| | | |
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| | | |
| Holly J. Newman | hjn@mch-pllp.com | Attorneys for BSB & BGI |
| | | |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: July 27, 2004

s/ Philip R. Mahowald
Philip R. Mahowald, Bar #274902
Craig S. Krummen, Bar #0259081
David A. Davenport, Bar #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
pmahowald@winthrop.com

2133643v1