*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Colleen R. Harrigan, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **27th** day of **July, 2004**, she served the following:

Notice of Conventional Filing of Exhibits to Affidavit of Philip R. Mahowald in Support of Plaintiff's Objections Pursuant to 28 U.S.C. § 636(b) and L.R. 71.1(c)(2) to Report and Recommendation of Magistrate Judge Nelson Dated July 13, 2004; and

Exhibits C, D, I, M, N, O, Q, R, S, T

on the following attorneys, **via Federal Express,** a true and correct copy thereof, enclosed in an envelope, to the following at their last known address:

Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603

s/Colleen R. Harrigan
Colleen R. Harrigan

Subscribed and sworn to before me
this **27th** day of **July, 2004.**

s/Deana J. Lessor
NOTARY PUBLIC

My Commission Expires 1/31/05

2133633v1