*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 27th day of July, 2004, he served the following documents:

Notice of Conventional Filing of Exhibits to Affidavit of Philip R. Mahowald in Support of Plaintiff's Objections Pursuant to 28 U.S.C. § 636(b) and L.R. 71.1(c)(2) to Report and Recommendation of Magistrate Judge Nelson Dated July 13, 2004; and

Exhibits C, D, I, M, N, O, Q, R, S, T

upon the following attorneys, by delivering true and correct copies of the same to said attorneys at their last known address as follows:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Ben Patrick, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 27th day of July, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/31/05
2133634v1