UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc.

Defendants.

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF THE ROTTLUND COMPANY, INC. ON NON-COPYRIGHT CLAIMS AND AFFIRMATIVE DEFENSES**

TO: All parties and counsel of record

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc. ("BGI"), move the Court for an order granting

them partial summary judgment against Plaintiff The Rottlund Company, Inc. ("Rottlund"), and ruling that:

1. Rottlund's non-copyright claims are preempted by Rottlund's copyright claim;
2. Rottlund has produced no evidence to support its non-copyright claims;
3. the undisputed evidence developed during discovery entitles BSB and BGI to summary judgment on the issue of independent creation; and
4. the Villa II is afforded either no copyright protection, or only "thin" copyright protection.

Dated: July 29, 2004

s/ Ben Patrick

Holly J. Newman, MN Bar # 26457X
Ben Patrick, MN Bar # 312460
Of MOORE, COSTELLO & HART, PLLP
701 Fourth Avenue South
Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-1048

***Attorneys for Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.***

MPLS:50925.1/16850-166