UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc.

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF THE ROTTLUND COMPANY, INC. ON NON-COPYRIGHT CLAIMS AND AFFIRMATIVE DEFENSES**

TO: All parties and counsel of record

PLEASE TAKE NOTICE that the undersigned counsel will bring the following Motion on for hearing before the Court, the Honorable Susan Richard Nelson presiding, at a hearing to

commence at 9:30 a.m. on Friday, September 10, 2004 at the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101, or as soon thereafter as counsel may be heard.

Dated: July 29, 2004

s/ Ben Patrick

Holly J. Newman, MN Bar # 26457X
Ben Patrick, MN Bar # 312460
Of MOORE, COSTELLO & HART, PLLP
701 Fourth Avenue South
Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-1048

***Attorneys for Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.***

MPLS:50924.1/16850-166