UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANT PINNACLE CORPORATION AND HOLLAND & KNIGHT'S NOTICE OF OBJECTION TO MAGISTRATE JUDGE NELSON'S JUNE 30, 2004 ORDER, AND MEMORANDUM OF LAW SUBMITTED IN SUPPORT THEREOF**<br><br>**[PARTIALLY FILED UNDER SEAL]** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I

submit this Affidavit in Support of Plaintiff's Memorandum of Law in Support of its Motion to Strike Defendant Pinnacle Corporation and Holland & Knight's Notice of Objection to Magistrate Judge Nelson's June 30, 2004 Order, and Memorandum of Law Submitted in Support Thereof;

1. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the Transcript of Proceedings in this matter on January 28, 2004;

2. Attached hereto as **Exhibit 2** is a true and correct copy of *The Rottlund Company, Inc. v. Pinnacle Corporation, et al., 2004 WL 1494579 (D.Minn.);*

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Second Rebuttal Report of Melissa C. Snelson, dated June 1, 2004 **[FILED UNDER SEAL]**;

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Affidavit of Paul J. Anderson, dated December 10, 2002;

5. Attached hereto as **Exhibit 5** is a true and correct copy of a letter brief submitted by Rottlund's counsel, David A. Davenport, Esq., to Magistrate Judge Susan R. Nelson, with attached Exhibits A through I and dated February 17, 2004 **[FILED UNDER SEAL]**; and

6. Attached hereto as **Exhibit 6** are true and correct copies of excerpts from the Status Conference held before Magistrate Judge Susan R. Nelson on May 7, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

**s/ David A. Davenport**
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 29th day of July, 2004.

**s/ Cynthia L. Kuno**
Cynthia L. Kuno, Notary Public
My Commission Expires: 01/31/05

2133630v1