# Exhibit 1

0001

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,

Plaintiff,

vs. Case No. 01-CV-1980

Pinnacle Corporation, et al.,

Defendants.

---

THE HONORABLE SUSAN R. NELSON
United States Magistrate Judge

* * * *

TAPE-RECORDED HEARING
TRANSCRIPT OF PROCEEDINGS

* * * *

Date: 1/28/04
Reporter: Lisa M. Thorsgaard

contested in every case. But we were attempting to produce what was requested by the plaintiffs and we were attempting to get them the interrogatory answers. We were producing witnesses for depositions and we were taking depositions. This is -- we were not being -- we were not lacking in diligence in this case, Your Honor. We've all been working very hard on this case to try and complete discovery in a timely and fair manner. So --

THE COURT: And Mr. Murdoch, I want you to know one more thing and that is that this is not any easier for me than it is for you and Pinnacle because you've probably observed, if you've done some research into my orders over the past four years, that unlike probably any other judge I know on this bench, I never grant sanctions. I don't sanction anybody because I, as a trial lawyer, I felt that judges only ought to do it in extreme situations and I have been very cautious about it. So trust me, this is as hard for me as it is for you.

MR. MURDOCH: Well, I