UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**EXHIBIT INDEX TO THE AFFIDAVIT OF BEN PATRICK IN SUPPORT OF DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF ON NON-COPYRIGHT CLAIMS AND AFFIRMATIVE DEFENSES**

**FILED UNDER SEAL**

---

Exhibit A — A true and correct copy of the opinion of the court in Kootenia Homes, Inc. v. Reliable Homes, Inc., 2002 WL 15594 (D.Minn. 2002).

Exhibit B — A true and correct copy of Al Bloom's August 15, 2003 Expert Report (Filed Under Seal).

Exhibit C A true and correct copy of the opinion of the court in Domingo Cambeiro PA v. Advent, 2000 WL 262597 (9th Cir. 2000).

Exhibit D A true and correct copy of Jeffrey Scherer's August 15, 2003 Expert Report (Filed Under Seal).

Exhibit E A true and correct copy of pages 63 through 65 of the transcript of the deposition of Anthony Desnick (Filed Under Seal).

Exhibit F A true and correct copy Judge Ronald Longstaff's opinion in Rottlund Homes v. The Oaks Development Co., No. 4-98-CV-10574 (Filed Under Seal).

MPLS:50974.1/16850 - 166