UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF CHRIS JORGENSEN IN SUPPORT OF DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF**

**PARTIALLY FILED UNDER SEAL**

---

STATE OF IOWA )
) ss.
COUNTY OF POLK )

Chris Jorgensen, being duly sworn, states:

1. I am employed by Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB").

2. Larry Moore, another BSB employee, designed the Homestead Collection for Defendant Town & Country Homes, Inc. ("TCM"). I served as Project Manager for the Homestead Collection project.

3. Prior to the commencement of this litigation, I had never seen the Rottlund technical drawings, including the technical drawings identified in Rottlund's copyright applications

and VAus. I have never copied any Rottlund product or drawing, including the materials identified in any of Rottlund's copyright applications or VAus.

4. During the product tour of numerous builders in the Twin Cities metropolitan area that I attended on March 31, 1998, I did not take any photographs of any Rottlund product, nor did I take any brochure for any Rottlund product. During that tour, I spent approximately 5 minutes, and certainly no more than 15 minutes, touring Rottlund's product.

5. BSB has produced timesheets which indicate that I spent approximately 64 hours in 1998 assisting in the design of the Homestead Collection. A copy of my timesheets reflecting time spent working on the Homestead Collection in 1998, 1999, and 2000 are attached hereto as Exhibit A.

6. The schematic design of the Homestead Collection townhome is the independent creation of Larry Moore. With the technical assistance of other employees, I created the Homestead Collection design development and construction drawings based on Larry Moore's schematic design, my expertise and experience, my knowledge of past products designed by BSB and BGI, TCM's redline changes, and the use of standard construction details. The construction drawings for the Homestead Collection is my original work and not a copy, or derivative, of any other townhome.

7. On July 7, 2000 BSB produced a set of final construction drawings for the Homestead Collection townhomes to be built at the Centennial Crossing development. Between July 7, 1998 and July 7, 2000, BSB produced 7 different sets of plans incorporating revisions and changes to the Homestead Collection. Reduced-size copies of the final plans dated July 7, 2000 are attached hereto as Exhibit B.

Further your affiant saith not.

s/ Chris Jorgensen
Chris Jorgensen

Subscribed and sworn to before
me this 10 day of June, 2004.

s/ Susan J. Wallace
Notary Public, Polk County

MPLS:50202.1/16850-166