UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF LARRY MOORE IN SUPPORT OF DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF**

**PARTIALLY FILED UNDER SEAL**

---

STATE OF IOWA )
) ss.
COUNTY OF POLK )

Larry Moore, being duly sworn, states:

1. I am employed by Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB").

2. I designed the Homestead Collection for Defendant Town & Country Homes, Inc. ("TCM"). Chris Jorgensen, another BSB employee, served as project manager for the Homestead Collection project.

3. BSB has produced timesheets which indicate that I spent approximately 72.5 hours in 1998 from the start of the project in April through July when the first set of design development drawings were issued on the Homestead Collection project. A copy of my

timesheets that reflect time spent on the Homestead Collection project are attached hereto as Exhibit A.

4. While designing the Homestead Collection, I only referred to plans from projects for past BSB clients, such as Good Value Homes, Jerry's Homes, and Midland Homes. I only referred to plans that were housed in BSB's marketing files. I did not review any of the contents of the Good Value Homes, Jerry's Homes, or Midland Homes project files.

5. Prior to the commencement of this litigation, I had never seen the Rottlund technical drawings, including the technical drawings identified in Rottlund's copyright applications and VAus. I have never copied the materials identified in any of Rottlund's copyright applications or VAus.

6. While producing my original schematic designs for the Homestead Collection, I did not refer to or use, in any way, any Rottlund plan, drawing, brochure, advertisement, or photograph.

7. During the product tour I attended in Minneapolis in 1998, I did not take any photographs of any Rottlund product, nor did I take any brochure for any Rottlund product. During that tour, I spent approximately 5 minutes, and certainly less than 15 minutes, touring Rottlund's products. I did not learn anything new about back-to-back townhomes as a result of this product tour, nor did I see any new features or design ideas that BSB had not explored before.

8. The schematic design of the Homestead Collection townhome was my independent creation. I created the Homestead Collection based on my expertise and experience as a residential architect and my knowledge of past products designed by BSB and BGI. The

schematic design for the Homestead Collection is my original work and is not a copy, or derivative, of any other townhome.

9. Prior to July 7, 1998, I produced a number of conceptual drawings for the Homestead Collection town home. Reduced-size copies of these plans are attached hereto as Exhibit B.

10. On July 7, 1998, BSB produced the first set of design development drawings depicting the Homestead Collection. Reduced-size copies of these plans are attached hereto as Exhibit C.

Further your affiant saith not.

s/ Larry Moore
Larry Moore

Subscribed and sworn to before
me this 10 day of June, 2004.

s/ Susan J. Wallace
Notary Public, Polk County

MPLS:48607.1/16850-166