UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**EXHIBIT INDEX TO THE AFFIDAVIT OF LARRY MOORE IN SUPPORT OF DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF**

**FILED UNDER SEAL**

---

Exhibit A A copy of Larry Moore's timesheets that reflect time spent on the Homestead Collection project (Filed Under Seal).

Exhibit B Reduced-size copies of Homestead Collection town home plans (Filed Under Seal).

Exhibit C Reduced size copies of the first set of design development drawings depicting the Homestead Collection (Filed Under Seal).

MPLS:50977.1/16850 -166