UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF DOUGLAS BUSTER IN SUPPORT OF DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF**

**PARTIALLY FILED UNDER SEAL**

---

STATE OF ILLINOIS )
) ss.
COUNTY OF COOK )

Douglas Buster, being duly sworn, states:

1. I am employed by Defendant The Bloodgood Group, Inc. ("BGI").

2. On February 28, 2000, Bloodgood Sharp Buster Architects and Planners of Illinois, Inc. ("BSB-IL"), entered into a contract with Defendant Pinnacle Corporation, d/b/a Town & Country Homes ("Pinnacle"), whereby BSB-IL agreed to revise the architectural design for a townhouse known as The Homestead Collection, and built at a development known as Centennial Crossing in Maple Grove, Minnesota, so that the resultant townhome could be built, and be competitive, in the Greater Chicago market. A true and correct copy of

the February 28, 2000 contract between BSB-IL and Pinnacle is attached hereto as Exhibit A.

3. Working as a subconsultant to BSB-IL, I revised the architectural design for Centennial Crossing Homestead Collection townhouse. The purpose of this revision was to produce a townhouse that would be commercially successful in the Greater Chicago market. The changes I made to the Centennial Crossing Homestead Collection townhouse include:

A. I created two smaller massed buildings different from the original 8-unit Centennial Crossings buildings. In lieu of an 8-plex, I created both a 4-plex and a 6-plex building for Washington Square.

B. I created a hipped roof massing for the smaller 4-plex and a smaller gable roof massing for the 6-plex.

C. I eliminated masonry from both buildings and recreated a horizontal element in the buildings by using wider siding on the first floor of each building, and a narrow horizontal siding on the second floor of each building.

D. I separated the two sidings with a wide band board trim detail, which helped to break down the scale of the buildings.

E. I softened the feel of the protruding garage elements by adding a small hipped roof at those areas.

F. I eliminated all of the wider triple windows and introduced smaller double windows in their place.

G. I eliminated many of the double windows in the original building and replaced them with single windows.

H. I added a heavier window head detail at all front-facing windows.

I. I introduced shutters in all front-facing windows.

J. I introduced a more detailed porch column, along with a railing detail at several entries.

K. I added an additional transom window above the patio doors.

L. I changed the gable combinations from triple gables to double gables and added in an additional single gable box bay window element as well.

M. I added small dormers to the roof in various locations.

BSB-IL has referred to the townhouse I created by revising the design of the Centennial Crossing Homestead Collection townhouse as the Washington Square townhouse.

4. Prior to the commencement of this litigation, I had never seen Rottlund's technical drawings, including the technical drawings identified in Rottlund's copyright applications and VAus. I have never copied the materials identified in any of Rottlund's copyright applications or VAus. Prior to the commencement of this litigation, I had never been in a Rottlund community or seen the Rottlund Villa townhomes.

5. While producing my original schematic designs for the Washington Square townhouse, I did not refer to or use, in any way, any Rottlund plan, drawing, brochure, advertisement, or photograph.

6. The schematic design of the Washington Square townhouse was my independent creation. I created the Washington Square townhouse based on my expertise and experience as a residential designer. The schematic design for the Washington Square townhouse is my original work and is not a copy, or derivative, of any townhouse other than the Centennial Crossing Homestead Collection townhouse.

Further your affiant saith not.

s/ Douglas Buster
Douglas Buster

Subscribed and sworn to before
me this 28th day of July, 2004.

s/ Diane J. Reeves
Notary Public, Cook County

MPLS:50209.1/16850-166