UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF ASSIGNMENT OF CASES FOR TRIAL**

The following civil case is set for trial before Judge David S. Doty at the United States Courthouse, Courtroom 14 West, 14th Floor, 300 South Fourth Street, Minneapolis, Minnesota, on **NOVEMBER 15, 2004,** with trial to commence at 9:00 a.m. Trial documents are due **NOVEMBER 1, 2004, in accordance with the Electronic Case Filing Procedures for the District of Minnesota, Section II, Part H. One copy in Word or WordPerfect version of all trial documents shall be sent to the chambers e-mail address (doty_chambers@mnd.uscourts.gov). Attention of counsel is called to Local Rule 39.1 re Trial Procedures**.

If your case is not reached for trial on the date indicated, it will be tried as soon as possible thereafter and should be kept on a "ready basis." **IT IS ORDERED** that if the attorney having responsibility for the case is unable to try the case, he or she shall refer the case to another attorney so the case can proceed in an expeditious manner.

Questions regarding the calendar may be directed to Connie Baker, Calendar Clerk for Judge Doty, U.S. Courthouse, Suite 14W, Minneapolis, MN 55415. (612) 664-5063.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES**

**Rottlund Company, Inc. v. Pinnacle Corporation**
**Civil No. 01-1980(DSD/SRN) (Jury-Copyright Infringement)**

**Estimated Trial Time: 15 Days**