**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **29th** day of **July, 2004**, I caused the following documents:

1. MOTION TO STRIKE DEFENDANT PINNACLE CORPORATION AND HOLLAND & KNIGHT'S NOTICE OF OBJECTION TO MAGISTRATE JUDGE NELSON'S JUNE 30, 2004 ORDER, AND MEMORANDUM OF LAW SUBMITTED IN SUPPORT THEREOF;
2. PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANT PINNACLE CORPORATION AND HOLLAND & KNIGHT'S NOTICE OF OBJECTION TO MAGISTRATE JUDGE NELSON'S JUNE 30, 2004 ORDER, AND MEMORANDUM OF LAW SUBMITTED IN SUPPORT THEREOF; AND
3. AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANT PINNACLE CORPORATION AND HOLLAND & KNIGHT'S NOTICE OF OBJECTION TO MAGISTRATE JUDGE NELSON'S JUNE 30, 2004 ORDER, AND MEMORANDUM OF LAW SUBMITTED IN SUPPORT THEREOF.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| David A. Donna | ddonna@donnalaw.com | Local counsel for Pinnacle |
| | | |
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| | | |
| Holly J. Newman | hjn@mch-pllp.com | Attorneys for BSB & BGI |
| | | |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: July 29, 2004

s/ David A. Davenport
David A. Davenport, Bar #0285109
Craig S. Krummen, Bar #0259081
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2132915v1