# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 29th day of July, 2004, he served the following documents:

1. Notice of Conventional Filing of Sealed Exhibits to the Affidavit of David A. Davenport in Support of Plaintiff's Memorandum of Law in Support of its Motion to Strike Defendant Pinnacle Corporation and Holland & Knight's Notice of Objection to Magistrate Judge Nelson's June 30, 2004 Order, and Memorandum of Law Submitted in Support Thereof;

2. Sealed Exhibits; and

3. Proposed Order.

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Ben Patrick, Esq.
MOORE, COSTELLO & HART
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 29th day of July, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/05
2053724v1