*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Deana J. Lessor, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **29th** day of **July, 2004**, she served the following:

1. Notice of Conventional Filing of Sealed Exhibits to the Affidavit of David A. Davenport in Support of Plaintiff's Memorandum of Law in Support of its Motion to Strike Defendant Pinnacle Corporation and Holland & Knight's Notice of Objection to Magistrate Judge Nelson's June 30, 2004 Order, and Memorandum of Law Submitted in Support Thereof;

2. Sealed Exhibits; and

3. Proposed Order.

on the following parties in this action, through their attorneys, **via Federal Express,** a true and correct copy thereof, enclosed in an envelope, to the following at their last known address:

Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 312- 407-8426

s/Deana J. Lessor
Deana J. Lessor

Subscribed and sworn to before me
this **29th** day of **July, 2004.**

s/Cindy Kuno
NOTARY PUBLIC

My Commission Expires 1/05

2132924v1