**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **29th** day of **July, 2004**, I caused the following documents:

Plaintiff's Memorandum of Law in Response to Christopher Carmichael's Objections to Magistrate Judge Nelson's Order of Sanctions Dated June 30, 2004

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| James R. Ferguson | jferguson@mayerbrownrowe.com | Attorneys for Christopher Carmichael |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: July 30, 2004

s/ Philip R. Mahowald

Philip R. Mahowald, Bar #274902
Craig S. Krummen, Bar #0259081
David A. Davenport, Bar #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
pmahowald@winthrop.com

2134623v1