UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**NOTICE OF FILING SUPPLEMENTARY COPYRIGHT REGISTRATION NO. VAU 618-217** |

**PLEASE TAKE NOTICE** that Plaintiff The Rottlund Company, Inc. hereby files the attached Supplementary Copyright Registration No. VAu 618-217, issued by the United States Copyright Office on June 16, 2004, which corrects the name of the author listed on Copyright Registration No. VAu 268-404 [attached to Court Doc. Nos. 336 and 394 at Ex. C, and 352 at Ex. K], which was filed and served in connection with the following: (1) Plaintiff's Motion for Partial Summary Judgment on Liability Issues of Validity, Direct Copying, Access, Substantial

Similarity, and Infringement of Plaintiff's Copyrighted Technical Drawings [Court Doc. No. 333; (2) Affidavit of David A. Davenport In Opposition to Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff On Copyright Validity [Court Doc. No. 394]; and (3) Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff The Rottlund Co., Inc. [Court Docket No. 350].

Dated: July 30, 2004.

**WINTHROP & WEINSTINE, P.A.**

s/David A. Davenport
Craig S. Krummen, #259081
David A. Davenport, #285109

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816
***Attorneys for Plaintiff The Rottlund Company, Inc.***

2134703v1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
VAu618-217

[redacted]

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
June 16 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

**Title of Work ▼**
New Villas Units A / B

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 268-404 | 1993 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| The Rottlund Company Inc | The Rottlund Company Inc |

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 2(a) Line Heading or Description Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**

The Rottlund Company Inc

**Corrected Information ▼**

Whitten & Associates

**Explanation of Correction ▼**

To correct authorship

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 4 Line Heading or Description Transfer

**Amplified Information and Explanation of Information ▼**

Transfer" box should read "Whitten & Associates transferred their interests to Rottlund by agreement which was memorialized in writing and signed by Whitten & Associates authorized agent "

RCI024043
CONFIDENTIAL

MORE ON BACK ▶ Complete all applicable spaces (D-G) on the reverse side of this page. See detailed instructions. Sign the form at Space F

DO NOT WRITE HERE

| FORM CA RECEIVED | FORM CA |
|---|---|
| JUN 16 2004 | |
| FUNDS RECEIVED DATE | |
| JUN 16 2004 | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☑ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

Continuation of: ☐ Part B or ☐ Part C

**D**

RCI024044
CONFIDENTIAL

Correspondence: Give name and address to which correspondence about this application should be sent

**E**

David A Davenport Winthrop & Weinstine P A
Suite 3500 225 South Sixth Street
Minneapolis Minnesota 55402

Phone (612) 604 6716 Fax (612) 604-6800 Email Ddavenport@winthrop com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name

Account Number

Certification* I the undersigned, hereby certify that I am the (Check only one)

**F**

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of The Rotlund Company Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Todd Stutz

Date ▼ June 4 2004

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address

**G**

Name ▼
David A Davenport Esq Winthrop & Weinstine P A

Number/Street/Apt ▼
Suite 3500 225 South Sixth Street

City/State/ZIP ▼
Minneapolis MN 55402

Complete all necessary spaces
Sign your application in Space F

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500