UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

No. 01-CV-1980 (DSD/SRN)

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

---

I hereby certify that on July 29, 2004, I caused the following documents:

1. Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Notice of Motion for Partial Summary Judgment Against Plaintiff the Rottlund Company, Inc. on Non-Copyright Claims and Affirmative Defenses;

2. Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff the Rottlund Company on Non-Copyright Claims and Affirmative Defenses;

3. Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Memorandum of Law in Support of Their Motion for Partial Summary Judgment Against Plaintiff on Non-Copyright Claims and Affirmative Defenses;

4. Affidavit of Ben Patrick in Support of Defendants Bloodgood Sharp Buster Architects and Planners of Iowa and the Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff on Non-Copyright Claims and

Affirmative Defenses, along with Exhibit A and C; Notice of Conventional Filing of Exhibit B, D-F; and Exhibit Index;

5. Affidavit of Chris Jorgensen in Support of Defendants' Motions for Partial Summary Judgment Against Plaintiff; Notice of Conventional Filing of Exhibits A and B; Exhibit Index;

6. Affidavit of Larry Moore in Support of Defendants' Motions for Partial Summary Judgment Against Plaintiff, Notice of Conventional Filing of Exhibits A-C; Exhibit Index;

7. Affidavit of Douglas Buster in Support of Defendants' Motions for Partial Summary Judgment Against Plaintiff, Notice of Conventional Filing of Exhibit A; Exhibit Index

to be filed electronically with the clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David A Davenport | ddavenport@winthrop.com |
| David A Donna | ddonna@donnalaw.com |
| Craig S Krummen | ckrummen@winthrop.com |
| Christopher J Murdoch | chris.murdoch@hklaw.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

s/ Ben Patrick
Holly J. Newman, 26457X
Ben Patrick, 312460
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-0148
Facsimile: (612) 395-8600

***Attorneys for Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group***