UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

No. 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc.

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

**AFFIDAVIT OF PERSONAL SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Blair M. Lothe, being first duly sworn on oath, deposes and states that on July 29, 2003, I served one copy of the following:

1. A copy of the Notice of Conventional Filing of Exhibits A and B to the Affidavit of Chris Jorgensen in Support of Defendants' Motions for Partial Summary Judgment Against Plaintiff; Exhibit Index; and Exhibits A and B to be filed under seal.

2.. A copy of the Notice of Conventional Filing of Exhibits A, B and C to the Affidavit of Larry Moore in Support of Defendants' Motions for Partial Summary Judgment Against Plaintiff; Exhibit Index; and Exhibits A, B and C to be filed under seal.

3. A copy of the Notice of Conventional Filing of Exhibit A to the Affidavit of Douglas Buster in Support of Defendants' Motions for Partial Summary Judgment Against Plaintiff; Exhibit Index; and Exhibit A to be filed under seal.

4. A copy of the Notice of Conventional Filing of Exhibits B, D-F to the Affidavit of Ben Patrick in Support of Defendants Bloodgood Sharp Buster Architects and Planners of Iowa and the Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff on Non-Copyright Claims and Affirmative Defenses; Exhibit Index; and Exhibits B, D- F to be filed under seal.

upon the following:

DAVID A DAVENPORT
CRAIG S KRUMMEN
WINTHROP & WEINSTINE PA
225 SOUTH 6th STREET
SUITE 3500
MINNEAPOLIS MN 55402-4629

DAVID A DONNA
DONNA & DALY PC
1460 BUFFET WAY
SUITE 150
EAGAN MN 55121

DARREN SCHWIEBERT
FREDRIKSON & BYRON P.A.
4000 PILLSBURY CETNER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

s/ Blair M. Lothe
Blair M. Lothe

Subscribed and sworn to before me
this 30th day of July, 2004

s/ Kimberly Smiley
Notary Public, Hennepin County

MPLS:45668/79167-009