UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF SERVICE BY U.S. MAIL**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Kim Smiley, being first duly sworn, on oath, deposes and states that she is employed by Moore, Costello & Hart, P.L.L.P. and that on the 29 day of July, 2004, she served the following:

Proposed Order Granting Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Partial Summary Judgment Against Plaintiff Rottlund Company on Non-Copyright Claims and Affirmative Defenses

via U.S. mail by placing true and correct copies thereof in envelopes addressed as follows:

DAVID A DAVENPORT
CRAIG S KRUMMEN
WINTHROP & WEINSTINE PA
225 SOUTH 6th STREET
SUITE 3500
MINNEAPOLIS MN 55402-4629

DARREN SCHWIEBERT
FREDRIKSON & BYRON
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

MATTHEW I FARMER
HOLLAND & KNIGHT LLC
131 S DEARBORN STREET
30th FLOOR
CHICAGO IL 60603

DAVID A DONNA
DONNA & DALY
1460 BUFFET WAY
SUITE 150
EAGAN MN 55121

and depositing the same duly posted in a regularly authorized mail collection box of the United States Postal Service.

s/ Kim Smiley
Kim Smiley

Subscribed and sworn to before me this 29th day of July, 2004.

s/ Amanda Garberson
Notary Public, Anoka, County

MPLS:46384.116850-166