UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, and Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc.<br><br>Defendants.<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff<br>vs.<br><br>Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No. 01-CV-1980 (DSD/SRN)<br><br>**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF THE ROTTLUND COMPANY, INC. AS TO DAMAGES** |

---

TO: All parties and counsel of record

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc. ("BGI"), move the Court for an order granting

them partial summary judgment against Plaintiff The Rottlund Company, Inc. ("Rottlund"), and ruling that:

1. Rottlund is not entitled to recover actual damages on its copyright infringement claims under 17 U.S.C. § 504(b);

2. If Rottlund were determined to be entitled to actual damages under 17 U.S.C. § 504(b), it would not be entitled to recover duplicative infringement profit damages from BSB and BGI;

3. Rottlund's actual damages, if recoverable, are no more than $410.75 per Homestead Collection unit;

4. If Rottlund were determined to be entitled to recover infringement profit damages from BSB and BGI, such damages would be subject to reduction by the amount of BSB's and BGI's deductible expenses;

5. Rottlund is not entitled to recover infringer's profits or actual damages relating to products other than the allegedly infringing products; and

6. Rottlund is not entitled to money damages for the alleged violation of Minnesota's Deceptive Trade Practices Act.

Dated: August 3, 2004

s/ Ben Patrick

Holly J. Newman, MN Bar # 26457X
Ben Patrick, MN Bar # 312460
Of MOORE, COSTELLO & HART, PLLP
701 Fourth Avenue South
Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-1048

***Attorneys for Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.***

MPLS:50922.1/16850-166