UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc.

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF BEN PATRICK IN SUPPORT OF DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF AS TO DAMAGES**

**PARTIALLY FILED UNDER SEAL**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Ben Patrick, being duly sworn, states:

1. I am one of the counsel of record for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB"), and The Bloodgood Group, Inc. ("BGI").

2. Attached hereto as Exhibit A is a true and correct copy of Joseph Kenyon's August 15, 2003 Expert Report.

3. Attached hereto as Exhibit B is a true and correct copy of Melissa Snelson's May 30, 2003 Expert Report.

4. Attached hereto as Exhibit C is a true and correct copy of Arthur Cobb's May 15, 2004 Expert Report.

5. Attached hereto as Exhibit D is a true and correct copy of pages 44 through 49 of the transcript of the deposition of Melissa Snelson.

6. Attached as Exhibit E is a true and correct copy of the opinion of the court in Antenna Television, A.E. v. Aegean Video, Inc., 1996 WL 298252 (E.D.N.Y. 1996).

7. Attached hereto as Exhibit F is a true and correct copy of pages 213 through 216 of the transcript of the deposition of Joseph Kenyon.

8. Attached hereto as Exhibit G are true and correct copies of the BSB invoices related to the Homestead Collection produced to date.

9. Attached hereto as Exhibit H is a true and correct copy of pages 506 through 509 of the transcript of the deposition of Todd Stutz.

Further your affiant saith not.

s/ Ben Patrick
Ben Patrick

Subscribed and sworn to before
me this 3rd day of August, 2004.

s/ Amanda M. Garberson
Notary Public, Anoka County

MPLS:50996.1/16850-166