UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**NOTICE OF CONVENTIONAL FILING OF EXHIBITS A - D AND F - H TO THE AFFIDAVIT OF BEN PATRICK IN SUPPORT OF DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF AS TO DAMAGES**

---

This document is a place holder for the following items(s) which are filed in conventional or physical form with the Clerk's Office:

1. Attached hereto as Exhibit A is a true and correct copy of Joseph Kenyon's August 15, 2003 Expert Report **(Filed Under Seal)**.

2. Attached hereto as Exhibit B is a true and correct copy of Melissa Snelson's May 30, 2003 Expert Report **(Filed Under Seal)**.

3. Attached hereto as Exhibit C is a true and correct copy of Arthur Cobb's May 15, 2004 Expert Report **(Filed Under Seal)**.

4. Attached hereto as Exhibit D is a true and correct copy of pages 44 through 49 of the transcript of the deposition of Melissa Snelson **(Filed Under Seal)**.

5. Attached hereto as Exhibit F is a true and correct copy of pages 213 through 216 of the transcript of the deposition of Joseph Kenyon **(Filed Under Seal)**.

6. Attached here to as Exhibit G are true and correct copies of the BSB invoices related to the Homestead Collection produced to date.

7. Attached here to as Exhibit H is a true and correct copy of pages 506 through 509 of the transcript of the deposition of Todd Stutz.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the e-filing system allows)*

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal*

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description):

* Filing of these items requires Judicial Approval.