UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

No. 01-CV-1980 (DSD/SRN)

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

---

I hereby certify that on August 3, 2004, I caused the following documents:

1. Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Notice of Motion for Partial Summary Judgment Against Plaintiff the Rottlund Company, Inc. as to Damages;

2. Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff the Rottlund Company, inc. as to Damages;

3. Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Memorandum of Law in Support of Their Motion for Partial Summary Judgment Against Plaintiff as to Damages;

4. Affidavit of Ben Patrick in Support of Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff as to Damages (Partially Filed Under Seal)

to be filed electronically with the clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David A Davenport | ddavenport@winthrop.com |
| David A Donna | ddonna@donnalaw.com |
| Craig S Krummen | ckrummen@winthrop.com |
| Christopher J Murdoch | chris.murdoch@hklaw.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

s/ Ben Patrick
Holly J. Newman, 26457X
Ben Patrick, 312460
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-0148
Facsimile: (612) 395-8600

***Attorneys for Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group***

MPLS:50302.1/16850-166