UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF SERVICE**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Kim Smiley, being first duly sworn, on oath, deposes and states that she is employed by Moore, Costello & Hart, P.L.L.P. and that on the 3rd day of August, 2004, she served the following via U.S. mail:

Proposed Order Granting Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc. Partial Summary Judgment Against Plaintiff the Rottlund Company, Inc. as to Damages

on the following parties:

DAVID A DAVENPORT
CRAIG S KRUMMEN
WINTHROP & WEINSTINE PA
225 SOUTH 6th STREET
SUITE 3500
MINNEAPOLIS MN 55402-4629

DARREN SCHWIEBERT
FREDRIKSON & BYRON
4000 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

MATTHEW I FARMER
CHRIS MURDOCH
HOLLAND & KNIGHT LLC
131 S DEARBORN STREET
30th FLOOR
CHICAGO IL 60603

MR. DAVID DONNA
DONNA & DALY P.C.
1460 BUFFET WAY
SUITE 150
EAGAN, MN 55121

s/ Kim Smiley
Kim Smiley

Subscribed and sworn to before
me this 3rd day of August, 2004.

s/ Amanda M. Garberson
Notary Public, Anoka County

MPLS:49655/16850-166