UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**AFFIDAVIT OF DARREN SCHWIEBERT IN SUPPORT OF PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES**

---

Darren Schwiebert, being first duly sworn on oath, states and deposes as follows:

1. I am one of the attorneys representing Defendant Town & Country Homes, Inc. ("TOWN & COUNTRY HOMES, INC.") in the above-captioned matter. I am licensed to practice law in the State of Minnesota and the United States District Court for the District of Minnesota. I make this Affidavit in Support of Pinnacle Corporation and Town & Country Homes, Inc.'s Motion for Summary Judgment Regarding Damages.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit A.** Town & Country Homes, Inc.'s Interrogatories to Plaintiff (Set II).

**Exhibit B.** Plaintiff's Amended Supplemental Objections, Responses and Answers to Defendant Town & Country Homes, Inc.'s Discovery (Set II) Interrogatory No. 15 dated June 7, 2004.

**Exhibit C.** Supplemental Expert report of Melissa C. Snelson dated April 15, 2004.

**Exhibit D.** Second Rebuttal Report of Melissa C. Snelson dated June 1, 2004.

**Exhibit E.** Agreement with Bloodgood Sharp Buster dated April 6, 1998.

**Exhibit F.** Agreement with Bloodgood Sharp Buster dated January 18, 2001.

**Exhibit G.** Jurisdiction Transfer Agreement with Bloodgood Sharp Buster dated January 18, 2001.

**Exhibit H.** Excerpts of deposition of Beth Miller dated September 3, 2003.

**Exhibit I.** Excerpts of deposition of James Grundmeier dated March 4, 2003.

**Exhibit J.** Jurisdiction Transfer for Aurora, Illinois dated February 28, 2000.

**Exhibit K.** Letter from Winthrop & Weinstine to Pinnacle Corporation dated July 5, 2001.

**Exhibit L.** Excerpts of deposition of Todd M. Stutz dated May 29, 2003.

**Exhibit M.** Letter from Rebecca McDaniel dated May 10, 1999.

**Exhibit N.** Excerpts of deposition of Melissa C. Snelson dated June 10, 2004.

**Exhibit O.** License Agreement between Rottlund and the Augusta Group, LLC dated July 19, 2000.

**Exhibit P.** Rebuttal Report of Cobb & Associates, Ltd. dated May 14, 2004.

**Exhibit Q.** Excerpts of deposition of Timothy Whitten dated August 14, 2003.

FURTHER YOUR AFFIANT SAITH NOT.

s/Darren B. Schwiebert
Darren B. Schwiebert

Subscribed and sworn to before me
this 3rd day of August, 2004.

s/Kimberly J.P. Raba
Notary Public

#2999652\1