**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottland Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2004, I electronically filed the foregoing document:

1. Pinnacle Corporation and Town & Country Homes, Inc.'s Motion for Summary Judgment Regarding Damages;

2. Pinnacle Corporation and Town & Country Homes, Inc.'s Notice of Hearing for Motion for Summary Judgment Regarding Damages;

3. Pinnacle Corporation and Town & Country Homes, Inc.'s Memorandum in Support of Motion for Summary Judgment Regarding Damages;

4. Affidavit of Darren Schwiebert in Support of Pinnacle Corporation and Town & Country Homes, Inc.'s Motion for Summary Judgment Regarding Damages;

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Holly J. Newman, Esq.**
**Chris Murdoch, Esq.**
**David A. Donna, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE

Dated: August 3, 2004.

**s/ Darren B. Schwiebert**
Darren B. Schwiebert (#260642)
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
E-mail: dschweibert@fredlaw.com

ATTORNEY FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.