**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

The Rottlund Company, Inc. v. Pinnacle Corporation, et al.
Court File No.: 01-1980 DSD/SRN

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2004, I served a copy of the Proposed Order for Pinnacle Corporation and Town & Country Homes, Inc.'s Motion for Summary Judgment Regarding Damages, by e-mailing a copy to the following:

Craig S Krummen at ckrummen@winthrop.com,
Christopher J Murdoch at chris.murdoch@hklaw.com
Holly Jean Newman at hjn@mch-pllp.com,
David A. Donna at ddonna@donnalaw.com

Dated: August 3, 2004.

**s/ Kimberly J. Raba**
Assistant to Darren B. Schwiebert
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

#2968449\2