**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**NOTICE OF MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CHRISTOPHER CARMICHAEL'S OBJECTION TO MAGISTRATE'S 6/30/04 SANCTIONS ORDER**

---

TO: PARTIES ABOVE NAMED:

PLEASE TAKE NOTICE that Christopher Carmichael brings the above motion and requests that it be considered by the Court without oral argument or the need of a formal hearing.

Dated: August 4, 2004

Respectfully submitted,
CHRISTOPHER CARMICHAEL

By: s/ James R. Ferguson

James R. Ferguson
David W. Fuller
MAYER BROWN ROWE & MAW, LLP
190 LaSalle St.
Chicago, Illinois 60603
312.701.7282 (telephone)
312.706.8421 (facsimile)

Rodney A. Honkanen (#46929)
Spence, Ricke, Sweeney & Gernes, P.A.
325 Cedar Street, Suite 600
St. Paul, MN 55101
651.223.8000 (telephone)
651.223.8003 (facsimile)