**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

<table>
<tr><td>The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant.</td><td>No.: 01-CV-1980 (DSD/SRN)<br><br>MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF CHRISTOPHER CARMICHAEL’S OBJECTIONS TO MAGISTRATE’S 6/30/04 SANCTIONS ORDER</td></tr>
</table>

**MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF CHRISTOPHER CARMICHAEL’S OBJECTIONS TO MAGISTRATE’S 6/30/04 SANCTIONS ORDER**

For the reasons discussed in the accompanying supporting memorandum, Christopher Carmichael respectfully moves for leave to file a reply brief in support of his objections to the Magistrate’s June 30, 2004 sanctions order.

Respectfully submitted,
CHRISTOPHER CARMICHAEL

By:___s/ James R. Ferguson___________________

James R. Ferguson
David W. Fuller
MAYER BROWN ROWE & MAW LLP
190 S. LaSalle St.
Chicago, Illinois
312.701.7282 (telephone)
312.706.8421 (facsimile)

Rodney A. Honkanen (# 46929)
Spence, Ricke, Sweeney & Gernes, P.A.
325 Cedar Street, Suite 600
St. Paul, MN 55101
651.223.8000 (telephone)
651.223.8003 (facsimile)