UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

TO: CHRISTOPHER W. CARMICHAEL, 131 SOUTH DEARBORN STREET, 30TH FLOOR, CHICAGO, ILLINOIS 60603.

**YOU ARE HEREBY COMMANDED** to appear personally before this court and show good cause, if such cause you may have, why you should not be sanctioned for your conduct at the deposition of Jason Jorgenson, said conduct having been described at pages 12

through 14 and 39 through 40 of the order of United States Magistrate Judge Susan R. Nelson, dated June 30, 2004, issued in this case.[1] You shall make such appearance at the United States Courthouse, 300 South 4th Street, Courtroom 14 West, Minneapolis, Minnesota 55415, on September 3, 2004, at 9:00 a.m.

**IT IS FURTHER ORDERED** that the United States Marshal shall personally serve a copy of this order upon Mr. Carmichael at the above-named address.

Dated: August 5, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court

[1] This order is issued out of an abundance of caution to ensure that all the matters addressed in the order of the magistrate judge, and the appeals from it, are properly before the court.