UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

The Rotlund Company, Inc., d/b/a Rotlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, an Iowa Corporation,

Third Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**SUBSTITUTION OF ATTORNEY**

**PEASE TAKE NOTICE** that Mackall, Crounse & Moore, PLC have been appointed and substituted as attorneys of record for Bloodgood Sharp Buster & Planners of Iowa, Inc., and The Bloodgood Group, Inc.

Dated: August 9, 2004

MACKALL, CROUNSE & MOORE

By [signature]
Holly J. Newman (#026457X)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Phone: (612) 305-1400
Facsimile: (612) 305-1414

Moore, Costello & Hart, PLLP hereby consents to the substitution of the firm Mackall, Crounse & Moore, PLC as attorneys of record for Bloodgood Sharp Buster & Planners of Iowa, Inc., and The Bloodgood Group, Inc.

Dated: August 9, 2004

By [signature]
John M. Harens (#41269)

Moore, Costello & Hart, PLLP
701 Fourth Avenue South, #1350
Minneapolis, MN 55415
Phone: (612) 673-0148
Facsimile: (612) 395-8600

HJN/jp#712109v1