**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I, Holly J. Newman, Esq., hereby certify that on August 9, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Substitution of Attorney; and

Defendant Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.'s Memorandum of Law in Support of Magistrate Judge Nelson's July 13, 2004 Report and Recommendation.

I further certify that I mailed the foregoing documents and the notice of electronic filing by first class mail to the non-CM/ECF participants:

Scott W. Peterson, Esq.
Edward F. Ryan, Esq.
Holland & Knight
131 Dearborn Street
30th Floor
Chicago, IL 60603

Dated: August 10, 2004

MACKALL, CROUNSE & MOORE, PLC

By: /s Holly J. Newman
Attorney Registration #26457X
1400 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402-2859
Phone: 612/305-1400
Facsimile: 612/305-1414

HJN/jjj#712340v1