UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation, Plaintiff, vs. Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation, Defendants, and Town & Country Homes, Inc., a Minnesota Corporation, Third-Party Plaintiff, v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF ON NON-COPYRIGHT CLAIMS AND AFFIRMATIVE DEFENSES**<br><br>**[PARTIALLY FILED UNDER SEAL]** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I

submit this Affidavit in Support of Plaintiff's Memorandum of Law in Opposition to Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc.'s ("BGI") Motion for Partial Summary Judgment against Plaintiff on Non-Copyright Claims and Affirmative Defenses.

2. **Exhibits R1 through R17** are intentionally omitted;

3. Attached hereto as **Exhibit R18** is a true and correct copy of Rottlund's Villa II technical drawings for The Reserve in Plymouth, Minnesota, Bates No. RCI004150-66 **(FILED UNDER SEAL)**;

4. **Exhibits R19 through R26** are intentionally omitted;

5. Attached hereto as **Exhibit R27** is a true and correct copy of transcript excerpts from the individual deposition of Larry Moore;

6. Attached hereto as **Exhibit R28** is a true and correct copy of transcript excerpts from the individual deposition of Tom Ryan, dated December 9, 2003;

7. **Exhibit R29** is intentionally omitted;

8. Attached hereto as **Exhibit R30** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Larry Moore, dated March 6-7, 2003;

9. Attached hereto as **Exhibit R31** is a true and correct copy of an agreement between BSB and Design Development, Inc., Bates No. BSB 10173.1 and dated May 9, 1994 (Depo. Ex. 333) **(FILED UNDER SEAL)**;

10. Attached hereto as **Exhibit R32** is a true and correct copy of the "cut and paste" document, depicting floor plans of an 8 unit back-to-back product, Bates No. BSB06380 (Depo. Ex. 330) **(FILED UNDER SEAL)**;

11. Attached hereto as **Exhibit R33** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates No. DDI000002-54 (Depo. Ex. 374) **(FILED UNDER SEAL)**;

12. Attached hereto as **Exhibit R34** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates No. DDI000283-317 (Depo. Ex. 376) **(FILED UNDER SEAL)**;

13. Attached hereto as **Exhibit R35** is a true and correct copy of BSB's Midland Homes, Inc. 8-plex red-lined plans, Bates No. BSB03482-86 and dated June 15, 1994 (Depo. Ex. 335) **(FILED UNDER SEAL)**;

14. Attached hereto as **Exhibit R36** is a true and correct copy of an excerpt from the November 26, 2003 discovery conference held before Magistrate Judge Susan R. Nelson;

15. Attached hereto as **Exhibit R37** is a true and correct copy of a July 8th handwritten memo from Larry Moore to Jim Grundmeier, Bates No. BSB10208 (Depo. Ex. 338);

16. Attached hereto as **Exhibit R38** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Chris Jorgensen, dated March 5, 2003;

17. Attached hereto as **Exhibit R39** is a true and correct copy of a facsimile from Michael N. Rice of Jerry's Homes, Inc. to Chris Jorgensen, dated March 11, 1997 (Depo. Ex. 55A);

18. Attached hereto as **Exhibit R40** is a true and correct copy of transcript excerpts from the individual deposition of Chris Jorgensen, dated September 3, 2003;

19. Attached hereto as **Exhibit R41** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Arthur Plante, dated December 19-20, 2002;

20. Attached hereto as **Exhibit R42** is a true and correct copy of transcript excerpts from the individual deposition of Mike Ryan, dated December 11, 2003;

21. Attached hereto as **Exhibit R43** is a true and correct copy of the expert report of Arthur Cobb, Cobb & Associates, dated August 15, 2003 **(FILED UNDER SEAL)**;

22. Attached hereto as **Exhibit R44** is a true and correct copy of a document entitled, "Top 25 List of Residential Home Builders," *The Business Journal* (2004);

23. Attached hereto as **Exhibit R45** is a true and correct copy of excerpts from Steve Sandelin's January, 1998 calendar, Bates numbers ranging from PINN04548-4622 (Depo. Ex. 266) **(FILED UNDER SEAL)**;

24. Attached hereto as **Exhibit R46** is a true and correct copy of transcript excerpts from the individual deposition of Steve Sandelin, dated December 8, 2003;

25. Attached hereto as **Exhibit R47** is a true and correct copy of excerpts from the calendar of Larry Moore, dated April 3, 1998, Bates No. BSB04498.1 and BSB04490.1 **(FILED UNDER SEAL)**;

26. Attached hereto as **Exhibit R48** are true and correct copies of photographs, Bates numbers ranging from PINN02600 to PINN02735 (Depo. Ex. 267) **(FILED UNDER SEAL)**;

27. Attached hereto as **Exhibit R49** are true and correct copies of photographs, Bates numbered D16025-28 (Depo. Ex. 300);

28. Attached hereto as **Exhibit R50** is a true and correct copy of a Rottlund Homes marketing brochure found in the files of Steve Sandelin (Depo. Ex. 288);

29. Attached hereto as **Exhibit R51** are true and correct copies of marketing brochures, including Rottlund's marketing materials, found in the files of Steve Sandelin (Depo. Ex. 289);

30. Attached hereto as **Exhibit R52** is a true and correct copy of a New Project worksheet from Town & Country Homes' Minnesota Division concerning the "Villa Product" and attaching an agreement between BSB and Town & Country Homes' Minnesota Division for

architectural services for the "Villa Product," Bates No. D00233-242 (Depo. Ex. 26) **(FILED UNDER SEAL)**;

31. **Exhibit R53** is intentionally omitted;

32. Attached hereto as **Exhibit R54** is a true and correct copy of correspondence from Art Plante to Dean Karau, Bates No. BSB01930 and dated July 16, 2001 (Depo. Ex. 41) **(FILED UNDER SEAL)**;

33. Attached hereto as **Exhibit R55** is a true and correct copy of a transmittal from Larry Moore to Steve Sandelin purporting to attach the competition product survey for Minneapolis area, Bates No. BSB01944 (Depo. Ex. 114) **(FILED UNDER SEAL)**;

34. Attached hereto as **Exhibit R56** is a true and correct copy of an excerpt from the February 23, 2004 hearing and status conference held before Magistrate Judge Susan R. Nelson in this matter;

35. Attached hereto as **Exhibit R57** is a true and correct copy of a May 18, 1998 facsimile from Chris Jorgensen to Larry Moore with attachments and Bates No. BSB01662-66 (Depo. Ex. 102) **(FILED UNDER SEAL)**;

36. Attached hereto as **Exhibit R58** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Douglas Buster, dated March 6, 2003;

37. Attached hereto as **Exhibit R59** is a true and correct copy of a revised agreement for services between BSB and Town & Country Homes' Minnesota Division, Bates No. BSB00642-651 and dated July 1, 1998 (Depo. Ex. 30) **(FILED UNDER SEAL)**;

38. Attached hereto as **Exhibit R60** is a true and correct copy of BSB's plans and client redlines for The Villas, Bates No. BSB 02034-36 (Depo. Ex. 6) **(FILED UNDER SEAL)**;

39. Attached hereto as **Exhibit R61** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante regarding "The Villas," Bates No. BSB00634-635 and dated June 7, 1999 (Depo. Ex. 78) **(FILED UNDER SEAL)**;

40. Attached hereto as **Exhibit R62** is a true and correct copy of transcript excerpts from the deposition of Steve Theis, dated August 20, 2003;

41. Attached hereto as **Exhibit R63** is a true and correct copy of transcript excerpts from the individual deposition of Karen Albertson, dated August 25, 2003;

42. Attached hereto as **Exhibit R64** is a true and correct copy of transcript excerpts from the deposition of Stephen Swanson, dated July 31, 2003;

43. Attached hereto as **Exhibit R65** is a true and correct copy of an undated memorandum from Dan Geegan to Chris Jorgensen, Bates No. BSB04661 (Depo. Ex. 242) **(FILED UNDER SEAL)**;

44. Attached hereto as **Exhibit R66** is a true and correct copy of transcript excerpts from the deposition of Michael A. Swanson, dated August 18, 2003;

45. Attached hereto as **Exhibit R67** is a true and correct copy of transcript excerpts from the deposition of Kathleen Gardas, dated June 26, 2003;

46. **Exhibit R68** is intentionally omitted;

47. Attached hereto as **Exhibit R69** is a true and correct copy of a memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, and Mike Creed regarding Aurora Back-to-Back towns, Bates No. PINN01469-73 and dated January 5, 2000 (Depo. Ex. 269) **(FILED UNDER SEAL)**;

48. Attached hereto as **Exhibit R70** is a true and correct copy of Town & Country Homes' Minnesota Division's plans for its Homestead Collection at Centennial Crossing, Maple

Grove, Minnesota, Bates No. BSB02314-2337 and dated October 19, 2000 (Depo. Ex. 5A) **(FILED UNDER SEAL)**;

49. Attached hereto as **Exhibit R71** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante, Bates No. BSB00942-953; 940-941 and dated November 29, 2000 (Depo. Ex. 47) **(FILED UNDER SEAL)**;

50. Attached hereto as **Exhibit R72** is a true and correct copy of a facsimile transmittal with attachments from Steve Sandelin to Larry Moore, Bates No. BSB01931-35 and dated July 9, 2001 (Depo. Ex. 11) **(FILED UNDER SEAL)**;

51. Attached hereto as **Exhibit R73** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates No. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89) **(FILED UNDER SEAL)**;

52. Attached hereto as **Exhibit R74** is a true and correct copy of one page showing the sprinkler system design from Rottlund's The Reserve technical drawings (Depo. Ex. 228);

53. Attached hereto as **Exhibit R75** is a true and correct copy of a telephone call report from Beth Miller to Dan Geegan with copies to Chris Jorgensen regarding Town & Country Homes' Minnesota Division's Harvest Hills Homestead Collection, Bates No. BSB01226-27 and dated November 2, 2001 (Depo. Ex. 245) **(FILED UNDER SEAL)**;

54. Attached hereto as **Exhibit R76** is a true and correct copy of a facsimile from Todd at Metro Fire Protection, Inc. to Lori Meier with attachments, Bates BSB001021-24 and dated April 25, 2002 (Depo. Ex. 43) **(FILED UNDER SEAL)**;

55. Attached hereto as **Exhibit R77** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, Bates No. BSB00974-78 and dated July 3, 2002 (Depo. Ex. 90) **(FILED UNDER SEAL)**;

56. Attached hereto as **Exhibit R78** is a true and correct copy of a transcript excerpt from the deposition of Todd Dosch, dated February 25, 2004;

57. Attached hereto as **Exhibit R79** is a true and correct copy of Town & Country Homes' Minnesota Division's Homestead Collection plans at Harvest Hills, Bates No. BSB02880-2901 (Depo. Ex. 128A) **(FILED UNDER SEAL)**;

58. Attached hereto as **Exhibit R80** is a true and correct copy of Town & Country Homes' Minnesota Division's Homestead Collection plans at Harvest Hills, Bates No. BSB02902-54 (Depo. Ex. 128B) **(FILED UNDER SEAL)**;

59. **Exhibits R81 through R98** are intentionally omitted;

60. Attached hereto as **Exhibit R99** is a true and correct copy of a facsimile from Tim Johnson to Beth Miller attaching sprinkler room designs, Bates No. D36241-45 and dated July 3, 2002 (Depo. Ex. 379) **(FILED UNDER SEAL)**;

61. **Exhibits R100 through R102** are intentionally omitted;

62. Attached hereto as **Exhibit R103** is a true and correct copy of the Preliminary Expert Report of Anthony Desnick, AIA, dated May 30, 2003 (Depo. Ex. 417) **(APPENDIX B FILED UNDER SEAL)**;

63. Attached hereto as **Exhibit R104** is a true and correct copy of the Supplemental Expert Report of Anthony Desnick, AIA, dated April 15, 2004 (Depo. Ex. 418);

64. Attached hereto as **Exhibit R105** is a true and correct copy of the Rebuttal Expert Report of Anthony Desnick, AIA, dated May 14, 2004 (Depo. Ex. 419);

65. Attached hereto as **Exhibit R106** is a true and correct copy of the Second Rebuttal Expert Report of Anthony Desnick, AIA, dated June 1, 2004 (Depo. Ex. 420);

66. **Exhibits R107 through R111** are intentionally omitted;

67. Attached hereto as **Exhibit R112** is a true and correct copy of Town & Country Homes' Minnesota Division's Homestead Collection marketing brochure, Bates No. RCI000102-147 (Depo. Ex. 2);

68. **Exhibits R113 through R115** are intentionally omitted;

69. Attached hereto as **Exhibit R116** is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Paul Anderson, dated December 17, 2002;

70. **Exhibits R117 through R123** are intentionally omitted;

71. Attached hereto as **Exhibit R124** is a true and correct copy of miscellaneous business cars, letters, faxes, etc., indicating Town & Country's Minnesota Division (Depo. Exs. 17, 89, 42, 129, 59, 90) **(FILED UNDER SEAL)**;

72. Attached hereto as **Exhibit R125** is a true and correct copy of the publication, *Builder/Architect*, Minnesota Edition, dated February 1998, Bates No. PINN03196 – 3219 **(FILED UNDER SEAL)**;

73. Attached hereto as **Exhibit R126** are true and correct copies of Town & Country Homes' Minnesota Division's marketing and promotional materials, Bates No. D01663, D01727-1738;

74. Attached hereto as **Exhibit R127** are true and correct copies of Town & Country Homes' Minnesota Division's marketing and promotional materials, Bates No. D16917-16926;

75. Attached hereto as **Exhibit R128** are a true and correct copies of Town & Country Homes' Minnesota Division's marketing and promotional materials for its Chateau Collection, Bates No. D35622-35647 **(FILED UNDER SEAL)**;

76. Attached hereto as **Exhibit R129** are true and correct copies of Town & Country Homes' Minnesota Division's marketing and promotional materials for its Homestead Collection, Bates No. D00785-809;

77. Attached hereto as **<u>Exhibit R130</u>** are true and correct copies of Town & Country Homes' marketing and promotional materials for its Washington Square development, Bates No. PIN00465 – 482;

78. Attached hereto as **<u>Exhibit R131</u>** is a true and correct copy of Town & Country Homes' Minnesota Division's Proposed Preliminary Plat for Harvest Hills submitted to the City of Plymouth and dated March, 2001, Bates No. D16668 - 16715 **(FILED UNDER SEAL);**

79. Attached hereto as **<u>Exhibit R132</u>** is a true and correct copy of Town & Country Homes' Minnesota Division's Proposed Preliminary Plat for Heritage Square (n/k/a Providence Pointe) submitted to the City of Shakopee and dated December, 2000, Bates No. D16982 - 16999 **(FILED UNDER SEAL);**

80. Attached hereto as **<u>Exhibit R133</u>** is a true and correct copy of a Jurisdictional Transfer Agreement of Town & Country's Homestead Collection from Centennial Crossing to its Washington Square development, dated February 28, 2000, Bates BSB02474 – 2485 (Depo. Ex. 4) **(FILED UNDER SEAL);**

81. Attached hereto as **<u>Exhibit R134</u>** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante dated November 29, 2000 and attaching an October 24, 2000 agreement between BSB and Town & Country Homes' Minnesota Division for the Paulson Property in Plymouth, Minnesota (Harvest Hills project), Bates No. BSB00942-953, BSB00940-941 1136 (Depo. Ex. 47) **(FILED UNDER SEAL);**

82. Attached hereto as **<u>Exhibit R135</u>** is a true and correct copy of BSB's agreement with Town & Country Homes' Minnesota Division for the Homestead Collection at Cornerstone Lake, dated January 18, 2001, Bates No. BSB00927-936 **(FILED UNDER SEAL);**

83. Attached hereto as **<u>Exhibit R136</u>** is a true and correct copy of BSB's agreement with Town & Country Homes' Minnesota Division for the Homestead Collection at Stone's

Throw (n/k/a Springbrook), dated April 30, 2001, Bates No. D00868-877 (Depo. Ex. 40) **(FILED UNDER SEAL);**

84. Attached hereto as **Exhibit R137** is a true and correct copy of a facsimile to Art Plante and Steve Sandelin from Chris Jorgensen dated April 30, 2001, attaching BSB's agreement with Town & Country Homes' Minnesota Division for its Heritage Square project, Bates No. D00837-847 (Depo. Ex. 39) **(FILED UNDER SEAL);**

85. Attached hereto as **Exhibit R138** is a true and correct copy of an excerpt from the deposition transcript of Chris Jorgensen, dated September 3, 2003;

86. Attached hereto as **Exhibit R139** is a true and correct copy of an excerpt from the deposition transcript of Bernard Rotter, dated August 29, 2003;

87. Attached hereto as **Exhibit R140** is a true and correct copy of a facsimile from Larry Moore to Doug Buster, dated June 9, 1994, and floor plans, Bates No. BSB06379 – 6394 (Depo. Ex. 334) **(FILED UNDER SEAL)**;

88. Attached hereto as **Exhibit R141** is a true and correct copy of transcript excerpts from the deposition of Ed Fitch, dated December 16, 2002;

89. Attached hereto as **Exhibit R142** is a true and correct copy of Town & Country Homes' Vendor List, Bates PINN01370 – 1423 **(FILED UNDER SEAL)**;

90. Attached hereto as **Exhibit R143** is a true and correct copy of an excerpt from Town & Country Homes' Minnesota Division's Estimate Detail report identifying names of vendors for its Centennial Crossing Homestead Collection project for building 201, units 100-108, Bates No. D10007-10100 **(FILED UNDER SEAL)**;

91. Attached hereto as **Exhibit R144** is a true and correct copy of Town & Country Homes' Minnesota Division's bidding documents for the Chateau Collection at Clover Ridge in Chaska, MN, dated May 5, 2003, Bates No. D30357-30391 **(FILED UNDER SEAL)**;

92. Attached hereto as **Exhibit R145** is a true and correct copy of Town & Country Homes' Minnesota Division's bidding documents for the Chateau Collection at Pinebrook Commons in Brooklyn Park, MN, dated April 21, 2003, Bates No. D30321-30356 **(FILED UNDER SEAL)**;

93. Attached hereto as **Exhibit R146** is a true and correct copy of the unpublished decision, *Maurizio v. Goldsmith*, 2001 WL 1568428 (S.D.N.Y.);

94. Attached hereto as **Exhibit R147** is a true and correct copy of the unpublished decision, *Craig v. Dabrowski*, 1999 WL 412581 (N.D. Ill.);

95. Attached hereto as **Exhibit R148** is a true and correct copy of the unpublished decision, *Kootenia Homes, Inc. v. Reliable Homes, Inc.*, 2002 WL 15594 (D. Minn.);

96. Attached hereto as **Exhibit R149** is a true and correct copy of the unpublished decision, *Kent v. Revere*, 1985 WL 6453 (M.D. Fla.);

97. Attached hereto as **Exhibit R150** is a true and correct copy of the unpublished decision, *The Rottlund Company, Inc. v. Pinnacle Corp.*, 2004 WL 1879983 (D. Minn.); and

98. Attached hereto as **Exhibit R151** is a true and correct transcript excerpt from the deposition of Jason Jorgenson, dated August 22, 2003.

FURTHER YOUR AFFIANT SAITH NOT.

**s/ David A. Davenport**
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 26th day of August, 2004.

**s/ Cynthia L. Kuno**
Cynthia L. Kuno, Notary Public
My Commission Expires: 01/31/05

2138984v1