Exhibit R39



# MICHAEL N RICE
# MASTER BUILDER
# JERRYS HOMES INC
# FAX COVER PAGE

| | | |
|---|---|---|
| To: CHRIS JORGESON | | From : MICHAEL N RICE |
| Fax Num [illegible] -283-0484 | | Company : JERRYS HOMES INC |
| Date: 3/11/97 | Time : 10:35:36 | For Information Call: 515-278-5992 |
| Subj: Stain Color | | Fax Number : 515-278-0661 |

EXHIBIT

55 A

From: MICHAEL N RICE To: CHRIS JORGESON

# BRECKENRIDGE 2 STORY 1800 Square Feet






Standard Features
- Atrium door to treated wood Deck
- 2 Car Garage
- Stove, Dishwasher, Disposal
- Oak Face Cabinets
- 8" Poured Concrete Foundation
- Full Sod
- Oak Trim
- Fiberglass Tub/Shower Units
- 40 Gallon Gas Water Heater
- Prewired for Phone and Cable Television
- Quality Floor Coverings
- Woodburning Fireplace

Energy Features
- Casement Windows
- Steel Insulated Entry Doors
- R 19 Sidewalls Approximate
- 40 Ceiling
- Gas Furnace with Electronic Ignition and Flue Damper
- Energy Efficiency-approximately 80%
- High Efficiency Central Air




All prices and plans are subject to change without notice.

*Square footages are approximate. Some plans may be shown with extra cost options.

JERRY & RON GRUBB

From: MICHAEL N RICE To: CHRIS JORGESON Date: 3/11/97 Time: 10:49:10




# THE VILLAS OF MEREDITH POINTE

URBANDALE

## THE BRECKENRIDGE

© COPYRIGHT 1995 CURRENT AS OF 01/20/95

ROTTLUND HOMES OF IOWA, INC.
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IS LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW

ARTISTS CONCEPT ONLY
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING

Your Builder for Life
ROTTLUND HOMES™

From: MICHAEL N RICE To: CHRIS JORGESON

# THE VILLAS OF MEREDITH POINTE
## URBANDALE

## THE ASPEN

UPPER LEVEL




MAIN LEVEL




COPYRIGHT, 1993 CURRENT AS OF 01/20/98

ROTTLUND HOMES OF IOWA, INC.
ALL FLOOR PLANS AND ELEVATIONS ARE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW

ARTIST'S CONCEPT ONLY
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING

Your Builder for Life
ROTTLUND HOMES™

From: MICHAEL N RICE To: CHRIS JURGESON

# THE VILLAS OF MEREDITH POINTE





## URBANDALE

© COPYRIGHT

Your Builder for Life

ROTTLUND HOMES™

ROTTLUND HOMES OF IOWA, INC
ARTISTS CONCEPT ONLY. SEE BUILDER FOR
ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING OPPORTUNITY

Exhibit R40

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

---

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois corporation, and
Town & Country Homes, Inc.,
a Minnesota corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

---

Videotaped Deposition of
CHRIS A. JORGENSEN
Wednesday, September 3, 2003
8:04 a.m.

you referred to the Jerry's Homes townhomes as Longview Townhomes, correct? And that's as of July of 1996?

A. That's correct.

Q. It's also true as of October 8th, 1996, per the handwriting, correct?

A. That would be an assumption. But, yes, that appears to be true.

Q. Then on March 11th of 1997, you receive the fax, which is Exhibit 55A, from Jerry's Homes, and it attaches Rottlund's Villas townhome floor plans and elevations, correct?

A. Yes.

Q. And then per Exhibit Number 226, you changed the name to Bent Tree Villas --

MS. NEWMAN: Objection as to --

BY MR. KRUMMEN:

Q. -- for Jerry's Homes, correct?

MS. NEWMAN: Objection as to the form of the question as to who made that change. Go ahead.

THE WITNESS: Yeah. The -- it appears the drawings -- the -- the title on the drawings for the project was changed to the Bent Tree Villas around June 25th, 1997, the revision date on the drawings.

BY MR. KRUMMEN:

Exhibit R41

UNITED STATES DISTRICT COURT DISTRICT O
FOURTH DIVISION No.:
- - - - - - - - - - - - - - - - - - - - - - - - - - -The Rottlund C
d/b/a Rottlund Homes, a MinnesotaCorporation,
Plaintiff,vs.
Pinnacle Corporationd/b/a Town & Country Homes,
an Illinois Corporation, andTown & Country Homes, Inc.,
a Minnesota Corporation,
Defendants,
and
Town & Country Homes, Inc.,
a Minnesota Corporation,
Third-Party Plaintiff,
vs.
Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa Corporation,
Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
30(b)(6) Deposition of
TOWN & COUNTRY HOMES, INC.
(Testimony of Arthur J. Plante)
Thursday, December 19, 2002
9:00 a.m. - 4:48 p.m. (pages 1 - 311)
Friday, December 20, 2002
9:11 a.m. - 10:13 a.m. (pages 311 - 351)

Deposition, taken before Myrina Kleinschmidt, a Notary Public in and for the County of Hennepin, State of Minnesota, held at the law offices of WINTHROP & WEINSTINE, P.A., 3000 Dain Rauscher Plaza, 60 South Sixth Street, Minneapolis, Minnesota.

WHEREUPON, the following proceedings were duly had:

(Oath administered by the reporter.)

WITNESS RESPONSE: I do.

TOWN & COUNTRY HOMES, INC.

Testimony of ARTHUR J. PLANTE,

a witness in the above-entitled proceedings, after having been first duly sworn, deposed under oath as follows:

EXAMINATION

BY MR. KRUMMEN:

Q Please state your name for the record.
A Arthur Plante.
Q Mr. Plante, have you ever toured a Rottlund Villa II townhome before?
A I've toured a number of competitors' townhomes. I believe that I have been in a Rottlund townhome.
Q When did you tour a Rottlund Villa II townhome?

A I've toured many competitors' townhomes since 1998.

MR. KRUMMEN: Move to strike as nonresponsive. Could you read my question back, please.

(The requested portion of the record was read by the reporter.)

A I believe that the first time I saw a Rottlund townhome--and I don't know if it was a Villa II--was in 1998, early 1998.

BY MR. KRUMMEN:

Q I believe you said the first time you saw a Rottlund townhome was in early 1998. Correct?

A Correct.

Q The question was, when did you tour a Rottlund Villa II townhome?

MS. PREBLE: Objection. Asked and answered.

MR. KRUMMEN: Half right.

A What's the difference between tour and see or view?

BY MR. KRUMMEN:

Q Did you go inside the Rottlund Villa II townhome that you saw in early 1998?

A Yes.

MS. PREBLE: Objection. Mischaracterizes prior testimony.

MR. PETERSEN: Same objection.

BY MR. KRUMMEN:

Q The answer?

THE WITNESS: Do I have to answer that?

MS. PREBLE: Yes. Go ahead and answer the question. Could you read back the last question, please.

(The record was read as follows: "Q Did you go Villa II townhome that you saw in

A I've been through Rottlund townhomes. I don't know if it was called a Villa II.

MR. KRUMMEN: Move to strike as nonresponsive.

BY MR. KRUMMEN:

Q You saw --

MS. PREBLE: Objection. Hang on. Counsel, that's the witness' answer. How do you think it's not responsive?

MR. KRUMMEN: We'll let the judge decide, Ms. Preble. You don't have a robe on.

BY MR. KRUMMEN:

Q But back to the question. You went inside the Rottlund townhome you saw in early 1998, correct?

A I go through models typically when I go to communities to look at competition.

MR. KRUMMEN: Move to strike as --
A So I --
MR. KRUMMEN: -- nonresponsive.
BY MR. KRUMMEN:
Q Did you go inside the Rottlund townhome that you saw in early 1998, yes --
A Yes.
Q -- or no?
A Yes.
Q Did you pick up any marketing brochures that Rottlund had generated when you toured that townhome?
A Possibly. I can't say for certain.
Q Do you have any basis to deny that you picked up a Rottlund brochure when you toured that townhome?
MS. PREBLE: Objection. This is a repetitive line of questioning. Asked and answered.
A For the past 20 years, it's been my business practice to pick up brochures routinely as I go through competitors' model homes. Whether I picked up a brochure at Rottlund, I'm not certain. It's very possible that I did. That would be fairly routine for what I ask for when I go into a model home: "Do you have a brochure you can provide?"

Something of that nature.

MR. KRUMMEN: Move to strike as nonresponsive. Could you read my question back, please.

MS. PREBLE: Objection. The witness has answered the question.

MR. PETERSEN: And objection. Argumentative. He's answered the question. What do you want?

MS. PREBLE: Read back the question, please.

(The record was read as follows: "Q Do you have you picked up a Rottlund brochure

MS. PREBLE: Counsel, the witness has answered the question. He's told you he doesn't recall whether or not he picked up that brochure. The question has been asked and answered. Please move on.

BY MR. KRUMMEN:

Q You may answer.

MS. PREBLE: Do you have anything else to add other than your previous answer?

A I don't know whether I picked one up or not.

BY MR. KRUMMEN:

Q So you have no basis --

A I can't say with certainty that I did or I can't say with certainty that I did not.

Q Now, listen to my question. My question was, do you have a basis to deny that you picked up a Rottlund brochure when you toured the Rottlund townhome in early 1998, yes or no? That's the question.

MS. PREBLE: Objection. Asked and answered. Go ahead.

A I have no basis to deny that I picked up --

BY MR. KRUMMEN:

Q Thank you, Mr. Plante. Moving on, are you familiar with the product known as the Homestead Collection?

A The Homestead Collection is a Town & Country name. Yes, I'm familiar with the Town & Country Homestead Collection.

Q What does Homestead Collection refer to?

A It refers to our back-to-back style townhome product.

Q Do you have specific names for the back-to-back units within the Homestead Collection?

A Yes, we do.

Q What are the names?

A We have a Bayview, we have a Starwood, we have a Broadmoor and a Savannah.

meeting that you've already identified?
A I don't know.
Q Once a year? Once a month? Once a week? Can you give me a ballpark?
A I'd be speculating. But probably a couple times a year in the -- maybe the early years. 1997 I think we met -- we may have met twice. Subsequent years, I don't know. But there's -- there's a distance between our offices that makes it somewhat inconvenient to get together in person.
Q Whose decision was it to design a back-to-back townhome for Town & Country Minnesota?
A That was my decision.
Q When did you make that decision?
A I started thinking about that product in the spring of 1998, after beginning to observe the marketplace and seeing a high -- a high amount -- a very large amount of developments either completed or in process with that style of product. I felt that was a product that to compete in the market would be a necessary product.
Q Can you be more specific than thinking about this back-to-back townhome idea in the spring of 1998 and specificity with respect to date?
MS. PREBLE: Hold on just a second.

MS. PREBLE: Objection. Assumes facts not in evidence.

A I have no idea how many times I toured Rottlund or any other competitors' townhomes. I mentioned earlier that I've been in a number of competitors' townhomes, both at that time and since that time.

BY MR. KRUMMEN:

Q Did you tour Rottlund's townhome more than once?

MS. PREBLE: Objection. Asked and answered. He just answered that question.

A Possible. I may have looked at more than one community that that company builds, as I would any other competitor. It's my business to understand who's building what and in what locations at any given time, particularly those that we were either building in or interested in building in, where consumers and the home-buying public wants to live.

BY MR. KRUMMEN:

Q Have you ever taken any pictures of Rottlund's back-to-back townhome?

MS. PREBLE: Objection. Assumes facts not in evidence that he's been in a Rottlund townhome.

A During the years I've been in the home-building industry, I have taken pictures of builders'

products, floor plan ideas, fireplace walls, architectural elements, planter boxes, landscaping, exteriors, interiors, a variety of features in products, to have a concrete example of how things can be done and what looks appealing. Absolutely. Taken photography.

MR. KRUMMEN: Could you read my question back, please.

(The record was read as follows: "Q Have you ev Rottlund's back-to-back townhome?")

A Possibly.

BY MR. KRUMMEN:

Q Do you know --

A Probably.

Q Do you know roughly when you took the pictures?

MS. PREBLE: Objection.

MR. PETERSEN: Assuming that he took pictures.

A I don't. It's possible I took pictures during this period of time. I've taken pictures as recently as this weekend of builders' products in the marketplace.

BY MR. KRUMMEN:

Q Do you have any basis to deny that you took pictures of Rottlund's townhome in or about April

of 1998?

MS. PREBLE: Objection. Asked and answered. He's told you what he knows about whether or not he took pictures and when.

A I have no basis to deny that I took pictures.

BY MR. KRUMMEN:

Q Have you ever toured Rottlund's back-to-back townhome by yourself?

A I don't know.

Q Have you ever toured Rottlund's back-to-back townhome with other individuals?

A Possibly.

Q What do you recall?

A I will say that I have toured model homes in the marketplace both individually, on my own, and with people that worked for me and/or with architects that I work with. I've done it in all sorts of combinations. Whether I toured a Rottlund townhome individually or with a group, I can't be certain.

Q You have no recollection of touring a Rottlund townhome with a group of people?

MS. PREBLE: Objection. Asked and answered.

A During the early part of 1998, I recall that I took a tour in the marketplace with one of the fellows

who worked for me at the time, Bill Anner, and with Larry and Chris. We looked at a number of builders that were building homes in the Minneapolis market at that time.

Who we looked at, what day we looked at them, what time we looked at them, whether we went in them or not, whether we took pictures or not, I don't have a solid memory of all of that.

But as I said, for the past 20 years, it's been my practice to do this. This is what home builders do to understand the marketplace they're in and to understand their competitors.

BY MR. KRUMMEN:

Q Do you know when you toured townhomes with Bill Anner, Larry Moore, and Chris Jorgensen?

A I just said it. I said sometime in early 1998.

Q Was anyone else --

A Might have been spring of '98. I don't know the exact date.

Q Was anyone else present on this tour?

A Those are the -- those are the four that I can recall.

Q What was the purpose of the tour?

A To understand the market, to see what's being built in the market.

Exhibit R42

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE ROTTLUND COMPANY, INC.,
d/b/a Rottlund Homes,
a Minnesota Corporation,
Plaintiff,

vs.

PINNACLE CORPORATION, d/b/a
Town & County Homes, an Illinois
Corporation; TOWN & COUNTRY HOMES,
INC., a Minnesota Corporation;
BLOODGOOD SHARP BUSTER
ARCHITECTS & PLANNERS OF IOWA, INC.,
an Iowa Corporation; and the
BLOODGOOD GROUP, INC., an Iowa
Corporation
Defendants. No. 01-CV-198
(DSD/SRN)

-------------------------------------

TOWN & COUNTRY HOMES, INC., a
Minnesota Corporation,
Third-Party Plaintiff,

vs.

BLOODGOOD SHARP BUSTER
ARCHITECTS & PLANNERS OF IOWA, INC.,
an Iowa Corporation,
Third-Party Defendant.

Deposition of MIKE RYAN, called as a witness herein, pursuant to the applicable provisions of the Federal Rules of Procedure governing the taking of depositions, taken before Deborah Habian, CSR No. 084-002432 on December 11, 2003, at 9:07 o'clock a.m. at M & M Reporting Legal Services, One Pierce Place, Suite 295-E, Itasca, Illinois.

A. It's either in the late '96 or early '97 time frame, I believe.

Q. Did Mr. Bill Ryan serve as the CEO of Town & Country Illinois at all times from 1994 up until his departure in that 1996/1997 time frame?

MR. MURDOCH: Objection to foundation.

THE WITNESS: I don't know. Officially title, I don't know about the title.

BY MR. KRUMMEN:

Q. I guess I'll ask it differently. He was the man in charge of Town & Country Illinois, regardless of his title, from 1994 up until the time he departed, correct?

A. Bill was President of Pinnacle from '94 to whenever he departed, yes.

Q. When Mr. Bill Ryan decided -- or strike the question.

How did it come about

that Bill Ryan departed from Town & Country of Illinois? Did he decide to leave or was he asked to leave?
A. I -- the discussion was about changing the direction of the company, and Bill was not in favor of changing the direction of the company and decided that he'd rather go do his own thing and not stay with the company, if I remember right.
Q. When you say "changing the direction of the company", in general what do you mean by that?
A. You know, back then, you know, did we want to be in multiple markets or just go back to being an Illinois builder.
I don't remember all the items that were involved, but it probably was primarily growth versus just being an Illinois builder.
Q. Was Bill Ryan pro growth or was he pro staying in Illinois?
A. Pro growth.

Q. Did the other shareholders decide that they didn't want any further growth?

A. The answer to that is I'm not sure they really knew what they wanted except that the growth strategy wasn't going the way we liked it.

Q. Why do you say that?

A. It just wasn't -- well, it wasn't making any money --

Q. And when you say --

A. -- the -- the business outside of Chica -- out of Illinois.

Q. Which would include the Minnesota business, correct?

A. Yes.

Q. The only other division that Town & Country opened outside of Illinois was the Florida division, correct?

A. Correct.

Q. Do you know when the Florida division opened?

A. I don't know the timing of

part, he may have reported to you in part?

A. Correct.

Q. You're just not sure?

A. Correct.

Q. And then after Tom Crosson, we're into 1997, and Art Plant took over the Minnesota division at your request and reported directly to you, correct?

A. That's correct.

MR. KRUMMEN: Let's take a break.

VIDEOGRAPHER: We are now going off the record, and the time is 10:07 a.m.

(Break taken.)

VIDEOGRAPHER: We're now back on the record, and the time is 10:19 a.m.

BY MR. KRUMMEN:

Q. Mr. Ryan, I believe you indicated that sometime in 1997 you asked Mr. Art Plant to take over the

Country of Minnesota. When did Town & Country of Minnesota first release a back-to-back design for potential designers?

A. I don't know the timing of it, but it would have been after Art moved up to Minnesota.

Q. So at the time Art Plant moved up to the Minnesota Town & Country division, it's fair to say that the Minnesota Town & Country division did not have a back-to-back townhome product design, correct?

A. The Minnesota company did not have a back-to-back prior to Art Plant, that's correct.

Q. And the Town & Country Illinois entity did not have a back-to-back townhome design before the time point where Art Plant went and took over the Minnesota division, correct?

A. That, I don't know, and that's just because it was founded in

1958 and I don't know prior to my coming into the company what they built.

Q. You were not aware of a back-to-back townhome design that could be reused in Minnesota at the time Art Plant took over the Town & Country Minnesota division?

A. That's correct.

Q. What discussions did you have, if any, with Art Plant concerning a back-to-back townhome design in or about 1997?

A. In '97, specifically I have no idea. But specific to the back-to-back product, some piece of property would have come in where Art put assumptions to it including the use of a back-to-back townhome, and that would have been my first discussion with him about it.

Q. So the -- whatever this piece of property was, if I understand you correctly, Art Plant

Country Minnesota's Maplewood
development, did that approve
back-to-back product?
A. I believe so, but I'm not
-- I'm not a hundred percent sure.
I believe so.
Q. And this Oak Crest
development that you identified now as
something other than the Maplewood
development --
A. Yes, yes.
Q. -- will that Oak Crest
development include back-to-back
product?
A. I believe so.
Q. You identified a
back-to-back product that might be
built on this new Chanhassen
development, if I heard you correctly.
Is that fair?
A. Yes.
Q. Has Town & Country of
Minnesota built any back-to-back
product on any other Chanhassen

development to your knowledge?
A. No.
Q. Let's move on to Town & Country Illinois, and the question is within the past five years, since 1998, has Town & Country of Illinois built any back-to-back product?
A. Yes.
Q. That's the Aurora Washington Square development we discussed earlier, correct?
A. Noggle Farm, yes, yes.
Q. Has Town & Country of Illinois in the past five years built any back-to-back product on any developments other than this Noggle Farm property?
A. No.
Q. As you sit here today, does Town & Country of Illinois to your knowledge have any plans to build back-to-back product at any community other than this Noggle Farm Washington Square community?

mischaracterizes prior testimony.

THE WITNESS: The document's scribbled on.

BY MR. KRUMMEN:

Q. And you don't know who scribbled over the copyright notice, correct?

MS. NEWMAN: Same objections.

MR. MURDOCH: Objection to form and foundation.

THE WITNESS: That's correct.

BY MR. KRUMMEN:

Q. The next document I would like to cover with you, sir, is a document which was previously marked as Exhibit No. 90. And before we get there, I'd like to ask you if you know who Tim Johnson is?

A. I do.

Q. Who is Tim Johnson?

A. He coordinates the architecture for the Minnesota

company.

Q. So Mr. Tim Johnson works for Town & Country Homes' Minnesota division, correct?

A. That's correct.

Q. Do you know whether or not Tim Johnson formerly worked for Rottlund before joining Town & Country of Minnesota?

A. He did. I don't know if immediately before, but, yes, he did work for Rottlund.

Q. Do you know whether or not Tim Johnson worked on the designs for Rottlund's back-to-back townhome while he was employed by Rottlund and before he joined Town & Country Homes of Minnesota?

A. I don't know what Tim did for Rottlund.

Q. Exhibit 90 is before you, correct?

A. That's correct.

Q. And up in the upper

# Filed Under Seal

Exhibit R43

Exhibit R44

THE BUSINESS JOURNAL

# Top 25 List

# Residential Home Builders

Metr[illegible] ome builders ranked by value of building permits pulled (originally published April 11)

Research by Builders Association of the Twin Cities, Keystone Reports and Kim Johnson

| Rank | 2002 Rank | Name<br>Address, phone | Total value for 2002[1] | Permits[2]<br>Units[3] | Companywide revenue<br>Fiscal year end | Employees[3]<br>Year founded | Top three cities for development[4] | Corresponding developments[5] | Price range of units | Top local executive<br>Headquarters<br>Web site |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | **Centex Homes**<br>12400 Whitewater Drive, Suite 120<br>Minnetonka, MN 55343 (952) 936-7833 | $127,963,399 | 421<br>946 | $7.75 billion<br>March 31, 2002 | 156<br>1976 | Blaine<br>Maple Grove<br>Rosemount | Club West<br>Gleason Farms<br>Bloomfield | $160K-$250K<br>$160K-$260K<br>$160K-$240K | Scott Richter<br>Dallas<br>www.centexhomes.com |
| 2 | 2 | **The Rottlund Co.**<br>3065 Centre Pointe Drive<br>Roseville, MN 55113 (651) 638-0500 | $125,728,410 | 335<br>958 | $318.9 million<br>Dec. 31, 2002 | 160<br>1973 | Plymouth<br>Blaine<br>Chaska | The Reserve<br>Club West<br>Clover Ridge | $160K-$400K<br>$160K-$400K<br>$160K-$400K | Todd Stutz<br>Roseville<br>www.rottlundhomes.com |
| 3 | 3 | **D.R. Horton Inc. - MN Division**<br>20860 Kenbridge Court, Suite 100<br>Lakeville, MN 55044 (952) 985-7272 | $93,418,840 | 324<br>575 | NP<br>Sept. 30, 2002 | NP<br>1978 | Lakeville<br>Prior Lake<br>Farmington | The Highlands, Vermillion Springs<br>Deerfield<br>Middle Creek | $220K and up<br>$160K and up<br>$140K and up | NP<br>Arlington, Texas<br>www.drhorton.com |
| 4 | 5 | **Orrin Thompson Homes**<br>545 Indian Mound E.<br>Wayzata, MN 55391 (952) 473-0993 | $87,653,900 | 320<br>543 | $128 million<br>Nov. 30, 2002 | 79<br>1946 | Eden Prairie<br>Cottage Grove<br>Stillwater | Oak Parke<br>Pine Summit<br>Settler's Glen | $200K-$600K<br>$150K-$400K<br>$180K-$500K | Jim Neilson<br>Wayzata<br>www.orrinthompsonhomes.com |
| 5 | 4 | **Pulte Homes of Minnesota Corp.**<br>815 Northwest Parkway, Suite 140<br>Eagan, MN 55121 (651) 452-5200 | $68,096,351 | 259<br>642 | $148.9 million<br>Dec. 31, 2002 | 90<br>1952 | Chanhassen<br>Otsego<br>Eagan | Arboretum Village<br>The Pointe Court Homes<br>Oakbrooke | $96K-$273K[6]<br>$82K-$222K[6]<br>$180K-$298K[6] | Tom Standke<br>Bloomfield Hills, Mich.<br>www.pulte.com |
| 6 | [illegible] | **Town & Country Homes**<br>7615 Smetana Lane, Suite 180<br>Eden Prairie, MN 55344 (952) 944-3465 | $56,681,566 | 143<br>456 | $72 million<br>Dec. 31, 2002 | 53<br>1958 | Maple Grove<br>Plymouth<br>Lakeville | The Grove at Elm Creek<br>Harvest Hills<br>Springbrook, Cornerstone Lake | $230K-$330K<br>$170K-$230K<br>$150K-$190K | Art Plante<br>Chicago<br>www.townandcountryhomesmn.com |
| 7 | 6 | **Lundgren Bros. Construction Inc.**<br>935 E. Wayzata Blvd.<br>Wayzata, MN 55391 (952) 473-1234 | $53,004,684 | 178<br>180 | $95 million<br>Nov. 30, 2002 | 72<br>1970 | Maple Grove<br>Medina<br>Eden Prairie | Preserve at Nottingham, Bonaire<br>Wild Meadows<br>Woods at Oak Parke | $300K-$800K<br>$700K and up<br>$300K-$900K | Jim Neilson<br>Wayzata<br>www.lundgrenbros.com |
| 8 | 8 | **Wensmann Homes Inc.**<br>1895 Plaza Drive, Suite 200<br>Eagan, MN 55122 (651) 406-4400 | $52,395,570 | 129<br>389 | NP<br>NP | NP<br>1967 | Lakeville<br>Prior Lake<br>Northfield | Village Creek, Century Ridge<br>GlynWater South, Fairway Heights<br>Brockman Pointe | $180K-$210K<br>$110K-$370K<br>$140K-$160K | Herb Wensmann<br>Eagan<br>www.wensmann.com |
| 9 | 11 | **Frana & Sons Inc.**<br>633 Second Ave. S.<br>Hopkins, MN 55343 (952) 935-8600 | $49,405,117 | 14<br>584 | $115 million<br>Dec. 31, 2002 | 247<br>1977 | Minnetonka<br>Burnsville<br>Plymouth | Waterstone Place<br>Grainery Club, Heart of the City<br>Regent at Plymouth | NP<br>NP<br>NP | Peter Donnino<br>Hopkins<br>NA |
| 10 | 9 | **Key-Land Homes**<br>17021 Fish Point Road S.E.<br>Prior Lake, MN 55372 (952) 440-9400 | $46,935,760 | 255<br>255 | NP<br>Dec. 31, 2002 | NP<br>1983 | Rogers<br>Shakopee<br>Brooklyn Park | NP<br>NP<br>NP | NP<br>NP<br>NP | Gary Horkey<br>Prior Lake<br>NA |
| 11 | [illegible] | **M.W. Johnson Construction**<br>17645 Juniper Path, Suite 100<br>Lakeville, MN 55044 (952) 892-5200 | $40,317,973 | 209<br>276 | NP<br>NP | NP<br>1971 | Shakopee<br>Farmington<br>Lakeville | Greenfield, Greenfield Ponds<br>Meadow Creek<br>Lynwood Heights, Wild Meadow | $183K-$284K<br>$175K-$209K<br>$222K-$337K | M.W. Johnson<br>Lakeville<br>www.mwjohnson.com |
| 12 | [illegible] | **[illegible]and Homes**<br>[illegible]0 W. 78th St., Suite 100<br>[illegible]a, MN 55439 (952) 944-7701 | $38,483,571 | 67<br>326 | $2.9 billion<br>Dec. 31, 2002 | 89<br>1967 | Apple Valley<br>Eden Prairie<br>Chaska | Hawthorne<br>Hennepin Village<br>Town Course Heights | $130K-$210K<br>$162K-$237K<br>$125K-$240K | Wayne Soojian<br>Calabasas, Calif.<br>www.ryland.com |
| 13 | [illegible] | **Hans Hagen Homes**<br>941 N.E. Hillwind Road, Suite 300<br>Fridley, MN 55432 (763) 572-9455 | $37,424,520 | 144<br>186 | $50 million<br>Dec. 31, 2002 | 34<br>1965 | Hudson, Wis.<br>St. Michael<br>Minnetrista | Red Cedar Canyon<br>Preserve<br>Turtle Creek | $195K-$400K<br>$200K-$800K<br>$250K-$450K | Hans Hagen<br>Fridley<br>www.hanshagenhomes.com |
| 14 | [illegible] | **Homes By Chase**<br>2100 W. County Road 42<br>Burnsville, MN 55337 (952) 898-2100 | $35,533,545 | 188<br>188 | NP<br>NP | NP<br>1967 | Woodbury<br>Farmington<br>Waconia | Eagle Valley, Stone Mill Farms<br>Meadow Creek, Vermillion Grove<br>Sierra | NP<br>NP<br>NP | Andrew Chase<br>Burnsville<br>www.homesbychase.com |
| 15 | [illegible] | **Sand Cos. Inc.**<br>366 S. 10th Ave.<br>Waite Park, MN 56387 (320) 202-3100 | $34,540,292 | 9<br>387 | NP<br>NP | NP<br>1991 | Plymouth<br>Bloomington<br>Blaine | NP<br>NP<br>NP | NP<br>NP<br>NP | Leo Sand<br>Waite Park<br>www.sandcompanies.com |
| 16 | [illegible] | **McDonald Construction**<br>7601 145th St. W.<br>Apple Valley, MN 55124 (952) 432-7601 | $32,341,698 | 121<br>121 | $53.8 million<br>Dec. 31, 2002 | NP<br>1978 | Lakeville<br>Stillwater<br>Prior Lake | Village Creek, Lynwood Heights<br>Legends, Carriage Station<br>West Summer Oaks | $225K-$500K<br>$250K$500K<br>$250K-$650K | Robert McDonald<br>Apple Valley<br>www.mcdonaldconstruction.com |
| 17 | [illegible] | **EFI Property Development**<br>3800 W. 80th St.<br>Bloomington, MN 55431 (952) 857-2590 | $31,978,665 | 4<br>361 | NP<br>NP | NP<br>NP | Plymouth<br>NA<br>NA | Jefferson at Plymouth<br>NA<br>NA | NP<br>NA<br>NA | NP<br>Irving, Texas<br>www.jpi.com |
| 18 | [illegible] | **Woodside Communities of MN Inc.**[7]<br>13796 Johnson St. N.E.<br>Ham Lake, MN 55304 (763) 757-4052 | $28,681,215 | 228<br>233 | $53 million<br>Dec. 30, 2002 | 26<br>1984 | Montrose<br>Blaine<br>Albertville | Northridge, Parkview<br>Knoll Creek<br>Cedar Creek | $110K-$135K<br>$125K-$170K<br>$120K-$210K | James Lambeth<br>Ham Lake<br>www.woodsidegroupinc.com/MN |
| 19 | [illegible] | **Brandl Anderson Homes**<br>166 Cobblestone Lane<br>Burnsville, MN 55337 (952) 898-0230 | $24,077,699 | 111<br>141 | NP<br>NP | NP<br>NP | Eden Prairie<br>Burnsville<br>Farmington | NP<br>NP<br>NP | NP<br>NP<br>NP | NP<br>Burnsville<br>www.brandlanderson.com |
| 20 | [illegible] | **Donnay Homes**<br>9705 63rd Ave. N.<br>Maple Grove, MN 55369 (763) 531-0714 | $22,437,780 | 70<br>166 | $25 million<br>July 31, 2002 | 12<br>1973 | Lakeville<br>St. Bonifacius<br>Hastings | Lake Place<br>Wildwood Meadows<br>Century South | $130K-$250K<br>$200K-$375K<br>$150K-$170K | Paul Donnay<br>Maple Grove<br>www.donnayhomes.com |
| 21 | [illegible] | **Manley Bros. Construction Inc.**<br>2133 Cliff Drive<br>Eagan, MN 55123 (651) 454-4933 | $21,531,600 | 76<br>88 | NP<br>Dec. 31, 2002 | NP<br>1996 | Eagan<br>Eden Prairie<br>Inver Grove Heights | Thomas Woods, Centennial Ridge<br>Seven Pines, The Heritage Village<br>Ves Valley | $315K-$750K<br>$330K-$650K<br>$500K and up | Kevin Manley<br>Eagan<br>www.manleylanddevelopment.com |
| 22 | [illegible] | **Shade Tree Construction**<br>18530 Ulysses St. N.E.<br>East Bethel, MN 55011 (763) 434-7962 | $21,191,011 | 128<br>168 | NP<br>NP | NP<br>1990 | Montrose<br>Coon Rapids<br>Blaine | Pheasant Hills<br>Villas on the Pond<br>Blaine Meadows | $130K and up<br>$180K and up<br>$220K and up | NP<br>East Bethel<br>www.shadetreeco.com |
| 23 | [illegible] | **Windwood Homes**<br>14811 Ewing Ave. S., Suite 200<br>Burnsville, MN 55306 (952) 895-8448 | $20,673,906 | 61<br>121 | $33 million<br>Dec. 31, 2002 | 29<br>1989 | Savage<br>Faribault<br>Prior Lake | Eagles Landing<br>Legacy Commons, Windsor Park<br>Wilds South, Wensman | $225K-$340K<br>$190K-$320K<br>$275K-$425K | Stephen Ayers<br>Burnsville<br>www.windwoodhomes.net |
| 24 | [illegible] | **Charles Cudd/Signature Homes**<br>275 Market St., Suite 445<br>Minneapolis, MN 55405 (612) 333-8020 | $20,553,440 | 42<br>55 | $40 million<br>Dec. 31, 2002 | 45<br>1975 | Medina<br>Golden Valley<br>North Oaks | Medina Highlands<br>Hidden Lakes<br>The Pines at North Oaks | $300K-$450K<br>$400K-$650K<br>$500K-$650K | Richard Denman<br>Minneapolis<br>www.charlescudd.com |
| 25 | [illegible] | **Novak-Fleck Inc.**<br>8857 Zealand Ave. N.<br>Brooklyn Park, MN 55445 (763) 424-4955 | $19,751,866 | 118<br>145 | NP<br>NP | NP<br>1978 | Andover<br>Rogers<br>Brooklyn Park | Red Pine Fields<br>Mallard South<br>Lone Oak Estates, Oxbow Creek | NP<br>NP<br>NP | NP<br>Brooklyn Park<br>www.novak-fleck.com |

**Abb[illegible]s:**
**NA** = [illegible]licable
**NP** = Not provided
**NR** = Not ranked

**Footnotes:**
1. Total value refers to the value of the permits that a builder declares when pulling a permit. The builder uses an average-square-foot cost for each type of construction and does not include the lot cost. It is not the sale price of the house. Keystone Reports gathers information on building permits pulled in 70 percent of the cities in the extended metro area. Builders submitted additional permit information for those cities not collected by Keystone.
2. A city issues builders one permit per building, which may include more than one housing unit.
3. In the metro area, full-time equivalent
4. According to Keystone Reports' figures
5. Edited to fit
6. Not including lot
7. Woodside Communities of Minnesota Inc. acquired the assets of Kenco Homes, ranked 15th on last year's list.

**Sources:** Builders Association of the Twin Cities, The Keystone Report, company representatives and Web sites

# Filed Under Seal

Exhibit R45

Exhibit R46

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

THE ROTTLUND COMPANY, INC. d/b/a ROTTLUND HOMES, a Minnesota Corporation,

Plaintiff,

vs. No. 01-CV-1980

PINNACLE CORPORATION d/b/a TOWN & COUNTRY HOMES, an Illinois Corporation, TOWN & COUNTRY HOMES, INC., a Minnesota Corporation, BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., an Iowa Corporation, and THE BLOODGOOD GROUP, INC., an Iowa Corporation,

Defendants,

and

TOWN & COUNTRY HOMES, INC., a Minnesota Corporation,

Third-Party Plaintiff,

vs.

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., an Iowa Corporation,

Third-Party Defendant.

The deposition of STEVE SANDELIN, called by the Plaintiff for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Susan Babicki, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public, at One Pierce Place, Itasca, Illinois, commencing at 9:03 a.m. on the 8th day of December,2003.

A. No, I don't.
Q. What was your first involvement with the back-to-back town home project for the Minnesota division?
A. I don't recall exactly what my -- what or when my first involvement came to be. The initial involvement I think I had was to find, you know, an architectural firm that would be able to develop this product for us.
Q. Who asked you to find an architectural firm to develop a back-to-back town home product for the Minnesota division?
A. As I recall, Art Plant had asked me if I would want to recommend anybody.
Q. Did you recommend anyone?
A. I recommended BSB Architects.
Q. Why did you recommend BSB?
A. We had been having poor

Counsel, proceed.

BY MR. KRUMMEN:

Q. So, Mr. Sandelin, if I understand your testimony thus far correctly, on April 28th, 1998, you went on a tour of Minneapolis back-to-back town home product, Larry Moore went along, and Art Plant went along, correct?

A. I believe so, yes.

Q. What was the purpose of the tour?

A. To look at local competition for Town & Country Homes, Minnesota.

Q. What do you mean by "look at local competition"?

A. The other developers in the area, what they were building, and what we might want to consider building.

Q. Did you look at Rottlund Homes villa two product during the April 29th, 1998 tour?

A. I believe so, yes.

Q. Why did you look at Rottlund's villa two product?

A. They were a competitor of ours. We wanted to see the product types that they were building, how successful they were.

Q. And as of April 29th, 1998, Town & Country Minnesota did not have a back-to-back product that it could build, correct?

A. I believe that's so, yes.

Q. In fact, no Town & Country division had a back-to-back product that it could build as of April 29th, 1998, correct?

MR. FARMER: Objection, foundation.

THE WITNESS: As far as I know, yes.

BY MR. KRUMMEN:

Q. So the purpose of the tour was to initiate this design process for the back-to-back town home product that Art Plant wanted to build

through the Minnesota division of Town & Country; is that fair?

MR. FARMER: Objection, form, misstates prior testimony as to what the purpose was.

THE WITNESS: That was one of our objects, yes.

BY MR. KRUMMEN:

Q. Was anyone else present on this tour besides Larry Moore, Art Plant, and yourself?

A. I think maybe Chris Jorgenson of BSB's office was there.

Q. Anyone else?

A. I don't recall anybody else specifically.

Q. Was anyone else from Town & Country Illinois present on the April 29th, 1998 product tour?

A. I think I was the only one.

Q. Now, if you took pictures during the Wednesday, April 29th, 1998 product tour, what would happen to those pictures?

A. I believe that was for a different photo, though.

Q. That's correct.

But it had the little date encrypter; you'll concede that point, right?

A. Absolutely, yes.

Q. So what we do know is there was a camera on the tour that occurred on April 29th of 1998 and it put little date encrypters on the photographs, correct?

A. Yes.

Q. And we also know that Exhibit 267 carries the Bates label of Pinnacle, correct?

A. Yes.

Q. That's what the "PINN" stands for, correct?

A. Yes.

Q. So all of the photographs in Exhibit No. 267 came out of your file, correct, sir?

A. Yes.

Q. Now, do you have any basis to deny that you were the one that took the picture which appears on PINN 2618, the bottom half of that particular page?

MR. FARMER: Objection, form.

BY MR. KRUMMEN:

Q. With the date encrypter of April 28th, 1998?

MR. FARMER: Objection, form, asked and answered. He's testified he doesn't recall.

THE WITNESS: Again, I'll say I don't recall taking this picture. We typically share photographs. I'm sure I don't have the only date encrypter camera.

I don't recall taking this picture, sir.

BY MR. KRUMMEN:

Q. Do you have any basis to deny that you took this picture?

A. No.

# Filed Under Seal

Exhibits R47-48

Exhibit R49

Rottlund

#300 JD
DEPOSITION
EXHIBIT
DH 12/13/03
PENGAD 800-631-6989



