Exhibit R51.2

Legacy at Deacon's Walk

# The Windwood




URRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 98284
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY. SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life

ROTTLUND HOMES™

Legacy at Deacon's Walk

# The Victoria II





Elevation "B"



Elevation "C"

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY. SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life

ROTTLUND HOMES™

MN-1316 (10/98)

Legacy at Deacon's Walk

# The Victoria II




Upper Level




Main Level

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 98284
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF
THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT
IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS
ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life
ROTTLUND HOMES™

Legacy at
Deacon's Walk

# The Dover





Elevation "B"



Elevation "C"

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 98284
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life

ROTTLUND HOMES™

MN-1313 (10/98)

Legacy at Deacon's Walk

# The Dover




Upper Level



Optional Master Bath



Optional Fireplace




Optional Office




Main Level

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY. SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life
ROTTLUND HOMES™

Legacy at Deacon's Walk

# The Carrington II





Elevation "B"



Elevation "C"

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

Your Builder for Life

ROTTLUND HOMES™

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

MN-1312 (10/98)

# The Carrington II

Legacy at Deacon's Walk




CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY. SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life

ROTTLUND HOMES™

# The Kincaid

Legacy at Deacon's Walk





Elevation "B"



Elevation "C"

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF
THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT
IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

MN-1315 (10/98)

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS
ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life

ROTTLUND HOMES™

Legacy at Deacon's Walk

# The Kincaid




Upper Level




Main Level

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life
ROTTLUND HOMES™

Legacy at Deacon's Walk

# The Grandview





Elevation "B"



Elevation "C"

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 98284
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life
ROTTLUND HOMES™

MN-1314 (10/98)

# The Grandview

Legacy at Deacon's Walk




Upper Level



Optional Fireplace




Main Level

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life

ROTTLUND HOMES™

# Plat




ARTIST'S CONCEPT ONLY, SUBJECT TO CHANGE WITHOUT NOTICE. SEE BUILDER'S REPRESENTATIVE FOR ACTUAL LANDSCAPE AND PLANS. THE ROTTLUND COMPANY, INC. ©1998 MN BUILDER LICENSE #1335

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

ROTTLUND HOMES™

MN-1311 (10/98)