Exhibit R112.1

Homestead Collection

TOWN & COUNTRY HOMES

# The Bayview & The Starwood



EXHIBIT
2
12/6/02

RCI000102

# *The* Bayview




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL
3 BDRM W/LOFT OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER OPTION

RCI000103

# The Starwood




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL SUPER
OWNER'S SUITE OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER
OPTION

RCI000104

# The Bayview

2 Bedrooms, Loft, 1-1/2 Baths – End Home – Approximately 1,482 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace/Media Wall in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Laundry Room with Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

# The Starwood

2 Bedrooms, Loft, 1-1/2 Baths – Center Home – Approximately 1,381 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Hall Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | Laundry Room | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

TOWN & COUNTRY HOMES

EQUAL HOUSING OPPORTUNITY

RCI000105

www.townandcountryhomesmn.com

Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details. ©2000 Town & Country Homes. Minnesota Builder #9137.

10/00

TOWN & COUNTRY HOMES
Minnesota Division

Maria Amundson
Sales Associate
Centennial Crossing–Homestead Collection
16801 91st Avenue North • Maple Grove, MN 55311
(763) 416-0406 • Fax (763) 416-0408
www.townandcountryhomesmn.com • MN Builder #9137

# CENTENNIAL CROSSING HOMESTEAD COLLECTION MAPLE GROVE, MINNESOTA

## The Bayview

$151,900

2 bedrooms, loft
1-1/2 baths - End home
approximately1,482 square feet

***Main Level***

Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***

Loft with window seat
Owner's suite with large walk-in closet
and private entry to full bath
Second bedroom
Laundry room with linen closet

***Optional***

Fireplace/media wall in living room
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

## The Starwood

$141,900

2 bedrooms, loft
1-1/2 baths -Center Home
approximately 1,381 square feet

***Main Level***

Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***

Loft
Owner's suite with large walk-in closet
and private entry to full bath
Second bedroom
Hall linen closet
Laundry Room

***Optional***

Three-sided fireplace
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

*Prices effective 01/29/01. In an effort to continuously improve our product, Town & Country Homes reserves the right to change future specifications, suppliers, and prices when necessary.*




# The following Homestead Collection models include these quality features to enhance your lifestyle:

- *Starwood*
- *Bayview*

## Exterior Detailing – *Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative brick masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Insulated, six-panel steel sectional garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, six-panel steel entry doors
- Fully sodded yards with site landscaping as shown on site plan
- Patios per plan

## Energy-Saving Appointments – *Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency automatic gas forced-air furnace
- Glass-lined automatic 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## Tastefully Appointed Kitchens – *Designed For Your Convenience*

- Recessed panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care Armstrong no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## Elegant Baths – *Easy-Care*

- Easy-care Armstrong no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets

## Richly Detailed Interiors – *For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## Features To Enhance Your Comfort – *Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener

## Optional Customizing Features – *To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche in living room per plans
- Private owner's baths per plans
- Dual owner's suites
- Super owner's suite
- Third bedroom

RCI000107

## Town & Country Homes – *Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

TOWN & COUNTRY HOMES Minnesota Builder #9137

In an effort to continuously improve our product, Town & Country Homes reserves the right to change feature specifications and suppliers when necessary.

05/00

# Building homes that fit *your* lifestyle.

Since 1958, Town & Country Homes has built more than 100 communities and over 25,000 homes, making us one of the nation's most successful residential homebuilders. While we're proud of the achievement, we take greater pride in the fact that our company is much the same today as it was when we began: a family-owned and operated business driven by the desire to understand and fulfill the needs of other families. With that in mind, we feel uniquely qualified to serve your family as you look to build the home that will serve as the foundation for your future. We've been there ourselves.





Over the years, Town & Country's reputation for construction quality has become legendary. We are one of only a very few builders to take home our industry's two highest honors: the National ACE Award for Construction Excellence and the National Association of Homebuilders' National Housing Quality Award. But while winning awards is satisfying, we really focus on delivering to you the best-built home we can. One that lives up to exacting standards for construction excellence. One that will stand the test of time. One that you, too, will be proud to call home.



RCI000108

TOWN & COUNTRY HOMES

*For everything you expect home to be, look for the Town & Country tree.*

EQUAL HOUSING OPPORTUNITY

Minnesota Builder #9137

01/01

# Town & Country Living in Maple Grove

## Your kind of life... your kind of community.

A charmingly comfortable community that blends the convenience of an urban area with traditional family values, Maple Grove is the perfect setting for your Town & Country home.



Despite its rapid growth and development into a thriving metropolitan area, Maple Grove has managed to preserve its delightful family-oriented rural flavor. Residents currently enjoy over 50 parks, 27 miles of trails, numerous lakes, a busy community center and hundreds of recreation programs for pre-school children through senior citizens.

Your Town & Country community is served by the Osseo school district which offers outstanding educational programs as well as well-supported athletic teams and other activities. Civic organizations also help to enhance the values and pride that thrive here.

Maple Grove is a wonderful community for people of all ages who want to come home to a comfortable, easy-going lifestyle just down the road from a major metropolis. And it's all waiting for you when you build your life the Town & Country way!



RCI000109

TOWN & COUNTRY HOMES

EQUAL HOUSING OPPORTUNITY

Minnesota Builder #9137

01/01


01/01
Edinburgh Golf Course
Brookland Golf Course
93rd Avenue N.
85th Avenue N.
77th Avenue N.
63rd Avenue N.
West Broadway
Brooklyn Park Golf Course
Mills Fleetfarm
All Along Hwy 81: Strip Malls, Specialty Stores, Restaurants
Winnetka Avenue
58th Avenue N.
Target, Strip Malls, Specialty Stores, Restaurants
Twin Lakes
Boone Avenue
Elm Creek Elementary
Zachary Lane
Zachary Lane N.
Eagle Lake
Pike Lake
77th Avenue N.
Maple Grove Junior High
Hemlock Lane
Cedar Island Elementary
Bass Lake Road
Bass Lake
Oak View Elementary
Cedar Island Lake
85th Avenue N.
Community Center
Byerly's
89th Avenue N.
Pineview Lane N.
Cub Foods, Movie Theater, Strip Mall, Restaurants
Rice Lake Elementary
Elm Creek Blvd.
East Fish Lake Road
Wedgewood Lane
Goose Lake
Mud Lake
Elm Creek Regional Park
Fernbrook Lane
Maple Grove Senior High School
Rice Lake
Fish Lake
Fish Lake Regional Park
Mud Lake
Hampton Hills Golf Course
93rd Avenue N.
Fernbrook Elementary
Weaver Lake Road
West Fish Lake Road
Basswood Elementary
Vicksburg Ln.
Vicksburg Lane
Nottingham Pkwy
Weaver Lake Elementary
Target Greenland
Menards
Dunkirk Lane
Weaver Lake
82nd Ave.
Lawndale Lane
Hollydale Golf Course
89th Avenue N.
Rush Creek Elementary
Rush Creek Golf Course
97th Avenue N.
Elm Creek Golf Links
Rolling Green Country Club
169
81
94
494
10
47
101
55

RCI000110