# Exhibit R112.3


The Bayview
MAIN LEVEL
UPPER LEVEL
Formal Dining
Living
Kitchen/Breakfast
2-Car Garage
Storage
Powder
Patio
Bedroom 2
Bedroom 3
Owner's Suite
Owner's Suite 1
Owner's Suite 2
Owner's Bath
Loft
Laundry
Open to below
UPPER LEVEL 3 BDRM OPTION
UPPER LEVEL DUAL OWNER'S SUITE OPTION
UPPER LEVEL 3 BDRM W/LOFT OPTION
UPPER LEVEL 2 BATH OPTION
OWNER'S SHOWER OPTION


The Starwood
MAIN LEVEL
UPPER LEVEL
Formal Dining
Living
Kitchen/Breakfast
2-Car Garage
Storage
Powder
Patio
Loft
Bedroom 2
Bedroom 3
Owner's Suite
Owner's Suite 1
Owner's Suite 2
Super Owner's Suite
Owner's Bath
Laundry
Open to below
UPPER LEVEL 3 BDRM OPTION
UPPER LEVEL DUAL OWNER'S SUITE OPTION
UPPER LEVEL SUPER OWNER'S SUITE OPTION
UPPER LEVEL 2 BATH OPTION
OWNER'S SHOWER OPTION

RCI000132

# THE BAYVIEW

HOMESTEAD COLLECTION

## MAIN LEVEL




RCI000133

TOWN & COUNTRY HOMES

# UPPER LEVEL







SUPER OWNER'S SUITE OPTION




DUAL OWNER'S SUITE OPTION




2 BATH OPTION




OWNER'S SHOWER OPTION




3 BEDROOM W/LOFT OPTION




3 BEDROOM OPTION

RCI000134

TOWN & COUNTRY HOMES

©2001 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

# HARVEST HILLS
## HOMESTEAD COLLECTION
## CONDO ASSOCIATION

<u>About Your Association</u> $142./Month

* Professional Association Management by Cities Management

* Grounds and Building Maintenance
  * Lawn Mowing
  * Landscaping Maintenance
  * Underground Sprinkler System
  * Snow Removal Including Roads, Driveways, and Sidewalks

* Garbage Collection / Recycling

* Water and Sewer

* Liability and Hazard Insurance on the Building & Grounds. (Personal Contents Insurance is your option)

* Capital Reserve Fund

  Initially, two months of dues are collected for the reserve fund from all homeowners. A portion of your monthly dues will be put into the reserves as well.

* Fire Sprinkler System Monitoring

TOWN & COUNTRY HOMES
Minnesota Division

# HARVEST HILLS

**ROUTE:**
1) Dunkirk Ln. / Lawndale
2) Bass Lake Rd.
3) Vicksburg Ln.
4) Old Rockford Rd.
5) Holly Lane




RCI000136

# THE STARWOOD

HOMESTEAD COLLECTION

## MAIN LEVEL




RCI000137

TOWN & COUNTRY HOMES

# UPPER LEVEL





SUPER OWNER'S SUITE OPTION


DUAL OWNER'S SUITE OPTION



2 BATH OPTION

OWNER'S SHOWER OPTION


3 BEDROOM OPTION


OWNER'S SITTING ROOM OPTION

RCI000138

TOWN & COUNTRY HOMES

©2001 Town & Country Homes. Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

# SITE PLAN




RCI000139

# HARVEST HILLS

TOWN & COUNTRY HOMES

Site plan is for illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.

©2001 Town & Country Homes, Minnesota Builder #9137.

# AREA MAP




● **Parks and Recreation**
1. Turtle Lake Park
2. Plymouth Creek Park
3. Clifton French Reg Park
4. Medicine Lake Park West
5. Sunset Park
6. Parkers Lake Park
7. St. Mary's Park
8. Oberlin Park
9. Brownwood Park
10. Rolling Hills Park
11. Timber Shores Park
12. Eagle Lake Regional Park
13. Rolling Green Country Club
14. Elm Creeks Golf Course
15. Hollydale Golf Course
16. Hampton Hills Golf Course

■ **Points of Interest**
1. Plymouth Plaza Shopping Center
2. Hennepin County Center & Library
3. YMCA
4. Ridgedale Shopping Center
5. Library
6. City Hall
7. Post Office

**Schools**
1. Oakwood Elementary
2. Greenwood Elementary
3. Sunset Hill Elementary
4. East Middle School
5. Armstrong High School
6. Plymouth Middle School
7. Pilgrim Elementary
8. Wayzata High School
9. Beacon Heights Academy

RCI000140

# HARVEST HILLS

TOWN & COUNTRY HOMES

*Map is for illustrative purposes only and is not to scale.*

(Sales Office # ; 763-694-9900)

# HOMESTEAD COLLECTION
## PLYMOUTH, MINNESOTA

113.29

### The Bayview
**$167,900**

2 bedrooms, loft
1-1/2 baths - End home
approximately1,482 square feet

***Main Level***
Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***
Loft with window seat
Owner's suite with large walk-in closet and private entry to full bath
Second bedroom
Laundry room with linen closet

***Optional***
Fireplace/media wall in living room
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

**Note:**
**For Building #2 Add $2000 To The Base Pricing Listed Here.**

115.06

### The Starwood
**$158,900**

2 bedrooms, loft
1-1/2 baths -Center Home
approximately 1,381 square feet

***Main Level***
Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***
Loft
Owner's suite with large walk-in closet and private entry to full bath
Second bedroom
Hall linen closet
Laundry Room

***Optional***
Three-sided fireplace
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

*Prices effective 01/29/01. In an effort to continuously improve our product, Town & Country Homes reserves the right to change future specifications, suppliers, and prices when necessary.*

TOWN & COUNTRY HOMES
Minnesota Division

Maria Amundson
Sales Associate
Harvest Hills
7615 Smetana Lane, Suite 180 • Eden Prairie, Minnesota 55344
Phone 763-694-9900 • Fax 763-694-9907
www.townandcountryhomesmn.com • MN Builder #9137

# Harvest Hills ; Plymouth

| Model, Address & Options | Value-Delivery |
|---|---|
| **Bayview (Lot7-1)**<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>Volume Ceiling, Oak Rails at Stairs,<br>Separate Shower, Garden Tub. | $ 182,030 (TBD) |
| **Starwood (Lot7-3)**<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>Oak Rails at Stairs,<br>Separate Shower, Garden Tub. | $ 170,630 (TBD) |
| **Bayview (Lot7-4)** $3,000 Lot Premium.<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>Volume Ceiling, Oak Rails at Stairs,<br>Separate Shower, Garden Tub. | $ 185,255 (TBD) |
| **Starwood (Lot1-3)**<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>3 Sided Fireplace,<br>Separate Shower, Garden Tub. | $ 173,350 (TBD) |
| **Starwood (Lot1-7)** RESERVED<br>2 Bedroom, 2 1/2 Bath, Plus Loft,<br>Oak Rails at Loft,<br>Separate Shower, Garden Tub. | $ 167,745 (TBD) |

**Starwood (Lot2-2)** $3,000 Lot Premium. $176,825 (TBD)
2 Bedroom, 2 1/2 Bath, + Loft
3 Sided Fireplace, Oak Rails at Loft
Separate Shower , Garden Tub, Double Bowl Vanity.

**Starwood (Lot2-3)** $3,000 Lot Premium $175,630 (TBD)
3 Bedroom, 2 1/2 Bath, + Loft
Oak Rails at Stairs,
Separate Shower, Garden Tub, Double Bowl Vanity.

**Bayview (Lot2-4)** $2,000 Lot Premium $185,405 (TBD)
3 Bedroom, 2 1/2 Bath, + Loft
Volume Ceiling, Oak Rails at Stairs/White,
Separate Shower, Garden Tub.

**Starwood (Lot2-6)** $168,540 (TBD)
2 Bedroom, 2 1/2 Bath, + Loft
Oak Rails at Loft/White
Separate Shower, Garden Tub

**Starwood (Lot2-7)** $170,780 (TBD)
3 Bedroom, 2 1/2 Bath, + Loft
Separate Shower, Garden Tub, Double Bowl Vanity

**Bayview (Lot2-8)** RESERVED $169,900 (TBD)

## THE FOLLOWING HOMES ARE BUILD TO SUIT WITHIN THE OPTIONS ALLOWED.

| | |
|---|---|
| Bayview (Lot6-1) | $169,900(TBD) |
| Starwood(Lot6-2) | $160,900(TBD) |
| Starwood(Lot6-3) | $160,900(TBD) |
| Bayview(Lot6-4)$5000 Lot Premium | $174,900(TBD) |
| Bayview(Lot6-5) RESERVED | $169,900(TBD) |
| Starwood(Lot6-6) | $160,900(TBD) |
| Starwood(Lot6-7) | $160,900(TBD) |
| Bayview(Lot6-8) $5,000 Lot Premium | $174,900(TBD) |

# HOMESTEAD COLLECTION AT HARVEST HILLS

## PLAN 1381
## Homestead Collection
## The Starwood

**SQUARE FOOTAGE**

**Standard Plan:**

| | |
|---|---|
| First Floor | 643 sf |
| Second Floor | 738 sf |
| Total | 1381 sf |

**Reversed Plan:**

| | |
|---|---|
| First Floor | 643 sf |
| Second Floor | 751 sf |
| Total | 1394 sf |

**ROOM DIMENSIONS:**

| | | | |
|---|---|---|---|
| Living | 12'-11 ½" | x | 13'-9 ½" |
| Dining | 10'-6" | x | 12'-11 ½" |
| Kitchen/Breakfast | 17'-2" | x | 9'-2 ½" |
| Master Bedroom (Standard) | 11'-4" | x | 14'-8" |
| Master Bedroom (Reversed) | 11'-4" | x | 15'-8" |
| Bedroom 2 | 10'-0" | x | 11'-5" |
| Loft | 9'-3" | x | 12'-8" |
| Garage | 17'-10" | x | 19'-1 ½" |

**OPTIONS:***

| | | | |
|---|---|---|---|
| Fireplace (3-sided with ceramic tile surround) | | | |
| Open Stair Railing, (in lieu of half wall) | | | |
| Kitchen /Dining Raised counter | | | |
| Master Bedroom volume ceiling | | | |
| Master Bedroom double doors | | | |
| Master Bath enclosed W.C. room | | | |
| Master Bath second vanity sink | | | |
| Bath Shower Option (-64 cu. ft. closet) | | | |
| Master Bath 42" tub, (available w/ Bath Shower or Second Bath Options only) | | | |
| Second Bath Option (+16 cu. ft. closet) | 7'-11" | x | 5'-9" |
| Bedroom 3 Option (+138 sf. & in lieu of Loft; +224 cu. ft. closet) | | | |
| Bedroom 3 | 11'-5" | x | 9'-3" |
| Super Master Bedroom Option (+138 sf. & in lieu of Loft) | | | |
| Super Master Bedroom | 19'-8 1/2" | x | 14'-8" |
| Bedroom 2 | 11'-3" | x | 11'-5" |
| Master Sitting Option (+138 sf. & in lieu of Loft; +128 cu. ft. closet) | | | |
| Master Sitting | 7'-7 1/2" | x | 10'-0" |
| Bedroom 2 | 11'-3" | x | 11'-5" |
| Dual Master Option (+138 sf.; +312 cu. ft. closet) | | | |
| Master Bedroom 1 (Standard) | 11'-4" | x | 14'-8" |
| Master Bedroom 2 | 11'-3" | x | 13'-9 1/2" |
| Loft | 8'-0" | x | 10'-0" |
| Master Bedroom 2 volume ceiling | | | |

**CLOSET STORAGE** 724 cu.ft.

RCI000145

* Options do not add square footage unless specifically noted.

Note: All room dimensions are approximations of finished areas based off architectural drawings

3/8/00

# HOMESTEAD COLLECTION AT HARVEST HILLS

## PLAN 1482

## Homestead Collection

## The Bayview

**SQUARE FOOTAGE**

| | |
|---|---|
| First Floor | 675 sf |
| Second Floor | 807 sf |
| Total | 1482 sf |

**ROOM DIMENSIONS:**

| | | | |
|---|---|---|---|
| Living | 12'-11 ½" | x | 15'-9 ½" |
| Dining | 11'-8" | x | 12'-8" |
| Kitchen/Breakfast | 17'-2" | x | 9'-2 ½" |
| Master Bedroom | 12'-0" | x | 15'-10" |
| Bedroom 2 | 11'-0" | x | 10'-3 ½" |
| Loft | 9'-0" | x | 16'-9 ½"" |
| Garage | 19'-0" | x | 19'-1 ½" |

**OPTIONS:***

| | | | |
|---|---|---|---|
| Fireplace/Media | | | |
| Open Stair Railing, (in lieu of half wall) | | | |
| Kitchen /Dining Raised counter | | | |
| Master Bedroom volume ceiling | | | |
| Master Bedroom double doors | | | |
| Master Bath enclosed W.C. room | | | |
| Master Bath second vanity sink | | | |
| Bath Shower Option (-120 cu. ft. closet) | | | |
| Master Bath 42" tub, (available w/ Bath Shower or Second Bath Options only) | | | |
| Second Bath Option (+112 cu. ft. closet) | 7'-11" | x | 5'-5" |
| Bedroom 3 Option (in lieu of Loft) | 9'-0" | x | 14'-5" |
| Super Master Bedroom (in lieu of Loft) | 21'-4 ½" | x | 15'-10" |
| Bedroom 3 w/ Loft Option (+184 sf.; +192 cu. ft. closet) | | | |
| Bedroom 3 | 10'-9" | x | 12'-1" |
| Loft | 9'-0" | x | 15'-0" |
| Master Sitting w/ Bedroom 3 Option (+184 sf. & in lieu of Loft; +192 cu. ft. closet) | | | |
| Master Sitting | 9'-0" | x | 10'-6" |
| Bedroom 3 | 10'-9" | x | 12'-0" |
| Dual Master Option (+184 sf. & in lieu of Loft; +328 cu. ft. closet) | | | |
| Master Bedroom 1 | 12'-0" | x | 15'-0" |
| Master Bedroom 2 | 11'-5" | x | 15'-9 1/2" |
| Master Bedroom 2 volume ceiling | | | |

**CLOSET STORAGE** 873 cu.ft.

RCI000146

* Options do not add square footage unless specifically noted.

Note: All room dimensions are approximations of finished areas based off architectural drawings

3/8/00

# HARVEST HILLS
## HOMESTEAD COLLECTION
## CONDO ASSOCIATION

**About Your Association** **$142./Month**

* Professional Association Management by Cities Management

* Grounds and Building Maintenance
    * Lawn Mowing
    * Landscaping Maintenance
    * Underground Sprinkler System
    * Snow Removal Including Roads, Driveways, and Sidewalks

* Garbage Collection / Recycling

* Water and Sewer

* Liability and Hazard Insurance on the Building & Grounds. (Personal Contents Insurance is your option)

* Capital Reserve Fund

  Initially, two months of dues are collected for the reserve fund from all homeowners. A portion of your monthly dues will be put into the reserves as well.

* Fire Sprinkler System Monitoring

RCI000147