Court File No. 01-1980 / ROTTLUND / Pinnacle
Davenport Affidavit dated August 26, 2004

Exhibit R126

5x12.25 model home 4c 1/10/01 4:08 PM Page 1

# Welcome To The Wide Open Spaces.



*Lots of natural light and high ceilings set us apart. See for yourself at townandcountryhomesmn.com.*

*42 years. Over 100 communities. One homebuilder - Town & Country Homes. Our national resourcefulness and strength, coupled with our hometown commitment, offer you so much more design, quality, craftsmanship and value for your money. So why settle for ordinary when we're building excitement every day at Town & Country.*

## BLAINE

THE FAIRWAYS AT DEACON'S WALK

Players Collection - Single Family Homes from the $180's

Masters Collection - Single Family Homes from the $250's

Phone 763-795-8909

To visit: Take I-35 W North to Lexington Road (Exit 33, County Road 17), turn left. Proceed 1/2 mile to a left on 109th street. Proceed 2.5 miles to a right on Tournament Players Parkway, straight to a left on Arnold Palmer Drive. Make left on 113th Court to Sales Center on right.

## LAKEVILLE

CROSSWINDS

Premier Collection - Townhomes from the $130's

Phone 952-898-2787

To visit: Take I-35 W South to a left on County Road 46 (162nd Street). Turn right onto Jaguar Avenue. Proceed to a left on Jatos Circle to Sales Center on left.

## MAPLE GROVE

THE GROVE AT ELM CREEK

Players Collection - Single Family Homes from the low $200's

Phone 763-416-2225

To visit: Take I-94 West to a left on Weaver Lake Road. Make a left on Dunkirk Lane. Proceed to a left on Nottingham Parkway. Turn right on 78th Avenue N. to a left on Everest Lane to Sales Center on left.

CENTENNIAL CROSSING

Premier Collection - Townhomes from the $140's

Phone 763-416-3905

[illegible]

[illegible] Collection - Townhomes from the [illegible]

Phone 763-416-[illegible]

[illegible]

Signature Collection - Single Family Homes from the $190's

Phone 763-416-0401

To visit: Take I-94 West to a left on Weaver Lake Road. Make a right on Dunkirk Lane N. to a left on 89th Avenue N. Turn right on [illegible] Lane N. to model home.



TOWN & COUNTRY HOMES

THE EXCITEMENT IS BUILDING®

Open 11-6 daily. Brokers warmly welcome.

Minnesota Builder #[illegible]

© 2001 Town & Country Homes. [illegible]

townandcountryhomesmn.com

# Value, By Design.

## TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living!
Up to 2 bedrooms + loft,
2 baths and up to 2-car garages.





## SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft,
3 1/2 baths and
2-car garages.

TOWNANDCOUNTRYHOMESMN.COM

## TOWNHOMES

### PLYMOUTH

**HARVEST HILLS**
Models Grand Opening May 11, 2002
Homestead Collection - Now Pre-Selling!
Townhomes from the $160's
Premier Collection - Now Pre-Selling!
Townhomes from the $170's
To visit: 494 to Hwy 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.
Phone 763-694-9900.

### SHAKOPEE

**PROVIDENCE POINTE**
Homestead Collection - Models Now Open!
Townhomes from the $150's
Village Collection - Now Pre-Selling!
Featuring one-level living from the $140's
Courtyard Collection - Now Pre-Selling!
From the $140's
To visit: Hwy 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr.
Phone 952-403-6780.

### LAKEVILLE

**CROSSWINDS**
Premier Collection - Don't Miss Out!
1 Builder Model Home Remaining!
By appointment only,
please call 952-403-6780.

**CORNERSTONE LAKE**
Models Grand Opening May 11, 2002
Homestead Collection - Now Pre-Selling!
Townhomes from the $150's
Site location: Corner of 170th St. and Pilot Knob Road in Lakeville.
To see decorated models:
Visit our Providence Pointe Community.
Phone 952-469-8338.

### MAPLE GROVE

**CENTENNIAL CROSSING**
Premier Collection
Townhomes from the $150's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N.
Phone 763-416-3905.

## SINGLE FAMILY HOMES

### MAPLE GROVE

**CENTENNIAL CROSSING**
Signature Collection
Single Family Homes from the $190's
Featuring 1st floor owners suites and maintenance free living.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

Players Collection
Single Family Homes from the $220's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

**THE GROVE AT ELM CREEK**
Players Collection
Single Family Homes from the $230's
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.
Phone 763-416-2225.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

D 01727

# Value, By Design.

MANY NEW MODELS NOW OPEN!



TOWNANDCOUNTRYHOMESMN.COM

## TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living!
Up to 2 bedrooms + loft,
2 baths and up to 2-car garages.





## SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft,
3 1/2 baths and 2-car garages.

## TOWNHOMES

### PLYMOUTH

**HARVEST HILLS**
Homestead Collection
Now Grand Opening!
Townhomes from the $160's

Premier Collection
Now Pre-Selling!
Townhomes from the $170's

To visit: 494 to Hwy 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.
Phone 763-694-9900.

### SHAKOPEE

**PROVIDENCE POINTE**
Homestead Collection
Townhomes from the $150's

Village Collection
Now Grand Opening!
Featuring one-level living from the $140's

Courtyard Collection
Now Pre-Selling!
Townhomes from the $140's

To visit: Hwy 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr.
Phone 952-403-6780.

### LAKEVILLE

**CROSSWINDS**
Premier Collection - Don't Miss Out!
1 Builder Model Home Remaining!
By appointment only, please call 952-460-6975.

**CORNERSTONE LAKE**
Homestead Collection
Now Grand Opening!
Townhomes from the $150's

To visit: Take Hwy 35 W South to Country Rd. 46 East to Pilot Knob Rd. South to 170th St. East to Embers Ave.
Phone 952-460-6975.

### MAPLE GROVE

**CENTENNIAL CROSSING**
Premier Collection
Townhomes from the $150's

To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N.
Phone 763-416-3905.

## SINGLE FAMILY HOMES

### MAPLE GROVE

**CENTENNIAL CROSSING**
Signature Collection
Single Family Homes from the $190's
Featuring 1st floor owners suites and maintenance free living.

To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

Players Collection
Single Family Homes from the $220's

To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

**THE GROVE AT ELM CREEK**
Players Collection
Single Family Homes from the $230's

To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.
Phone 763-416-2225.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change.

# Value, By Design.

MANY NEW MODELS NOW OPEN!

## TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living! Up to 2 bedrooms + loft, 2 baths and up to 2-car garages.





## SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft, 3 1/2 baths and 2-car garages.

TOWNANDCOUNTRYHOMESMN.COM

## TOWNHOMES

### PLYMOUTH

**HARVEST HILLS**
Homestead Collection - Now Grand Opening!
Townhomes from the $160's
Premier Collection - Now Pre-Selling!
Townhomes from the $170's
To visit: 494 to Hwy 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.
Phone 763-694-9900.

### SHAKOPEE

**PROVIDENCE POINTE**
Homestead Collection
Townhomes from the $150's
Village Collection - Now Grand Opening!
Featuring one-level living from the $140's
Courtyard Collection - Now Pre-Selling!
Townhomes from the $140's
To visit: Hwy 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr.
Phone 952-403-6780.

### LAKEVILLE

**CROSSWINDS**
Premier Collection - Don't Miss Out!
1 Builder Model Home Remaining!
By appointment only, please call 952-460-6975.

**CORNERSTONE LAKE**
Homestead Collection - Now Grand Opening!
Townhomes from the $150's
To visit: Take Hwy 35 W South to Country Rd. 46 East to Pilot Knob Rd. South to 170th St. East to Embers Avenue.
Phone 952-460-6975.

### MAPLE GROVE

**CENTENNIAL CROSSING**
Premier Collection
Townhomes from the $150's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N.
Phone 763-416-3905.

## SINGLE FAMILY HOMES

### MAPLE GROVE

**CENTENNIAL CROSSING**
Signature Collection
Single Family Homes from the $190's
Featuring 1st floor owners suites and maintenance free living.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.
Players Collection
Single Family Homes from the $220's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

**THE GROVE AT ELM CREEK**
Players Collection
Single Family Homes from the $230's
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.
Phone 763-416-2225.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

D 01729

MANY NEW MODELS NOW OPEN!

# Value, By Design.

## TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living! Up to 2 bedrooms + loft, 2 baths and up to 2-car garages.





## SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft, 3 1/2 baths and 2-car garages.

TOWNANDCOUNTRYHOMESMN.COM

## TOWNHOMES

### PLYMOUTH

**HARVEST HILLS**
Homestead Collection - Now Grand Opening!
Townhomes from the $160's
Premier Collection - Now Pre-Selling!
Townhomes from the $170's
To visit: 494 to Hwy 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.
Phone 763-694-9900.

### SHAKOPEE

**PROVIDENCE POINTE**
Homestead Collection
Townhomes from the $150's
Phone 952-403-6780.
Village Collection - Now Grand Opening!
Featuring one-level living from the $140's
Phone 952-445-0089.
Courtyard Collection - Now Pre-Selling!
Townhomes from the $140's
Phone 952-403-6780.
To visit: Hwy 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr.

### LAKEVILLE

**CROSSWINDS**
Premier Collection - Don't Miss Out!
1 Builder Model Home Remaining!
By appointment only, please call 952-460-6975.

**CORNERSTONE LAKE**
Homestead Collection - Now Grand Opening!
Townhomes from the $150's
To visit: Take Hwy 77/Cedar Ave. to County Rd. 42 East to Pilot Knob Rd. South to 170th St. East to Embers Avenue to Sales Center on left.
Phone 952-460-6975.

### MAPLE GROVE

**CENTENNIAL CROSSING**
Premier Collection
Townhomes from the $150's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N.
Phone 763-416-3905.

## SINGLE FAMILY HOMES

### MAPLE GROVE

**CENTENNIAL CROSSING**
Signature Collection
Single Family Homes from the $190's
Featuring 1st floor owners suites and maintenance free living.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.
Players Collection
Single Family Homes from the $220's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

**THE GROVE AT ELM CREEK**
Players Collection
Single Family Homes from the $230's
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.
Phone 763-416-2225.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

D 01730

T&C_8.02x8 BW New '02 5/23/02 2:33 PM Page 1

# Value, By Design.

MANY NEW MODELS NOW OPEN!



TOWNANDCOUNTRYHOMESMN.COM

## TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living!
Up to 2 bedrooms + loft,
2 baths and up to 2-car garages.





## SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft,
3 1/2 baths and 2-car garages.

## TOWNHOMES

### PLYMOUTH

**HARVEST HILLS**
Homestead Collection - Now Grand Opening!
Townhomes from the $160's
Premier Collection - Now Pre-Selling!
Townhomes from the $170's
To visit: 494 to Hwy 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.
Phone 763-694-9900.

### SHAKOPEE

**PROVIDENCE POINTE**
Homestead Collection
Townhomes from the $150's
Phone 952-403-6780.
Village Collection - Now Grand Opening!
Featuring one-level living from the $140's
Phone 952-445-0089.
Courtyard Collection - Now Pre-Selling!
Townhomes from the $140's
Phone 952-403-6780.
To visit: Hwy 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr.

### LAKEVILLE

**CROSSWINDS**
Premier Collection - Don't Miss Out!
1 Builder Model Home Remaining!
By appointment only,
please call 952-460-6975.

**CORNERSTONE LAKE**
Homestead Collection - Now Grand Opening!
Townhomes from the $150's
To visit: Take Hwy 77/Cedar Ave. to County Rd. 42 East to Pilot Knob Rd. South to 170th St. East to Embers Ave. to Sales Center on left.
Phone 952-460-6975.

### MAPLE GROVE

**CENTENNIAL CROSSING**
Premier Collection
Townhomes from the $150's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N.
Phone 763-416-3905.

## SINGLE FAMILY HOMES

### MAPLE GROVE

**CENTENNIAL CROSSING**
Signature Collection
Single Family Homes from the $190's
Featuring 1st floor owners suites and maintenance free living.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.
Players Collection
Single Family Homes from the $220's
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

**THE GROVE AT ELM CREEK**
Players Collection
Single Family Homes from the $230's
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.
Phone 763-416-2225.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change.
Minnesota Builder #9137

D 01731

2C_Minn.Mo. 7x10 4c 5/31/02 12:22 PM Page 1

# Right At Home In The Twin Cities.

TOWNANDCOUNTRYHOMESMN.COM







**TOWNHOMES & CONDOMINIUMS FROM THE MID $100'S**

Premier Collection:
Up to 3 bedrooms + loft, 2 1/2 baths & 2-car garages.

Homestead Collection:
Up to 3 bedrooms + loft, 2 1/2 baths & 2 1/2-car garages.

Courtyard Collection:
Up to 3 bedrooms + loft, 2 1/2 baths & 2-car garages.

Village Collection:
Up to 2 bedrooms, 2 baths & 1 or 2-car garages.

**SINGLE FAMILY HOMES FROM THE UPPER $200'S**

Our single family collections feature towering volume ceilings, 3 & 4 bedrooms, up to 3 1/2 baths, up to 3-car garages, gourmet kitchens with pantries and breakfast nooks, luxurious owners suites with walk in closets, two story entry foyers, 9' ceilings on main levels, cozy great rooms, and so much more!

ALL COMMUNITIES OPEN 11-6 DAILY.

Whether you are new to the Twin Cities, or just new to home ownership, there is one homebuilder with more homes, more neighborhoods, more choices... and a whole lot more excitement. Town & Country Homes has new home collections for every budget and lifestyle, in the neighborhoods where you want to live. Whichever you pick, you will feel right at home.

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

For information on our communities in Plymouth, Shakopee, Lakeville, Maple Grove, Apple Valley and Chaska,
please call (952)-944-3455.

T&C_Star 4.55x8 BW 6/12/02 2:50 PM Page 1

# Value, By Design.

MANY NEW MODELS NOW OPEN!

TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living! Up to 2 bedrooms + loft, 2 baths and up to 2-car garages.





SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites, main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft, 3 1/2 baths and 2-car garages.

TOWNANDCOUNTRYHOMESMN.COM

**TOWNHOMES**

**PLYMOUTH – HARVEST HILLS**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $160's.
**Premier Collection - Now Pre-Selling!**
Townhomes from the $170's.
To visit: 494 to Hwy. 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center. Phone 763-694-9900.

**SHAKOPEE – PROVIDENCE POINTE**
**Homestead Collection**
Townhomes from the $150's. Phone 952-403-6780.
**Village Collection - Now Grand Opening!**
Featuring one-level living from the $140's.
Phone 952-445-0089.
**Courtyard Collection - Now Pre-Selling!**
Townhomes from the $140's. Phone 952-445-7525.
To visit: Hwy. 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr.

**LAKEVILLE – CROSSWINDS**
**Premier Collection - Don't Miss Out!**
1 Builder Model Home Remaining! By appointment only, please call 952-460-6975.

**CORNERSTONE LAKE**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $150's.
To visit: Take Hwy. 77/Cedar Ave. to County Rd. 42 East to Pilot Knob Rd. South to 170th St. East to Embers Avenue to Sales Center on left.
Phone 952-460-6975.

**MAPLE GROVE – CENTENNIAL CROSSING**
**Premier Collection**
See our 2 decorated townhome models.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N. Phone 763-416-3905.

**SINGLE FAMILY HOMES**

**MAPLE GROVE – CENTENNIAL CROSSING**
**Signature Collection**
Single Family Homes from the $190's. Featuring 1st floor owners suites and maintenance free living.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
Phone 763-416-0401.

**Players Collection**
Single Family Homes from the $220's.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home. Phone 763-416-0401.

**THE GROVE AT ELM CREEK**
**Players Collection**
Single Family Homes from the $230's.
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left. Phone 763-416-2225.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

D 01733

T&C_Corp_Star 6/19/02 12:17 PM Page 1

# Value, By Design.

MANY NEW MODELS NOW OPEN!

**TOWNHOMES**

**Premier Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living! Up to 2 bedrooms + loft, 2 baths and up to 2-car garages.





**SINGLE FAMILY HOMES**

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft, 3 1/2 baths and 2-car garages.

TOWNANDCOUNTRYHOMESMN.COM

**TOWNHOMES**

**PLYMOUTH – HARVEST HILLS**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $160's. Phone 763-694-9900.
**Premier Collection - Now Pre-Selling!**
Townhomes from the $170's. Phone 763-551-9200.
To visit: 494 to Hwy. 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.

**SHAKOPEE – PROVIDENCE POINTE**
**Homestead Collection**
Townhomes from the $150's. Phone 952-403-6780.
**Village Collection - Now Grand Opening!**
Featuring one-level living from the $140's.
Phone 952-445-0089.

**Courtyard Collection - Now Pre-Selling!**
Townhomes from the $140's. Phone 952-445-7525.
To visit: Hwy. 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr.

**LAKEVILLE – CROSSWINDS**
**Premier Collection - Don't Miss Out!**
1 Builder Model Home Remaining!
By appointment only, please call 952-460-6975.

**CORNERSTONE LAKE**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $150's. Phone 952-460-6975.
To visit: Take Hwy. 77/Cedar Ave. to County Rd. 42 East to Pilot Knob Rd. South to 170th St. East to Embers Avenue to Sales Center on left.

**MAPLE GROVE – CENTENNIAL CROSSING**
**Premier Collection.** Phone 763-416-3905.
See our 2 decorated townhome models.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N.

**SINGLE FAMILY HOMES**

**MAPLE GROVE – CENTENNIAL CROSSING**
**Signature Collection**
Single Family Homes from the $190's. Featuring 1st floor owners suites and maintenance free living.
Phone 763-416-0401.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.
**Players Collection**
Single Family Homes from the $220's.
Phone 763-416-0401.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to model home.

**THE GROVE AT ELM CREEK**
**Players Collection**
Single Family Homes from the $230's.
Phone 763-416-2225.
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

D 01734

T&C_Star 4.55x8 BW 7/10/02 3:22 PM Page 1

# Value, By Design.

MANY NEW MODELS NOW OPEN!

TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft, 2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living! Up to 2 bedrooms + loft, 2 baths and up to 2-car garages.





SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft, 3 1/2 baths and 2-car garages.

TOWNANDCOUNTRYHOMESMN.COM

**TOWNHOMES**

**PLYMOUTH – HARVEST HILLS**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $160's. Phone 763-694-9900.
**Premier Collection - Now Pre-Selling!**
Townhomes from the $170's. Phone 763-551-9200.
To visit: 494 to Hwy. 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.

**SHAKOPEE – PROVIDENCE POINTE**
**Homestead Collection**
Townhomes from the $150's. Phone 952-403-6780.
**Village Collection - Now Grand Opening!**
Featuring one-level living from the $140's.
Phone 952-445-0089.

**Courtyard Collection - Now Pre-Selling!**
Townhomes from the $140's. Phone 952-445-7525.
To visit: Hwy.. 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr. to Sales Center.

**LAKEVILLE – CROSSWINDS**
**Premier Collection - Don't Miss Out!**
1 Builder Model Home Remaining!
By appointment only, please call 952-460-6975.

**CORNERSTONE LAKE**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $150's. Phone 952-460-6975.
To visit: Take Hwy. 77/Cedar Ave. to County Rd. 42 East to Pilot Knob Rd. South to 170th St. East to Embers Avenue to Sales Center on left.

**MAPLE GROVE – CENTENNIAL CROSSING**
Premier Collection. Phone 763-416-3905.
See our 2 decorated townhome models.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N. to Sales Center.

**SINGLE FAMILY HOMES**

**MAPLE GROVE – CENTENNIAL CROSSING**
**Signature Collection**
Single Family Homes from the $190's. Featuring 1st floor owners suites and maintenance free living.
Phone 763-416-0401.
**Players Collection**
Single Family Homes from the $220's.
Phone 763-416-0401.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to Sales Center.

**THE GROVE AT ELM CREEK**
**Players Collection**
Single Family Homes from the $230's.
Phone 763-416-2225.
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

Minn.Mo. 8x10.875 4c v3 7/10/02 2:14 PM Page 1

# Right At Home In The Twin Cities.



TOWNANDCOUNTRYHOMESMN.COM

Whether you are new to the Twin Cities, or just new to home ownership, there is one homebuilder with more homes, more neighborhoods, more choices... and a whole lot more excitement. Town & Country Homes has new home collections for every budget and lifestyle, in the neighborhoods where you want to live. Whichever you pick, you will feel right at home.



TOWNHOMES & CONDOMINIUMS FROM THE MID $100'S

**Premier Collection:** Up to 3 bedrooms + loft, 2½ baths & 2-car garages.

**Homestead Collection:** Up to 3 bedrooms + loft, 2½ baths & 2½-car garages.

**Courtyard Collection:** Up to 3 bedrooms + loft, 2½ baths & 2-car garages.

**Village Collection:** Up to 2 bedrooms, 2 baths & 1 or 2-car garages.



SINGLE FAMILY HOMES FROM THE UPPER $100'S

**Signature Collection:** 1st floor owner's suites, main level living with great rooms, dens and 2-car garages.

**Players Collection:** Up to 4 bedrooms + loft, 3½ baths and 2-car garages.

## TOWNHOMES

### PLYMOUTH

**HARVEST HILLS**
**Homestead Collection**
Townhomes from the $160's
Phone 763-694-9900.

**Premier Collection - *Now Grand Opening!***
Townhomes from the $170's
Phone 763-551-9200.

To visit: 494 to Hwy 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.

### SHAKOPEE

**PROVIDENCE POINTE**
**Homestead Collection**
Townhomes from the $150's
Phone 952-403-6780.

**Village Collection**
Featuring one-level living from the $140's
Phone 952-445-0089.

**Courtyard Collection**
Townhomes from the $140's
Phone 952-445-7525.

To visit: Hwy 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr. to Sales Center

### MAPLE GROVE

**CENTENNIAL CROSSING**
**Premier Collection**
Townhomes from the $150's
Phone 763-416-3905.

To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N. to Sales Center.

### LAKEVILLE

**CORNERSTONE LAKE**
**Homestead Collection - *Now Grand Opening!***
Townhomes from the $150's
Phone 952-460-6975.

To visit: Take Hwy 77/Cedar Ave. to County Rd. 42 East to Pilot Knob Rd. South to 170th St. East to Embers Ave. to Sales Center on left.

**SPRINGBROOK**
**Homestead Collection**
Townhomes from the mid $100's
Phone 952-469-9773.

To visit: Take I-35 S. to 185th St. East to Kenrick Ave. South to 205th St. East to Sales Center.

## SINGLE FAMILY HOMES

### MAPLE GROVE

**CENTENNIAL CROSSING**
**Signature Collection**
Single Family Homes from the $190's
Phone 763-416-0401.

**Players Collection**
Single Family Homes from the $220's
Phone 763-416-0401.

To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to Sales Center.

**THE GROVE AT ELM CREEK**
**Players Collection**
Single Family Homes from the $230's
Phone 763-416-2225.

To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

D 01736

T&C_Star 4.55x8 BW 7/18/02 9:37 AM Page 1

# Value, By Design.

MANY NEW MODELS NOW OPEN!

TOWNHOMES

**Premier Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Homestead Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Courtyard Collection:**
Up to 3 bedrooms + loft,
2 1/2 baths and 2-car garages.

**Village Collection:**
One and two level living! Up to 2 bedrooms + loft, 2 baths and up to 2-car garages.





SINGLE FAMILY HOMES

**Signature Collection:**
1st floor owner's suites; main level living with great rooms, dens and 2-car garages.

**Players Collection:**
Up to 4 bedrooms + loft, 3 1/2 baths and 2-car garages.

TOWNANDCOUNTRYHOMESMN.COM

**TOWNHOMES**

**PLYMOUTH – HARVEST HILLS**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $160's. Phone 763-694-9900.
**Premier Collection - Now Pre-Selling!**
Townhomes from the $170's. Phone 763-551-9200.
To visit: 494 to Hwy. 55, West to right on Peony Ln. Make right on Schmidt Lake Rd. and continue straight to Sales Center.

**SHAKOPEE – PROVIDENCE POINTE**
**Homestead Collection**
Townhomes from the $150's. Phone 952-403-6780.
**Village Collection - Now Grand Opening!**
Featuring one-level living from the $140's.
Phone 952-445-0089.

**Courtyard Collection - Now Pre-Selling!**
Townhomes from the $140's. Phone 952-445-7525.
To visit: Hwy. 169 South to left on Marschall Rd./CR 17. Make right on 17th Ave. to left on Countryside Dr. to Sales Center.

**LAKEVILLE – CORNERSTONE LAKE**
**Homestead Collection - Now Grand Opening!**
Townhomes from the $150's. Phone 952-460-6975.
To visit: Take Hwy. 77/Cedar Ave. to County Rd. 42 East to Pilot Knob Rd. South to 170th St. East to Embers Avenue to Sales Center on left.

**MAPLE GROVE – CENTENNIAL CROSSING**
**Premier Collection.** Phone 763-416-3905.
See our 2 decorated townhome models.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. Right on 90th Pl. N., to right on Comstock Ln. N. to Sales Center.

**SINGLE FAMILY HOMES**
**MAPLE GROVE – CENTENNIAL CROSSING**
**Signature Collection**
Single Family Homes from the $190's. Featuring 1st floor owners suites and maintenance free living.
Phone 763-416-0401.
**Players Collection**
Single Family Homes from the $220's.
Phone 763-416-0401.
To visit: I-94 W. to left on Weaver Lake Rd. Right on Dunkirk Ln. N. to left on 89th Ave. N. Right on Garland Ln. N. to Sales Center.

**THE GROVE AT ELM CREEK**
**Players Collection**
Single Family Homes from the $230's.
Phone 763-416-2225.
To visit: I-94 W. to left on Weaver Lake Rd. Left on Dunkirk Ln. Left on Nottingham Pkwy. Right on 78th Ave. N. to left on Everest Ln. to Sales Center on left.

**ALL COMMUNITIES OPEN 11-6 DAILY.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes. Prices subject to change. Minnesota Builder #9137

D 01737

T&C_Midwest H&G 3.25x10_4C 8/5/02 12:55 PM Page 1

# Town & Country Homes Presents Its Fall Line-Up For The Parade!




## TOWNHOMES

**PLYMOUTH**

**HARVEST HILLS**
**Homestead Collection**
Our best-selling towns from the $160's
Phone 763-694-9900.

**Premier Collection**
Upscale towns from the $170's
Phone 763-551-9200.

**SHAKOPEE**

**PROVIDENCE POINTE**
**Homestead Collection**
Our best-selling towns from the $150's
Phone 952-403-6780.

**Village Collection**
Featuring one-level living from the $140's
Phone 952-445-0089.

**Courtyard Collection**
Featuring park-like common areas from the $140's
Phone 952-445-7525.

**MAPLE GROVE**

**CENTENNIAL CROSSING**
**Premier Collection**
Upscale towns from the $150's
Phone 763-416-3905.

**LAKEVILLE**

**CORNERSTONE LAKE**
**Homestead Collection**
Our best-selling towns from the $150's
Phone 952-460-6975.

**SPRINGBROOK**
**Homestead Collection**
Our best-selling towns from the mid $100's
Phone 952-469-9773.

## SINGLE FAMILY HOMES

**MAPLE GROVE**

**CENTENNIAL CROSSING**
**Signature Collection**
Featuring first floor owner's suites from the $190's
Phone 763-416-0401.

**Players Collection**
Featuring up to 4 bedrooms and 3 1/2 baths from the $220's
Phone 763-416-0401.

**THE GROVE AT ELM CREEK**
**Players Collection**
Featuring up to 4 bedrooms and 3 1/2 baths from the $230's
Phone 763-416-2225.

**All Communities Open 11-6 daily.**

TOWN & COUNTRY HOMES
THE EXCITEMENT IS BUILDING®

© 2002 Town & Country Homes.
Prices subject to change.
Minnesota Builder #9137

D 01738