Court File No. 01-1980 / ROTTLUND / Pinnacle
Davenport Affidavit dated August 26, 2004

# Exhibit R127.1


TOWN & COUNTRY HOMES




D 16918

ily



Since 1958, Town & Country Homes has built more than 100 communities and over 25,000 homes, making us one of the nation's most successful residential homebuilders. While we're proud of the achievement, we take greater pride in the fact that our company is much the same today as it was when we began: a family-owned and operated business driven by the desire to understand and fulfill the needs of other families. With that in mind, we feel uniquely qualified to serve your family as you look to build the home that will serve as the foundation for your future. We've been there ourselves.

D 16919

Building homes is a lot like raising a family.
What you get out of it depends on what you put into it.






D 16920

# lue



A new home may well be the biggest investment you'll make, but cost is only one measure of its value. Ultimately, your return will be determined by how well it lives up to all of your expectations, emotional as well as practical. That's why at Town & Country Homes, we focus our efforts on delivering "everything you expect home to be." A home your family can grow into, not out of. A great neighborhood, as well as a great location. Quality of life, as well as quality construction. Put it all together, and you have what we call value. You'll call it home.

D 16921

The most important measure of your home's value
is the part that can't be measured at all.

