Court File No. 01-1980 / ROTTLUND / Pinnacle
Davenport Affidavit dated August 26, 2004

Exhibit R127.2


A tradition of Qua
D 16922

# lity



Over the years, Town & Country's reputation for construction quality has become legendary. We are one of only a very few builders to take home our industry's two highest honors: the National ACE Award for Construction Excellence and the National Association of Homebuilders' National Housing Quality Award. But while winning awards is satisfying, we really focus on delivering to you the best-built home we can. One that lives up to exacting standards for construction excellence. One that will stand the test of time. One that you, too, will be proud to call home.



D 16923

We build our homes to live up to the highest standards we know of. Our own.




D 16924

gn



If you're tired of looking at "look-alike" homes, you'll love the fresh alternatives you'll find at Town & Country Homes. Not so much because they're more spacious than other homes—although they often are—but because they're designed more for the way you live. With more space in the rooms where you do your living. And more ways to make each room fit your individual needs and lifestyle. Maybe that's why people often comment that our homes feel much bigger than they look on paper. That's exactly what they're designed to do.

D 16925

Design awards are great…but we never lose sight of who we're designing for.



# Welcome to our Community



You've arrived at this point in your home search because you're interested in this particular community. But make no mistake: it takes more than location to make a great community. It takes a builder willing to preserve and enhance the natural features and space that made the location promising to begin with. And one who's eager to work with local officials to create a neighborhood that will enhance the community for years to come. More than anything, that's what it takes to make a house a home. And that's what Town & Country Homes does best.



"Everything you expect home to be" is another way of saying "community."