Court File No. 01-1980 / ROTTLUND / Pinnacle
Davenport Affidavit dated August 26, 2004

Exhibit R129.2

WELCOME TO THE

# HOMESTEAD COLLECTION



# HARVEST HILLS

TOWN & COUNTRY HOMES

D 00797

# STANDARD FEATURES

## EXTERIOR DETAILING –
*Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative brick masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Steel sectional overhead garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, six-panel fiberglass entry doors
- Fully sodded yards with site landscaping as shown on site plan
- Patios per plan

## ENERGY-SAVING APPOINTMENTS –
*Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek brand housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency gas forced-air furnace
- Glass-lined 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## TASTEFULLY APPOINTED KITCHENS –
*Designed For Your Convenience*

- Flat panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## ELEGANT BATHS –
*Easy-Care*

- Easy-care no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets

## RICHLY DETAILED INTERIORS –
*For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## FEATURES TO ENHANCE YOUR COMFORT –
*Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener
- Fully monitored automatic fire sprinkler system

## OPTIONAL CUSTOMIZING FEATURES –
*To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche with fireplace in living room per plans
- Private owner's baths per plans
- Dual owner's suites
- Super owner's suite
- Third bedroom

## TOWN & COUNTRY HOMES –
*Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

*Minnesota Builder #9137,*
*©2002 Town & Country Homes.*

TOWN & COUNTRY HOMES

D 00798

EQUAL HOUSING OPPORTUNITY

1/02

# THE STARWOOD

## THE HOMESTEAD COLLECTION AT HARVEST HILLS

## MAIN LEVEL




TOWN & COUNTRY HOMES

D 00799

# UPPER LEVEL







Super Owner's Suite Option




Dual Owner's Suite Option




2 Bath Option







Shower Option

Owner's Suite 2 w/Shower Option




3 Bedroom Option




Owner's Sitting Room Option

**D 00800**

TOWN & COUNTRY HOMES

©2002 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

1/02

Homestead Collection

TOWN & COUNTRY HOMES

# The Bayview & The Starwood



D 00801

# The Bayview




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL
3 BDRM W/LOFT OPTION




UPPER LEVEL
DUAL-OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER OPTION

D 00802

CENTENNIAL CROSSING



# The following Homestead Collection models include these quality features to enhance your lifestyle:

- *Starwood*
- *Bayview*

## Exterior Detailing –
### *Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative brick masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Insulated, six-panel steel sectional garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, six-panel steel entry doors
- Fully sodded yards with site landscaping as shown on site plan
- Patios per plan

## Energy-Saving Appointments –
### *Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency automatic gas forced-air furnace
- Glass-lined automatic 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## Tastefully Appointed Kitchens –
### *Designed For Your Convenience*

- Recessed panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care Armstrong no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## Elegant Baths –
### *Easy-Care*

- Easy-care Armstrong no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets

## Richly Detailed Interiors –
### *For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## Features To Enhance Your Comfort –
### *Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener

## Optional Customizing Features –
### *To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche in living room per plans
- Private owner's baths per plans
- Dual owner's suites
- Super owner's suite
- Third bedroom

## Town & Country Homes –
### *Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

TOWN & COUNTRY HOMES Minnesota Builder #9137

In [illegible] effort to continuously improve our products, Town & Country Homes reserves the right to change feature specifications and suppliers [illegible].

D 00803

5/00

# The Starwood




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL SUPER
OWNER'S SUITE OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER OPTION

D 00804

# The Bayview

2 Bedrooms, Loft, 1-1/2 Baths – End Home – Approximately 1,482 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace/Media Wall in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Laundry Room with Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

# The Starwood

2 Bedrooms, Loft, 1-1/2 Baths –Center Home–Approximately 1,381 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Hall Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | Laundry Room | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

TOWN & COUNTRY HOMES

D 00805

www.[illegible]andcountryhom[illegible]mn.com

Illustration purposes on[illegible] [illegible]s are approximate and subject to ch[illegible] Please see your Town & Country Sales Representative [illegible] details. ©2000 Town & Country Ho[illegible] Minnesota Builder #9137.

10/00

**Homestead Collection**

TOWN & COUNTRY HOMES

# The Bayview & The Starwood



D 00806

# The Bayview




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL
3 BDRM W/LOFT OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER OPTION

D 00807

# The Starwood




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL SUPER
OWNER'S SUITE OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER
OPTION

D 00808

# The Bayview

2 Bedrooms, Loft, 1-1/2 Baths – End Home – Approximately 1,482 square feet

## FEATURES

### Main Level
Living Room with 2 Story Ceiling
Formal Dining Room
Kitchen with Breakfast Area
Powder Room
Utility Room
2 Car Attached Garage
Patio

### Upper Level
Loft
Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath
Second Bedroom
Laundry Room with Linen Closet

### Optional
Fireplace/Media Wall in Living Room
Breakfast Bar
Owner's Suite Volume Ceiling
Private Owner's Suite Bath with Separate Shower
Full Second Bath
Dual Owner's Suites with Full Private Baths
Third Bedroom
Super Owner's Suite
Owner's Suite with Sitting Area
Open Stair Railing in Lieu of Half Wall

# The Starwood

2 Bedrooms, Loft, 1-1/2 Baths – Center Home – Approximately 1,381 square feet

## FEATURES

### Main Level
Living Room with 2 Story Ceiling
Formal Dining Room
Kitchen with Breakfast Area
Powder Room
Utility Room
2 Car Attached Garage
Patio

### Upper Level
Loft
Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath
Second Bedroom
Hall Linen Closet
Laundry Room

### Optional
Fireplace in Living Room
Breakfast Bar
Owner's Suite Volume Ceiling
Private Owner's Suite Bath with Separate Shower
Full Second Bath
Dual Owner's Suites with Full Private Baths
Third Bedroom
Super Owner's Suite
Owner's Suite with Sitting Area
Open Stair Railing in Lieu of Half Wall

TOWN & COUNTRY HOMES

www.townandcountryhomesmn.com

D 00809

Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details. ©2000 Town & Country Homes. Minnesota Builder #9137.

10/00