Court File No. 01-1980 / ROTTLUND / Pinnacle
Davenport Affidavit dated August 26, 2004

Exhibit R130

Washington Square




P1N000466

The site plan is an artist's rendering of preliminary community landscape and amenities.

Please ask your sales consultant for information regarding final landscape and park layouts.

# *The Washington Square Community*




### *Schools and Community Centers*

Oswego Community Unit School District #308
Eola Community Center
North Central College

### *Metra*

Aurora Train Station
Naperville Station
Rt. 59 Station

### *Shopping*

Downtown Aurora
Downtown Naperville
Eola Rd. Shopping Corridor
Fox Valley Center
Ogden Mall Shopping Center
Oswego Plaza
Rt. 59 Shopping Corridor

### *Health Care*

Copley Memorial Hospital
Edward Hospital

### *Recreation*

All Seasons Ice Rink
Carillon Golf Course
Cedar Glen Park
Country Lakes Golf Course
Cress Creek Country Club
Dragon Lake Forest Preserve
DuPage River Park
Fox Bend Golf Club
Illinois Prairie Path
Knoch Knolls Park
Lincoln Memorial Park
McDowell Grove
Naperbrook Golf Course
Naperville Country Club
Naperville River Walk
Naperville Settlement
Oakhurst Forest Preserve
Phillips Park & Golf Course
Springbrook Golf Course
Stonebridge Country Club
Tamarack Golf Course
White Eagle Golf Course

Washington Square

2251 Georgetown Circle

Aurora, IL 60504

630-236-9595

630-236-9494 fax

Kimberly Zahand
Sales Associate

PIN00468

*The Community of*
*Washington Square*

# Amenities

## *Schools and Community Centers*
Oswego Community Unit School District #308
Eola Community Center
North Central College

## *Shopping*
Downtown Aurora
Downtown Naperville
Fox Valley Center
Ogden Mall Shopping Center
Oswego Plaza

## *Health Care*
Copley Memorial Hospital
Edward Hospital

## *Recreation*
Cedar Glen Park
Country Lakes Golf Course
Cress Creek Country Club
Dragon Lake Forest Preserve
DuPage River Park
Fox Bend Golf Club
Illinois Prairie Path
Knoch Knolls Park
Lincoln Memorial Park
Phillips Park & Golf Course
Springbrook Golf Course
Tamarack Golf Course
White Eagle Golf Course

*"What makes us different makes us better"*




On Barrington Drive East,
just south of Hafenrichter Rd.,
east of Eola Rd.

Open Daily 11 A.M.-6 P.M.
or by appointment
www.townandcountryhomes.com

A TOWN & COUNTRY HOMES COMMUNITY

*The Community of*
*Washington Square*

# Investment Sheet

PIN00469

# Washington Square Row Houses

## THE POTOMAC
1192 SF

A two-story interior or exterior home with two bedrooms plus loft, 1-1/2 baths and attached two-car garage.

### 1st Floor Features
- Covered entry porch
- Entry foyer with volume ceiling
- Living room with volume ceiling
- Dining room with volume ceiling
- Kitchen with 9-foot ceiling, sink "day-lighted" to dining room, and five-shelf pantry
- Powder room
- Hall closet

### 2nd Floor Features
- Loft living area
- Master bedroom suite with walk-in closet and wardrobe closet and private entry to bathroom
- Additional bedroom with wardrobe closet
- Full bath with linen closet
- Convenient utility/laundry room

**$130,490**

## THE FARRAGUT
1533 SF

A two-story interior or exterior home with three bedrooms plus loft, 2-1/2 baths and attached two-car garage.

### 1st Floor Features
- Covered entry porch
- Entry foyer with 9-foot ceiling
- Living room with 9-foot ceiling
- Dining room with 9-foot ceiling
- Kitchen with 9-foot ceiling, sink "day-lighted" to dining room, and five-shelf pantry
- Powder room
- Hall closet

### 2nd Floor Features
- Loft living area
- Master bedroom suite with walk-in closet and private master bathroom
- Two additional bedrooms with wardrobe closets
- Additional full bath
- Hall linen closet
- Convenient utility/laundry room

**$142,490**

## THE GEORGETOWN
1533 SF

A two-story interior or exterior home with dual master bedroom suites plus powder room and attached two-car garage.

### 1st Floor Features
- Covered entry porch
- Entry foyer with 9-foot ceiling
- Living room with 9-foot ceiling
- Dining room with 9-foot ceiling
- Kitchen with 9-foot ceiling, sink "day-lighted" to dining room, and five-shelf pantry
- Powder room
- Hall closet

### 2nd Floor Features
- Dual master bedroom suites each with a gracious sitting area, oversized walk-in closet and private master bathroom with linen closet
- Convenient utility/laundry room

**$142,490**

# Washington Square Manor Homes

## THE ARLINGTON
1381 SF

A two-story interior or exterior home with two bedrooms plus loft, 1-1/2 baths and attached two-car garage.

### 1st Floor Features
- Covered entry porch
- Entry foyer with coat closet
- Living room with volume ceiling
- Dining room with 9-foot ceiling
- Kitchen with 9-foot ceiling and five-shelf walk-in pantry
- Powder room
- Utility closet

### 2nd Floor Features
- Loft living area
- Master bedroom suite with walk-in closet and separate entry to bathroom with private water closet
- Additional bedroom with wardrobe closet
- Hall linen closet
- Convenient laundry room

**$138,490**

## THE GARFIELD
1482 SF

A two-story exterior home with two bedrooms plus loft, 1-1/2 baths and attached two-car garage.

### 1st Floor Features
- Covered entry porch
- Entry foyer
- Coat closet
- Living room with volume ceiling
- Dining room with 9-foot ceiling
- Kitchen with sink "day-lighted" to dining room, 9-foot ceiling and five-shelf walk-in pantry
- Powder room
- Utility closet

### 2nd Floor Features
- Loft living area
- Master bedroom suite with walk-in closet and separate entry to bathroom with private water closet
- Additional bedroom with "full-wall" wardrobe closet
- Convenient laundry room with super linen closet

**$144,990**

PIN00470

Prices subject to change



# Washington Square



# *Washington Square*

## Row Houses

*The Community of Washington Square*

# The Potomac

*1192 SF*

A two-story interior or exterior home with two bedrooms plus loft, 1-1/2 baths and attached two-car garage.




## 1st Floor Features

- Covered entry porch
- Entry foyer with volume ceiling
- Living room with volume ceiling
- Dining room with volume ceiling
- Kitchen with 9-foot ceiling, sink "day-lighted" to dining room, and five-shelf pantry
- Powder room
- Hall closet

## 2nd Floor Features

- Loft living area
- Master bedroom suite with walk-in closet and wardrobe closet and private entry to bathroom
- Additional bedroom with wardrobe closet
- Full bath with linen closet
- Convenient utility/laundry room

## Additional Possibilities

- Living room fireplace
- Dining room bay window (in end-unit condition)
- Breakfast bar
- Private master bathroom and additional second floor full bath

**PIN00473**

*In an effort to continuously improve our product, Town & Country Homes reserves the right to change floorplans and elevation specifications when necessary. All renderings, floorplans and maps are artist's conceptions and are not intended to be an exact depiction of either the homes or landscaping.*

*The Community of Washington Square*

# The Farragut

*1533 SF*

A two-story interior or exterior home with three bedrooms plus loft, 2-1/2 baths and attached two-car garage.




## 1st Floor Features

- Covered entry porch
- Entry foyer with 9-foot ceiling
- Living room with 9-foot ceiling
- Dining room with 9-foot ceiling
- Kitchen with 9-foot ceiling, sink "day-lighted" to dining room, and five-shelf pantry
- Powder room
- Hall closet

## 2nd Floor Features

- Loft living area
- Master bedroom suite with walk-in closet and private master bathroom
- Two additional bedrooms with wardrobe closets
- Additional full bath
- Hall linen closet
- Convenient utility/laundry room

## Additional Possibilities

- Living room fireplace
- Dining room bay window (in end-unit condition)
- Breakfast bar

**PIN00474**

*In an effort to continuously improve our product, Town & Country Homes reserves the right to change floorplans and elevation specifications when necessary. All renderings, floorplans and maps are artist's conceptions and are not intended to be an exact depiction of either the homes or landscaping.*

*The Community of Washington Square*

# The Georgetown

*1533 SF*

A two-story interior or exterior home with dual master bedroom suites plus powder room and attached two-car garage.

First Floor        Second Floor




### 1st Floor Features

- Covered entry porch
- Entry foyer with 9-foot ceiling
- Living room with 9-foot ceiling
- Dining room with 9-foot ceiling
- Kitchen with 9-foot ceiling, sink "day-lighted" to dining room, and five-shelf pantry
- Powder room
- Hall closet

### 2nd Floor Features

- Dual master bedroom suites each with a gracious sitting area, oversized walk-in closet and private master bathroom with linen closet
- Convenient utility/laundry room

### Additional Possibilities

- Living room fireplace
- Dining room bay window (in end-unit condition)
- Breakfast bar
- Ultra bath in lieu of master bath and sitting area with dual vanities, separate shower and tub, super-size walk-in closet and five-shelf linen closet

**PIN00475**

*In an effort to continuously improve our product, Town & Country Homes reserves the right to change floorplans and elevation specifications when necessary. All renderings, floorplans and maps are artist's conceptions and are not intended to be an exact depiction of either the homes or landscaping.*



# Washington Square

Manor Homes

*The Community of Washington Square*

# The Arlington

*1381 SF*

A two-story interior or exterior home with two bedrooms plus loft, 1-1/2 baths and attached two-car garage.

First Floor | Second Floor




## 1st Floor Features

- Covered entry porch
- Entry foyer with coat closet
- Living room with volume ceiling
- Dining room with 9-foot ceiling
- Kitchen with 9-foot ceiling and five-shelf walk-in pantry
- Powder room
- Utility closet

## 2nd Floor Features

- Loft living area
- Master bedroom suite with walk-in closet and separate entry to bathroom with private water closet
- Additional bedroom with wardrobe closet
- Hall linen closet
- Convenient laundry room

## Additional Possibilities

- Three-sided living room fireplace
- Raised breakfast bar
- Super master bedroom and expanded second bedroom in lieu of living room volume ceiling
- Third bedroom in lieu of loft (available only in 4-home building)
- Loft living area in lieu of bedroom 2
- Additional full hall bath, creating private master bathroom with separate shower and tub
- Ultra bathroom with separate shower and soaking tub, double-bowl vanity and private water closet with personal master bedroom access
- Master bedroom volume ceiling

**PIN00477**

*In an effort to continuously improve our product, Town & Country Homes reserves the right to change floorplans and elevation specifications when necessary. All renderings, floorplans and maps are artist's conceptions and are not intended to be an exact depiction of either the homes or landscaping.*

*The Community of Washington Square*

# The Garfield

*1482 SF*

A two-story exterior home with two bedrooms plus loft, 1-1/2 baths and attached two-car garage.

First Floor




Second Floor




## 1st Floor Features

- Covered entry porch
- Entry foyer
- Coat closet
- Living room with volume ceiling
- Dining room with 9-foot ceiling
- Kitchen with sink "day-lighted" to dining room, 9-foot ceiling and five-shelf walk-in pantry
- Powder room
- Utility closet

## 2nd Floor Features

- Loft living area
- Master bedroom suite with walk-in closet and separate entry to bathroom with private water closet
- Additional bedroom with "full-wall" wardrobe closet
- Convenient laundry room with super linen closet

## Additional Possibilities

- Living room fireplace
- Raised breakfast bar
- Super master bedroom in lieu of loft living area
- Third bedroom in lieu of loft
- Loft living area in lieu of bedroom 2
- Additional full hall bath, creating private master bathroom with separate shower and tub
- Ultra bathroom with separate shower and soaking tub, double-bowl vanity and private water closet with personal master bedroom access
- Master bedroom volume ceiling

**PIN00478**

*In an effort to continuously improve our product, Town & Country Homes reserves the right to change floorplans and elevation specifications when necessary. All renderings, floorplans and maps are artist's conceptions and are not intended to be an exact depiction of either the homes or landscaping.*

*The Community of Washington Square*

# Quality Features

## Exterior Detailing Enhances Your Homes

- Every home has a weather-beating covered entry
- Heavy-gauge, maintenance-free vinyl siding, per elevation
- GAF Royal Sovereign™ 25-year fiberglass shingles over 15 pound asphalt felt paper, over 15/32" OSB roof sheathing installed with "H" clips
- Insulated, embossed fiberglass front door, per elevation, with Schlage™ hardware
- High-performing, pre-finished LP Smart Trim™ exterior trim
- Maintenance-free aluminum fascia, gutters and downspouts and vinyl soffit and shutters, per plan
- Insulated steel 6-panel house-to-garage door

## Energy Saving Appointments

- Optimum Value Engineered framing system, including 2x6 exterior wall construction, 2-stud corners and insulated 1/2" Celotex Sturdi-R™ wall sheathing … providing improved structural integrity and greater insulation-carrying capability
- Energy-saving R-22 rated wall system
- R-19 insulation batts with vapor barrier in all exterior walls in living areas
- R-30 insulation batts with vapor barrier in all ceilings adjoining attic spaces
- Tyvek™ house wrap with fully-taped seams to maintain drainage plane integrity
- Vinyl windows and patio doors, per plan, with insulated glass to boost energy performance
- Peak engineered HVAC system with sealed ductwork and pre-air lines
- Electronically controlled fresh air intake system to enhance indoor air quality and Honeywell™ programmable thermostat

## Features that Heighten Your Safety and Lifestyle

- 100 amp electrical service with high-voltage wiring encased in rigid conduit
- GFI protected outlets in baths, kitchen and garage, per plan
- Exterior GFI protected outlets and weatherproof outlets, per plan
- Interconnected smoke detectors on each floor and in each bedroom (with battery backup)
- Home run telephone jacks with "future-proofing" Category 5 enhanced wiring
- Home run TV jacks with RG6 "future-proofing" quad-shielded enhanced wiring
- Safe and sound wall separation system to minimize sound transmission and enhance fire safety

## Richly Detailed Interiors

- 9' first-floor ceilings and volume ceilings, per plan
- Prefinished light oak Legacy doors and trim
- Schlage Georgian™ polished brass doorknobs and hardware
- All drywall is screw fastened to curtail nail pops
- Flat ceiling and wall corners are fastened with drywall clips to minimize settlement cracks
- Drywalled and firetaped garage walls and ceiling
- Duron Pro-Kote Supreme™ flat latex paint sprayed and backrolled
- Wall-to-wall carpeting per plan
- 23/32" tongue-and-groove Louisiana Pacific Top-Notch™ OSB floor sheathing
- Decorator coordinated light fixtures, per plan
- White (not "builder yellow") electrical devices and plates
- Ventilated, dust-free wire shelving

## Tastefully Appointed Kitchens

- Quality Merillat™ cabinetry
- Laminated self-edge countertop
- Easy care Armstrong™ no-wax vinyl flooring
- Whirlpool™ standard-clean gas oven/range with range hood
- Whirlpool™ multi-cycle dishwasher
- Moen Excalibur™ double-bowl stainless steel sink with Moen single-handle faucet
- Insinkerator™ sink disposer

## Elegant Baths

- Pedestal lavatories in powder rooms
- 4" or 6" ceramic tile surrounds on tub/shower walls
- Easy care Armstrong™ no-wax vinyl flooring in all water closets and powder rooms
- Moen™ lavatory faucets and Posi-Temp anti-scald tub faucets
- Laminated self-edge vanity tops in baths
- Oversize beveled glass mirrors and medicine cabinets, per plan
- High quality copper water supply pipe

## Optional Features to Personalize Your Home

- Room additions and spatial options, per plan
- Direct vent fireplace, per plan
- Ultra bath with oversized soaking tub, separate shower, dual vanities, 50-gallon water heater and private water closet, per plan
- Upgraded Merillat™ cabinetry
- Multiple millwork options, including painted Colonist and painted Classique
- Oak or deluxe oak stair railings, per plan
- Upgraded appliances, lighting and plumbing fixtures

**PIN00479**

*In an effort to continuously improve our product, Town & Country Homes reserves the right to change feature specifications and suppliers when necessary. The list of options above is not all-inclusive. Please ask your sales consultant for information on additional selections you can make to personalize your new home.*




On Barrington Drive East,
just south of Hafenrichter Rd.
and east of Eola Rd.

*What makes us different, makes us better.*

TOWN & COUNTRY HOMES

PIN00480

Town & Country Homes is committed to making dwelling units that meet the accessibility features for persons with disabilities required by the federal Fair Housing Act. We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status and national origin.

INTRODUCING THE WONDER HOME




From a smarter ventilation system to more intelligent wiring, the Wonder Home maximizes the health, safety, and comfort of everyone inside. Its unique features also go a long way toward enhancing your investment. So now the only thing you have to worry about is what your other half brings home.

# TOWN & COUNTRY HOMES

HOMES FILLED WITH WONDER

## GOLF COURSE GRAND OPENING!



**In Cary from the $280's.**
• Luxury golf course living • 1,543-3,761 SF single-family homes • 3 to 5 bedrooms, 2 to 2-1/2 baths • 1/4-acre homesites
Rt. 14 to Three Oaks Rd., turn east, then 2 miles to S. Rawson Bridge Rd., then north to Crystal Lake Rd., west to models. (847) 639-5591



This brand new Nugent designed golf course is a par-72, 18-hole course and is sure to offer each golfer a challenging game.
• Unique holes and unsurpassed scenery
• Complete golf shop
• Outing packages available
Please call (847) 639-0400 for more information.

FOXFORD HILLS

## TOWNHOMES



**In Naperville from the $147's.**
• 2 bedrooms, 1-1/2 to 2-1/2 baths • 1,199-1,431 SF • One and two-story townhomes
On N. Aurora Rd., just west of Rt. 59, (630) 428-3193

THE ENCLAVE AT COUNTRY LAKES



**In St. Charles from the $160's.**
• 2 to 3 bedrooms, 1-1/2 to 2-1/2 baths • 1,461-1,843 SF • 2-car garages included
Rt. 64 to Campton Hills Rd., just west of Randall Rd. (630) 587-5744

HARVEST HILLS



**In Aurora from the $130's.**
• 2 to 3 bedrooms - many with lofts • 1,192 to 1,533 SF • 1-1/2 to 2-1/2 baths and 2-car garages
On Hafenrichter Rd., just east of Eola Rd., west of Rt. 59, (630) 236-0695

WASHINGTON SQUARE

## MODEL GRAND OPENING!



**In Oswego from the $180's.**
• 3 to 4 bedrooms, 2-1/2 baths • 1,871-2,680 SF single-family homes • Attached 2-car garages, some oversized
Just west of Douglas Rd. between Rt. 30 and Rt. 34. (630) 906-0580

WATERSIDE AT FARMINGTON LAKES

## SINGLE-FAMILY HOMES



**In Huntley from the $175's.**
• Two-story single-family homes • 2 to 5 bedrooms, 1-1/2 to 3 baths • 2-or 3-car garages • 1,243-2,503 SF
On Huntley Rd., 4 miles west of Randall Rd. (847) 669-7004

HERITAGE



**In Aurora from the $164's.**
• Ranch or two-story homes • 10 unique floorplans • 2 to 4 bedrooms, 1 to 2-1/2 baths • 1,243-2,890 SF
On Hafenrichter Rd., just east of Eola Rd., west of Rt. 59. (630) 978-0548

HOMESTEAD



**In Bolingbrook from the $190's.**
• 3 to 4 bedroom homes, 2-1/2 baths • Attached, oversized 2- or 3-car garages • 1,943-3,242 SF
West of Weber Road on Rodeo Dr. (119th Street), just north of I-55. (630) 679-1088

SOUTHGATE PARK



**In St. Charles from the $229's.**
• 2 to 5 bedrooms, 2 to 3 baths • 1,555-3,229 SF • 2 or 3-car garages
Rt. 38 west, to Peck Rd. north just west of Randall Rd. (630) 584-3070

TRADITIONS AT HARVEST HILLS

www.townandcountryhomes.com

Communities open 11 am - 6 pm

Features available per community based on home type and local building codes.

Prices subject to change






The real story about buyer satisfaction is told not by quick questionnaires or multiple-choice surveys, but by homes sold and resold, and by neighborhoods that generations of families call home. With 40 years of homebuilding success, over 180 thriving communities, and more than 30,000 homes built, Cambridge Homes has earned a reputation for excellence. And they've earned it the old-fashioned way....one satisfied buyer at a time.

# 30,000 Satisfied Buyers Know...

# Cambridge Quality Means Lasting Value

Even thirty years later, the Cambridge name has a special meaning for Chicago-area buyers of existing homes. That's why real estate ads often specify a "Cambridge-built" home — because for generations of Chicagoans, the Cambridge name is synonymous with quality that lasts.

**Visit our web site at www.MyCambridgeHome.com, then come tour our beautiful decorator models. See for yourself what thousands of satisfied buyers already know!**

## Townhomes from the $130's

**HUNTLEY *Southwind***



Townhomes from the upper $150's*
I-90 to Rte. 47, exit north 4 miles to Reed Rd., right 1½ miles to entrance.
(847) 669-7083
* Prices are inclusive of $5,500 Special Service Area credit.

**AURORA *Cambridge Countryside***



Legacy Townhomes from the upper $150's
Carriage Homes from the upper $180's
On Butterfield Rd. (Rte. 56) and DuPage Parkway, approx. 8½ miles west of Rte. 59.
Legacy Townhomes (630) 692-1111
Carriage Homes (630) 898-8838

**BARTLETT *Timberline***




Luxury Townhomes from the $217's
I-90 to Rte. 59, south to Lake St. (Rte. 20), west to Naperville Rd., south 1/4 mile to Timberline Dr., models and sales office on left.
(847) 364-4597

**BATAVIA *Windemere***




Ranch Townhomes from the $230's
I-88 to Orchard Rd., exit right to Randall Rd., left (north) to Fabyan Parkway, left (west) 1¼ miles to sales office on the left.
(847) 364-4590

## Single Family Homes from under $250,000

**HUNTLEY *Southwind***



Single Family Homes from the $230's*
I-90 to Rte. 47, exit north 4 miles to Reed Rd., right 1½ miles to entrance.
(847) 669-3838
* Prices are inclusive of $18,300 Special Service Area credit.

**PLAINFIELD *Liberty Grove***




The Prairie Series from the $290's
The Americana Series from the mid $230's
I-55 south to Rte. 126, west 3/4 mile to Rte. 59, south 1/4 mile to Lockport Rd./Rte. 126, west 1½ miles to community entrance on north side.
(847) 364-4590

**Communities open daily 10-6, except Fri. 12-6.**

For information about all Cambridge communities, phone: (847) 362-9100.

## Executive Homes from the $300's

**GENEVA *Prairie View Estates at Fisher Farms***




Single Family Homes from the low $300's
Please call sales office for more information:
(847) 364-4590

**BARTLETT *Fairway Oaks***




Luxury Single Family Homes from the $410's
On Lake St., approx. 1 mile east of Rte. 59
(630) 540-1901

**BATAVIA *Windemere***




Single Family Homes from the $330's
I-88 to Orchard Rd., exit right to Randall Rd., left (north) to Fabyan Parkway, left (west) 1¼ miles to sales office on the left.
(847) 364-4590

## Active-Adult-Lifestyle Communities For Those At Least 55 Years Young

**CAROL STREAM *Forest Glen***




Custom-Style Townhomes from the low $200's
I-355 to North Ave., west to Bloomingdale Rd., south to Geneva Rd., and west to entrance.
(630) 221-0969

**CREST HILL *Carillon Lakes***



Ranch-Style Townhomes from the $150's
Single Family Homes from the low $190's
I-55 to Weber Rd., south on Weber Rd. approx. 4 miles to Renwick, right 1/4 mile to Carillon Lakes Model Center, entrance on the left. [illegible]

* Visit any Cambridge community or the World of Cambridge Design Centers before July 31, 2002 to enter a drawing for a free Corian® sink and countertop. Some restrictions apply; no purchase necessary. For information, call (847) 362-9100. Drawing to be held July 31, 2002.

Broker Cooperation Invited

CAMBRIDGE HOMES

Richard J. Brown

a D.R. Horton® Company
NYSE/DHI Listed

Visit our web site at www.MyCambridgeHome.com

PIN00482

# FILED UNDER SEAL

Exhibit R131 - 137

Exhibit R138

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

---

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois corporation, and
Town & Country Homes, Inc.,
a Minnesota corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

---

Videotaped Deposition of
CHRIS A. JORGENSEN
Wednesday, September 3, 2003
8:04 a.m.

Q. Did BSB independently create this layout?
A. Yes, we did.
Q. Did BSB copy any other builder's plan when creating this fireplace elevation layout?
A. No. No.
Q. And I believe you've already testified to this, but would it surprise you if other builders also developed housing that included a fireplace with bookshelves on the side or -- and/or a media center?
A. No. It really wouldn't give me a second thought. I mean, it -- you know, we see it in -- in built product all over the country.
Q. There was some testimony earlier, too -- there was -- was a question, I believe, about whether or not this was cut and pasted from another plan. My question is, does BSB ever cut and paste from one set of plans to another set of plans?
A. Not from one design to another. Obviously, the Homestead Collection, the jurisdictional transfer, those files were saved down to create the next version. So in that sense, if you want to call that cut and pasting.
We may borrow certain elements from one -- one of our own designs to another from time to time.

Exhibit R139

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes,
a Minnesota corporation,
Plaintiff,

vs. Case No. 01-CV-1980 (DSD/SRN)

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, and
Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation, and
The Bloodgood Group, Inc., an
Iowa corporation
Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,
Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF BERNARD J. ROTTER
August 29, 2003

(The following is the deposition of BERNARD J. ROTTER, taken pursuant to Notice of Taking Deposition, at the offices of Fredrikson & Byron, 4000 Pillsbury Center, 200 South Sixth Street, in the city of Minneapolis, state of Minnesota, commencing at approximately 9:13 o'clock a.m., August 29, 2003.)

don't do apartments. We don't know what to do with it. He came back several times and said, I really want you to do it.

And so I sat down, as I've done many times with the history of this company, I've been drawing floor plans since I was 16 or 17 as a hobby, and sketching. And -- You know, I'm not really trained to do that but I have a good sense. In fact I just ran into a friend of mine I haven't seen for several years a couple weeks ago, and we'd grown up together. He said, do you remember when we were 16 and 17 years old you designed this house for both our families and wives to live in some day, we were going to be friends forever and we had a common living area in the middle and bedrooms down each side? And, you know, we laughed about that. So I've been doing it for that long. So I've always loved -- That's really the interest I have in this business is the design side of it.

Q. The -- Before I let you continue your answer, let me just try to understand where you're at. Your discussions with Mr. Helmer from United Mortgage about his property in Blaine was what timeframe?

A. This was 1985, 1986.

Then I sat down and started putting pen to

paper. I knew that we had a situation there of I knew what the price was for the land and I knew it was zoned, and I believe the zoning was 12 per acre. But in any case I knew I had to get 12 units per acre and I really didn't know how to do that. I knew we didn't want to do apartments, I knew we wanted to have garages, and I knew we wanted to have an affordable product.

And I sat down and, as with all the planning I do I start with a square because a square is the most economical product you can build. So I drew a square that was 24 feet by 24 feet, started with that, stacked it up and then I started to put it into a configuration that would make sense to get 12 units per acre. And what I simply did is take an acre of land and lay this building out in these squares, multiply 24 times six, doubled it for the width, set it on the acre lot, it fit, and just progressed to bring the design up to a point where I thought it made some sense.

We had a draftsman in-house working for us at the time, his name was Don Kangas, and brought it to Don and Don put it on his board and we brought everything up to quarter-inch scale and drew the entire 12-unit building. I designed it, though, with

flexibility. I always called it like an accordion, because we could bring it from six to eight to twelve to sixteen units, just depending on what type of land configuration we had, so it would always be very flexible in that regard.

Don then drew this quarter-inch-scale plan, we looked at it, I took what -- we'd have a -- a cost estimate sheet which would break down every activity and all our materials and supplies, and I had a good feel for what was going on in purchasing, and I ran numbers on what these units would cost to build and double-checked a few of the numbers with some of our suppliers and felt that this is a very affordable product, would really fit a market niche, and it may be worth our -- our -- a risk of trying to help Ron out with this property and see if this product really worked. It's one of those --

Q. Where in the --

A. It's one of those things in time where, I wouldn't call it genius, but where everything, the stars align and everything comes together, because prior to really finding the Villa product and getting into the market and see the success of how that took out -- took off, we were a good builder in the Twin Cities but we were just another builder.

The Villa product just changed the whole complexion of our company. Anyone you talk to in the Twin City area says the Villa was -- was the magic for your company, it allowed you to do everything else you did, and it -- it really had been. So I took --

Q. Where --

A. -- I took that product --

Q. Can I ask you, sir, where in Blaine was this property?

A. It was off of East River Road, the product -- the project was called Summerwood. This is the first Villa --

Q. Is that Brooklyn Park?

A. Yes. Excuse me, you're right, Brooklyn Park. I'm sorry.

Q. Okay. So it wasn't Blaine, it was Brooklyn Park.

A. It wasn't Blaine, it was Brooklyn Park.

So anyway, we have this sketch and it's all completed, met with David, and Roy was our partner at the time, and said this is kind of what I've come up with, I think there's some risk in it, it hasn't been done before, never seen anything like it but I think it meets the criteria of being able to offer

built?
A. I don't know if the -- the original plan -- to me they -- they all had various changes as they moved through time. I mean there was always a constant sort of upgrade to product based on whatever, maybe some feedback from the public, maybe not, maybe some city requirement to change something a little bit this way or a little bit that way. So I don't know if I can really say it's the Original Villa, it's sort of a Villa is a Villa for us.
(Interruption by the reporter.)
A. But your question is how many of -- Villa developments that we've built in the Twin Cities, or what is your question?
Q. Let's start with that. Do you know how many there are?
A. No.
(Laughter.)
A. I'm sorry.
Q. And I thought you were going to give me an answer.
A. Yeah, I know. I don't have an answer for that.
Q. So then you wouldn't know how many, for example, contain Villas, versus Villa II's, versus New Villas?
A. I really don't. Lots, I could say that. There

is -- We've built -- Like I said before, that's our trademark, our hallmark, and it's the profit that has allowed us to do everything since, including all the successful products we've been able to do is the dollars that that Villa made for our company put us on the map and allowed us to go public, allowed us to do lots of things.

Q. Do you know what the changes were from the so-called Original Villa to the New Villa?

A. I really don't. I'd have to defer that.

Q. Do you know what the changes were from the New Villa to the Villa II?

A. Not specifically, no.

Q. Do you know whose idea it was to take the, what was sloped volumes in the New Villa and change it to a full, two-story volume in the Villa II?

A. No.

Q. Don't think it was your idea?

A. It wasn't my idea.

Q. That was something that was just presented to you by Mr. Whitten?

A. Right.

Q. Do you know where he got the idea?

A. I assume it came out of his head. That's where everything else comes from.

Q. How about taking photographs, is that common practice too?
A. It is not -- has never been for us. When we go out and shop the competition, we -- we look for different things. We first of all look to see how successful they are in what they're doing, but we never go out to -- to copy or plagiarize anything that they're doing. We try to look at what they're doing and say not how can we improve on what they've done, but how can we create something totally new that exceeds what they're offering the public, something that sets us apart from everyone else. And that's always been our goal.
A lot of the value, we think, of our -- intrinsic value of our company long term if we ever were to sell, we think that the value that is placed on a lot of our copyrights and a lot of our plans which have, we think, life and a whole nother life in a lot of other cities besides the Twin Cities eventually will bring us substantial dollars in the sale of our company. We place a lot of value on that.
Q. When you are reviewing or critiquing the plans that come to you from your -- from Rottlund's design department, what are you looking for? I mean, what

Court File No. 01-1980 / ROTTLUND / Pinnacle
Davenport Affidavit dated August 26, 2004

# FILED UNDER SEAL

Exhibit R140