UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al

Defendants,

Case No.: 01-CV-1980 (DSD/SRN)

**NOTIFICATION OF CONVENTIONAL FILING OF AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF ON NON-COPYRIGHT CLAIMS AND AFFIRMATIVE DEFENSES**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

1. Attached hereto as **Exhibit R18** is a true and correct copy of Rottlund's Villa II technical drawings for The Reserve in Plymouth, Minnesota, Bates No. RCI004150-66 **(FILED UNDER SEAL)**;

2. Attached hereto as **Exhibit R31** is a true and correct copy of an agreement between BSB and Design Development, Inc., Bates No. BSB 10173.1 and dated May 9, 1994 (Depo. Ex. 333) **(FILED UNDER SEAL)**;

3. Attached hereto as **Exhibit R32** is a true and correct copy of the "cut and paste" document, depicting floor plans of an 8 unit back-to-back product, Bates No. BSB06380 (Depo. Ex. 330) **(FILED UNDER SEAL)**;

4. Attached hereto as **Exhibit R33** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates No. DDI000002-54 (Depo. Ex. 374) **(FILED UNDER SEAL)**;

5. Attached hereto as **Exhibit R34** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates No. DDI000283-317 (Depo. Ex. 376) **(FILED UNDER SEAL)**;

SCANNED
AUG 27 2004
U.S. DISTRICT COURT MPLS

6. Attached hereto as **Exhibit R35** is a true and correct copy of BSB's Midland Homes, Inc. 8-plex red-lined plans, Bates No. BSB03482-86 and dated June 15, 1994 (Depo. Ex. 335) **(FILED UNDER SEAL)**;

7. Attached hereto as **Exhibit R43** is a true and correct copy of the expert report of Arthur Cobb, Cobb & Associates, dated August 15, 2003 **(FILED UNDER SEAL)**;

8. Attached hereto as **Exhibit R45** is a true and correct copy of excerpts from Steve Sandelin's January, 1998 calendar, Bates numbers ranging from PINN04548-4622 (Depo. Ex. 266) **(FILED UNDER SEAL)**;

9. Attached hereto as **Exhibit R47** is a true and correct copy of excerpts from the calendar of Larry Moore, dated April 3, 1998, Bates No. BSB04498.1 and BSB04490.1 **(FILED UNDER SEAL)**;

10. Attached hereto as **Exhibit R48** are true and correct copies of photographs, Bates numbers ranging from PINN02600 to PINN02735 (Depo. Ex. 267) **(FILED UNDER SEAL)**;

11. Attached hereto as **Exhibit R52** is a true and correct copy of a New Project worksheet from Town & Country Homes' Minnesota Division concerning the "Villa Product" and attaching an agreement between BSB and Town & Country Homes' Minnesota Division for architectural services for the "Villa Product," Bates No. D00233-242 (Depo. Ex. 26) **(FILED UNDER SEAL)**;

12. Attached hereto as **Exhibit R54** is a true and correct copy of correspondence from Art Plante to Dean Karau, Bates No. BSB01930 and dated July 16, 2001 (Depo. Ex. 41) **(FILED UNDER SEAL)**;

13. Attached hereto as **Exhibit R55** is a true and correct copy of a transmittal from Larry Moore to Steve Sandelin purporting to attach the competition product survey for Minneapolis area, Bates No. BSB01944 (Depo. Ex. 114) **(FILED UNDER SEAL)**;

14. Attached hereto as **Exhibit R57** is a true and correct copy of a May 18, 1998 facsimile from Chris Jorgensen to Larry Moore with attachments and Bates No. BSB01662-66 (Depo. Ex. 102) **(FILED UNDER SEAL)**;

15. Attached hereto as **Exhibit R59** is a true and correct copy of a revised agreement for services between BSB and Town & Country Homes' Minnesota Division, Bates No. BSB00642-651 and dated July 1, 1998 (Depo. Ex. 30) **(FILED UNDER SEAL)**;

16. Attached hereto as **Exhibit R60** is a true and correct copy of BSB's plans and client redlines for The Villas, Bates No. BSB 02034-36 (Depo. Ex. 6) **(FILED UNDER SEAL)**;

17. Attached hereto as **Exhibit R61** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante regarding "The Villas," Bates No. BSB00634-635 and dated June 7, 1999 (Depo. Ex. 78) **(FILED UNDER SEAL)**;

18. Attached hereto as **Exhibit R65** is a true and correct copy of an undated memorandum from Dan Geegan to Chris Jorgensen, Bates No. BSB04661 (Depo. Ex. 242) **(FILED UNDER SEAL)**;

19. Attached hereto as **Exhibit R69** is a true and correct copy of a memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, and Mike Creed regarding Aurora Back-to-Back towns, Bates No. PINN01469-73 and dated January 5, 2000 (Depo. Ex. 269) **(FILED UNDER SEAL)**;

20. Attached hereto as **Exhibit R70** is a true and correct copy of Town & Country Homes' Minnesota Division's plans for its Homestead Collection at Centennial Crossing, Maple Grove, Minnesota, Bates No. BSB02314-2337 and dated October 19, 2000 (Depo. Ex. 5A) **(FILED UNDER SEAL)**;

21. Attached hereto as **Exhibit R71** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante, Bates No. BSB00942-953; 940-941 and dated November 29, 2000 (Depo. Ex. 47) **(FILED UNDER SEAL)**;

22. Attached hereto as **Exhibit R72** is a true and correct copy of a facsimile transmittal with attachments from Steve Sandelin to Larry Moore, Bates No. BSB01931-35 and dated July 9, 2001 (Depo. Ex. 11) **(FILED UNDER SEAL)**;

23. Attached hereto as **Exhibit R73** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates No. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89) **(FILED UNDER SEAL)**;

24. Attached hereto as **Exhibit R75** is a true and correct copy of a telephone call report from Beth Miller to Dan Geegan with copies to Chris Jorgensen regarding Town & Country Homes' Minnesota Division's Harvest Hills Homestead Collection, Bates No. BSB01226-27 and dated November 2, 2001 (Depo. Ex. 245) **(FILED UNDER SEAL)**;

25. Attached hereto as **Exhibit R76** is a true and correct copy of a facsimile from Todd at Metro Fire Protection, Inc. to Lori Meier with attachments, Bates BSB001021-24 and dated April 25, 2002 (Depo. Ex. 43) **(FILED UNDER SEAL)**;

26. Attached hereto as **Exhibit R77** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, Bates No. BSB00974-78 and dated July 3, 2002 (Depo. Ex. 90) **(FILED UNDER SEAL)**;

27. Attached hereto as **Exhibit R79** is a true and correct copy of Town & Country Homes' Minnesota Division's Homestead Collection plans at Harvest Hills, Bates No. BSB02880-2901 (Depo. Ex. 128A) **(FILED UNDER SEAL)**;

28. Attached hereto as **Exhibit R80** is a true and correct copy of Town & Country Homes' Minnesota Division's Homestead Collection plans at Harvest Hills, Bates No. BSB02902-54 (Depo. Ex. 128B) **(FILED UNDER SEAL)**;

29. Attached hereto as **Exhibit R99** is a true and correct copy of a facsimile from Tim Johnson to Beth Miller attaching sprinkler room designs, Bates No. D36241-45 and dated July 3, 2002 (Depo. Ex. 379) **(FILED UNDER SEAL)**;

30. Attached hereto as **Exhibit R103** is a true and correct copy of the Preliminary Expert Report of Anthony Desnick, AIA, dated May 30, 2003 (Depo. Ex. 417) **(APPENDIX B FILED UNDER SEAL)**;

31. Attached hereto as **Exhibit R124** is a true and correct copy of miscellaneous business cars, letters, faxes, etc., indicating Town & Country's Minnesota Division (Depo. Exs. 17, 89, 42, 129, 59, 90) **(FILED UNDER SEAL)**;

32. Attached hereto as **Exhibit R125** is a true and correct copy of the publication, *Builder/Architect*, Minnesota Edition, dated February 1998, Bates No. PINN03196 – 3219 **(FILED UNDER SEAL)**;

33. Attached hereto as **Exhibit R128** are a true and correct copies of Town & Country Homes' Minnesota Division's marketing and promotional materials for its Chateau Collection, Bates No. D35622-35647 **(FILED UNDER SEAL)**;

34. Attached hereto as **Exhibit R131** is a true and correct copy of Town & Country Homes' Minnesota Division's Proposed Preliminary Plat for Harvest Hills submitted to the City of Plymouth and dated March, 2001, Bates No. D16668 - 16715 **(FILED UNDER SEAL)**;

35. Attached hereto as **Exhibit R132** is a true and correct copy of Town & Country Homes' Minnesota Division's Proposed Preliminary Plat for Heritage Square (n/k/a Providence

Pointe) submitted to the City of Shakopee and dated December, 2000, Bates No. D16982 - 16999 **(FILED UNDER SEAL);**

36. Attached hereto as **Exhibit R133** is a true and correct copy of a Jurisdictional Transfer Agreement of Town & Country's Homestead Collection from Centennial Crossing to its Washington Square development, dated February 28, 2000, Bates BSB02474 – 2485 (Depo. Ex. 4) **(FILED UNDER SEAL);**

37. Attached hereto as **Exhibit R134** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante dated November 29, 2000 and attaching an October 24, 2000 agreement between BSB and Town & Country Homes' Minnesota Division for the Paulson Property in Plymouth, Minnesota (Harvest Hills project), Bates No. BSB00942-953, BSB00940-941 1136 (Depo. Ex. 47) **(FILED UNDER SEAL);**

38. Attached hereto as **Exhibit R135** is a true and correct copy of BSB's agreement with Town & Country Homes' Minnesota Division for the Homestead Collection at Cornerstone Lake, dated January 18, 2001, Bates No. BSB00927-936 **(FILED UNDER SEAL);**

39. Attached hereto as **Exhibit R136** is a true and correct copy of BSB's agreement with Town & Country Homes' Minnesota Division for the Homestead Collection at Stone's Throw (n/k/a Springbrook), dated April 30, 2001, Bates No. D00868-877 (Depo. Ex. 40) **(FILED UNDER SEAL);**

40. Attached hereto as **Exhibit R137** is a true and correct copy of a facsimile to Art Plante and Steve Sandelin from Chris Jorgensen dated April 30, 2001, attaching BSB's agreement with Town & Country Homes' Minnesota Division for its Heritage Square project, Bates No. D00837-847 (Depo. Ex. 39) **(FILED UNDER SEAL);**

41. Attached hereto as **Exhibit R140** is a true and correct copy of a facsimile from Larry Moore to Doug Buster, dated June 9, 1994, and floor plans, Bates No. BSB06379 – 6394 (Depo. Ex. 334) **(FILED UNDER SEAL)**;

42. Attached hereto as **Exhibit R142** is a true and correct copy of Town & Country Homes' Vendor List, Bates PINN01370 – 1423 **(FILED UNDER SEAL)**;

43. Attached hereto as **Exhibit R143** is a true and correct copy of an excerpt from Town & Country Homes' Minnesota Division's Estimate Detail report identifying names of vendors for its Centennial Crossing Homestead Collection project for building 201, units 100-108, Bates No. D10007-10100 **(FILED UNDER SEAL)**;

44. Attached hereto as **Exhibit R144** is a true and correct copy of Town & Country Homes' Minnesota Division's bidding documents for the Chateau Collection at Clover Ridge in Chaska, MN, dated May 5, 2003, Bates No. D30357-30391 **(FILED UNDER SEAL)**; and

45. Attached hereto as **Exhibit R145** is a true and correct copy of Town & Country Homes' Minnesota Division's bidding documents for the Chateau Collection at Pinebrook Commons in Brooklyn Park, MN, dated April 21, 2003, Bates No. D30321-30356 **(FILED UNDER SEAL)**.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

___ Item Under Seal* (Document number of protective order: 9; 205 (Addendum)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2140359v1