*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Deana J. Lessor, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **26th** day of **August, 2004**, she served the following:

1. Notice of Conventional Filing of Exhibits to Affidavit of David A. Davenport in Support of Plaintiff's Memorandum of Law in Opposition to Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff on Non-Copyright Claims and Affirmative Defenses; and

2. Sealed Exhibits.

on the following parties in this action, through their attorneys, **via Federal Express,** a true and correct copy thereof, enclosed in an envelope, to the following at their last known address:

Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 312- 407-8426

s/Deana J. Lessor
Deana J. Lessor

Subscribed and sworn to before me
this **26th** day of **August, 2004.**

s/Cynthia L. Kuno
NOTARY PUBLIC

My Commission Expires 1/05

2132924v1