**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 26th day of August, 2004, he served the following documents:

1. Notice of Conventional Filing of Exhibits to Affidavit of David A. Davenport in Support of Plaintiff's Memorandum of Law in Opposition to Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and the Bloodgood Group, Inc.'s Motion for Partial Summary Judgment Against Plaintiff on Non-Copyright Claims and Affirmative Defenses; and

2. Sealed Exhibits.

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Benjamin Patrick, Esq.
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 26th day of August, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/05
2053724v1