**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2004, I electronically filed the foregoing document:

> Defendant Pinnacle Corporation's Memorandum In Response To Rottlund's Motion To Strike Pinnacle's Objections To The Magistrate's Order Entering Sanctions

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> **Craig Krummen, Esq.**
> **Holly J. Newman, Esq.**
> **Darren B. Schwiebert, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE

Dated: August 27, 2004.

**s/ Matthew I. Farmer**
Matthew I. Farmer
**HOLLAND & KNIGHT LLC**
131 South Dearborn Street
Chicago, Illinois 60503
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

ATTORNEY FOR DEFENDANT
PINNACLE CORPORATION