**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,**<br><br>**Defendants,**<br><br>**and**<br><br>**Town & County Homes, Inc., a Minnesota Corporation,**<br><br>**Third-Party Plaintiff,**<br><br>**v.**<br><br>**Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,**<br><br>**Third-Party Defendant.** | **No.: 01-CV-1980 (DSD/SRN)**<br><br>**DECLARATION OF DAVID W. FULLER** |

**<u>DECLARATION OF DAVID W. FULLER</u>**

Attached hereto are the pertinent pages from the deposition of Jason Jorgenson.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2004

Respectfully submitted,

DAVID W. FULLER

By: s/David W. Fuller
One of the attorneys for Christopher Carmichael

David W. Fuller
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 782-0600
Facsimile: (312) 701-7711