UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

THE ROTTLUND COMPANY, INC. d/b/a ROTTLUND HOMES, A MINNESOTA CORPORATION ) No. 01-CV-1980

Plaintiff

vs. ) DEPOSITION OF JASON JORGENSON

PINNACLE CORPORATION d/b/a TOWN & COUNTRY HOMES, AN ILLINOIS CORPORATION, TOWN & COUNTRY HOMES, INC., A MINNESOTA CORPORATION, BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AN IOWA CORPORATION, AND THE BLOODGOOD GROUP, INC., AN IOWA CORPORATION

Defendants

and

TOWN & COUNTRY HOMES, INC., A MINNESOTA CORPORATION

Third-Party Plaintiff

vs.

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AN IOWA CORPORATION

Third-Party Defendant

COPY

Reported by: Connie Overberg, RPR, CSR



* * * *

DEPOSITION OF JASON JORGENSON taken before Connie Overberg, a Certified Shorthand Reporter and Notary Public in and for the State of Iowa, on August 22, 2003, commencing at 9 a.m., at Fairfield Inn and Suites, 7225 Vista Drive, West Des Moines, Iowa.

* * * *



APPEARANCES

CRAIG S. KRUMMEN, ESQ.
Winthrop & Weinstine
Suite3500
225 South Sixth Street
Minneapolis, MN 55402 for the Plaintiff

HOLLY NEWMAN, ESQ.
Moore, Costello & Hart PLLP
Suite1350
701 Fourth Avenue South
Minneapolis, MN 55415 for Defendants Bloodgood Sharp Buster Architects & Planners, Inc., and Bloodgood Group, Inc.

CYNTHIA JOKELA MOYER, ESQ.
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425 for Defendant Town & Country Homes

CHRISTOPHER W. CARMICHAEL, ESQ.
Holland & Knight LLC
131 South Dearborn
Chicago, IL 60603 for Defendant Pinnacle Corporation

Also Present: Steve Thies



INDEX


| Jason Jorgenson | Page |
|---|---|
| Direct Examination by Ms. Newman | 5 |
| Cross-Examination by Ms. Moyer | 32 |
| Cross-Examination by Mr. Carmichael | 39 |
| Redirect Examination by Ms. Newman | 41 |
| Recross-Examination by Ms. Moyer | 44 |

Page 37

Q. And my question, you don't know, correct, and I think I am --
A. Repeat the question.
MR. KRUMMEN: I'll object to the form. It is a double negative. You may answer.
Q. (By Ms. Moyer) My question, you don't know which registrations are at issue in the current lawsuit?
A. That is correct.
Q. With regard to the issue of access, you testified that the employees in the Iowa Division that left and went to work for Town & Country Homes, and specifically the three that you mentioned, had access to the plans in the Iowa Division. Are you claiming that they actually took copies of the plans with them?
A. No.
Q. You testified for the villa product, the units either started with the A or a B, correct?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. You have to answer out loud.
A. I am sorry.
Q. And then for the Villa 2 you said the

Page 38

units are the Chattum and Dunhill, correct?
A. Yes.
Q. And so am I correct in assuming that the Villa 2 units all start with a C or a D?
A. The Villa 2, yes. There is a Villa 3 that also has a B unit in it.
Q. You testified that Rottlund first began building the villas in the Des Moines area in 1993, you think?
A. Yes.
Q. And you came to the company in 1995?
A. Yes.
Q. What is your knowledge based on?
A. Be more specific.
Q. I am sorry. What is your knowledge that Rottlund first began building the product in '93 based on? How do you know that?
A. We have a project called Ashworth. It was a villa project on Ashworth Road that was built in the year 1993, and I can remember that because there were floods in Des Moines in the year of 1993, and I was told that the company came that year.
Q. I am not sure I understand. Told the company came to Iowa that year?
A. The same year as the flood Rottlund

Page 39

started. That's how I remember that.
MS. MOYER: Okay, okay. That is all I have. Thank you.

CROSS-EXAMINATION

BY MR. CARMICHAEL:
Q. I am Christopher Carmichael, and I represent Pinnacle. After these persons you said that left Rottlund of Iowa went to work for Town & Country, you talked with only one of them after they left Rottlund?
A. No.
Q. No. How many of them did you talk with after they left?
A. Two.
Q. Two. And it was Marc Harris; is that correct?
A. Yes.
Q. And Mr. Zorn?
A. Yes.
Q. And on how many occasions did you talk with them?
A. Two or three each.
Q. Did you ever talk about Rottlund or any Rottlund products with them?
A. No.

Page 40

Q. Did you talk about what they were currently doing, what they were building, or what they were working on for the Town & Country?
A. No, not specifically.
Q. Do you know whether the villas that you mentioned were built in Urbandale when they were built?
A. I believe 1997. I am not sure. Probably would have been a year, year and a half project start to finish.
Q. Were you employed by Rottlund at the time Oaks litigation occurred?
A. Yes, yes.
Q. Did you have any involvement in that litigation?
A. No.
Q. And what was your specific position at the time?
A. Superintendent.
Q. Do you enjoy working for Rottlund?
A. Yes.
Q. Do you see working for Rottlund in the future?
A. Yes.
Q. Here in Des Moines?

Page 41

A. Yes.
Q. Do you know Rottlund's current plans with regard to the market in Des Moines to expand here, or are they going to stop building in this area?
A. The plans are to expand.
Q. Do you know a man named Steve Kahn?
A. Yes.
Q. Do you know what his position is?
A. CFO.
Q. Of which company?
A. Rottlund Homes.
Q. Would it surprise you to learn Mr. --
MR. KRUMMEN: Instruct you not to ask that question or I'll move for sanctions.
What you are going to ask him is sealed per agreement of the parties.
MR. CARMICHAEL: Can we go off the record for a second?
MR. KRUMMEN: Absolutely on the record.
MR. CARMICHAEL: How do you know what I am going to ask?
MR. KRUMMEN: I don't see how Mr. Kahn's comments would have any relevance for purposes of this deposition, so you have been warned. Go ahead and ask him whatever you want to.

Page 42

MR. CARMICHAEL: There is two different points you are making. Sealing is different from relevancy.
MR. KRUMMEN: This litigation has attorney's eyes only provision, and if you ask something that is covered by the attorney's eyes only provision, there will be repercussions. Ask whatever you want.
Q. (By Mr. Carmichael) How much time did you spend preparing for today's deposition?
A. A few hours.
Q. Four hours, two hours?
A. Few being approximately three.
Q. Did you prepare here in Iowa?
A. Yes.
Q. With Rottlund's attorney?
A. Yes.
Q. The man seated next to you?
A. Yes.
MR. CARMICHAEL: That is all I have.

REDIRECT EXAMINATION

BY MS. NEWMAN:
Q. In response to questions by Ms. Moyer you indicated that there is something called a Villa 3?

Page 43

A. Yes.
Q. Is that something that is being built in Iowa or is going to be built in Iowa?
A. It says Villa 3 on the plan for the Chattum Breckenridge configuration.
Q. Do you know what the difference is between the Villa 2 and the Villa 3?
A. Yeah. You substitute a Breckenridge for a Dunhill on the center units, two different floor plans.
Q. Is that it though, that is the only change?
A. That is one unit for another.
Q. The Breckenridge is the interior unit?
A. Yes.
Q. Do you know what the difference is between a Breckenridge and Dunhill?
A. A Breckenridge is a different floor plan than the Dunhill, and the major difference is that there is a single car garage on the Breckenridge and a two-car garage on a Dunhill.
Q. Any other differences other than the single car versus two car?
A. A lot of square foot difference.

Page 44

Q. And that is related, a single car garage, a smaller square footage than a two-car garage?
A. Yes.
Q. In other words, the rooms and placement of the rooms is same or similar?
A. They are similar.
Q. Where is Rottlund intending to build their Villa 3 units?
A. Greenview Crossings.
Q. So at Greenview Crossings, are you going to build both Villa 2 and Villa 3's?
A. Depending on the market, whatever sells first we will build.
MS. NEWMAN: I don't have anything further. Thank you.

RECROSS-EXAMINATION

BY MS. MOYER:
Q. I have one or two follow-up. Do you know whether Rottlund's Villa 2 product was designed by a person named Tim Wick?
A. I believe so.
Q. And the same with the Villa 3, was that also designed by Tim Wick?
A. I believe so.