**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------------------------------------------------------------

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**Revised**<br>**Certificate of Service** |

---------------------------------------------------------------------------------------------------

I hereby certify that on August 27, 2004, I electronically filed a Memorandun in Response to Order to Show Cause Why Christopher Carmichael Should Not Be Sanctioned and Declaration of David W. Fuller with the clerk of the court by using the ECF which will send a notice of electronic filing to the following: David A. Davenport; David A. Donna; Cynthia A. Jokela, Craig S. Krummen; Daniel J. Maertens; Philip R. Mahowald; Christopher J. Murdoch; Holly Jean Newman; Darren Brayer Schwiebert; Robert R. Weinstine.

Dated: August 31, 2004

**s/ Rodney A. Honkanen**
Attorney ID No. 46929
Attorney for Christopher Carmichael
Spence, Ricke, Sweeney & Gernes, P.A.
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
651/292-3374
FAX#651/223-8003
honkanenr@srsg.net