# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| The Rottlund Company, et al., Plaintiff, | ) | **COURT MINUTES** BEFORE: David D. Doty U.S. District Judge |
| v. | ) | Case No: 01cv1980(DSD/SRN) |
| | ) | Date: September 3, 2004 |
| Pinnacle Corporation, et al., | ) | Deputy: Connie L. Baker |
| | ) | Court Reporter: Ginny Ledford |
| Defendant. | ) | Time Commenced: 9:00 a.m. |
| | ) | Time Concluded: 10:15 a.m. |
| | ) | Time in Court: 1 Hours & 15 Minutes |

Hearing on: Objections by Christopher Carmichael to 6/30/04 Order of Sanctions (#439) & Objection by Pinnacle Corp. & Holland & Knight LLP to 6/30/04 Order of Sanctions (#442) - taken under advisement.

Plaintiff's motion to strike defendant Pinnacle Corp. and Holland & Knight's notice of objection to Magistrate Judge Nelson's 6/30/04 Order (#461) - Court ordered denied.

Christopher Carmichael's motion for leave to file reply in support of Charmichael's objections to Magistrate's sanctions (#502) - Court ordered granted.

Christopher W. Carmichael's order to show cause hearing (#508) - taken under advisement.

Written order forthcoming.

## APPEARANCES:

Plaintiff: Craig S. Krummen & David A. Davenport;
Defendants: David A. Donna, Christopher J. Murdoch, Matthew I. Farmer & Christopher Carmichael for Pinnacle Corp.;
Darren Schwiebert for Town & Country;
Holly J. Newman for Bloodgood;
James R. Ferguson for Christopher Carmichael.

## PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Connie L. Baker
Calendar Clerk