IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners o Iowa, Inc.*

Court File No. 01-CV-1980 DSD/SRN

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2004, I electronically filed the foregoing document:

Defendnats Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.'s Objections to the August 20, 2004 Report and Recommendation

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Matthew I. Farmer, Esq.**
**Darren B. Schwiebert, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE

Dated: September 7, 2004

s/ Holly J. Newman___________
Holly J. Newman
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

ATTORNEY FOR THIRD-PARTY DEFNDANT

JBP/ajd#718212v1