**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle Corp., d/b/a Town & Country Homes and Town & Country Homes, Inc. v. Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2004, I electronically the foregoing documents:

Pinnacle Corporation's Notice and Objections to the Magistrate's Report and Recommendation of the Magistrate's Report and Recommendation Regarding Summary Judgment

Pinnacle Corporation's Memorandum In Support of Its Objections To The Magistrate's Report and Recommendation Regarding Summary Judgment

With the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Holly J. Newman, Esq.**
**Darren B. Schwiebert, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Dated: September 7, 2004

s/ Christopher J. Murdoch
Christopher J. Murdoch
Holland & Knight LLP
131 S. Dearborn Street
Chicago IL 60503
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

ATTORNEY FOR DEFENDANT
PINNACLE CORPORATION