UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**TOWN & COUNTRY HOMES, INC.'S NOTICE OF OBJECTIONS TO REPORT AND RECOMMENDATION REGARDING SUMMARY JUDGMENT ON VALIDITY, ACCESS, AND COPYRIGHT INFRINGEMENT**<br><br>**(ORAL ARGUMENT REQUESTED)** |

For the following reasons set forth in their Memorandum, Town & Country Homes, Inc. ("TCM") objects to the Magistrate Judge's Report and Recommendation dated August 20, 2004 ("Report") denying TCM's Motion for Partial Summary Judgment and granting-in-part Rottlund's Motion for Partial Summary Judgment.

The Report improperly denied TCM's motion for summary judgment by failing to apply

applicable Eighth Circuit law. The Report also erroeously granted-in-part plaintiff's Motion for Summary Judgment regarding validity and access given the existance of material issues of fact that preclude summary judgment. Finally, the Report erroneously granted summary judgment regarding the first step of the substantial similarity test by failing to apply applicable copyright law, including the applicable Eighth Circuit law.

Dated: September 7, 2004

s/Darren B. Schwiebert
Daniel J. Maertens (#188311)
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.