UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendant,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**AFFIDAVIT OF DARREN SCHWIEBERT IN SUPPORT OF TOWN & COUNTRY HOMES INC.'S OBJECTIONS TO REPORT AND RECOMMENDATION REGARDING SUMMARY JUDGMENT ON VALIDITY, ACCESS, AND COPYRIGHT INFRINGEMENT**

---

Darren Schwiebert, being first duly sworn on oath, states and deposes as follows:

1. I am one of the attorneys representing Defendant Town & Country Homes, Inc. ("TOWN & COUNTRY HOMES, INC.") in the above-captioned matter. I am licensed to practice law in the State of Minnesota and the United States District Court for the District of Minnesota. I make this Affidavit in Support of Town & Country Homes Inc.'s Objection to Report and Recommendation Regarding Summary Judgment on Validity, Access, and Copyright Infringement.

2. Attached hereto is a true and correct copy of the following document:

**Exhibit A.** Excerpts of the deposition of Timothy J. Johnson dated April 15, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

s/Darren B. Schwiebert
Darren B. Schwiebert

Subscribed and sworn to before me
this 7th day of September, 2004.

s/Kimberly J.P. Raba
Notary Public

#3013583\1