The Rottlund Company, Inc. v.
Pinnacle Corporation and Town & Country Homes, Inc.
Court File No. 01-1980 DSD/SRN

Affidavit of Darren B. Schwiebert in Support of
Town & Country Homes, Inc.'s Objection to
Report and Recommendation Regarding Summary Judgment on
Validity, Access, and Copyright Infringement

# EXHIBIT A

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

- - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

Deposition of

TIMOTHY J. JOHNSON

Thursday, April 15, 2004

9:10 a.m.

Reporter: Myrina A. Kleinschmidt
Registered Merit Reporter
Certified Realtime Reporter

A That's correct.
Q Where did you go next?
A Town & Country Homes.
Q Who interviewed you for a position at Town & Country Homes?
A Art Plante.
Q Did anyone else interview you?
A No.
Q Did you ever meet with any of the Ryans from Chicago?
A No.
Q What was the opening at Town & Country Homes, as you understood it, when you applied for the job in or about 2002?
A Director of architecture.
Q Was there a director of architecture at Town & Country Homes that had left or was this a new position?
MR. SCHWIEBERT: Objection to the form.
THE WITNESS: Pardon me?
MR. SCHWIEBERT: Object to the form of his question. It's a compound question.
A Well, to answer the question, there was a director of architecture prior to me being the director of architecture. But he had resigned



prior to my interview.
BY MR. KRUMMEN:
Q Was that Dan Geegan?
A Yes.
Q And you knew Dan Geegan from your employment at Rottlund or not?
A Yes.
Q Do you know why Dan Geegan resigned?
A No.
Q What were your duties and responsibilities when you accepted the job as director of architecture at Town & Country Homes?
A To manage existing product line, making -- keeping it up to date, and develop plans for a future new product.
Q What existing product were you responsible for keeping up to date while at Town & Country Homes?
A All their current product lines.
Q That included the Homestead Collection?
A Yes, it did.
Q What new product were you responsible for creating while at Town & Country Homes?
A The Chateau Collection.
Q When you interviewed with Mr. Plante, did he



tell you that he wanted to create a new multifamily back-to-back product?
A No.
Q When did it come about that it was decided to create a different -- or the Chateau Collection, if you will?
A I don't recall exactly.
Q Do you know when you started at Town & Country Homes?
A May of 2002.
Q And you were there until February 27th of 2004, correct?
A That's correct.
Q Why did you leave?
A I left for a number of reasons. One was commute. Two was, I enjoyed designing custom homes more than I enjoyed being director of architecture.
Q Were those the only reasons?
A Those are the two main reasons.
Q Are there any nonmain reasons?
A I wanted to, because my wife is an employee of Town & Country Homes, diversify our employment.
Q Any other reasons?
A No.



Q How did you get along with Art Plante?
A Fine.
Q How did Mr. Geegan get along with Mr. Plante, if you know?
A I have no idea.
Q Your wife used to work for Rottlund also, right?
A That's correct.
Q Do you know when she left Rottlund?
A I -- three -- 2001, roughly.
Q And she's worked with Town & Country ever since or was there some place that she worked in between Rottlund and Town & Country?
A No. She's worked for Town & Country since.
Q Did Mr. Plante ever come to you and say that architectural changes were necessary to the Homestead Collection, or words to that effect?
A No.
Q Did you ever discuss the fact that this lawsuit necessitated changes to the Homestead Collection, with Mr. Plante?
A No.
MR. SCHWIEBERT: I'm going --
BY MR. KRUMMEN:
Q Never discussed that with him?
MR. SCHWIEBERT: Caution you not to