UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

Civil No. 01-1980 (DSD/SRN)

**SUPPLEMENTAL AFFIDAVIT OF BEN PATRICK IN SUPPORT OF DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT ON NON-COPYRIGHT CLAIMS AND AFFIRMATIVE DEFENSES**

**FILED UNDER SEAL**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Ben Patrick, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys representing Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc. ("BGI") in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the transcript of the deposition of Larry Moore taken on February 17, 2004.

3. Attached hereto as Exhibit B is a true and correct copy of portions of the transcript of the deposition of Linda Alfson taken on March 30, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of the Supplemental Expert Disclosure of Albert Bloom.

5. Attached hereto as Exhibit D is a true and correct copy of portions of the transcript of the deposition of Anthony Desnick taken on June 23, 2004.

6. Attached hereto as Exhibit E is a true a correct copy of the Affidavit of Chris Jorgensen (without exhibits) submitted in connection with BSB and BGI's prior motions for summary judgment.

7. Attached hereto as Exhibit F is a true and correct copy of portions of the transcript of the deposition of Chris Jorgensen taken on March 5, 2003.

8. Attached hereto as Exhibit G is a true and correct copy of portions of the transcript of the deposition of Larry Moore taken on March 7, 2003.

9. Attached hereto as Exhibit H is a true and correct copy of the contract between Bloodgood Sharp Buster Architects and Planners of Illinois, Inc. and Pinnacle relating to the Washington Square product.

10. Attached hereto as Exhibit I is a true and correct copy of portions of the transcript of the deposition of Douglas Buster taken on March 6, 2003.

__s/ Holly J. Newman________________

Holly J. Newman
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

Subscribed and sworn to before me
this 7th day of September, 2004.

______________________________
Notary Public, __________ County

JBP/jbp#718089v1