UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al

Defendants,

Case No.: 01-CV-1980 (DSD/SRN)

**NOTIFICATION OF CONVENTIONAL FILING OF PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES**
**AND**
**TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF AS TO DAMAGES**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES**
**AND**
**TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF AS TO DAMAGES**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

___ Item Under Seal* (Document number of protective order: 9; 205 (Addendum))

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2143160v1