IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners o Iowa, Inc.*

Court File No. 01-CV-1980 DSD/SRN

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on September 8 2004, I electronically filed the foregoing document:

> Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.'s Reply Memorandum of Law in Support of Their Motion for Summary Judgment on Non-Copyright claims and Affirmative Defenses
>
> Supplemental Affidavit of Ben Patrick in Support of Ben Patrick in Support of Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.'s Motion for Summary Judgment on Non-Copyright Claims and Affirmative Defenses

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> **Craig Krummen, Esq.**
> **Matthew I. Farmer, Esq.**
> **Darren B. Schwiebert, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Scott W Petersen
Holland & Knight
131 S Dearborn St 30th Fl
Chicago, IL 60603

Edward F Ryan
Holland & Knight
131 S Dearborn St 30th Fl
Chicago, IL 60603

Dated: September 8 2004

s/ Holly J. Newman___________

Holly J. Newman
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

ATTORNEY FOR THIRD-PARTY DEFNDANT

JBP/ajd#718212v1