UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORP. AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES**<br>**AND**<br>**TO DEFENDANTS BSB AND BGI'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES**<br><br>**PARTIALLY FILED UNDER SEAL** |

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

I, Craig S. Krummen, having been duly sworn upon oath, state as follows:

I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402, and am

participating in the representation of Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund") in the above-referenced matter. I submit this Affidavit in support of Plaintiff's Consolidated Motion in Opposition to Defendants Pinnacle Corp. and Town & Country Homes, Inc.'s Motion for Summary Judgment on Damages and to Defendants BSB and BGI's Motion for Partial Summary Judgment on Damages.

Attached hereto as Exhibits are true and correct copies of the following documents:

1. **Exhibit R1** are transcript excerpts from the deposition of Paul Anderson, taken December 10, 2003;

2. **Exhibit R2** are transcript excerpts from the Rule 30(b)(6) deposition of Douglas N. Buster, taken March 6, 2003;

3. **Exhibit R3** are transcript excerpts from the deposition of Arthur Cobb, taken June 11, 2004;

4. **Exhibit R4** are transcript excerpts from the Rule 30(b)(6) deposition of Chris a. Jorgensen, taken March 5, 2003;

5. **Exhibit R5** are transcript excerpts from the Rule 30(b)(6) deposition of Steven A. Kahn, taken August 4, 2003;

6. **Exhibit R6** are transcript excerpts from the deposition of Joseph Kenyon, taken July 16, 2004;

7. **Exhibit R7** are transcript excerpts from the deposition of Steven J. Meyers, taken June 25, 2003;

8. **Exhibit R8** are transcript excerpts from the Rule 30(b)(6) deposition of Arthur J. Plante, taken December 19, 2002;

9. **Exhibit R9** are transcript excerpts from the deposition of Bernard Rotter, taken August 29, 2003;

10. **Exhibit R10** are transcript excerpts from the deposition of David Rotter, taken August 27, 2003;

11. **Exhibit R11** are transcript excerpts from the deposition of Mike Ryan, taken December 11, 2003;

12. **Exhibit R12** are transcript excerpts from the deposition of Thomas Ryan, dated December 9, 2003;

13. **Exhibit R13** are transcript excerpts from the Rule 30(b)(6) deposition of Steven Sandelin, December 16, 2002;

14. **Exhibit R14** are transcript excerpts from the deposition of Steve Sandelin, December 9, 2003;

15. **Exhibit R15** are transcript excerpts from the deposition of Melissa Snelson, taken June 10, 2004;

16. **Exhibit R16** are transcript excerpts from the deposition of Todd Stutz, taken August 7, 2003;

17. **Exhibit R17** are transcript excerpts from the Rule 30(b)(6) deposition of Todd Stutz;

18. **Exhibit R18** are transcript excerpts from the deposition of Stephen Swanson, taken July 31, 2003;

19. **Exhibit R19** are transcript excerpts from the Rule 30(b)(6) deposition of Timothy Whitten, taken May 28, 2003;

20. **Exhibit R20** are transcript excerpts from the deposition of Timothy Whitten, taken August 14, 2003;

21. **Exhibit R21** is a Certificate of Registration, No. Vau 268-404, for Rottlund's New Villas, dated October 5, 1993;

22. **Exhibit R22** is an agreement between Design Development, Inc. and BSB, dated May 9, 1994 (Depo. Ex. 333); **(FILED UNDER SEAL)**

23. **Exhibit R23** are transcript excerpts from the deposition of Larry Moore, taken September 4, 2003;

24. **Exhibit R24** is a "cut and paste job" of a Rottlund floor plan showing an 8-unit back-to-back town home, Bates no. BSB 06380 (Depo. Ex. 330); **(FILED UNDER SEAL)**

25. **Exhibit R25** are documents produced by Design Development, Inc. consisting of a "Midland Homes 8 Plex" file, Bates no. DDI 000002-54 (Depo. Ex. 374); **(FILED UNDER SEAL)**

26. **Exhibit R26** are documents produced by Design Development, Inc., Bates no. DDI000283-317 (Depo. Ex. 376); **(FILED UNDER SEAL)**

27. **Exhibit R27** are BSB floor plans for the Midland Homes 8-Plex (Depo. Ex. 335); **(FILED UNDER SEAL)**

28. **Exhibit R28** is a handwritten note from Larry Moore to Jim [Grundmeier], dated July 8, 1994 (Depo. Ex. 338);

29. **Exhibit R29** is intentionally omitted;

30. **Exhibit R30** is a facsimile from Michael Rice to Chris Jorgensen, dated March 11, 1997 (Depo. Ex. 55A);

31. **Exhibit R31** is an excerpt from the deposition of Chris Jorgensen, taken September 3, 2003;

32. **Exhibit R32** is the Supplemental Expert Disclosure of Albert Bloom, AIA, dated April 15, 2004 (Depo. Ex. 389);

33. **Exhibit R33** is the Supplemental Expert Report of Jeffrey A. Scherer, dated May 14, 2004 (Depo. Ex. 424);

34. **Exhibit R34** is intentionally omitted;

35. **Exhibit R35** is intentionally omitted;

36. **Exhibit R36** is a Marquette Advisors document entitled, "Development Opportunity Residential Land, Maple Grove, Minnesota," regarding the Hollander property, Bates no. D16396-16424 (Depo. Ex. 299);

37. **Exhibit R37** is intentionally omitted;

38. **Exhibit R38** is the expert report of Cobb & Associates, Ltd., dated August 15, 2003 (Depo. Ex. 410); **(FILED UNDER SEAL)**

39. **Exhibit R39** is a document entitled "Residential Home Builders Top 25 List," showing homebuilder rankings, *The Business Journal* at 165;

40. **Exhibit R40** are excerpts from the calendar of Steve Sandelin, dated January through March, 1998 (Depo. Ex. 266); **(FILED UNDER SEAL)**

41. **Exhibit R41** are transcript excerpts from the deposition of Steve Sandelin, taken December 8, 2003;

42. **Exhibit R42** is an April 20, 1998 facsimile attaching an executed agreement between BSB and TCM concerning the "Townhouse and Villa Product" and dated April 6, 1998 (Depo. Ex. 26); **(FILED UNDER SEAL)**

43. **Exhibit R43** is an executed agreement between BSB and TCM concerning the "Villa Product" and dated July 1, 1998 (Depo. Ex. 30); **(FILED UNDER SEAL)**

44. **Exhibit R44** are transcript excerpts from the Rule 30(b)(6) deposition of Larry Moore, taken March 6, 2003;

45. **Exhibit R45** is an Affidavit of Larry Moore in Support of Defendants' Motions for Partial Summary Judgment Against Plaintiff, dated June 10, 2004;

46. **Exhibit R46** is an Affidavit of Chris Jorgensen in Support of Defendants' Motions for Partial Summary Judgment against Plaintiff, dated June 10, 2004;

47. **Exhibit R47** is a marketing brochure showing Rottlund's Villa product on the cover (Depo. Ex. 288);

48. **Exhibit R48** are marketing materials of competitors found in the files of Steve Sandelin (Depo. Ex. 289);

49. **Exhibit R49** is a Certificate of Registration, no. Vau 447-395, for Rottlund's Rush Creek Villa II product, dated June 22, 1999, Bates no. RCI004360-61; **(FILED UNDER SEAL)**

50. **Exhibit R50** is July 21, 1999 correspondence from BSB to TCM regarding an Addendum to BSB's Villa Product agreement with TCM (Depo. Ex. 80); **(FILED UNDER SEAL)**

51. **Exhibit R51** is Rottlund's marketing cover page showing the interior of its Villa product (Depo. Ex. 109A);

52. **Exhibit R52** is TCM's interior photograph of its Homestead collection product (Depo. Ex. 110A);

53. **Exhibit R53** is a facsimile from Bill Anner to Mike Ryan and Peter Brennan regarding density calculations for the Hollander property, dated March 18, 1999 (Depo. Ex. 299A); **(FILED UNDER SEAL)**

54. **Exhibit R54** is correspondence from Richard Palmiter to Louis W. Frillman, Marquette Advisors, regarding the Hollander property purchase, dated September 17, 1998 (Depo. Ex. 144); **(FILED UNDER SEAL)**

55. **Exhibit R55** is correspondence from TCM to Marquette Advisors regarding TCM's offer to purchase the Hollander property, dated September 17, 1998 (Bates no. D01799-801); **(FILED UNDER SEAL)**

56. **Exhibit R56** is correspondence from Mary Ranum, Esq. of Fredrikson & Byron, to The Estate of Hildur Hollander, regarding Purchase Agreement, dated April 1, 1999, Bates no. D01810-11; **(FILED UNDER SEAL)**

57. **Exhibit R57** is correspondence from Rebecca McDaniel, Esq. to Mary Ranum, Esq. dated May 3, 1999, regarding the sale of the Hollander property, Bates no. D01808-09; **(FILED UNDER SEAL)**

58. **Exhibit R58** is correspondence from Mary Ranum, Esq. to Rebecca McDaniel, Esq. dated May 7, 1999, regarding TCM's revised offer to purchase the Hollander property, Bates no. D01807; **(FILED UNDER SEAL)**

59. **Exhibit R59** is the unpublished decision of *Estate of Hildur P. Hollander, Decedent*, 2000 WL 54398 (Minn. App.);

60. **Exhibit R60** is an Affidavit Confirming Legal Description of the Hollander estate and attaching an Order from the State of Minnesota District Court, dated May 20, 1999, Bates no. D01856-61;

61. **Exhibit R61** is correspondence from Steve Sandelin to Larry Moore, dated July 9, 2001, with attachments (Depo. Ex. 11); **(FILED UNDER SEAL)**

62. **Exhibit R62** is an Edina Realty "Competition Shop" memorandum dated February 1, 2000, attaching competitor marketing materials, for TCM's Homestead Collection in Maple Grove, Minnesota, Bates no. D38866-879; **(FILED UNDER SEAL)**

63. **Exhibit R63** is the Expert Report of Melissa C. Snelson, dated May 30, 2003 (Depo. Ex. 180); **(FILED UNDER SEAL)**

64. **Exhibit R64** is the Accountant's Report of Joseph D. Kenyon, dated August 15, 2003 (Depo. Ex. 432); **(FILED UNDER SEAL)**

65. **Exhibit R65** is the Supplemental Expert Report of Melissa C. Snelson, dated April 15, 2004 (Depo. Ex. 397); **(FILED UNDER SEAL)**

66. **Exhibit R66** is the Rebuttal Report of Cobb & Associates, Ltd., dated May 14, 2004 (Depo. Ex. 412); **(FILED UNDER SEAL)**

67. **Exhibit R67** is the Second Rebuttal Report of Melissa C. Snelson, dated June 1, 2004 (Depo. Ex. 399); **(FILED UNDER SEAL)**

68. **Exhibit R68** are TCM's construction drawings for the Homestead Collection at Centennial Crossing (Depo. Ex. 5A); **(FILED UNDER SEAL)**

69. **Exhibit R69** is a Jurisdictional Transfer Agreement dated February 28, 2000, from BSB to TCM regarding the Homestead Subdivision in Aurora, Illinois (Depo. Ex. 4); **(FILED UNDER SEAL)**

70. **Exhibit R70** is a facsimile from Chris Jorgensen to Art Plante dated May 23, 2000 regarding BSB's agreement with TCM regarding the Homestead Collection (Depo. Ex. 34); **(FILED UNDER SEAL)**

71. **Exhibit R71** is a memorandum from Mike Ryan to Tom Ryan, with attachments, regarding the Noggle Farm property in Illinois, dated May 20, 1999 (Depo. Ex. 287A); **(FILED UNDER SEAL)**

72. **Exhibit R72** is a memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, Mike Creed dated January 5, 2000 regarding the Aurora Back-to-Back Towns (Depo. Ex. 269); **(FILED UNDER SEAL)**

73. **Exhibit R73** is a November 29, 2000 memorandum from Chris Jorgensen to Art Plante attaching an agreement between BSB and TCM regarding the Paulson Property (Depo. Ex. 47); **(FILED UNDER SEAL)**

74. **Exhibit R74** is an email communication from Beth Miller to Dan Geegan attaching a list of changes from Centennial Crossings to Harvest Hills, dated December 12, 2001 (Depo. Ex. 88); **(FILED UNDER SEAL)**

75. **Exhibit R75** is an excerpt from TCM's "Harvest Hills Guidebook," pages Bates no. D39877, D40237-D40266; **(FILED UNDER SEAL)**

76. **Exhibit R76** is a script entitled, "Harvest Hills City of Plymouth Planning & Zoing, June 6, 2001," Bates no. D16570-16583; **(Bate no. D16583 FILED UNDER SEAL)**

77. **Exhibit R77** is intentionally omitted;

78. **Exhibit R78** is the City of Plymouth's City Council Report, dated June 21, 2001, regarding TCM's Harvest Hills development proposal, Bates no. D16584-16653;

79. **Exhibit R79** is an email communication from Mike Ryan to Bill Anner and others discussing the Paulson property, dated November 22, 2000 (Depo. Ex. 301); **(FILED UNDER SEAL)**

80. **Exhibit R80** is TCM's Proposed Preliminary Plat for Harvest Hills submitted to the City of Plymouth, dated December, 2000, Bates no. D17859-17871; **(FILED UNDER SEAL)**

81. **Exhibit R81** is a document entitled "Harvest Hills Townhome Affordability," Bate no. D16699; **(FILED UNDER SEAL)**

82. **Exhibit R82** is a facsimile from Chris Jorgensen to Art Plante dated January 18, 2001 attaching BSB's agreement with Town & Country Homes' Minnesota Division for the Homestead Collection at Cornerstone Lake, dated January 18, 2001, Bates No. BSB00925-936; **(FILED UNDER SEAL)**

83. **Exhibit R83** is an Edina Realty "Competition Shop" memorandum regarding the Cornerstone Lake development in Lakeville, Bates no. D39265-39353; **(FILED UNDER SEAL)**

84. **Exhibit R84** is Rottlund's Vermillion Grove marketing materials, including elevations and floor plans, Bates no. D39282-290; **(FILED UNDER SEAL)**

85. **Exhibit R85** is an agreement between BSB and TCM regarding TCM's Homestead Collection at Stone's Throw in Lakeville, Minnesota (Depo. Ex. 40); **(FILED UNDER SEAL)**

86. **Exhibit R86** is a facsimile from Chris Jorgensen to Art Plante and Steve Sandelin dated April 30, 2001, attaching BSB's agreement with TCM for its Homestead

Collection at Heritage Square in Shakopee, Minnesota (Depo. Ex. 39); **(FILED UNDER SEAL)**

87. **Exhibit R87** is a New Community Planning Meeting memorandum from Krista Flemming to Art Plante and others (Depo. Ex. 311); **(FILED UNDER SEAL)**

88. **Exhibit R88** is a November 10, 2000 memorandum from Scott McMahon to Art Plante and others attaching TCM's Proposed Preliminary Plat for Heritage Square, submitted to the City of Shakopee, dated December 2000, Bates no. D16981-16999; **(FILED UNDER SEAL)**

89. **Exhibit R89** is intentionally omitted;

90. **Exhibit R90** is a facsimile with attachments from Steve Sandelin to Larry Moore, dated July 9, 2001, Bates no. BSB01931-35 (Depo. Ex. 11); **(FILED UNDER SEAL)**

91. **Exhibit R91** is a facsimile with attachments from Steve Sandelin to Larry Moore, dated July 9, 2001, Bates no. PINN02788-92 (Depo. Ex. 11A); **(FILED UNDER SEAL)**

92. **Exhibit R92** is an Affidavit of Michael J. Ryan Submitted with Pinnacle's Reply Memorandum in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, dated February 18, 2002;

93. **Exhibit R93** is correspondence from Art Plante to Dean Karau dated July 16, 2001, Bate no. BSB01930 (Depo. Ex. 41); **(FILED UNDER SEAL)**

94. **Exhibit R94** is correspondence from Art Plante to Dean Karau dated July 16, 2001, Bate no. PINN 02786 (Depo. Ex. 41a); **(FILED UNDER SEAL)**

95. **Exhibit R95** is a transcript excerpt from a hearing before Magistrate Judge Susan R. Nelson, dated August 22, 2003;

96. **Exhibit R96** is a March 12, 2002 letter from Krista Flemming to Kevin Ringwald, City Planner for the City of Chaska, submitting a Concept Plan Review proposal for TCM's Traditions at Clover Field in Chaska, Minnesota, dated March 12, 2002, Bates no. D31393-31429; **(FILED UNDER SEAL)**

97. **Exhibit R97** is intentionally omitted;

98. **Exhibit R98** is TCM's Proposed Concept Plan Review for Traditions at Clover Ridge in Chaska, Minnesota, dated April 15, 2002; **(FILED UNDER SEAL)**

99. **Exhibit R99** is a City of Chaska Resolution, No. 02-36, approving TCM's Concept Plan Review for its Traditions at Clover Ridge development project dated May 20, 2002, Bates no. D31498-31503; **(FILED UNDER SEAL)**

100. **Exhibit R100** is a May 10, 2002 facsimile from Chris Jorgensen to Art Plante attaching BSB's proposal for reuse and modification regarding the Homestead Collection project for TCM's Traditions at Clover Ridge, dated May 10, 2002, Bates no. D34909-34919; **(FILED UNDER SEAL)**

101. **Exhibit R101** is a June 12, 2002 facsimile from Timothy Johnson to Beth Miller enclosing comments to the attached proposal regarding the Homestead Collection at Traditions at Clover Ridge project, dated May 10, 2002, Bates no. BSB 03677-3689; **(FILED UNDER SEAL)**

102. **Exhibit R102** is a memorandum from Krista Novack to Art Plante and others regarding a New Community Team Meeting, dated September 17, 2002 (Depo. Ex. 306); **(FILED UNDER SEAL)**

103. **Exhibit R103** is a memorandum from Krista Flemming to Art Plante and others regarding a New Community Planning Meeting, dated December 10, 2002 (Depo. Ex. 314); **(FILED UNDER SEAL)**

104. **Exhibit R104** is a document entitled "Resolution Requirements – Traditions," and a Request for Action memorandum dated October 21, 2002 and submitted to the Chaska City Council by TCM, Bates no. D34817-820; **(FILED UNDER SEAL)**

105. **Exhibit R105** is one page from Rottlund's The Reserve Villa II construction drawings, depicting the sprinkler room details (Depo. Ex. 228);

106. **Exhibit R106** are printouts from Tushie Montgomery's CAD software system, Bates no. TM00563-576;

107. **Exhibit R107** is TCM's Proposed Preliminary Plat/Site Plan Review for Pinebrook submitted to the City of Brooklyn Park, Minnesota, dated August 1, 2002 (Bates no. D33281-284); **(FILED UNDER SEAL)**

108. **Exhibit R108** is correspondence from Krista Flemming to City of Brooklyn Park dated March 21, 2003, regarding "architectural revisions" to TCM's Pinebrook development project, Bates no. D33269-270; **(FILED UNDER SEAL)**

109. **Exhibit R109** is a Request for Action submitted by TCM to the City of Brooklyn Park regarding TCM's Pinebrook Homestead Collection development project, dated October 14, 2002, Bates no. D33188-201; **(FILED UNDER SEAL)**

110. **Exhibit R110** is an email communication from Tim Johnson to Wynne Stevens regarding Pinebrook and Park Square, Homestead Collection, dated October 21, 2002, Bates no. D35201-203; **(FILED UNDER SEAL)**

111. **Exhibit R111** is a facsimile from Krista Flemming to Cindy Sherman, City of Brooklyn Park, dated October 18, 2002 regarding attached proposed changes to the architecture for Pinebrook, Bates no. D33317-318; **(FILED UNDER SEAL)**

112. **Exhibit R112** is correspondence from Krista Flemming to Howard Blin, City of Brooklyn Park, regarding "architectural revisions" to Pinebrook, dated October 25, 2002, with attached rendering, Bates no. D33320-321; **(FILED UNDER SEAL)**

113. **Exhibit R113** is correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, regarding Traditions at Clover Ridge and Final Plat Application, dated November 12, 2002, Bates no. D31436-37; **(FILED UNDER SEAL)**

114. **Exhibit R114** is an email communication from Tim Johnson to Gary Tushie and Jeff Wrede regarding "New Back to Back Product Design," dated November 18, 2002, Bate no. TM00172;

115. **Exhibit R115** is an email communication from Tim Johnson to Chris Jorgensen regarding "Clusters – RE: Document Transfer," dated December 12, 2002 (Depo. Ex. 94); **(FILED UNDER SEAL)**

116. **Exhibit R116** is an email communication from Chris Jorgensen to Tim Johnson and Larry Moore regarding "Homestead Collection – License for Use & Transfer of CAD Files," dated December 18, 2002 (Depo. Ex. 130); **(FILED UNDER SEAL)**

117. **Exhibit R117** is an email communication from Farnham to Holly Newman, Esq., dated December 20, 2002 with copies to Chris Jorgensen and Jim Grundmeier forwarding a proposed agreement between BSB and TCM for the License for Use

& Transfer of CAD files for the Homestead Collection, Springbrook and Providence Pointe development projects, dated December, 2002 (Depo. Ex. 60); **(FILED UNDER SEAL)**

118. **Exhibit R118** is the City of Brooklyn Park Planning Staff Report dated April 9, 2003 regarding TCM's revised building elevations for the Homestead Collection at Pinebrook Commons, Brooklyn Park, Minnesota, Bates no. D33166-170; **(FILED UNDER SEAL)**

119. **Exhibit R119** is a memorandum from Krista Flemming to Kevin Ringwald, City of Chaska, dated April 4, 2003, regarding Traditions at Clover Ridge – Revised Architecture, Bate no. D31544; **(FILED UNDER SEAL)**

120. **Exhibit R120** is a Proposal for Professional Services for Pinebrook Development, dated January 23, 2003, from Tushie-Montgomery & Associates, Inc., Bates no. D34624-628; **(FILED UNDER SEAL)**

121. **Exhibit R121** is an executed Proposal for Professional Services for Pinebrook Development, dated February 12, 2003, from Tushie-Montgomery & Associates, Inc., Bates no. TM 00322-326;

122. **Exhibit R122** is an executed Proposal for Professional Services for Traditions at Clover Ridge Development, dated February 12, 2003, from Tushie-Montgomery & Associates, Inc., Bates no. TM 00438-443;

123. **Exhibit R123** is a letter of transmittal from Tim Johnson to Beth Miller dated July 3, 2002 regarding attached sprinkler room plan and building code information (Depo. Ex. 379); **(FILED UNDER SEAL)**

124. **Exhibit R124** is intentionally omitted;

125. **Exhibit R125** is intentionally omitted;

126. **Exhibit R126** is the Rebuttal Report of Cobb & Associates, Ltd., dated May 14, 2004 (Depo. Ex. 412); **(FILED UNDER SEAL)**

127. **Exhibit R127** is intentionally omitted;

128. **Exhibit R128** is the 1998 Annual Report for Rottlund Homes (Depo. Ex. 187);

129. **Exhibit R129** is the 2000 Annual Report for Rottlund Homes (Depo. Ex. 189);

130. **Exhibit R130** is the Affidavit of Melissa Snelson, dated September 1, 2004; **(EXHIBIT A FILED UNDER SEAL)**

131. **Exhibit R131** is the Affidavit of Chris Jorgensen in Support of Third-Party Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.'s Motion for Partial Summary Judgment Against Third-Party Plaintiff Town & Country Homes, Inc., with Exhibits 1-7, dated September 2, 2003; **(FILED UNDER SEAL)**

132. **Exhibit R132** is intentionally omitted;

133. **Exhibit R133** is Magistrate Judge Susan R. Nelson's July 10, 2003 Order regarding Plaintiff's Motion to Amend its Third Amended Complaint, Plaintiff's Fourth Motion to Compel Discovery from Defendants, and Plaintiff's Motion to Compel Discovery from Third-Party Defendant BSB; **(FILED UNDER SEAL)**

134. **Exhibit R134** is the Supplemental Accountants' Report by Joseph D. Kenyon, dated April 15, 2004 (Depo. Ex. 433); **(FILED UNDER SEAL)**

135. **Exhibit R135** is a transcript excerpt from the Rule 30(b)(6) deposition of James Grundmeier, taken March 4, 2003 (Depo. Ex. 434);

136. **Exhibit R136** is a chart entitled "Washington Square – Margin Analysis – Cost Plus, 22%" dated February 27 2001 (Depo. Ex. 302);

137. **Exhibit R137** is a transcript excerpt from the November 26, 2003 discovery conference before Magistrate Judge Susan R. Nelson;

138. **Exhibit R138** is Pinnacle Corporations' Memorandum in Opposition to Rottlund's Motion for Partial Summary Judgment, dated March 8, 2004;

139. **Exhibit R139** is a Market Overview Report for TCM's Lakeville Townhome Sites, prepared by Conhaim Associates, Inc., dated January 25, 1999 (Depo. Ex. 217); **(FILED UNDER SEAL)**

140. **Exhibit R140** is an Edina Realty "Competition Shop" memorandum dated September 6, 1999, attaching competitor marketing materials, for TCM's Homestead Collection in Maple Grove and Plymouth, Minnesota, Bates no. D38894-38909; **(FILED UNDER SEAL)**;

141. **Exhibit R141** are unpublished decisions: *Flying J, Inc. v. Central CA Kenworth*, 2002 WL 2022061 (9th Cir. 2002); *Zip Dee, Inc. v. Domestic Corp.*, 1997 WL 323814 (N.D. Ill. 1997);

142. **Exhibit R142** are transcript excerpts from the deposition of Steven Thies, taken August 20, 2003;

143. **Exhibit R143** are transcript excerpts from the Rule 30(b)(6) deposition of Karen J. Albertson, taken August 25, 2003;

144. **Exhibit R144** are transcripts excerpts from the deposition of Jason Jorgenson, taken August 22, 2003;

145. **Exhibit R145** is undated correspondence from Dan Geegan to Chris Jorgensen, Bates no. BSB 04661 (Depo. Ex. 242) (**FILED UNDER SEAL**);

146. **Exhibit R146** is a Letter of Transmittal with attachments from Tim Johnson to Beth Miller, dated July 3, 2002 and Bates numbered BSB 00974-978 (Depo. Ex. 90) (**FILED UNDER SEAL**);

147. **Exhibit R147** are TCM's marketing materials and floor plans for its Homestead Collection, Bates numbered D00785 –809; and

148. **Exhibit R148** is an excerpt from the May 7, 2004 Status Conference before Magistrate Judge Susan R. Nelson.

FURTHER YOUR AFFIANT SAITH NOT.

s/Craig S. Krummen
Craig S. Krummen

Subscribed and sworn to before me
this 8th day of September, 2004.

s/Cynthia L. Kuno
Notary Public
My Commission Expires: 01/05
2141837v1