UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al

Defendants,

Case No.: 01-CV-1980 (DSD/SRN)

**NOTIFICATION OF CONVENTIONAL FILING OF AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORP. AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES <u>AND</u> TO DEFENDANTS BSB AND BGI'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

1. **Exhibit R22** is an agreement between Design Development, Inc. and BSB, dated May 9, 1994 (Depo. Ex. 333); **(FILED UNDER SEAL)**

2. **Exhibit R24** is a "cut and paste job" of a Rottlund floor plan showing an 8-unit back-to-back town home, Bates no. BSB 06380 (Depo. Ex. 330); **(FILED UNDER SEAL)**

3. **Exhibit R25** are documents produced by Design Development, Inc. consisting of a "Midland Homes 8 Plex" file, Bates no. DDI 000002-54 (Depo. Ex. 374); **(FILED UNDER SEAL)**

4. **Exhibit R26** are documents produced by Design Development, Inc., Bates no. DDI000283-317 (Depo. Ex. 376); **(FILED UNDER SEAL)**

5. **Exhibit R27** are BSB floor plans for the Midland Homes 8-Plex (Depo. Ex. 335); **(FILED UNDER SEAL)**

6. **Exhibit R38** is the expert report of Cobb & Associates, Ltd., dated August 15, 2003 (Depo. Ex. 410); **(FILED UNDER SEAL)**

7. **Exhibit R40** are excerpts from the calendar of Steve Sandelin, dated January through March, 1998 (Depo. Ex. 266); **(FILED UNDER SEAL)**

8. **Exhibit R42** is an April 20, 1998 facsimile attaching an executed agreement between BSB and TCM concerning the "Townhouse and Villa Product" and dated April 6, 1998 (Depo. Ex. 26); **(FILED UNDER SEAL)**

9. **Exhibit R43** is an executed agreement between BSB and TCM concerning the "Villa Product" and dated July 1, 1998 (Depo. Ex. 30); **(FILED UNDER SEAL)**

10. **Exhibit R49** is a Certificate of Registration, no. Vau 447-395, for Rottlund's Rush Creek Villa II product, dated June 22, 1999, Bates no. RCI004360-61; **(FILED UNDER SEAL)**

11. **Exhibit R50** is July 21, 1999 correspondence from BSB to TCM regarding an Addendum to BSB's Villa Product agreement with TCM (Depo. Ex. 80); **(FILED UNDER SEAL)**

12. **Exhibit R53** is a facsimile from Bill Anner to Mike Ryan and Peter Brennan regarding density calculations for the Hollander property, dated March 18, 1999 (Depo. Ex. 299A); **(FILED UNDER SEAL)**

13. **Exhibit R54** is correspondence from Richard Palmiter to Louis W. Frillman, Marquette Advisors, regarding the Hollander property purchase, dated September 17, 1998 (Depo. Ex. 144); **(FILED UNDER SEAL)**

14. **Exhibit R55** is correspondence from TCM to Marquette Advisors regarding TCM's offer to purchase the Hollander property, dated September 17, 1998 (Bates no. D01799-801); **(FILED UNDER SEAL)**

15. **Exhibit R56** is correspondence from Mary Ranum, Esq. of Fredrikson & Byron, to The Estate of Hildur Hollander, regarding Purchase Agreement, dated April 1, 1999, Bates no. D01810-11; **(FILED UNDER SEAL)**

16. **Exhibit R57** is correspondence from Rebecca McDaniel, Esq. to Mary Ranum, Esq. dated May 3, 1999, regarding the sale of the Hollander property, Bates no. D01808-09; **(FILED UNDER SEAL)**

17. **Exhibit R58** is correspondence from Mary Ranum, Esq. to Rebecca McDaniel, Esq. dated May 7, 1999, regarding TCM's revised offer to purchase the Hollander property, Bates no. D01807; **(FILED UNDER SEAL)**

18. **Exhibit R61** is correspondence from Steve Sandelin to Larry Moore, dated July 9, 2001, with attachments (Depo. Ex. 11); **(FILED UNDER SEAL)**

19. **Exhibit R62** is an Edina Realty "Competition Shop" memorandum dated February 1, 2000, attaching competitor marketing materials, for TCM's Homestead Collection in Maple Grove, Minnesota, Bates no. D38866-879; **(FILED UNDER SEAL)**

20. **Exhibit R63** is the Expert Report of Melissa C. Snelson, dated May 30, 2003 (Depo. Ex. 180); **(FILED UNDER SEAL)**

21. **Exhibit R64** is the Accountant's Report of Joseph D. Kenyon, dated August 15, 2003 (Depo. Ex. 432); **(FILED UNDER SEAL)**

22. **Exhibit R65** is the Supplemental Expert Report of Melissa C. Snelson, dated April 15, 2004 (Depo. Ex. 397); **(FILED UNDER SEAL)**

23. **Exhibit R66** is the Rebuttal Report of Cobb & Associates, Ltd., dated May 14, 2004 (Depo. Ex. 412); **(FILED UNDER SEAL)**

24. **Exhibit R67** is the Second Rebuttal Report of Melissa C. Snelson, dated June 1, 2004 (Depo. Ex. 399); **(FILED UNDER SEAL)**

25. **Exhibit R68** are TCM's construction drawings for the Homestead Collection at Centennial Crossing (Depo. Ex. 5A); **(FILED UNDER SEAL)**

26. **Exhibit R69** is a Jurisdictional Transfer Agreement dated February 28, 2000, from BSB to TCM regarding the Homestead Subdivision in Aurora, Illinois (Depo. Ex. 4); **(FILED UNDER SEAL)**

27. **Exhibit R70** is a facsimile from Chris Jorgensen to Art Plante dated May 23, 2000 regarding BSB's agreement with TCM regarding the Homestead Collection (Depo. Ex. 34); **(FILED UNDER SEAL)**

28. **Exhibit R71** is a memorandum from Mike Ryan to Tom Ryan, with attachments, regarding the Noggle Farm property in Illinois, dated May 20, 1999 (Depo. Ex. 287A); **(FILED UNDER SEAL)**

29. **Exhibit R72** is a memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, Mike Creed dated January 5, 2000 regarding the Aurora Back-to-Back Towns (Depo. Ex. 269); **(FILED UNDER SEAL)**

30. **Exhibit R73** is a November 29, 2000 memorandum from Chris Jorgensen to Art Plante attaching an agreement between BSB and TCM regarding the Paulson Property (Depo. Ex. 47); **(FILED UNDER SEAL)**

31. **Exhibit R74** is an email communication from Beth Miller to Dan Geegan attaching a list of changes from Centennial Crossings to Harvest Hills, dated December 12, 2001 (Depo. Ex. 88); **(FILED UNDER SEAL)**

32. **Exhibit R75** is an excerpt from TCM's "Harvest Hills Guidebook," pages Bates no. D39877, D40237-D40266; **(FILED UNDER SEAL)**

33. **Exhibit R76** is a script entitled, "Harvest Hills City of Plymouth Planning & Zoing, June 6, 2001," Bates no. D16570-16583; **(Bate no. D16583 FILED UNDER SEAL)**

34. **Exhibit R79** is an email communication from Mike Ryan to Bill Anner and others discussing the Paulson property, dated November 22, 2000 (Depo. Ex. 301); **(FILED UNDER SEAL)**

35. **Exhibit R80** is TCM's Proposed Preliminary Plat for Harvest Hills submitted to the City of Plymouth, dated December, 2000, Bates no. D17859-17871; **(FILED UNDER SEAL)**

36. **Exhibit R81** is a document entitled "Harvest Hills Townhome Affordability," Bate no. D16699; **(FILED UNDER SEAL)**

37. **Exhibit R82** is a facsimile from Chris Jorgensen to Art Plante dated January 18, 2001 attaching BSB's agreement with Town & Country Homes' Minnesota Division for the Homestead Collection at Cornerstone Lake, dated January 18, 2001, Bates No. BSB00925-936; **(FILED UNDER SEAL)**

38. **Exhibit R83** is an Edina Realty "Competition Shop" memorandum regarding the Cornerstone Lake development in Lakeville, Bates no. D39265-39353; **(FILED UNDER SEAL)**

39. **Exhibit R84** is Rottlund's Vermillion Grove marketing materials, including elevations and floor plans, Bates no. D39282-290; **(FILED UNDER SEAL)**

40. **Exhibit R85** is an agreement between BSB and TCM regarding TCM's Homestead Collection at Stone's Throw in Lakeville, Minnesota (Depo. Ex. 40); **(FILED UNDER SEAL)**

41. **Exhibit R86** is a facsimile from Chris Jorgensen to Art Plante and Steve Sandelin dated April 30, 2001, attaching BSB's agreement with TCM for its Homestead Collection at Heritage Square in Shakopee, Minnesota (Depo. Ex. 39); **(FILED UNDER SEAL)**

42. **Exhibit R87** is a New Community Planning Meeting memorandum from Krista Flemming to Art Plante and others (Depo. Ex. 311); **(FILED UNDER SEAL)**

43. **Exhibit R88** is a November 10, 2000 memorandum from Scott McMahon to Art Plante and others attaching TCM's Proposed Preliminary Plat for Heritage Square, submitted to the City of Shakopee, dated December 2000, Bates no. D16981-16999; **(FILED UNDER SEAL)**

44. **Exhibit R90** is a facsimile with attachments from Steve Sandelin to Larry Moore, dated July 9, 2001, Bates no. BSB01931-35 (Depo. Ex. 11); **(FILED UNDER SEAL)**

45. **Exhibit R91** is a facsimile with attachments from Steve Sandelin to Larry Moore, dated July 9, 2001, Bates no. PINN02788-92 (Depo. Ex. 11A); **(FILED UNDER SEAL)**

46. **Exhibit R93** is correspondence from Art Plante to Dean Karau dated July 16, 2001, Bate no. BSB01930 (Depo. Ex. 41); **(FILED UNDER SEAL)**

47. **Exhibit R94** is correspondence from Art Plante to Dean Karau dated July 16, 2001, Bate no. PINN 02786 (Depo. Ex. 41a); **(FILED UNDER SEAL)**

48. **Exhibit R96** is a March 12, 2002 letter from Krista Flemming to Kevin Ringwald, City Planner for the City of Chaska, submitting a Concept Plan Review proposal for

TCM's Traditions at Clover Field in Chaska, Minnesota, dated March 12, 2002, Bates no. D31393-31429; **(FILED UNDER SEAL)**

49. **Exhibit R98** is TCM's Proposed Concept Plan Review for Traditions at Clover Ridge in Chaska, Minnesota, dated April 15, 2002; **(FILED UNDER SEAL)**

50. **Exhibit R99** is a City of Chaska Resolution, No. 02-36, approving TCM's Concept Plan Review for its Traditions at Clover Ridge development project dated May 20, 2002, Bates no. D31498-31503; **(FILED UNDER SEAL)**

51. **Exhibit R100** is a May 10, 2002 facsimile from Chris Jorgensen to Art Plante attaching BSB's proposal for reuse and modification regarding the Homestead Collection project for TCM's Traditions at Clover Ridge, dated May 10, 2002, Bates no. D34909-34919; **(FILED UNDER SEAL)**

52. **Exhibit R101** is a June 12, 2002 facsimile from Timothy Johnson to Beth Miller enclosing comments to the attached proposal regarding the Homestead Collection at Traditions at Clover Ridge project, dated May 10, 2002, Bates no. BSB 03677-3689; **(FILED UNDER SEAL)**

53. **Exhibit R102** is a memorandum from Krista Novack to Art Plante and others regarding a New Community Team Meeting, dated September 17, 2002 (Depo. Ex. 306); **(FILED UNDER SEAL)**

54. **Exhibit R103** is a memorandum from Krista Flemming to Art Plante and others regarding a New Community Planning Meeting, dated December 10, 2002 (Depo. Ex. 314); **(FILED UNDER SEAL)**

55. **Exhibit R104** is a document entitled "Resolution Requirements – Traditions," and a Request for Action memorandum dated October 21, 2002 and submitted to the Chaska City Council by TCM, Bates no. D34817-820; **(FILED UNDER SEAL)**

56. **Exhibit R107** is TCM's Proposed Preliminary Plat/Site Plan Review for Pinebrook submitted to the City of Brooklyn Park, Minnesota, dated August 1, 2002 (Bates no. D33281-284); **(FILED UNDER SEAL)**

57. **Exhibit R108** is correspondence from Krista Flemming to City of Brooklyn Park dated March 21, 2003, regarding "architectural revisions" to TCM's Pinebrook development project, Bates no. D33269-270; **(FILED UNDER SEAL)**

58. **Exhibit R109** is a Request for Action submitted by TCM to the City of Brooklyn Park regarding TCM's Pinebrook Homestead Collection development project, dated October 14, 2002, Bates no. D33188-201; **(FILED UNDER SEAL)**

59. **Exhibit R110** is an email communication from Tim Johnson to Wynne Stevens regarding Pinebrook and Park Square, Homestead Collection, dated October 21, 2002, Bates no. D35201-203; **(FILED UNDER SEAL)**

60. **Exhibit R111** is a facsimile from Krista Flemming to Cindy Sherman, City of Brooklyn Park, dated October 18, 2002 regarding attached proposed changes to the architecture for Pinebrook, Bates no. D33317-318; **(FILED UNDER SEAL)**

61. **Exhibit R112** is correspondence from Krista Flemming to Howard Blin, City of Brooklyn Park, regarding "architectural revisions" to Pinebrook, dated October 25, 2002, with attached rendering, Bates no. D33320-321; **(FILED UNDER SEAL)**

62. **Exhibit R113** is correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, regarding Traditions at Clover Ridge and Final Plat Application, dated November 12, 2002, Bates no. D31436-37; **(FILED UNDER SEAL)**

63. **Exhibit R115** is an email communication from Tim Johnson to Chris Jorgensen regarding "Clusters – RE: Document Transfer," dated December 12, 2002 (Depo. Ex. 94); **(FILED UNDER SEAL)**

64. **Exhibit R116** is an email communication from Chris Jorgensen to Tim Johnson and Larry Moore regarding "Homestead Collection – License for Use & Transfer of CAD Files," dated December 18, 2002 (Depo. Ex. 130); **(FILED UNDER SEAL)**

65. **Exhibit R117** is an email communication from Farnham to Holly Newman, Esq., dated December 20, 2002 with copies to Chris Jorgensen and Jim Grundmeier forwarding a proposed agreement between BSB and TCM for the License for Use & Transfer of CAD files for the Homestead Collection, Springbrook and Providence Pointe development projects, dated December, 2002 (Depo. Ex. 60); **(FILED UNDER SEAL)**

66. **Exhibit R118** is the City of Brooklyn Park Planning Staff Report dated April 9, 2003 regarding TCM's revised building elevations for the Homestead Collection at Pinebrook Commons, Brooklyn Park, Minnesota, Bates no. D33166-170; **(FILED UNDER SEAL)**

67. **Exhibit R119** is a memorandum from Krista Flemming to Kevin Ringwald, City of Chaska, dated April 4, 2003, regarding Traditions at Clover Ridge – Revised Architecture, Bate no. D31544; **(FILED UNDER SEAL)**

68. **Exhibit R120** is a Proposal for Professional Services for Pinebrook Development, dated January 23, 2003, from Tushie-Montgomery & Associates, Inc., Bates no. D34624-628; **(FILED UNDER SEAL)**

69. **Exhibit R123** is a letter of transmittal from Tim Johnson to Beth Miller dated July 3, 2002 regarding attached sprinkler room plan and building code information (Depo. Ex. 379); **(FILED UNDER SEAL)**

70. **Exhibit R126** is the Rebuttal Report of Cobb & Associates, Ltd., dated May 14, 2004 (Depo. Ex. 412); **(FILED UNDER SEAL)**

71. **Exhibit R130** is the Affidavit of Melissa Snelson, dated September 1, 2004; **(EXHIBIT A FILED UNDER SEAL)**

72. **Exhibit R131** is the Affidavit of Chris Jorgensen in Support of Third-Party Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.'s Motion for Partial Summary Judgment Against Third-Party Plaintiff Town & Country Homes, Inc., with Exhibits 1-7, dated September 2, 2003; **(FILED UNDER SEAL)**

73. **Exhibit R133** is Magistrate Judge Susan R. Nelson's July 10, 2003 Order regarding Plaintiff's Motion to Amend its Third Amended Complaint, Plaintiff's Fourth Motion to Compel Discovery from Defendants, and Plaintiff's Motion to Compel Discovery from Third-Party Defendant BSB; **(FILED UNDER SEAL)**

74. **Exhibit R134** is the Supplemental Accountants' Report by Joseph D. Kenyon, dated April 15, 2004 (Depo. Ex. 433); **(FILED UNDER SEAL)**

75. **Exhibit R139** is a Market Overview Report for TCM's Lakeville Townhome Sites, prepared by Conhaim Associates, Inc., dated January 25, 1999 (Depo. Ex. 217); **(FILED UNDER SEAL)**

76. **Exhibit R140** is an Edina Realty "Competition Shop" memorandum dated September 6, 1999, attaching competitor marketing materials, for TCM's Homestead Collection in Maple Grove and Plymouth, Minnesota, Bates no. D38894-38909; **(FILED UNDER SEAL)**;

77. **Exhibit R145** is undated correspondence from Dan Geegan to Chris Jorgensen, Bates no. BSB 04661 (Depo. Ex. 242) **(FILED UNDER SEAL)**;

78. **Exhibit R146** is a Letter of Transmittal with attachments from Tim Johnson to Beth Miller, dated July 3, 2002 and Bates numbered BSB 00974-978 (Depo. Ex. 90) **(FILED UNDER SEAL)**;

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

___ Item Under Seal* (Document number of protective order: 9; 205 (Addendum)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2143169v1