# Exhibit R18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes,
a Minnesota corporation,
Plaintiff,

vs. Case No. 01-CV-1980 (DSD/SRN)

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, and
Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,
Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF STEPHEN T. SWANSON

(The following is the deposition of STEPHEN T. SWANSON, taken pursuant to Agreement of Counsel, at the offices of Fredrikson & Byron, 4000 Pillsbury Center, 200 South Sixth Street, in the city of Minneapolis, state of Minnesota, commencing at approximately 9:01 o'clock a.m., July 31, 2003.)

simplify that. I think that is a complicated question.
BY MR. PATRICK:
Q. There's a defendant here, Pinnacle Corporation. Do you know whether or not they have ever had any access to Rottlund's homes?
A. I mean, I don't know.
Q. Okay. There's a defendant here, Town & Country Homes of Minnesota. Do you know whether or not they have ever had any access to Rottlund's products?
A. Rottlund's products? Well I could -- There is an example that I could give shortly after I became production manager, and this would have been a couple years, I -- I do recall an instance where the -- I believe Rott -- Town & Country had just come to town and one of our -- what used to be a colleague of ours, he was a -- of mine, he was a former Rottlund employee, was on one of our job sites when I happened to be there in my capacity as production manager, and he came up with the sole purpose of getting our vendor list from us. He asked for that. He didn't ask -- He didn't ask that of me, but he did ask it of the field superintendent who was in the trailer and I happened to be in the background.
Q. Do you remember who this fellow was?

A. Yes, I do.
Q. What was his name?
A. Mike Burton.
Q. Okay. And he asked for a vendor list, a list of Rottlund's vendors.
MR. FARMER: Could you spell that, "Mike"?
THE WITNESS: I'm guessing B-U-R-T-O-N, I believe.
Q. He came on site, he asked for a list of Rottlund's vendors?
A. Yes, he did.
Q. Okay. And it's your understanding that at that time he was employed by Town & Country Homes?
A. He volunteered that, yes.
Q. Okay.
A. And that was his assignment for the week or the day or the -- whatever the case may be.
Q. Did he say why he wanted it?
A. Basically that that was his directive, that he was -- just had gotten hired by Town & Country, what else did he say? Again I know of him because he worked for Rottlund at the same time I was employed by Rottlund. And that -- I remember he was be -- he was excited. I think he made mention that he would have been, had he had some computer knowledge or

background, he would have been a vice-president of operations instead of just simply a production manager in this case.

Q. What date are we talking about?

A. I can tell you exactly where it was. I believe it probably would have been '94, give or take a year. It was in a site in Apple Valley, and if memory serves me right that site would have been Green Leaf.

Q. Is the Villa product built in that development?

A. No.

Q. Okay. Did he get a list of vendors?

A. Well no, he did not.

Q. Are you aware of any other instances in which Town & Country Homes of Minnesota had access to Rottlund's copyrighted products?

A. No, I don't.

Q. Okay. Are you aware of any instances in which Bloodgood Sharp Buster had any -- had any access to Rottlund's copyrighted products?

A. No.

Q. Do you know who Bloodgood Sharp Buster is?

A. No, I don't.

Q. Have you ever heard the name before I introduced myself to you at the beginning of the deposition?

A. No.

Q. I think you answered my next question, but let me ask it anyway. Rough -- Rough plumbing, was that in?
A. No.
Q. Okay. Electric, was that in?
A. No.
Q. Okay. Fairly skeletal inside.
A. Yes.
Q. But the roof was finished.
A. Yes.
Q. Okay. Let me ask you this. It's my understanding that developers, people who work for developers will tour the products that their competitors build. Is that your understanding as well?
A. Not in my capacity. I mean, I don't do that.
Q. Okay. Are you aware that other people at Rottlund do that?
A. I'm not aware of it.
Q. Okay. But you don't do it.
A. Well I -- I from time to time will go through a project to identify if there's some overlapping in vendors, say in the spring of the year and we're waiting for driveways on 50 buildings or 50 units and I know that that vendor's also doing work for Town &

Country, I will go over there.
Q. Make sure that the vendor isn't servicing them at your expense.
A. Absolutely.
Q. Okay. And that's sort of the only goal that you have when you go around is just to check up on your vendors?
A. Yeah, and sometimes to see how -- how they're doing in the -- the sequence of things, where they're at. Sometimes I look to see how tidy they are, how clean.
Q. You want to see how Rottlund's procedures compare to the other developers' procedures.
A. Not procedures, no. It wouldn't be procedures, that would be the wrong word.
Q. Okay. What would you say?
A. I would say just how clean they are. Are the streets clean? Is the lumber picked up? Those would be the -- Curb appeal. That would be what I would be looking for, that would be part of my job.
Q. The curb appeal of the project as a whole.
A. Yes.
Q. Okay. During construction, not curb appeal of the finished product.
A. Correct.

Q. And in '97 as best you recall, how many of those were you supervising?
A. As?
Q. When you became senior.
A. When I became senior production manager my immediate responsibilities, my numbers went down.
Q. Okay.
A. Because I had half the geography.
Q. Well in 1997 how many project managers were there at Rottlund?
A. I would say seven or eight. Six, seven or eight.
Q. Six, seven or eight. How many are there today?
A. There's probably seven or eight.
Q. Has that number fluctuated much between '97 and 2003; was there any point when it was 12 or 13?
A. No. No.
Q. Okay. What's the next rung on the ladder after that?
A. Would be a field superintendent.
Q. Same question. In 1997, how many field superintendents were there?
A. Company-wide or just under my watch? Company-wide?
Q. Well, that's a good point. When you referred to

six, seven or eight project managers, were those --
A. Company-wide.
Q. That was company-wide.
A. Yes.
Q. How about company-wide field superintendents?
A. I would say 20, 22.
Q. And how many today?
A. About the same amount.
Q. And again that's a category that hasn't spiked or decreased at any point between '97 and 2003?
A. It has --
It has maybe grown probably by four positions is all.
Q. Well you said there were 20 to 22 --
A. Yeah.
Q. -- in '97 and about 20 to 22 today; correct?
A. Yeah. I mean, I -- I could get a list, maybe be a little bit more accurate with the numbers.
Q. What's the next rung on the ladder?
A. Well that would be an assistant superintendent.
Q. Roughly how many of those were there in '97, company-wide?
A. I would say there was probably 12 to 14.
Q. What about today?
A. That number has increased. We have probably

increased that twofold.
Q. So 24 to 28?
A. Yep.
Q. And why is that?
A. We have gotten --
The project managers, and specifically the field superintendents are able to manage more and we have given them more support help so they have taken on, in some case not just a single product line within a project, but they've taken on multiple product lines, and they can do that if they have two or three support people.
Q. And then who is below the assistant superintendent?
A. Well we don't -- we don't have anybody as an employee below them.
Q. Now if I'm correct you have personal relationships or business relationships with vendors, but you are not the person at Rottlund who contracts with those vendors; correct?
A. That is correct.
Q. Would you describe as best you can what your role or relationship is with vendors generally as -- as senior production manager?
A. Well I want -- I guess I would call them

production department and what their names were on any given -- if you wanted to go back to '95, '96, '97.

Q. Is there a report --

A. I do not keep them.

Q. Is there a report that human resources could run that would give you that information?

A. I'm not sure.

Q. Do you get this list of the current employees on a periodic basis in your role as senior production manager?

A. Yes.

Q. Do you know when the last time you got that list was?

A. The last update, I believe, was June 17th.

Q. Of 2003.

A. Correct, yes.

Q. I don't want to put words in your mouth, I just want to make sure I understand your testimony. I think you said that each field superintendent used to only work on a particular product within a development; is that correct?

A. Yes, that is accurate and correct.

Q. Okay. And that when you increased the number of assistant superintendents that enabled the field

superintendents to work on more than one product but still within the same development; is that correct?
A. Yes.
Q. Okay. In order to have --
So whenever Rottlund starts a new development it has to have, currently, a field -- at least one field superintendent for each development; is that correct?
A. Yes.
Q. When was the change made to allow a field superintendent to work on more than one product within the development?
A. I don't know that there was ever -- There was never a hard, fast, etched-in-stone rule. It's more cer -- various people have various capacities. Some of them are able to handle a bigger work load than others. It used to be, before I became a production manager, that it was -- it was pretty -- you had one superintendent on, you know, one project, sometimes just one product line within the project. Sometimes the projects just are one singular product line. We have taken some of our stronger people and made them -- you know, given them more of a work load within the project. In very rare circumstances would we make them cover two projects, and then of course they geographically would have to be in very close

than one product within a project, is that an
accurate character --
A. Yeah, I think that -- I'd like to think that as
I've been the production manager, I mean, we have --
I've gotten -- I think that I've done a pretty good
job identifying everybody and their capabilities and
then giving them support to do it. I think that I
personally will -- will take some credit, and I -- I
feel good about it. I think that's one of my --
personally one of my strong suits is people, working
with people and getting the best and optimum
performance out of each and every one of them in a
given situation, so...
Q. Does a project manager work on more than one
project currently?
A. No.
Q. And again, for example, The Reserve is a
project, as you used the term, so there is one
project manager for The Reserve who isn't the project
manager for any other ongoing projects.
A. That is correct.
Q. Okay. Does --
Do you know how many projects Rottlund had
ongoing in 1997 when you became senior product
manager?

A. You know, I'd have to guess between -- it's got to be 16 to 20 individual, as I would refer to them as projects. These are standalone. It's in St. Louis Park. I mean there's times where you could have, which we did, two projects within the City of Maple Grove, an Elm Creek Bluff plus Maple Lakes. I would consider those two projects.

Q. Okay. So taking each project, even if there were multiple projects within a city as individual projects, you believe in 1997 there were between 16 and 20 projects going on by Rottlund; is that correct?

A. Different sites, different project sites.

Q. Do you know how many are currently going on?

A. From '97?

Q. No, no, today. How many projects are currently going on?

A. Probably a similar number, maybe a couple more.

Q. One to two more, four?

A. Two to four.

Q. Two to four more.

A. Yeah.

Q. Okay. Between 1997 and today has that number of projects stayed relatively consistent?

A. I would say yes to that.

Q. So in each year between 1997 and 2003 there's been roughly 16 to 20 total projects going on by Rottlund.
A. Without doing a -- you know, some research I would say that that -- that is -- that is accurate.
Q. And that's something you'd know as senior production manager. You're managing all of these people who are managing all of the individual --
A. Yes.
Q. If each project has one project manager and there are 16 to twenty -- I'm just trying to figure it out -- and there are 16 to 20 or you think maybe two to four more, so let's say 18 to 24 current projects going on, how could each project have a project manager?
A. It doesn't. And I don't -- If that was misunderstood, I'm sorry. Not every project requires the expertise of a project manager.
Q. Okay. So some projects have no project manager.
A. That's correct.
Q. Okay. But a project manager only works on one project at a time.
A. There might be, in a rare case he's cleaning one up and starting a new one.
Q. But the idea is the project manager's working on

one project at a time.
A. That would be the intent, yes.
Q. Okay. But some projects don't have any project managers.
A. Yes.
Q. Okay.
A. That is correct.
Q. Is there some calculus to determine whether or not a project has a project manager or not?
A. It depends on a number of factors and criteria. It depends on --
Q. You make the decision; right?
A. Yes, I do make the decision.
Q. Okay. And you evaluate whether or not a project needs a project manager or not.
A. Yes, I do.
Q. When you said that 16 -- I'm sorry, adding the two to four -- 18 to 24 current projects are going on, is that going on all at one time, or does that mean over the course of 2003, some are ending, some are starting, but the total number if you added them all up is 18 to 24?
A. Snapshot as of today, yes.
Q. There are 18 to 24.
A. Yes.

Q. And if you took a snapshot in 1997, you believe the number would be somewhere in the range of 16 to 20.

A. I think that that would be fair, without looking -- specifically drilling into that. That would be fair.

Q. Okay. I'm just trying to figure out if that number is within a year or at a snapshot in time, and the answer is that's a snapshot in time.

A. Yes.

Q. Okay. Does --

I apologize if you've already answered this question. I'm trying to keep all the testimony in my head at one time as -- and I'm sure you are.

Have you ever been through a completed Town & Country Home back-to-back townhome?

A. No.

Q. Have you ever seen the interior units of Town & Country Homes' back-to-back product?

A. No, I haven't.

Q. Okay. And you testified that the -- the framed-in one you went through was an exterior unit; is that correct? An end unit.

A. Yes.

Q. Okay. As contrasted from the non-end or

-- I would have to say you'd need to talk to Russ Tesar on that.

Q. Okay. Give me an example of a development where you managed the personnel on the development.

A. The biggest one that we're currently doing would be The Reserve in Plymouth.

Q. Okay. How many field superintendents work in The Reserve development?

A. Let's see, we have a total of 14 up there. We have one project manager, another one that would be capable of being a project manager, we have five superintendents, one project manager, and the balance would be we have eight or nine assistants.

Q. Fourteen people total, --

A. Yes.

Q. -- from that you take one project manager, leaves 13.

A. Right.

Q. And you think how many field superintendents?

A. Four superintendents. One project manager, four superintendents, --

Q. And the balance in assistants.

A. Okay. And nine -- And nine assistants.

Q. Okay. Any other developments you're currently supervising?

have capacity to build?

MR. KRUMMEN: Objection, foundation.

Q. I think you can answer the question if you know.

A. Well, I mean, I don't really know. I mean yeah, I think it would be -- we're set up -- I mean as a company right now we're just -- we're growing by small increments. I think to ask any business, whether it's related to homebuilding or building semiconductors or whatever, do you think that in one single year you could double your capacity? I just don't think that's even plausible in the real world. I don't. I mean, so why aren't we building 2,000? We may get there, we may not. I'm not driving the bus. I don't know. But, you know, that's -- especially something that's involved as homebuilding, I mean you can't -- you can't overnight just go from 300 to 600. It's just physically impossible. Just is not going to happen ever.

Q. Is it also fair to say that if you were going to build 1500, 2000 units you'd need more project managers, would that be fair to say?

A. Yes.

Q. You'd need more field superintendents, would that be fair to say?

A. Yes.

Q. You'd need more assistant field superintendents, would that be fair to say?
A. Umm-hmm. Yes.
Q. If you were going to build 1500 units would they need another of you, another senior project or product manager?
A. Yes, they would.
Q. Okay. And is it also fair to say that it's just hard to find qualified people to do this?
A. I think that we've -- I can't speak for somebody, like, in my capacity because I'm not my boss hiring me, okay. I think that we as a company, especially the last four, five, six years have done -- been very successful and we train, I think I had mentioned earlier that I think it's been seven years since we'd hired a superintendent in that capacity. We will train. And we lose some of the kids. You know, I'll call them kids because of my age. But we -- we've been real successful with that. They don't come with us with any bad habits, we take them right out of school and we just nurture them along and, you know, some -- everybody's different. Everybody's got different capacities. There's a couple guys out there that have been with us a year and a half, I would have no reservation whatsoever giving them a

project by themselves as a superintendent. There's two of them that stand out.

Q. But it's been awhile since you hired a new field superintendent.

A. I would say at least six to possibly seven years. Otherwise we just culture them --

Q. And the reason is --

A. -- ourselves.

Q. And the reason it's been awhile is because right now you have enough personnel to supervise the capacity -- the number of units that you're building?

A. Yes.

Q. You're not overstaffed; are you?

A. No, we are not overstaffed. The flip side of that, we are not understaffed.

Q. You have the people you need to build the number of units you build; correct?

A. Correct.

Q. Okay.

MR. PATRICK: Nothing further.

THE WITNESS: All right.

MR. KRUMMEN: We will read and sign. Thank you.

(Deposition concluded at approximately 12:49 p.m.)

Exhibit R19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
- - - - - - - - - - - - - - - - - - - - - - - - - - -
The Rottlund Company, Inc.d/b/a Rottlund Homes,
a Minnesota corporation, Plaintiff,
vs. Case No. 01-CV-1980Pinnacle Corpora
d/b/a Town & Country Homes,an Illinois Corporation, and
Town & Country Homes, Inc.,a Minnesota Corporation, and
Bloodgood Sharp BusterArchitects & Planners of Iowa,
Inc., an Iowa corporation, Defendants,
andTown & Country Homes, Inc.,
a Minnesota corporation, Third-Party Plaintiff,
vs.Bloodgood Sharp Buster
Architects & Planners of Iowa,Inc., an Iowa corporation,
Third-Party Defendant.- - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF TIMOTHY M. WHITTEN 30(b)(6) VOLUME

(The following is the 30(b)(6) deposition of TIMOTHY M. WHITTEN, taken pursuant to Notice of Taking Deposition, at the offices of Moore, Costello & Hart, 1400 Fifth Street Center, 55 East Fifth Street, in the city of St. Paul, state of Minnesota, commencing at approximately 8:12 o'clock a.m., May 28, 2003.)

construction documents?
Q. Well tell me how the process works.
A. Schematic design, then goes to design development, it then goes to construction documents.
Q. And we started with concept drawings first before the schematic designs; correct?
A. Yes.
Q. How long did that entire process take?
MR. KRUMMEN: Object to the form of the question.
MR. FARMER: Sure.
MR. KRUMMEN: Make sure you understand the process he's asking about and then you may answer.
MR. FARMER: Sure.
Q. And let me -- let me restate that process. It's the process that you just set out, taking this Villa vision from concept drawing through the three additional steps you named. How long did that process take?
A. I'd say from nine months to a year.
Q. And when was this pro -- Excuse me.
When was this project finished?
A. I don't recall.
Q. You started -- You started it in 1986?
A. Right.

A. I looked at some things that could be added to the building that would be what we call a perceived value, meaning that for a modest amount of cost you can create the greatest amount of image to the buyer. So I added some gables to the fronts of the buildings. Before the units were a shed roof, here I added some --

Q. Now when you said you added some, you're referring to added -- added them to the designs for the Original Villa; is that correct?

A. It's -- In concept that's right, yeah.

Q. Did you use the Original Villa design as a starting point for your New Villa work?

A. Yes.

Q. Did you use any design as a starting point for your Original Villa work?

MR. KRUMMEN: I object as vague.

A. No.

Q. So is this -- was the Original Villa a design that -- that came from whole cloth and two meetings with Bud Rotter?

A. Yes.

Q. How long did the design process for the New Villa take?

A. I don't recall.

Q. It involved the same stages that we discussed with the Original Villa, correct, from concepts through construction drawings?
A. Yes.
Q. Any reason to believe it -- it took markedly -- a markedly longer or shorter period than the Original Villa?
A. Probably somewhat shorter.
Q. And I may have asked you this, and I apologize if I have. Did Rottlund have land ready to go for this new -- the New Villa project?
A. I don't recall if they did.
Q. How -- How did Rottlund compensate Whitten and associates for the New Villa designs?
A. I don't recall specifically, but it was something similar to the agreement that we had with AFI where I'd have some base fee and then it was on a per-unit basis from that point on.
Q. Between --
Between 1986 and the time you joined Rottlund in 1995 were you involved in any partnerships or business relationships with Rottlund other than the work you did for them with AFI and with Whitten and associates?
A. A partnership with Rottlund, no.

to six months, right in there.
Q. And that's just for the concepts?
A. Yeah, that's length of time as opposed to hours. I have other functions in the company, so...
Q. How many hours would you imagine it took you to do the Villa II concepts?
A. That'd be hard to answer.
Q. How did --
You weren't charging Rottlund for your time on an hourly basis for that work on the Villa II's; were you?
A. I was an employee.
Q. Correct. So how was -- how was your cost accounted for?
A. I was a salaried employee.
Q. If I want to determine what it cost Rottlund to design the Villa II, do you know how I would do that?
A. Of just my time?
Q. Well you're the only one who designed it creatively; correct?
A. Right. We would have to determine the portion of my time and the length of time and -- and portion that with my annual income, I guess.
Q. Did it take you more or less hours to do the concepts for the Villa II than it did for the New

Villa?
A. Slightly less I would guess.
Q. Did it take you fewer hours or more hours to do the concepts for the Villa II than the Original Villa?
A. More or less time?
Q. Right, hours.
A. Slightly less.
Q. So there wasn't a big reduction in the amount of time it took to go from the whole cloth Original Villa to the next generation and the third-generation Villas; is that accurate?
A. I would say that there's -- there was a jump, more of a jump to the generation of the Villa II than there was from Original Villas to New Villas, so that would have been the least amount of time of the three, so it would go more time probably -- well a similar amount of time for the Original as the New, or the -- I'm sorry, with the Villa II's, and the New would fit someplace in between.
Q. Now what type of villa were you testifying to in the Iowa litigation; what type of Rottlund Villa was that?
A. Yeah, I can't recall whether that was the Original or the New Villa.

believe so.

Q When did Rottlund design the third bedroom option for the Villa II?

A Initially.

Q What do you mean by initially?

A I remember drawing it up as a concept, one of the options when I designed it.

Q Was a third bedroom option included in the plans for the Villa II at Rush Creek?

A I'm not sure. It may have been. It may have been an option offered to the buyers.

Q You've reviewed the material that was deposited to the copyright office as attached to Exhibit C, is that correct?

A Exhibit C? The question again? I'm sorry.

Q You reviewed the architectural plans that are attached that were deposited with the copyright material with Exhibit C, is that correct?

A I don't know if I -- I would have reviewed it but I don't know if I have recently.

Q We went through them in your last deposition, is that correct?

A I'm sorry. Say that again.

Q Yeah. I'm sorry. We went through them at

Exhibit R20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota corporation, Case No. 01-CV-1980 (DSD/SRN)

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois corporation, and Town & Country Homes, Inc., a Minnesota corporation, and Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF TIMOTHY M. WHITTEN (Individual)
Pages 1 - 99

(The following is the deposition of TIMOTHY M. WHITTEN taken pursuant to Notice of Taking Deposition at the offices of Fredrikson & Byron, 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, Minnesota commencing at 2:45 p.m. on August 14, 2003.)

MR. KRUMMEN: Asked and answered.

A Have we gone through that in prior testimony? So I stand on my past testimony.

BY MR. MURDOCK:

Q It is what it is. I just can't remember what you said for convenience sake.

A They are substantially similar to each other, yes.

Q Can you mark this as the next one?

(Exhibit 207 marked.)

BY MR. MURDOCK:

Q Do you recognize Exhibit 207?

A Yes.

Q Can you tell me what this is?

A This would be a New Villa.

Q And these are drawings which were deposited with the copyright office securing copyright VAu 268404 for the New Villa, is that right?

A Appears so, yes.

Q And is the New Villa substantially similar to the Villa and Villa II?

MR. KRUMMEN: Asked and answered.

A Yes.

BY MR. MURDOCK: