Exhibit R21

AUG. 30. 2002 12:33PM ROTTLUND HOMES No. 562

# CERTIFICATE OF REGISTRATION

STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VAu 268 404

VA VAU

EFFECTIVE DATE OF REGISTRATION

OCT 0 5 1993

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

New Villas Units A / B

NATURE OF THIS WORK ▼ See instructions

Architectural Plans/ Technical Drawings

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a**

NAME OF AUTHOR ▼

The Rottlund Company, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ NA Year Died ▼ NA

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☒ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

05881 1710

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1991 ◀ Year
This information must be given in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Rottlund Company, Inc.
5201 East River Road Suite 301
Fridley, MN 55421

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED
OCT 05 1993

ONE DEPOSIT RECEIVED
OCT 05 1993

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

RCI001245

AUG. 30. 2002 12:33PM NO. 5021 P. 5

VAu 268 404

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number Year of Registration

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

NA

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

NA

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name Account Number

NA

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Jana Mullenbach
The Rottlund Company, Inc.
5201 East River Road Suite 301
Fridley, MN 55421

Area Code and Telephone Number 612-571-0304

Be sure to give your daytime phone number

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of The Rottlund Company, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

John J. Dierbeck Vice President of Sales and Marketing date 10/01/93

Handwritten signature (X) [signature]

**9**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name
Jana Mullenbach
The Rottlund Company, Inc.

Number/Street/Apartment Number
5201 East River Road Suite 301

City/State/ZIP
Fridley, MN 55421

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—400,000

*U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,001

RCI001246

# FILED UNDER SEAL

Exhibit R22

Exhibit R23

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

---

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois corporation, and
Town & Country Homes, Inc.,
a Minnesota corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

---

Videotaped Deposition of
LARRY MOORE
Thursday, September 4, 2003
9:40 a.m.

the Town & Country end.

Q. And in terms of your involvement with design development, was Steve Sandelin involved from the Town & Country end?

A. Specifically, I can't rem- -- I can't remember of any instance. But I -- I guess he probably was. I'd be guessing, but it --

Q. Do you know who was involved from the Town & Country end or anyone involved from the Town & Country end during the construction document phase for the Homestead Collection?

A. Other than the people I've already mentioned, no, I wouldn't know of any additional.

Q. Now, I believe you testified in your last deposition that you were the one that came up with the schematic designs for the Homestead Collection. Correct?

A. Correct.

Q. Were those designs derived from any other BSB of Iowa project?

A. They were derived from ideas that came out of our -- our marketing design file.

Q. Okay. Which marketing design file?

A. Which marketing design file? The design -- the design file -- the marketing design file in our

marketing department. That's one large collection of files for all of our company, for resource we have.

Q. And I think we covered that the last time, so let me get more specific this time. Did you look at any marketing designs from Sandburg Village, a development in Chicago, Illinois?

A. I don't recognize that name.

Q. How about a four-wheel -- a fourplex pinwheel built by Kimball Hill, did you look at that material when you were working on the schematic designs for the Homestead Collection?

A. I didn't specifically access it. But I know that project, so I didn't have to.

Q. And how is it that you know that Kimball Hill fourplex pinwheel project?

A. I've seen it in the design file, going through it for other projects.

Q. Was it built in the late '70s?

A. Couldn't tell you when it was built. I don't look at that data.

Q. Did it predate your start with BSB of Iowa, the design and construction of the Kimball Hill project? I'm talking about the pinwheel.

A. I don't know when it was built, so I don't

know if it predated it or not. I -- you know, I don't know.

Q. Let's get back to your earlier testimony. And I don't want to mischaracterize it, but I'm not sure if you looked at the Kimball Hill designs when you were working on the schematic design for the Homestead Collection or not. What happened in that regard?

A. In reference to the Kimball Hill?

Q. That's right. Did you look at the Kimball Hill designs when you were working on the schematic design phase for the Homestead Collection?

A. No, I don't think I did specifically for that.

Q. How about the Hemphill at Adare Farm designs, did you look at those when you were coming up with the schematic design for the Homestead Collection?

A. No, I don't think I did.

Q. How about the Coventry Court for Town & Country Homes, did you look at those designs when you came up with the Homestead Collection schematic design?

A. I don't remember those, no.

Q. How about the Streamwood project for Kirk

Corporation, did you look at those designs when you came up with the schematic design for the Homestead Collection?

A. I was familiar with those, but I did not access them.

Q. Now, let's -- I -- I think you said you were familiar with Kimball Hill's designs, and now you've told me you're familiar with the Streamwood designs, correct?

A. And -- and familiar in that I have seen them as I've gone through files, accessing them for -- for other marketing purposes. So I don't have a tremendous -- tremendous familiarity with it, but, yeah, I have seen those names.

Q. Okay. Did you derive the Homestead's schematic design from the Kimball Hill designs?

A. No.

Q. Did you derive the Homestead Collection schematic design from the Streamwood designs?

A. Specifically, no. Ideas came out of all of those projects, which, you know, were incorporated as far as ideas on how to assemble room locations and elements and things like that, so --

Q. When you say, "all of those projects," could you tell me which projects you're referring

to?

A. Well, specifically the ones that -- that I used and had in my files were Midland, Good Value Homes, Jerry's Homes. Those are the three I can remember off the top of my head.

Q. And those are the three that you gave me before. I think that there was a fourth back-to-back that you worked on, but it postdated your schematic design for the Homestead Collection. Let me make sure I get that right. DeMaria?

A. DeMaria.

Q. That was after the Homestead Collection, right?

A. Yes. Correct.

Q. Okay. So the ones you looked at were Midland, Good Value, and Jerry's Homes. DeMaria came later. Let me just keep working through this list, though. In terms of the Adare Farm and College Hill, did you have any reference point or opportunity to look at those designs --

A. Could I --

Q. -- during the schematic --

A. Could I --

Q. -- design process?

A. Excuse me. Could I see that list? Because

Q. It is -- it is substantially different. And the next question is, is the Homestead Collection substantially different than the Midland back-to-back townhome?

A. Yes.

Q. Is the Homestead Collection substantially different than the Jerry's Homes back-to-back townhome?

A. Yes.

Q. Why do you say that the Homestead Collection is substantially different than the Jerry's Homes back-to-back townhome?

MS. NEWMAN: Objection, form and foundation. Go ahead if you can make the comparison without those documents in front of you.

THE WITNESS: From what I can recall without the documents in front of me is that there are, once again, substantial differences to detailed items in the plan, to the elevations, materials, massing of the building, volumes, proportions of those. That's general. Without looking at drawings and comparing, you know, elements, I couldn't go into more break -- detail breakdown.

BY MR. KRUMMEN:

Q. Is the Homestead Collection more similar to

Midland or more similar to Rottlund's Villa II back-to-back townhomes?

MS. NEWMAN: Objection as to form and foundation. You can answer if you can do that without comparing documents.

MR. CARMICHAEL: Join in the objection as to the word "similar."

MS. NEWMAN: Go ahead.

THE WITNESS: I don't think you could categorize it more or less similar than -- than any one project. They all have their specific feel and collection, combination of elements that I think makes each one what it is; unique, if you want to call it that.

BY MR. KRUMMEN:

Q. Is the Homestead Collection more similar to Rottlund's Villa II back-to-back townhome or more similar to Jerry's Homes back-to-back townhome?

MS. NEWMAN: Same objections. Go ahead.

THE WITNESS: Since -- since we used our experience on the BSB projects, I would have to say it's more similar to -- to Jerry's Homes.

BY MR. KRUMMEN:

Q. So in your opinion, the Homestead Collection back-to-back townhome design is more

Value's back-to-back design versus Rottlund's Villa II design, correct?

MS. NEWMAN: Objection as to form and foundation. Go ahead.

THE WITNESS: Yeah, I would say it's more similar to Good Value.

BY MR. KRUMMEN:

Q. Now, you said you didn't have access to Rottlund's materials. Maybe I mischaracterized that, but is it your testimony that you didn't have access --

A. No.

Q. -- to anything of Rottlund's --

A. No. That's --

Q. -- when you designed the Homestead Collection?

A. That's not -- that's not a correct statement. We had access. We did not access them. We did not use them.

Q. When you say you had access, I believe that you told me in the last deposition that you toured Rottlund's Villa II during the schematic design phase for the Homestead Collection. Correct?

MS. NEWMAN: Objection as to the form of the question. I think it mischaracterizes the prior

MS. NEWMAN: Objection as to foundation. You can answer if you know.

THE WITNESS: I don't know if it's been produced in this -- since it's come to light, I mean, for me to see that and refresh my memory. I -- I don't know where that stands in this process.

BY MR. KRUMMEN:

Q. Can you sit here and testify with certainty that the competition product survey you received from Art Plante in May of '98 did not have any Rottlund materials in it?

A. Nothing I saw -- nothing I saw had Rottlund materials in it here.

MR. KRUMMEN: Move to strike the question. Could you read back my prior one, please.

THE REPORTER: Your last question?

MR. KRUMMEN: Move to strike the response. If you could read back my last question, please.

(The requested portion of the record was read by the reporter.)

MS. NEWMAN: Objection as to form. Go ahead and answer if you know.

THE WITNESS: I can't say for certainty what -- what was in it exactly.

BY MR. KRUMMEN:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes,
a Minnesota corporation,
Plaintiff,

vs. Case No. 01-CV-1980 (DSD/SRN)

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation,
Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,
Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF LARRY W. MOORE
VOLUME II, Pages 215 - 378

(The following is the deposition of LARRY W. MOORE, taken pursuant to Notice of Taking Deposition, by videotape, at the offices of Winthrop & Weinstine, 225 South Sixth Street, Suite 3500, in the city of Minneapolis, state of Minnesota, commencing at approximately 9:09 o'clock a.m., February 17, 2004.)

produce. Because at the time they were giving us the price the design wasn't done. So I think this was put together to say, here's the scope of what you have to do; it's a building of this size, it's a building of this many units and the units repeat, and that way Design Development was able to give us a price on what their services would cost.

Q. So you gave Exhibit 330 to Design Development, Inc.?

A. That's --

I believe that to be correct.

Q. So you gave Design Development, Inc. what you've admitted are Rottlund floor plans at the inception of this Midland townhome design process; is that fair?

A. As a guide or as a program guide for them to establish scope, yes.

Q. Did you give Design Development, Inc. any floor plans other than what appears in front of you as Exhibit 330 which you understand belonged to Rottlund at the time?

A. No, I don't believe I did, but I don't remember. I don't remember there was anything else.

Q. We've ruled Design Development, Inc. out as the candidate for pasting together these individual floor plans of Rottlunds which appear on Exhibit 330;

correct?
A. I would rule them out, yeah.
Q. Can you rule yourself out, Mr. Moore?
A. No, can't.
Q. So as we sit here today you may have pasted together Rottlund's floor plans and created Exhibit 330; correct?
MS. NEWMAN: Objection, asked and answered. You may answer again.
A. There's a possibility I -- yeah, that was my work.
Q. Have you endeavored to find out whether indeed you did create Exhibit 330 or not?
A. No, there's no way I could -- nine or ten years ago there's no way I could know that for sure.
Q. But you could check your files to see if there were any other, I guess, documents which would refresh your recollection; correct?
A. The files have been checked.
Q. You have checked those files personally?
A. No, I handed those files over to the people in our office who had that responsibility --
Q. So --
A. -- for this process.
Q. Have you looked through, prior to today's

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# FILED UNDER SEAL

EXHIBITS R24 - R27

Exhibit R28

BLOODGOOD SHARP BUSTER
ARCHITECTS & PLANNERS, INC.

JOB DATE 8 July

Jim -

TED GROB'S 8-PLEX

Exhibit 338
Date: 2-17-04
Debby J. Campeau
Stirewalt & Associates

- OUR DESIGN
- HIS REDLINES & REDESIGN
- ROTTLUND PRODUCT

1. YOUR OPINION - IS OUR DESIGN ENOUGH "DEPARTURE" FROM ROTTLUND (DESIGN OF THIS 8-PLEX NOT 8-PLEX CONCEPT, ROTTLUND CAN'T © CONCEPT

BSB 10208

2. ANY THOUGHTS ON TED'S REVISIONS ?

L.M.

3001 Grand Avenue Des Moines, IA 50312 515/283-0404

15436 N. Florida Ave. Suite 101 Tampa, FL 33613 813/265-4808

400 Capitol Mall 9th Floor Sacramento, CA 95814 916/449-3979

3436 N. Kennicott Suite 260 Arlington Heights, IL 60004 708/253-0404

# THIS EXHIBIT HAS BEEN OMITTED

Exhibit R29

Exhibit R30



# MICHAEL N RICE
# MASTER BUILDER
# JERRYS HOMES INC
# FAX COVER PAGE

| | |
|---|---|
| To: CHRIS JORGESON | From : MICHAEL N RICE |
| Fax Num [illegible] -283-0484 | Company : JERRYS HOMES INC |
| Date: 3/11/97 Time : 10:35:36 | For Information Call: 515-278-5992 |
| Subj: Scan Color | Fax Number : 515-278-0661 |

EXHIBIT
55 A

# BRECKENRIDGE 2 STORY 1800 Square Feet






**Standard Features**
- Atrium door to treated wood Deck
- 2 Car Garage
- Stove, Dishwasher, Disposal
- Oak Face Cabinets
- 8" Poured Concrete Foundation
- Full Sod
- Oak Trim
- Fiberglass Tub/Shower Units
- 40 Gallon Gas Water Heater
- Prewired for Phone and Cable Television
- Quality Floor Coverings
- Woodburning Fireplace

**Energy Features**
- Casement Windows
- Steel Insulated Entry Doors
- R 19 Sidewalls Approximate
- 40 Ceiling
- Gas Furnace with Electronic Ignition and Flue Damper
- Energy Efficiency approximately 80%
- High Efficiency Central Air




All prices and plans are subject to change without notice.

*Square footages are approximate. Some plans may be shown with extra cost options.

JERRY & RON GRUBB

From: MICHAEL N RICE To: CHRIS JORGESON Date: [illegible] Time: [illegible]




# THE VILLAS OF MEREDITH POINTE
## URBANDALE

## THE BRECKENRIDGE

© COPYRIGHT, [illegible] CURRENT AS OF [illegible]

ROTTLUND HOMES OF IOWA, INC.
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW

ARTIST'S CONCEPT ONLY
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING

Your Builder for Life
ROTTLUND HOMES™

From: MICHAEL N RICE To: CHRIS JORGESON Date: [illegible] Time: [illegible]

# THE VILLAS OF MEREDITH POINTE
## URBANDALE

## THE ASPEN

### UPPER LEVEL




### MAIN LEVEL




COPYRIGHT 19[illegible] CURRENT AS OF 01/20/05

ROTTLUND HOME[illegible], INC
ALL FLOOR PLANS AND ELEVATIONS [illegible] EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRI[illegible] INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION [illegible] COPYRIGHT LAW

ARTIST'S CONCEPT ONLY
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING

Your Builder for Life

ROTTLUND HOMES™

# THE VILLAS OF MEREDITH POINTE





## URBANDALE

Your Builder for Life

ROTTLUND HOMES™

ROTTLUND HOMES OF IOWA, INC
ARTISTS CONCEPT ONLY. SEE BUILDER FOR
ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING OPPORTUNITY

Exhibit R31

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

---

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois corporation, and
Town & Country Homes, Inc.,
a Minnesota corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

---

Videotaped Deposition of
CHRIS A. JORGENSEN
Wednesday, September 3, 2003
8:04 a.m.

you referred to the Jerry's Homes townhomes as Longview Townhomes, correct? And that's as of July of 1996?

A. That's correct.

Q. It's also true as of October 8th, 1996, per the handwriting, correct?

A. That would be an assumption. But, yes, that appears to be true.

Q. Then on March 11th of 1997, you receive the fax, which is Exhibit 55A, from Jerry's Homes, and it attaches Rottlund's Villas townhome floor plans and elevations, correct?

A. Yes.

Q. And then per Exhibit Number 226, you changed the name to Bent Tree Villas --

MS. NEWMAN: Objection as to --

BY MR. KRUMMEN:

Q. -- for Jerry's Homes, correct?

MS. NEWMAN: Objection as to the form of the question as to who made that change. Go ahead.

THE WITNESS: Yeah. The -- it appears the drawings -- the -- the title on the drawings for the project was changed to the Bent Tree Villas around June 25th, 1997, the revision date on the drawings.

BY MR. KRUMMEN: