Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

Exhibit R36

MARQUETTE ADVISORS
REAL ESTATE COUNSELORS

Att
Hollander Property Afp

# DEVELOPMENT OPPORTUNITY

## RESIDENTIAL LAND

## MAPLE GROVE, MINNESOTA

410 YOUNG QUINLAN BUILDING
81 SOUTH NINTH STREET
MINNEAPOLIS, MINNESOTA 55402
PHONE: (612) 335-8888 FAX: (612) 334-3022

# 299 JD
DEPOSITION EXHIBIT
DH 12/13/03
PENGAD 800-631-6989

D 16396

MARQUETTE ADVISORS
REAL ESTATE COUNSELORS

THE VALUATION GROUP
THE HOSPITALITY GROUP
THE CORPORATE AND INVESTMENT GROUP
THE AVIATION GROUP

MINNEAPOLIS
SEATTLE

July 9, 1998

Mr. William Anner
Town and Country Homes
11471 Valley View Road
Eden Prairie, MN 55344

In RE; Development Opportunity
Maple Grove, Minnesota

Dear Mr. Anner:

We are pleased to present for your consideration a 90 acre parcel of land that is ready for development located in Maple Grove, Minnesota situated at both the northeast and northwest corner of the intersection of Dunkirk and 89th Avenue North.

This parcel is owned by the Estate of Hildur Hollander. That family interest has executed a planning process, which has now resulted in city council approval of a mixed use residential plan for this property.

The family is now prepared to receive bids from approved buyers who are interested in owning a part or all of the property for development purposes.

We have prepared this informational brochure for your perusal.

If, after reviewing this information, you are interested in further pursuing this opportunity, there will be a series of meeting times made available next week in which you will be given the opportunity to meet with the undersigned, as well as Mr. John Uban at Dahlgren, Shardlow, and Uban, and Mr. Lynn Casswell at John Oliver & Associates, to answer any and all questions which you may have .

410 YOUNG QUINLAN BUILDING
81 SOUTH NINTH STREET
MINNEAPOLIS, MINNESOTA 55402
PHONE: (612) 335-8888 FAX: (612) 334-3022

The family is asking for proposals to be submitted for their consideration by Friday July 24 by the end of business that day at the address of the undersigned.

I will be happy to answer any and all questions which you may have.

Best Regards,
MARQUETTTE ADVISORS

Louis W Frillman
President

# DEVELOPMENT OPPORTUNITY
## RESIDENTIAL LAND
## MAPLE GROVE, MINNESOTA

**Letter of Transmittal**

## CONTENTS


| | |
|---|---|
| PROPERTY DESCRIPTION | Section 1 |
| PROPOSAL PROCESS | Section 2 |
| COMMUNITY PROFILE | Section 3 |
| LOCATION MAP | Section 4 |
| EXISTING CONDITIONS | Section 5 |
| PARCEL MAP | Section 6 |
| ILLUSTRATIVE SITE PLAN | Section 7 |
| UTILITIES MAP | Section 8 |
| ANTICIPATED WETLAND IMPACT MAP | Section 9 |
| SURVEY | Section 10 |

# PROPERTY DESCRIPTION

The property which is the subject of this offering consists of a total of 90 acres owned by the Estate of Hildur Hollander.

That property consists of two parcels which lie both on the east and west sides of Dunkirk, north of the intersection of Dunkirk with 89th Avenue North, in the City of Maple Grove, Minnesota.

Both parcels are rectangular. The parcel located on the east side of Dunkirk contains an estimated 20 acres, while the site to the west side of Dunkirk contains an estimated 70 acres.

The property is surrounded by ongoing development and is clearly ripe. Located one block to the north on the east side of Dunkirk at County Road 30 is a new Target and Rainbow currently staged for a fall 1998 opening. Many other residential developments are underway nearby.

This property represents the largest land holding in the area; and, therefore, represents the greatest opportunity for development in terms of mass and profitability. The Family has carefully planned a development program for the site which meet the city's goals for a diversified housing development. On June 1, 1998 the City Council of Maple Grove approved a 381 Unit development consisting of the following :

| | |
|---|---|
| A. Apartments | 100 units |
| B. Attached Housing | 218 units |
| C. Detached Housing | 63 units |

Because of all factors affecting this property, the current market environment is ripe for the development of this parcel.

# THE PROPOSAL PROCESS

The family has devoted time and considerable resources to planning a development program for this asset. Consistent with that, a land planner and consulting engineer was retained who were able to assist the family in this effort.

On June 1, a concept plan was approved by the City Council of Maple Grove for the property consisting of 381 units. A copy of the approved plan is included herein.

The family is now interested in entering into an agreement to develop the property with a qualified buyer or buyers.

The family is intent on maximizing the proceeds from the sale of this asset. Therefore, the family is open to consideration of all structures which accomplish that goal. We will consider outright sale, joint venture, or other structures which you may develop for consideration.

As you have been informed, a series of informational meetings will be held the week of July 13th to provide any and all added information which may be required by you.

Finally, we ask that all proposals be presented by the end of business, July 24, at the office of Marquette Advisors, Suite 410, 81 S 9th Street, Minneapolis, Minnesota, 55402.

# COMMUNITY PROFILE

## Overview

Maple Grove is one of the state's fastest growing and dynamic cities. Strong City management and excellent location has allowed high quality residential, commercial and industrial growth to take place. Portions of the City still have a unique rural flavor and the City has an exceptional parks and recreation program with 40 developed parks. Maple Grove is truly one of Minnesota's most exciting cities.

## Location

| | |
|---|---|
| County: | Hennepin |
| Region: | Metro |
| Distance from Minneapolis: | 16 |
| Distance from nearest MSA*: | 0 Miles from Minneapolis-St. Paul MSA |
| US Congressional District: | 3MN |
| Legislative District(s): | 33A .. 33B .. |
| World Wide Web site: | www.ci.maple-grove.mn.us |

## Population

| Area | 1994 Estimate | 1990 Census | 1980 Census | 1970 Census |
|---|---|---|---|---|
| City: | 43,542 | 38,736 | 20,52 | 56,275 |
| County: | 1,056,673 | 1,032,431 | 941,411 | 960,080 |
| Nearest MSA: | 2,838,194 | 2,538,776 | 2,198,190 | 2,026,715 |

Source: U.S. Census, State Demographer* Metropolitan Statistical Area

## Major Employers

| Employer | SIC | Products/Services | Employee Count |
|---|---|---|---|
| Scimed Life Systems Inc | 3841 | Surgical & Medical Instruments | 1,400 |
| Printer Inc | 2752 | Commercial Printing, Lithographic | 265 |
| CS McCrossan | 1629 | Heavy Construction, nec | 200 |
| Phoenix Packaging Corp | 3565 | Packaging Machinery | 200 |
| Northern States Power Co | 4911 | Electric Services | 180 |
| Spancrete Midwest Co | 5032 | Brick, Stone & Related Materials | 140 |
| Universal Circuits Inc | 3672 | Printed Circuit Boards | 110 |
| Tiller Corp | 1629 | Heavy Construction, nec | 95 |
| American Family Insurance | 6411 | Insurance Agents, Brokers & Service | 85 |
| MGS Machine Corp | 3565 | Packaging Machinery | 75 |
| Adams Nut & Bolt | 3452 | Bolts, Nuts, Rivets, & Washers | 70 |
| World Aerospace Corp | 3999 | Manufacturing Industries, nec | 70 |
| Computer Network Technology | 7379 | Computer Related Services, nec | 65 |
| H&F Mfg | 3441 | Fabricated Structural Metal | 65 |
| Dimension Industries Inc | 3565 | Packaging Machinery | 50 |
| Universal Plastics Inc | 3089 | Plastics Products, nec | 38 |

## Workforce

| | Hennepin County | Hennepin County & Adjacent Counties | MSA Total |
|---|---|---|---|
| Employment | 625,193 | 1,361,194 | 1,528,026 |
| Available Workforce | 645,899 | 1,407,179 | 1,580,436 |
| Annual Average Unemployment | 3.2% | 3.3% | 3.8% |

## Employment By Industry

| | Pct of Total Employment | Hennepin County | Hennepin County & Adjacent Counties | MSA |
|---|---|---|---|---|
| Agriculture | 0.4% | 2,774 | 5,752 * | 6,982 * |
| Construction | 3.7% | 22,927 | 47,029 | 51,256 |
| Finance, Ins., Real Estate | 12.0% | 74,760 | 106,456 | 110,555 |
| Government | 13.1% | 82,166 | 167,074 | 180,610 |
| Manufacturing | 19.3% | 120,572 | 249,543 | 269,048 |
| Mining | 0.0% | 46 | 394 * | 475 * |
| Retail Trade | 21.4% | 133,637 | 245,081 | 266,933 |
| Services | 36.7% | 229,406 | 380,812 | 399,970 |
| Trans., Comm., Utilities | 7.8% | 49,010 | 74,034 | 77,620 |
| Wholesale Trade | 9.1% | 56,738 | 89,121 | 91,652 |

Source: Bureau of Labor Statistics, 1994 N/A - No Data Available * Data for Some Counties Not Available

## Occupations and Wages in Twin Cities Region

| Job Title | Wage/Hr |
|---|---|
| Accountants & Auditors | $15.75 |
| Assemblers & Fabricators | $10.16 |
| Bookkeeping, Accounting, & Auditing Clerks | $10.78 |
| Combination Machine Tool Setter/Operator/Tender | $11.35 |
| Computer Operators | $12.32 |
| Computer Programmers | $16.08 |
| General Managers & Top Executives | $27.16 |
| General Office Clerks | $9.86 |
| Hand Packers & Packagers | $7.50 |
| Machine Feeders & Offbearers | $9.25 |
| Machinists | $16.23 |
| Maintenance Repairers, General Utility | $13.59 |
| Offset Lithographic Press Setter/Operator/Tender | $15.62 |
| Packaging & Filling Machine Operators & Tenders | $9.50 |
| Plastic Molding & Casting Machine Set/Oper/Tend | $8.50 |
| Receptionists & Information Clerks | $8.14 |
| Sales Representatives | $15.39 |
| Secretaries, Except Legal & Medical | $11.52 |

## Utilities

| | | |
|---|---|---|
| Electric | | |
| Electric Utility | Northern States Power Co | Telephone(800) 642-6066 |
| Econ Dev Contact | Ken Stabler | Telephone(612) 330-5834 |
| Electric Utility | Wright-Hennepin Coop Electric Assn | Telephone(612) 441-5280 |
| Econ Dev Contact | Neil McMillin | Telephone(612) 477-3076 |
| Natural Gas | | |
| Gas Provider | Minnegasco | Telephone(800) 269-1114 |
| Econ Dev | ContactArnold Hendrickson | Telephone(612) 321-5375 |

| | |
|---|---|
| Water | |
| Water Source | Wells |
| Storage Capacity | 3,500,000 gal. |
| Pumping Capacity | 20,800 gal./minute |
| Average Demand | 4,200,000 gal./day |
| Peak Demand | 15,000,000 gal./day |
| Total Water Hardness | 310 ppm |
| Industrial Water RateBase chg. | $4,520/acre; $1.03/1,000 gal. |
| Wastewater | |
| Treatment Type | Mechanical Plant |
| Capacity of Plant | 250,000,000 gal./day |
| Average Demand | 226,000,000 gal./day |
| Peak Demand | 600,000,000 gal./day |
| Usage Charge | Base access chg. $900/REU; $1.318/1,000,000 gal. |

## Communications

| | |
|---|---|
| Telephone | |
| Local Telephone Company | Sprint/United Telephone of MN |
| Telephone Number | (800) 788-3500 |
| Econ Dev Contact | Karyn Gibson |
| Telephone Number | (612) 425-2262 |
| Digital Central Switch | Yes |
| Integrated Services Data Network (ISDN) | Yes |
| ISDN Rate Interface | Primary |
| Equal Access Market | Yes |
| Extended Area Service | Yes |
| Custom Calling Feautures | Yes |
| Customized Local Area Services | Yes |
| Teleconferencing | |
| Available in City | Yes |
| Available for Public Use | Yes |
| Media Information | |
| TV Stations | 9 |
| AM Radio Stations | 19 |
| FM Radio Stations | 25 |

Cable TV

| | |
|---|---|
| Local Company | King Video Cable |
| Telephone | N/A |

Newspapers

| Newspaper Name | Telephone | Frequency |
|---|---|---|
| Osseo Maple Grove Press | (612) 425-3323 | Weekly |
| Minneapolis Star Tribune | (612) 673-4000 | Daily |
| St. Paul Pioneer Press | (612) 222-5011 | Daily |

## Commercial Transportation & Shipping

Highways

| Interstate | Miles From City | Load Limit in Tons | Seasonal Limit In Tons |
|---|---|---|---|
| I-494 | 0 | 10 | 10 |
| I-94 | 0 | 10 | 10 |

| Four Lane | Miles From City | Load Limit in Tons | Seasonal Limit In Tons |
|---|---|---|---|
| CO-81 | 0 | | |
| MN-169 | 0 | 10 | 10 |

| Other | Miles From City | Load Limit in Tons | Seasonal Limit In Tons |
|---|---|---|---|
| CO-10 | 0 | 10 | 10 |
| CO-130 | 0 | 10 | 10 |

Truck

| | |
|---|---|
| Truck Lines | 334 |
| Truck Terminals | 1 |

Rail

| | |
|---|---|
| Inter-Modal Facility | Yes |
| Inter-Modal Facility Distance | |

| Rail Line | Frequency | Reciprocal Switching | Passenger Service |
|---|---|---|---|
| Burlington Northern | Daily | Yes | No |

| Air Service | International | Local Regional |
|---|---|---|
| Name | Mpls./St. Paul Intl. Airport | Crystal Airport |
| Location | Bloomington | Crystal |
| Miles to | 32 | 10 |
| Longest Runway Length | 10,000 Feet | 3,267 Feet |
| Surface Type | Paved | Paved |
| Lighted | Yes | Yes |
| Customs | Yes | No |
| Navigational Aids | BEACON DME ILS VOR/DME | BEACON VOR/DME |
| Weather Info Systems | AWOSA/MNWAS SAWRS | AWOSA/MNWAS PUBLICTV |

Airline
(five largest carriers) Northwest TWA American Delta United Airlines US Air Continental

## Housing & Commercial Activity

Housing

| | | | |
|---|---|---|---|
| Single Family Units | 11,860 | Percentage Owner Occupied | 90% |
| Multiple Family Units | 1,024 | Median Sales Price | - - - |
| Mobile Homes | 0 | Median Assessed Value | - - - |
| Number of Housing Units Built Since Last Census | 1,900 | Median Rent | $710 |
| Number of Residential Building Permits for 1995 | 245 | Vacancy Rent | 3% |
| Value of Residential Building Permits for 1995 | $45,659,031 | | |

Source: US Census, 1994; Community

Commercial Activity

| | | | |
|---|---|---|---|
| Number of Commercial Building Permits for 1995 | 13 | Value of Commercial Building Permits for 1995 | $11,670,911 |
| Number of Public Building Permits for 1995 | 2 | Value of Commercial Building Permits for 1995 | $168,451 |

RetailSales

| Year | City | County |
|---|---|---|
| 1993 | $120,721,603 | $11,991,286,572 |
| 1992 | $97,659,946 | $11,261,314,539 |
| 1990 | $115,603,098 | $0 |

Source: MN Dept. of Revenue, 1993

## Business & Community Services

Financial Institutions

| Name | Total Assets | Capital as % of Assets |
|---|---|---|
| Norwest Bk MN NA | $15,453,887,000 | 7.0% |
| First Bk NA | $14,566,983,000 | 7.5999999999999996% |
| Teacher Federal Credit Union | $201,085,588 | - - - |
| Highland Bank | $65,680,000 | 6.7000000000000002% |

Lodging & Meeting Facilities

| Facility | Number of Facilities Available | Facility Size | Teleconferencing Available | Available to Public |
|---|---|---|---|---|
| Hotel | 1 | 120 rooms | Yes | Yes |
| Motel | 1 | 30 rooms | No | |
| Conference Center | 0 | | | |

Local Medical Facilities

| Facility | Nbr of Facilities Available | Total Nbr of Beds | Telemedicine Available |
|---|---|---|---|
| Clinic | 3 | | Yes |
| Dentist | | | |
| Doctor | | | |
| Hospital | 0 | | Yes |
| Nursing Home | 0 | | |
| Name of Nearest Hospital (if none in city) | | North Memorial, Robbinsdale | |
| Miles to | | 11 | |

Local Transit

| Service | Available | Name |
|---|---|---|
| Inter-City Bus | Yes | Maple Grove Transit ... |
| Intra-City Bus | Yes | Maple Grove Transit ... |
| Taxi/Cab | Yes | |
| Disabled Transportation | Yes | Maple Grove Transit ... |

Library

| Library Type | Name | Internet Access |
|---|---|---|
| Public Library | Hennepin Library | Yes |
| Regional Library System | Metropolitan Regional Library | |

Worship Information

Protestant - 25 Catholic - 2 Jewish - 0 Other - 0

Recreation

Facilities

Community Center, 40 developed parks, lakes, trails.

Festival/Arts

Maple Grove Days, Maple Grove Winter Fest, Arts in the Parks

Service Organizations

Lions, Jaycees, Rotary, Women of Today, League of Women Voters, Leadership Academy, Chamber of Commerce, Historical Society.

## Education

Post-Secondary

| Nearest Technical College | Location | Miles To |
|---|---|---|
| Hennepin Tech College - Brooklyn Pk | Brooklyn Park | 1 |

| Nearest Community College | Location | Miles To |
|---|---|---|
| North Hennepin Comm College | Brooklyn Park | 2 |

| Nearest Public University | Location | Miles To |
|---|---|---|
| University of Minnesota | Minneapolis | 20 |

| Nearest Private College/University | Location | Miles To |
|---|---|---|
| Augsburg College | Minneapolis | 20 |

Telecommunications Use Available at Area Post-Secondary Institutions Yes

Local K-12

| School Type | Nbr of Schools | Enrollment | Grades | Pupil/Teacher Ratio |
|---|---|---|---|---|
| Elementary | 20 | 12,000 | 1-6 | 25:1 |
| Junior High | 4 | 5,000 | 7-9 | 25:1 |
| Senior High | 3 | 4,300 | 10-12 | 25:1 |

| | |
|---|---|
| Telecommunications Use Available at Local K-12 | Yes |
| High School Graduates Attending Post-Secondary | 72% |
| State Wide Average | 65% |

## Government

| | |
|---|---|
| Structure | |
| Organization | Mayor\Council |
| Budget | $20,000,000 |
| City Bond Rating | Moody's - - Aa |
| Comprehensive Land Use Plan | Yes |
| Recycling | Yes |
| Fire Insurance Rating | 4 |
| Industrial Plans Approved By | City Council .. Economic Devel. Commission .. Planning Commission |

..

Public Protection Services

| Service Type | Regular | Part-Time | Volunteer | Seasonal |
|---|---|---|---|---|
| Fire | 4 | 0 | 82 | 0 |
| Police | 49 | 9 | 0 | 0 |
| Sheriff | 608 | 2 | 45 | 4 |
| EMT | --- | --- | --- | --- |

## Property Taxes

| Property Tax | | Assessed Market Value | |
|---|---|---|---|
| Municipal Tax Rate | 24.093% | Commercial | $222,270,300 |
| County Tax Rate | 37.270000000000003% | Residential | $1,665,786,900 |
| School Tax Rate | 67.155000000000001% | Other | $56,039,300 |
| Misc. Tax Rate | 6.4699999999999998% | Total | $1,944,096,500 |
| Total Tax Rate | 134.988% | | |

Minnesota commercial real estate taxes are based upon market value of taxable property as set by the local assessor. To compute the tax, first compute the tax capacity by multiplying all property value up to $100,000 times .03, plus any value over $100,000 times .046. Tax capacity times the tax rate equals taxes owed.




# Hollander Property
# Maple Grove, Mn
## Location Map

DAHLGREN SHARDLOW AND UBAN

D 16409


Hollander Property
Maple Grove, Mn
Existing Conditions
John Oliver & Associates, Inc.
SOILS
WETLANDS
VEGETATION
DUNKIRK LANE NORTH
Pm
Du
Co
NeB
HcB2
HcC2
HbB
Gc
EdB
Ha

# Hollander Property
# Maple Grove, Mn
## Parcel Map

John Oliver & Associates, Inc.




| | | |
|---|---|---|
| PARCEL A | 13.20 AC. | 104 UNITS |
| WETLAND | 1.63 AC. | |
| NET | 11.57 AC. | |
| PARCEL B | 14.50 AC. | 100 UNITS |
| WETLAND | 3.02 AC. | |
| NET | 11.48 AC. | |
| PARCEL C | 24.25 AC. | 56 UNITS |
| WETLAND | 6.24 AC. | |
| NET | 18.01 AC. | |
| PARCEL D | 21.51 AC. | 49 UNITS |
| WETLAND | 2.86 AC. | |
| NET | 18.65 AC. | |
| PARCEL E | 19.30 AC. | 72 UNITS |
| WETLAND | 4.10 AC. | |
| NET | 15.20 AC. | |
| **TOTAL SITE** | **92.76 AC.** | **381 UNITS** |
| **WETLAND** | **17.85 AC.** | |
| **NET** | **74.91 AC.** | |

D 16411




# Hollander Property
# Maple Grove, Mn
## Illustrative Site Plan

John Oliver & Associates, Inc.

| HOUSING TYPES | |
|---|---|
| APARTMENTS | 100 UNITS |
| 1 BDRM. & 2 BDRM. | |
| ATTACHED HOUSING | |
| TOWNHOME | 218 UNITS |
| 8 PLEX | 120 UNITS |
| 5 PLEX | 70 UNITS |
| DUPLEX | 28 UNITS |
| DETACHED HOUSING | 63 UNITS |
| TOWNHOME | 21 UNITS |
| SMALL LOT SINGLE FAMILY | 18 UNITS |
| TRADITIONAL SINGLE FAMILY | 24 UNITS |
| TOTAL | 381 UNITS |

D 16412

# Hollander Prope
# Maple Grove, Mn

Utilities Map

John Oliver & Associates, Inc.




EXISTING STORM SEWER
EXISTING WATERMAIN
PROPOSED STORM SEWER
PROPOSED WATERMAIN
PROPOSED SANITARY SEWER
PROPOSED DRAINAGE PONDS

D 16413




Hollander Property
Maple Grove, Mn
Anticipated Wetland Impact Map

D 16414


PART OF WEST 3/8 - NW 1/4
PARCEL
PARCEL 2
DUNKIRK LANE NORTH
89TH AVENUE NORTH
DETAIL
John Oliver & Associates, Inc.
Pt. of Sec. 17, Twp. 118, Rng. 22
Hennepin County, Minnesota
For:
ROGER HOLLANDER

D 16415

03/18/99 14:55 FAX 612 337 5601 DSU, INC. 001

# HOLLANDER PROPERTY
# DENSITY CALCULATIONS

Art –

Here are the #s.

93 Acres Gross

3 Units/Acre Low Density

PUD density credits

- housing diversity 14%
- rental housing 10%

Density transfer 35 units if 5% affordable (19 units)

Calculation: 93 ac. x 3 + (14% + 10%) units/acre + 35 units = 381 units

If no rental then the following would be the calculated density:

93 ac. x 3 + 14% units/acre + 35 units = 353 units

FAX
to Bill Amer

May 27, 1998

City of Maple Grove
Mayor, Robert A. Burlingame
City Council
9401 Fernbrook Lane
Maple Grove, MN 55311-6180

Re: Hollander Planned Unit Development Concept Plan

Dear Mayor and City Council:

Since the City Council meeting in April, where we last discussed the proposed density for the Hollander Planned Unit Development, we have reviewed the concerns of the Council members and have adjusted the plan to reflect many of the concerns expressed specifically on density transfer.

We have prepared for review detailed calculations of area and density per the ordinance, updated survey information of the property, and limited density credits based on diversity of housing type and rental housing. No credits are being asked for affordable housing. We are, however, including at a minimum, 5% affordable housing within the PUD with no credit requested.

We have looked at the density transfer concerns and have dropped our request for any transfer from Neighborhood #4, which is the area east of Dunkirk Lane. This area will develop according to the density calculations within the ordinance, without transfer. Our sole request for density transfer is for Neighborhood #3, which includes rental housing and a variety of attached and detached housing, according to our concept plan. We have worked with City staff to calculate the areas remaining to develop in Neighborhood #3 and have developed a proportional calculation of the Hollander property to the remaining undeveloped areas. Our calculation shows that the Hollander property is 62% of the undeveloped area. Based on the 57 transferable units in Neighborhood #3, 62% represents 35 units. By assigning these units on a proportional basis, the remainder units are left for others to use within Neighborhood #3.

Overall, density has been reduced to 4.1 units per acre for the total 93 gross acre site. The total units within the PUD are 381 with the reduction occuring in both Neighborhood's 3 and 4. In Neighborhood #4, we previously requested 7 transfer units, which now has been eliminated. The eastern neighborhood will have 70 units of attached housing and 3 single family units. For Neighborhood #3, the reduction has been primarily in the rental housing with 10 units removed from the apartment area and 2 units of townhomes eliminated. The overall reduction has been 19

units of attached housing, while the detached single family housing has remained the same.

Overall, we plan to integrate 20-30 units of affordable housing that meet the 80% of the mean income level of the metropolitan area. This will be accomplished primarily in the townhome and attached housing areas. We once again, request flexibility within the City's standards as the PUD progresses to accommodate our mutual goal of affordable housing. It should be noted that our reduction in density has not reduced the required infrastructure for the development. Thus, the cost must be spread over less units.

We believe these changes address the concerns expressed at our last meeting, while maintaining the overall integrity of the plan and its ability to meet the City's housing goals.

Sincerely,

DAHLGREN, SHARDLOW AND UBAN, INC.

C. John Uban
Principal

**Housing Diversity**

The following is a list of possible housing types that we are anticipating for the Hollander property.

## POSSIBLE HOUSING TYPES

**Apartments** (110 Units)
40-60 Unit Buildings
Studio, 1 Bedroom, 2 Bedroom

ATTACHED HOUSING (220 Units)
**Townhouse**
6-8 Unit Buildings
20 Foot Front Yard Setback

**Duplex**
Single and 2 Story
25 Foot Front Yard Setback

DETACHED HOUSING (69 Units)
**Small Lot Single Family**
55 Foot Wide - 6,000 Square Foot Minimum
2 Car Garage
25 Foot Front Yard Setback, 4 Foot and 6 Foot Side Yard Setback

**Traditional Lot Single Family**
75 Foot Wide - 9,000 Square Foot Minimum
2 and 3 Car Garage
30 Foot Front Yard Setback, 5 Foot and 10 Foot Side Yard Setback

**Executive Single Family**
90 Foot Wide - 12,000 Square Foot Minimum
3 Car Garage
30 Foot Front Yard Setback, 10 Foot Side Yard Setback

It is anticipated that the property will be developed in phases focusing on individual areas as shown on the concept plan. The east/west collector will be timed with the City's extension of utilities that will serve properties to the west. We anticipate coordinating our development with those City improvements.

provision of affordable housing. The plan shall include affordable dwelling units as defined by the Metropolitan Council, in quantities deemed acceptable to the City Council.

4. The concept plan should at least reserve a corridor allowing vehicular access to the property located north of the east 20 approximate acres of this proposal.

5. The applicant shall address to the satisfaction of the City the provision of private recreation activities for residents of the proposed neighborhood since the Comprehensive Park System and Recreation Plan does not suggest park land be dedicated in this area.

6. The proposed 'east/west' collector road shall provide access to the area immediately east of the development area to the satisfaction of the City, but not as depicted on the submitted concept plan.

7. The 'east/west' collector road planned to extend eastward from Lawndale Lane, through the proposed Hollander PUD, and eventually extending to and beyond Zanzibar Lane shall be a 'residential' street as presently indicated on the City's Comprehensive Plan.

Note: If the *City Council* wishes to explore 'public' park dedication, the following condition would be appropriate:

8. The developer shall dedicate public park area within the development of a size and in a location recommended by the Park Board and approved by the City Council.

*This condition should be amended to reflect the actual amount of transfer deemed acceptable by the City Council.

---

**COMMENTS:**

Since the City Council meeting in early May, when the proposed density for the proposed PUD was last discussed, the applicant has reviewed the concerns of the Council and have adjusted the plan to reflect concerns expressed. The applicant has prepared detailed calculations of area and density, updated survey information of the property, and have limited density credits based on diversity of housing type and rental housing. No density bonuses are being asked for affordable housing, but the applicant is including, at a minimum, 5% affordable housing (19 units) within the PUD with no credit requested.

In short, a total of 381 units are proposed, 19 fewer units than what were originally proposed. Of the 381 units, 100 are rental units, 212 units are attached, and 69 are detached. The reduction of units has occurred in both neighborhoods. Seven (7) attached units have been removed form the east side of the development and 12 units (10 rental units and 2 attached units) have been removed from the west side of the development.

Since the applicant has dropped their request for any transfer from Neighborhood 4, the sole request for density

transfer is for Neighborhood 3. The areas of remaining 'undeveloped' properties have been calculated and a proportional calculation of the Hollander property to the remaining properties has been developed. Calculations show that the Hollander property occupies about 62% of the undeveloped area. Based on the 57 transferable units in Neighborhood #3, 62% represents 35 units. By assigning these units on a proportional basis, the remaining units (22) are left for others to use within Neighborhood 3.

A summary of the Hollander PUD density calculations and unit quantities is provided as an attachment to this report.

---

. The applicant seeks approval of a residential planned unit development concept plan for the purpose of creating **up to 381 dwelling units** in an area of approximately **93 acres**. The resulting density is about **4.1 units per acre**. The site is divided by Dunkirk Lane and has a landscape consisting of generally level terrain with few variations in topography and several scattered wetlands. This area of Maple Grove is going through major changes with a number of development proposals already approved preliminarily to the northwest, west and east of the subject property.

The concept plan is presented in blob form. While pockets of density within the development exceed the 0-3 units per acre (low density range), the overall density of the project is considered "low". Density bonuses earned and transfers of surplus density generated from other developments in the 'neighborhood' allow the increase of density to 4.1 within the project without having to amend the Comprehensive Plan. To clarify, the density for this PUD may be 14% greater than would otherwise be permitted under the Comprehensive Plan if the PUD includes housing of various types, which it does. A 10% increase to the density may also be realized if at least 20% of all dwelling units are rental units: 26% of the units are intended for tenant occupancy. Based upon these increases, **the total density of the project could be up to 3.72 units per acre, yielding** approximately 346 dwelling units. To achieve 381 units in the development, a **transfer of 35 units** would be necessary from surpluses generated by other developments. The transfer of density and amount of it is at the discretion of the City Council.

· <u>Units</u>

The plan contemplates detached housing areas which include **executive, traditional or small lot single family lots, and attached housing areas will include buildings having from 2 to 8 units per building.** The make up of the building types include duplexes, quads, six and eight-plexes and townhomes. **Rental housing will account for 100 of the units.** There is a transition from lower to higher density housing, including the east side of the development where **3 detached lots are proposed north of 89th** Avenue to create a transition from existing detached housing to proposed attached housing at the north side of the approximate 20 acres.

Of the proposed 381 units **69, or 18% of the total, are identified as single family detached. 212 units, or 56% of the total, are identified as attached units. Rental housing** is proposed to account for **100 of the units, or about 26%** of the total.

**APPLICANTS ARE ADVISED THAT RESIDENTIAL DEVELOPMENT PROPOSALS ARE REVIEWED FOR CONSISTENCY WITH THE HOUSING GOALS OF THE CITY OF MAPLE GROVE AS STATED IN THE COMPREHENSIVE PLAN. THE CITY IS STRONGLY ENCOURAGING APPLICANTS TO ADDRESS THE HOUSING GOALS AS SET FORTH BELOW:**

## SUMMARY OF THE HOUSING AGREEMENT

1. Rental Unit Quantity - 1995-2010

   a) 25% of the City's new housing units need to be rental.

      1) 35% of all new rental units should be affordable to households earning no more than 50% of the region's median income (up to $27,300 in 1996).

      2) A portion of the new rental units should be affordable to households earning no more than 30% (up to $16,380 in 1996) of the region's median income.

2. Owner Occupied Quantity - 1995-2010

   a) The City will encourage continued development of owner-occupied housing at unit values of $115,000, or less, in 1994 dollars.

   b) The City will strive to hold its current level of ownership affordability, 69% (at or less than $115,000).

3. Density - 1995-2010

   a) 'Multifamily' development. - The *average* overall *multifamily* density will be 11 units per acre (projected 20 units per acre in the Gravel Mining Area).

   b) Single Family detached development - (New MUSA) The *minimum* density for detached housing will be 2.5 units per acre.

4. Housing Diversity - 1995-2010

   a) 35% of all new housing will be multifamily/attached.

HSG-GOAL

(G) The Association must be responsible for liability insurance, local taxes, and the maintenance of the open space facilities to be deeded to it.

(H) A property owner must pay their prorata share of the cost of the Association by means of an assessment to be levied by the Association which meets the requirements for becoming a lien on the property in accordance with Minnesota Statutes.

(I) The Association must be able to adjust the assessment to meet changed needs.

(J) The by-laws and rules of the Association and all covenants and restrictions to be recorded must be approved by the City Council prior to the approval of the Development Stage PUD plan.

(d) Staging of Public and Common Open Space. When a PUD provides for common or public open space, the total area of common or public open space or land escrow security in any stage of development shall, at a minimum, bear the same relationship to the total open space to be provided in the entire PUD as the stages or units completed or under development bear to the entire PUD.

(e) Density. The maximum residential density of a PUD may not exceed the maximum residential density permitted by the Comprehensive Plan, as applied to the usable area within the PUD, unless the PUD qualifies for additional density as follows, which shall be cumulative in effect:

(1) Density for the PUD as a whole may be 20% greater than would otherwise be permitted under the Comprehensive Plan if: $120,000 unit

(i) at least 10% but no more than 15% of all dwelling units are affordable to households with incomes at or below 50% of the area median as determined by the Metropolitan Council, and 60,900

(ii) at least 20% but no more than 50% of all dwelling units are affordable to families with incomes at or below 80% of the area median.

(2) Density for the PUD as a whole may be 14% greater than would otherwise be permitted under the Comprehensive Plan if the PUD would include housing of various types.

(3) Density for the PUD as a whole may be 10% greater than would otherwise be permitted under the Comprehensive Plan if at least 20% of all dwelling units are intended for tenant occupancy.

(4) Density for the PUD as a whole may be 6% greater than would otherwise be permitted under the Comprehensive Plan if at least 3% but no more than 6% of all dwelling units are intended for occupancy by tenants receiving housing subsidies.

(5) Notwithstanding the density of the PUD as a whole, the density standards as expressed in Section 375:18 of this ordinance shall apply to each different residential use included within the PUD.

(6) Whenever any PUD is to be developed in stages, no such stage shall, when averaged with all previously completed stages, have a residential density that exceeds 125% of the proposed residential density of the entire PUD.

(f) Utilities. In any PUD, all utilities, including telephone, electricity, gas and telecable, shall be installed underground.

(g) Utility Connections.

(1) Water Connections. Where more than one property is served from the same service line, a shut off valve must be located in such a way that each unit's service may be shut off by the City, in addition to the normally supplied shut off at the street.

(2) Sewer Connections. Where more than one (1) unit is served by a sanitary sewer lateral which exceeds three hundred (300) feet in length, provision must be made for a manhole to allow adequate cleaning and maintenance of the lateral. All maintenance and cleaning shall be the responsibility of the property owners' association or owner.

(h) Roadways. All streets which give access to single-family dwellings shall be public and shall conform to the design standards contained in the Maple Grove Subdivision Ordinance, Section 350 or such alternative standard accepted by the City Council which accomplishes the same quality of public service. No private drive may serve more than four single-family units except that up to 12 units in no more than two buildings of the housing units known as eight or twelve plexes may be accessed by a private drive.

(i) Landscaping. In any PUD, landscaping shall be provided in accordance with the standards listed in Section 375:12 of this ordinance.

(j) Urban Development and Availability of Public Services. All development will be carefully phased so as to ensure that all developable land will be accorded a present vested right to develop at such time as services and facilities are available.

(1) Lands which have the necessary available municipal facilities and services will be granted approval in accordance with existing ordinances and development techniques.

(2) Lands which lack the available facilities and services will be granted approval for development at such times as the facilities and services have been made available by the continuing public improvement program.

(3) No PUD will be permitted in areas not having City water and sanitary sewer available.

(k) Setbacks. The following setback requirements shall apply to all non-single family detached portions of PUDs. In single family detached areas the standards of the R-2 zone shall apply.

# THIS EXHIBIT HAS BEEN OMITTED

Exhibit R37

# FILED UNDER SEAL

Exhibit R38

Exhibit R39

THE BUSINESS JOURNAL

# Top 25 List

# Residential Home Builders

[illegible]me builders ranked by value of building permits pulled (originally published April 11)

Research by Builders Association of the Twin Cities, Keystone Reports and Kim Johnson

| Rank | 2002 Rank | Name<br>Address, phone | Total value for 2002[1] | Permits[4]<br>Units[2] | Companywide revenue<br>Fiscal year end | Employees[3]<br>Year founded | Top three cities for development[4] | Corresponding developments[4] | Price range of units | Top local executive<br>Headquarters<br>Web site |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | **Centex Homes**<br>12400 Whitewater Drive, Suite 120<br>Minnetonka, MN 55343 (952) 936-7833 | $127,963,399 | 421<br>946 | $7.75 billion<br>March 31, 2002 | 156<br>1976 | Blaine<br>Maple Grove<br>Rosemount | Club West<br>Gleason Farms<br>Bloomfield | $160K-$250K<br>$160K-$260K<br>$160K-$240K | Scott Richter<br>Dallas<br>www.centexhomes.com |
| 2 | 2 | **The Rottlund Co.**<br>3065 Centre Pointe Drive<br>Roseville, MN 55113 (651) 638-0500 | $125,728,410 | 336<br>958 | $319.9 million<br>Dec. 31, 2002 | 160<br>1973 | Plymouth<br>Blaine<br>Chaska | The Reserve<br>Club West<br>Clover Ridge | $160K-$400K<br>$160K-$400K<br>$160K-$400K | Todd Stutz<br>Roseville<br>www.rottlundhomes.com |
| 3 | 3 | **D.R. Horton Inc. – MN Division**<br>20860 Kenbridge Court, Suite 100<br>Lakeville, MN 55044 (952) 985-7272 | $93,418,840 | 324<br>575 | NP<br>Sept. 30, 2002 | NP<br>1978 | Lakeville<br>Prior Lake<br>Farmington | The Highlands, Vermillion Springs<br>Deerfield<br>Middle Creek | $220K and up<br>$160K and up<br>$140K and up | NP<br>Arlington, Texas<br>www.drhorton.com |
| 4 | 5 | **Orrin Thompson Homes**<br>545 Indian Mound E.<br>Wayzata, MN 55391 (952) 473-0993 | $87,652,900 | 320<br>543 | $128 million<br>Nov. 30, 2002 | 79<br>1946 | Eden Prairie<br>Cottage Grove<br>Stillwater | Oak Parke<br>Pine Summit<br>Settler's Glen | $200K-$600K<br>$150K-$400K<br>$180K-$500K | Jim Nelson<br>Wayzata<br>www.orrinthompsonhomes.com |
| 5 | 4 | **Pulte Homes of Minnesota Corp.**<br>815 Northwest Parkway, Suite 140<br>Eagan, MN 55121 (651) 452-5200 | $68,096,351 | 259<br>642 | $149.9 million<br>Dec. 31, 2002 | 90<br>1952 | Chanhassen<br>Otsego<br>Eagan | Arboretum Village<br>The Pointe Court Homes<br>Oakbrooke | $96K-$273K[5]<br>$92K-$222K[5]<br>$180K-$298K[5] | Tom Standke<br>Bloomfield Hills, Mich.<br>www.pulte.com |
| 6 | [illegible] | **Town & Country Homes**<br>7615 Smetana Lane, Suite 180<br>Eden Prairie, MN 55344 (952) 944-3456 | $56,681,566 | 143<br>456 | $72 million<br>Dec. 31, 2002 | 53<br>1958 | Maple Grove<br>Plymouth<br>Lakeville | The Grove at Elm Creek<br>Harvest Hills<br>Springbrook, Cornerstone Lake | $230K-$330K<br>$170K-$230K<br>$150K-$190K | Art Plante<br>Chicago<br>www.townandcountryhomesmn.com |
| 7 | [illegible] | **Lundgren Bros. Construction Inc.**<br>935 E. Wayzata Blvd.<br>Wayzata, MN 55391 (952) 473-1234 | $53,004,684 | 178<br>180 | $95 million<br>Nov. 30, 2002 | 72<br>1970 | Maple Grove<br>Medina<br>Eden Prairie | Preserve at Nottingham, Bonaire<br>Wild Meadows<br>Woods at Oak Parke | $300K-$600K<br>$700K and up<br>$300K-$900K | Jim Nelson<br>Wayzata<br>www.lundgrenbros.com |
| 8 | [illegible] | **Wensmann Homes Inc.**<br>1895 Plaza Drive, Suite 200<br>Eagan, MN 55122 (651) 406-4400 | $52,395,570 | 129<br>389 | NP<br>NP | NP<br>1967 | Lakeville<br>Prior Lake<br>Northfield | Village Creek, Century Ridge<br>GlynWater South, Fairway Heights<br>Brockman Pointe | $180K-$210K<br>$110K-$370K<br>$140K-$160K | Herb Wensmann<br>Eagan<br>www.wensmann.com |
| 9 | [illegible] | **Frana & Sons Inc.**<br>633 Second Ave. S.<br>Hopkins, MN 55343 (952) 935-8600 | $49,405,117 | 14<br>584 | $115 million<br>Dec. 31, 2002 | 247<br>1977 | Minnetonka<br>Burnsville<br>Plymouth | Waterstone Place<br>Grainery Club, Heart of the City<br>Regent at Plymouth | NP<br>NP<br>NP | Peter Donnino<br>Hopkins<br>NA |
| 10 | [illegible] | **Key-Land Homes**<br>17021 Fish Point Road S.E.<br>Prior Lake, MN 55372 (952) 440-9400 | $46,935,760 | 255<br>255 | NP<br>Dec. 31, 2002 | NP<br>1983 | Rogers<br>Shakopee<br>Brooklyn Park | NP<br>NP<br>NP | NP<br>NP<br>NP | Gary Horkey<br>Prior Lake<br>NA |
| 11 | [illegible] | **M.W. Johnson Construction**<br>17645 Juniper Path, Suite 100<br>Lakeville, MN 55044 (952) 892-5200 | $40,317,973 | 209<br>278 | NP<br>NP | NP<br>1971 | Shakopee<br>Farmington<br>Lakeville | Greenfield, Greenfield Ponds<br>Meadow Creek<br>Lynwood Heights, Wild Meadow | $183K-$284K<br>$175K-$209K<br>$222K-$337K | M.W. Johnson<br>Lakeville<br>www.mwjohnson.com |
| 12 | [illegible] | **[illegible]land Homes**<br>[illegible] W. 78th St., Suite 100<br>[illegible], MN 55439 (952) 944-7701 | $38,483,571 | 67<br>326 | $2.9 billion<br>Dec. 31, 2002 | 89<br>1967 | Apple Valley<br>Eden Prairie<br>Chaska | Hawthorne<br>Hennepin Village<br>Town Course Heights | $130K-$210K<br>$162K-$237K<br>$125K-$240K | Wayne Soojian<br>Calabasas, Calif.<br>www.ryland.com |
| [illegible] | [illegible] | **[illegible]ans Hagen Homes**<br>941 N.E. Hillwind Road, Suite 300<br>Fridley, MN 55432 (763) 572-9455 | $37,424,520 | 144<br>186 | $50 million<br>Dec. 31, 2002 | 34<br>1965 | Hudson, Wis.<br>St. Michael<br>Minnetrista | Red Cedar Canyon<br>Preserve<br>Turtle Creek | $195K-$400K<br>$200K-$600K<br>$250K-$450K | Hans Hagen<br>Fridley<br>www.hanshagenhomes.com |
| 14 | [illegible] | **Homes By Chase**<br>2100 W. County Road 42<br>Burnsville, MN 55337 (952) 898-2100 | $35,533,545 | 186<br>186 | NP<br>NP | NP<br>1987 | Woodbury<br>Farmington<br>Waconia | Eagle Valley, Stone Mill Farms<br>Meadow Creek, Vermillion Grove<br>Sierra | NP<br>NP<br>NP | Andrew Chase<br>Burnsville<br>www.homesbychase.com |
| 15 | [illegible] | **Sand Cos. Inc.**<br>366 S. 10th Ave.<br>Waite Park, MN 56387 (320) 202-3100 | $34,540,292 | 9<br>387 | NP<br>NP | NP<br>1991 | Plymouth<br>Bloomington<br>Blaine | NP<br>NP<br>NP | NP<br>NP<br>NP | Leo Sand<br>Waite Park<br>www.sandcompanies.com |
| 16 | [illegible] | **McDonald Construction**<br>7601 145th St. W.<br>Apple Valley, MN 55124 (952) 432-7601 | $32,341,698 | 121<br>121 | $53.8 million<br>Dec. 31, 2002 | NP<br>1976 | Lakeville<br>Stillwater<br>Prior Lake | Village Creek, Lynwood Heights<br>Legends, Carriage Station<br>West Summer Oaks | $225K-$500K<br>$250K-$500K<br>$250K-$650K | Robert McDonald<br>Apple Valley<br>www.mcdonaldconstruction.com |
| 17 | [illegible] | **EFI Property Development**<br>3800 W. 80th St.<br>Bloomington, MN 55431 (952) 857-2590 | $31,978,665 | 4<br>361 | NP<br>NP | NP<br>NP | Plymouth<br>NA<br>NA | Jefferson at Plymouth<br>NA<br>NA | NP<br>NA<br>NA | NP<br>Irving, Texas<br>www.jpi.com |
| 18 | [illegible] | **Woodside Communities of MN Inc.**[7]<br>13736 Johnson St. N.E.<br>Ham Lake, MN 55304 (763) 757-4062 | $28,681,215 | 228<br>233 | $53 million<br>Dec. 30, 2002 | 26<br>1984 | Montrose<br>Blaine<br>Albertville | Northridge, Parkview<br>Knoll Creek<br>Cedar Creek | $110K-$135K<br>$125K-$170K<br>$120K-$210K | James Lambeth<br>Ham Lake<br>www.woodsidegroupinc.com/MN |
| 19 | [illegible] | **Brandl Anderson Homes**<br>166 Cobblestone Lane<br>Burnsville, MN 55337 (952) 898-0230 | $24,077,699 | 111<br>141 | NP<br>NP | NP<br>NP | Eden Prairie<br>Burnsville<br>Farmington | NP<br>NP<br>NP | NP<br>NP<br>NP | NP<br>Burnsville<br>www.brandlanderson.com |
| 20 | [illegible] | **Donnay Homes**<br>9705 63rd Ave. N.<br>Maple Grove, MN 55369 (763) 531-0714 | $22,437,780 | 70<br>166 | $25 million<br>July 31, 2002 | 12<br>1973 | Lakeville<br>St. Bonifacius<br>Hastings | Lake Place<br>Wildwood Meadows<br>Century South | $130K-$250K<br>$200K-$375K<br>$150K-$170K | Paul Donnay<br>Maple Grove<br>www.donnayhomes.com |
| 21 | [illegible] | **Manley Bros. Construction Inc.**<br>2133 Cliff Drive<br>Eagan, MN 55123 (651) 454-4933 | $21,531,600 | 76<br>86 | NP<br>Dec. 31, 2002 | NP<br>1996 | Eagan<br>Eden Prairie<br>Inver Grove Heights | Thomas Woods, Centennial Ridge<br>Seven Pines, The Heritage Village<br>Ves Valley | $315K-$750K<br>$330K-$850K<br>$500K and up | Kevin Manley<br>Eagan<br>www.manleylanddevelopment.com |
| 22 | [illegible] | **Shade Tree Construction**<br>18630 Ulysses St. N.E.<br>East Bethel, MN 55011 (763) 434-7962 | $21,191,011 | 128<br>168 | NP<br>NP | NP<br>1990 | Montrose<br>Coon Rapids<br>Blaine | Pheasant Hills<br>Villas on the Pond<br>Blaine Meadows | $130K and up<br>$180K and up<br>$220K and up | NP<br>East Bethel<br>www.shadetreeco.com |
| 23 | [illegible] | **Windwood Homes**<br>14311 Ewing Ave. S., Suite 200<br>Burnsville, MN 55306 (952) 895-8448 | $20,673,906 | 81<br>121 | $33 million<br>Dec. 31, 2002 | 29<br>1989 | Savage<br>Faribault<br>Prior Lake | Eagles Landing<br>Legacy Commons, Windsor Park<br>Wilds South, Wensman | $225K-$340K<br>$180K-$330K<br>$275K-$425K | Stephen Ayers<br>Burnsville<br>www.windwoodhomes.net |
| 24 | [illegible] | **Charles Cudd/Signature Homes**<br>275 Market St., Suite 445<br>Minneapolis, MN 55405 (612) 333-8020 | $20,553,440 | 42<br>55 | $40 million<br>Dec. 31, 2002 | 45<br>1975 | Medina<br>Golden Valley<br>North Oaks | Medina Highlands<br>Hidden Lakes<br>The Pines at North Oaks | $300K-$450K<br>$400K-$650K<br>$500K-$650K | Richard Denman<br>Minneapolis<br>www.charlescudd.com |
| 25 | [illegible] | **Novak-Fleck Inc.**<br>8667 Zealand Ave. N.<br>Brooklyn Park, MN 55445 (763) 424-4955 | $19,751,866 | 118<br>145 | NP<br>NP | NP<br>1978 | Andover<br>Rogers<br>Brooklyn Park | Red Pine Fields<br>Mallard South<br>Lone Oak Estates, Oxbow Creek | NP<br>NP<br>NP | NP<br>Brooklyn Park<br>www.novak-fleck.com |

Abbr[illegible]s:
NA = [illegible]licable
NP = [illegible] provided
N[illegible] ranked
F[illegible]s:
1. [illegible]alue refers to the value of the permits that a builder declares when pulling a permit. The builder uses an average-square-foot cost for each type of construction and does not include the lot cost. It is not the sale price of the house. Keystone Reports gathers information on building permits pulled in 70 percent of the cities in the extended metro area. Builders submitted additional permit information for those cities not collected by Keystone.
2. A city issues builders one permit per building, which may include more than one housing unit.
3. In the metro area, full-time equivalent
4. According to Keystone Reports' figures
5. Edited to fit
6. Not including lot
7. Woodside Communities of Minnesota Inc. acquired the assets of Kenco Homes, ranked 15th on last year's list.

**Sources:** Builders Association of the Twin Cities, The Keystone Report, company representatives and Web sites

# FILED UNDER SEAL

Exhibit R40

Exhibit R41

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

THE ROTTLUND COMPANY, INC. d/b/a ROTTLUND HOMES, a Minnesota Corporation,

Plaintiff,

vs. No. 01-CV-1980

PINNACLE CORPORATION d/b/a TOWN & COUNTRY HOMES, an Illinois Corporation, TOWN & COUNTRY HOMES, INC., a Minnesota Corporation, BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., an Iowa Corporation, and THE BLOODGOOD GROUP, INC., an Iowa Corporation,

Defendants,

and

TOWN & COUNTRY HOMES, INC., a Minnesota Corporation,

Third-Party Plaintiff,

vs.

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., an Iowa Corporation,

Third-Party Defendant.

The deposition of STEVE SANDELIN, called by the Plaintiff for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Susan Babicki, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public, at One Pierce Place, Itasca, Illinois, commencing at 9:03 a.m. on the 8th day of December, 2003.

A. No, I don't.

Q. What was your first involvement with the back-to-back town home project for the Minnesota division?

A. I don't recall exactly what my -- what or when my first involvement came to be. The initial involvement I think I had was to find, you know, an architectural firm that would be able to develop this product for us.

Q. Who asked you to find an architectural firm to develop a back-to-back town home product for the Minnesota division?

A. As I recall, Art Plant had asked me if I would want to recommend anybody.

Q. Did you recommend anyone?

A. I recommended BSB Architects.

Q. Why did you recommend BSB?

A. We had been having poor

Counsel, proceed.

BY MR. KRUMMEN:

Q. So, Mr. Sandelin, if I understand your testimony thus far correctly, on April 28th, 1998, you went on a tour of Minneapolis back-to-back town home product, Larry Moore went along, and Art Plant went along, correct?

A. I believe so, yes.

Q. What was the purpose of the tour?

A. To look at local competition for Town & Country Homes, Minnesota.

Q. What do you mean by "look at local competition"?

A. The other developers in the area, what they were building, and what we might want to consider building.

Q. Did you look at Rottlund Homes villa two product during the April 29th, 1998 tour?

A. I believe so, yes.

Q. Why did you look at Rottlund's villa two product?

A. They were a competitor of ours. We wanted to see the product types that they were building, how successful they were.

Q. And as of April 29th, 1998, Town & Country Minnesota did not have a back-to-back product that it could build, correct?

A. I believe that's so, yes.

Q. In fact, no Town & Country division had a back-to-back product that it could build as of April 29th, 1998, correct?

MR. FARMER: Objection, foundation.

THE WITNESS: As far as I know, yes.

BY MR. KRUMMEN:

Q. So the purpose of the tour was to initiate this design process for the back-to-back town home product that Art Plant wanted to build

through the Minnesota division of Town & Country; is that fair?

MR. FARMER: Objection, form, misstates prior testimony as to what the purpose was.

THE WITNESS: That was one of our objects, yes.

BY MR. KRUMMEN:

Q. Was anyone else present on this tour besides Larry Moore, Art Plant, and yourself?

A. I think maybe Chris Jorgenson of BSB's office was there.

Q. Anyone else?

A. I don't recall anybody else specifically.

Q. Was anyone else from Town & Country Illinois present on the April 29th, 1998 product tour?

A. I think I was the only one.

Q. Now, if you took pictures during the Wednesday, April 29th, 1998 product tour, what would happen to those pictures?

A. I believe that was for a different photo, though.

Q. That's correct.

But it had the little date encrypter; you'll concede that point, right?

A. Absolutely, yes.

Q. So what we do know is there was a camera on the tour that occurred on April 29th of 1998 and it put little date encrypters on the photographs, correct?

A. Yes.

Q. And we also know that Exhibit 267 carries the Bates label of Pinnacle, correct?

A. Yes.

Q. That's what the "PINN" stands for, correct?

A. Yes.

Q. So all of the photographs in Exhibit No. 267 came out of your file, correct, sir?

A. Yes.

Q. Now, do you have any basis to deny that you were the one that took the picture which appears on PINN 2618, the bottom half of that particular page?

MR. FARMER: Objection, form.

BY MR. KRUMMEN:

Q. With the date encrypter of April 28th, 1998?

MR. FARMER: Objection, form, asked and answered. He's testified he doesn't recall.

THE WITNESS: Again, I'll say I don't recall taking this picture. We typically share photographs. I'm sure I don't have the only date encrypter camera.

I don't recall taking this picture, sir.

BY MR. KRUMMEN:

Q. Do you have any basis to deny that you took this picture?

A. No.

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# FILED UNDER SEAL

EXHIBITS R42 – R43