Exhibit R48.1



# Deacon's Walk

A SIGNATURE GOLF COURSE COMMUNITY

EXHIBIT
289
12/9/03



# *Start a new day at* **Deacon's Walk**

*If your image of a great day starts with*

the quiet beauty of a landscape where nature and neighborhood work in harmony...

*If it begins with*

convenient and easy access to work or shopping, and an almost unlimited array of entertainment possibilities...

*If it is based on*

the reassuring knowledge that your children are in great schools, and can take advantage of the best recreation and sports activities in a safe and secure environment...

*Or if it stems from the fact that*

you're living near an Arnold Palmer-designed, Tournament Players Club golf course...

***Then Deacon's Walk is the place for you to start a new day.***







# Elegant Homes in a **Signature Golf Course Community**

***Deacon's Walk*** features new homes crafted in a wide variety c elegant styles and prices carefully designed around the **Tournament Players Club (TPC) of the Twin Cities**. Covering 550 acres, the grounds will be lush and expansive, and include three-mile system of pedestrian walkways, and 60 acres of ponds. The TPC of the Twin Cities is slated to host an annual Senior PGA TOUR event.

Tournament Players Clubs are nationally recognized as settir the standard for private golf facilities. The signature golf cours ***Deacon's Walk***, carries on this tradition of quality; it was designed by **Arnold Palmer's** design team, and Minnesota's **Tom Lehman**, a member of the PGA TOUR, was the player consultant.

Just like ***Deacon's Walk***, communities created around Tournament Players Clubs are known for their demanding development standards and their designers' artful understanding of homeowners' needs and expectations. At ***Deacon's Walk***, as in other TPC communities, there will be a commitment to the environment. People who live here will fee proud to be a part of a new and exciting concept in community development.



# \ City Nestled in
# Natural Beauty

One of the metro area's most dynamic communities, the City Blaine lies in the south-central region of Anoka County. The :y contains striking woodlands, protected open spaces and :tlands, numerous parks, and a myriad of recreational :tiv˙˙s.

By moving into **Deacon's Walk**, you will be living in a unique ace. A place where fresh and exciting ideas are taking shape. place you will be proud to call home.



Mitch Kezar







# *A Hub for* **Sports and Leisure**

There's no question. Blaine is the premier place for professional and amateur sports.

Youth who love to golf will enjoy living in Blaine – kids and their families will be able to play on a course designed especially for them when the new **National Youth Golf Center**, located near ***Deacon's Walk***, is completed.

And then there's the **National Sports Center (NSC)**, which features an outdoor stadium, indoor arena, more than 55 socce fields, and the new Super Rink with four Olympic-sized ice rink under one roof. Along with cycling, basketball, ice hockey, figure skating, soccer, track and field, and volleyball programs, the NSC hosts numerous community events and is home to th Minnesota Thunder professional soccer team and the world-renowned Schwan's USA CUP international youth soccer tournament.

As the slated host for an annual PGA TOUR senior event, the Tournament Players Club will only add to Blaine's sports legac

# *Nurturing* **Tomorrow's Talents**

Children living at ***Deacon's Walk*** will attend quality schools. The area is served by Independent School District 16, which includes four K-5 elementary schools, a 6-8 middle school, anc a four-year senior high school. The district recently completec nearly $30 million in improvements to its facilities, equipment technology and curriculum. It has been recognized statewide for its excellent mathematics, science, and gifted and talented programs.

*Start your new day at*

*Deacon's Walk*

**A SIGNATURE GOLF COURSE COMMUNITY**

Your Builder for Life

**ROTTLUND HOMES**™

A DIVISION OF THE ROTTLUND COMPANY, INC.

PEGGY JOHNSON
BUILDER REPRESENTATIVE
HERITAGE AT DEACON'S WALK
780-7971

EQUAL HOUSING OPPORTUNITY

2681 LONG LAKE ROAD ROSEVILLE, MN 55113 (651) 638-0500 FAX (651) 638-050

Deacon's Walk

A SIGNATURE GOLF COURSE COMMUNITY


242
14
65
Radisson Rd.
Lexington
109th Av. N.E.
University Av.
105th Av. N.E.
NSC
35 W
95th Av. N.E.
10
118
17
32
Main St.
Blaine
Mississippi River
Foley Blvd
N
W
E
S
694
94
494
394
55
12
169
100
51
St. Paul
Minneapolis
62
77
52
61

SIENNA

# The Aster




URRENT AS OF 06/29/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 98214
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF
THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT
IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL
DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING
OPPORTUNITY

Your
Builder for Life
ROTTLUND
HOMES™

# Garden Home III

Heritage at Deacon's Walk





CURRENT AS OF 06/29/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 98214
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life
ROTTLUND HOMES™

MN-1297 (7/98)

# Heritage at



# Included Features

# Deacon's Walk

## Interior Features

- 4 Season Porch
- Princeton Style Oak Veneer Trim
- Oak Veneer Cabinets and Vanities - Stain Color to be Gold
- Owner's Bath w/ Universal Fiberglass Bath Bay & 5' Vanity
- Second Bath with Obscure Glass Shower
- Stainless Steel Kitchen Sink
- White on White Cultured Marble Vanity Top w/Backsplash
- Bathroom Vanity Mirrors w/ White Bath Fixtures
- Dishwasher, Range hood and Disposal
- Water Line for Icemaker
- Hard Water Loop
- Recessed Lights in Kitchen
- Kitchen Drawer Stack with Breadboard
- Finished Laundry Area w/ Laundry Tub
- Interior Walls Primed/Finished with Off-white Latex Paint
- Interior Lighting Package #20
- Ceiling Lights in Porch & Second Bedroom

## Exterior Features

- Concrete Patio
- (2) Exterior Weatherproof Outlets
- Maintenance Free Brick & Vinyl Siding w/ Aluminum Soffits & Fascia
- Brass Kickplate on Front Entry

## Plus

- Choice of 3 Designer Interior Color Packages (Carpet, Vinyl & Countertops)
- 9' Ceilings Throughout
- City Water and Sewer
- 1 Water Spigot in Garage
- Extensive Landscaping & Underground Sprinkler System
- Raised Panel Insulated Steel Garage Door
- Handicap Adaptable

## Energy/Service Features

- 2 Ton Central Air Conditioning
- 100 amp Circuit Breaker System
- 3 Standard Telephone Locations
- 3 Standard Cable Prewire Locations
- Metal Entry & Service Door w/ Deadbolt
- 80% Efficient Gas Forced Air Furnace w/ Electronic Ignition
- Transite in Floor Forced Air Heating
- Total Ceiling Insulation R-44 & Total Wall Insulation R-19
- 40 Gallon Gas Water Heater
- Electrical Service to Range and Dryer Area

CURRENT AS OF 07/07/98 ©COPYRIGHT, 1998

Your Builder for Life

ROTTLUND HOMES™

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

# Heritage at Deacon's Walk






Your Builder for Life

ARTIST'S CONCEPT ONLY, SUBJECT TO CHANGE WITHOUT NOTICE. SEE BUILDER'S REPRESENTATIVE FOR ACTUAL LANDSCAPE AND PLANS. THE ROTTLUND COMPANY, INC. ©1998 MN BUILDER LICENSE #1335

ARTISTS CONCEPT ONLY. SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

ROTTLUND HOMES™

# POINTS OF INTEREST

## CITY SERVICES

1. City Hall
2. Police Station
3. Fire Station
4. Library
5. Post Office

## SCHOOLS

6. Westwood Middle School
7. Spring Lake Park Senior High
8. Woodcrest Elementary

## PARKS & REC.

9. Bunker Hills Regional Park
10. Pioneer Park
11. Ivy Hills Park
12. Soccer Complex Park
13. National Sports Center
14. Showplace Cinema

## DINING

15. Tequilaberry's
16. Olive Garden
17. Majestic Oaks
18. Leeann Chin
19. Doolittle's Air Cafe

## SHOPPING

20. Northtown Mall
    Rainbow/Cub/Snyder Drug
21. Riverdale
22. Target Greatland




© COPYRIGHT, 1998 CURRENT AS OF 06/30/98

Your Builder for Life

ROTTLUND HOMES™

THE ROTTLUND COMPANY, INC. MN. BUILDER LICENSE #1335 98257
ARTIST'S CONCEPTION ONLY, SUBJECT TO CHANGE WITHOUT NOTICE.
ALL LOCATIONS SHOWN ARE APPROXIMATIONS TO PROVIDE AN
OVERVIEW. ©1998 THE ROTTLUND COMPANY, INC.

EQUAL HOUSING OPPORTUNITY

MN-1295 (9/98)

# Included Features

Legacy at Deacon's Walk

## Interior Features

- Designer Light Packages
- $18 Per Yard Flooring Allowance
- 6-Panel White Masonite Doors
- Oak Rails and Newel Post with White Balusters per plan
- Pre-Finished Picture Frame Cabinets
- All Oak Millwork
- Cultured Marble Vanity Tops
- 4" On Board Backsplash
- Whirlpool Dishwasher
- Whirlpool Range Hood
- Whirlpool Disposal
- Electric or Gas to Range and Dryer
- Dryer Venting
- Laminated I-Joist or Floor Truss Construction per plan
- Poured Foundation Walls
- Rough-in for Bath in Unfinished Basement
- Stainless Steel Double Sink w/Spray Attachment
- Privacy Locks on Master Bedroom & all Baths
- Extended Parts and Labor Warranty on all Purchased Appliances

## Exterior Features

- Full Yard of Sod Fully Installed
- Weathershield White Low-E Vinyl Vision 2000 Windows
- Designer 1/2 Window Grills
- Maintenance Free Vinyl Siding
- Window Trim and Frieze on all Sides of the House
- Deck Standard on all Homesites
- Deadbolt on Front Door and Garage Service Door
- Concrete Sidewalk
- 4 x 6 Patio w/ Walkout
- Wide Asphalt Driveway
- 2 Weatherproof Outlets
- 2 Exterior Water Faucets
- 2 Boulevard Trees
- Choice of Builder's Exterior Color Selections
- All Exteriors with Brick or Stone Accents

## Energy/Service Features

- 80% Efficient Gas Furnace with Extended 5 Year Warranty
- 2 x 6 Exterior Walls
- 200 Amp Electrical Service
- All Underground Utilities
- 3 Telephone Prewires
- 3 Cable T.V. Prewires
- Foundation Drainage System including Sump Pump
- Peachtree Metal Insulated Front Door w/Kick Plate

## Plus

- Rottlund's 25 Years Experience, Reputation, and Dedication to Being Your Builder For Life.
- 10 Year Structural Warranty
- Professional Interior Cleaning Prior to Move-In
- Rottlund Builder Representative to Assist You with all Your Planning Details
- Customer Orientation Prior to Closing

URRENT AS OF 10/13/98 ©COPYRIGHT, 1998

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

Your Builder for Life
ROTTLUND HOMES™

Legacy at Deacon's Walk

# The Windwood



Elevation "B"



Elevation "C"

CURRENT AS OF 10/12/98 ©COPYRIGHT, 1998

Your Builder for Life

ROTTLUND HOMES™

THE ROTTLUND COMPANY, INC. MN BUILDER LICENSE #1335 9824
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY.
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS.

EQUAL HOUSING OPPORTUNITY

MN-1317 (10/98)