Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

Exhibit R48.3

# Legacy at Deacon's Walk

## Golfing Opportunities Through The Legacy Homeowners Association

for the

## TOURNAMENT PLAYERS CLUB OF THE TWIN CITIES

Golf Course in Blaine

Rottlund Homes on the behalf of the Legacy Homeowners Association has purchased a corporate membership for the Tournament Players Club of the Twin Cities.

The Association's Management Company will manage golfing participation. Based on the terms and conditions of the Tournament Players Club of the Twin Cities, the following opportunities will be offered to all Legacy homeowners:

- Open tee times to be scheduled by the Legacy Homeowners Association management representative.
- Homeowners may bring up to three guests as part of their foursome of players. Homeowners and guests are required to pay guest green fees, estimated to be at $80 - $90 per round.
- Green fees and other charges to be paid in cash or by credit card only.
- Each homeowner is limited to playing twice a month (Note: each spouse or co-owner may play twice a month).
- Homeowners and guest may dine in the dining room or grill after their round of golf. Reservations will be available.
- Dining in the club facilities is limited to the day of play. The Tournament Players Club of the Twin Cities will not offer any social memberships at this time.
- Monthly Corporate Membership Fees will be paid as part of the Association's Annual Budget, which is estimated to be $300 - $400 per month.

*Note: All terms and conditions of membership are governed by the Tournament Players Club of the Twin Cities and are subject to change. Rottlund Homes and the Legacy Homeowners Association, Inc. cannot guarantee that the outlined golf opportunities at the Tournament Players Club of theTwin Cities will remain unchanged.*

Volume 17, Issue 2 1998

Your Builder for Life

# ROTTLUND HOMES

# HAPPENINGS



Equal Housing Opportunity

# Come Home to Apple Valley

Apple Valley has long been one of the Twin Cities most popular and versatile family communities. Now the newest Rottlund Homes neighborhood in Apple Valley, Prairie Crossing, offers you that same versatility in home styles to fit your personal lifestyle.

A wide variety of new home opportunities are available at Prairie Crossing, from first-time buyer townhomes, to various single family designs, to detached one-level townhomes. This neighborhood has it all!

Choose from our new Villa Townhome plans, featuring the Chatham, with its impressive 2-story wall of windows (as seen on the front cover) and convenient side entry, or the Traditions Series featured below and our elegant Lodge Series, that offer creative choices in single family living. The Craftsman Series, our one level townhome (featured on page 4) provides yet another choice in comfortable, gracious living.




Prairie Crossing is in a wonderful setting with trailway access to nature and recreation areas and neighborhood retail sites.

Come visit Prairie Crossing today. With 8 decorated models to choose from, this is the neighborhood with a new home choice just right for you.


Villa Townhomes from the $90's.


Lodge Homes from the $160's.


Craftsman Homes from the $140's.

# Featuring Our New Tradition Homes

You're looking for the home that fits. A home that matches your lifestyle *and* checkbook. A home with style that grows as your needs grow. Each home in the Tradition Design Series is carefully crafted with these requirements in mind. Uniquely designed, the Traditions are single family homes offering "Room to Grow." Select plans are designed with "Flex-Space," prepared-to-finish upper level space to finish as you like, when you like. A Traditions home gives the option of adding more living space without the need to move.





# PRESIDENT'S LETTER



At the recent Builder 100 Conference, a gathering of the nations top home builders, an interesting perspective on the economy and the homebuilding industry was presented.

Mr. Harry Dent, author of "The Great Boom Ahead" offered an optimistic view of the economy for the next 10 years. According to Mr. Dent, we are in the midst of long-term prosperity created by the huge bulge of "Baby Boomers" who are entering their peak earning years. Despite the recent uncertainty in the stock market, Mr. Dent points to the most important driver of our economy as the spending habits of consumers, not the government or the Federal Reserve.

Here are some of the figures that Dent uses to explain the economy:

| AGE | SPENDING HABITS |
|---|---|
| 46.5 | Spends the most money |
| 43-44 | Spends the most on housing |
| 33-34 | Gets in the most debt |
| 41.5 | Buys the most potato chips |
| 45-49 | Most likely to buy a motorcycle |

Given that the births of Baby Boomers peaked in 1961 and the peak spending years are around age 46, Mr. Dent expects the economy to peak sometime in 2008-2009. Considering this prognosis, one would expect a healthy new home market for some time to come.

This optimism is shared at Rottlund Homes with our successful start to 1998: starting more homes than any other builder in the state and recapturing our position as the largest homebuilder.

See the reason for our success at any of our more than 20 prime developments in the Twin Cities finest communities.

Sincerely,

David H. Rotter

David H. Rotter
President

# Meet the People of Rottlund Homes

## Mike Evans
Product Development Manager 7 YEARS

Putting it all together is the main focus of Mike Evan's work.



He and his staff are responsible for the drafting, estimating and purchasing of the materials for every new Rottlund home.

"The real challenge here is taking the Architects plans and determining all of the pieces needed to construct the homes. It is our job to make sure that the information from the plans matches the information in the computers and on the contracts for purchase. This ensures that our new home buyer's home can be built in a timely manner on budget."

*(As a note the average home has a minimum of 10,000 items used in its construction, with more than 30 sub-contractors to coordinate.)*



With an average of over 15 locations, each having up to 3 decorated models and with hundred of home designs, you can well see why our interior designer is so busy.

Janelle has to keep up with current trends, assess the

## Janelle Rasmussen
Interior Designer 6 YEARS

needs of our homebuyers and managing a massive inventory of materials while still finding time to put her personal touches in each model home. Her art and design skills have helped set Rottlund Homes models apart from our competition. She not only designs for style, she designs with the comfort of our future home owners in mind.

"When I design a model I believe in creating an accurate representation of the decorating for our new home buyers by designing our models within their budgets."


# See our New Villas Today!



**Own From Only $586* Per Month**

* This is just a sample of a payment option based on an actual sale price of $96,900 at the Prairie Crossing Villas in Apple Valley, $4850 down & closing costs. Amt. Financed, Semi-Annual ARM $92,050, at the current interest rate of 5.375%, initial monthly payment of $515.45 P&I, $70.57 Mortgage Insurance plus taxes and association dues. (This rate was quoted on 9/01/98, prior to publication) Actual rates & payments may vary.

## The Chatham




© 1997 Rottlund Homes

## The Breckenridge




© 1997 Rottlund Homes

Based on the Original Villa Home the New Villa features spacious new interior designs, up to 1,650 Sq. Ft.

From the $90's these homes are available in **Walnut Grove of Chanhassen, Prairie Crossing of Apple Valley** and are soon to be built at **Cornerstone Villas in Plymouth.**

Mortgage Financing Provided by FIRSTAR HOME MORTGAGE

SINGLE LEVEL LIVING OPTIONS



CRAFTSMAN HOME LIVING ROOM

# Enjoy the Comforts of One-Level Living



GARDEN HOMES
Located in Blaine at Deacon's Walk & in October at Cornerstone Commons in Plymouth From the $130's

At Rottlund Homes we are constantly striving to build the home styles that meet your needs and desires. To that end, we have created a wide variety of single-level plans in a variety of price ranges: from the Garden Homes, comfortable attached townhomes to the Craftsman Homes, elegant detached townhomes.

The Craftsmen Homes, designed to allow for complete living on the main level, have the added benefit of a lower level which can be finished for additional bedrooms, another bath, a family room or exercise room.



CRAFTSMAN HOMES
Located in Chanhassen at Walnut Grove & in Apple Valley at Prairie Crossing From the $150's

# GRAND OPENINGS

Here are just some of the exciting new Rottlund Homes neighborhoods located in many of the finest Twin Cities' communities. See back page for directions and telephone numbers.
*All Prices Include A Standard Homesite.*

## PLYMOUTH

Bassett Creek

**BASSETT CREEK**
*Gables & Gable Townhomes from the $120's*
Here is a fantastic opportunity to own a new Gable Townhome in an unbelievable location, just off 55 at Hwy 169. These 3 level townhomes resemble East Coast row homes giving you large room sizes, unique floorplans and an attached tuck-under garage. The location can't be beat with plenty of restaurants and shopping, trails and parks. Hurry out, these will go fast.


GABLE HOMES

## PLYMOUTH

CORNERSTONE VILLAS

**CORNERSTONE VILLAS**
***OPENING IN OCTOBER!***
*Villa Homes from the $120's*
Just off Hwy. 55 on 101 South, Cornerstone Villas are convenient and comfortable in an incredible location. This area is just booming with activity. New stores, parks, trails and more are all just minutes from your front door. Come out and find the Rottlund Villa which best meets your needs. Don't delay, there are only a limited number of our popular Villa homes available at this great location.

## BLAINE

Deacon's Walk

**DEACONS WALK**
*Garden Townhomes from the $130's*
Welcome to Deacon's Walk, located on the Tournament Players Club of the Twin Cities golf course. Named respectfully in memory of Arnold Palmer's father Milfred J. (Deacon) Palmer. The golf course, designed by Arnold Palmer, is the centerpiece of this 550 acre community and will feature an annual Senior PGA event. With a 3 mile trail system, extensive landscaping and 60 acres of ponds, this picturesque setting will be the perfect place to live in this growing northern suburb. Pre-sales are brisk for our Garden Homes, single-level Townhomes with attached 2-car garages, 2 bedrooms, 2 baths and much more.

**DEACONS WALK**
*Lodge Series from the $180's*
***OPENING IN DECEMBER!***
In December we will begin selling our Lodge Series of Single Family Homes. Select from an exceptional variety of homes sure to meet your family's every need in this beautiful setting. You will be able to select from pond or golf views.

## PLYMOUTH

CORNERSTONE COMMONS of Plymouth

**CORNERSTONE COMMONS**
***OPENING IN OCTOBER!***
*Age Qualified (55+) Garden Homes from the $130's*
Cornerstone Commons is planned and designed around the needs and wants of active-minded adults. It is a place to make friends and enjoy their company. A Garden Home provides a comfortable living environment that contributes to a more relaxed, productive lifestyle.
Single-Level living at its finest is a Garden Home, an attached townhome with over 1,700 sq. ft. with an attached 2-car garage.

## APPLE VALLEY

Prairie Crossing

GRAND OPENING LODGE SERIES HOMES!!

**PRAIRIE CROSSING**
*Villas from the $90's*
*Craftsman Series Homes from the $140's*
*Tradition Series Homes from the $140's*
*Lodge Series Homes from the $160's*
Apple Valley has long been one of the Twin Cities premiere suburban communities. We are so excited to be offering such a wide variety of new home opportunities in this beautiful, established community. Select from one of 4 different homestyles. We are sure there is one to best meet your needs. See the feature article on Page 2 of this newsletter for more information on this beautiful new community.


CRAFTSMAN PORCH

Watch the HOMES section in the Sunday STAR TRIBUNE or PIONEER PRESS for Grand Openings of new Rottlund neighborhoods.

Prices subject to change without notice.

## SINGLE FAMILY HOMES

**1 APPLE VALLEY** — DISTRICT 196 SCHOOLS
"PRAIRIE CROSSING"
...ITIONS HOMES From the $140's
...Cedar Ave. (77) to Co. Rd. 42, go East 2 miles to Dundee ...then right to models.
**423-1380**

**2 APPLE VALLEY** — DISTRICT 196 SCHOOLS
"PRAIRIE CROSSING"
NEW LODGE HOMES From the $160's
Take Cedar Ave. (77) to Co. Rd. 42, go East 2 miles to Dundee Ave. then right to models.
**322-3076**

**3 BLAINE** — TPC OF THE TWIN CITIES GOLF COURSE
"DEACONS WALK" — COMING IN DECEMBER 1998
LODGE HOMES From the $180's
**Call for Information 638-0555**

**4 INVER GROVE HEIGHTS/EAGAN**
"COVENTRY PASS" — DISTRICT 196 SCHOOLS
LODGE HOMES 40 SERIES
From the $140's
I-35E South to Yankee Doodle Rd, go East to Lexington, South to Wescott Rd, turn left to Dodd Rd, then right to Esk Lane, left to decorated models.
**405-8162**

**5 MAPLE GROVE** — WAYZATA SCHOOLS
"THE ENCLAVE AT TUCKAWEYE"
LODGE HOMES 50 SERIES
From the $200's
Call for an appointment.
**416-3813**

**6 MAPLE GROVE** — OSSEO SCHOOLS
"RUSH CREEK"
LODGE HOMES 40 SERIES From the $140's
I-94 North to 95th St. (Co. Rd 30)
go West 2 miles to Hwy. 101, then South to decorated model.
**...-3813**

## DETACHED TOWNHOMES

**1 APPLE VALLEY** — ONE-LEVEL (W/LOWER LEVEL)
"PRAIRIE CROSSING"
CRAFTSMAN HOMES From the $140's
Take Cedar Ave. (77) to Co. Rd. 42, go East 2 miles to Dundee Ave. then right to decorated models.
**322-5683**

**2 CHANHASSEN** — ONE-LEVEL (W/LOWER LEVEL)
"WALNUT GROVE"
CRAFTSMAN HOMES From the $150's
I-494 to Hwy. 5, go West to Galpin Rd., then right to Walnut Curve then turn right to decorated models.
**470-0764**

**3 WOODBURY** — ONE-LEVEL (W/LOWER LEVEL)
"WOODBURY CROSSING"
COTTAGE HOMES From the $140's
I-94 to Radio Drive, go South to Afton Road, turn left to Timberwood Rd., turn right to Oak Ridge Tr., left to models.
**714-0514**

**4 FRIDLEY**
"CHRISTENSON CROSSING"
VILLAGE HOMES From the $120's
I-694 to University Avenue (#47), go North to Mississippi Street then turn left to decorated models.
**571-8068**

**5 MAPLE GROVE**
"RUSH CREEK"
VILLAGE HOMES From the $130's
I-94 North to 95th St. (Co. Rd. 30), go West 2 miles to decorated model on left.
**416-3649**

**6 WOODBURY**
"EAGLE VALLEY"
VILLAGE HOMES From the $130's
I-94 East to Woodbury Dr.,(Co. Rd. 19) South to Eagle Valley Dr., then left to Double Eagle Lane then turn right to decorated models.
**714-1695**

## ATTACHED TOWNHOMES

**7 BLAINE** — TPC OF THE TWIN CITIES GOLF COURSE
"DEACONS WALK"
GARDEN HOMES From the $130's
I-35 North to Lexington Ave., go North to 109th St., turn left 1.5 miles to sales center.
**780-7971**

**8 INVER GROVE HEIGHTS** — RAMBLER & MULTI-LEVEL
"ASHWOOD PONDS" of Arbor Pointe
TOWNHOMES From the $120's
I-494 to Highway 52 South past 80th St. to Concord St., East to Concord Ct., turn left to decorated models.
**453-0315**

**9 MAPLE GROVE** — RAMBLER & MULTI-LEVEL
"ELM CREEK BLUFF"
TOWNHOMES From the $120's
I-94 North to 95th St. (Co. Rd. 30), go East to Xenium then North to decorated model.
**416-4991**

**10 MINNEAPOLIS** — COMING IN OCTOBER 1998
"RENAISSANCE ON THE RIVER"
DISTINCTIVE URBAN TOWNHOMES From the $180's
**Call for Information 638-0555**

**11 PLYMOUTH** — COMING IN OCTOBER 1998
"CORNERSTONE COMMONS"
GARDEN HOMES From the $130's
Age Qualified (55+) Community
**Call for Information 638-0555**

## VILLA TOWNHOMES

**1 APPLE VALLEY**
"PRAIRIE CROSSING"
VILLA HOMES From the $90's
Take Cedar Ave. (77) to Co. Rd. 42, go East 2 miles to Dundee Ave. then right to models.
**423-6131**

**2 CHANHASSEN**
"WALNUT GROVE"
VILLA HOMES From the $100's
I-494 to Hwy. 5, go West to Galpin Rd., turn right on Walnut Curve 1 block then turn right to sales center.
**470-6976**

**3 PLYMOUTH** — COMING IN OCTOBER 1998
"CORNERSTONE COMMONS"
VILLA HOMES From the $120's
**Call for Information 638-0555**

## GABLE TOWNHOMES

**4 PLYMOUTH**
"BASSETT CREEK"
GABLES & GABLE TOWNHOMES From the $120's
Hwy. 169 to Hwy 55, go West to Revere Lane, turn right to Sales Center.
**546-5954**

## MODELS OPEN DAILY

**MONDAY - THURSDAY 1 - 7**
**FRIDAY - SUNDAY 12 - 5**
**GENERAL INFORMATION: 638-0555**




EQUAL HOUSING OPPORTUNITY

Prices subject to change without notice.
©1998 The Rottlund Company, Inc.
Minnesota Builder's License #1335

Your Builder for Life

**ROTTLUND HOMES™** 2681 Long Lake Road Roseville, MN 55113

BULK RATE
U.S. POSTAGE
PAID
Permit No. 265
Brainerd, MN
56401