Exhibit 78.3




***Location Map - 2001023***
***Town & Country Homes/***
***Harvest Hills***
***Request for a (PP/SP/VAR)***

Land Use Giude Plan
- C, Commercial
- CC, City Center
- CO, Commercial Office
- IP, Planned Industrial
- LA-1, Living Area 1
- LA-2, Living Area 2
- LA-3, Living Area 3
- LA-4, Living Area 4
- LAR, Living Area- Rural
- P-I, Public/Semi-Public/Institutional

N W E S

City of
Plymouth, Minnesota

D 16641

HARVEST HILLS

# HARVEST HILLS
# PRELIMINARY PLANS
# PLYMOUTH, MINNESOTA


SHEET INDEX

1. COVER SHEET/ SITE PLAN
2. ALTA SURVEY
3. PRELIMINARY PLAT
4. PRELIMINARY UTILITY PLAN
5. PRELIMINARY GRADING PLAN
6. PRELIMINARY LANDSCAPE PLAN
7. PRELIMINARY FOUNDATION PLAN
8. PRELIMINARY TREE PRESERVATION PLAN
9. PRELIMINARY TREE PRESERVATION PLAN
10. PRELIMINARY TREE PRESERVATION PLAN





PREPARED BY PIONEER ENGINEERING, PA.

NICK POLTA
PROJECT CIVIL ENGINEER

PAUL A. THOMAS
REGISTERED PROFESSIONAL CIVIL ENGINEER

18372
REG. NO.

DEVELOPER
TOWN AND COUNTRY HOMES
11471 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344
(612) 944-3453

## SITE DATA

GROSS AREA 40.4404 AC.
NET AREA 36.47 AC.
(GROSS AREA 40.44 AC. – WETLANDS @ OHWL 3.97 AC.)
TOTAL R.O.W. AREA 3.9888 AC.
NUMBER OF LOTS 84
NUMBER OF DWELLING UNITS 166
PERCENT BUILDING COVERAGE 11.64 %
(4.71 AC (BUILDING AREA) / 40.44044 AC (TOTAL AREA)) = 11.64%
GROSS DENSITY 4.10 UNITS/AC.
(166 UNITS / 40.44AC.)
NET DENSITY 4.56 UNITS/AC.
(166 UNITS / 36.47 AC.)

## PARKING CALCULATIONS

PARKING REQUIRED
166 DOUBLE CAR DWELLING UNITS (DU) X 2.5 = 415

PARKING PROVIDED

GARAGES
166 DU X 2 = 332
DRIVEWAYS
166 DU X 2 = 332

OFFSTREET PARKING = 24

TOTAL PARKING PROVIDED = 688
PARKING SPACES PER UNIT = 688/166 = 4.14

## TYPICAL SETBACKS

20' SETBACK BETWEEN FOUNDATIONS
25' FRONT SETBACK FOUNDATION TO R/W (PUBLIC STREETS)
22.5' FRONT SETBACK FOUNDATION TO BACK OF CURB (PRIVATE STREETS)
30' SETBACK FOUNDATION TO PROPERTY LINE
15' SETBACK FOUNDATION TO WETLAND BUFFER
20'–40' WETLAND BUFFER ZONE FROM WETLAND TO STRUCTURE SETBACK




PROPOSED FIRE LANE SIGN
INSTALL AT ENTRANCES OF ALL PRIVATE DRIVES

LEGEND

PROPOSED EXISTING
- HYDRANT
- GATE VALVE
- CATCH BASIN
- SANITARY MANHOLE
- STORM MANHOLE
- ROADWAYS / WALKS
- TREES / TREE LINE
- RETAINING WALL
- LIGHT POLE
- POWER POLE
- TELEPHONE BOX
- WETLAND BUFFER MONUMENT
- FIRE LANE SIGN (SEE DETAIL)
- # OF PARKING STALLS
- WETLAND DELINEATION

GRAPHIC SCALE IN FEET



LOCATION MAP

PIONEER engineering

1. CITY COMMENTS
2. CITY COMMENTS
3. LAYOUT REVISED
4. CITY COMMENTS

| SHEET TITLE | OWNER | PROJECT | SHEET |
|---|---|---|---|
| COVER SHEET/SITE PLAN | TOWN & COUNTRY HOMES | HARVEST HILLS | 1 of 10 SHEETS |


ALTA SURVEY
for
~ BRANDON DEVELOPMENT COMPANY ~
~ PLYMOUTH, MINNESOTA ~
~ HENNEPIN COUNTY ~
AREA SUMMARY
Boundary: 1,761,588 sq.ft. (40.44 acres)
Wetlands: 169,948 sq.ft. (3.90 acres)
Wetlands Delineated by Peterson Environmental
All visible improvements have been shown, for the location of any additional underground utilities or before excavation call GOPHER STATE 1 CALL at 651-454-0002
SYMBOL LEGEND
WETLAND
BENCHMARKS
GRAPHIC SCALE
I hereby certify to Brandon Development Company, Commonwealth Land Title Insurance Company, Town & Country Homes, Inc., a Minnesota corporation and Harris Trust and Savings Bank, an Illinois corporation, that this is a true and correct survey of:
That part of the West Half of the Northwest Quarter lying East of the West 872 feet thereof, Section 8, Township 118, Range 22, according to the United States Government Survey thereof,
and correctly shows the location of all easements of record; all buildings, structures, and improvements on said described property; that there are no visible encroachments onto adjoining properties, streets, or alleys by any of said buildings, structures, improvements other than those shown; that there are no visible rights-of-way or easements on said property other than shown thereon; that there are no party walls or visible encroachments on said described property by buildings, structures, or other improvements situated on adjoining property except as shown on said plat of survey.
Dated this 8th day of September, A.D. 2000.
By: PIONEER ENGINEERING P.A.
TERRENCE E. ROTHENBACHER, L.S. Reg. No. 20583
REVISED CERTIFICATION 10/11/00
PIONEER engineering
SHEET TITLE ALTA SURVEY
OWNER TOWN AND COUNTRY HOMES
PROJECT HARVEST HILLS
SHEET 2 of 10 SHEETS


CONOR MEADOWS PLAT TWO
JEWEL LANE NORTH
SCHMIDT LAKE ROAD
HOLLY LANE NORTH
WETLAND
OUTLOT A
PRELIMINARY PLAT
TOWN & COUNTRY HOMES
HARVEST HILLS

D 16644


LEGEND
CURB CUT DETAIL
SURMOUNTABLE
PRELIMINARY UTILITY PLAN
TOWN & COUNTRY HOMES
HARVEST HILLS


LEGEND
HARVEST HILLS
TOWN & COUNTRY HOMES
PRELIMINARY GRADING PLAN
WETLAND


PLANT SCHEDULE
LANDSCAPE NOTES
DECIDUOUS TREE PLANTING DETAIL
CONTAINER SHRUB PLANTING DETAIL
CONIFER TREE PLANTING DETAIL
TREE PROTECTION FENCING (typical)
WETLAND
PRELIMINARY LANDSCAPE PLAN
TOWN AND COUNTRY HOMES
HARVEST HILLS


FOUR UNIT
SIX UNIT
PLANT SCHEDULE
CORNER UNIT
INTERIOR UNIT
HARVEST HILLS
TOWN AND COUNTRY HOMES
PRELIMINARY FOUNDATION PLAN
SHEET 7 OF 10 SHEETS


TREE PROTECTION FENCING (typical)
WETLAND
STREET A
HARVEST HILLS
TOWN AND COUNTRY HOMES
PRELIMINARY TREE PRESERVATION PLAN
SHEET 8 OF 10


TREE PROTECTION FENCING (typical)
WETLAND (Delineated)
TREE PROTECTION FENCING (typical)
WETLAND (Delineated)
PRELIMINARY TREE PRESERVATION PLAN
TOWN AND COUNTRY HOMES
HARVEST HILLS
SHEET 9 of 10 SHEETS

[illegible]

PRESERVATION TREE TOTALS

| | # | CAL. INCHES | % |
|---|---|---|---|
| SAVE | 976 | 11710 | (74.3) |
| REMOVE | 349 | 4042 | (25.7) |
| TOTAL | 1325 | 15752 | (100.0%) |

LEGEND

[illegible]

PIONEER engineering

SHEET TITLE: PRELIMINARY TREE PRESERVATION PLAN

OWNER: TOWN AND COUNTRY HOMES

PROJECT: HARVEST HILLS

SHEET 10 of 10 SHEETS

Homestead Collection

TOWN & COUNTRY HOMES

# The Bayview & The Starwood



T O W N & C O U N T R Y H O M E S

Premier Collection.

