Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# FILED UNDER SEAL

EXHIBITS R79 – R88

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# OMITTED

EXHIBIT R89

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# FILED UNDER SEAL

EXHIBITS R90 – R91

Exhibit R92

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Civil Action No. 01-CV-1980 DSD/SRN

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation.

Defendants.

---

**AFFIDAVIT OF MICHAEL J. RYAN SUBMITTED WITH PINNACLE'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

---

Michael J. Ryan, being first duly sworn on oath, states and deposes as follows:

1. I am Chief Executive Officer of Town & Country Homes, Inc., a Minnesota corporation ("TCM"). TCM's principle offices are located in Eden Prairie, Minnesota. TCM, however, also has officers and/or employees in Illinois who perform various administrative functions.

2. I am also Chief Executive Officer of Pinnacle Corporation, an Illinois corporation ("Pinnacle").

3. Pinnacle and TCM share common ownership, and are sometimes described as affiliated corporations or sister corporations. However, Pinnacle is not the parent of TCM, and TCM is not a subsidiary of Pinnacle or of any other company. Each entity takes great care to maintain their respective businesses as independent corporations.

4. Pinnacle and TCM are sometimes referred to as "divisions." Such references are for marketing purposes to indicate that they are sister corporations sharing common ownership and a common CEO. Having common ownership and a common CEO means that TCM can legitimately use and market the experience of its sister corporation.

5. Pinnacle retains the services of Triton-Tek of Chicago, Illinois, to manage its website, located at URL http://www.townandcountryhomes.com. The Pinnacle website has a hyperlink to TCM's website, but TCM, not Pinnacle, originated TCM's website, owns it and controls its content.

6. As CEO of TCM, I necessarily am involved in various aspects of TCM's business. For instance, at the request of Art Plante, TCM's president, I will occasionally interview high level job candidates in my capacity as TCM CEO. Also in my capacity of TCM CEO, I occasionally travel to Minnesota, participate in decisions regarding housing development projects and the like. However, I keep distinct my work as CEO for TCM from my work as CEO for Pinnacle.

7. Paul J. Anderson is Chief Financial Officer for TCM. Mr. Anderson's office is located in Illinois. TCM's payroll is processed in Illinois, but the payer is TCM, as TCM is the employer of TCM's employees.

8. Peter J. Brennan is General Counsel for TCM. Mr. Brennan's office is also located in Illinois.

Dated: February ___, 2002

Michael J. Ryan

Subscribed and sworn to before me this 8th day of February 2002.

Karen Blake
Notary Public

"OFFICIAL SEAL"
Karen Blake
Notary Public, State of Illinois
My Commission Expires Oct. 6, 2003

::ODMA\PCDOCS\FBDOCS1\2618402\1

# FILED UNDER SEAL

Exhibit R93-R94

Exhibit R95

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,

Plaintiff,

vs. No. 01-CV-1980

Pinnacle Corporation, et al.,

Defendants.

---

THE HONORABLE SUSAN R. NELSON
United States Magistrate Judge

* * * *

TAPE-RECORDED HEARING
TRANSCRIPT OF PROCEEDINGS

* * * *

Date: 8/22/03
Reporter: Lisa M. Thorsgaard

proposed change by BSB. BSB doesn't design the Chateau collection. BSB has nothing to do with the Chateau collection. No documents were transferred from BSB to Touche & Montgomery. No CAD files were transferred. That's all in the record. That's all the stuff that was taken during the depositions of BSB.

The fact that at one point in time BSB and TCM were talking about another product never developed which would have had substantial changes to the existing product means nothing. It doesn't mean that a product developed by an independent architect here in the Twin Cities, a brand new product has anything, anything to do with any other product designed by Town & Country.

THE COURT: It's a fact issue, isn't it?

MR. SCHWIEBERT: The problem we have is that product got developed late in this process. I'll be honest about it. You saw the dates on the documents I gave. Yes, in March there was a hearing up in Brooklyn Park and a schematic of the outside elevation

# FILED UNDER SEAL

Exhibit R96

OMITTED

Exhibit R97

# FILED UNDER SEAL

Exhibit R98 – R104

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

EXHIBIT R105


PARTY WALL AT DRAFTSTOP
PARTY WALL AT FLOOR FOR UNIT 'C' TO 'D'
FOUND. @ UNITS 'C' TO 'D'
SECTION @ ELECTRIC METERS
CORNER FRAMING DETAIL
EXHIBIT
THRESHOLD DETAIL
EAVE DETAIL AT 'C' UNIT ENTRY COLUMN
HALF WALL CAP DETAIL
PERPENDICULAR PARTITION INTERSECTION
SPRINKLER ROOM SECTION
SPRINKLER ROOM PLAN DETAIL
ROOF CONST.
WALL CONST.
ROTTLUND HOMES
THE RESERVE
PLYMOUTH, MN
THE VILLA II
DETAILS
NOVEMBER 1, 2000
A10

Exhibit R106

TM 00563


R:\Town & Country Homes - 202118\AutoCAD Incoming
File Edit View Favorites Tools Help
Back
Search
Folders
Address
R:\Town & Country Homes - 202118\AutoCAD Incoming
Go
Norton AntiVirus
Folders
Park Village
PINE TREE RETAIL
REGATTA COMMONS
Ron Mar Foods
St Louis Park
Town & Country Homes - 2021
3D
AutoCAD Incoming
CD-Clover Ridge
CD-Park Square
CD-Pinebrook
JUNK
Outdated as of 1-10-03
Outdated as of 12-17-02
Outdated as of 12-18-02
Outdated as of 1-31-03
Outdated as of 3-26-03
Outgoing
twin ponds townhomes
WEDGEWOOD RETAIL
Name
Size
Modified
0301551.dwg 266 KB 3/31/2003 5:17 PM
0301552.dwg 284 KB 3/31/2003 5:16 PM
0301553.dwg 269 KB 3/31/2003 5:16 PM
0301554.dwg 480 KB 3/31/2003 5:15 PM
ELEV-RICH.dgn 420 KB 5/2/2003 6:48 AM
Floor Plans v 14.dgn 847 KB 3/31/2003 11:31 AM
FLOOR PLANS v 14.dwg 913 KB 2/5/2003 12:28 PM
front door.dwg 38 KB 2/10/2003 6:03 PM
INT-ELEV 14.dwg 882 KB 5/2/2003 6:23 AM
INT-ELEV V14-4-17.dwg 1,031 KB 4/17/2003 10:44 AM
INT-ELEV.dgn 740 KB 5/2/2003 7:08 AM
INTERIOR ELEVATIONS v14.dwg 1,031 KB 5/16/2003 7:58 AM
STD EAVE DTL v 14.dwg 48 KB 3/5/2003 5:11 PM
TITLEBLOCK.dwg 417 KB 3/31/2003 5:15 PM
unit plans.zip 527 KB 2/5/2003 2:44 PM
15 object(s) (Disk free space: 496 MB)
7.99 MB
Local intranet


TOWN & COUNTRY TOWNHOMES
Pinebrook, Brooklyn Park, Minnesota
TOWN & COUNTRY HOMES
S1
FOUNDATION PLAN UNIT "A"
FOUNDATION PLAN UNIT "B"
FOUNDATION PLAN UNIT "C"
FOOTING SCHEDULE
PIER SCHEDULE
GENERAL STRUCTURAL NOTES


TOWN & COUNTRY TOWNHOMES
Pinebrook, Brooklyn Park, Minnesota
TOWN & COUNTRY HOMES
SECOND FLOOR FRAMING UNIT "A"
SECOND FLOOR FRAMING UNIT "B"
SECOND FLOOR FRAMING UNIT "C"
HEADER SCHEDULE
BEAM SCHEDULE
POST SCHEDULE
SECOND FLOOR FRAMING PLAN AND DETAILS
S2

TM 00565


TOWN & COUNTRY
TOWNHOMES
Pinebrook, Brooklyn Park, Minnesota
S3






'A' UNIT INTERIOR ELEVATIONS


'B' UNIT INTERIOR ELEVATIONS


TOWN & COUNTRY HOMES
PLANS
MASTER BEDROOM
M. BATH
LAUN.
BEDROOM #2
BEDROOM #3
BATH
MECH.
'B' UNIT 3 BEDROOM UPPER LEVEL
LOFT
'B' UNIT STANDARD UPPER LEVEL
STORAGE
POWDER
KITCHEN
GARAGE
DINING
LIVING
'B' UNIT MAIN LEVEL

TM 00569

TM 00570



[Unlicensed]

TM 00571






TM 00572





'A' UNIT INTERIOR ELEVATIONS





'B' UNIT INTERIOR ELEVATIONS



[nlicensed]







'A' UNIT INTERIOR ELEVATIONS



'B' UNIT INTERIOR ELEVATIONS




6/D3 TYPICAL EAVE DETAIL

SCALE: 1" = 1'-0"

TM 00575

TUSHIE MONTGOMERY ARCHITECTS

TOWN & COUNTRY TOWNHOMES

Pinebrook, Brooklyn Park, Minnesota

TOWN & COUNTRY HOMES

# FILED UNDER SEAL

Exhibit R107-R113

Exhibit R114

**Jeff Wrede**

**From:** Tim Johnson [tjohnson@TownandCountryHomesmn.com]
**Sent:** Monday, November 18, 2002 11:21 AM
**To:** Gary Tushie
**Cc:** Jeff Wrede
**Subject:** New Back to Back Product Design

Good Morning Gary,

I curious as to how the design work is coming on this project? When do you think that we will have the first concept to review?

I am asking this because with each passing day the likelihood that we will be continuing our relationship with the firm that did the original design work for some of our planned communities is not looking very good. Therefore we are becoming more committed to the development of new product. It is our intension to accelerate this process as much as possible and would like a preliminary schedule to start planning, work in other departments.

I look forward to hearing from you.

Thanks,

Timothy Johnson, AIA
Director of Architecture

Town & Country Homes
Minnesota Division
7615 Smetana Lane, Suite 180
Eden Prairie, Mn 55344
Office 952.944.3455
Fax 952.944.3437
Direct 952.253.0446
Mobile 612.221.8947

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# FILED UNDER SEAL

EXHIBITS R115 – R120

Exhibit R121

# PROPOSAL FOR PROFESSIONAL SERVICES

## PROTOTYPE TOWNHOME PLAN
## PINEBROOK DEVELOPMENT
## BROOKLYN PARK, MINNESOTA

**October 8, 2002**
**Revised January 23, 2003; Revised February 12, 2003**

Having met and discussed the project with Tim Johnson of Town & Country Homes, Tushie-Montgomery & Associates, Inc., proposes the following scope of work as a recommended procedure for the development of a prototype townhome plan located in Brooklyn Park, Minnesota.

**PROJECT DESCRIPTION:**

Proposed development of an approximate 8.12 acre site to accommodate 50 units of back-to-back townhomes in multiple four (4), six (6), eight (8), ten (10), and twelve (12) unit buildings, two (2) stories in height with at-grade garages and a pitched wood truss roof. Building exterior shall be vinyl siding, brick, or cultured stone. Site parking shall be at grade. Building structure shall be woodframe. The building is being designed as a market rate, for sale, building that will have some affordable units.

**SCOPE OF SERVICES:**

The professional services of TUSHIE-MONTGOMERY & ASSOCIATES, INC., shall be as follows:

I. **PROGRAMMING AND ARCHITECTURAL DESIGN PHASE:**

A. **Programming** - Review all available information completed for the project by the Owner. Discuss the overall development with the Owner and finalize the program for completion of the project.

B. **Unit Plans** - Prepare up to three (3) typical unit plans with up to *two (2)* variations *and up to three (3) options* for second floor living spaces for the buildings based upon Owner recommendations and requirements from Market Research completed by the Owner. Unit plans based upon criteria set forth by Owner in Memo dated November 11, 2002 and attached.

D. **Floor Plans** - Using the program requirements and schematic design unit plans prepare overall building floor plans for both levels of each building (4 unit, 6 unit, 8 unit, 10 unit, and 12 unit buildings).

E. **Elevations** - using the Schematic Design floor plans prepare exterior design elevations for each building (4 unit, 6 unit, 8 unit, 10 unit, and 12 unit buildings), including exterior building materials and building heights.

F. Make necessary revisions during the Design Phase to reflect Owner input.

G. Prepare exterior wall sections as required and building section.

H. Revise design documents to incorporate identified cost savings and maintenance efficiency items.

I. Attend required meetings to review and present architectural plans with the Owner and the City Staff.

II. **ARCHITECTURAL CONSTRUCTION DOCUMENTS:**

A. Make recommendations on the selection of materials and finalize all design drawings.

B. Mechanical and electrical designs and drawings shall be prepared by the subcontractors registered engineers and are not the responsibility of the Architect. The Architect shall assist the Owner in coordinating these activities with the subcontractors and their engineers to correspond with the Architectural Documents.

C. Provide any necessary structural design for the building. (Proposal included for your review). Structural engineering fees are in addition to Architectural fees.

D. Prepare a set of construction drawings for the project which shall include:

**Floor Plans -**
**(4, 6, 8, 10, 12 Unit Buildings)**
**(3) Unit Plans**
**Exterior Elevations**
**Interior Elevations**
**Building Sections**
**Stair & Wall Sections & Details**
**Building Details**
**Structural Plans, Details and Sections**

E. Assist the Owner in filing the required architectural documents for the approval of governmental authorities having jurisdiction over the project, and meeting with those officials to review the project.

III. **BIDDING AND NEGOTIATION:** (Hourly as shown in "TOTAL FEES ANTICIPATED").

Following the Owner's approval of the construction documents, assist the Owner in letting and receiving Subcontractor bids for the project by distributing drawings to the Owner and answering subcontractor questions.

IV. **CONSTRUCTION PHASE:** (Hourly as shown in "TOTAL FEES ANTICIPATED").

A. Review shop drawings, samples and other submissions of the contractor.

B. Answer contractor questions.

C. Make once per month visits to the site to be familiar generally with the progress and quality of the Work.

D. Process changes in the project.

E. Review pay requests submitted by Contractors.

F. Prepare a final punch list for the project.

V. **INTERIOR DESIGN SERVICES:** (Hourly as shown in "TOTAL FEES ANTICIPATED").

A. Furniture, furnishings and equipment:

1. Interior Design Services for the selection and specifying of all colors, materials and finished surfaces anticipated in the Contract Documents.

2. Design, specify, bid and order all interior furniture and furnishings not previously anticipated in the Contract Documents.

3. Prepare alternative presentation material boards to illustrate the color, texture and quality of the materials being considered.

4. Provide assistance to the Owner in coordinating schedules for delivery and installation of all furniture and furnishings and equipment.

5. Review the final placement and inspection for damage, quality and function to determine that the installed furniture, furnishings and equipment are in accordance with the requirements of the Contract Documents.

**<u>TO BE PROVIDED BY THE OWNER</u>:**

**The Owner shall provide:**

1. All background information the Owner may have available related to this project and necessary instructions and input regarding the program requirements.

2. Existing site plans and building lines, as-built drawings of existing buildings, soils reports, tree surveys, environmental studies, traffic studies, other topographical and utility maps and information the Owner has and, if necessary, measured drawings of existing structures. The Architect shall be entitled to rely upon the completeness and accuracy of this information, surveys and reports furnished by the Owner. This information shall be provided to the Architect in electronic format compatible with the latest version of Intergraph Microstation.

3. A designated representative from whom the Architect will receive instructions and authorization.

4. Full responsibility for estimating construction costs and keeping the construction cost within budget. The Architect shall not have any responsibility for estimating or guaranteeing the cost of construction.

5. Civil, mechanical, electrical and plumbing design and engineering services.

TM 00324

6. Prompt written notice to the Architect if the Owner becomes aware of any fault or defect in the project or non-conformance with the Contract Documents.

7. Project specifications, criteria drawings and material selections.

**TIME:**

TUSHIE-MONTGOMERY & ASSOCIATES, INC. shall begin the Work immediately upon being authorized and shall complete all tasks in this proposal within the schedule established by the Owner *as shown below.* Any deviation from the proposed schedule by the Owner shall postpone completion of the Drawings by the same amount of time of postponement.

Timeline:

| | |
|---|---|
| Design Development | Jan 1- Feb 14 |
| Civil Engineering | Concurrently by Others |
| Site Design | Concurrently by Others |
| Landscape Design | Concurrently by Others |
| 3-D Modeling | Feb 10- Feb 14 |
| Owner Revisions | Feb 14- Feb 21* (orig. set for 2/28) |
| TMA Revisions | Feb 24- Feb 28 |
| Submit to City of Brooklyn Park | March 3 |
| Planning Commission | April 9 |
| City Council | April 28 |
| Construction Documents | March 7- April 21 |
| Owner Review | April 21- April 30 |
| Complete Const. Documents | May 1- May 12 |
| Bidding & Negotiation | May 12- May 30 |
| Building Permit Submittal/Review | May 12- May 30 |

**TOTAL FEES ANTICIPATED:**

The total cost of all services recommended in this proposal shall be as follows:

| | | |
|---|---|---|
| I. | Architectural Design & City Approval Phase | $12,000.00 |
| II. | Construction Documents<br>Re-use of Drawings on other projects shall constitute a $200/unit re-use fee | 50,000.00 ($1,000/unit) |
| III. – IV. | Bidding and Construction Phases | Hourly as Additional Services as Requested by Owner |
| V. | Interior Design Services | Hourly as Additional Services as Requested by Owner |
| VI. | Structural and Engineering Services - | See Attached |

Plus normal reimbursable costs of printing, CAD plots, reproduction, postage, travel, colored renderings, computer plotting and mileage.

**ADDITIONAL SERVICES:**

| | |
|---|---|
| **Principals** | **$ 180/Hour** |
| **Senior Associate** | **$ 126/Hour** |
| **Associate** | **$ 110/Hour** |
| **Architect or Landscape Architect** | **$ 100/Hour** |
| **Architect Draftsperson** | **$ 90/Hour** |
| **Interior Designer** | **$ 100/Hour** |
| **Interior Designer Intern** | **$ 90/Hour** |

**Hour rates may change at the beginning of each calendar year.**

**ENGINEERING SERVICES:**

Tushie-Montgomery & Associates, Inc. does not employ professional Engineers on their in-house staff. All Engineering services recommended in this proposal shall be provided by the Architect through a consultant relationship with one or more Engineering firms experienced in the type of work contemplated in this proposal.

**LIMITS OF LIABILITY:**

In recognition of the relative risks, rewards and benefits of the project to both the Owner and Architect, the risks have been allocated such that the Owner agrees, to the fullest extent permitted by law, to limit the Architect's liability to the Owner and to all the Owner's contractors and subcontractors on the project for any and all claims, losses, costs, damages, or claims expenses from any cause or causes, so that the total aggregate liability of the Architect to all those named shall not exceed the Architect's total fee for services rendered on this project. Such causes include, but are not limited to, negligence, professional errors or omissions, strict liability, breach of contract or warranty.
This proposal if good for thirty (30) days. If acceptable, a signed copy will be our authorization to proceed. If the Scope of Services in this proposal in not exactly as you would like it, we would be happy to adjust it and revise the fee accordingly. A standard contract will be prepared with this proposal as its basis.

Respectfully submitted,

**TUSHIE-MONTGOMERY & ASSOCIATES, INC.**

~~Gary Tushie,~~ Jeffrey Wrede,
~~President~~ Assoc. Architect

**AUTHORIZATION:**
**Town & Country Homes**

BY: Timothy Johnson

ITS: Dir. of Architecture

Exhibit R122

# PROPOSAL FOR PROFESSIONAL SERVICES

## TRADITIONS AT CLOVER RIDGE DEVELOPMENT
## CHASKA, MINNESOTA

**January 23, 2003-REVISED FEBRUARY 12, 2003**

Having met and discussed the project with Tim Johnson of Town & Country Homes, Tushie-Montgomery & Associates, Inc., proposes the following scope of work as a recommended procedure for the development of a prototype townhome plan located in Chaska, Minnesota.

**PROJECT DESCRIPTION:**

Proposed development of two sites comprising approximately 2.75 acres and 2.0 acres to accommodate 50 units of back-to-back townhomes in multiple four (4) and six (6) unit buildings, two (2) stories in height with at-grade garages and a pitched wood truss roof. Building exterior shall be vinyl siding, brick, or cultured stone. Site parking shall be at grade. Building structure shall be woodframe. The building is being designed as a market rate, for sale, building that will have some affordable units.

**SCOPE OF SERVICES:**

The professional services of TUSHIE-MONTGOMERY & ASSOCIATES, INC., shall be as follows:

I. **PROGRAMMING AND ARCHITECTURAL DESIGN PHASE:**

A. **Programming** - Review all available information completed for the project by the Owner. Discuss the overall development with the Owner and finalize the program for completion of the project.

B. **Unit Plans** – Re-use three (3) proto-typical unit plans with up to *two (2)* variations for second floor living spaces for the buildings based upon Pinebrook Development project located in Brooklyn Park, MN.

Any changes to existing plans (as directed by Owner or City officials) shall be *estimated as an Additional Services lump sum fee and agreed to by the Owner prior to work to be done.*

C. **Floor Plans** – Re-use proto-typical floor plans based upon Pinebrook Development project located in Brooklyn Park, MN.

Any changes to existing floor plans (as directed by Owner or City officials) shall be *estimated as an Additional Services lump sum fee and agreed to by the Owner prior to work to be done.*

D. **Elevations** - Re-use proto-typical elevations based upon Pinebrook Development project located in Brooklyn Park, MN.

Any changes to existing elevations (as directed by Owner or City officials) shall be *estimated as an Additional Services lump sum fee and agreed to by the Owner prior to work to be done.*

E. Re-use proto-typical exterior wall sections as required and building section based upon Pinebrook Development project located in Brooklyn Park, MN.

Any changes to existing floor plans (as directed by Owner or City officials) shall be *estimated as an Additional Services lump sum fee and agreed to by the Owner prior to work to be done.*

F. Revise design documents to incorporate identified cost savings and maintenance efficiency items as directed by Owner. Changes shall be *estimated as an Additional Services lump sum fee and agreed to by the Owner prior to work to be done.*

G. Attend required meetings to review and present architectural plans with the Owner and the City Staff. Meeting(s) shall be *estimated as an Additional Services lump sum fee and agreed to by the Owner prior to work to be done.*

II. **ARCHITECTURAL CONSTRUCTION DOCUMENTS:**

A. All changes to Construction Documents as they relate to changes made by Owner or City Staff comments to re-use plans and elevations shall be *estimated as an Additional Services lump sum fee and agreed to by the Owner prior to work to be done.*

B. Make recommendations on the selection of materials and finalize all design drawings.

C. Mechanical and electrical designs and drawings shall be prepared by the subcontractors registered engineers and are not the responsibility of the Architect. The Architect shall assist the Owner in coordinating these activities with the subcontractors and their engineers to correspond with the Architectural Documents.

D. Provide any necessary structural design for the building. (Proposal included for your review). Structural engineering fees are in addition to Architectural fees.

E. Prepare a set of construction drawings for the project which shall include:

| | |
|---|---|
| **Floor Plans -** | **Building Sections** |
| **(4 and 6 Unit Buildings)** | **Stair & Wall Sections & Details** |
| **(3) Unit Plans** | **Building Details** |
| **Exterior Elevations** | |
| **Interior Elevations** | **Structural Plans, Details and Sections** |

F. Assist the Owner in filing the required architectural documents for the approval of governmental authorities having jurisdiction over the project, and meeting with those officials to review the project.

III. **BIDDING AND NEGOTIATION:** (Hourly as shown in "TOTAL FEES ANTICIPATED").

Following the Owner's approval of the construction documents, assist the Owner in letting and receiving Subcontractor bids for the project by distributing drawings to the Owner and answering subcontractor questions.

IV. **CONSTRUCTION PHASE:** (Hourly as shown in "TOTAL FEES ANTICIPATED").

A. Review shop drawings, samples and other submissions of the contractor.

B. Answer contractor questions.

C. Make once per month visits to the site to be familiar generally with the progress and quality of the Work.

D. Process changes in the project.

E. Review pay requests submitted by Contractors.

F. Prepare a final punch list for the project.

V. **INTERIOR DESIGN SERVICES:** (Hourly as shown in "TOTAL FEES ANTICIPATED").

A. Furniture, furnishings and equipment:

1. Interior Design Services for the selection and specifying of all colors, materials and finished surfaces anticipated in the Contract Documents.

2. Design, specify, bid and order all interior furniture and furnishings not previously anticipated in the Contract Documents.

3. Prepare alternative presentation material boards to illustrate the color, texture and quality of the materials being considered.

4. Provide assistance to the Owner in coordinating schedules for delivery and installation of all furniture and furnishings and equipment.

5. Review the final placement and inspection for damage, quality and function to determine that the installed furniture, furnishings and equipment are in accordance with the requirements of the Contract Documents.

**<u>TO BE PROVIDED BY THE OWNER</u>:**

**The Owner shall provide:**

1. All background information the Owner may have available related to this project and necessary instructions and input regarding the program requirements.

2. Existing site plans and building lines, as-built drawings of existing buildings, soils reports, tree surveys, environmental studies, traffic studies, other topographical and utility maps and information the Owner has and, if necessary, measured drawings of existing structures. The Architect shall be entitled to rely upon the completeness and accuracv of this information. survevs and reports furnished bv the Owner. This

information shall be provided to the Architect in electronic format compatible with the latest version of Intergraph Microstation.

3. A designated representative from whom the Architect will receive instructions and authorization.

4. Full responsibility for estimating construction costs and keeping the construction cost within budget. The Architect shall not have any responsibility for estimating or guaranteeing the cost of construction.

5. Civil, mechanical, electrical and plumbing design and engineering services.

6. Prompt written notice to the Architect if the Owner becomes aware of any fault or defect in the project or non-conformance with the Contract Documents.
7. Project specifications, criteria drawings and material selections.

**TIME:**

TUSHIE-MONTGOMERY & ASSOCIATES, INC. shall begin the Work immediately upon being authorized and shall complete all tasks in this proposal within the schedule established by TMA *and Owner and shown below.* Any deviation from the proposed schedule by the Owner shall postpone completion of the drawings by the same amount of time of postponement.

Timeline:

| | |
|---|---|
| Design Development | Completed with Pinebrook Development |
| Civil Engineering | Concurrently by Others |
| Site Design | Concurrently by Others |
| Landscape Design | Concurrently by Others |
| 3-D Modeling | Completed with Pinebrook Development |
| Submit to City of Chaska | Owner Has obtained approvals |
| Revise Construction Documents from Pinebrook Development | April 21- May 5 |
| Owner Review | May 5-May 9 |
| Complete Const. Doc. Revisions | May 12-May 16 |
| Bidding & Negotiation | May 19-June 2 |
| Building Permit Submittal/Review | May 19-June 2 |

**TOTAL FEES ANTICIPATED:**

The total cost of all services recommended in this proposal shall be as follows:

I. Architectural Design & City Approval Phase
Changes to plans and elevations — Hourly as Additional Services

II. Construction Documents

| | | |
|---|---|---|
| | Re-Use Fee | $200.00 per unit |
| | Changes to plans and elevations | Hourly as Additional Services |
| III. – IV. | Bidding and Construction Phases | Hourly as Additional Services as Requested by Owner |
| V. | Interior Design Services | Hourly as Additional Services as Requested by Owner |
| VI. | Structural and Engineering Services - | See Attached |

Plus normal reimbursable costs of printing, CAD plots, reproduction, postage, travel, colored renderings, computer plotting and mileage.

**ADDITIONAL SERVICES:**

| | |
|---|---|
| **Principals** | **$ 180/Hour** |
| **Senior Associate** | **$ 126/Hour** |
| **Associate** | **$ 110/Hour** |
| **Architect or Landscape Architect** | **$ 100/Hour** |
| **Architect Draftsperson** | **$ 90/Hour** |
| **Interior Designer** | **$ 100/Hour** |
| **Interior Designer Intern** | **$ 90/Hour** |

**Hour rates may change at the beginning of each calendar year.**

**ENGINEERING SERVICES:**

Tushie-Montgomery & Associates, Inc. does not employ professional Engineers on their in-house staff. All Engineering services recommended in this proposal shall be provided by the Architect through a consultant relationship with one or more Engineering firms experienced in the type of work contemplated in this proposal.

**LIMITS OF LIABILITY:**

In recognition of the relative risks, rewards and benefits of the project to both the Owner and Architect, the risks have been allocated such that the Owner agrees, to the fullest extent permitted by law, to limit the Architect's liability to the Owner and to all the Owner's contractors and subcontractors on the project for any and all claims, losses, costs, damages, or claims expenses from any cause or causes, so that the total aggregate liability of the Architect to all those named shall not exceed the Architect's total fee for services rendered on this project. Such causes include, but are not limited to, negligence, professional errors or omissions, strict liability, breach of contract or warranty. This proposal if good for thirty (30) days. If acceptable, a signed copy will be our authorization to proceed. If the Scope of Services in this proposal in not exactly as you would like it, we would be happy to adjust it and revise the fee accordingly. A standard contract will be prepared with this proposal as its basis.

Respectfully submitted,

**TUSHIE-MONTGOMERY & ASSOCIATES, INC.**

Jeffrey Wrede,
Associate

**AUTHORIZATION:**
**Town & Country Homes**

**BY:** Timothy Johnson

**ITS:** Dir. of Architecture