Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# FILED UNDER SEAL

Exhibit R123

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

# OMITTED

EXHIBITS R124 – R125

# FILED
# UNDER SEAL

Exhibit R126

# THIS EXHIBIT HAS BEEN OMITTED

Exhibit R127

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

EXHIBIT 128.1




Exhibit 187
Date: 8-4-03
Debby J. Campeau
Stirewalt & Associates

RCI000819

# TO OUR SHAREHOLDERS:







## SUMMARY DATA

YEARS ENDED MARCH 31
(000'S - EXCEPT PER SHARE)

| | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| NET SALES | $94,076 | $116,520 | $131,583 | $180,457 | $160,830 |
| GROSS PROFIT | $15,784 | $20,176 | $20,994 | $ 24,125 | $ 21,546 |
| NET INCOME | $ 3,617 | $ 3,879 | $ 4,242 | $ 1,236 | ($ 598) |
| NET INCOME PER SHARE | $ .64 | $ .68 | $ .74 | $ .22 | ($ .10) |

Our recent fiscal year's results were a disappointment to Company management as well as to you, our shareholders. However, as we look forward to the new year we have reason to be optimistic. Our backlog of new home sales as of March 31,1998 is $98,400,000 which is 62% greater than the backlog of $60,900,000 at March 31, 1997. The recent economic weakness in Asia has contributed to keeping prices of the raw materials used for homebuilding in check, at the same time allowing interest rates to remain relatively stable at historically low levels. The domestic economy remains strong and there is job growth in the markets in which we build. This growth, when combined with higher household incomes has led to continued robust demand for new homes.



In the past year, the Company improved upon its national ranking by becoming the 59th largest home builder and the 7th largest for sale attached home builder in the United States, as reported by *Builder Magazine*.

Net sales volume during fiscal 1998 decreased by 11% from fiscal 1997. This decrease was principally due to delays in opening new communities for sales in New Jersey, Minneapolis/St. Paul and Iowa. These delays resulted in sales in these communities being pushed back to fiscal 1999. Additionally, this accounts for a portion of the increased backlog at March 31,1998. Even with the decreases in revenue, during fiscal 1998, we have continued to invest in the people and systems we feel are necessary to handle the higher level of activity we foresee in the future.

The Company is maintaining its business strategy for continued growth in its non-Minnesota operations, namely: Iowa, Indiana, Florida and New Jersey. During the last few years the Company has developed an infrastructure in these areas and recently these newer operations have acquired attractive real estate for future development. We believe we are well positioned to capitalize on the opportunities available in these areas.

The Company and its staff remain committed to its customers and shareholders. We extend our gratitude to our many customers and shareholders for their continued support.

Sincerely,

David H. Rotter

David H. Rotter
President and Director

RCI000820

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 31, 1998**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File No. 0-20614**

# THE ROTTLUND COMPANY, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Minnesota** | **41-1228259** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**2681 Long Lake Road**
**Minneapolis, Minnesota 55113**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (651) 638-0500

Securities registered pursuant to Section 12(b) of the Act: None

Securities registered pursuant to Section 12(g) of the Act: Common Stock, par value $.10

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months, and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

The aggregate market value of voting stock held by nonaffiliates of the registrant as of June 30, 1998 was approximately $5,900,000.

As of June 30, 1998, there were 5,772,913 shares of Common Stock of the registrant issued and outstanding.

**Documents Incorporated By Reference**

Certain portions of the documents listed below have been incorporated by reference into the indicated part of this Form 10-K.

| Document Incorporated | Part of Form 10-K |
|---|---|
| Proxy Statement for 1998 Annual Meeting of Shareholders | Part III |

RCI000821

## FORM 10-K INDEX


| | | Page |
|---|---|---|
| PART I | | 1 |
| Item 1. | BUSINESS | 1 |
| Item 2. | PROPERTIES | 7 |
| Item 3. | LEGAL PROCEEDINGS | 7 |
| Item 4. | SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS DURING FOURTH QUARTER OF FISCAL YEAR | 8 |
| PART II | | 8 |
| Item 5. | MARKET FOR REGISTRANT'S COMMON STOCK AND RELATED STOCKHOLDER MATTERS | 8 |
| Item 6. | SELECTED FINANCIAL DATA AND STATISTICAL COMPARISON | 8 |
| Item 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF RESULTS OF OPERATIONS AND FINANCIAL CONDITION | 10 |
| Item 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 13 |
| Item 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 13 |
| Item 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURES | 13 |
| PART III | | 29 |
| Item 10. | DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT | 29 |
| Item 11. | EXECUTIVE COMPENSATION | 29 |
| Item 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 29 |
| Item 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS | 30 |
| PART IV | | 30 |
| Item 14. | EXHIBITS, FINANCIAL STATEMENT SCHEDULES AND REPORTS ON FORM 8-K | 30 |

## PART I

### Item 1. BUSINESS

*General*

The Rottlund Company, Inc. ("Rottlund" or the "Company"), through its subsidiaries, designs, builds, and markets detached single family homes and attached townhomes and villas in the Minneapolis-St. Paul, Minnesota, Des Moines, Iowa, Indianapolis, Indiana, Southern New Jersey and Naples-Ft. Myers, Orlando and Tampa, Florida metropolitan areas. The Company began operations in 1973 and, through February 1993, had built all of its developments in the Minneapolis-St. Paul metropolitan area. Rottlund is currently ranked among the top 100 builders in the nation by two leading trade publications. Since 1973, the Company has built and sold over 8,900 homes. During the year ended March 31, 1994 ("fiscal 1994") the Company began home building operations in Naples-Ft. Myers, Florida and Des Moines, Iowa and, during the first quarter of the year ended March 31, 1995 ("fiscal 1995"), began home building operations in Indianapolis, Indiana and Orlando and Tampa, Florida and during the year ended March 31, 1996 ("fiscal 1996") the Company acquired certain assets and assumed certain liabilities of Kevin Scarborough, Inc., a residential homebuilder operating in Southern New Jersey. All references to the Company contained herein, unless the context indicates otherwise, include its wholly owned subsidiaries Rottlund Homes of Iowa, Inc., Rottlund Homes of Florida, Inc., Rottlund Homes of Indiana, Inc., Rottlund Homes of New Jersey, Inc., and Rottlund Homes of Indiana Limited Partnership.

As of March 31, 1998, the Company owned or controlled through options over 2,100 home sites in communities under development and land for the development of over 2,000 additional planned home sites in proposed communities.

The Company's homes are sold primarily through its own staff of sales personnel. The Company markets its homes to a wide range of buyers, emphasizing high quality construction and customer satisfaction. Its promotional efforts include advertisements in newspapers and other printed media, radio and television, illustrated brochures, billboards, on-site displays and model homes. Purchasers of the Company's homes are given the opportunity to select, at additional cost, various optional amenities such as upgraded carpet, fireplaces, varied interior and exterior color schemes, lighting and upgraded appliances. The Company offers a diverse product line ranging from townhomes to single-family homes at prices generally ranging from $70,000 to $300,000. The average price of the Company's homes delivered in fiscal 1998 was approximately $146,000.

The Company believes that its success has been due to its strategy of (i) marketing the Company's homes to many segments of the home-buying public, which enables the Company to respond rapidly to changing market conditions and the cyclical nature of the home-building industry, (ii) controlling costs by closely monitoring the construction process through the use of an advanced, industry-specific, management information system, (iii) controlling the Company's inventory of home sites and unsold homes, and (iv) emphasizing the Company's design capabilities that enable it to offer quality homes at all price levels in the markets in which the Company competes. Further, the Company generally attempts to reduce the effect of certain risks in the home-building industry by purchasing land through options whenever possible, beginning construction of multi-family buildings only after contracts for sales of approximately 75% of units have been executed and of single family homes only after an agreement of sale has been executed by a purchaser, and by using subcontractors to perform all site improvement and construction work on a fixed-price basis.

*Operating Strategy*

Set forth below are the major elements of the Company's operating strategy:

*Markets.* The Minneapolis-St. Paul metropolitan area has been the Company's primary market and has accounted for the majority of revenues since the Company's inception. The Company has built and

delivered more homes in this market over the last five years than has any other home builder. The Company's marketing strategy in the Minneapolis-St. Paul market has been to establish itself as a name brand builder. Management believes this strategy has helped Rottlund to build and deliver more homes in this market than any other builder during the last five years. The Company presently accounts for approximately 4.0% of all homes sold in this market. The Company does not presently intend to increase its share of the Minneapolis-St. Paul market, but rather to expand its operations in the Des Moines, Iowa, Indianapolis, Indiana, Southern New Jersey and Naples-Ft. Myers, Tampa, and Orlando, Florida markets. Rottlund is implementing its name brand builder strategy in these markets.

*Products.* The Company markets its homes to a wide range of buyers, including entry level, move-up and retirees. Accordingly, the Company offers a number of home styles and price ranges at various locations. The Company's product offerings include villas, townhomes and detached single family homes. Sales prices presently range from approximately $70,000 to $300,000, and the average sales price of homes being delivered during fiscal 1998 was approximately $146,000. Management believes the Company's ability and willingness to build homes in accordance with home buyers' needs will enable the Company to continue to grow. Management believes that the Company's long-standing strategy of product diversification enables it to respond rapidly to changing market conditions and the cyclical nature of the home-building industry.

*Cost Control.* The Company controls the cost of construction through the efficient design of its homes and favorable pricing from subcontractors due to the high volume of work performed for the Company. Rottlund uses an advanced, industry-specific management information system to control construction costs. This system allows the Company to monitor subcontractor performance and expenditures for each home built. All subcontracted work is authorized through the generation of purchase orders which are approved for payment by the Company's on-site construction supervisors upon completion of work. Any additional costs require authorization through the issuance of variance purchase orders which require reporting of the reason for the variance and measures taken to eliminate further variances. This strategy permits the Company to monitor gross margins on each individual home from the time a purchase agreement is signed through the building process to closing. The Company requires all subcontractors to perform all home construction and site improvement work on a fixed price basis. In addition, management continually monitors selling, general and administrative expenses in an effort to control overhead and improve efficiency.

*Inventory Management.* Two of the major risks in the home-building industry are excessive home site inventory and inventory of completed homes. The Company attempts to reduce its vulnerability to these risks by (i) acquiring control of improved home sites through option contracts which allow the Company to build homes with relatively minimal capital expenditures and limited risks, (ii) acquiring land for development with seller financing, (iii) acquiring land through purchase agreements on a nonrecourse basis which enables the Company to obtain necessary governmental approvals before the acquisition of the land (generally, the down payment on a land purchase or option agreement will be returned to the Company if all approvals are not obtained, although pre-development costs may not be recoverable), (iv) beginning construction of a single family home only after execution of a sales contract, receipt of satisfactory earnest money and, where applicable, a tentative mortgage approval, (v) minimizing inventory homes by requiring contracts for at least 75% of the units in attached buildings to be executed prior to construction, and (vi) controlling the number of finished homes held in inventory.

***Land Acquisition and Development***

The Company generally follows a policy of acquiring options to purchase land for future community developments. The Company attempts to acquire land with a minimum cash investment and the maximum degree of purchase money financing that the Company is able to obtain from sellers. The purchase money financing and purchase agreements are generally on a nonrecourse basis, thereby limiting the Company's

financial exposure to the amounts invested in property and predevelopment costs. This policy may raise the cost of land the Company acquires somewhat, but significantly reduces risk to the Company. In addition, this policy allows the Company to obtain necessary development approvals prior to acquisition of land.

The Company's purchase agreements are typically subject to numerous conditions including, but not limited to, the Company's ability to obtain necessary zoning and other governmental approvals for the proposed development. The Company believes it has been successful in obtaining local governmental approvals through proactive interaction with neighborhood and citizen groups. The Company maintains a policy of holding neighborhood meetings to gain support for its development activities. During the initial municipal approval process, the Company confirms the availability of utilities, conducts environmental reviews, arranges acquisition development and financing, and completes its marketing construction feasibility studies. As a result, the Company is generally able to begin marketing immediately after closing the land purchase. This results in reduced carrying costs and increased liquidity for future development opportunities.

The Company has been able to acquire control of improved single family detached home sites through option contracts which enables the Company to build in an area if it purchases a specified number of home sites each month. Contracts of this nature enable the Company to begin offering homes for sale in a new community with relatively minimal capital expenditures and limited risk. Accordingly, the Company has adopted a strategy of acquiring control of single family detached home sites through option contracts when appropriate opportunities exist which meet the Company's marketing strategy. The Company expects the availability of such contracts to satisfy the majority of the Company's requirements for detached single family home sites. Due to the product-specific nature of the Company's attached home sites, the Company expects limited opportunities for option contracts for this portion of its developed home site requirements. Accordingly, the continuation of the Company's development activities to satisfy its land inventory requirements will depend upon its continued ability to locate, enter into contracts to acquire, obtain governmental approvals for, obtain acquisition and development financing for, consummate the acquisition of, and improve, suitable parcels of land.

## AVAILABLE HOME SITE INVENTORY (ALL CITIES)

The following table sets forth information with respect to the Company's available lot inventory by state as of March 31, 1998.

| Market | Total Available | Homes Under Construction | | | Unsold Sites Available for Future Construction |
|---|---|---|---|---|---|
| | | Sold(1) | Models | Inventory(2) | |
| Minnesota | 1,339 | 350 | 26 | 52 | 911 |
| Florida | 662 | 117 | 21 | 10 | 514 |
| Iowa | 240 | 50 | 8 | 12 | 170 |
| Indiana | 140 | 35 | 6 | 9 | 90 |
| New Jersey | 545 | 79 | 9 | 0 | 457 |
| Total | 2,926 | 631 | 70 | 83 | 2,142 |

(1) Under contract and under construction but not yet closed.

(2) Inventory are homes which are unsold that are completed or in various stages of construction.

Although the Company does not purchase land for speculation, the Company has and will purchase land with the intent of selling home sites within developments to other builders. Additionally, the Company has attempted to manage the risk of home building in particular areas through cooperation with other builders, such as Centex Homes Corporation, by building in the same subdivision. This arrangement provides for a diversity of types of homes in the Company's communities and the advantages of joint marketing.



RCI000825

Rottlund strives to maintain a supply of developed home sites to meet anticipated homebuilding requirements for not more than 24 months. As of March 31, 1998 the Company had an aggregate of 2,142 home sites available for future construction which represents approximately a 16-month supply based on actual deliveries anticipated in fiscal 1999. The Company believes there is an adequate supply of undeveloped land in all metropolitan areas where it conducts business to maintain adequate home site inventories.

Detached single family homes sold by the Company are marketed to move-up and entry-level buyers. Move-up homes are sold in the $170,000 to $300,000 price range while entry level homes are sold in the $110,000 to $160,000 price range. Detached single family homes are offered by the Company in a variety of floor plans and exterior styles with two, three and four bedrooms, two or more bathrooms and a two-car attached garage.

The Company also offers attached product lines which offer a variety of floor plans and provide for certain options. Entry-level townhomes are sold in the $70,000 to $105,000 price range, and the balance of townhome sales are sold in the $100,000 to $200,000 price range. The Company believes that the fastest growing segments of the home buying market are singles and couples without children. The Company has adopted a strategy to capture these segments by developing expertise in the design, marketing, financing and construction of alternative or attached housing types which appeal to these segments.

Contracts for the sale of homes are at fixed retail prices. The prices at which homes are offered have generally increased from time to time during the sellout period for each community and in response to cost increases, however, there can be no assurance that sales prices will increase in the future.

All of the attached home communities are governed by a homeowner's association (the "Association"). The Company, acting as declarant, is responsible for the management of the Association until 75% of the homes within the Association are closed.

The Company's line of homes is designed to promote efficient use of space and materials to minimize construction costs and time, thereby maximizing the value of the homes in the marketplace. The Company is continually developing new home designs to replace or augment existing home designs in an effort to assure that the Company's homes are responsive to current consumer preferences and are unique in the marketplace. In order to respond to consumer preferences the Company relies primarily upon its internal marketing department to analyze information gathered from buyer profiles, focus groups, exit interviews at model sites, telephone surveys and demographic data bases. For new designs, the Company has engaged a number of unaffiliated architectural firms in addition to its in-house architectural staff. All home designs are copyrighted by the Company. The Company does not license its home designs to other builders and vigorously pursues infringers.

The Company expends considerable effort in developing a design and marketing concept for each of its communities. This includes determination of product line, layout of streets, layout of individual home sites or structures and overall community design. The communities have attractive entrances with distinctive signage and landscaping. The Company recognizes the importance of the sense of "neighborhood" and strives to create this feeling within its communities to preserve and enhance the investment of its home buyers.

*Construction*

Rottlund acts as the general contractor for the construction of its residential communities. The Company's construction supervisors monitor the construction of each home, participate in design and building decisions, coordinate the activities of subcontractors and suppliers, maintain quality and cost controls and monitor compliance with zoning and building codes.

The Company maintains a strategy of subcontracting all home construction at a fixed cost basis. The Company believes this strategy limits its financial exposure during downturns in the housing market. All

subcontracted work is authorized by purchase orders which require approval for payment by the construction supervisor upon completion. Any additional costs require authorization through the issuance of variance purchase orders. All variances require reporting of the reason therefor, and measures taken to eliminate further variances.

Subcontractors typically are retained by the Company for a specific time period or project pursuant to a contract which obligates the subcontractor to complete its duties at a fixed price. Contracts with the Company's subcontractors and material suppliers are entered into after competitive bidding during predetermined time periods or on a project by project basis.

The construction of detached single family homes is generally tied to home buyer sales contracts to minimize the costs and risks of completed but unsold inventory. Similarly, the Company's policy is to require 75% of the units on attached home buildings having executed sales contracts prior to construction.

Construction time for each home is tied to a construction schedule established for each of the Company's home types. Variances from the schedule are infrequent but may occur due to weather conditions or availability of labor, materials and supplies. The Company's line of homes is designed to promote efficient use of space and materials to minimize construction costs and time. The Company's construction schedules are typically from three to four months.

The personnel of the Company's corporate headquarters are responsible for sales processing, estimating, architectural design, centralized purchasing through the generation of purchase orders, contract management, home site planning, obtaining governmental approvals, closing, accounting and warranty service, among other responsibilities. The Company's management information system is designed to monitor the progress of each home built by the Company, from acceptance of a sales contract to delivery of a completed home to the buyer. At any time after contract acceptance the Company can provide the home buyer with the construction status of its home and the anticipated delivery date.

The Company historically has maintained its construction schedule throughout the entire year, despite seasonal climate changes in the Minneapolis-St. Paul and Des Moines metropolitan areas. However, additional winter construction charges are incurred due to propane heating costs, frost ripping charges, utility construction charges and special footing designs. The Company is also required to put into escrow at closing amounts to cover items which cannot be installed in the winter which may include driveways, sidewalks and air conditioning.

*Marketing and Sales*

In Minnesota, Indiana, New Jersey and Florida, the Company sells its homes through commissioned employees who work from sales offices in model homes located in each Rottlund community. In addition, the Company cooperates with outside independent brokers on approximately 33% of all of its sales. The Company utilizes independent realtors for home sales in Iowa. In all instances, Company sales employees assist prospective buyers through the home buying process by providing information on the Company's line of homes, pricing, options and upgrades, mortgage financing, warranties, construction, and information regarding the Company itself. The Company provides a home buyer's guide to all prospective customers. The home buyer's guide highlights the steps and process of buying a new home in an effort to accurately set the expectations of the Company's customers. Sales personnel are trained by the Company and attend periodic meetings where they are updated on current financing, construction schedules, marketing and advertising plans.

Rottlund has adopted a strategy of becoming a "name brand" builder in the Minneapolis-St. Paul market. This strategy has been implemented through its visible support of public television, the Children's Minneapolis Hospital, and other community organizations. Rottlund also advertises through newspaper, radio, TV and a billboard campaign. In its expansion to new markets, the Company over time will attempt to utilize this same strategy of advertising to increase customer awareness of the Company's products. In

order to respond to consumer preferences, the Company relies upon its internal marketing department to analyze information which is gathered from buyer profiles, focus groups, exit interviews at model sites, telephone surveys, and demographic data bases. The Company's comprehensive marketing program also includes direct mail, participation in home tour events and use of fully merchandised model homes. Management believes model homes play an important role in demonstrating the functional use of space in the Company's homes and in allowing prospective buyers to experience the emotional aspects of the home buying process. The Company attempts to create attractive model homes and chooses interior merchandising for each type of home based upon the lifestyles of targeted customers.

The Company builds most of its homes under the guidelines and specifications of the Federal Housing Administration (FHA) and the Veterans Administration (VA), thereby providing eligible prospective buyers the added benefit of the availability of FHA/VA-insured mortgages. The Company may also from time to time help its customers secure below market interest rates by contributing points to buy-down the existing mortgage rates.

*Customer Service and Quality Control*

Rottlund is committed to providing a high level of customer service as an important component of its competitive strategy. The Company, through its on-site team of a sales representative and a construction supervisor maintains personalized contact with its customers.

The Company's construction supervisors follow a 14-step inspection process on each home the Company builds. This process is followed to ensure each home meets or exceeds the Company's performance standards for its homes.

Upon completion of construction of each home and prior to closing, an employee of the Company's Customer Care Department conducts a quality control inspection of the completed home. From this inspection, a list is created which sets forth those areas which do not meet the Company's performance standards and require correction by the contract builder. Also prior to closing, the Customer Care Department accompanies the buyer on a customer orientation of their home to demonstrate the proper use and care of the home including the mechanical equipment and other components of the home. At this time, additional items which do not meet the Company's performance standards may be added to the quality control inspection list. All such items are repaired or replaced within 15 days of being added to the quality control inspection list. At the customer orientation, the buyer is also familiarized with the service warranty process following closing on its home.

The Company's Customer Care Department handles all service and warranty requests following the closing of each home. Management believes the participation of Customer Care personnel prior to and after closing reduces post-closing service costs, fosters the Company's reputation for service, and ultimately leads to the building of a referral base of business.

The Company provides all home owners with a one-year comprehensive warranty and a two-year warranty on all mechanical systems and provides, from an unaffiliated insurance company, a five-year warranty on appliances (single-family product) and a ten-to fifteen-year structural warranty. The five-year appliance warranty and fifteen-year structural warranty are unique in the Minneapolis-St. Paul market and help to distinguish the Company from its competitors.

*Competition and Market Factors*

The development and sale of residential properties is highly competitive and fragmented. The Company competes on the basis of a number of interrelated factors, including location, product design, perceived value, price and reputation in the marketplace with a number of national home builders and numerous local builders. The Company's homes must also compete with resale of existing homes and available rental housing. Management believes Rottlund's primary competitive advantages are based upon

the following strengths: (i) product innovation, (ii) offering homes with the highest perceived value, (iii) product diversification which enables the Company to offer homes to all segments of the population, (iv) marketing programs and community involvement programs which have established Rottlund as a "name brand" builder in the Minneapolis-St. Paul market, (v) the location of its communities, and (vi) its reputation for superior customer service and quality.

Rottlund maintains a strong position in its markets due in part to product innovation. The Company's ability to respond to the changing needs of home buyers has allowed it to continue to grow despite declining demand for previously popular products. The Company continuously examines its markets to determine if certain housing needs are not being met and attempts to design and build homes to meet such needs. Management believes this is one of the primary reasons for its long-term success. The Company's years of experience provide it with expertise in the area of design, construction and financing of attached housing. The Company believes that this experience is especially important in the attached home market which is subject to stricter regulation than the detached home market.

The housing industry is cyclical and affected by consumer confidence levels, prevailing economic conditions and interest rate levels. Other factors affecting the industry include increases in construction costs, increases in costs associated with home ownership such as property taxes, changes in consumer preferences and demographic trends. The Company believes its experience provides a sound understanding of the nature of the industry which enables it to base its strategic planning on such cyclical conditions.

*Employees*

As of March 31, 1998, the Company employed 248 persons, 56 as on-site sales personnel, 70 involved in construction, 17 as customer care personnel, 18 as estimating, drafting and architectural design personnel and 87 as executive, administrative and clerical personnel. The Company's employees are not covered by a collective bargaining agreement and the Company believes its relationships with its employees are good.

*Governmental Regulation*

The Company's business is subject to regulation by a variety of state and federal laws and regulations relating to, among other things, advertising, charging, collection of state sales and use taxes, zoning and product safety. While the Company believes it is presently in material compliance with such regulations, in the event that it should be determined that the Company is not in compliance with all such laws and regulations, the Company could become subject to cease and desist orders, injunctive proceedings, civil fines and other penalties.

**Item 2. PROPERTIES**

The Company's principal offices are located at 2681 Long Lake Road, Minneapolis, Minnesota 55113. The offices total 10,000 square feet, and are leased from an unrelated party through March 31, 1999, at a base annual rent of $94,000. Various computer equipment and office furniture are also leased by the Company.

**Item 3. LEGAL PROCEEDINGS**

The Company is not currently a party to any material pending legal proceedings. From time to time the Company may become involved in routine litigation incidental to its business.

**Item 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS DURING FOURTH QUARTER OF FISCAL YEAR**

There were no matters submitted to a vote of the Company's shareholders during the three-month period ended March 31, 1998.

## PART II

**Item 5. MARKET FOR REGISTRANT'S COMMON STOCK AND RELATED STOCKHOLDER MATTERS**

On February 19, 1998, the Company's Common Stock was listed on the American Stock Exchange ("AMEX") under the symbol "RH". Also on that date, the Company's Common Stock ceased trading on the NASDAQ National Market System.

The following table sets forth the range of high and low sale prices for the Company's Common Stock for each of the fiscal quarters of the two years ended March 31, 1997 and 1998.

***Stock Quotations***

| | High | Low |
|---|---|---|
| Fiscal 1998 | | |
| First Quarter | 5¼ | 4¼ |
| Second Quarter | 5¼ | 4½ |
| Third Quarter | 4¾ | 3⅛ |
| Fourth Quarter | 4¾ | 3 |
| Fiscal 1997 | | |
| First Quarter | 8½ | 6½ |
| Second Quarter | 8 | 5 |
| Third Quarter | 7¼ | 4½ |
| Fourth Quarter | 6 | 4⅝ |

As of June 30, 1998, the Company had approximately 150 holders of record of its Common Stock.

The transfer agent for the Company's Common Stock is Norwest Bank Minnesota, N.A 161 North Concord Exchange, South St. Paul, Minnesota, 55075-0738, telephone: (651) 450-4064.

The Company has not paid any dividends on its Common Stock since its initial public offering in October 1992 and expects that for the foreseeable future it will follow a policy of retaining earnings in order to finance the continued development of its business. Payment of dividends is within the discretion of the Company's Board of Directors and will depend upon the earnings, capital requirements and operating and financial condition of the Company, among other factors. In addition, the terms of the Company's 9.42% Senior Notes Due December 1, 2004 and the 12.11% Senior Notes Due December 1, 2004 contain restrictions on the ability of the Company to pay dividends. The Company has not made any sales of restricted stock during the previous three fiscal years.

**Item 6. SELECTED FINANCIAL DATA AND STATISTICAL COMPARISON**

The following table sets forth selected financial data with respect to the Company for the periods indicated. This information should be read in conjunction with the Financial Statements and related notes appearing elsewhere herein and "Management's Discussion and Analysis of Results of Operations and Financial Conditions." The Company's Statement of Operations and balance data for each of the years set

forth below have been derived from financial statements which have been audited by Arthur Andersen LLP, independent public accountants.

| | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|
| | (In thousands, except per share amounts and unit data) | | | | |
| **Statement of Operations Data:** | | | | | |
| Net sales | $160,830 | $180,457 | $131,583 | $116,520 | $94,076 |
| Cost of sales | 139,284 | 156,332 | 110,589 | 96,344 | 78,292 |
| Gross profit | 21,546 | 24,125 | 20,994 | 20,176 | 15,784 |
| Selling, general and administrative expenses | 20,541 | 19,569 | 13,671 | 13,307 | 9,469 |
| Write-down of land(1) | — | 1,500 | — | — | — |
| Operating income | 1,005 | 3,056 | 7,323 | 6,869 | 6,315 |
| Interest expense | 2,018 | 958 | 153 | 295 | 198 |
| Income (loss) before provision for income taxes | (1,013) | 2,098 | 7,170 | 6,574 | 6,117 |
| Provision for income taxes | (415) | 862 | 2,928 | 2,695 | 2,500 |
| Net income (loss) | (598) | $ 1,236 | $ 4,242 | $ 3,879 | $ 3,617 |
| Basic earnings (loss) per Share | $ (0.10) | $ 0.22 | $ 0.75 | $ 0.69 | $ 0.64 |
| Diluted earnings (loss) per Share | $ (0.10) | $ 0.22 | $ 0.74 | $ 0.68 | $ 0.63 |
| Weighted average shares outstanding | 5,745 | 5,735 | 5,749 | 5,661 | 5,645 |
| **Operating Data:** | | | | | |
| Number of home sales closed | 1,092 | 1,346 | 1,187 | 1,003 | 867 |
| Average sales price | $ 146 | $ 134 | $ 111 | $ 116 | $ 108 |
| **Balance Sheet Data:** | | | | | |
| Inventories and properties held for development or sale | $ 74,379 | $ 81,825 | $ 74,650 | $ 60,450 | $42,604 |
| Total assets | 88,281 | 96,234 | 83,756 | 68,549 | 50,330 |
| Notes and mortgage notes payable | 47,907 | 54,137 | 40,584 | 33,746 | 18,673 |
| Shareholders' equity | $ 26,315 | $ 26,819 | $ 25,396 | $ 21,033 | $17,030 |

(1) The Company recorded a noncash write-down of land development costs and finished lots at development sites in Florida and Indiana in fiscal 1997. See Note 1 of the Notes to Consolidated Financial Statements.

**Item 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF RESULTS OF OPERATIONS AND FINANCIAL CONDITION**

***General***

The following table sets forth, for the periods indicated, unit activity, average sales price and revenue from home sales:

| | Years Ended March 31 1998 | 1997 | 1996 |
|---|---|---|---|
| Homes closed: | | | |
| Single family | 431 | 397 | 181 |
| Multi-family | 661 | 949 | 1,006 |
| Average sales price: | | | |
| Single family | $ 186,000 | $ 199,000 | $ 154,000 |
| Multi-family | 122,000 | 107,000 | 103,000 |
| Net sales: | | | |
| Single family | $ 80,370,000 | $ 79,083,000 | $ 27,916,000 |
| Multi-family | 80,460,000 | 101,374,000 | 103,667,000 |
| Total net sales | $160,830,000 | $180,457,000 | $131,583,000 |

The following table sets forth the Company's backlog (homes under contract but not closed):

| March 31 | Number of Homes | Sales Value |
|---|---|---|
| 1998 | 631 | $98,380,000 |
| 1997 | 409 | $60,908,000 |
| 1996 | 533 | $69,319,000 |

The Company estimates that the period between receipt of sales contracts and delivery of completed homes to the purchasers is generally four to six months. The Company's backlog historically tends to increase between January and April. Trends in the Company's backlog are subject to change from period to period based upon economic conditions including consumer confidence levels, interest rates and the availability of mortgages.

***Results of Operations***

*Year Ended March 31, 1998 compared to year ended March 31, 1997*

The Company's home sales decreased $19.6 million or 11% during fiscal 1998 as compared to fiscal 1997 as a result of a 18.9% decrease in the number of homes closed which was partially offset by a 9% increase in the average sales price of homes closed. The decrease in the number of homes closed was principally due to delays in opening new communities for sales in New Jersey, Minneapolis and Iowa which resulted in those projected closings being pushed to fiscal 1999. This also accounts for a portion of the increase in backlog at March 31, 1998.

Gross profit decreased by $2.6 million or 11% during fiscal 1998 as compared to fiscal 1997. Gross profit margins remained constant at 13% during both years. The decrease in gross profit was primarily due to the decrease in home sales during fiscal 1998.

Selling, general and administrative expenses increased by $972,000 to $20.5 million in fiscal 1998 from $19.6 million in fiscal 1997. As a percentage of net sales, selling, general and administrative expenses

increased to 12.8% in fiscal 1998 from 10.8% in fiscal 1997. This increase was primarily due to the decrease in home sales during fiscal 1998.

Interest expense was $2.0 million in fiscal 1998 as compared to $958,000 in fiscal 1997. The increase in interest expense is primarily due to the Company terminating capitalizing interest on a piece of commercial land that it has held for approximately ten years. This land is currently for sale and has a book value of about $9.0 million. The Company capitalizes certain interest costs for land development and includes such capitalized interest in cost of sales when the related homes are delivered to purchasers. Accordingly, total interest incurred by the Company was approximately $5.1 million for fiscal 1998 and $5.2 million for fiscal 1997.

The Company's tax rate was approximately 41% in fiscal 1998 and 1997 which reflects the federal statutory rate plus the effect of state taxes, net of federal benefit.

Net income decreased from $1.2 million in fiscal 1997 to a net loss of $598,000 in fiscal 1998. This decrease was primarily due to the decrease in home sales, increased interest expense and a slight increase in selling, general and administrative expenses for which the Company invested in increased advertising and overhead to fund an expected increase in home sales in fiscal 1999 as witnessed by the large increase in backlog at March 31, 1998.

*Year Ended March 31, 1997 compared to year ended March 31, 1996*

The Company's home sales increased $48.9 million or 37% during fiscal 1997 as compared to fiscal 1996 as a result of a 13.4% increase in the number of homes closed combined with an 29% increase in the average sales price of single family homes closed and a 4% increase in the average sales price of multifamily homes closed. The increase in the average sales price of single family homes was principally due to a greater number of homes closed in Tampa, Orlando and New Jersey where the products are larger and sold at higher price levels than those achieved historically in single family developments.

Gross profit increased by $3.1 million or 15% during fiscal 1997 as compared to fiscal 1996. Gross profit margins decreased to 13% in fiscal 1997 from 16% in fiscal 1996. This decrease was primarily due to rising material and labor costs caused by the strength in the homebuilding industry as well as tight labor markets in many of the Company's markets, and slower sales than anticipated in some of the Company's newer markets.

Selling, general and administrative expenses increased by 43.0% to $19.6 million in fiscal 1997 from $13.7 million in fiscal 1996. As a percentage of net sales, selling, general and administrative expenses increased to 10.8% in fiscal 1997 from 10.4% in fiscal 1996.

Interest expense was $958,000 in fiscal 1997 as compared to $153,000 in fiscal 1996 due to an increased percentage of borrowings under the Company's credit facility. The Company capitalizes certain interest costs for land development and includes such capitalized interest in cost of sales when the related homes are delivered to purchasers. Accordingly, total interest incurred by the Company was approximately $5.2 million for fiscal 1997 and $3.9 million for fiscal 1996. This increase was primarily due to increased borrowings to fund the Company's increased business level.

The Company's tax rate was approximately 41% in fiscal 1997 and 1996 which reflects the federal statutory rate plus the effect of state income taxes, net of federal benefit.

Net income decreased from $4.2 million in fiscal 1996 to $1.2 million in fiscal 1997. This decrease was primarily due to a noncash write-down of $1.5 million, representing an inventory valuation adjustment of certain land for approximately 250 unsold lots located in Orlando and Indianapolis, and an overall decline in the gross profit margin partially offset by an increase in home sales.

***Liquidity and Capital Resources***

Cash flows provided by operating activities increased $14.2 million from ($9.8) million in fiscal 1997 to $4.4 million in fiscal 1998. This increase was primarily due to decreased investments in residential housing completed and under construction resulting from the decrease in sales activity, combined with the lower level of inventory homes at March 31, 1998. Cash flows used for investing activities were not significant. Cash flows provided by (used for) financing activities decreased by $19.9 from $13.7 in fiscal 1997 to ($6.1) in fiscal 1998. This decrease was primarily due to reduced borrowings under the company's revolving credit facility to finance the lower levels of land inventory and residential housing completed and under construction.

Cash flows used for operating activities increased $7.5 million from ($2.3) million in fiscal 1996 to ($9.8) million for fiscal 1997. This increase was primarily due to increased investments in residential housing completed and under construction resulting from the Company's expansion to additional geographic regions, combined with an increase in sales activity. Cash flows used for investing activities were not significant. Cash flows provided by financing activities increased by $13.4 million from $336,000 in fiscal 1996 to $13.7 million in fiscal 1997. This increase was primarily due to increased borrowings under the Company's revolving credit facility to finance the increased level of business over the previous year, and the resulting higher levels of land inventory and residential housing completed and under construction.

The Company's financing needs depend primarily upon sales volume, asset turnover, land acquisition and inventory balances. In December 1994, the Company issued $25 million of 12.11% Senior Notes payable and in February 1996, the Company issued an additional $10 million of 9.42% Senior Notes payable (collectively referred to as the "Senior Notes"). Proceeds were used to retire certain mortgage notes payable and for working capital purposes. Principal and interest payments of approximately $552,000 are due monthly through December 2004.

At March 31, 1998, the Company also had a $23.0 million unsecured revolving credit facility from a commercial lender. Borrowings under this facility totaled $15.0 million at March 31, 1998. The Company believes that amounts available under its existing borrowing arrangements (assuming extensions and renewals of debt in the ordinary course of business) and amounts generated from operations will provide funds adequate for its home-building activities and debt service. The Company has no significant commitments as of March 31, 1998 requiring the use of funds.

Due to the lower than expected financial results for the fiscal year ended March 31, 1998, the Company was not in compliance with certain financial covenants under both its Senior Note agreements and its revolving credit facility. All of the Company's lenders have agreed to waive the violations and in addition the agreements have been amended. Certain financial covenants have been reset over the next fiscal year in order to give the Company time to reach original covenant levels. The Company will pay an additional $100,000 principal per month amortization on the Senior Notes for the remaining life of the notes.

The Company has generally been able to secure financing for its acquisition, development and construction activities, and management believes that such arrangements will continue to be available on terms satisfactory to the Company. There can be no assurance, however, that continued financing for land acquisitions will be available or, if available, will be on terms satisfactory to the Company.

***Inflation and Effects of Changing Prices***

Real estate and residential housing prices are affected by inflation, which can cause increases in the price of land, raw materials and subcontracted labor. Unless such costs are recovered through higher sales prices, gross profit margins will decrease. As interest rates increase, construction and financing costs, as well as the cost of borrowing funds, also increase which can result in lower gross profits. High mortgage interest rates would make it more difficult for the Company's customers to qualify for home mortgage

loans. These factors have a much more significant effect on the Company's operations than does seasonality, in part because homes can be constructed year-round.

*Year 2000 Considerations*

The Company has reviewed the implications of year 2000 compliance and has taken steps designed to ensure that the Company's computer systems and applications will manage dates beyond 1999. The Company believes that it has allocated adequate resources for this purpose and that planned software upgrades, which are underway and in the normal course of business, will address the Company's internal year 2000 needs. While the Company expects that efforts on the part of current employees of the company will be required to monitor year 2000 issues, no assurances can be given that these efforts will be successful. The Company does not expect the cost of addressing any year 2000 issue to be a material event or uncertainty that would have a material adverse effect on future operating results or financial condition.

## Item 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Not applicable.

## Item 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

The financial statements of the company as of March 31, 1998 and 1997 together with the Report of Independent Public Accountants are included in this Form 10-K on the pages indicated below.

### THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

### INDEX TO CONSOLIDATED FINANCIAL STATEMENTS


| | Page |
|---|---|
| Report of Independent Public Accountants | 14 |
| Consolidated Balance Sheets as of March 31, 1998 and 1997 | 15 |
| Consolidated Statements of Operations for the Years Ended March 31, 1998, 1997 and 1996 | 16 |
| Consolidated Statements of Shareholders' Equity for the Years Ended March 31, 1998, 1997 and 1996 | 17 |
| Consolidated Statements of Cash Flows for the Years Ended March 31, 1998, 1997 and 1996 | 18 |
| Notes to Consolidated Financial Statements | 19 |


## Item 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURES

None.

## REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS

To The Rottlund Company, Inc.:

We have audited the accompanying consolidated balance sheets of The Rottlund Company, Inc. (a Minnesota corporation) and Subsidiaries as of March 31, 1998 and 1997, and the related consolidated statements of operations, shareholders' equity and cash flows for each of the three years in the period ended March 31, 1998. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of The Rottlund Company, Inc. and Subsidiaries as of March 31, 1998 and 1997, and the results of their operations and their cash flows for each of the three years in the period ended March 31, 1998, in conformity with generally accepted accounting principles.

ARTHUR ANDERSEN LLP

Minneapolis, Minnesota.
May 15, 1998 (except for Note 3
which date is July 10, 1998)

**THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES**

**Consolidated Balance Sheets**
**As of March 31**
**(In Thousands, Except Per Share Data)**

| | 1998 | 1997 |
|---|---|---|
| **ASSETS** | | |
| CASH AND CASH EQUIVALENTS | $ 4,247 | $ 7,016 |
| ESCROW AND OTHER RECEIVABLES | 2,520 | 1,512 |
| LAND, DEVELOPMENT COSTS AND FINISHED LOTS | 47,247 | 49,236 |
| RESIDENTIAL HOUSING COMPLETED AND UNDER CONSTRUCTION | 27,132 | 32,589 |
| PROPERTY AND EQUIPMENT, net | 1,251 | 710 |
| DEFERRED INCOME TAXES | 1,164 | 1,350 |
| INTANGIBLE AND OTHER ASSETS, net | 4,720 | 3,821 |
| | $88,281 | $96,234 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| LIABILITIES: | | |
| Revolving credit facility | $15,010 | $15,185 |
| Senior notes payable | 30,925 | 33,868 |
| Mortgage notes payable | 1,972 | 5,084 |
| Accounts payable | 11,553 | 9,289 |
| Accrued liabilities | 2,506 | 4,079 |
| Income taxes payable | — | 1,910 |
| Total liabilities | 61,966 | 69,415 |
| COMMITMENTS AND CONTINGENCIES (Note 7) | | |
| SHAREHOLDERS' EQUITY: | | |
| Preferred stock, $.10 par value, 10,000 shares authorized; none issued | — | — |
| Common stock, $.10 par value, 40,000 shares authorized; 5,745 and 5,716 shares issued and outstanding | 141 | 138 |
| Paid-in capital | 11,747 | 11,656 |
| Retained earnings | 14,427 | 15,025 |
| Total shareholders' equity | 26,315 | 26,819 |
| | $88,281 | $96,234 |

The accompanying notes are an integral part of these consolidated balance sheets.

**THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES**

**Consolidated Statements of Operations**

**For the Years Ended March 31**
**(In Thousands, Except Per Share Data)**

| | 1998 | 1997 | 1996 |
|---|---|---|---|
| NET SALES | $160,830 | $180,457 | $131,583 |
| COST OF SALES | 139,284 | 156,332 | 110,589 |
| GROSS PROFIT | 21,546 | 24,125 | 20,994 |
| SELLING, GENERAL AND ADMINISTRATIVE EXPENSE | 20,541 | 19,569 | 13,671 |
| WRITE-DOWN OF LAND | — | 1,500 | — |
| Operating income | 1,005 | 3,056 | 7,323 |
| INTEREST EXPENSE | 2,018 | 958 | 153 |
| Income (loss) before provision (benefit) for income taxes | (1,013) | 2,098 | 7,170 |
| PROVISION (BENEFIT) FOR INCOME TAXES | (415) | 862 | 2,928 |
| Net income (loss) | $ (598) | $ 1,236 | $ 4,242 |
| BASIC EARNINGS (LOSS) PER SHARE | $ (0.10) | $ 0.22 | $ 0.75 |
| DILUTED EARNINGS (LOSS) PER SHARE | $ (0.10) | $ 0.22 | $ 0.74 |

The accompanying notes are in integral part of these consolidated balance sheets.