Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

EXHIBIT 128.2

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

**Consolidated Statements of Shareholders' Equity**

**For the Years Ended March 31**
**(In Thousands)**

| | Common Stock Shares | Common Stock Amount | Paid-in Capital | Retained Earnings | Total |
|---|---|---|---|---|---|
| BALANCE, March 31, 1995 | 5,661 | $132 | $11,354 | $ 9,547 | $21,033 |
| Net income | — | — | — | 4,242 | 4,242 |
| Stock issued under employee stock purchase plan | 22 | 2 | 119 | — | 121 |
| BALANCE, March 31, 1996 | 5,683 | 134 | 11,473 | 13,789 | 25,396 |
| Net income | — | — | — | 1,236 | 1,236 |
| Stock issued under employee stock purchase plan | 22 | 3 | 125 | — | 128 |
| Stock options exercised | 11 | 1 | 58 | — | 59 |
| BALANCE, March 31, 1997 | 5,716 | 138 | 11,656 | 15,025 | 26,819 |
| Net loss | — | — | — | (598) | (598) |
| Stock issued under employee stock purchase plan | 29 | 3 | 91 | — | 94 |
| BALANCE, March 31, 1998 | 5,745 | $141 | $11,747 | $14,427 | $26,315 |

The accompanying notes are an integral part of these consolidated financial statements.

## THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

### Consolidated Statements of Cash Flows

**For the Years Ended March 31**
**(In Thousands)**

| | 1998 | 1997 | 1996 |
|---|---|---|---|
| OPERATING ACTIVITIES: | | | |
| Net income (loss) | $ (598) | $ 1,236 | $ 4,242 |
| Adjustments to reconcile net income (loss) to net cash provided by (used for) operating activities— | | | |
| Depreciation and amortization | 626 | 479 | 233 |
| Write-down of land | — | 1,500 | — |
| Deferred income taxes | 186 | (833) | (186) |
| Change in operating items: | | | |
| Escrow and other receivables | (1,008) | 483 | (848) |
| Land, development costs and finished lots | 1,989 | (1,797) | (2,193) |
| Residential housing completed and under construction | 5,457 | (6,878) | (3,137) |
| Intangible and other assets | (1,012) | (1,457) | (1,199) |
| Accounts payable | 2,264 | (1,475) | (2,196) |
| Accrued liabilities | (1,573) | 158 | 789 |
| Income taxes payable | (1,910) | (1,181) | 2,218 |
| Net cash provided by (used for) operating activities | 4,421 | (9,765) | (2,277) |
| INVESTING ACTIVITIES: | | | |
| Purchase of property and equipment, net | (1,054) | (383) | (307) |
| Net cash received from acquisition (Note 2) | — | — | 109 |
| Other | — | (13) | (19) |
| Net cash used for investing activities | (1,054) | (396) | (217) |
| FINANCING ACTIVITIES: | | | |
| Proceeds from (repayments of) revolving credit facility, net | (175) | 14,685 | 500 |
| Proceeds from issuance of senior notes payable | — | — | 10,000 |
| Proceeds from issuance of mortgage notes payable | 174 | 5,205 | 1,117 |
| Repayments of senior notes payable | (2,943) | (1,132) | — |
| Repayments of mortgage notes payable | (3,286) | (5,205) | (11,402) |
| Proceeds from stock options exercised | — | 59 | — |
| Proceeds from stock issued under employee stock purchase plan | 94 | 128 | 121 |
| Net cash provided by (used for) financing activities | (6,136) | 13,740 | 336 |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | (2,769) | 3,579 | (2,158) |
| CASH AND CASH EQUIVALENTS: | | | |
| Beginning of year | 7,016 | 3,437 | 5,595 |
| End of year | $ 4,247 | $ 7,016 | $ 3,437 |
| SUPPLEMENTAL CASH FLOW INFORMATION: | | | |
| Cash paid for interest, net of amounts capitalized | $ 2,025 | $ 906 | $ 153 |
| Cash paid for income taxes | $ 2,022 | $ 2,948 | $ 1,010 |

The accompanying notes are an integral part of these consolidated financial statements.

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements

March 31, 1998 and 1997

**1. Business Description and Summary of Significant Accounting Policies:**

*Nature of Business*

The Rottlund Company, Inc. (a Minnesota corporation) and its subsidiaries, collectively referred to as the Company, are engaged in the design, construction, marketing and sale of residential real estate. The Company's primary developments are in Minnesota, with additional development sites in Iowa, Florida, Indiana and New Jersey; accordingly, the Company's operations can be impacted significantly by the residential real estate market conditions in each of these geographic areas.

During fiscal 1998, the Company disposed of a wholly owned subsidiary which was engaged in the business of originating residential mortgage loans as a correspondent for various mortgage banking companies. Through the date of disposal, such mortgage activity was not significant. The reserves the Company established in fiscal 1997 were adequate to cover the costs the Company incurred to dispose of this subsidiary.

The Company has generally been able to secure financing for its acquisition, development and construction activities, and management believes that such arrangements will continue to be available on terms satisfactory to the Company. However, there can be no assurance that continued financing for land acquisitions will be available or, if available, will be on terms satisfactory to the Company.

*Principles of Consolidation*

The accompanying consolidated financial statements include the accounts of The Rottlund Company, Inc. and its wholly owned subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation.

*Use of Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Ultimate results could differ from those estimates.

*Revenue Recognition*

Revenue from sales of properties is recognized upon a formal closing and conveyance of title to the buyer. Escrow receivables represent funds held in escrow because the Company is obligated to perform minor activities subsequent to formal closing. Customer earnest money deposits received under binding purchase agreements are reflected as accrued liabilities until formal closing.

*Cash and Cash Equivalents*

The Company considers all highly liquid investments purchased with original maturities of three months or less to be cash equivalents. As of March 31, 1998 and 1997, approximately $811,000 and $597,000, respectively, of cash and cash equivalents was restricted for customer earnest money deposits.

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

**Notes to Consolidated Financial Statements (Continued)**

March 31, 1998 and 1997

**1. Business Description and Summary of Significant Accounting Policies: (Continued)**

*Land, Development Costs and Finished Lots*

Direct costs related to land development, including land acquisition costs; improvement and construction costs for clearing and grading, roads and utility systems; architectural, surveying, engineering and legal fees; and real estate taxes, are capitalized as costs of land. The Company also capitalizes interest incurred in connection with land held for development up to the point it is deemed fully realizable upon sale. Interest of approximately $2,942,000, $4,196,000 and $3,698,000 was capitalized in fiscal 1998, 1997 and 1996, respectively. Aggregate development costs are allocated to finished lots and charged to cost of sales upon a formal closing and conveyance of title to the buyer.

During fiscal 1997, the Company adopted Statement of Financial Accounting Standards (SFAS) No. 121, "Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of." SFAS No. 121 requires that long-lived assets be reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets may not be recoverable and that impairment losses be recorded on long-lived assets when indications of impairment are present and the undiscounted cash flows estimated to be generated by those assets are less than the assets' carrying amount. Prior to the adoption of SFAS No. 121, inventories were recorded at the lower of cost or net realizable value for each parcel or subdivision. Under SFAS No. 121, inventories to be held and used are stated at cost unless a subdivision is determined to be impaired, in which case the impaired inventories are written down following the provisions of SFAS No. 121. Write-downs of impaired inventories are recorded as adjustments to the cost basis of the respective inventory.

The Company recorded a noncash write-down of land, development costs and finished lots at development sites in Florida and Indiana of $1,500,000 in fiscal 1997. The impairment was determined by the Company's management based on decreases in the market value of the sites as well as development costs which were in excess of management's original estimates. Management determined the fair value of these development sites based on various methods, including discounted cash flow projections and evaluations of comparable market prices of land, as appropriate. The write-down for impairment of long-lived assets was calculated in accordance with the requirements of SFAS No. 121 but was not necessitated by the implementation of SFAS No. 121. Had the Company not adopted SFAS No. 121, a similar write-down would have been required.

The estimation process involved in determining if assets have been impaired and in determining fair value is inherently uncertain since it requires estimates of current market yields, as well as future events and conditions. Such future events and conditions include economic and market conditions, as well as the availability of suitable financing to fund development and construction activities. The realization of the estimates applied to the Company's real estate projects is dependent upon future uncertain events and conditions and, accordingly, the actual timing and amounts realized by the Company may differ materially from the estimated fair values, as described herein.

*Residential Housing Completed and Under Construction*

Residential housing completed and under construction represents the direct costs of construction of single-family and multifamily home projects, excluding land costs. Residential housing is valued at the lower of cost or estimated fair value.

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

March 31, 1998 and 1997

**1. Business Description and Summary of Significant Accounting Policies: (Continued)**

*Property and Equipment*

Property and equipment are stated at cost. Additions and major renewals are capitalized, while maintenance and repairs are charged to expense as incurred. Depreciation is provided using accelerated methods, principally over three to five years for model home furnishings and five to seven years for furniture and equipment. Accumulated depreciation totaled $780,000 and $725,000 as of March 31. 1998 and 1997, respectively.

*Intangible and Other Assets*

Intangible and other assets consist primarily of the excess of the purchase price paid for business acquisitions over the net assets acquired, deferred financing costs and deposits for the option to acquire land. The excess of the purchase price paid for business acquisitions over the net assets acquired is being amortized over 20 years, with accumulated amortization of $147,000 and $73,000 as of March 31, 1998 and 1997, respectively. Deferred financing costs are amortized over the lives of the respective financing agreements, with accumulated amortization of $125,000 and $87,000 as of March 31, 1998 and 1997, respectively. Deposits for the option to acquire land are capitalized as land, development costs and finished lots at the time of exercise or are charged to expense upon expiration.

*Income Taxes*

The Company recognizes deferred tax liabilities and assets for the expected future tax consequences of events that have been included in the financial statements or tax returns. Under this method, deferred tax liabilities and assets are determined based on the difference between the financial statement and tax bases of assets and liabilities using currently enacted tax rates.

*Product Warranty*

The Company warrants its residential housing for periods of 10 and 15 years. The Company purchases insurance coverage for periods after two years. Warranty costs are estimated at the time of sale and adjusted annually to reflect ultimate experience. Product warranty costs are included in cost of sales in the accompanying consolidated statements of operations.

*Advertising*

The Company's advertising expense amounted to $2,316,000, $1,795,000 and $1,352,000 in fiscal 1998, 1997 and 1996, respectively.

*Net Earnings (Loss) Per Share*

The Company adopted SFAS No. 128, "Earnings per Share," effective December 31, 1997. As a result, all prior periods presented have been restated to conform to the provisions of SFAS No. 128, which requires presentation of basic and diluted earnings per share. Basic earnings per share is computed by dividing net income available to common shareholders by the weighted average number of common shares outstanding during the year. Diluted earnings per share is computed under the treasury stock method and

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

**Notes to Consolidated Financial Statements (Continued)**

**March 31, 1998 and 1997**

**1. Business Description and Summary of Significant Accounting Policies: (Continued)**

is calculated to reflect the dilutive effect of the Company's stock option plans. A reconciliation of these amounts is as follows (in thousands, except for per share data):

| | 1998 | 1997 | 1996 |
|---|---|---|---|
| Net income | $ (598) | $1,236 | $4,242 |
| Weighted average number of common shares outstanding: | | | |
| Basic | 5,745 | 5,712 | 5,684 |
| Dilutive effect of stock options | — | 23 | 69 |
| Common and potential common shares outstanding: | | | |
| Diluted | 5,745 | 5,735 | 5,753 |
| Basic earnings (loss) per share | $(0.10) | $ 0.22 | $ 0.75 |
| Diluted earnings (loss) per share | $(0.10) | $ 0.22 | $ 0.74 |

As a result of the adoption of SFAS No. 128, the Company's reported earnings per share (EPS) for fiscal 1997 and 1996 have been restated as follows:

| | 1977 | 1996 |
|---|---|---|
| Primary EPS as reported | $0.22 | $0.74 |
| Effect of SFAS No. 128 | — | 0.01 |
| Diluted EPS as reported | $0.22 | $0.74 |
| Effect of SFAS No. 128 | — | — |
| Diluted EPS as restated | $0.22 | $0.74 |

***New Accounting Pronouncements***

*SFAS No. 130*

On March 31, 1998 the Company adopted SFAS No. 130, "Reporting Comprehensive Income," which requires companies to report all changes in equity during a period, except those resulting from investment by owners and distribution to owners, in a financial statement for the period in which they are recognized. The Company has no other elements of comprehensive income outside its reported net loss; thus, net loss is equivalent to comprehensive income for all periods presented.

*SFAS No. 131*

The Financial Accounting Standards Board issued SFAS No. 131, "Disclosures About Segments of an Enterprise and Related Information," in June, 1997. SFAS No. 131 requires that public business enterprises report information about operating segments in annual financial statements and requires selected information in interim financial reports issued to shareholders. It also establishes standards for related disclosures about products and services, geographic areas and major customers, and is effective for fiscal years beginning after December 15, 1997. The Company believes adoption will not have a significant impact on the consolidated financial statements.

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

March 31, 1998 and 1997

## 2. Acquisition:

On February 20, 1996, the Company acquired certain assets, including land, work in process and contractual rights, and assumed certain liabilities of Kevin Scarborough, Inc. (Scarborough), a residential home builder operating in New Jersey. The purchase price, which included liabilities assumed by the Company, was approximately $9,800,000. The acquisition was accounted for using the purchase method of accounting, which resulted in an excess of the purchase price over the net assets acquired of approximately $1,000,000. In connection with the acquisition, the Company entered into employment agreements with certain key employees who were former shareholders of Scarborough. These agreements have five-year terms and provide for compensation based in part on earnings of the acquired Scarborough operations. Results of operations of Scarborough have been included in the accompanying consolidated financial statements from the date of acquisition.

The following unaudited pro forma financial data gives effect to the Scarborough acquisition as if it had occurred on the first day of each period presented. This pro forma information has been prepared utilizing the historical consolidated financial statements of the Company and Scarborough. The pro forma financial data is provided for comparative purposes only and does not purport to be indicative of the results which would have been obtained if the acquisition had been effected during the periods presented. The pro forma financial information reflects adjustments to record the excess purchase price over the fair value of net assets acquired and adjusts income taxes for the pro forma adjustments (in thousands, except per share data):

| | March 31, 1996 |
|---|---|
| Net sales | $147,467 |
| Net income | 3,405 |
| Basic earnings per share | 0.60 |
| Diluted earnings per share | 0.59 |

## 3. Debt:

*Revolving Credit Facility*

In October 1996, the Company entered into an unsecured revolving credit agreement (the Credit Facility) with a group of banks that provides borrowings of up to $23 million, of which $5 million may be used for letters of credit. Borrowings under the Credit Facility are subject to a borrowing base calculation based on a defined percentage of land, development costs, finished lots, residential housing completed and under construction, and the working capital of the Company less amounts outstanding under the Senior Notes, as defined herein. Borrowings under the Credit Facility bear interest at the greater of the agent bank's base rate or the federal funds rate plus 1.0% (9.5% as of March 31, 1998). As of March 31, 1998, borrowings outstanding under the Credit Facility's line of credit totaled $15,010,000, outstanding letters of credit totaled $646,000 and $7,344,000 was available for borrowing under the calculation described above. The Credit Facility expires in October 1999.

During fiscal 1998, 1997 and 1996, the maximum balance outstanding under current and former revolving credit facilities was $20,860,000, $16,585,000 and $6,500,000, and the average balance was $12,359,000, $9,507,000 and $1,464,000, respectively. The weighted average interest rate during such years was 9.5%, 8.9% and 9.6%, respectively. The carrying amount of borrowings outstanding under the Credit

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

March 31, 1998 and 1997

**3. Debt: (Continued)**

Facility as of March 31, 1998 and 1997 approximates their fair value due to their current maturities and/or variable interest rates.

*Senior Notes Payable*

In December 1994, the Company issued $25 million of 12.1% senior notes payable, and in February 1996, the Company issued an additional $10 million of 9.4% senior notes payable (collectively, the Senior Notes). Proceeds were used to retire certain mortgage notes payable and for working capital purposes. Interest on the Senior Notes was due monthly through November 1996, with monthly principal and interest payments of approximately $552,000 due from December 1996 through December 2004. As of March 31, 1998 and 1997, the fair value of the Senior Notes was approximately $32,800,000 and $35,690,000, respectively.

*Mortgage Notes Payable*

Mortgage notes payable are primarily for the acquisition and development of land, with fixed interest rates ranging from 8.0% to 9.0% and variable interest rates at prime plus 1.0%. These nonrecourse notes are collateralized by land, with a carrying cost of approximately $2,379,000 as of March 31, 1998, and mature at various dates through December 2001. The carrying amounts of mortgage notes payable approximate their fair value due to their current maturities and/or variable interest rates.

Scheduled annual maturities of the Senior Notes and mortgage notes payable as of March 31, 1998 are as follows (in thousands):

| Fiscal Year | |
|---|---|
| 1999 | $ 3,996 |
| 2000 | 4,695 |
| 2001 | 4,256 |
| 2002 | 4,748 |
| 2003 | 5,171 |
| Thereafter | 10,031 |
| | $32,897 |

The Senior Notes and the Credit Facility contain various restrictive covenants including, among others, certain financial covenants relating to minimum consolidated tangible net worth and earnings levels, as well as funding, borrowing base requirements, payment of dividends and maximum land and construction limitations. The Company was in compliance with, or had obtained waivers for, all covenants as of March 31, 1998.

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

March 31, 1998 and 1997

**4. Income Taxes:**

The following summarizes the provision (benefit) for income taxes (in thousands):

| | Years Ended March 31 | | |
|---|---|---|---|
| | 1998 | 1997 | 1996 |
| Current: | | | |
| Federal | $(606) | $1,346 | $2,424 |
| State | 5 | 349 | 690 |
| Deferred | 186 | (833) | (186) |
| Provision (benefit) for income taxes | $(415) | $ 862 | $2,928 |

The components of deferred income taxes consist of the following as of March 31 (in thousands):

| | 1998 | 1997 |
|---|---|---|
| Inventory | $ 606 | $ 493 |
| State—net operating loss carryforward | 191 | — |
| Warranty reserves | 144 | 554 |
| Other accrued liabilities | 93 | 217 |
| Other | 130 | 86 |
| Deferred income tax asset | $1,164 | $1,350 |

A reconciliation of the Company's statutory federal income tax rate to the effective tax rate is as follows:

| | Years Ended March 31 | | |
|---|---|---|---|
| | 1998 | 1997 | 1996 |
| Statutory federal rate | 34.0% | 34.0% | 34.0% |
| State income taxes, net of federal benefit | 6.0 | 5.8 | 6.3 |
| Other | 1.0 | 1.3 | 0.5 |
| Effective tax rate | 41.0% | 41.1% | 40.8% |

**5. Employee Stock Plans:**

***Stock Option Plans***

The Company has a stock option plan (the Plan) which provides for the granting of options to designated employees, nonemployees and consultants of the Company to purchase up to an aggregate of one million shares of common stock at an exercise price not less than the fair market value of the common stock on the dates the options are granted. The options become exercisable in equal amounts over a five-year period from the date of grant and expire ten years from the date of grant.

The Company also has a director stock option plan (DSOP), pursuant to which 100,000 shares of common stock have been reserved for the granting of stock options to the Company's outside directors.

**5. Employee Stock Plans: (Continued)**

Under the DSOP, the Company granted an initial option for the purchase of 1,000 shares to each of the two outside directors and thereafter will grant stock options for the purchase of 1,000 additional shares of common stock annually for each year of continued service on the board. Each option is granted at fair market value on the date of grant and is exercisable for a period of four years, commencing one year after the date of grant.

The following table summarizes activity in the stock option plans:

| | Number of Shares | | Weighted Average Exercise Price |
|---|---|---|---|
| | The Plan | DSOP | |
| Balance, March 31, 1995 | 299,872 | 3,000 | $5.91 |
| Granted | 128,468 | 2,000 | 8.12 |
| Balance, March 31, 1996 | 428,340 | 5,000 | 6.59 |
| Granted | 166,196 | 2,000 | 5.38 |
| Exercised | (10,420) | — | 5.62 |
| Canceled | (8,480) | (3,000) | 5.87 |
| Balance, March 31, 1997 | 575,636 | 4,000 | 6.26 |
| Canceled | (40,534) | — | 6.37 |
| Balance, March 31, 1998 | 535,102 | 4,000 | $5.55 |
| Options exercisable as of March 31, 1998 | 329,073 | 4,000 | $6.08 |
| Shares available for future grants | 445,998 | 92,000 | |

Shares outstanding under the stock option plans as of March 31, 1998 have exercise prices ranging from $5.13 to $8.87 and a weighted average remaining contractual life of 6.8 years.

The Company follows the provisions of SFAS No. 123, "Accounting for Stock-Based Compensation." As permitted by SFAS No. 123, the Company has elected to continue to account for its stock option plans under the provisions of APB Opinion No. 25, under which no compensation costs have been recognized. Because the measurement provisions of SFAS No. 123 have not been applied to options granted prior to April 1, 1995, the resulting pro forma compensation costs may not be representative of those to be expected in future years. Had compensation costs for these plans been recorded at fair value consistent with the provisions of SFAS No. 123, the Company's net income (loss) and earnings (loss) per share would have been as follows:

| | 1998 | 1997 |
|---|---|---|
| Net income (loss) (in thousands): | | |
| As reported | $(598) | $1,236 |
| Pro forma | (713) | 1,168 |
| Basic and diluted earnings (loss) per share: | | |
| As reported | $ (.10) | $ 0.22 |
| Pro forma | $ (.12) | $ 0.20 |

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

March 31, 1998 and 1997

**5. Employee Stock Plans: (Continued)**

The weighted average fair value of stock options granted in fiscal 1997 was $2.64.The fair value of each option is estimated on the date of grant using the Black-Scholes option pricing model. The following assumptions were used to estimate the fair value of options granted in fiscal 1997:

| | |
|---|---|
| Risk-free interest rate | 5.97%-6.11% |
| Expected life | 5-10 Years |
| Expected volatility | 34%-36% |
| Expected dividend yield | None |

*Employee Stock Purchase Plan*

The Company sponsors an employee stock purchase plan (the Purchase Plan). A total of 125,000 shares of common stock are reserved for issuance under the Purchase Plan. The Purchase Plan permits eligible employees to purchase common stock at 85% of the lower fair market value of the common stock at certain dates. During the years ended March 31, 1998, 1997 and 1996, employee contributions of approximately $94,000, $128,000 and $121,000, respectively, were used to purchase common stock under the terms of the Purchase Plan.

**6. Retirement Savings Plan:**

The Company sponsors a 401(k) profit-sharing plan which covers all employees over the age of 20½ who elect to participate. The Company may, at its discretion, make contributions to the 401(k) plan. All plan contributions vest in equal installments over a five-year period. The Company contributed $80,000, $83,000 and $53,000 to the 401(k) plan in fiscal 1998, 1997 and 1996, respectively.

**7. Commitments and Contingencies:**

*Letters of Credit and Bonds*

Letters of credit are issued by banks, and bonds are issued by insurance companies on behalf of the Company during the ordinary course of business, as required by certain development agreements with municipalities. As of March 31, 1998, the Company had outstanding letters of credit totaling $2,200,000 and outstanding bonds totaling $944,000.

*Litigation*

The Company is party to certain claims arising in the ordinary course of business. In the opinion of management, based upon the advice of legal counsel, the outcomes of such claims are not expected to be material to the Company's financial position or results of operation.

*Leases*

The Company is obligated under various noncancelable operating leases for office facilities and certain equipment. Rental expense under these agreements, excluding leaseback of model homes, was approximately $714,000, $866,000 and $600,000 in fiscal 1998, 1997 and 1996, respectively.

THE ROTTLUND COMPANY, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

March 31, 1998 and 1997

**7. Commitments and Contingencies: (Continued)**

Future minimum lease payments required under noncancelable operating lease agreements are as follows (in thousands):

| Fiscal Year | Amount |
|---|---|
| 1999 | $575 |
| 2000 | 271 |
| 2001 | 57 |
| 2002 | 16 |
| | $919 |

On March 29, 1998, the Company entered into an agreement for the sale and leaseback of ten of its model homes in Minnesota and New Jersey for approximately $1,400,000. The lease term on individual model homes is 11 months. Total lease payments are based on LIBOR plus 5.0%, and no rental expense was incurred in fiscal 1998. Additional future rental commitments approximate $155,000 in fiscal 1999.

**8. Quarterly Financial Information (Unaudited):**

The following is a condensed summary of quarterly results of operations for fiscal 1998 and 1997 (in thousands, except per share data):

| | Net Sales | Gross Profit | Net Income (Loss) | Basic and Diluted Earnings (Loss) Per Share |
|---|---|---|---|---|
| Fiscal 1998: | | | | |
| First quarter | $ 42,704 | $ 6,076 | $ 454 | $ 0.08 |
| Second quarter | 41,674 | 5,642 | 94 | 0.02 |
| Third quarter | 32,008 | 4,082 | (732) | (0.13) |
| Fourth quarter | 44,444 | 5,746 | (414) | (0.07) |
| | $160,830 | $21,546 | $ (598) | $(0.10) |
| Fiscal 1997: | | | | |
| First quarter | $ 38,074 | $ 5,572 | $ 652 | $ 0.11 |
| Second quarter | 46,669 | 5,971 | 429 | 0.08 |
| Third quarter | 49,614 | 6,412 | 823 | 0.14 |
| Fourth quarter* | 46,100 | 6,170 | (668) | (0.11) |
| | $180,457 | $24,125 | $1,236 | $ 0.22 |

*Fourth quarter of fiscal 1997 reflects adjustments relating to land impairment that reduced income before provision (benefit) for income taxes by $1,500,000.



RCI000849

## PART III

### Item 10. DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT

Information regarding the directors of the Company is incorporated herein by reference to the descriptions set forth under the caption "Election of Directors" in the Proxy Statement for Annual Meeting of Shareholders to be held September 10, 1998 (the "1998 Proxy Statement"). Set forth below are the names, ages and positions of the executive officers of the Company.

| | | |
|---|---|---|
| David H. Rotter | 51 | President, Secretary and Director |
| Bernard J. Rotter | 55 | Vice President, Treasurer and Director |
| Todd M. Stutz | 40 | Executive Vice President and Director |
| John J. Dierbeck, III | 52 | Executive Vice President and Director |
| Lawrence B. Shapiro | 42 | Chief Financial Officer and Director |

The officers of the Company are elected annually and serve at the discretion of the Board of Directors. None of the Company's officers is employed pursuant to a written employment contract.

***Background of Executive Officers***

*David H. Rotter* is a founder of the Company and has been a member of its Board of Directors since its inception. He served as the Company's Vice President for 1973 through March 1990 and has served as its President from April 1990 through the present. He has also served as the Company's secretary since its inception. He is the brother of Bernard J. Rotter.

*Bernard J Rotter* has served as a Director, Vice President and Treasurer of the Company since July 1984. He is the brother of David H. Rotter.

*Todd M. Stutz* was elected a Director of the Company in August 1992 and has served as Executive Vice President since June 1991. He joined the Company in April 1989 and served as its Land Development Manager until June 1991. Between April 1980 and March 1989 he was employed by the Housing and Redevelopment Authority of the City of Columbia Heights, Minnesota as Executive Director.

*John J. Dierbeck, III* was elected Executive Vice President in May 1996. He was elected a Director of the Company in August 1992. He served as the Company's sales manager for more than five years prior to becoming an Executive Vice President.

*Lawrence B. Shapiro* was elected Chief Financial Officer and a Director of the Company in August 1992. Prior to that time, he served as the Company's Controller.

### Item 11. EXECUTIVE COMPENSATION

Information regarding executive compensation is incorporated herein by reference to the information set forth under the caption "Executive Compensation" in the 1998 Proxy Statement.

### Item 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

Information regarding security ownership of certain beneficial owners and management of the Company is incorporated herein by reference to the information set forth under the caption "Security Ownership of Certain Beneficial Owners and Management" in the 1998 Proxy Statement.

**Item 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS**

Information regarding certain relationships and related transactions with the Company is incorporated herein by reference to the information set forth under the caption "Certain Transactions" in the 1998 Proxy Statement.

## PART IV

**Item 14. EXHIBITS, FINANCIAL STATEMENT SCHEDULES AND REPORTS ON FORM 8-K**

(a) **Documents filed with this report.**

(1) See index to consolidated financial statements on page 14 of this report.

(2) All supplemental schedules are omitted because of the absence of conditions under which they are required or because the information is shown in the Consolidated Financial Statements or notes thereto.

(b) **Reports on Form 8-K.** During the quarter ended March 31, 1998, the Company filed no reports on Form 8-K with the Securities and Exchange Commission.

(c) **Exhibits**

| Exhibit Number | Description |
|---|---|
| 3.1 | The Company's Restated Articles of Incorporation.(1) |
| 3.2 | The Company's Bylaws.(1) |
| 10.1 | The Rottlund Company, Inc. 1992 Stock Option Plan.(1) |
| 10.2 | The Rottlund Company, Inc. 1992 Director Stock Option Plan.(1) |
| 10.3 | The Rottlund Company, Inc. Employee Stock Purchase Plan.(1) |
| 10.4 | Form of Shareholders Agreement.(1) |
| 10.5 | Note Agreement, dated as of December 2, 1994, by and among the Company and the purchasers listed therein.(2) |
| 10.6 | Note Agreement, dated as of February 15, 1996, by and among the Company and the purchasers listed therein.(3) |
| 10.7 | Letter Amendment, dated December 30, 1996, by and among the Company and the note purchasers listed therein. |
| 10.8 | Waiver and Amendment, dated March 31, 1997, by and among the Company and the note purchasers listed therein. |
| 10.9 | Waiver and Amendment, dated December 31, 1997, by and among the Company and the note purchasers listed therein. |
| 10.10 | Waiver and Amendment, dated as of March 31, 1998, by and among the Company and the note purchasers listed therein. |
| 10.11 | Credit Facility, dated October 23, 1996 with First National Bank of Boston.(4) |
| 10.12 | First Modification of Credit Agreement, dated November 19, 1996. |
| 10.13 | Second Modification of Credit Agreement, dated December 24, 1996. |
| 10.14 | Third Modification of Credit Agreement, dated January 18, 1997. |
| 10.15 | Fourth Modification of Credit Agreement, dated June 25, 1997. |
| 10.16 | Fifth Modification of Credit Agreement, dated January 15, 1998. |

| Exhibit Number | Description |
|---|---|
| 10.17 | Sixth Modification of Credit Agreement, dated July 10, 1998. |
| 11 | Computation of Per Share Earnings. |
| 22 | Subsidiaries of the Company. |
| 23 | Consent of Arthur Andersen LLP. |
| 27.1 | Financial Data Schedule. |

(1) Incorporated by reference to the Company's Registration Statement on Form S-1, Registration No. 33-51726 (the "Form S-1").

(2) Incorporated by reference to the Company's filing on Form 10-K for the year ended March 31, 1995.

(3) Incorporated by reference to the Company's filing on Form 10-K for the year ended March 31, 1996.

(4) Incorporated by reference to the Company's filing on Form 10-Q for the three month period ending December 31, 1996.

## SIGNATURES

Pursuant to the requirements of section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

THE ROTTLUND COMPANY, INC.

Dated: July 13, 1998

By /s/ DAVID H. ROTTER
David H. Rotter
*President, Chief Executive Officer and Director*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ DAVID H. ROTTER<br>David H. Rotter | President, Chief Executive Officer and Director | July 13, 1998 |
| /s/ BERNARD J. ROTTER<br>Bernard J. Rotter | Vice President, Treasurer and Chairman of the Board | July 13, 1998 |
| /s/ JOHN J. DIERBECK, III<br>John J. Dierbeck, III | Executive Vice President and Director | July 13, 1998 |
| /s/ LAWRENCE B. SHAPIRO<br>Lawrence B. Shapiro | Chief Financial Officer and Director (Principal Financial and Accounting Officer) | July 13, 1998 |
| /s/ TODD M. STUTZ<br>Todd M. Stutz | Executive Vice President and Director | July 13, 1998 |
| Dennis Doyle | Director | |
| Scott D. Rued | Director | |

(This page has been left blank intentionally.)

(This page has been left blank intentionally.)



# SHAREHOLDER INFORMATION

## CORPORATE OFFICES

2681 Long Lake Road
Roseville, Minnesota 55113
Telephone (651) 638-0500

## OFFICERS AND DIRECTORS

David H. Rotter - President
Bernard J. Rotter - Vice President
Todd M. Stutz - Executive Vice President
John J. Dierbeck - Executive Vice President
Lawrence B. Shapiro - Chief Financial Officer
Scott D. Rued - Vice President/CFO of Hidden Creek Industries
Dennis J. Doyle - President of Welsh Companies



## STOCK LISTING

The common stock of The Rottlund Company, Inc. is currently listed on the American Stock Exchange (AMEX), under the Symbol "RH."

## INVESTOR RELATIONS

Inquiries from securities analysts and others in the professional investment community should be directed to:

Lawrence B. Shapiro, CFO, The Rottlund Company, Inc.
2681 Long Lake Road Roseville, Minnesota 55113
Telephone (651) 638-0500

## INDEPENDENT AUDITORS

Arthur Andersen & Co.
Minneapolis, Minnesota 55402

## CORPORATE COUNSEL

Gray, Plant, Mooty, Mooty & Bennett, P.A.
Minneapolis, Minnesota 55402



## STOCK TRANSFER AGENT

Norwest Bank Minnesota, N.A.
P.O. BOX 738
South St. Paul, Minnesota 55075-0738
Telephone 1-800-468-9716

## TO OBTAIN EXHIBITS

The Company will furnish to each person whose proxy is being solicited any exhibit described in part IV, Item 14 of the form 10-K, upon the payment, in advance, of fees based on the Company's reasonable expenses in furnishing such exhibit(s). Requests for copies of such exhibit(s) should be directed to Mr. Lawrence B. Shapiro, Chief Financial Officer, at the Company's principal address.



# 1998

Your Builder for Life

ROTTLUND HOMES™

2681 Long Lake Road Roseville, Minnesota 55113

EQUAL HOUSING OPPORTUNITY

RCI000857