Exhibit 78.2

# CITY OF PLYMOUTH

## ENGINEERS MEMO
**to**
**Planning Commission & City Council**

**DATE:** May 23, 2001

**FILE NO.:** 2001023

**PETITIONER:** Scott McMahon
Town and Country Homes, Inc.
7716 Golden Triangle Dr.
Eden Prairie, MN 55344

**PRELIMINARY PLAT:** HARVEST HILLS

**LOCATION:** North of Schmidt Lake Road, east of Peony Lane in the northwest ¼ of Section 8.

1. **AREA ASSESSMENTS:**

   The following area charges are based on the current rate, however the rate is in the process of being reviewed, if a new rate is determined prior to City Council approval of the Final Plat of Harvest Hills, the rate in affect at the time of approval will be levied.

   a) **Watermain Area Assessments** based on 166 units x $790/unit = $131,140.

   b) **Sanitary sewer Area Assessments** based on 166 units x $440/unit = $73,040.

2. **OTHER ASSESSMENTS:**

   a) **Sanitary sewer lateral:** None

   b) **Water lateral:** None

   c) **Street and storm sewer lateral:** None

3. **LEGAL/EASEMENT AND AGREEMENT REQUIREMENTS:**

a) **Provide standard utility and drainage easements** Utility and drainage easements are required ten feet (10') in width adjoining all streets and six feet (6') in width adjoining side and rear lot lines.

b) **Provide standard easements for construction:** Twenty foot (20') utility and drainage easements are required over all utilities out of the street right of way.

c) **Provide ponding easement:** The City requires the dedication of drainage easements for ponding purposes on all property lying below the established 100 year high water of all ponds, including mitigation ponds.

d) **Vacate unnecessary easements:** There are private driveway easements to vacate along with a road easement along the east property line.

e) **Provide a Maintenance Agreement for Water Quality Pond:** A maintenance agreement is required.

f) **Provide necessary street right of way:** Complies

g) **Provide Owners Duplicate Title if property is Torrens:**

h) **Provide correct street names:** To be determined by the building department.

4. <u>**NECESSARY PERMITS:**</u>

a) MPCA

b) State Health Department

c) Wetland Conservation Act

d) Elm Creek

e) NPDES

5. <u>**CONSTRUCTION REQUIREMENTS:**</u>

a. **Provide acceleration/deceleration lanes:** N/A

b. **Indicate whether the City or the developer will construct the streets and utilities:** The developer

c. **Provide the following revisions to the street and utility plans:** See special conditions.

d. **The Contractor shall contact Sewer and Water Supervisor, Greg Cook at 763-509-5992 24 hours prior to any public sewer/watermain connection:** Yes

e. **The Contractor shall contact Street Supervisor Gary Smith at 763-509-5993 24 hours prior to any construction activity within City right-of-way and/or easements:** Yes

f. **Provide the following erosion control measure on the grading plan:** Hay bales shall be placed around catch basins during construction.

6. **COMPREHENSIVE PLAN REQUIREMENTS:**

**Provide construction plans that comply with the:**

a) **Thoroughfare Guide Plan:** Complies

b) **Water Distribution Plan:** Complies

c) **Sanitary Sewer Plan:** Sanitary sewer lift station number 22 must be upgraded to serve this property in lieu of constructing temporary lift station number 23.

7. MINNESOTA WETLAND CONSERVATION ACT (WCA):

a) A complete wetland delineation report and a spring site visit are required before the city can confirm the boundaries of the identified basins.

b) Since the applicant is not proposing any wetland fill, a Wetland Replacement Plan will not be required. However, the applicant must obtain an approved Certificate of No Impact prior to any grading.

c) Wetland Application Fee. The fee must be paid before additional wetland review.

d) Wetland Buffer & Monuments . The location of all Wetland Buffer Monuments (including those required for any basins adjacent to the property) must be shown on the grading plan. All Monuments must be installed prior to final grading inspection and final plat. All mitigated buffer areas must be prepared and seeded per City of Plymouth's guidelines.

8. APPLICATION INDICATES COMPLIANCE WITH WATER RESOURCE PLAN POLICIES:

- **Constructed detention ponds should be relied upon to limit runoff to pre-development rates and to control downstream flooding where feasible; natural basins may also be utilized**: The final grading plan shall comply with Water Resource Plan. NURP Ponds shall meet the requirements established by the H & H study. Comments concerning the necessary revisions to the ponds, to meet the H&H requirements, have been forwarded to the developers engineer.

- **Increased volumes of runoff due to development should be minimized by limiting impervious cover and encouraging infiltration of storm water where soil conditions are appropriate**: Complies

- **The City encourages the use of alternative landscape techniques and materials to reduce rates and volumes of runoff**: Provide details for all proposed vegetated swales, rain gardens, and wetland restorations (follow City's ST-10A).

- **Proposed developments must identify all reasonable steps to avoid water quality impacts and mitigate with appropriate best management practices (BMPs), to prevent water quality in receiving waters from falling below established standards**: Complies

9. <u>OTHER REQUIREMENTS:</u>

a) **Minimum floor elevations:** The 100 year high water elevation must be provided for the pond in Lots 2, 3, 4, and 5, Block 1 and the 100 year high water elevation for the pond in Outlot B and Lot 1, Block 3 to determine the lowest floor elevation (2 feet above the 100 year high water elevation). For Lot1, Block 4, 996.8.

10. <u>SPECIAL CONDITIONS:</u>

a) Clarify if the existing culvert is going to be used for the outlet for the pond between the north end of Holly Lane and Street A?

b) Note the trail on both sides of Schmidt Lake Road as 8 feet wide.

c) Note the width of the trail along Holly Lane.

d) A 10 foot wide trail easement will be required on the north and south side of Schmidt Lake Road.

e) Contours on the grading plan shall extend 100 feet beyond the plat boundary.

f) B612 concrete curb and gutter is required for all parking areas and at the end of each driveway. Surmountable curb may be used for the remainder of the driveways.

g) This project will require rate control for the storm drainage. The drainage calculations shall be for the 2 year, 5 year, 10 year, 25 year and 100 year storms. The calculations submitted for review are currently being reviewed; any revisions if necessary will be forwarded to the developers engineer when the review is complete.

h) Install silt fence around NURP Ponds after construction and before vegetation is planted.

i) Note that all curb returns are B618.

j) The developer is responsible for constructing Schmidt Lake Road. Based on the City Assessment Policy the developer is responsible for the cost of a 7 ton 36 foot wide street. The City will reimburse the developer the difference between the 36 foot seven ton street and the required 52-foot wide face to face of curb nine ton design.

k) Based on the assessment policy the developer will be reimbursed for the trunk watermain in Schmidt Lake Road and Holly Lane south of Schmidt Lake Road.

l) Show gate valves on all hydrants.

m) The March 2001 Plymouth Engineering Guidelines standard plates shall be used for this project.

n) Sanitary sewer lift station number 22 must be upgraded to serve this property in lieu of constructing temporary lift station number 23.

o) The developer is responsible to construct the necessary transition from the new street A and driveway south of Lot 3, Block 3 to the existing driveways.

Submitted by: Daniel L. Faulkner

Daniel L. Faulkner, P.E.
City Engineer

\\ply_nt\Ntdisk1\pw\Engineering\DEVLMNTS\2001\2001023\Docmts\PrelimPlat.doc

# CITY OF PLYMOUTH

## ENGINEERS MEMO
**to**
**Planning Commission & City Council**

**DATE:** May 23, 2001

**FILE NO.:** **2001023**

**PETITIONER:** **Scott McMahon**
**Town and Country Homes, Inc.**
**7716 Golden Triangle Dr.**
**Eden Prairie, MN 55344**

**SITE PLAN:** **HARVEST HILLS**

**LOCATION:** **North of Schmidt Lake Road, east of Peony Lane in the northwest ¼ of Section 8.**

1. **AREA ASSESSMENTS:**

The following area charges are based on the current rate, however the rate is in the process of being reviewed, if a new rate is determined prior to City Council approval of the Final Plat of Harvest Hills, the rate in affect at the time of approval will be levied.

a) **Watermain Area Assessments** based on 166 units x $790/unit = $131,140.

b) **Sanitary sewer Area Assessments** based on 166 units x $440/unit = $73,040.

2. **OTHER ASSESSMENTS:**

a) **Sanitary sewer lateral:** None

b) **Water lateral:** None

c) **Street and storm sewer lateral:** None

3. **LEGAL/EASEMENT AND AGREEMENT REQUIREMENTS:**

N:\pw\Engineering\DEVLMNTS\2001\2001023\Docmts\SitePlan.doc

a) **Provide standard utility and drainage easements:** Utility and drainage easements are required ten feet (10') in width adjoining all streets and six feet (6') in width adjoining side and rear lot lines.

b) **Provide Standard Easements for Construction:** Twenty foot (20') utility and drainage easements are required over all utilities out of the street right of way.

c) **Provide ponding easement:** The City requires the dedication of drainage easements for ponding purposes on all property lying below the established 100 year high water of all ponds, including mitigation ponds.

d) **Vacate unnecessary easements:** There are private driveway easements to vacate along with a road easement along the east property line.

e) **Provide a Maintenance Agreement for Water Quality Pond:** A maintenance agreement is required.

f) **Provide the necessary street right of way** Complies

g) **Provide Owners Duplicate Title if property is Torrens:**

h) **Provide correct street names:** To be determined by the building department.

4. **NECESSARY PERMITS:**

a) MPCA

b) State Health Department

c) Wetland Conservation Act

d) Elm Creek

e) Army Corps of Engineers

f) NPDES

5. **CONSTRUCTION REQUIREMENTS:**

a) **Provide acceleration/deceleration lanes:** N/A

b) **Provide a Grading, Drainage, and Erosion Control Plan in compliance with the City's Erosion Control Policy:** Hay bales shall be placed around catch basins during construction.

c) **Provide necessary fire hydrants:** To be determined by the fire inspector.

d) **Indicate the size and type of material proposed in the utility systems on the utility plans:** Note the size and type of material for the services shown and any additional watermain and hydrants required for fire protection as determined by the fire inspector.

e) **Provide a post indicator valve and fire department connection:** To be determined by the fire inspector.

f) **Provide hydrant valves:** If additional onsite hydrants are required show the gate valves as required.

g) **Provide sanitary sewer clean-outs:** Clean outs are required every 100 feet.

h) **Provide a grading plan in compliance with site drainage requirements:** Complies

i) **Provide concrete curb and gutter:** B612 concrete curb and gutter is required for all parking areas and at the end of each driveway, surmountable curb may be used for the remainder of the driveways.

j) **Provide a site plan in compliance with parking lot standards:** Complies

k) **Provide a site plan in compliance with fire lane standards:** Complies

6. **<u>OTHER REQUIREMENTS:</u>**

a) **Minimum floor elevations:** The 100 year high water elevation must be provided for the pond in Lots 2, 3, 4, and 5, Block 1 and the 100 year high water elevation for the pond in Outlot B and Lot 1, Block 3 to determine the lowest floor elevation (2 feet above the 100 year high water elevation). For Lot1, Block 4, 996.8.

7. **<u>MINNESOTA WETLAND CONSERVATION ACT (WCA):</u>**

a) Since the applicant is not proposing any wetland fill, a Wetland Replacement Plan will not be required. However, the applicant must obtain an approved Certificate of No Impact prior to any grading.

b) Wetland Application Fee. The fee must be paid before additional wetland review.

c) Wetland Buffer & Monuments . The location of all Wetland Buffer Monuments (including those required for any basins adjacent to the property) must be shown

on the grading plan. All Monuments must be installed prior to final grading inspection and final plat. All mitigated buffer areas must be prepared and seeded per City of Plymouth's guidelines.

8. **APPLICATION INDICATES COMPLIANCE WITH WATER RESOURCE PLAN POLICIES**:

- **Constructed detention ponds should be relied upon to limit runoff to pre-development rates and to control downstream flooding where feasible; natural basins may also be utilized**: The final grading plan shall comply with the Water Resource Plan. NURP Ponds does meet the requirements established by the H & H study. Comments concerning the necessary revisions to the ponds, to meet the H&H requirements, have been forwarded to the developers engineer.

- **Increased volumes of runoff due to development should be minimized by limiting impervious cover and encouraging infiltration of storm water where soil conditions are appropriate**: Complies

- **The City encourages the use of alternative landscape techniques and materials to reduce rates and volumes of runoff**: Provide details for all proposed vegetated swales, rain gardens, and wetland restorations (follow City's ST-10A).

- **Proposed developments must identify all reasonable steps to avoid water quality impacts and mitigate with appropriate best management practices (BMPs), to prevent water quality in receiving waters from falling below established standards**: Complies

9. **NOTE:**

**The Contractor shall contact Sewer and Water Supervisor, Greg Cook at 763-509-5992 24 hours prior to any public sewer/watermain connection.**

**The Contractor shall contact Street Supervisor Gary Smith, at 763-509-5993 24 hours prior to any construction activity within City right-of-way and/or easements.**

**The City requires reproducible mylar prints of sanitary sewer, water service, storm sewer and pond As-Builts for the site prior to the financial guarantee being released.**

**The site plan shall comply with the City of Plymouth's current Engineering Guidelines or the State Plumbing Code, whichever applies.**

**The site utilities on this plan have not been reviewed by the Engineering Department for compliance with the State Plumbing Code.**

10. **SPECIAL CONDITIONS:**

a) Identify the sanitary sewer and water services by size and type of material.

b) Contours on the grading plan shall extend 100 feet beyond the plat line.

c) B612 concrete curb and gutter is required for all parking areas and at the end of each driveway. Surmountable curb may be used for the remainder of the driveways.

d) Show gate valves on all hydrants.

e) Note that all curb returns have B618 concrete curb and gutter.

f) Install silt fence around NURP Ponds after initial construction and before vegetation is planted.

g) Sanitary sewer lift station number 22 must be upgraded to serve this property in lieu of constructing temporary lift station number 23.

h) The developer is responsible to construct the necessary transition from the new street A and driveway south of Lot 3, Block 3 to the existing driveways.

Submitted by: Daniel L. Faulkner
Daniel L. Faulkner, P.E.
City Engineer

# MEMO

## CITY OF PLYMOUTH

3400 PLYMOUTH BOULEVARD, PLYMOUTH, MN 55447

DATE: June 11, 2001

TO: Marie Darling, Senior Planner

FROM: Stan Scofield, Fire Inspector

SUBJECT: Fire Lane Variance Request – Harvest Hills Development
DRC File #2001023

Representatives for the proposed Harvest Hills townhouse development have requested a variance to the city fire code requirements that all sides of multi-family buildings be within 150 feet from a fire hydrant as a hose would be laid from the hydrant. They also are requesting that required Fire Department turnarounds not be installed on all private drives that exceed 150 feet in length as required by the fire code. Their requests are based on the shape and configuration of the property which would preclude meeting the minimum requirements for the 150 foot hose lay and the turnarounds on private drives. In lieu of the fire lanes and the required turnarounds, the developers is proposing that all buildings in the development be protected with an automatic fire sprinkler system.

Approval of the variance request is recommended with the following stipulations:

1. All buildings in the development must be protected by a city approved NFPA automatic fire sprinkler system.

2. The fire hydrant water main system in the development must be in an approved looped fire hydrant system when a City watermain is available to an adjacent property.

3. Fire flow calculations must be provided proving that the required fire flow requirements meet the minimum Plymouth Protective Inspection Division requirements.

4. Approved Fire Department turnarounds be provided on all dead end City streets that exceed 150 feet in length in a development.

5. Fire hydrants be located in approved locations throughout the development.

6. Approved secondary access roads are provided to the development when an adjacent property is developed.

SS:jb

ifm\5443\ Harvest Hils Development – Variance Request

**Draft Minutes**
**City of Plymouth**
**Planning Commission Meeting**
**June 6, 2001**

**MEMBERS PRESENT:** Chairman Mike Stulberg, Commissioners Roger Berkowitz, Peggy Larson, David Gaither, Kapila Bobra, Sarah Reinhardt, and Karl Neset

**MEMBERS ABSENT:**

**STAFF PRESENT:** Community Development Director Anne Hurlburt, Senior Planners Marie Darling and Shawn Drill, Planner Rebecca Stoen, Associate Planner Josh Doty, Assistant City Engineer Ron Quanbeck, and Office Services Supervisor Denise Hutt

**1 CALL TO ORDER**

**2 PUBLIC FORUM**

**3 APPROVAL OF AGENDA**

**4 APPROVAL OF MINUTES**

**MOTION** by Commissioner Gaither, seconded by Commissioner Bobra to approve the May 16, 2001 Planning Commission Minutes. **Vote.** 7 Ayes. **MOTION** approved unanimously.

**5 CONSENT AGENDA**

**A DEAN AND LINDA NELSON (2001041)**

**MOTION** by Commissioner Bobra, seconded by Commissioner Reinhardt recommending approval of variances for redevelopment of an undersized lot to allow construction of a new single family home at 2356 Ives Lane North.

**Vote.** 7 Ayes. **MOTION** approved unanimously.

**6 PUBLIC HEARINGS**

**A TOWN AND COUNTRY HOMES (20182/2001023)**

Chairman Stulberg introduced the request by Town and Country Homes for rezoning from FRD (Future Restricted Development) to RMF-2 (Multiple Family 2), preliminary plat and site plan for 166 townhome units on 40.44 acres located east of Peony Lane and north of the Canadian Pacific Railroad.

Senior Planner Darling gave an overview of the May 31, 2001 staff report. Senior Planner Darling stated that the applicant will provide another sidewalk on the north side of "Street A".

Chairman Stulberg stated that the sidewalks on Holly Lane and "Street A" aren't noted in the resolution. Senior Planner Darling replied the preliminary plat resolution will require the Homeowners Association documents to acknowledge that they are responsible for the maintenance of the sidewalks. Chairman Stulberg questioned that the additional plantings are not in the resolutions. Senior Planner Darling stated that the landscaping plan complies with the ordinance.

Commissioner Reinhardt questioned what is included in Outlot A. Senior Planner Darling stated that the northern third of the property is outside the MUSA, including all of Outlot A and some of the open space lot and; therefore, not included in the rezoning application. Commissioner Reinhardt asked how much is left. Senior Planner Darling explained that the site is 40.04 acres with 27.67 acres being rezoned. Director Hurlburt said that no development can occur on the property outside the MUSA, as it will be for the homeowners association open space.

Commissioner Gaither asked if the easement issue is resolved with the Plymouth Gun club. Senior Planner Darling said that it would be better for the applicant to address that question.

Chairman Stulberg introduced Art Plante, President of Town and Country Homes. Mr. Plante stated that he concurs with the findings and recommendations in the staff report. He said that their original proposal was for 200 homes, which has now been reduced to 166 townhomes. Mr. Plante indicated that they will provide privacy screening of the parking on the private drives, stub water mains for future connections on the east side, provide decorative lighting standards, provide three additional 3 1/2 inch caliper trees and provide access to the Plymouth Gun Club and the neighboring homes during the construction process. Mr. Plante stated that they have offices in Illinois, Minnesota and Florida and that they are a developer and home builder, which allows them control over the entire process. They have recently completed Holly Creek Village in Plymouth and will be building over 300 homes in the Minneapolis area this year.

Mr. Plante stated that 7.4 acres for Outlot A will be dedicated to the City. They will provide sidewalks on the east side of Holly Lane along "Street "A". They are clearing about 25 percent of the trees on the site. They will construct Schmidt Lake Road during the development process. Guest parking has been added. There are 14 acres of common space. Mr. Plante stated that 96 homes will be designed from their Homestead Collection (12 structures with 8 units per building) with a price range of $149,000 to $158,000. Their Premier Collection will be used for 70 homes (14 buildings with 4 and 6 units per building) with a price range of $157,000 to $184,000. They will range in size from 1,442 square feet to 1,776 square feet. All will have lookout or walkout basements. Mr. Plante said that their proposal will provide life-cycle housing, but there are a number of barriers to providing affordable housing. There is limited land available and land costs have risen dramatically. There is a lot of competition for available land. The densities

allowed impact housing costs. Costs have risen for infrastructure, labor and construction. He stated that the physical characteristics of a site can also impact the price. Mr. Plante stated that their project will attract a number of customers that can afford a variety of their products. Mr. Plante said that their plan maximizes the amount of trees saved.

Concerning Commissioner Gaither's questions pertaining to the Plymouth Gun Club, Mr. Plante said that they have reached an agreement for the easement.

Chairman Stulberg introduced Merrill Paulson, property owner. Mr. Paulson stated that an agreement has been worked out the Plymouth Gun Club.

Chairman Stulberg opened the public hearing.

Chairman Stulberg introduced Robert Jurmu of 4955 Holly Lane North. Mr. Jurmu questioned where the guest parking is about since he doesn't remember seeing it on the previous plans. He suggested that staff take another look at the trees being saved, as some are scrub trees.

Chairman Stulberg introduced Tom Kotarski, President of the Plymouth Gun Club. Mr. Kotarski stated that new residents in the proposed development are not going to want the Plymouth Gun Club as neighbors. He suggested that there be some sort of berm or sound barrier from Holly Lane on the northern edge of the site. He said that they will turn over the easement at the time Holly Lane enters their property. Mr. Kotarski stated that all future homeowners should be made aware of the Plymouth Gun Club existence.

Chairman Stulberg introduced Jim Sable of 4710 Harbor Lane. Mr. Sable said that future homebuyers need to be given disclosure information on the Plymouth Gun Club and referenced the sign located on the Len Busch Roses property as an appropriate disclosure. He said that more detailed information needs to be given to future homebuyers about the Plymouth Gun Club.

Chairman Stulberg introduced Julie Bertheuson 17195 49th Avenue North #A. Ms. Bertheuson stated that she is concerned with the loss of trees, number of townhome units and the amount of traffic that will be generated. She said that she would like the large trees to be kept to block the sight the development.

Chairman Stulberg introduced Tov Rezabek of 17420 49th Avenue North. Mr. Rezabek asked if the timing of the stop light at the intersection of Peony Lane and Schmidt Lake Road could be moved up. He asked if construction traffic could be routed up Holly Lane during school hours. Mr. Rezabek said that he approves of the proposed development, but the City has to take into account safety issues.

Chairman Stulberg closed the public hearing.

Mr. Plante stated that guest parking will be provided at the end of the private drives around the southeast and north end of the site with the Homestead Collection product. A sound barrier would require a significant amount of trees along that property line. He stated that the trees would provide a better natural solution to noise. Mr. Plante stated that he would be happy to work with the Plymouth Gun Club for better disclosure to future homebuyers. The disclosure form will be included in the closing documents. Mr. Plante said that the Schmidt Lake Road extension will be used for traffic construction.

Assistant City Engineer Quanbeck said that staff prefers construction traffic use Schmidt Lake Road, as the north end of Holly Lane is gravel and won't hold up. He stated that the traffic light for Peony Lane and Schmidt Lake Road will receive strong consideration for the Capital Improvements Program which staff is currently working on. Director Hurlburt commented that the bridge across the railroad tracks is scheduled for 2003, to coincide with development for the area. She said that that the traffic signal would likely go in at the same time. Assistant City Engineer Quanbeck stated that the Holly Lane connection will be removed after Schmidt Lake Road is completed. He stated that there will be more pressure on the Holly Lane/Schmidt Lake Road which will have to be monitored.

Senior Planner Darling explained the tree preservation plan, stating that up to 50 percent of the trees can be removed for residential development. The applicant will be saving 74 percent of the trees on the site. The trees between Connor Meadows and this project will be removed for the extension of Schmidt Lake Road. Director Hurlburt stated that the tree preservation plan is verified before funds are released from the site improvement performance agreement.

Commissioner Bobra asked what the Plymouth Gun Club is all about. Mr. Sable stated that members shoot clay targets a few days/evenings a week. There are other organizations that use their site for bird watching, nature walks and running clubs. They do have rules regarding the type of ammunition that is used. He said that gun clubs are exempt from Minnesota Pollution Control Agency noise standards.

Commissioner Gaither questioned if the club is prohibited from discharging a firearm within 500 feet of a residential area according to Minnesota State Law. Mr. Sable replied that he believes it is 200 feet for hunting purposes.

Commissioner Larson said that her husband is a member of the Gun Club and she will abstain from voting.

Commissioner Gaither stated that he lives near the Plymouth Gun Club and doesn't mind the noise, but there needs to be disclosure to the prospective homebuyers. He said that the Plymouth Gun Club is an asset to the community. Chairman Stulberg said that perhaps an amendment should be made to the site plan resolution requiring disclosure in all selling materials and closing documents.

Mr. Plante stated that they will take note of all issues raised. If we have other issues we will research those. Chairman Stulberg asked the applicant what they will do if the residential structures have to be further away because of the Gun Club. Mr. Plante stated that if they have to move further to comply with the law, they will abide.

**MOTION** by Reinhardt, seconded by Commissioner Berkowitz recommending approval of an ordinance amending Chapter 21 (Zoning Ordinance) of the City Code to classify certain land and findings of fact for rezoning of property located east of Peony Lane and north of the Canadian Pacific Railroad. **Roll Call Vote.** 6 Ayes. **MOTION** approved on a 6-0 vote. (Commissioner Larson abstained.)

**MOTION** by Commissioner Reinhardt, seconded by Commissioner Berkowitz recommending approval of a preliminary plat for Town and County Homes, Inc. for Harvest Hills located east of Peony Lane and north of the Canadian Pacific Railroad. **Roll Call Vote.** 6 Ayes. **MOTION** approved on a 6-0 Vote. (Commissioner Larson abstained.)

**MOTION** by Commissioner Reinhardt, seconded by Commissioner Berkowitz recommending approval of a site plan for Town and Country Homes, Inc. for a 166-unit townhouse development located at of Peony Lane and north of the Canadian Pacific Railroad.

**MOTION to Amend** by Commissioner Gaither, seconded by Commissioner Reinhardt to include specific language for marketing materials to prospective homebuyers and also signage on the site regarding the existence of the Plymouth Gun Club.

**Roll Call Vote on MOTION to Amend.** 6 Ayes. **MOTION to Amend** approved on a 6-0 Vote. (Commissioner Larson abstained.)

**MOTION to amend** by Gaither, seconded by Commissioner Bobra requesting that available resources be addressed to see if the sound can be deadened, but it should not involve the removal of any trees.

Chairman Stulberg asked if the amendment is to be prior to development or three years down the line. Commissioner Gaither replied that after all development is done to see what it going on. He said that he doesn't know if a berm is best or a change in the level of ammunition. He stated that this would be the responsibility of the homeowners association since the Plymouth Gun Club already exists. Director Hurlburt stated that a berm is not realistic as it is on a hill and the trees would be lost. A noise wall may not be effective and it is expensive and ugly and would also disrupt the trees. Director Hurlburt stated that a more reasonable approach may be something similar to the homes near the airport that received extra soundproofing. She said that staff and the applicant could look at which units might be most impacted by the noise. Mr. Plante agreed

**Draft**
**Planning Commission Minutes**
**June 6, 2001**
**Page #6**

with Director Hurlburt's comments. He said that the most effective way to deal with the noise is to use an STC rated window and more insulation.

Commissioner Gaither withdrew his **MOTION to Amend,** Commissioner Reinhardt concurred.

**Roll Call Vote on Main MOTION.** 6 Ayes. **Main MOTION** approved on a 6-0 Vote. (Commissioner Larson abstained.)

**B SWAN DEVELOPMENT (2001031)**

Chairman Stulberg introduced the request by Swan Development for rezoning, PUD general plan and preliminary plat for 95 lots and 11 outlots on 62.6 acres for property located at the northeast quadrant of Schmidt Lake Road and Vicksburg Lane.

Planning Manager Senness gave an overview of the May 26, 2001 staff report.

Chairman Stulberg introduced Curt Swanson, the applicant. Mr. Swanson stated that he concurs with the staff report and is available for questions.

Chairman Stulberg opened and closed the public hearing as there was no one present to speak on the issue.

**MOTION** by Commissioner Bobra, seconded by Commissioner Gaither recommending approval of an ordinance amending Chapter 21 of the City Code to classify certain lands located in the northeast quadrant of Schmidt Lake Road and Vicksburg Lane as PUD (Planned Unit Development) and the findings of fact for rezoning for Swan Development, LLC for property located in the northeast quadrant of Schmidt Lake Road and Vicksburg Lane. **Roll Call Vote.** 7 Ayes. **MOTION** approved unanimously.

**MOTION** by Commissioner Bobra, seconded by Commissioner Reinhardt recommending approval of a preliminary plat for Swan Development LLC for property located in the northeast quadrant of Schmidt Lake Road and Vicksburg Lane.

Commissioner Berkowitz asked if the applicant is able to use other street names outside the City's grid naming policy. He said that he can understand their desire for something unique with the development, but can also see the City's point of view. Planning Manager Senness stated that the applicant will follow the City's street naming policy. Director Hurlburt stated that this request did receive significant staff discussion, but safety issues won out and the applicant will need to comply with the street naming policy.

**Roll Call Vote.** 7 Ayes. **MOTION** approve unanimously.

2001023

# HARVEST HILLS

**PROPOSED PRELIMINARY PLAT**

**Plymouth, Minnesota**

**March 2001**

*Prepared for review by the*

*CITY STAFF, PLANNING COMMISSION, AND CITY COUNCIL*

*of*

*Plymouth, Minnesota*

***Submitted by:***

TOWN & COUNTRY HOMES

America's House of Quality™

*7716 Golden Triangle Drive*

*Eden Prairie, MN 55344*

RECEIVED
MAR 16 2001
CITY OF PLYMOUTH
COMMUNITY DEVELOPMENT DEPARTMENT

## TABLE OF CONTENTS


I. *Development Team*

II. *Introduction*

III. *Site History*

IV. *General Statement of Development Intent*

V. *Overview of Site Characteristics*

VI. *Preliminary Plat*

- A. *Location*
- B. *Legal Description*
- C. *Zoning*
- D. *Comprehensive Land Use Guide Plan*
- E. *Development Summary*
- F. *Site Utilities and Land Alteration*
- G. *Permit Requirements*

VII. *Tentative Staging*

VIII. *Financial Capability*

[redacted]

*Appendices*

*Appendix A* — *Homestead Homes*
*Elevation Views & Floor plans*

*Appendix B* — *Premier Homes*
*Elevation Views & Floor plans*

Appendix C — *Preliminary Plat Reductions*

## I. DEVELOPMENT TEAM

| | | |
|---|---|---|
| Developer: | Town & Country Homes, Inc. | |
| Planning & Engineering Consultant: | Pioneer Engieering, Inc. | Mendota Heights, MN |
| Wetlands Consultant | Peterson Environmental | Mendota Heights, MN |

## II. INTRODUCTION

The purpose of this application is to provide the Planning Commission, City Council, and City Staff with details of a proposed development and to request several actions. The development of this community will require rezoning, plat approvals, and the approval of a variance request.

Harvest Hills will be a town home community providing an opportunity for maintenance free living in the City of Plymouth.

## III. SITE HISTORY

The property has an extensive history of being agriculturally active. The terrain is relatively flat over the southerly three quarters of the site. The northerly one fourth gently falls approximately eighty feet to the wetland fringes of Elm Creek which borders the site to the north. The sloping terrain on the north portion is heavily wooded and will remain largely undeveloped to sustain the natural aesthetics of the property. The site is bordered to the south by a future extension of Schmidt Lake Road, to the east and west by lands with agricultural usage. Interior to the site there are two low quality wetlands that have existed, predominately, due to spring snow melts. These wetlands are of poor quality and have been farmed in previous years.

## IV. GENERAL STATEMENT OF DEVELOPMENT INTENT

Harvest Hills will contribute to the City in the following three ways. First, Harvest Hills is intended to satisfy the continued demand for entry level housing in the City of Plymouth. With the steady increases in land costs, construction costs and regulatory fees, many potential home buyers have been priced out of the Plymouth new housing market. Included in these groups are young adults who have grown-up in the City, as well as long-time residents who have experienced a change in family structure.

In addition to satisfying first time homebuyer demand, Harvest Hills will accommodate the ever decreasing family size. As is stated in the City's recently completed Housing Plan, the average family size in Plymouth has dropped from a high of 3.9 persons per household in 1970 to 2.5 persons in 1999. The City's projections indicate this number will continue to drop reaching 2.2 persons upon full development of the City.

The third way Harvest Hills will contribute to the City is by satisfying the demands of individuals and families who prefer maintenance free housing. With today's ever increasing demand for people's time, there are an increasingly large number of families and individuals who prefer maintenance free housing.

Harvest Hills will provide two housing opportunities totaling 166 homes, all with two car garages. The Homestead Homes have been designed by the nationally renowned architectural firm of Bloodgood, Sharp & Buster. These homes are currently being built in Maple Grove and offer options allowing buyers to customize their homes to provide for up to 3 bedrooms and 2.5 baths. The homes will be marketed by Town and Country Homes own sales representatives. Homestead Homes are provided as an entry level housing opportunity.

Premier Townhomes are also being offered in the Maple Grove community and are designed as a "move-up" townhome that offers additional living space and backyard views to the homeowner. The Premier Townhomes provide opportunities for look out and walk out basements.

The development plans call for saving the vast majority of all trees located on the property. Stormwater will be carefully handled utilizing two cell ponding approach rather than the traditional one cell system. Wetlands will not be filled, therefore, there will be no need for wetland mitigation. All homes will be served by municipal sewer and water systems. Harvest Hills will have both public streets and HOA owned drives. The Harvest Hills Homeowners Association ("HOA") will maintain the integrity of the development and the quality of its improvements.

## V. OVERVIEW OF SITE CHARACTERISTICS

The site has access to all necessary infrastructures. Development of Harvest Hills will occur largely on that portion of the site that lacks trees, terrain relief, and wetland impediments. The property has been continually farmed for decades and has two low quality wetlands that have formed where the drainage is imperfect.

Site soils are typical to the City of Plymouth with a predominance of clay and clay loams present.

## VI. PRELIMINARY PLAT

This narrative and the attached information comprise the Preliminary Plat Application. They illustrate the general development plan for subdivision, road access and land usage. The plat shows 166 town homes. Homestead homes comprise 96 of the available opportunities and will be platted in CIC form. The remaining 70 Premier Townhomes will be platted in traditional lot and block form using a zero lot line approach for the common walls. The site is 40.44 acres making the overall gross density for the community just under 4.1 homes per acre. Zoning of the land use will need to be revised from Future Residential District (FRD) to Residential Multi-Family (RMF – 2).

Town & Country intends to work with the City of Plymouth Parks Department to establish a greenway contribution for a city trail system project along the Elm Creek corridor.

The Harvest Hills site design has been planned to compliment and flow with the existing land characteristics. Roadways have been aligned to parallel existing terrain features thereby minimizing land alteration. The site has been designed to conform to the development standards of the applicable city ordinances, except for the following variance requests:

***Variance Requested***

A variance is hereby requested for section 905.05 of the city ordinance as it relates to the location of fire lanes.

Current city ordinance requires installation of fire lanes "if an exterior point of a multi-family building is more than 150' from a fire hydrant as a fire hose would be laid". In lieu of fire lanes, Town & Country Homes proposes to utilize automatic fire sprinkling systems in each building to provide for public safety in accordance with Subdivision 3 of the aforementioned section.

The shape of the property is deep and narrow restricting the developmental capacity of the site to a long and narrow configuration. Association owned and maintained drives have been looped to meet the essence of the ordinance where the site plan allows, however, the site plan uses extended association owned drives where necessary in order to have a responsible use of the land.

There are no turnarounds proposed for the private drives as they measure no more than 200 feet in length.

**A. Location**

Harvest Hills is located north of the Schmidt Lake Road future extension and easterly of the Wayzata High School.

**B. Legal Description**

The property consists of 40.44 acres and is described as:

The North 1,351.12 feet, as measured at right angles to the North line, of that part of the West 1/2 of the Northwest 1/4 lying East of the West 672 feet thereof, Section 8, Township 118, Range 22, according to the U.S. Government Survey thereof; Subject to an easement over the East 30 feet of the Southwest 1/4 of the Northwest 1/4 and over the South 30 feet of the East 30 feet of the Northwest 1/4 of the Northwest 1/4, as shown in Doc. No. 630001, files of Registrar of Titles.

AND

That part of the West 1/2 of the Northwest 1/4 lying East of the West 672 feet thereof and lying South of the North 1,351.12 feet, as measured at right angles to the North line, all in Section 8, Township 118, Range 22, Hennepin County, Minnesota. Subject to a Roadway Easement over the East 30 feet, as shown in Doc. No. 630001, Files of Registrar of Titles.

C. **Zoning**

The property will be rezoned from Future Residential District (FRD) to Residential Multi-Family (RMF-2).

D. **Comprehensive Land Use Guide Plan**

The City of Plymouth's Comprehensive Land Use Guide Plan is consistent with the proposed zoning.

E. **Development Summary**

| | |
|---|---|
| Total Gross Acres | 40.44 Acres |
| Total Number of Homestead Homes | 96 |
| Total Number of PremierTownhomes | 70 |
| Gross Density (Homes Per Acre) | 4.1 |

F. **Site Utilities and Land Alteration**

Harvest Hills is presently serviceable by urban utility systems. A City trunk watermain is available along the south property line. Sanitary sewer is also available to the site via connection to an existing lift station that is located near the southwest corner of the site. The subdivision lies within the City's Metropolitan Urban Services Area (MUSA).

*Sanitary Sewer*

An existing lift station is in service near the southwest corner of the site. The capacities of the pumps and sump will need to be established prior to final design. The pumps and / or sump may need to be augmented in order to adequately process the additional flows that will be generated by the Harvest Hills development. Utilizing an existing lift station will reduce the city's maintenance and service requirements that would be needed with the addition of a second lift station.

The Preliminary Utility Plan illustrates the general location and "invert" elevations for the future sanitary sewers. The installation of the lateral sewers will be done prior to the construction of each street segment. The system will provide individual service to each proposed lot and future multiple-family building. A central sanitary sewer system is planned for Harvest Hills. Each building will be connected to the proposed lateral sewer system which will discharge into the existing lift station.

*Watermain*

The water system will be supplied by the city trunk water system. The city trunk water system is in place and passes near the southerly border of the property. The Preliminary Utility Plan illustrates the general placement and routing of the future water system.

*Storm Sewer*

The Preliminary Utility Plan and the Preliminary Site Grading Plan each illustrate the general layout of proposed storm sewers and ponding areas. A central storm sewer system is planned which will convey street runoff water to a two celled stormwater treatment pond. The ponds have been strategically placed to intercept and treat runoff before it continues downstream.

The storm sewer system and treatment ponds will be designed to current City standards.

### G. Permit Requirements

The City of Plymouth has jurisdiction over approvals for Harvest Hills. Other local, state and federal agencies will also have individual permit authority over this project. Specifically, The Minnesota Pollution Control Agency (MPCA) has review authority over Sanitary Sewer extensions and NPDES. The Minnesota Department of Health will review Water system expansion plans. The Minnesota Department of Natural Resources (MnDNR) will have jurisdiction and permit authority if "public waters" are to be worked in. Hennepin County will have review and permit authority for work that must be done on their property.

Necessary permits will be obtained from each agency during the Final Plat and Construction Plan stage of each phase of the project.

## VII. TENTATIVE STAGING

Harvest Hills will be constructed in one development phase and will begin as soon as development approvals are secured and weather permits. The site will be platted into two additions. The platting of the project will be susceptible to market demands and other influential factors.

## VIII. FINANCIAL CAPABILITY

The Developer intends to develop the property as soon as all of the governmental approvals and permits are secured. Installation of public and private site improvements will be privately financed. Financing will be secured utilizing Town & Country Homes existing credit facilities. Financial guarantees will be posted with the City to assure the satisfactory completion of project facilities.

20182

18170 Weaver Lake Dr.
Maple Grove MN 55311
Jan. 23, 2001

RECEIVED
JAN 25 2001
CITY OF PLYMOUTH
COMMUNITY DEVELOPMENT DEPARTMENT

Ms. Kendra Lindahl, Senior Planner
City of Plymouth
3400 Plymouth Blvd.
Plymouth MN 55447

Dear Ms. Lindahl:

I am writing to you on behalf of the Plymouth Gun Club regarding the application for rezoning filed by Town & Country Homes under File No. 20182. As adjacent property owners we are opposed to this change and respectfully request that it be denied.

The area surrounding the proposed development is largely agricultural land, interspersed with large lot, low density family housing. Among the neighbors of this proposed 209 unit development is the Plymouth Gun Club. We own the 20 acres directly to the East of the proposed development.

Plymouth Gun club has been operating safely on this site for 44 years. During this time we have never had an accident nor has our operating license ever been denied or revoked by the City. We intend to continue operation as long as possible. We provide a safe and supervised shotgun(only) shooting venue for the citizens of Plymouth and surrounding communities. Twenty-four of our approximately 100 members are residents of Plymouth.

We currently access our property via an easement from the south to the southwest corner of our property. It is not clear from the developer's plan how they intend to honor this easement. It is essential that we enter our land at it's southwest corner to avoid the shooting area. To deviate from this would create an unacceptable safety risk. The shooting area has been carefully selected and aligned to avoid any risk to property owners in all directions. Our land area is not large enough to change this layout. It is requested that access to our southwest corner be preserved.

It is also unclear how the City intends to provide for snow removal along the new road through the proposed development without piling snow that blocks access to our property. Please review this plan.

Noise is an inherent by-product of shooting. We presently operate Wednesday and Thursday afternoons and evenings; and Saturday afternoons. We have no plans to change this. Safety is not an issue as none of our firing lanes are directed toward the proposed development. However, we do not believe that building a large number of residences along our West property line represents good zoning or land management practice. It will inevitably lead to conflicts that will prove to be a problem for all; long after the developer is gone.

We request that the zoning change application be denied for these reasons. Should it be approved, we request that the developer and/or sales agent be required to notify prospective buyers, in writing, of our operations and the noise implications.

Thank you for the opportunity to provide these comments.

Yours truly,

Tom Kotarski

Tom Kotarski, President
Plymouth Gun Club

TOWN & COUNTRY HOMES
Minnesota Division

Sample Gun Club Disclosure

The Plymouth Gun Club is located on adjacent property to the Harvest Hills Community. The operation of the gun club is subject to the Plymouth City ordinances. Town & Country Homes makes no warranties implied or otherwise regarding the future existence or operation of said gun club. Any information regarding the licensure or operation of the Plymouth Gun Club should be obtained through Plymouth city staff or Plymouth Gun Club officials.

Having fully read and understood the above disclosure, we have placed our signatures hereto.

Buyer: ____________________ Signature____________________ Date: ____________
Printed Name

Buyer: ____________________ Signature____________________ Date: ____________
Printed Name

7716 Golden Triangle Drive • Eden Prairie, MN 55344
(952) 944-3455 • Fax (952) [illegible]

TOWN & COUNTRY HOMES
Minnesota Division

June 14, 2001

Marie Darling
City of Plymouth
Planning Department
3400 Plymouth Blvd
Plymouth, MN 55447

**Re: Harvest Hills**

Dear Marie:

Please find attached the following information that can be provided to the City Council members and the mayor prior to our June 26th public hearing.

1. A revised draft of the disclosure notice to all potential Harvest Hills home purchasers. This disclosure has been revised since the originally submitted disclosure after my meeting with three representatives of the gun club today. Please be aware that they have not seen this draft as of yet, so we reserve the right to make additional changes if necessary.

2. Draft language that would be placed on a 4 x 8 sign to be located at the end of Holly Lane, at the west entrance to their property. Based on my inspection of their property today, it is my opinion that Holly Lane will be in very close proximity to the existing parking lot on the gun club property. Please be aware that they have not reviewed this sign language as of yet, so further changes may be required. It is my expectation to have this completed and have a drawing of the proposed sign for the City Council Meeting.

3. As discussed at the Planning and Zoning Meeting, Town & Country has agreed to install an STC rated windows in all units located within the two buildings closest to the entrance to the gun club property. It is my understanding those are lots 37 thru 40, block 4 and lots 1 thru 4, block 1 on the proposed site plan. The STC windows should provide a more beneficial buffer for sound in these particular units.

4. In my discussion with gun club representatives today, I learned some additional information that I think should be provided to the Council.

Marie Darling
Page Two
June 14, 2001

A. No hunting loads are allowed, only target loads are permitted. It is my understanding that hunting loads are louder than target loads.

B. A maximum of 10 shooters can be on both skeet fields at the same time, however only one shooter is allowed to shoot at one time.

5. Town & Country will provide additional coniferous trees adjacent to the property line nearest to the buildings identified in #3 on previous page.

Please contact me if you require additional information. Thank you for your assistance in this matter.

Sincerely,

Art Plante, President
Minnesota Division

AP/kc

Enclosure

cc: Scott McMahon
Richard Palmiter
Jim Sable, Plymouth Gun Club
Ron Hentges, Plymouth Gun Club
Dick Nelson, Plymouth Gun Club
Merrill Paulson

# ADDENDUM TO PURCHASE AGREEMENT

## Plymouth Gun Club Disclosure

The Plymouth Gun Club is a trap and skeet shooting organization and is located on adjacent property to the Harvest Hills Community. The operation of the gun club is subject to the Plymouth City ordinance. Only shotguns with target loads are permitted. No rifles or pistol shooting is allowed at any time at the gun club. The gun club has published rules regarding safety and safe handling of firearms. All shooters are subject to these rules.

The year round hours of operation are as follows:

| | |
|---|---|
| Wednesdays: | Noon till dark |
| Thursdays: | 4 PM till dark (closed Thursdays from 10/15 till 5/01) |
| Saturdays: | 11 AM till 4 PM |

Town & Country Homes makes no warranties implied or otherwise regarding the future existence or operation of said gun club. Any additional information regarding the licensure or operation of the Plymouth Gun Club should be obtained through Plymouth City staff or Plymouth Gun Club officials.

Having fully read and understood the above disclosure, we have placed our signatures hereto.

Buyer:____________________ Signature ____________________ Date:__________
Printed Name

Buyer ____________________ Signature ____________________ Date:__________
Printed Name

# PLYMOUTH GUN CLUB, INC.

(Established 1957)

## NOTICE TO NEIGHBORS

PLYMOUTH GUN CLUB IS A TRAP & SKEET SHOOTING CLUB

SHOTGUN SHOOTING ONLY. TARGET LOADS ONLY.

HOURS: WEDNESDAY:NOON TILL DARK

THURSDAYS: 4 PM TILL DARK (CLOSED THURSDAYS 10/15 TILL 5/1)

SATURDAYS: 11 PM TILL 4 PM

ENTRANCE SUBJECT TO PLYMOUTH GUN CLUB REGULATIONS

# HARVEST HILLS

## TOWNHOME AFFORDABILITY

1. ACCORDING TO RECENT FIGURES PROVIDED BY STAFF, THE MEDIUM INCOME FOR A FAMILY OF 4 IN THE 7 COUNTY METRO AREA IS $68,600. 80% OF THE MEDIUM IS $54,880.

| TOWNHOME BASE PRICE | *80% MEDIUM INCOME | INCOME REQUIRED |
|---|---|---|
| $150,000 | $54,880 | $49,272 |
| $160,000 | $54,880 | $50,836 |
| $170,000 | $54,880 | $54,980 |
| $180,000 | $54,800 | $58,036 |

**ASSUMPTIONS:**

1. 5% DOWN CONVENTIONAL LOAN
2. INCLUDES PRINCIPLE, INTEREST, TAXES, AND ASSOCIATION DUES.
3. $300.00/MONTH LONG TERM DEBT.
4. 7.25% FIXED INTEREST