Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

Exhibit 78.3




**Location Map - 2001023**
**Town & Country Homes/**
**Harvest Hills**
**Request for a (PP/SP/VAR)**

Land Use Giude Plan
- C, Commercial
- CC, City Center
- CO, Commercial Office
- IP, Planned Industrial
- LA-1, Living Area 1
- LA-2, Living Area 2
- LA-3, Living Area 3
- LA-4, Living Area 4
- LAR, Living Area- Rural
- P-I, Public/Semi-Public/Institutional

N W E S

City of
Plymouth, Minnesota

HARVEST HILLS

# HARVEST HILLS
# PRELIMINARY PLANS
# PLYMOUTH, MINNESOTA

SHEET INDEX


1. COVER SHEET/ SITE PLAN
2. ALTA SURVEY
3. PRELIMINARY PLAT
4. PRELIMINARY UTILITY PLAN
5. PRELIMINARY GRADING PLAN
6. PRELIMINARY LANDSCAPE PLAN
7. PRELIMINARY FOUNDATION PLAN
8. PRELIMINARY TREE PRESERVATION PLAN
9. PRELIMINARY TREE PRESERVATION PLAN
10. PRELIMINARY TREE PRESERVATION PLAN





SITE DATA

GROSS AREA 40.4404 AC.
NET AREA 36.47 AC.
(GROSS AREA 40.44 AC. – WETLANDS @ OHWL 3.97 AC.)
TOTAL R.O.W. AREA 3.9888 AC.
NUMBER OF LOTS 84
NUMBER OF DWELLING UNITS 166
PERCENT BUILDING COVERAGE 11.64 %
(4.71 AC (BUILDING AREA) / 40.44044 AC (TOTAL AREA)) = 11.64%
GROSS DENSITY 4.10 UNITS/AC.
(166 UNITS / 40.44AC.)
NET DENSITY 4.56 UNITS/AC.
(166 UNITS / 36.47 AC.)

PARKING CALCULATIONS

PARKING REQUIRED
166 DOUBLE CAR DWELLING UNITS (DU) X 2.5 = 415

PARKING PROVIDED

GARAGES
166 DU X 2 = 332
DRIVEWAYS
166 DU X 2 = 332

OFFSTREET PARKING = 24

TOTAL PARKING PROVIDED = 688
PARKING SPACES PER UNIT = 688/166 = 4.14

TYPICAL SETBACKS

20' SETBACK BETWEEN FOUNDATIONS
25' FRONT SETBACK FOUNDATION TO R/W (PUBLIC STREETS)
22.5' FRONT SETBACK FOUNDATION TO BACK OF CURB (PRIVATE STREETS)
30' SETBACK FOUNDATION TO PROPERTY LINE
15' SETBACK FOUNDATION TO WETLAND BUFFER
20'–40' WETLAND BUFFER ZONE FROM WETLAND TO STRUCTURE SETBACK

PREPARED BY PIONEER ENGINEERING, P.A.

NICK POLTA
PROJECT CIVIL ENGINEER

PAUL A. THOMAS
REGISTERED PROFESSIONAL CIVIL ENGINEER

18572
REG. NO.

DEVELOPER
TOWN AND COUNTRY HOMES
11471 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344
(612) 944-3455




PROPOSED FIRE LANE SIGN
INSTALL AT ENTRANCES OF ALL PRIVATE DRIVES

LEGEND

PROPOSED / EXISTING
= HYDRANT
= GATE VALVE
= CATCH BASIN
= SANITARY MANHOLE
= STORM MANHOLE
= ROADWAYS / WALKS
= TREES / TREE LINE
= RETAINING WALL
= LIGHT POLE
= POWER POLE
= TELEPHONE BOX
= WETLAND BUFFER MONUMENT
= FIRE LANE SIGN (SEE DETAIL)
= # OF PARKING STALLS
= WETLAND DELINEATION

GRAPHIC SCALE IN FEET



LOCATION MAP

PIONEER engineering

| SHEET TITLE | OWNER | PROJECT | SHEET |
|---|---|---|---|
| COVER SHEET/SITE PLAN | TOWN & COUNTRY HOMES | HARVEST HILLS | 1 of 10 SHEETS |


ALTA SURVEY
~ for ~
~ BRANDON DEVELOPMENT COMPANY ~
~ PLYMOUTH, MINNESOTA ~
~ HENNEPIN COUNTY ~
SYMBOL LEGEND
AREA SUMMARY
WETLAND
BENCHMARKS
GRAPHIC SCALE
PIONEER engineering
ALTA SURVEY
TOWN AND COUNTRY HOMES
HARVEST HILLS
SHEET 2 of 10 SHEETS


CONOR MEADOWS PLAT TWO
JEWEL LANE NORTH
SCHMIDT LAKE ROAD
HOLLY LANE NORTH
WETLAND
OUTLOT A
PRELIMINARY PLAT
TOWN & COUNTRY HOMES
HARVEST HILLS

D 16644


LEGEND
CURB CUT DETAIL
SURMOUNTABLE
PRELIMINARY UTILITY PLAN
TOWN & COUNTRY HOMES
HARVEST HILLS


LEGEND
PRELIMINARY GRADING PLAN
TOWN & COUNTRY HOMES
HARVEST HILLS
SHEET 5 OF 10 SHEETS



CONIFER TREE PLANTING DETAIL
CONTAINER SHRUB PLANTING DETAIL
DECIDUOUS TREE PLANTING DETAIL
LANDSCAPE NOTES
PLANT SCHEDULE
TREE PROTECTION FENCING (typical)
WETLAND
PRELIMINARY LANDSCAPE PLAN
TOWN AND COUNTRY HOMES
HARVEST HILLS


FOUR UNIT
SIX UNIT
CORNER UNIT
INTERIOR UNIT
PLANT SCHEDULE
PRELIMINARY FOUNDATION PLAN
TOWN AND COUNTRY HOMES
HARVEST HILLS


TREE PROTECTION FENCING (typical)
WETLAND
STREET A
HOLLY LANE NORTH
PRELIMINARY TREE PRESERVATION PLAN
TOWN AND COUNTRY HOMES
HARVEST HILLS
SHEET 8 OF 10


TREE PROTECTION FENCING (typical)
WETLAND (Delineated)
TREE PROTECTION FENCING (typical)
WETLAND (Delineated)
HARVEST HILLS
TOWN AND COUNTRY HOMES
PRELIMINARY TREE PRESERVATION PLAN
SHEET 9 OF 10 SHEETS

PRESERVATION TREE TOTALS

| | # | CAL. INCHES | % |
|---|---|---|---|
| SAVE | 976 | 11710 | (74.3) |
| REMOVE | 349 | 4042 | (25.7) |
| TOTAL | 1325 | 15752 | (100.0%) |

LEGEND

PIONEER engineering

SHEET TITLE PRELIMINARY TREE PRESERVATION PLAN

OWNER TOWN AND COUNTRY HOMES

PROJECT HARVEST HILLS

SHEET 10 of 10 SHEETS

Homestead Collection

TOWN & COUNTRY HOMES

# The Bayview & The Starwood



T O W N & C O U N T R Y H O M E S

Premier Collection.



D 16653