Exhibit R147.1

# THE STARWOOD

## THE HOMESTEAD COLLECTION AT HARVEST HILLS

## MAIN LEVEL




TOWN & COUNTRY HOMES

D 00785

# UPPER LEVEL







SUPER OWNER'S SUITE OPTION




DUAL OWNER'S SUITE OPTION




2 BATH OPTION







SHOWER OPTION

OWNER'S SUITE 2 W/SHOWER OPTION




3 BEDROOM OPTION




OWNER'S SITTING ROOM OPTION

D 00786

TOWN & COUNTRY HOMES

©2002 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

1/02

WELCOME TO THE

# HOMESTEAD COLLECTION



## CORNERSTONE LAKE

TOWN & COUNTRY HOMES

D 00787

# STANDARD FEATURES

## EXTERIOR DETAILING –
*Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative brick masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Steel sectional overhead garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, six-panel steel entry doors
- Fully sodded yards with site landscaping as shown on site plan
- Patios per plan

## ENERGY-SAVING APPOINTMENTS –
*Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek brand housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency gas forced-air furnace
- Glass-lined 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## TASTEFULLY APPOINTED KITCHENS –
*Designed For Your Convenience*

- Flat panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## ELEGANT BATHS –
*Easy-Care*

- Easy-care no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets

## RICHLY DETAILED INTERIORS –
*For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## FEATURES TO ENHANCE YOUR COMFORT –
*Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener
- Reinforced storm shelter

## OPTIONAL CUSTOMIZING FEATURES –
*To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche with fireplace in living room per plans
- Private owner's baths per plans
- Dual owner's suites
- Super owner's suite
- Third bedroom

## TOWN & COUNTRY HOMES –
*Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

Minnesota Builder #9137.
©2002 Town & Country Homes.

TOWN & COUNTRY HOMES

D 00788

EQUAL HOUSING OPPORTUNITY

1/02

# THE SAVANNAH

## THE HOMESTEAD COLLECTION AT CORNERSTONE LAKE

## MAIN LEVEL




TOWN & COUNTRY HOMES

D 00789

# UPPER LEVEL







Dual Owner's Suite Option




Super Owner's Suite Option




2 Bath Option




Shower Option




Owner's Suite 2
w/Shower Option




3 Bedroom Option

D 00790

TOWN & COUNTRY HOMES

©2002 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

1/02

# THE BROADMOOR

THE HOMESTEAD
COLLECTION AT
CORNERSTONE LAKE

## MAIN LEVEL




TOWN & COUNTRY HOMES

D 00791

# UPPER LEVEL







SUPER OWNER'S SUITE OPTION




DUAL OWNER'S SUITE OPTION




**OWNER'S SUITE 2**
**SHOWER OPTION**




2 BATH OPTION




SHOWER OPTION




3 BEDROOM OPTION




3 BEDROOM W/LOFT OPTION




OWNER'S SITTING ROOM
W/3 BEDROOM OPTION

D 00792

TOWN & COUNTRY HOMES

©2002 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

1/02

Case 0:01-cv-01980-DWF-AJB Document 543-4 Filed 09/09/2004 Page 10 of 13

WELCOME TO THE

# HOMESTEAD COLLECTION



# PROVIDENCE POINTE

TOWN & COUNTRY HOMES

D 00793

# STANDARD FEATURES

## EXTERIOR DETAILING –
*Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative brick masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Steel sectional overhead garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, six-panel fiberglass entry doors
- Fully sodded yards with site landscaping as shown on site plan
- Patios per plan

## ENERGY-SAVING APPOINTMENTS –
*Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek brand housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency gas forced-air furnace
- Glass-lined 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## TASTEFULLY APPOINTED KITCHENS –
*Designed For Your Convenience*

- Flat panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## ELEGANT BATHS –
*Easy-Care*

- Easy-care no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets

## RICHLY DETAILED INTERIORS –
*For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## FEATURES TO ENHANCE YOUR COMFORT –
*Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener

## OPTIONAL CUSTOMIZING FEATURES –
*To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche with fireplace in living room per plans
- Private owner's baths per plans
- Dual owner's suites
- Super owner's suite
- Third bedroom

## TOWN & COUNTRY HOMES –
*Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

Minnesota Builder #9137.
©2002 Town & Country Homes.

TOWN & COUNTRY HOMES

D 00794

EQUAL HOUSING OPPORTUNITY

1/02

# THE BAYVIEW

## THE HOMESTEAD COLLECTION AT PROVIDENCE POINTE

## MAIN LEVEL




TOWN & COUNTRY HOMES

D 00795

# UPPER LEVEL







SUPER OWNER'S SUITE OPTION




DUAL OWNER'S SUITE OPTION




2 BATH OPTION




SHOWER OPTION




3 BEDROOM W/LOFT OPTION




3 BEDROOM OPTION




OWNER'S SITTING ROOM
W/3 BEDROOM OPTION

**D 00796**

TOWN & COUNTRY HOMES

©2002 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

1/02