Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 8, 2004

Exhibit R147.2

WELCOME TO THE

# HOMESTEAD COLLECTION



# HARVEST HILLS

TOWN & COUNTRY HOMES

D 00797

# STANDARD FEATURES

## EXTERIOR DETAILING –
*Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative brick masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Steel sectional overhead garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, six-panel fiberglass entry doors
- Fully sodded yards with site landscaping as shown on site plan
- Patios per plan

## ENERGY-SAVING APPOINTMENTS –
*Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek brand housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency gas forced-air furnace
- Glass-lined 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## TASTEFULLY APPOINTED KITCHENS –
*Designed For Your Convenience*

- Flat panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## ELEGANT BATHS –
*Easy-Care*

- Easy-care no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets

## RICHLY DETAILED INTERIORS –
*For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## FEATURES TO ENHANCE YOUR COMFORT –
*Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener
- Fully monitored automatic fire sprinkler system

## OPTIONAL CUSTOMIZING FEATURES –
*To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche with fireplace in living room per plans
- Private owner's baths per plans
- Dual owner's suites
- Super owner's suite
- Third bedroom

## TOWN & COUNTRY HOMES –
*Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

TOWN & COUNTRY HOMES

Minnesota Builder #9137.
©2002 Town & Country Homes.

D 00798

# THE STARWOOD

## THE HOMESTEAD COLLECTION AT HARVEST HILLS

## MAIN LEVEL




TOWN & COUNTRY HOMES

D 00799

# UPPER LEVEL







SUPER OWNER'S SUITE OPTION




DUAL OWNER'S SUITE OPTION




2 BATH OPTION







SHOWER OPTION

OWNER'S SUITE 2 W/SHOWER OPTION




3 BEDROOM OPTION




OWNER'S SITTING ROOM OPTION

D 00800

TOWN & COUNTRY HOMES

©2002 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

1/02

Homestead Collection

TOWN & COUNTRY HOMES

# The Bayview & The Starwood



D 00801

# *The* Bayview




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL
3 BDRM W/LOFT OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER OPTION




# The following Homestead Collection models include these quality features to enhance your lifestyle:

- *Starwood*
- *Bayview*

## Exterior Detailing –
### *Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative brick masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Insulated, six-panel steel sectional garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, six-panel steel entry doors
- Fully sodded yards with site landscaping as shown on site plan
- Patios per plan

## Energy-Saving Appointments –
### *Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency automatic gas forced-air furnace
- Glass-lined automatic 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## Tastefully Appointed Kitchens –
### *Designed For Your Convenience*

- Recessed panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care Armstrong no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## Elegant Baths –
### *Easy-Care*

- Easy-care Armstrong no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets

## Richly Detailed Interiors –
### *For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## Features To Enhance Your Comfort –
### *Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener

## Optional Customizing Features –
### *To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche in living room per plans
- Private owner's baths per plans
- Dual owner's suites
- Super owner's suite
- Third bedroom

## Town & Country Homes –
### *Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

TOWN & COUNTRY HOMES

Minnesota Builder #9137

In [illegible] effort to continuously improve our products, Town & Country Homes reserves the right to change feature specifications and suppliers [illegible].

D 00803

5/00

# The Starwood




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL SUPER
OWNER'S SUITE OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER
OPTION

D 00804

# The Bayview

2 Bedrooms, Loft, 1-1/2 Baths – End Home – Approximately 1,482 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace/Media Wall in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Laundry Room with Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

# The Starwood

2 Bedrooms, Loft, 1-1/2 Baths – Center Home – Approximately 1,381 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Hall Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | Laundry Room | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

TOWN & COUNTRY HOMES

D 00805

www.[illegible]andcountr[illegible]hom[illegible]mn.com

Illustration purposes on[illegible] are approximate and subject to ch[illegible] Please see your Town & Country Sales Representative [illegible] details. ©2000 Town & Country Ho[illegible] Minnesota Builder #9137.

10/00

Homestead Collection

TOWN & COUNTRY HOMES

# The Bayview & The Starwood



D 00806

# The Bayview




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL
3 BDRM W/LOFT OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER
OPTION

# The Starwood




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL SUPER
OWNER'S SUITE OPTION




UPPER LEVEL
DUAL OWNER'S SUITE OPTION




UPPER LEVEL
2 BATH OPTION




OWNER'S SHOWER
OPTION

# The Bayview

2 Bedrooms, Loft, 1-1/2 Baths – End Home – Approximately 1,482 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace/Media Wall in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Laundry Room with Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

# The Starwood

2 Bedrooms, Loft, 1-1/2 Baths – Center Home – Approximately 1,381 square feet

## FEATURES

| Main Level | Upper Level | Optional |
|---|---|---|
| Living Room with 2 Story Ceiling | Loft | Fireplace in Living Room |
| Formal Dining Room | Owner's Suite with Large Walk-In Closet and Private Entry to Full Bath | Breakfast Bar |
| Kitchen with Breakfast Area | Second Bedroom | Owner's Suite Volume Ceiling |
| Powder Room | Hall Linen Closet | Private Owner's Suite Bath with Separate Shower |
| Utility Room | Laundry Room | Full Second Bath |
| 2 Car Attached Garage | | Dual Owner's Suites with Full Private Baths |
| Patio | | Third Bedroom |
| | | Super Owner's Suite |
| | | Owner's Suite with Sitting Area |
| | | Open Stair Railing in Lieu of Half Wall |

TOWN & COUNTRY HOMES

D 00809

www.townandcountryho[illegible]esmn.com

Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details. ©2000 Town & Country Homes. Minnesota Builder #9137.

10/00

Exhibit R148

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---------------------------------------------

The Rottlund Company, Inc.,

Plaintiff,

vs. Case No. 01-1980

Pinnacle Corporation, et.al.,

Defendants.

---------------------------------------------

THE HONORABLE SUSAN R. NELSON

United States Magistrate Judge

* * * *

TRANSCRIPT OF PROCEEDINGS

OF

STATUS CONFERENCE

* * * *

Date: May 7, 2004

Reporter: Leslie R. Pingley

at some point after you, meaning Town & Country of Minnesota, began building back-to-back product you received a cease and desist letter from Rottlund's counsel. That's correct. That's Mr. Ryan and I have given you the Page 307 where his title is disclosed, president or CEO of the Minnesota company. Okay.

I believe, Your Honor, and this is going to come up because I think it sheds significant light on what happened at the status conference in connection with the document that Mr. Karau received and the representations of counsel that were made in terms of who was representing who at the time those documents were received. We have seen a 180 degree flip now and I will bring that out at the status conference. There's an argument relating to commencement. If the infringing acts commenced before the effective date of the registration and there's a showing of an ongoing

series of events that are all tied together and that first concept of the design is before the effective registration the defendant's position is Rottlund has no valid claim for attorney's fees and no valid claims for statutory damages.

First of all, that's the wrong standard to apply to a motion to compel. The standard is not is Rottlund going to prevail ultimately on it's claim. That's not the standard.

But also, Your Honor, I would suggest that it's putting the cart before the horse. Perhaps if the defendants want to stipulate that each and every one of the developments that contain these infringing products are all the result of that pre-activity that began before Rottlund's effective date of registration. For example, Washington Square, Spring Brook Ponds, all of these other developments that clearly came after the effective date of Rottlund's registration, if they are

going to stipulate that all of those are necessarily intertwined and the same as the first iteration that began according to them prior to the effective date of the registration, then perhaps the Court make a legal conclusion as it relates to commitment, but we're not there yet. I would like to note that's the stipulation they would like to enter in to.

The other piece, Saxon. We have talked about Saxon in this court room many times before, but it's important as it relates to a finding of willfulness because irrespective of the dispositive issue of attorney's fees and statutory damages Saxon stands for the proposition and it's not remarkable if infringement is willful, the defendant overhead deductions fall. They can't claim them. Thus, Your Honor, a finding of willfulness impacts Rottlund's wrongful profits claim in this case.

What they are relying upon related

to commencement has no impact whatsoever on Saxon and for the record Saxon is at 968 F. 2nd 676 and the specific pinpoint cite is Page 681 and that's an Eighth Circuit decision decided in 1992.

Unless you have any questions, Your Honor, that's all I have.

THE COURT: No. Mr. Schwiebert.

MR. SCHWIEBERT: If this were a patent case the defendants would make the election on whether or not to rely on the opinion of counsel. If they had elected to rely on the opinion of counsel, they would need to disclose it and there would be discovery of it. If this was a patent case and the defendants elected not to rely upon the opinion of counsel, they would not disclose the existence of the opinion of counsel because disclosing the existence is a breach of the confidentiality between the client and the plaintiff, the client and their attorney.

This isn't even a patent case. The duty to obtain a written opinion of counsel, of competent counsel, that exists in patent law does not exist in copyright law, so if we analyze it in a patent law context that a position taken by the defendants would deny this motion which is we're not going to rely on an opinion of counsel as a defense to willfulness, end of question, but we're not even going to get that far because patent law has created a duty to obtain competent opinion of counsel.

Copyright law has no similar duty. There are no Eighth Circuit cases. There are no District Court of Minnesota cases. There are no citations (Inaudible) that such a duty has ever been created.

What Rottlund has are two cases which both come up in the context of somebody trying to assert that they wrongly understood the law and in those context the Court said if your asserted defense is you wrongly understood the

law, a factor would be the fact that you never went to an attorney to figure out whether or not you wrongly understood the law and perhaps the most instructive part of that decision is Footnote 11, again ignored by Rottlund which gets at the question of what it was the Court in International Corwin, which is the only -- the only authority cited by Wildlife when it decides it's decision saying that in Turn Pike Tom and Broadcast Music they put the issue in play because they said we're relying on the opinion of counsel and at that point, yes, Your Honor was right. We would have to disclose it and there would be discovery.

What Rottlund wants is to violate the attorney-client privilege and have the defendants disclose without first electing to rely in any way on it whether or not there was communication between their attorneys and the client on a specific subject, opinion work, the heart of what work product, the

heart of attorney-client privilege.

Because the defendants have not elected to rely on an opinion of counsel in this case, they should not be required to disclose whether it exists, to log it or otherwise.

Keep in mind --

THE COURT: Don't you think that it's time to make that election?

MR. SCHWEIBERT: Yes, Your Honor. I'm sorry if our papers weren't clear. We are not going to rely on an opinion of counsel as a defense to willfulness. We have not asserted that there was an erroneous opinion of counsel which is actually the context in which the copyright cases talk about opinion of counsel, which is you produce your opinion from your letter and say in essence my lawyer got it wrong. That's what Nimmer talks about, the context of opinion of counsel. That's what International Corwin is talking about opinion of Counsel.

Town & Country will not assert that

it obtained an erroneous opinion of counsel or that it is relying on an opinion of counsel against a charge of willfulness. I think that ends the issue.

However, there is a discussion about commencement. That is the right standard, by the way, if there is no relevance to matter they are seeking because as a matter of law they cannot get that type of damages.

Keep in mind, the Eighth Circuit decision says there's no discretion here about whether or not they can get the statutory or attorney fees if the act happened after the registration. No, the defendants won't stipulate that all of the products are the same. We contend they are not.

Keep in mind, the plaintiff's contention in this case is they all have the same gestalt, whatever that is, their contention in their summary judgment motion is they are all the same. If that's their contention, then

there is no relevance to any of this because as they admit the law is if you register after the commencement you cannot get that type of damages and the only law cited by either side dealing with architectural works says it's not what each home or townhome is built, it's when that first act of alleged infringement happens.

Keep in mind, the first act of alleged infringement that they allege is BSB allegedly copying or making a substantially similar work long before they ever filed for the earliest of the registration upon which they attack the defendants on the Villa 2, so as a matter of law they cannot get statutory damages. They cannot get attorney's fees because the alleged act commenced before they applied for the registration.

There's no contravening law by them. As to Saxon, that's not what the statute says. The statute says willfulness is only a factor for

statutory damages and willful infringement. We'll argue about Saxon later, but the point is the only place in the statute that allows for a finding of willfulness, but the Court doesn't even have to get to any of these issues.

The defendants asserted the privilege. What Rottlund asked the Court to do is violate the privilege. We think that's improper.

Thank you, Your Honor.

THE COURT: Ms. Newman, you have disclosed that you did obtain an opinion of counsel. Is that correct? Is it your client's intent to rely on that opinion of counsel in defending against wilfulness, in other words to argue that we're not willful after all, we sought the advice of counsel?

MS. NEWMAN: No.

THE COURT: Okay.

MS. NEWMAN: And, Your Honor, just simply, we join in the arguments that have been made by Town & Country

Homes on this issue and will not be relying upon any attorney opinion to defeat the allegation of willfulness in this matter. Thank you.

THE COURT: Mr. Farmer, do you intend to rely on an opinion of counsel and a charge against Pinnacle for willfulness?

MR. FARMER: No, we do not, Your Honor.

THE COURT: Mr. Davenport, any response?

MR. DAVENPORT: No, Your Honor.

THE COURT: Okay. The Court will take a look at these cases and whether or not the fact of an opinion was obtained without disclosing it's contents as privileged and whether it should be disclosed, so I will take that issue under advisement and there will be a written opinion on that. Okay. All right.

Turn then to Rottlund's letter of May 3rd and May 15th.

MALE SPEAKER: Thank you, Your

Honor. I would like to proceed with Item No. A and Rottlund's letter of May 3rd. Town & Country has to (Inaudible) to produce to Rottlund the documents the Court ordered Fredrikson & Byron to produce to the Court.

Your Honor, at Page 2 of my letter I provided you with a citation of your order that bears upon this issue on (Inaudible) February 23rd status conference and the Court recognized and stated it is unclear to this Court whether all of the TCM and Pinnacle documents which were forwarded and BSB documents which were forwarded to Fredrikson in the early hours of this litigation have actually been produced in this case. As a result, Your Honor, you ordered a process that was going to occur in stages. I don't think I need to spend too much reminding you of what your order was, but if I could direct your attention to Exhibit A of my letter, Page 173 there was an exchange between Your Honor and TCM's counsel