# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

# ECF Form
# Declaration of Technical Issues

The clerk's office shall deem the District of Minnesota ECF site to be subject to a technical failure on a given day if the site is unable to accept filings continuously or intermittently over the course of any period of time greater than one hour after 10:00 a.m. that day. Planned and known systems outages will be posted on the Court's web site at www.mnd.uscourts.gov.

This form can be used to declare technical issues if the Court's ECF system was not functional OR issues regarding technical failures on the filers side. It is not necessary to file this form unless your filing is untimely. Please attach this form as an "attachment to document" for the documents filed untimely due to technical issues.

The undersigned declares that the attached filing is untimely as a result of the technical difficulties described below.

s/ Craig S. Krummen
Signature of Filer/Declarant

Date 9/9/04

**Filer/Declarant's Name:** Craig S. Krummen
Attorney Bar ID: 259081
Law Firm Name: Winthrop & Weinstine, P.A.
Address: 225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Direct Phone Number: (612) 604-6717
E-Mail Address: ckrummen@winthrop.com

Description of technical difficulties (Be very specific, including number of attempts and time and date of difficulties):

On September 8, 2004 at approximately 5:45 p.m., we filed Plaintiff's Notice of Conventional Filing of its Memorandum of Law (one page). We then proceeded to file the Affidavit Of Craig S. Krummen In Support Of Plaintiff's Consolidated Memorandum Of Law In Opposition To Defendants' Motions For Summary Judgment On Damages with approximately 34 attachments (Exhibits) between approximately 5:45 p.m. and 6:15 p.m.. We sent it, received notice that it was "done" and had no reason to believe it had not been received by the Court. We have been informed today that the Court system was down, and that the Court received our one page Notice of Conventional Filing, but did not receive our Affidavit and attachments.