**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **8th** day of **September, 2004**, I caused the following documents:

1. NOTIFICATION OF CONVENTIONAL FILING OF PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES AND TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF AS TO DAMAGES; AND

2. AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORP. AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND TO DEFENDANTS BSB AND BGI'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES (**PARTIALLY FILED UNDER SEAL).**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| David A. Donna | ddonna@donnalaw.com | Local counsel for Pinnacle |
| | | |
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| | | |
| Holly J. Newman | hjn@mcmlaw.com | Attorneys for BSB & BGI |
| | | |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: September 8, 2004

s/ Craig S. Krummen
David A. Davenport, Bar #0285109
Craig S. Krummen, Bar #0259081
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com