**Re:** Court File No. 01-CV-1980 (DSD/SRN)
***Rottlund Homes v. Pinnacle Corporation, et al***

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Wayne W. Marshall of the City of Maple Plain, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the **8th** day of **September, 2004**, he served the following-described document(s):

1. PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES and TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF AS TO DAMAGES;

2. NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORP. AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND TO DEFENDANTS BSB AND BGI'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES; AND

3. SEALED EXHIBITS.

upon the following parties in this action, through their respective attorneys, by handing to and leaving with the following person, a true and correct copy thereof, at their last known address:

Holly J. Newman, Esq.
Benjamin Patrick, Esq.
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
**Attorneys for Defendant**
**The Bloodgood Group, Inc. and**
**Third Party Defendants**
**Bloodgood Sharp Buster Architects**

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397
**Attorneys for Defendant**
**Town & Country Homes**

s/Wayne W. Marshall
WAYNE W. MARSHALL

Subscribed and sworn to before me
this **8th** day of **September, 2004.**

s/ Cynthia L. Kuno
Notary Public
My Commission Expires: 01/31/05

**Re:** Court File No. 01-CV-1980 (DSD/SRN)
***Rottlund Homes v. Pinnacle Corporation, et al***

STATE OF MINNESOTA )
)ss: **AFFIDAVIT OF SERVICE**
COUNTY OF HENNEPIN )

CYNTHIA L. KUNO, of the City of Eagan, County of Dakota, State of Minnesota, being duly sworn on oath, says that on the 8th day of **September, 2004**, she served the following:

1. PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES and TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF AS TO DAMAGES **(ALSO VIA FAX ON 9/9/04)**;

2. NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS PINNACLE CORP. AND TOWN & COUNTRY HOMES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND TO DEFENDANTS BSB AND BGI'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES; AND

3. SEALED EXHIBITS.

on Defendant Pinnacle Corporation in this action, through its attorneys, a true and correct copy thereof, enclosed in an envelope, postage prepaid and directed to the following at their last known address:

**FEDERAL EXPRESS**
Christopher J. Murdoch, Esq.
Matthew I. Farmer, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
**Attorneys for Pinnacle**

s/ Cynthia L. Kuno
CYNTHIA L. KUNO

Subscribed and sworn to before me
this **8th** day of **September, 2004.**

s/ Deana J. Lessor
NOTARY PUBLIC
My Commission Expires: 01/31/05

IMANAGE:2048047_2