UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

Civil No. 01-1980 (DSD/SRN)

**SUPPLEMENTAL AFFIDAVIT OF BEN PATRICK IN SUPPORT OF DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO DAMAGES**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Ben Patrick, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys representing Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc. ("BGI") in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the contract between Bloodgood Sharp Buster Architects and Planners of Illinois, Inc. and Pinnacle regarding the design of the Washington Square town home. (**FILED UNDER SEAL**)

3. Attached hereto as Exhibit B is a true and correct copy of the contract between BSB and Town & Country Homes regarding the design of a sales office and clubhouse for the Providence Park development. (**FILED UNDER SEAL**)

4. Attached hereto as Exhibit C is a true and correct copy of pages 37 through 44 of the Transcript of the Deposition of Joseph Kenyon.

s/Ben Patrick____________________
Ben Patrick

Subscribed and sworn to before me
this 15th day of September, 2004.

______________________________
Notary Public, __________ County

JBP/jbp#718911v1