# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

The Rottlund Company, Inc., d/b/a/ Rottlund Homes, a Minnesota Corporation,

Plaintiff(s),

v.

Pinnacle Corporation, d/b/a/ Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendant(s),

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation

Third-Party Defendant.

## COURT MINUTES

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1980 DSD/SRN |
| Date: | Sept. 17, 2004 |
| Court Reporter: | Kimberly Evavold, Shaddix |
| Tape Number: | 377-79 |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 12:05 p.m. |
| Time in Court: | 3 Hours and 5 Minutes |

## APPEARANCES:

Plaintiff(s): Craig S. Krummen, David Davenport

Defendant: Christopher Murdoch, David Donna on behalf of Pinnacle Corporation.

Defendant: Darren Schwiebert on behalf of Town & Country Homes.

Defendant: Holly Newman on behalf of Bloodgood Sharp Buster

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendants' Motions for Partial Summary Judgment as to Damages [Doc. Nos. 491 and 495] taken under advisement as of Sept. 17, 2004.

Status conference followed regarding discovery matters.

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Marilyn J. Conklin
Signature of