UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al.,

Defendants,

Case No.: 01-CV-1980 (DSD/SRN)

**NOTICE OF CONVENTIONAL FILING OF PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004 REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR**

**[FILED UNDER SEAL]**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004 REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

__X_ Item Under Seal* (Document number of protective order: 9; 205 (Addendum))

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2145919v1