UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004 REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR**<br><br>PARTIALLY FILED UNDER SEAL |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Craig S. Krummen, being duly sworn, states:

1. I am a partner with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I

submit this Affidavit in Opposition to Defendants' Objections to Magistrate Judge Nelson's Report and Recommendation dated August 20, 2004.

2. Attached hereto as **Exhibit R1** is a true and correct copy of a Certificate of Registration for Rottlund's New Villa, Registration No. VAu 268 404, Bates no. RCI001245-46;

3. Attached hereto as **Exhibit R2** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's New Villa, Registration No. VAu 567-008, Bates no. RCI003045-3046 **(FILED UNDER SEAL)**;

4. Attached hereto as **Exhibit R3** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's New Villa, Registration No. VAu 567-009, Bates no. RCI003047-3048 **(FILED UNDER SEAL)**;

5. Attached hereto as **Exhibit R4** is a true and correct copy of correspondence from Linda Alfson, Design Development Inc., to Larry Moore dated May 9, 1994, Bates no. BSB 10173.1 **(FILED UNDER SEAL)**;

6. Attached hereto as **Exhibit R5** is a true and correct copy of an excerpt from the deposition of Larry Moore, dated February 17, 2004;

7. Attached hereto as **Exhibit R6** is a true and correct copy of the "cut and paste" document, Bates no. BSB 06380 (Depo. Ex. 330) **(FILED UNDER SEAL)**;

8. Attached hereto as **Exhibit R7** are true and copies of documents from the Midland Homes file of Design Development, Inc., Bates no. DDI000002-54 (Depo. Ex. 374) **(FILED UNDER SEAL)**;

9. Attached hereto as **Exhibit R8** is a true and correct copy of a July 8, 1994, handwritten note from Larry Moore to Jim Grundmeier, Bates no. BSB10208 (Depo. Ex. 338);

10. Attached hereto as **Exhibit R9** is a true and correct copy of a transcript excerpt from the November 26, 2003 Discovery Conference before Magistrate Judge Susan R. Nelson;

11. Attached hereto as **Exhibit R10** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of BSB, witness Chris Jorgensen, dated March 5, 2003;

12. Attached hereto as **Exhibit R11** is a true and correct copy of a fax from Michael Rice of Jerry's Homes, Inc. to Chris Jorgensen dated March 11, 1997 (Depo. Ex. 55A);

13. Attached hereto as **Exhibit R12** is a true and correct copy of a transcript excerpt from the deposition of Chris Jorgensen, dated September 3, 2003;

14. Attached hereto as **Exhibit R13** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of BSB, witness Larry Moore, dated March 6-7, 2003;

15. Attached hereto as **Exhibit R14** is a true and correct copy of a transcript excerpt from the deposition of Larry Moore, dated September 4, 2003;

16. Attached hereto as **Exhibit R15** is a true and correct copy of Rottlund's technical drawings for its Rush Creek Villa II development, dated July 17, 1990, Bates no. D0001-15 (Depo. Ex. 104);

17. Attached hereto as **Exhibit R16** is a true and correct copy of a Certificate of Registration for Rottlund's Rush Creek Villa II product, Registration No. VAu 447-395, Bates no. RCI004360-61 **(FILED UNDER SEAL)**;

18. Attached hereto as **Exhibit R17** is a true and correct copy of a Certificate of Registration for Rottlund's Villa II product at The Reserve, Registration No. VAu 546-285, Bates no. RCI002593-94 **(FILED UNDER SEAL)**;

19. Attached hereto as **Exhibit R18** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's Rush Creek Villa II product, Registration No. VAu 567-006, Bates no. RCI003041-42 **(FILED UNDER SEAL)**;

20. Attached hereto as **Exhibit R19** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's Villa II product at The Reserve, Registration No. VAu 567-088, Bates no. RCI007623-24 **(FILED UNDER SEAL)**;

21. Attached hereto as **Exhibit R20** is a true and correct copy of a transcript excerpt from the deposition of Steve Sandelin, dated December 8, 2003;

22. Attached hereto as **Exhibit R21** are true and correct copies of the calendars of Larry Moore and Chris Jorgensen, for the week ending April 3, 1998, Bates no. BSB 04490.1 and BSB 04498.1 **(FILED UNDER SEAL)**;

23. Attached hereto as **Exhibit R22** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of TCM's witness Arthur Plante, dated December 19-20, 2002;

24. Attached hereto as **Exhibit R23** are true and correct copies of photographs marked as Deposition Exhibit 267 (PINN 02600 – 2735) **(FILED UNDER SEAL)**;

25. Attached hereto as **Exhibit R24** are true and correct copies of photographs marked as Deposition Exhibit 300 (D16025 - 29);

26. Attached hereto as **Exhibit R25** is a true and correct copy of Rottlund's Happening Brochure, dated 1998 (Depo. Ex. 288);

27. Attached hereto as **Exhibit R26** is a true and correct copy of marketing materials for Deacon's Walk (Depo. Ex. 289);

28. Attached hereto as **Exhibit R27** is an excerpt from the calendar of Steve Sandelin, Bates no. PINN 04667 and dated April, 1998 **(FILED UNDER SEAL)**;

29. Attached hereto as **Exhibit R28** is a page from the calendar of Larry Moore, Bates no. BSB 12223 and dated May 1, 1998 **(FILED UNDER SEAL)**;

30. Attached hereto as **Exhibit R29** is a true and correct copy of BSB's "client redlines" for Town & Country Homes for "The Villas," Bates no. BSB 02034-2036 (Depo. Ex. 6) **(FILED UNDER SEAL)**;

31. Attached hereto as **Exhibit R30** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante regarding "The Villas," Bates no. BSB00634-635 (Depo. Ex. 78) **(FILED UNDER SEAL)**;

32. Attached hereto as **Exhibit R31** is a true and correct copy of Town & Country Homes' plans for its Homestead Collection at Centennial Crossing, Bates no. BSB02314-37 (Depo. Ex. 5A) **(FILED UNDER SEAL)**;

33. Attached hereto as **Exhibit R32** is a true and correct copy of Rottlund's marketing materials (Depo. Ex. 109A);

34. Attached hereto as **Exhibit R33** is a true and correct copy of Town & Country Homes' marketing materials (Depo. Ex. 110A);

35. Attached hereto as **Exhibit R34** is a true and correct copy of Town & Country Homes' Washington Square Back to Back Towns for its Aurora, Illinois development, Bates no. PIN00003-22 (Depo. Ex. 103) **(FILED UNDER SEAL)**;

36. Attached hereto as **Exhibit R35** is a true and correct copy of a memorandum from Steve Sandelin to Larry Moore dated July 9, 2001, with attachments, Bates no. BSB01931-1935 (Dep. Ex. 11) **(FILED UNDER SEAL)**;

37. Attached hereto as **Exhibit R36** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller, dated July 25, 2001, Bates no. BSB01260-63 (Depo. Ex. 89) **(FILED UNDER SEAL)**;

38. Attached hereto as **Exhibit R37** is a true and correct copy of an excerpt from Rottlund's technical drawings for its Villa II product at The Reserve, page A10 (Depo. Ex. 228);

39. Attached hereto as **Exhibit R38** is a true and correct copy of a memorandum from Dan Geegan to Chris Jorgensen, Bates no. BSB 04661 (Depo. Ex. 242) **(FILED UNDER SEAL)**;

40. Attached hereto as **Exhibit R39** is a true and correct copy of a transcript excerpt from the deposition of Jason Jorgenson, dated August 22, 2003;

41. Attached hereto as **Exhibit R40** is a true and correct copy of a transcript excerpt from the deposition of Steven Thies, dated August 20, 2003;

42. Attached hereto as **Exhibit R41** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, dated July 3, 2002, Bate no. BSB00974-78 (Depo. Ex. 90) **(FILED UNDER SEAL)**;

43. Attached hereto as **Exhibit R42** is true and correct copy of a transcript excerpt from the deposition of Karen Albertson, dated August 25, 2003;

44. Attached hereto as **Exhibit R43** is a true and correct copy of a facsimile from Todd Dosch of Metro Fire Protection to Lori Meier, dated April 25, 2002, Bates no. BSB 001021- 1024 (Depo. Ex. 43) **(FILED UNDER SEAL)**;

45. Attached hereto as **Exhibit R44** is a true and correct copy of Plaintiff's Amended Supplemental Objections and Answers to Defendant Town & Country Homes, Inc.'s Interrogatory Numbers 3 through 8, dated December 10, 2002 (Depo. Ex. 134);

46. Attached hereto as **Exhibit R45** is a true and correct copy of the April 29, 2004 Hearing before Magistrate Judge Susan R. Nelson;

47. Attached hereto as **Exhibit R46** is a true and correct copy of the Preliminary Report of Jeffrey A. Scherer, dated August 15, 2003;

48. Attached hereto as **Exhibit R47** is a true and correct copy of the Expert Disclosure of Albert Bloom, A.I.A., dated August 15, 2003 (Depo. Ex. 388);

49. Attached hereto as **Exhibit R48** is a true and correct copy of a January 15, 1989 agreement between Architectural Forum, Inc. and The Rottlund Company, Bates no. RCI001599 (Depo. Ex. 156) **(FILED UNDER SEAL)**;

50. Attached hereto as **Exhibit R49** is a true and correct copy of a December 4, 2002 agreement between Architectural Forum, Inc. and The Rottlund Company, Bates no. RCI001600 (Depo. Ex. 155) **(FILED UNDER SEAL)**;

51. Attached hereto as **Exhibit R50** is a true and correct copy of a December 23, 2002 agreement between Whitten Associates, Inc. and The Rottlund Company, Bates no. RCI002664 (Depo. Ex. 135) **(FILED UNDER SEAL)**;

52. Attached hereto as **Exhibit R51** is a true and correct copy of a supplemental Certificate of Registration for Rottlund's New Villa, No. VAu 618-218, Bates no. RCI024045-46 **(FILED UNDER SEAL)**;

53. Attached hereto as **Exhibit R52** is a true and correct copy of a transcript excerpt from the deposition of Albert Bloom, taken June 9, 2004; and

54. Attached hereto as **Exhibit R53** is a true and correct copy of a transcript excerpt from the deposition of Jeffrey Scherer, taken June 30, 2004.

**FURTHER YOUR AFFIANT SAITH NOT.**

s/ Craig S. Krummen
CRAIG S. KRUMMEN, Affiant

Subscribed and sworn to before me
this 21st day of September, 2004.

s/ Cynthia L. Kuno
Cynthia L. Kuno, Notary Public
My Commission Expires: 01/31/05

2145061v1