UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, et al.,

Defendants,

**NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004 REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR**

**[FILED UNDER SEAL]**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Attached hereto as **Exhibit R2** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's New Villa, Registration No. VAu 567-008, Bates no. RCI003045-3046 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R3** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's New Villa, Registration No. VAu 567-009, Bates no. RCI003047-3048 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R4** is a true and correct copy of correspondence from Linda Alfson, Design Development Inc., to Larry Moore dated May 9, 1994, Bates no. BSB 10173.1 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R6** is a true and correct copy of the "cut and paste" document, Bates no. BSB 06380 (Depo. Ex. 330) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R7** are true and copies of documents from the Midland Homes file of Design Development, Inc., Bates no. DDI000002-54 (Depo. Ex. 374) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R16** is a true and correct copy of a Certificate of Registration for Rottlund's Rush Creek Villa II product, Registration No. VAu 447-395, Bates no. RCI004360-61 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R17** is a true and correct copy of a Certificate of Registration for Rottlund's Villa II product at The Reserve, Registration No. VAu 546-285, Bates no. RCI002593-94 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R18** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's Rush Creek Villa II product, Registration No. VAu 567-006, Bates no. RCI003041-42 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R19** is a true and correct copy of a Supplemental Certificate of Registration for Rottlund's Villa II product at The Reserve, Registration No. VAu 567-088, Bates no. RCI007623-24 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R21** are true and correct copies of the calendars of Larry Moore and Chris Jorgensen, for the week ending April 3, 1998, Bates no. BSB 04490.1 and BSB 04498.1 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R23** are true and correct copies of photographs marked as Deposition Exhibit 267 (PINN 02600 – 2735) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R27** is an excerpt from the calendar of Steve Sandelin, Bates no. PINN 04667 and dated April, 1998 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R28** is a page from the calendar of Larry Moore, Bates no. BSB 12223 and dated May 1, 1998 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R29** is a true and correct copy of BSB's "client redlines" for Town & Country Homes for "The Villas," Bates no. BSB 02034-2036 (Depo. Ex. 6) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R30** is a true and correct copy of a facsimile from Chris Jorgensen to Art Plante regarding "The Villas," Bates no. BSB00634-635 (Depo. Ex. 78) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R31** is a true and correct copy of Town & Country Homes' plans for its Homestead Collection at Centennial Crossing, Bates no. BSB02314-37 (Depo. Ex. 5A) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R34** is a true and correct copy of Town & Country Homes' Washington Square Back to Back Towns for its Aurora, Illinois development, Bates no. PIN00003-22 (Depo. Ex. 103) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R35** is a true and correct copy of a memorandum from Steve Sandelin to Larry Moore dated July 9, 2001, with attachments, Bates no. BSB01931-1935 (Dep. Ex. 11) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R36** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller, dated July 25, 2001, Bates no. BSB01260-63 (Depo. Ex. 89) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R38** is a true and correct copy of a memorandum from Dan Geegan to Chris Jorgensen, Bates no. BSB 04661 (Depo. Ex. 242) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R41** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, dated July 3, 2002, Bate no. BSB00974-78 (Depo. Ex. 90) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R43** is a true and correct copy of a facsimile from Todd Dosch of Metro Fire Protection to Lori Meier, dated April 25, 2002, Bates no. BSB 001021- 1024 (Depo. Ex. 43) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R48** is a true and correct copy of a January 15, 1989 agreement between Architectural Forum, Inc. and The Rottlund Company, Bates no. RCI001599 (Depo. Ex. 156) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R49** is a true and correct copy of a December 4, 2002 agreement between Architectural Forum, Inc. and The Rottlund Company, Bates no. RCI001600 (Depo. Ex. 155) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R50** is a true and correct copy of a December 23, 2002 agreement between Whitten Associates, Inc. and The Rottlund Company, Bates no. RCI002664 (Depo. Ex. 135) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit R51** is a true and correct copy of a supplemental Certificate of Registration for Rottlund's New Villa, No. VAu 618-218, Bates no. RCI024045-46 **(FILED UNDER SEAL)**;

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

__X_ Item Under Seal* (Document number of protective order: 9; 205 (Addendum)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2145921v1