# FILED UNDER SEAL

Exhibits R27 – R31

Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 21, 2004

Exhibit R32

Volume 17, Issue 2 1998

Your Builder for Life

# ROTTLUND HOMES™

# HAPPENINGS



MLS

Equal Housing Opportunity

EXHIBIT NO: 109A
6-9-04
P. MAHON

P.2 APPLE VALLEY PRAIRIE CROSSING P.3 THE NEW VILLAS P.4 SINGLE LEVEL TOWNHOME OPTION