Exhibit R33

# Welcome To The Wide Open S



EXHIBIT NO. 110A
6-9-04
P. MAHON

townandcountryhomesmn.com

*Lots of natural light and high ce*
*See for yourself at townandcoun*

42 years. Over 100 communities. One home
Our national resourcefulness and strength, c
mitment, offer you so much more design, c
your money. So why settle for ordinary whe
day at Town & Country.

## BLAINE

### THE FAIRWAYS AT DEACON'S WALK

Players Collection - Single Family Homes from
Masters Collection - Single Family Homes fro
Phone 763-795-8909
To visit: Take I-35 W North to Lexington Road (Ex
Proceed 1/2 mile to a left on 109th street. Proce
Players Parkway, straight to a left on Arnold Palm
Sales Center on right.

## LAKEVILLE

### CROSSWINDS

Premier Collection - Townhomes from the $130
Phone 952-898-2787
To visit: Take I-35 W South to a left on County F
Turn right onto Jaguar Avenue. Proceed to a lef

## MAPLE GROVE

### THE GROVE AT ELM CREEK

Players Collection - Single Family Homes fron
Phone 763-416-2225
To visit: Take I-94 West to a left on Weaver Lake
Proceed to a left on Nottingham Parkway. Turn
Everest Lane to Sales Center on left.

### CENTENNIAL CROSSING

Premier Collection - Townhomes from the $14
Phone 763-416-3905
To visit: Take I-94 West to a left on Weaver Lake
on Dunkirk Lane N. to a right on 90th Place N.,

Homestead Collection - Townhomes from th
Phone 763-416-0406
To visit: Take I-94 West to a left on Weaver Lak
to a left on 90th Place N. Models on right.

Signature Collection - Single Family Homes
Phone 763-416-0401
To visit: Take I-94 West to a left on Weaver Lal
to a left on 89th Avenue N. Turn right on Garl



TOWN & COU

THE EXCITEMEN

Open 11-6 daily. Brokers warmly
Minnesota Builder #9137

© 2001 Town & Country Homes. Prices s

# FILED UNDER SEAL

Exhibits R34 – R36

Exhibit R37


PARTY WALL AT DRAFTSTOP
SCALE: 1" = 1'0"
PARTY WALL AT FLOOR FOR UNIT 'C' TO 'D'
SCALE: 1" = 1'0"
FOUND. @ UNITS 'C' TO 'D'
SCALE: 1" = 1'0"
SECTION @ ELECTRIC METERS
SCALE: 1/4" = 1'0"
CORNER FRAMING DETAIL
SCALE: 1" = 1'0"
EXHIBIT
228
THRESHOLD DETAIL
SCALE: 1" = 1'0"
EAVE DETAIL AT 'C' UNIT ENTRY COLUMN
SCALE: 1" = 1'0"
HALF WALL CAP DETAIL
SCALE: 3" = 1'0"
PERPENDICULAR PARTITION INTERSECTION
SPRINKLER ROOM SECTION
SCALE: 1/2" = 1'0"
SPRINKLER ROOM PLAN DETAIL
SCALE: 1/2" = 1'0"
ROOF CONST.
WALL CONST.
ROUGH FRAMING HEIGHT
ROTTLUND HOMES
THE RESERVE
PLYMOUTH, MN
THE VILLA II
DETAILS
NOVEMBER 1, 2000
A10

# FILED UNDER SEAL

Exhibit R38