# Exhibits R46.2

## Appendix

1. Comparative analysis of the key architectural elements [1.01 – 1.40]
2. List of Exhibits

   I will use all of the exhibits referenced in this report. I reserve the right to amend this list with other materials that are made available to me.
3. Centex Homes webpage (8/5/2003) page 1 and 2

   http://www.centexhomes.com/Minneapolis/NeighborhoodPlans.asp?PlanID=325519
4. Curriculum Vitae

My hourly billable rate for expert testimony is $200.00.

## Appendix 1

Comparative analysis of the key architectural elements (1.01 – 1.40)

1.01) Lower Floor Plans – Town & Country 1529 and Rottlund "C"
1.02) Lower Floor Plans Overlaid – Town & Country 1529 and Rottlund "C"
1.03) Entry Relationship to Stair – Town & Country 1529 and Rottlund "C"
1.04) Room at Point of Entry – Town & Country 1529 and Rottlund "C"
1.05) Entry Space Relationship to Stair – Town & Country 1529 and Rottlund "C"
1.06) Walls that Define the Entry - Town & Country 1529 and Rottlund "C"
1.07) Types of Kitchens - Town & Country 1529 and Rottlund "C"
1.08) Types of Kitchens - Town & Country 1529 and Rottlund "C"
1.09) Shape of Living Area - Town & Country 1529 and Rottlund "C"
1.10) Ideal Location for Utility Walls - Town & Country 1529 and Rottlund "C"
1.11) Reasoning Behind Utility Wall Location - Town & Country 1529 and Rottlund "C"
1.12) Upper Level Plans - Town & Country 1529 and Rottlund "C"
1.13) Upper Level Plans Overlaid - Town & Country 1529 and Rottlund "C"
1.14) Loft and Stair Relationship - Town & Country 1529 and Rottlund "C"
1.15) Ideal Utility Wall Location - Town & Country 1529 and Rottlund "C"
1.16) Utility Wall Relationship between Floors - Town & Country 1529 and Rottlund "C"
1.17) Covered Entry Proportions - Town & Country 1529 and Rottlund "C"
1.18) Covered Entry Proportions - Town & Country 1529 and Rottlund "C"
1.19) Front Elevation Profiles - Town & Country 1529 and Rottlund "C"
1.20) Front Elevation Window Layouts - Town & Country 1529 and Rottlund "C"
1.21) Front Elevation Window Proportions - Town & Country 1529 and Rottlund "C"
1.22) Side Elevation Window Layouts - Town & Country 1529 and Rottlund "C"
1.23) Side Elevation Window Proportions - Town & Country 1529 and Rottlund "C"
1.24) Lower Floor Plans - Town & Country 1450 and Rottlund "D"
1.25) Lower Floor Plans Overlaid - Town & Country 1450 and Rottlund "D"
1.26) Entry and Stair Relationships - Town & Country 1450 and Rottlund "D"
1.27) Shape of Entry Space - Town & Country 1450 and Rottlund "D"
1.28) Elements that Define the Entry Space - Town & Country 1450 and Rottlund "D"
1.29) Types of Kitchen Spaces - Town & Country 1450 and Rottlund "D"
1.30) Breakfast Nook Relationship - Town & Country 1450 and Rottlund "D"
1.31) Entry and Stair Relationships - Town & Country 1450 and Rottlund "D"
1.32) Stair and Dining Relationships - Town & Country 1450 and Rottlund "D"
1.33) Upper Floor Plans - Town & Country 1450 and Rottlund "D"
1.34) Upper Floor Plans Overlaid - Town &Country 1450 and Rottlund "D"
1.35) Loft Space Relationships - Town & Country 1450 and Rottlund "D"
1.36) Master Bedroom Proportions - Town & Country 1450 and Rottlund "D"
1.37) Front Elevation Window Layouts - Town & Country 1450 and Rottlund "D"
1.38) Front Elevation Window Proportions - Town & Country 1450 and Rottlund "D"
1.39) Optional Fireplace Elevation - Town & Country 1529 and Rottlund "C"
1.40) Optional Fireplace Elevation Proportions - Town & Country 1529 and Rottlund "C"

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




APPENDIX 1.01

## LOWER FLOOR PLANS – END UNITS

## KEY

TOWN & COUNTRY
PLAN 1529

ROTTLUND
PLAN C



APPENDIX 1.02

# LOWER FLOOR PLANS OVERLAID – END UNITS

## TOWN & COUNTRY
### PLAN 1529




[redacted]

## ROTTLUND
### PLAN C




[redacted]

APPENDIX 1.03

# ENTRY RELATIONSHIP TO STAIRCASE – END UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
## PLAN 1529




# ROTTLUND
## PLAN C




APPENDIX 1.04

## ROOM AT POINT OF ENTRY – END UNITS

# TOWN & COUNTRY

## PLAN 1529




# ROTTLUND

## PLAN C




[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

APPENDIX 1.05

## ENTRY SPACE RELATIONSHIP TO STAIR– END UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
## PLAN 1529




# ROTTLUND
## PLAN C




APPENDIX 1.06

## WALLS THAT DEFINE ENTRY ROOM – END UNITS

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
### PLAN 1529




[redacted]

[redacted]

[redacted]

## ROTTLUND
### PLAN C




[redacted]

[redacted]

[redacted]

APPENDIX 1.07

# TYPES OF KITCHEN SPACES – END UNITS

## TOWN & COUNTRY
### PLAN 1529




[redacted]

## ROTTLUND
### PLAN C




[redacted]

APPENDIX 1.08

# TYPES OF KITCHEN SPACES – END UNITS

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




APPENDIX 1.09

**SHAPE OF LIVING AREA – END UNITS**

Jeffrey A. Scherer, FAIA Expert Report




[redacted]

NOTE:
CLUSTERING AREAS THAT REQUIRE PLUMBING IS A TYPICAL SOLUTION INTENDED TO REDUCE THE COSTS ASSOCIATED WITH PLUMBING INSTALLATION. ROOMS SUCH AS; POWDER ROOMS, KITCHENS, BATHROOMS, LAUNDRY ROOMS, AND MECHANICAL ROOMS ARE TYPICALLY LOCATED ALONG A COMMON PARTY WALL.

APPENDIX 1.10

# LOWER LEVEL – IDEAL LOCATION FOR UTILITY WALLS

# TOWN & COUNTRY
PLAN 1529

# ROTTLUND
PLAN C

[redacted]





[redacted]

APPENDIX 1.11

## REASONING BEHIND UTILITY WALL LOCATION

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




APPENDIX 1.12

**UPPER LEVEL - PLANS – END UNITS**

KEY

TOWN & COUNTRY
PLAN 1529

ROTTLUND
PLAN C



APPENDIX 1.13

# UPPER LEVEL - PLANS OVERLAID – END UNITS

## TOWN & COUNTRY
PLAN 1529




LOFT SPACE

STAIR IS ADJACENT TO THE LOFT SPACE

## ROTTLUND
PLAN C




LOFT SPACE OVERLAPS THE SPACE OCCUPIED BY THE STAIRS




[redacted]

NOTE:
CLUSTERING ALSO WORKS FROM FIRST TO SECOND FLOOR, ALLOWING VERTICAL CHASEWAYS INSIDE THE COMMON PARTY WALL TO STACK.

APPENDIX 1.15

## UPPER LEVEL - IDEAL UTILITY WALL LOCATION

# TOWN & COUNTRY
## PLAN 1529

[redacted]



[redacted]

# ROTTLUND
## PLAN C

[redacted]



[redacted]

[redacted]

APPENDIX 1.16

# UTILITY WALL RELATIONSHIP BETWEEN FLOORS

Jeffrey A. Scherer, FAIA  Expert Report




APPENDIX 1.17

## COVERED ENTRY PROPORTIONS - FRONT VIEW

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
PLAN 1529




## ROTTLUND
PLAN C




APPENDIX 1.18

# COVERED ENTRY PROPORTIONS - SIDE VIEW