Court File No. 01-1980 / ROTTLUND / Pinnacle
Krummen Affidavit dated September 21, 2004

# Exhibits R46.3



ROTTLUND
PLAN C

[redacted]

Revised -
See Attached



TOWN & COUNTRY
PLAN 1529

# APPENDIX 1.19
# FRONT ELEVATION PROFILES

cc: CSK
VH

RECEIVED

DEC 23 2003

CRAIG S. KRUMMEN FIL

Fredrikson & BYRON, P.A.

December 22, 2003

**VIA US MAIL**
Craig S. Krummen, Esq.
Winthrop & Weinstine, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402

**VIA US MAIL**
Holly J. Newman, Esq.
Moore, Costello & Hart, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55101

Re: The Rottlund Company, Inc. v. Pinnacle Corporation et al.
Court File No. 01-1980 DSD/SRN

Dear Counsel:

When reviewing the Preliminary Expert Report of Jeffrey Scherer in anticipation of responding to new allegation contained in the Fifth Amended Complaint, we noticed that one of the Appendix pages contained a typographical error. Enclosed is a replacement version of Appendix 1.19.

Very truly yours,

Darren B. Schwiebert
**Direct Dial:** 612.492.7312
**Email:** dschwiebert@fredlaw.com

Enclosure

#2904794\1

Attorneys & Advisors
main 612.492.7000
fax 612.492.7077
www.fredlaw.com

4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota
55402-1425

OFFICES: Minneapolis, London AFFILIATES: Mexico City, Warsaw, Montreal, Toronto, Vancouver




APPENDIX 1.19

# FRONT ELEVATION PROFILES



## TOWN & COUNTRY

PLAN 1529

WINDOWS:
(2) DOUBLE HUNG – ONE WIDE
(2) DOUBLE HUNG – THREE WIDE



## ROTTLUND

PLAN C

WINDOWS:
(2) DOUBLE HUNG – ONE WIDE
(2) DOUBLE HUNG – TWO WIDE

APPENDIX 1.20

# FRONT ELEVATION WINDOW LAYOUTS – END UNITS




# TOWN & COUNTRY

PLAN 1529

NOTE: THE MODULE IS BASED ON THE SHORTER SIDE OF EACH WINDOW, THIS ANALYSIS IS USED TO COMPARE THE ELEVATIONS OF TOWN & COUNTRY PLAN 1529 AND ROTTLUND PLAN C TO STUDY THE PROPORTIONING. THERE IS NO APPARENT SIMILARITY IN THE PROPORTION OF THE WINDOWS OR THE SPACING BETWEEN WINDOWS.




# ROTTLUND

PLAN C

APPENDIX 1.21

# FRONT ELEVATION WINDOW PROPORTIONS




# TOWN & COUNTRY

PLAN 1529

WINDOWS:
(3) DOUBLE HUNG – TWO WIDE
(1) FIXED TRANSOM




# ROTTLUND

PLAN C

WINDOWS:
(4) DOUBLE HUNG – TWO WIDE

APPENDIX 1.22

## SIDE ELEVATION WINDOW LAYOUTS




TOWN & COUNTRY
PLAN 1529

NOTE: THE MODULE IS BASED ON THE SHORTER SIDE OF EACH WINDOW, THIS ANALYSIS IS USED TO COMPARE THE ELEVATIONS OF TOWN & COUNTRY PLAN 1529 AND ROTTLUND PLAN C TO STUDY THE PROPORTIONING. THERE IS NO APPARENT SIMILARITY IN THE PROPORTION OF THE WINDOWS OR THE SPACING BETWEEN WINDOWS.




ROTTLUND
PLAN C

APPENDIX 1.23

# SIDE ELEVATION WINDOW PROPORTIONS

## TOWN & COUNTRY
PLAN 1450




## ROTTLUND
PLAN D




APPENDIX 1.24

# LOWER FLOOR PLANS - MIDDLE UNITS

KEY

TOWN & COUNTRY
PLAN 1450

ROTTLUND
PLAN D



APPENDIX 1.25

# LOWER FLOOR PLANS OVERLAID - MIDDLE UNITS

## TOWN & COUNTRY
PLAN 1450




[redacted]

## ROTTLUND
PLAN D




[redacted]

APPENDIX 1.26

# ENTRY AND STAIR RELATIONSHIPS – MIDDLE UNITS

Jeffrey A. Scherer, FAIA    Expert Report

## TOWN & COUNTRY
### PLAN 1450




[redacted]

## ROTTLUND
### PLAN D




[redacted]

APPENDIX 1.27

# SHAPE OF ENTRY SPACE – MIDDLE UNITS

# TOWN & COUNTRY

## PLAN 1450




# ROTTLUND

## PLAN D




APPENDIX 1.28

## ELEMENTS THAT DEFINE THE ENTRY SPACE

# TOWN & COUNTRY
## PLAN 1450




[redacted]

[redacted]

# ROTTLUND
## PLAN D




[redacted]

[redacted]

APPENDIX 1.29

# TYPES OF KITCHEN SPACES – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
PLAN 1450




## ROTTLUND
PLAN D




[redacted]

[redacted]

[redacted]

[redacted]

APPENDIX 1.30

# KITCHEN / BREAKFAST RELATIONSHIP – MIDDLE UNITS

Jeffrey A. Scherer, FAIA    Expert Report

## TOWN & COUNTRY
PLAN 1450




## ROTTLUND
PLAN D




[redacted]

[redacted]

[redacted]

[redacted]

APPENDIX 1.31

# ENTRY AND STAIR RELATIONSHIPS – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY

## PLAN 1450




[redacted]

[redacted]

# ROTTLUND

## PLAN D




[redacted]

APPENDIX 1.32

STAIR AND DINING RELATIONSHIPS – MIDDLE UNITS

## TOWN
### PLAN 1450




## ROTTLUND
### PLAN D




APPENDIX 1.33

# UPPER FLOOR PLANS - MIDDLE UNITS

## KEY

TOWN & COUNTRY
PLAN 1450

ROTTLUND
PLAN D



APPENDIX 1.34

# UPPER FLOOR PLANS OVERLAYED - MIDDLE UNITS

## TOWN & COUNTRY
PLAN 1450




[redacted]

## ROTTLUND
PLAN D




[redacted]

APPENDIX 1.35

# LOFT SPACE RELATIONSHIPS – MIDDLE UNITS

## TOWN&COUNTRY
### PLAN 1450




[redacted]

## ROTTLUND
### PLAN D




[redacted]

APPENDIX 1.36

# MASTER BEDROOM PROPORTIONS – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report




ROTTLUND
PLANS D and C




TOWN & COUNTRY
PLANS 1450 and 1529

APPENDIX 1.37

# FRONT ELEVATION WINDOW LAYOUTS