**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **21st** day of **September, 2004**, I caused the following documents:

1. NOTICE OF CONVENTIONAL FILING OF PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004 REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR**; AND**

2. AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004, REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR**.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| David A. Donna | ddonna@donnalaw.com | Local counsel for Pinnacle |
| | | |
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| | | |
| Holly J. Newman | hjn@mcmlaw.com | Attorneys for BSB & BGI |
| | | |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: September 21, 2004

s/ Craig S. Krummen
Craig S. Krummen, Bar #0259081
David A. Davenport, Bar #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

**Re:** Court File No. 01-CV-1980 (DSD/SRN)
***Rottlund Homes v. Pinnacle Corporation, et al***

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Wayne W. Marshall of the City of Maple Plain, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the **21st** day of **September, 2004**, he served the following-described document(s):

1. PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004, REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR (FILED UNDER SEAL);

2. NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004, REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR; AND

3. SEALED EXHIBITS.

upon the following parties in this action, through their respective attorneys, by handing to and leaving with the following person, a true and correct copy thereof, at their last known address:

Holly J. Newman, Esq.
Benjamin Patrick, Esq.
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
**Attorneys for Defendant**
**The Bloodgood Group, Inc. and**
**Third Party Defendants**
**Bloodgood Sharp Buster Architects**

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397
**Attorneys for Defendant**
**Town & Country Homes**

s/Wayne W. Marshall
WAYNE W. MARSHALL

Subscribed and sworn to before me
this **21st** day of **September, 2004.**

s/ Cynthia L. Kuno
Notary Public
My Commission Expires: 01/31/05

IMANAGE:2120397_1

**Re:** Court File No. 01-CV-1980 (DSD/SRN)
***Rottlund Homes v. Pinnacle Corporation, et al***

STATE OF MINNESOTA )
)ss: **AFFIDAVIT OF SERVICE**
COUNTY OF HENNEPIN )

CYNTHIA L. KUNO, of the City of Eagan, County of Dakota, State of Minnesota, being duly sworn on oath, says that on the **21st** day of **September, 2004**, she served the following:

1. PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004, REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR (FILED UNDER SEAL);

2. NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S CONSOLIDATED RESPONSIVE LEGAL MEMORANDUM IN OPPOSITION TO THE OBJECTIONS OF THE BLOODGOOD DEFENDANTS, TOWN & COUNTRY HOMES, AND PINNACLE TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED AUGUST 20, 2004, REGARDING SUMMARY JUDGMENT ON LIABILITY ISSUES IN PLAINTIFF'S FAVOR; AND

3. SEALED EXHIBITS.

on **DEFENDANT PINNACLE CORPORATION** in this action, through its attorneys, a true and correct copy thereof, enclosed in an envelope, postage prepaid and directed to the following at their last known address:

**FEDERAL EXPRESS**
Christopher J. Murdoch, Esq.
Matthew I. Farmer, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
**Attorneys for Pinnacle**

s/ Cynthia L. Kuno
CYNTHIA L. KUNO

Subscribed and sworn to before me
this **21st** day of **September, 2004.**

s/ Deana J. Lessor
NOTARY PUBLIC
My Commission Expires: 01/31/05

IMANAGE:2120397_1