**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**MOTION TO STAY COMPLIANCE WITH THE SANCTION AGAINST CHRISTOPHER W. CARMICHAEL PENDING RULING BY THE COURT** |

**MOTION TO STAY COMPLIANCE WITH THE SANCTION AGAINST CHRISTOPHER W. CARMICHAEL PENDING RULING BY THE COURT**

Christopher W. Carmichael, hereby requests that this Court stay compliance with the sanction entered by the Magistrate, which is due October 1, 2004. In support of this motion Mr. Carmichael states as follows:

1. On June 30, 2004, the Magistrate entered an order sanctioning Mr. Carmichael under 28 U.S.C. § 1927 and the inherent powers of an Article III court, for engaging in bad-faith conduct. The order directed Mr. Carmichael to write a letter of apology to a deposition witness and the plaintiff in the underlying action by October 1, 2004.

2. On August 27, 2004, Mr. Carmichael filed a timely appeal of the sanction in this Court. A hearing on the appeal was held before the Court on September 3, 2004, and the parties are currently awaiting a ruling by the Court.

3. At that hearing the Court indicated that it considered the Magistrate's order as a report and recommendation, at least as it applied to Mr. Carmichael, that it had no independent effect. The Court also stated that the Magistrate's report and recommendation was automatically stayed by appeal.

4. In an abundance of caution, Mr. Carmichael would like to confirm that the Magistrate's report and recommendation was stayed and that it need not be complied with by October 1, 2004.

THEREFORE, Mr. Carmichael respectfully requests the Court enter an order stating that the Magistrate's sanctions order, as it applies to Mr. Carmichael, is stayed until this Court enters a ruling.