**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

Certificate of Service

---

I hereby certify that on September 23, 2004, I electronically filed a Motion to Stay Compliance with the Sanction against Christopher W. Carmichael Pending Ruling by the Court with the clerk of the court by using the ECF which will send a notice of electronic filing to the following: David A. Davenport; David A. Donna; Cynthia A. Jokela, Craig S. Krummen; Daniel J. Maertens; Philip R. Mahowald; Christopher J. Murdoch; Holly Jean Newman; Darren Brayer Schwiebert; Robert R. Weinstine.

Dated: September 23, 2004

**s/ Rodney A. Honkanen**
Attorney ID No. 46929
Attorney for Christopher Carmichael
Spence, Ricke, Sweeney & Gernes, P.A.
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
651/292-3374
FAX#651/223-8003
honkanenr@srsg.net