UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon Christopher W. Carmichael's motion to stay. Based upon a review of the file, record and proceedings herein, and for good cause shown, the court grants Mr. Carmichael's motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Mr. Carmichael's motion to stay [Docket No. 558] is granted.

2. That portion of the magistrate judge's order of June 30, 2004, directing Mr. Carmichael to prepare and submit a letter of apology is stayed pending further order of the court.

Dated: September 24, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court