**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Rottlund Company, Inc.,**
**d/b/a Rottlund Homes,**

**Plaintiff,**

**v.**

**Pinnacle Corporation,**
**d/b/a Town & Country Homes,**
**an Illinois Corporation, and**
**Town & Country Homes, Inc.**
**a Minnesota Corporation.**

**Defendants,**

**and**

**Town & Country Homes, Inc.,**
**a Minnesota Corporation,**

**Third-Party Plaintiff,**

**v.**

**Bloodgood Architects and Planners**
**of Iowa, Inc., d/b/a/ Bloodgood, Sharp,**
**Buster Architects and Planners, Inc.,**
**an Iowa Corporation,**

**Third-Party Defendant.**

**Civil No. 01-1980 (DSD/SRN)**

**ORDER**

---

For the limited purpose of updating each parties' intended evidence on damages in this case, the Pretrial Scheduling Order is amended as follows. At the trial of this matter, commencing November 15, 2004, the plaintiff will be permitted to present evidence of damages,(subject to

upcoming rulings on pending summary judgment motions), and the defendants will be permitted to rebut evidence of damages as of October 1, 2004. Accordingly, all discovery of such damages shall be completed in accordance with this amended schedule. At the pretrial conference to be scheduled with Judge Doty immediately prior to trial, the parties and Judge Doty will discuss the procedure for adjudicating potential additional damages, from October 1, 2004 to the date of trial.

1. All outstanding requests for production of documents and interrogatories, relevant to the issue of damages, shall be supplemented to reflect requested information as of October 1, 2004, no later than October 11, 2004. The parties shall meet and confer no later than October 15, 2004, to identify and resolve any outstanding discovery disputes related to this supplementation. Only if such disputes remain after the meet and confer, may the parties approach the Court for a status conference to resolve such disputes.

2. The limited number of fact depositions which are outstanding and/or relate to the supplementation of damages shall be taken no later than October 22,2004, and shall be scheduled immediately.

3. Any supplementation of the plaintiff's expert reports as related to damages, based on this additional discovery shall be served on defendants no later than October 29, 2004. Any supplementation of the defendant's expert reports as related to damages, based on this additional discovery and the supplementation of plaintiff's expert reports shall be served on plaintiff no later than November 5, 2004.

4. Any additional expert depositions, if necessary, will be taken no later than November 15, 2004.

Dated: September 28, 2004 s/ Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge