UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**ROTTLUND'S MOTION TO COMPEL ATTENDANCE OF WITNESSES AT TRIAL; OR, IN THE ALTERNATIVE, MOTION TO COMPEL TRIAL DEPOSITIONS IN LIEU OF IN-COURT APPEARANCES AND PRECLUDE DEFENDANTS FROM CALLING THESE WITNESSES AT TRIAL** |

## MOTION

Pursuant to Federal Rule of Evidence 611, Federal Rule of Civil Procedure 32(a) and applicable law, Rottlund will bring a Motion To Compel Attendance Of Witnesses At Trial; Or, In The Alternative, Motion To Compel Trial Depositions In Lieu Of In-Court Appearances And Preclude Defendants From Calling These Witnesses At Trial.

This Motion will be based upon all the files, records and proceedings herein, along with the pleadings filed in support of the Motion.

Dated: October 1, 2004

s/ Craig S. Krummen
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2148225v1