UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF ROTTLUND'S MOTION TO COMPEL ATTENDANCE OF WITNESSES AT TRIAL; OR, IN THE ALTERNATIVE, MOTION TO COMPEL TRIAL DEPOSITIONS IN LIEU OF IN-COURT APPEARANCES AND PRECLUDE DEFENDANTS FROM CALLING THESE WITNESSES AT TRIAL** |

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

I, Craig S. Krummen, having been duly sworn upon oath, states as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402, and I am participating in the representation of the Plaintiff, The Rottlund Company, Inc. d/b/a

Rottlund Homes ("Rottlund"), in the above-referenced matter. I submit this Affidavit in Support of Rottlund's Motion to Compel Attendance of Witnesses at Trial; or, in the Alternative, Motion to Compel Trial Depositions *in Lieu* of In-Court Appearance and Preclude Defendants from Calling These Witnesses at Trial.

2. Attached hereto as **Exhibit A** is a true and correct copy of correspondence dated September 24, 2004, from Craig S. Krummen, Esq. to Holly Newman, Esq., Christopher Murdoch, Esq., and Darren Schwiebert, Esq.

3. Attached hereto as **Exhibit B** is a true and correct copy of correspondence dated September 29, 2004, from Christopher J. Murdoch to Craig S. Krummen.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Affidavit of Michael J. Ryan dated February 18, 2002, submitted with Pinnacle's Reply Memorandum in Support of its Motion to Dismiss for Lack of Personal Jurisdiction.

5. Attached hereto as **Exhibit D** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Paul Anderson taken December 17, 2002.

6. Attached hereto as **Exhibit E** is a true and correct copy of a transcript excerpt from the August 18, 2004 Status Conference before Magistrate Judge Susan R. Nelson.

7. Attached hereto as **Exhibit F** is a true and correct copy of email communications dated August 30, 2004, through September 1, 2004, by and between Craig S. Krummen, Esq. and Holly Newman, Esq., Christopher Murdoch, Esq., and Darren Schwiebert, Esq.

8. Attached hereto as **Exhibit G** is a true and correct copy of correspondence dated September 1, 2004, from David A. Davenport, Esq. to Christopher Murdoch, Esq. and Darren Schwiebert, Esq.

9. Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of correspondence dated September 13, 2004, from David A. Davenport, Esq., to the Honorable Susan Richard Nelson; and

10. Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of an Order dated August 17, 2001, by United States Magistrate Judge Raymond L. Erickson in *Marvin Lumber and Cedar Co., v. PPG Industries, Inc.*; and

11. Attached hereto as **<u>Exhibit J</u>** is a true and correct copy of correspondence dated September 15, 2004, from Christopher J. Murdoch, Esq., to the Honorable Susan Richard Nelson.

FURTHER YOUR AFFIANT SAITH NOT.

s/ Craig S. Krummen
CRAIG S. KRUMMEN, Affiant

Subscribed and sworn to before me
this 1st day of October, 2004.

s/ Cynthia L. Kuno
Cynthia L. Kuno, Notary Public
My Commission Expires: 01/31/05

2148134v1