# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Rottlund Company, Inc.,
Plaintiff,
v.

Pinnacle Corporation et al.,
Defendants.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

Case Number: CV 01-1980 DSD/SRN

| | |
|---|---|
| Date: | October 7, 2004 |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:40 a.m. |
| Time in Court: | Hours & 10 Minutes |

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

s/ Shirley Hansen
Judicial Assistant