UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF CHRISTOPHER J. MURDOCH**

**AFFIDAVIT**

CHRISTOPHER J. MURDOCH, having been duly sworn under oath, state as follows:

1. I am a partner in the law firm of Holland & Knight LLP, 131 S. Dearborn Street, 30th Floor, Chicago, Illinois 60603. Beginning in August 2003 and

continuing until today I have been one of the attorneys representing Pinnacle Corporation in the matter of The Rottlund Company v. Pinnacle Corp., et. al, Case No. 01-CV-1980 (DSD/SRN), pending in the United States District Court for Minnesota.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Objections, Responses and Answers to Defendant Town & County Homes, Inc.'s Discovery (Set I).

3. Attached hereto as Exhibit B are excerpts of the deposition transcript of Jason Jorgenson taken on 08/22/03.

4. Attached hereto as Exhibit C are excerpts of the deposition transcript of Stephan Theis taken on 08/20/03.

5. Attached hereto as Exhibit D are excerpts of the deposition transcript of Tom Ryan Taken on 12/09/03.

6. Attached hereto as Exhibit E is a true and correct copy the Affidavit of Michael J. Ryan.

7. Attached hereto as Exhibit F are excerpts of the deposition transcript of Michael J. Ryan taken on 12/11/03.

8. Attached hereto as Exhibit G are excerpts of the deposition transcript of Mr. Paul Anderson taken on 12/17/02.

9. Attached hereto as Exhibit H are excerpts from the transcript of the proceedings before the Honorable Susan Richard Nelson on August 18, 2004 status.

FURTHER AFFIANT SAYETH NOT.

s/Christopher J. Murdoch
Christopher J. Murdoch, Affiant

Sworn and subscribed to me
this 8th day of October, 2004.

s/Irma E. Collins
Irma E. Collins, Notary Public
My Commission Expires: April 18, 2005

# 2311674_v1