UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes, an
Illinois corporation; Town and
Country Homes, Inc., a Minnesota
corporation; and Bloodgood Sharp
Buster Architects and Planners of
Iowa, Inc., an Iowa corporation;

Defendants.

and

Town & Country Homes, Inc., a
Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects
and Planners of Iowa, Inc., an Iowa
corporation,

Third-Party Defendant.

Civil No. 01-1980 (DSD/SRN)

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

---

You are hereby given notice that a Telephonic Status Conference in the above-captioned matter will be held on **October 15, 2004, at 2:00 p.m.** before United States Magistrate Judge Susan

Richard Nelson. Counsel for Town & Country Homes shall be responsible for initiating this conference call. Each party is ordered to submit a letter, to the Court, discussing issues to be addressed at the conference and each party's position on those issues in accordance with the protocol previously established by the parties.

DATED: October 8, 2004

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge