UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon plaintiff's motion to compel attendance of witnesses at trial, its alternative motion to compel trial depositions and exclude witnesses and its motion to clarify the scope of the depositions of Paul Anderson and Steve Sandelin.

Based upon a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel attendance of witnesses [Docket No. 561] is denied.

2. Plaintiff's motion to compel trial depositions and exclude witnesses [Docket No. 561] is denied.

3. Plaintiff's motion to clarify is granted. There shall be no limitations on the scope of the depositions of Paul Anderson and Steve Sandelin except those imposed by the Federal Rules of Civil Procedure. Each deposition shall proceed for seven hours or until plaintiff is finished, whichever period is shorter. No attorney for any party shall instruct either of the witnesses not to answer a question upon the ground that it has been asked and answered.

Dated: October 14, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court