UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & Country Homes, an Illinois Corporation, et al.,

Defendants,

Civil Action No. 01-CV-1980 DSD/SRN

**NOTICE OF APPEAL OF OCTOBER 6, 2004 ORDER GRANTING PLAINTIFF'S FIFTH MOTION TO COMPEL DISCOVERY**

**(ORAL ARGUMENT REQUESTED)**

---

PLEASE TAKE NOTICE that Pinnacle Corporation ("Pinnacle"), Town & Country Homes, Inc. ("TCM"), Bloodgood Sharp Buster Architects & Planners Of Iowa, Inc., and The Bloodgood Group, Inc. ("BSB") appeal to the Honorable David S. Doty, United States District Court Judge, from Magistrate Judge Nelson's October 6, 2004 Order granting Plaintiff's Fifth Motion to Compel Discovery ("Order") pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(a), and Local Rule 72.1(b)(2). Defendants objects to the portion of the Order that compels defendants to disclose attorney-client communication in responding to Plaintiff's requests to admit and/or provide a privilege log identifying privileged information. The Order is inconsistent with the attorney-client privilege and Fed. R. Civ. Proc. 26(b)(1).

Defendants respectfully requests oral argument.

Dated: October 21, 2004

s/Darren B. Schwiebert

Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

– AND –

Holly J. Newman (#26457X)
Ben Patrick (#312460)
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower, 901 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 305-1450

ATTORNEYS FOR DEFENDANTS
BLOODGOOD SHARP BUSTER
ARCHITECTS & PLANNERS OF IOWA,
INC. AND THE BLOODGOOD GROUP,
INC.