UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon the request of defendants Pinnacle Corporation and Town & Country Homes, Inc., for permission to file a motion to reconsider. Permission to file such a motion is granted only upon a showing of compelling circumstances. D. Minn. L.R. 7.1(g). The court, after having reviewed defendants' request and the file and record of the case, finds no compelling circumstance.

Accordingly, **IT IS HEREBY ORDERED** that defendants' request for permission to file a motion to reconsider is denied.

Dated: October 26, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court