Court File No. 01-CV-1980
ROTTLUND / Pinnacle

Amended Complaints

# EXHIBIT F

Volume 17, Issue 2 1998

Your Builder for Life

# ROTTLUND HOMES™

# HAPPENINGS



MLS

Equal Housing Opportunity