Court File No. 01-CV-1980
ROTTLUND / Pinnacle

Amended Complaints

# EXHIBIT G

# Welcome To The Wide Open Sp



*Lots of natural light and high ceili*
*See for yourself at townandcountr*

42 years. Over 100 communities. One homebu
Our national resourcefulness and strength, cou
mitment, offer you so much more design, qu
your money. So why settle for ordinary when v
day at Town & Country.

## BLAINE

THE FAIRWAYS AT DEACON'S WALK

Players Collection - Single Family Homes from the
Masters Collection - Single Family Homes from
Phone 763-795-8909
To visit: Take I-35 W North to Lexington Road (Exit
Proceed 1/2 mile to a left on 109th street. Proceed
Players Parkway, straight to a left on Arnold Palmer
Sales Center on right.

## LAKEVILLE

CROSSWINDS

Premier Collection - Townhomes from the $130's
Phone 952-898-2787
To visit: Take I-35 W South to a left on County Roa
Turn right onto Jaguar Avenue. Proceed to a left or

## MAPLE GROVE

THE GROVE AT ELM CREEK

Players Collection - Single Family Homes from th
Phone 763-416-2225
To visit: Take I-94 West to a left on Weaver Lake Rc
Proceed to a left on Nottingham Parkway. Turn rig
Everest Lane to Sales Center on left.

CENTENNIAL CROSSING

Premier Collection - Townhomes from the $140's
Phone 763-416-3905
To visit: Take I-94 West to a left on Weaver Lake Ro
on Dunkirk Lane N. to a right on 90th Place N., to r

Homestead Collection - Townhomes from the $
Phone 763-416-0406
To visit: Take I-94 West to a left on Weaver Lake R
to a left on 90th Place N. Models on right.

Signature Collection - Single Family Homes fron
Phone 763-416-0401
To visit: Take I-94 West to a left on Weaver Lake R
to a left on 89th Avenue N. Turn right on Garland



TOWN & COUN

THE EXCITEMENT

Open 11-6 daily. Brokers warmly we
Minnesota Builder #9137

townandcountryhomesmn.com

© 2001 Town & Country Homes. Prices subjec