Court File No. 01-CV-1980
ROTTLUND / Pinnacle

Amended Complaints

# EXHIBIT I

# THE BAYVIEW

HOMESTEAD
COLLECTION

## MAIN LEVEL




TOWN & COUNTRY HOMES

EQUAL HOUSING OPPORTUNITY