Court File No. 01-CV-1980
ROTTLUND / Pinnacle

Amended Complaints

# EXHIBIT K

# CERTIFICATE OF REGISTRATION

FEB 2 8 2002

OFFICIAL SEAL — UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

r a Work of the Visual Arts
JITED STATES COPYRIGHT OFFICE
:GISTRATI

VAu 546-285

VA

FFECTIVE DATE OF REGISTRATION

02 19 02
Month Day Year

ONTINUATION SHEET.

**TITLE OF THIS WORK ▼** The Rescue Villa II 8 unit building

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a NAME OF AUTHOR ▼** The Rottlund Company, Inc.

**DATES OF BIRTH AND DEATH** Year Born ▼ NA Year Died ▼ NA

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☒ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

CONFIDENTIAL

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2001 ◀ Year. This information must be given in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Rottlund Company, Inc.
3065 Centre Pointe Drive
Roseville, MN 55113

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED Feb 19 2002
ONE DEPOSIT RECEIVED Feb 19 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**EVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

'es ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

'our answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**ERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Christina Lanners
The Rottlund Company, Inc.
3065 Centre Pointe Drive
Roseville, MN 55113

Area Code and Telephone Number ▶ (651) 638-0513

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Todd Stutz Date ▶ 2/12/02

Handwritten signature ▼

RCI002594

**9**

Mail certificate to:

Name ▼
Christina Lanners
The Rottlund Company, Inc.

Number/Street/Apt ▼
3065 Centre Pointe Drive

City/State/ZIP ▼
Roseville, MN 55113

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM CA

**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

F

VAu 567-088

TX | TXU | PA | PAU | VA | (VAU) | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

May 23 2003
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

A

**Title of Work ▼**
The Reserve Villa II, 8 unit building

**Registration Number of the Basic Registration ▼**
VAu 546-285

**Year of Basic Registration ▼**
2002

**Name(s) of Author(s) ▼**
The Rottlund Company, Inc.

**Name(s) of Copyright Claimant(s) ▼**
The Rottlund Company, Inc.

B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 6(a) Line Heading or Description Preexisting Material

**Incorrect Information as It Appears in Basic Registration ▼**

**Corrected Information ▼**

The Reserve Villa II is derivative of VAu 447-395, VAu 567-006, VAu 268-404, VAu 567-008 and VAu 159-813.

**Explanation of Correction ▼**

Line 6(a) was incorrectly left blank.

C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 6(b) Line Heading or Description ~~Material Added to this Work~~

**Amplified Information and Explanation of Information ▼**

Line 6(b): The technical drawings have been modified to include, among other things, a sprinkler system and sprinkler shed.

RCI007623
CONFIDENTIAL

**MORE ON BACK ▶**
• Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.
• Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM CA

FORM CA RECEIVED

MAY 23.2003

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Continuation of:** ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

David A. Davenport, Esq., Winthrop & Weinstine, PA.
3000 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, Minnesota 55402

Phone ( 612 ) 347-0716 Fax ( 612 ) 347-0600 Email ddavenport@winthrop.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

RCI007624
CONFIDENTIAL

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☐ duly authorized agent of The Rottlund Company, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name ▼** Todd Stutz, The Rottlund Company, Inc. **Date ▼** May 19, 2003

**Handwritten signature (X) ▼**

**Certificate will be mailed in window envelope to this address:**

Name ▼
David A. Davenport, Esq., Winthrop & Weinstine, PA

Number/Street/Apt ▼
3000 Dain Rauscher Plaza, 60 South Sixth Street

City/State/ZIP ▼
Minneapolis, Minnesota 55402

YOU MUST:
- Complete all necessary spaces
- Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.