IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners o Iowa, Inc.*

Court File No. 01-CV-1980 DSD/SRN

# CERTIFICATE OF SERVICE

I hereby certify that on October 8 2004, I electronically filed the foregoing document:

> Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.'s Objections to the October 14, 2004 Report and Recommendations.

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> **Craig Krummen, Esq.**
> **Matthew I. Farmer, Esq.**
> **Darren B. Schwiebert, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **NONE**

Dated: October 28, 2004

s/ Ben Patrick

Ben Patrick
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

ATTORNEY FOR THIRD-PARTY DEFNDANT

JBP/ajd#723508v1