UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon defendants' objections to Magistrate Judge Susan R. Nelson's report and recommendation, dated October 14, 2004. In her report, the magistrate judge concluded that the motion of defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., ("BSB") and The Bloodgood Group, Inc., ("BGI") for partial summary judgment should be denied. After a de

novo review of the file and record, the court adopts the magistrate judge's report and recommendation in its entirety.

The magistrate correctly concluded that plaintiff may proceed both on its copyright infringement claims and its Lanham Act claims because the claims address distinct harms. The magistrate judge also correctly concluded that genuine issues of material fact preclude summary judgment in BSB and BGI's favor on the issue of independent creation. Finally, BSB and BGI's "thin" protection objection is tantamount to a motion to reconsider filed without permission. The court has already addressed this argument, albeit at the insistence of a different defendant. (Oct. 19, 2004, Order at 6 n.2.)

Therefore, following a de novo review of the file and record, the court adopts the report and recommendation of the magistrate judge in its entirety. Accordingly, **IT IS HEREBY ORDERED** that defendants' motion for partial summary judgment [Docket No. 471] is denied and denied as moot.

Dated: October 29, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court