UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation, Plaintiff, vs. Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation, Defendants, and Town & Country Homes, Inc., a Minnesota Corporation, Third-Party Plaintiff, v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN) **PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE OF THE RELIGIOUS BELIEFS OF PARTIES, WITNESSES AND INDIVIDUALS** |

Pursuant to Federal Rule of Evidence 610, Rottlund hereby moves for an Order to exclude all evidence of the religious beliefs of parties, witnesses and individuals.

Dated: November 1, 2004

s/David A. Davenport

Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2153299v1