UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S NOTICE OF MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE OF THE RELIGIOUS BELIEFS OF PARTIES, WITNESSES AND INDIVIDUALS** |

TO: Defendant Pinnacle Corporation and its attorneys, Christopher J. Murdoch and Matthew Farmer, HOLLAND & KNIGHT, LLC, 131 South Dearborn St., 30th Floor, Chicago, IL 60603;

Defendant Town & Country Homes, Inc., and its attorneys, Darren B. Schwiebert of FREDRIKSON & BYRON, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402;

Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., and The Bloodgood Group, Inc., and their attorneys, Holly J. Newman, MACKALL, CROUNSE & MOORE, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402.

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes will bring the following motion to exclude all evidence of the religious beliefs of parties, witnesses and individuals on November 3, 2004 at 2:00 p.m. before The Honorable David S. Doty, United States District Court Judge, United States Courthouse, 300 South Fourth Street, Suite 14W, Minneapolis, Minnesota 55415.

Dated: November 1, 2004

s/David A. Davenport
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2153268v1