Exhibit A

UNITED STATES DISTRICT COURT DISTRICT O

FOURTH DIVISION No.:

- - - - - - - - - - - - - - - - - - - - - - - - - - -The Rottlund C

d/b/a Rottlund Homes, a MinnesotaCorporation,

Plaintiff,vs.

Pinnacle Corporationd/b/a Town & Country Homes,

an Illinois Corporation, and

Town & Country Homes, Inc.,

a Minnesota Corporation,

Defendants,

and

Town & Country Homes, Inc.,

a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &

Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Videotaped

30(b)(6) Deposition of

BLOODGOOD SHARP BUSTER ARCHITECTS &

PLANNERS OF ILLINOIS, INC.

(Testimony of Douglas N. Buster)

Thursday March 6, 2003 9:03 a.m.

architect's architect. He does everything by the book. I'd trust him with my kids. He's a very strong individual, someone I would trust explicitly.

Chris is extremely methodical in his thinking process in terms of how he answers a question, how he responds to a client. He pores over the right way to do something every time.

I've seen both of them in situations where they've had to answer a question, and they never give an off-the-cuff answer. They think long and hard about their answers. And I just have a great deal of respect for both of them.

Q Is there any reason that an architect or a nonarchitect working for BSB would know that it's wrong to copy another designer's work?

A Well, a lot of reasons you would know it. Those who have architectural training are certainly taught ethics through -- both through the AIA and certainly the -- the -- the process of being an architect.

In general our company is recognized as a leader in the industry. We expand that reputation to any employee who has ever joined us. I'm not trying to expound my beliefs, but both Doug Sharp

and I are Christians. We try to run a Christian business in the best way that we can.

We have several partners who we know are strong Christians who have ethical beliefs similar to ours. And all of our partners who run individual regions and divisions are handpicked partners that we believe have very strong moral character or strong ethics and would run a company the way that we'd want the company run.

Q And to copy another's plans would essentially violate that tenet that you learned at some point in time that said, "Thou shalt not steal," correct?

A Well, I don't know that we've ever thought of it in that terms. What we would think of it in terms of it wouldn't -- certainly would be an unnecessary process for a firm who is expounded to be a strong -- considered a strong design firm.

Secondly, we believe that the property of design is -- is always by the ownership, the architect's, but by the right of business, you know, a product of the people that we work for as well.

So we're very concerned about sharing design ideas that we've designed for somebody else in terms of how we redo an idea or develop a new idea