UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE OF AND REFERENCES TO ANY BACK-TO-BACK TOWNHOMES THAT ARE NOT AT ISSUE IN THIS CASE**

## MOTION

Pursuant to Federal Rules of Evidence 40, 402 and 403, Rottlund hereby moves the Court for an Order excluding all evidence of and references to any back-to-back townhomes that are not at issue in this case.

Dated: November 1, 2004

s/David A. Davenport
Craig S. Krummen, #259081
David A. Davenport, #285109
Attorneys for Plaintiff The Rottlund Company, Inc.
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816

2155546v1