UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE OF AND REFERENCES TO ANY BACK-TO-BACK TOWNHOMES THAT ARE NOT AT ISSUE IN THIS CASE** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Memorandum of Law in Support of its Motion in

Limine to Exclude All Evidence of and References to any Back-to-Back Townhomes that are not at issue in this case.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Larry Moore in Support of Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and the Bloodgood Group, Inc.'s Motions for Partial Summary Judgment Against Plaintiff, dated March 8, 2004;

3. Attached hereto as **Exhibit B** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Larry Moore, dated March 6, 2003;

4. Attached hereto as **Exhibit C** are true and correct copies of transcript excerpts from the deposition of Larry Moore, dated September 4, 2003;

5. Attached hereto as **Exhibit D** is a true and correct copy of an interoffice memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, and Mike Creed, dated January 5, 2000 and Bates numbered PINN0146973 (Dep. Ex. 269) **(FILED UNDER SEAL)**;

6. Attached hereto as **Exhibit E** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Douglas Buster, dated March 6, 2003;

7. Attached hereto as **Exhibit F** is a true and correct copy of a transcript excerpt from the deposition of Mike Ryan, dated December 11, 2003;

8. Attached hereto as **Exhibit G** is a true and correct copy of Town & Country Homes' Concept Plan Review proposal submitted to the City of Chaska for its Traditions at Clover Field development, dated March 12, 2002 and Bates numbered D31393-31429 **(FILED UNDER SEAL)**;

9. Attached hereto as **Exhibit H** is a true and correct copy of a Proposed Concept Plan Review for Traditions at Clover Ridge, submitted to the City of Chaska by Town & Country Homes, dated April 15, 2002 (Dep. Ex. 457) **(FILED UNDER SEAL)**;

10. Attached hereto as **Exhibit I** is a true and correct copy of the City of Chaska Resolution No. 02-36, Bates numbered D31498-503 and dated May 20, 2002 (**FILED UNDER SEAL**);

11. Attached hereto as **Exhibit J** is a true and correct copy of a Proposed Concept Plan Review for Pinebrook in Brooklyn Park, Minnesota, and submitted to the City of Brooklyn Park by Town & Country Homes, Bates numbered D33281-84 and dated August 1, 2002 **(FILED UNDER SEAL)**;

12. Attached hereto as **Exhibit K** is a true and correct copy of correspondence from Krista Flemming of Town & Country Homes, to the City of Brooklyn Park, Bates numbered D33269-70 and dated March 21, 2003 **(FILED UNDER SEAL)**;

13. Attached hereto as **Exhibit L** is a true and correct copy of a facsimile transmittal sheet from Krista Flemming to Cindy Sherman, City of Brooklyn Park, Bates numbered D33317-318 and dated October 18, 2002 **(FILED UNDER SEAL)**;

14. Attached hereto as **Exhibit M** is a true and correct copy of correspondence from Krista Flemming to Howard Blin, City of Brooklyn Park, Bates numbered D33320-21 and dated October 25, 2002 **(FILED UNDER SEAL)**;

15. Attached hereto as **Exhibit N** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates numbered D31436-37 and dated November 12, 2002 (Dep. Ex. 461) **(FILED UNDER SEAL)**;

16. Attached hereto as **Exhibit O** is a true and correct copy of a April 9, 2003 City of Brooklyn Park Planning Staff Report with attached March 21, 2003 correspondence from Krista Flemming to Howard Blin, Bates numbered D33166-170 **(FILED UNDER SEAL)**;

17. Attached hereto as **Exhibit P** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates numbered D31544 and dated April 4, 2003 **(FILED UNDER SEAL)**;

18. Attached hereto as **Exhibit Q** is a true and correct copy of a Proposal for Professional Services for the Pinebrook Development from Tushie-Montgomery & Associates, Inc. to Town & Country Homes, Bates numbered D34624-628 and dated January 23, 2003 **(FILED UNDER SEAL)**;

19. Attached hereto as **Exhibit R** is a true and correct copy of a Proposal for Professional Services for the Pinebrook Development from Tushie-Montgomery & Associates, Inc., to Town & Country Homes, Bates numbered TM 00322-326 and dated February 12, 2003; and

20. Attached hereto as **Exhibit S** is a true and correct copy of a Proposal for Professional Services for the Clover Ridge Development from Tushie-Montgomery to Town & Country Homes, Bates numbered TM 00438-443 and dated February 12, 2003.

FURTHER YOUR AFFIANT SAITH NOT.

s/ David A. Davenport
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
Deana J. Lessor, Notary Public
My Commission Expires: 01/31/05

2154441v1