UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al.,

Defendants,

**NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE OF AND REFERENCES TO ANY BACK-TO-BACK TOWNHOMES THAT ARE NOT AT ISSUE IN THIS CASE**

**[FILED UNDER SEAL]**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Attached hereto as **Exhibit D** is a true and correct copy of an interoffice memorandum from Steve Sandelin to Tom Ryan, Ed Fitch, Rick Bush, and Mike Creed, dated January 5, 2000 and Bates numbered PINN0146973 (Dep. Ex. 269) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit G** is a true and correct copy of Town & Country Homes' Concept Plan Review proposal submitted to the City of Chaska for its Traditions at Clover Field development, dated March 12, 2002 and Bates numbered D31393-31429 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit H** is a true and correct copy of a Proposed Concept Plan Review for Traditions at Clover Ridge, submitted to the City of Chaska by Town & Country Homes, dated April 15, 2002 (Dep. Ex. 457) **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit I** is a true and correct copy of the City of Chaska Resolution No. 02-36, Bates numbered D31498-503 and dated May 20, 2002 (**FILED UNDER SEAL**);

Attached hereto as **Exhibit J** is a true and correct copy of a Proposed Concept Plan Review for Pinebrook in Brooklyn Park, Minnesota, and submitted to the City of Brooklyn Park by Town & Country Homes, Bates numbered D33281-84 and dated August 1, 2002 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit K** is a true and correct copy of correspondence from Krista Flemming of Town & Country Homes, to the City of Brooklyn Park, Bates numbered D33269-70 and dated March 21, 2003 **(FILED UNDER SEAL)**;

Attached hereto as **Exhibit L** is a true and correct copy of a facsimile transmittal sheet from Krista Flemming to Cindy Sherman, City of Brooklyn Park, Bates numbered D33317-318 and dated October 18, 2002 **(FILED UNDER SEAL)**;

Attached hereto as **<u>Exhibit M</u>** is a true and correct copy of correspondence from Krista Flemming to Howard Blin, City of Brooklyn Park, Bates numbered D33320-21 and dated October 25, 2002 **(FILED UNDER SEAL)**;

Attached hereto as **<u>Exhibit N</u>** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates numbered D31436-37 and dated November 12, 2002 (Dep. Ex. 461) **(FILED UNDER SEAL)**;

Attached hereto as **<u>Exhibit O</u>** is a true and correct copy of a April 9, 2003 City of Brooklyn Park Planning Staff Report with attached March 21, 2003 correspondence from Krista Flemming to Howard Blin, Bates numbered D33166-170 **(FILED UNDER SEAL)**;

Attached hereto as **<u>Exhibit P</u>** is a true and correct copy of correspondence from Krista Flemming to Kevin Ringwald, City of Chaska, Bates numbered D31544 and dated April 4, 2003 **(FILED UNDER SEAL)**;

Attached hereto as **<u>Exhibit Q</u>** is a true and correct copy of a Proposal for Professional Services for the Pinebrook Development from Tushie-Montgomery & Associates, Inc. to Town & Country Homes, Bates numbered D34624-628 and dated January 23, 2003 **(FILED UNDER SEAL)**;

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

__X_ Item Under Seal* (Document number of protective order: <u>9; 205 (Addendum)</u>

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2155685v1