UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,
vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,
Defendants,
and

Town & Country Homes, Inc., a Minnesota Corporation,
Third-Party Plaintiff,
v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE SALE OF ITS INDIANA DIVISION ASSETS AS EVIDENCE OF THE FAIR MARKET VALUE OF PLAINTIFF'S VILLA II PRODUCT**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Memorandum of Law in Support of its Motion in

Limine to Exclude Evidence of the Sale of its Indiana Division Assets as Evidence of the Fair Market Value of Plaintiff's Villa II Product.

2. Attached hereto as **Exhibit A** is a true and correct copy of a transcript excerpt from the deposition of Melissa Snelson, dated June 10, 2004;

3. Attached hereto as **Exhibit B** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Timothy Whitten, dated August 14, 2003;

4. Attached hereto as **Exhibit C** are true and correct copies of transcript excerpts from the deposition of David Rotter, dated August 27, 2003;

5. Attached hereto as **Exhibit D** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Steven Kahn, dated August 4, 2003;

6. Attached hereto as **Exhibit E** is a true and correct copy of a transcript excerpt from the deposition of Bernard Rotter, dated August 29, 2003; and

7. Attached hereto as **Exhibit F** is a true and correct copy of the License Agreement between The Rottlund Company, Inc. and The Augusta Group, LLC, dated July 19, 2000, Bates labeled RCI001249-54 (Dep. Ex. 206) **(FILED UNDER SEAL)**.

FURTHER YOUR AFFIANT SAITH NOT.

s/ David A. Davenport
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
Deana J. Lessor, Notary Public
My Commission Expires: 01/31/05

2151668v1