UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al.,

Defendants,

**NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE SALE OF ITS INDIANA DIVISION ASSETS AS EVIDENCE OF THE FAIR MARKET VALUE OF PLAINTIFF'S VILLA II PRODUCT**

**[FILED UNDER SEAL]**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> **Exhibit F** is a true and correct copy of the License Agreement between The Rottlund Company, Inc. and The Augusta Group, LLC, dated July 19, 2000, Bates labeled RCI001249-54 (Dep. Ex. 206) **(FILED UNDER SEAL)**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

__X_ Item Under Seal* (Document number of protective order: 9; 205 (Addendum))

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2155352v1