UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation, Plaintiff, vs. Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation, Defendants, and Town & Country Homes, Inc., a Minnesota Corporation, Third-Party Plaintiff, vs. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY WEIGHT BEING GIVEN TO THE INTERPOSITION OF A DEFENSE BASED ON INNOCENT INFRINGEMENT AND TO EXCLUDE ADMISSION OF ALL EVIDENCE OF THIS DEFENSE**<br><br>**PARTIALLY FILED UNDER SEAL** |

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

I, David A. Davenport, having been duly sworn upon oath, states as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402,

and am participating in the representation of the Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund"), in the above-referenced matter. I submit this Affidavit in Support of Plaintiff's Memorandum of Law in Support of its Motion in Limine to Preclude any Weight Being Given to the Interposition of a Defense Based on Innocent Infringement and to Exclude Admission of all Evidence of this Defense.

2. Attached hereto as **Exhibit A** is a true and correct partial copy of documents produced pursuant to Subpoena by Design Development, Inc., and Bates No. DDI000002-54 (Depo. Ex. 374);

3. Attached hereto as **Exhibit B** is a true and correct copy of a facsimile from Michael Rice to Chris Jorgenson dated March 11, 1997 (Depo. Ex. 55A);

4. Attached hereto as **Exhibit C** is a true and correct copy of a marketing brochure showing Rottlund's Villa product on the cover (Depo. Ex. 288);

5. Attached hereto as **Exhibit D** is a true and correct copy of a Rottlund marketing brochure, Bates No. RCI010840-843 **(FILED UNDER SEAL);**

6. Attached hereto as **Exhibit E** is a true and correct copy of Rottlund's technical drawings for The Reserve, Bates No. RCI004150-4166 **(FILED UNDER SEAL);**

7. Attached hereto as **Exhibit F** is a true and correct copy of Rottlund's technical drawings for the Villa II at Rush Creek in Maple Grove, Minnesota, Bates No. D00001-14 (Depo. Ex. 104);

8. Attached hereto as **Exhibit G** is a true and correct copy of one page showing the sprinkler system design from Rottlund's The Reserve technical drawings (Depo. Ex. 228);

9. Attached hereto as **Exhibit H** is a true and correct copy of Town & Country Homes' marketing materials for its Homestead Collection, Bates No. RCI000102-147;

10. Attached hereto as **Exhibit I** are true and correct copies of transcript excerpts from the deposition of Larry Moore, taken September 4, 2003;

11. Attached hereto as **Exhibit J** is a true and correct copy of the "cut and paste" document, Bates No. BSB06380 (Depo. Ex. 330) **(FILED UNDER SEAL);**

12. Attached hereto as **Exhibit K** is a true and correct copy of an agreement between BSB and Design Development, Inc., Bates no. BSB 10173.1 and dated May 9, 1994 (Depo. Ex. 333) **(FILED UNDER SEAL);**

13. Attached hereto as **Exhibit L** is a true and correct copy of a July 8, 1994 handwritten memo from Larry Moore to Jim Grundmeier, Bates no. BSB10208 (Depo. Ex. 338);

14. Attached hereto as **Exhibit M** are true and correct copies of transcript excerpts from the Rule 30(b)(6) deposition of Larry Moore, taken March 6, 2003;

15. Attached hereto as **Exhibit N** are true and correct copies of transcript excerpts from the deposition of Karen Albertson, taken August 25, 2003;

16. Attached hereto as **Exhibit O** are true and correct copies of transcript excerpts from the deposition of Jason Jorgenson, taken August 22, 2003;

17. Attached hereto as **Exhibit P** is a true and correct copy of undated correspondence from Dan Geegan to Chris Jorgensen, Bates No. BSB04661 (Depo. Ex. 242) **(FILED UNDER SEAL);**

18. Attached hereto as **Exhibit Q** are true and correct copies of transcript excerpts from the deposition of Steven Thies, taken August 20, 2003;

19. Attached hereto as **Exhibit R** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, Bates No. BSB00974-78 and dated July 3, 2002 (Depo. Ex. 90) **(FILED UNDER SEAL);**

20. Attached hereto as **Exhibit S** is a true and correct copy of a facsimile with attachments from Steve Sandelin to Larry Moore, dated July 9, 2001, Bates No. PINN02788-92 (Depo. Ex. 11A) **(FILED UNDER SEAL);**

21. Attached hereto as **Exhibit T** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates No. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89) **(FILED UNDER SEAL);**

22. Attached hereto as **Exhibit U** is a true and correct copy of a facsimile cover sheet to Lori Meier from Metro Fire Protection, Bates No. BSB01021-24 (Depo. Ex. 43A) **(FILED UNDER SEAL); AND**

23. Attached hereto as **Exhibit V** is a true and correct copy of a telephone call report from Beth Miller, Bates No. BSB 01226-27 and dated November 2, 2001 (Depo. Ex. 245) **(FILED UNDER SEAL).**

**FURTHER YOUR AFFIANT SAITH NOT.**

s/David A. Davenport
David A. Davenport

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
Notary Public
My Commission Expires: 01/05
2147449v1