UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al.,

Defendants,

**NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY WEIGHT BEING GIVEN TO THE INTERPOSITION OF A DEFENSE BASED ON INNOCENT INFRINGEMENT AND TO EXCLUDE ADMISSION OF ALL EVIDENCE OF THIS DEFENSE**

**[FILED UNDER SEAL]**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Attached hereto as **Exhibit D** is a true and correct copy of a Rottlund marketing brochure, Bates No. RCI010840-843 **(FILED UNDER SEAL);**

Attached hereto as **Exhibit E** is a true and correct copy of Rottlund's technical drawings for The Reserve, Bates No. RCI004150-4166 **(FILED UNDER SEAL);**

Attached hereto as **Exhibit J** is a true and correct copy of the "cut and paste" document, Bates No. BSB06380 (Depo. Ex. 330) **(FILED UNDER SEAL);**

Attached hereto as **Exhibit K** is a true and correct copy of an agreement between BSB and Design Development, Inc., Bates no. BSB 10173.1 and dated May 9, 1994 (Depo. Ex. 333) **(FILED UNDER SEAL);**

Attached hereto as **Exhibit P** is a true and correct copy of undated correspondence from Dan Geegan to Chris Jorgensen, Bates No. BSB04661 (Depo. Ex. 242) **(FILED UNDER SEAL);**

Attached hereto as **Exhibit R** is a true and correct copy of a letter of transmittal from Tim Johnson to Beth Miller, Bates No. BSB00974-78 and dated July 3, 2002 (Depo. Ex. 90) **(FILED UNDER SEAL);**

Attached hereto as **Exhibit S** is a true and correct copy of a facsimile with attachments from Steve Sandelin to Larry Moore, dated July 9, 2001, Bates No. PINN02788-92 (Depo. Ex. 11A) **(FILED UNDER SEAL);**

Attached hereto as **Exhibit T** is a true and correct copy of a facsimile from Dan Geegan to Beth Miller with attachments, Bates No. BSB01260-63 and dated July 25, 2001 (Depo. Ex. 89) **(FILED UNDER SEAL);**

Attached hereto as **Exhibit U** is a true and correct copy of a facsimile cover sheet to Lori Meier from Metro Fire Protection, Bates No. BSB01021-24 (Depo. Ex. 43A) **(FILED UNDER SEAL); AND**

Attached hereto as **Exhibit V** is a true and correct copy of a telephone call report from Beth Miller, Bates No. BSB 01226-27 and dated November 2, 2001 (Depo. Ex. 245) **(FILED UNDER SEAL).**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

__X_ Item Under Seal* (Document number of protective order: _9; 205 (Addendum))

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2155582v1