Exhibit A

MIDCARD ITEMS & PLUGS

EXHIBIT
374
3-30-04 DD

# VILLAS OF ASHWORTH GLEN

Base Price $81,900.00




MAIN LEVEL




UPPER LEVEL

#1290

END UNIT ASPEN

DDI 000021

Artist concept only.
See builder for actual detail on landscaping and plans.
The Rottlund Company, Inc. ©Copyright 1993.
MN BL #1335.

ROTTLUND HOMES

# VILLAS OF ASHWORTH GLEN

Base Price $69,900.00




MAIN LEVEL




UPPER LEVEL

DDI 000022

$ 1200

## INTERIOR UNIT BRECKENRIDGE

Artist concept only.
See builder for actual detail on landscaping and plans.
The Rottlund Company, Inc. ©Copyright 1993.
MN BL #1335.

Your Builder for Life
ROTTLUND HOMES

# VILLAS OF ASHWORTH GLEN



DDI 000023

Artist concept only.
See builder for actual detail on landscaping and plans.
The Rottlund Company, Inc. ©Copyright 1993.
MN BL #1335.

ROTTLUND HOMES
Your Builder for Life

Exhibit B



# MICHAEL N RICE
# MASTER BUILDER
# JERRYS HOMES INC
# FAX COVER PAGE

| | | |
|---|---|---|
| To: CHRIS JORGESON | | From : MICHAEL N RICE |
| Fax Number : [illegible]-283-0484 | | Company : JERRYS HOMES INC |
| Date : 3/11/97 | Time : 10:35:36 | For Information Call: 515-278-5992 |
| Subject : Scan Color | | Fax Number : 515-278-0661 |

EXHIBIT
55 A

# BRECKENRIDGE 2 STORY 1800 Square Feet






**Standard Features**

- Atrium door to treated wood Deck
- 2 Car Garage
- Stove, Dishwasher, Disposal
- Oak Face Cabinets
- 8" Poured Concrete Foundation
- Full Sod
- Oak Trim
- Fiberglass Tub/Shower Units
- 40 Gallon Gas Water Heater
- Prewired for Phone and Cable Television
- Quality Floor Coverings
- Woodburning Fireplace

**Energy Features**

- Casement Windows
- Steel Insulated Entry Doors
- R 19 Sidewalls Approximate
- 40 Ceiling
- Gas Furnace with Electronic Ignition and Flue Damper
- Energy Efficiency-approximately 80%
- High Efficiency Central Air




All prices and plans are subject to change without notice.

*Square footages are approximate. Some plans may be shown with extra cost options.

JERRY & RON GRUBB




# THE VILLAS OF MEREDITH POINTE URBANDALE

## THE BRECKENRIDGE

© COPYRIGHT 1995 CURRENT AS OF 01/20/05

ROTTLUND HOMES OF IOWA, INC.
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW

ARTISTS CONCEPT ONLY
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING

Your Builder for Life
ROTTLUND HOMES™

# THE VILLAS OF MEREDITH POINTE
## URBANDALE

## THE ASPEN

### UPPER LEVEL




### MAIN LEVEL




COPYRIGHT. 1993 CURRENT AS OF 01/20/95

Your Builder for Life

ROTTLUND HOMES OF IOWA, INC
ALL FLOOR PLANS AND ELEVATIONS ARE THE EXCLUSIVE PROPERTY OF THE ROTTLUND COMPANY, INC. COPYRIGHT INFRINGEMENT COULD RESULT IN LEGAL PROSECUTION UNDER FEDERAL COPYRIGHT LAW.

ARTISTS CONCEPT ONLY
SEE BUILDER FOR ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING

ROTTLUND HOMES™

# THE VILLAS OF MEREDITH POINTE





## URBANDALE

ROTTLUND HOMES OF IOWA, INC
ARTISTS CONCEPT ONLY. SEE BUILDER FOR
ACTUAL DETAILS ON LANDSCAPING AND PLANS

EQUAL HOUSING OPPORTUNITY

Your Builder for Life

ROTTLUND HOMES™