# Exhibit F

EXHIBIT 104


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II
8 UNIT CONDOMINIUMS
A1
FRONT ELEVATION
SIDE ELEVATION
GAS METER DETAIL
ELEC METER DETAIL
BUILDING CODE INFORMATION
D 00061


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A1.1
FRONT ELEVATION
SIDE ELEVATION
COLUMN DETAIL
BRACKET DETAIL


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II
8 UNIT CONDOMINIUMS
A2
FOUNDATION PLAN
BUILDING LONGITUDINAL SECTION
D 00003


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A3
D 00004
UNIT 'D'
UNIT 'C'
UNIT FOUNDATION PLANS
BUILDING CROSS SECTION THRU 'C' UNITS
BUILDING CROSS SECTION THRU 'D' UNITS


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II
8 UNIT CONDOMINIUMS
ROOF PLAN
A4


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A5
D 00006
OPTIONAL BATH PLAN
UNIT 'A' UPPER LEVEL FLOOR PLAN
UNIT 'A' MAIN LEVEL FLOOR PLAN
TUB DECK DETAIL
OPT. FIREPLACE/MEDIA CTR
OPT. BATH ELEVATION
KITCHEN ELEVATION
BATH ELEVATION
POWDER ROOM ELEV.


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A6
UNIT 'C' ENTRY/STAIR SECTION
UNIT 'C' SECTION
UNIT 'C' SECTION
OPTIONAL STAIR SECTION


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A7
D 00608


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A8
UNIT "D" SECTION
UNIT "D" SECTION
UNIT "D" ENTRY SECTION
UNIT "D" STAIR SECTION
OPTIONAL STAIR SECTION


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
A9
D 00010
EAVE DETAIL
FOUNDATION AT HOUSE/GARAGE
RAKE DETAIL
CANTILEVER DETAIL
EAVE DETAIL
EAVE DETAIL
PARTY WALL AT GARAGE SLABS
FOUNDATION AT EXT WALL
PARTY WALL AT DRAFTSTOP
PARTY WALL AT PARALLEL TRUSS
PARTY WALL AT HOUSE SLABS
FOUNDATION AT HOUSE/GARAGE
PARTY WALL AT DRAFTSTOP
PARTY WALL AT PERPENDICULAR TRUSS
PARTY WALL AT HOUSE/GARAGE SLAB
FOUNDATION AT HOUSE/GARAGE


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
HALF WALL CAP DETAIL
THRESHOLD DETAIL AT ENTRY
THRESHOLD DETAIL AT PATIO
PRIVACY WALL ELEVATION
STONE SILL DETAIL
A10
D 00911



ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
E1
D 00012
OPTIONAL BATH ELEC. PLAN
UNIT "C" UPPER LEVEL ELEC. PLAN
UNIT "C" MAIN LEVEL ELEC. PLAN


ROTTLUND HOMES
RUSH CREEK
MAPLE GROVE, MN
THE VILLAS II CONDOMINIUMS
OPTIONAL POWDER ROOM/KITCHEN ELEC. PLAN
OPTIONAL BATH ELEC. PLAN
UNIT "D" UPPER LEVEL ELEC. PLAN
UNIT "D" MAIN LEVEL ELEC. PLAN
E2
D 00013

D 00014

Exhibit G


PARTY WALL AT DRAFTSTOP
PARTY WALL AT FLOOR FOR UNIT 'C' TO 'D'
FOUND. @ UNITS 'C' TO 'D'
SECTION @ ELECTRIC METERS
CORNER FRAMING DETAIL
EXHIBIT
THRESHOLD DETAIL
EAVE DETAIL AT 'C' UNIT ENTRY COLUMN
HALF WALL CAP DETAIL
PERPENDICULAR PARTITION INTERSECTION
SPRINKLER ROOM SECTION
SPRINKLER ROOM PLAN DETAIL
ROOF CONST.
WALL CONST.
ROTTLUND HOMES
THE RESERVE
PLYMOUTH, MN
THE VILLA II
DETAILS
NOVEMBER 1, 2000
A10