Exhibit H.2

# HOMESTEAD COLLECTION AT HARVEST HILLS

PLAN 1482

## Homestead Collection

## The Bayview

**SQUARE FOOTAGE**

| | |
|---|---|
| First Floor | 675 sf |
| Second Floor | 807 sf |
| Total | 1482 sf |

**ROOM DIMENSIONS:**

| | | | |
|---|---|---|---|
| Living | 12'-11 ½" | x | 15'-9 ½" |
| Dining | 11'-8" | x | 12'-8" |
| Kitchen/Breakfast | 17'-2" | x | 9'-2 ½" |
| Master Bedroom | 12'-0" | x | 15'-10" |
| Bedroom 2 | 11'-0" | x | 10'-3 ½" |
| Loft | 9'-0" | x | 16'-9 ½"" |
| Garage | 19'-0" | x | 19'-1 ½" |

**OPTIONS:***

| | | | |
|---|---|---|---|
| Fireplace/Media | | | |
| Open Stair Railing, (in lieu of half wall) | | | |
| Kitchen /Dining Raised counter | | | |
| Master Bedroom volume ceiling | | | |
| Master Bedroom double doors | | | |
| Master Bath enclosed W.C. room | | | |
| Master Bath second vanity sink | | | |
| Bath Shower Option (-120 cu. ft. closet) | | | |
| Master Bath 42" tub, (available w/ Bath Shower or Second Bath Options only) | | | |
| Second Bath Option (+112 cu. ft. closet) | 7'-11" | x | 5'-5" |
| Bedroom 3 Option (in lieu of Loft) | 9'-0" | x | 14'-5" |
| Super Master Bedroom (in lieu of Loft) | 21'-4 ½" | x | 15'-10" |
| Bedroom 3 w/ Loft Option (+184 sf.; +192 cu. ft. closet) | | | |
| Bedroom 3 | 10'-9" | x | 12'-1" |
| Loft | 9'-0" | x | 15'-0" |
| Master Sitting w/ Bedroom 3 Option (+184 sf. & in lieu of Loft; +192 cu. ft. closet) | | | |
| Master Sitting | 9'-0" | x | 10'-6" |
| Bedroom 3 | 10'-9" | x | 12'-0" |
| Dual Master Option (+184 sf. & in lieu of Loft; +328 cu. ft. closet) | | | |
| Master Bedroom 1 | 12'-0" | x | 15'-0" |
| Master Bedroom 2 | 11'-5" | x | 15'-9 1/2" |
| Master Bedroom 2 volume ceiling | | | |

**CLOSET STORAGE** 873 cu.ft.

RCI000123

* Options do not add square footage unless specifically noted.

Note: All room dimensions are approximations of finished areas based off architectural drawings

3/8/00

# HARVEST HILLS
## HOMESTEAD COLLECTION
## CONDO ASSOCIATION

**About Your Association** **$142./Month**

* Professional Association Management by Cities Management

* Grounds and Building Maintenance
    * Lawn Mowing
    * Landscaping Maintenance
    * Underground Sprinkler System
    * Snow Removal Including Roads, Driveways, and Sidewalks

* Garbage Collection / Recycling

* Water and Sewer

* Liability and Hazard Insurance on the Building & Grounds. (Personal Contents Insurance is your option)

* Capital Reserve Fund

  Initially, two months of dues are collected for the reserve fund from all homeowners. A portion of your monthly dues will be put into the reserves as well.

* Fire Sprinkler System Monitoring

 Maple Grove

# The Bayview

**Homestead Collection**

2 bedrooms, loft, 1-1/2 baths – End home – approximately 1,482 square feet



## FEATURES

### Main Level

Living room with 2 story ceiling

Formal dining room

Kitchen with breakfast area

Powder room

Utility room

2 car attached garage

Patio

### Upper Level

Loft with window seat

Owner's suite with large walk-in closet and private entry to full bath

Second bedroom

Laundry room with linen closet

### Optional

Fireplace/media wall in living room

Breakfast bar

Owner's suite volume ceiling and double doors

Private owner's suite bath with separate shower

Full second bath

Dual owner's suites with full private baths

Third bedroom

Super owner's suite

Owner's suite with sitting area

Open stair railing in lieu of half wall

RCI000125




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION

UPPER LEVEL 3 BDRM
W/LOFT OPTION







UPPER LEVEL DUAL
MASTER OPTION

UPPER LEVEL SUPER
MASTER OPTION




RCI000126

TOWN & COUNTRY HOMES

Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details. ©2000 Town & Country Homes. Minnesota Builder #9137.

2/00

# The Starwood

**Homestead Collection**

2 bedrooms, loft, 1-1/2 baths – Center home – approximately 1,381 square feet



## FEATURES

### Main Level

Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

### Upper Level

Loft
Owner's suite with large walk-in closet and private entry to full bath
Second bedroom
Hall linen closet
Laundry room

### Optional

Three-sided fireplace
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

RCI000127




MAIN LEVEL




UPPER LEVEL




UPPER LEVEL
3 BDRM OPTION




UPPER LEVEL SUPER
MASTER OPTION




UPPER LEVEL DUAL
MASTER OPTION

RCI000128

TOWN & COUNTRY HOMES

Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details. ©2000 Town & Country Homes. Minnesota Builder #9137.

2/00

CENTENNIAL CROSSING



# The following Homestead Collection models include these quality features to enhance your lifestyle:

- *Starwood*
- *Bayview*

## Exterior Detailing –
*Enhances Curb Appeal And Value*

- Quality 25-year square-tab, self-sealing fiberglass shingles
- Protective ice and water shield over eaves and roof valleys
- Decorative stone masonry as shown on elevations
- Maintenance-free vinyl siding with aluminum soffit and fascia, gutters and downspouts
- Insulated, maintenance-free embossed steel sectional garage door as shown on elevations
- Maintenance-free vinyl louvered shutters where shown on elevation
- Insulated, embossed steel entry doors
- Fully sodded front, rear and side yards with site landscaping as shown on site plan
- Patios per plan

## Energy-Saving Appointments –
*Keep You Comfortable, Save You Money*

- Energy-efficient vinyl windows with insulated glass and screens
- All exterior walls have R-19 fiberglass insulation batts with vapor barrier and Tyvek housewrap
- Ceilings adjoining attic spaces have R-38 fiberglass blown insulation; floors exposed to the exterior are protected by high density blown insulation with air barriers
- 80% efficiency automatic gas forced-air furnace
- Glass-lined automatic 40 gallon gas water heater
- Water saving two-piece toilets in all baths

## Tastefully Appointed Kitchens –
*Designed For Your Convenience*

- Recessed panel oak cabinetry, with 30" upper cabinets
- Popular laminated countertops
- Easy-care Armstrong no-wax sheet vinyl flooring
- Standard clean electric oven/range with recirculating hood fan
- Multi-cycle dishwasher
- Double-bowl stainless steel sink with disposal

## Elegant Baths –
*Easy-Care*

- Easy-care Armstrong no-wax sheet vinyl flooring
- Low-maintenance molded fiberglass tubs and tub surrounds where shown on floorplans
- White-on-white cultured marble vanity tops
- Single-handle lavatory faucets
- Single-handle anti-scald tub and shower faucets.

## Richly Detailed Interiors –
*For A Quality Look And Feel*

- Spacious 9-foot first floor ceilings as shown on floorplans
- Towering volume ceilings where indicated on floorplans
- Gleaming polished brass doorknobs and hardware
- Quality production off-white paint sprayed and backrolled
- Wall-to-wall carpeting where shown on floorplan
- Coordinated decorator light fixtures where shown on floorplan
- Versatile, ventilated, dust-free wire shelving
- White electrical devices and plates
- White 6-panel doors with pre-finished oak trim

## Features To Enhance Your Comfort –
*Convenience With Safety In Mind*

- 100-amp electric service
- GFI outlet protection in baths, kitchen and garage as shown on floorplan
- All exterior outlets are GFI-protected
- Interconnected smoke detectors
- Pre-wired and trimmed telephone jacks and cable TV outlets as indicated on floorplan
- Pre-wired ceiling outlet for garage door opener

## Optional Customizing Features –
*To Make Your Home Truly Your Own*

- Gas fireplace in living room as indicated in floorplan
- Central air conditioning
- Oak railings
- Ceramic or wood upgrade flooring in kitchens, baths and foyers where indicated on floorplan
- 42" upgrade furniture quality cabinetry
- Breakfast bar
- Volume ceiling in owner's suite
- Ultra luxurious bath in owner's suite with oversize tub plus separate shower
- Built-in media niche in living room per plans
- Private master baths per plans
- Dual master bedroom
- Third bedroom
- Super master bedroom

RCI000129

## Town & Country Homes –
*Peace Of Mind Warranty Service*

- One year of warranty coverage on most materials and workmanship
- Two years of warranty coverage on many elements of the heating, cooling, ventilating, electrical and plumbing systems (per manufacturers)
- Ten full years of warranty coverage on major structural elements

TOWN & COUNTRY HOMES    Minnesota Builder #9137

In an effort to continuously improve our product, Town & Country Homes reserves the right to change feature specifications and suppliers when necessary.

02/00

# HOMESTEAD COLLECTION




RCI000130

TOWN & COUNTRY HOMES

# CENTENNIAL CROSSING
# HOMESTEAD COLLECTION
# MAPLE GROVE, MINNESOTA

TOWN & COUNTRY HOMES

## The Bayview
## $129,900

2 bedrooms, loft
1-1/2 baths - End home
approximately1,482 square feet

***Main Level***

Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***

Loft with window seat
Owner's suite with large walk-in closet
and private entry to full bath
Second bedroom
Laundry room with linen closet

***Optional***

Fireplace/media wall in living room
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

02/18/00

5 - Sold. No Models anywhere
Just opened

## The Starwood
## $124,900

2 bedrooms, loft
1-1/2 baths -Center Home
approximately 1,381 square feet

***Main Level***

Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***

Loft
Owner's suite with large walk-in closet
and private entry to full bath
Second bedroom
Hall linen closet
Laundry room

***Optional***

Three-sided fireplace
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

In an effort to continuously improve our product, Town & Country reserves the right to change feature specifications, suppliers and prices when necessary.

RCI000131

RCI000027

# The Bayview




# The Starwood



# THE BAYVIEW

HOMESTEAD
COLLECTION

## MAIN LEVEL




RCI000133

TOWN & COUNTRY HOMES

# UPPER LEVEL







SUPER OWNER'S SUITE OPTION




DUAL OWNER'S SUITE OPTION




2 BATH OPTION




OWNER'S SHOWER OPTION




3 BEDROOM W/LOFT OPTION




3 BEDROOM OPTION

RCI000134

©2001 Town & Country Homes.
Minnesota Builder #9137.

TOWN & COUNTRY HOMES

Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.

# HARVEST HILLS
## HOMESTEAD COLLECTION
## CONDO ASSOCIATION

About Your Association $142./Month

* Professional Association Management by Cities Management

* Grounds and Building Maintenance
    * Lawn Mowing
    * Landscaping Maintenance
    * Underground Sprinkler System
    * Snow Removal Including Roads, Driveways, and Sidewalks

* Garbage Collection / Recycling

* Water and Sewer

* Liability and Hazard Insurance on the Building & Grounds. (Personal Contents Insurance is your option)

* Capital Reserve Fund

    Initially, two months of dues are collected for the reserve fund from all homeowners. A portion of your monthly dues will be put into the reserves as well.

* Fire Sprinkler System Monitoring

TOWN & COUNTRY HOMES
Minnesota Division

# HARVEST HILLS




ROUTE:

1) Dunkirk Ln. / Lawndale
2) Bass Lake Rd.
3) Vicksburg Ln.
4) Old Rockford Rd.
5) Holly Lane

RCI000136

# THE STARWOOD

HOMESTEAD COLLECTION

## MAIN LEVEL




RCI000137

TOWN & COUNTRY HOMES

# UPPER LEVEL






Super Owner's Suite Option



Dual Owner's Suite Option





2 Bath Option

Owner's Shower Option



3 Bedroom Option



Owner's Sitting Room Option

RCI000138

TOWN & COUNTRY HOMES

©2001 Town & Country Homes.
Minnesota Builder #9137.

*Illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

# SITE PLAN




RCI000139

# HARVEST HILLS

TOWN & COUNTRY HOMES

*Site plan is for illustration purposes only. All drawings are approximate and subject to change. Please see your Town & Country Sales Representative for specific details.*

*©2001 Town & Country Homes. Minnesota Builder #9137.*

# AREA MAP




RCI000140

# HARVEST HILLS

TOWN & COUNTRY HOMES

*Map is for illustrative purposes only and is not to scale.*

TOWN & COUNTRY HOMES
Minnesota Division

Maria Amundson
Sales Associate

Harvest Hills
7615 Smetana Lane, Suite 180 • Eden Prairie, Minnesota 55344
Phone 763-694-9900 • Fax 763-694-9907
www.townandcountryhomesmn.com • MN Builder #9137

(Sales Office # ; 763-694-9900)

# HOMESTEAD COLLECTION
## PLYMOUTH, MINNESOTA

TOWN & COUNTRY HOMES

113.29

## The Bayview
## $167,900

2 bedrooms, loft
1-1/2 baths - End home
approximately1,482 square feet

***Main Level***
Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***
Loft with window seat
Owner's suite with large walk-in closet and private entry to full bath
Second bedroom
Laundry room with linen closet

***Optional***
Fireplace/media wall in living room
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

**Note:**
**For Building #2**
**Add $2000 To The Base Pricing Listed Here.**

115.06

## The Starwood
## $158,900

2 bedrooms, loft
1-1/2 baths -Center Home
approximately 1,381 square feet

***Main Level***
Living room with 2 story ceiling
Formal dining room
Kitchen with breakfast area
Powder room
Utility room
2 car attached garage
Patio

***Upper Level***
Loft
Owner's suite with large walk-in closet and private entry to full bath
Second bedroom
Hall linen closet
Laundry Room

***Optional***
Three-sided fireplace
Breakfast bar
Owner's suite volume ceiling and double doors
Private owner's suite bath with separate shower
Full second bath
Dual owner's suites with full private baths
Third bedroom
Super owner's suite
Owner's suite with sitting area
Open stair railing in lieu of half wall

TOWN & COUNTRY HOMES

*Prices effective 01/29/01. In an effort to continuously improve our product, Town & Country Homes reserves the right to change future specifications, suppliers, and prices when necessary.*

RCI000141

# Harvest Hills ; Plymouth

| Model, Address & Options | Value-Delivery |
|---|---|
| **Bayview (Lot7-1)**<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>Volume Ceiling, Oak Rails at Stairs,<br>Separate Shower, Garden Tub. | $ 182,030 (TBD) |
| **Starwood (Lot7-3)**<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>Oak Rails at Stairs,<br>Separate Shower, Garden Tub. | $ 170,630 (TBD) |
| **Bayview (Lot7-4)** $3,000 Lot Premium.<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>Volume Ceiling, Oak Rails at Stairs,<br>Separate Shower, Garden Tub. | $ 185,255 (TBD) |
| **Starwood (Lot1-3)**<br>3 Bedroom, 2 1/2 Bath, Plus Loft,<br>3 Sided Fireplace,<br>Separate Shower, Garden Tub. | $ 173,350 (TBD) |
| **Starwood (Lot1-7)** RESERVED<br>2 Bedroom, 2 1/2 Bath, Plus Loft,<br>Oak Rails at Loft,<br>Separate Shower, Garden Tub. | $ 167,745 (TBD) |

**Starwood (Lot2-2)** $3,000 Lot Premium. $176,825 (TBD)
2 Bedroom, 2 1/2 Bath, + Loft
3 Sided Fireplace, Oak Rails at Loft
Separate Shower , Garden Tub, Double Bowl Vanity.

**Starwood (Lot2-3)** $3,000 Lot Premium $175,630 (TBD)
3 Bedroom, 2 1/2 Bath, + Loft
Oak Rails at Stairs,
Separate Shower, Garden Tub, Double Bowl Vanity.

**Bayview (Lot2-4)** $2,000 Lot Premium $185,405 (TBD)
3 Bedroom, 2 1/2 Bath, + Loft
Volume Ceiling, Oak Rails at Stairs/White,
Separate Shower, Garden Tub.

**Starwood (Lot2-6)** $168,540 (TBD)
2 Bedroom, 2 1/2 Bath, + Loft
Oak Rails at Loft/White
Separate Shower, Garden Tub

**Starwood (Lot2-7)** $170,780 (TBD)
3 Bedroom, 2 1/2 Bath, + Loft
Separate Shower, Garden Tub, Double Bowl Vanity

**Bayview (Lot2-8)** RESERVED $169,900 (TBD)

## THE FOLLOWING HOMES ARE BUILD TO SUIT WITHIN THE OPTIONS ALLOWED.

| | |
|---|---|
| Bayview (Lot6-1) | $169,900(TBD) |
| Starwood(Lot6-2) | $160,900(TBD) |
| Starwood(Lot6-3) | $160,900(TBD) |
| Bayview(Lot6-4)$5000 Lot Premium | $174,900(TBD) |
| Bayview(Lot6-5) RESERVED | $169,900(TBD) |
| Starwood(Lot6-6) | $160,900(TBD) |
| Starwood(Lot6-7) | $160,900(TBD) |
| Bayview(Lot6-8) $5,000 Lot Premium | $174,900(TBD) |

# HOMESTEAD COLLECTION AT HARVEST HILLS

**PLAN 1381**

## Homestead Collection

## The Starwood

**SQUARE FOOTAGE**

**Standard Plan:**

| | |
|---|---|
| First Floor | 643 sf |
| Second Floor | 738 sf |
| Total | 1381 sf |

**Reversed Plan:**

| | |
|---|---|
| First Floor | 643 sf |
| Second Floor | 751 sf |
| Total | 1394 sf |

**ROOM DIMENSIONS:**

| | | | |
|---|---|---|---|
| Living | 12'-11 ½" | x | 13'-9 ½" |
| Dining | 10'-6" | x | 12'-11 ½" |
| Kitchen/Breakfast | 17'-2" | x | 9'-2 ½" |
| Master Bedroom (Standard) | 11'-4" | x | 14'-8" |
| Master Bedroom (Reversed) | 11'-4" | x | 15'-8" |
| Bedroom 2 | 10'-0" | x | 11'-5" |
| Loft | 9'-3" | x | 12'-8" |
| Garage | 17'-10" | x | 19'-1 ½" |

**OPTIONS:***

| | | | |
|---|---|---|---|
| Fireplace (3-sided with ceramic tile surround) | | | |
| Open Stair Railing, (in lieu of half wall) | | | |
| Kitchen /Dining Raised counter | | | |
| Master Bedroom volume ceiling | | | |
| Master Bedroom double doors | | | |
| Master Bath enclosed W.C. room | | | |
| Master Bath second vanity sink | | | |
| Bath Shower Option (-64 cu. ft. closet) | | | |
| Master Bath 42" tub, (available w/ Bath Shower or Second Bath Options only) | | | |
| Second Bath Option (+16 cu. ft. closet) | 7'-11" | x | 5'-9" |
| Bedroom 3 Option (+138 sf. & in lieu of Loft; +224 cu. ft. closet) | | | |
| Bedroom 3 | 11'-5" | x | 9'-3" |
| Super Master Bedroom Option (+138 sf. & in lieu of Loft) | | | |
| Super Master Bedroom | 19'-8 1/2" | x | 14'-8" |
| Bedroom 2 | 11'-3" | x | 11'-5" |
| Master Sitting Option (+138 sf. & in lieu of Loft; +128 cu. ft. closet) | | | |
| Master Sitting | 7'-7 1/2" | x | 10'-0" |
| Bedroom 2 | 11'-3" | x | 11'-5" |
| Dual Master Option (+138 sf.; +312 cu. ft. closet) | | | |
| Master Bedroom 1 (Standard) | 11'-4" | x | 14'-8" |
| Master Bedroom 2 | 11'-3" | x | 13'-9 1/2" |
| Loft | 8'-0" | x | 10'-0" |
| Master Bedroom 2 volume ceiling | | | |

**CLOSET STORAGE** 724 cu.ft.

RCI000145

* Options do not add square footage unless specifically noted.

Note: All room dimensions are approximations of finished areas based off architectural drawings

3/8/00

# HOMESTEAD COLLECTION AT HARVEST HILLS

PLAN 1482

## Homestead Collection

## The Bayview

**SQUARE FOOTAGE**

| | |
|---|---|
| First Floor | 675 sf |
| Second Floor | 807 sf |
| Total | 1482 sf |

**ROOM DIMENSIONS:**

| | | | |
|---|---|---|---|
| Living | 12'-11 ½" | x | 15'-9 ½" |
| Dining | 11'-8" | x | 12'-8" |
| Kitchen/Breakfast | 17'-2" | x | 9'-2 ½" |
| Master Bedroom | 12'-0" | x | 15'-10" |
| Bedroom 2 | 11'-0" | x | 10'-3 ½" |
| Loft | 9'-0" | x | 16'-9 ½"" |
| Garage | 19'-0" | x | 19'-1 ½" |

**OPTIONS:***

| | | | |
|---|---|---|---|
| Fireplace/Media | | | |
| Open Stair Railing, (in lieu of half wall) | | | |
| Kitchen /Dining Raised counter | | | |
| Master Bedroom volume ceiling | | | |
| Master Bedroom double doors | | | |
| Master Bath enclosed W.C. room | | | |
| Master Bath second vanity sink | | | |
| Bath Shower Option (-120 cu. ft. closet) | | | |
| Master Bath 42" tub, (available w/ Bath Shower or Second Bath Options only) | | | |
| Second Bath Option (+112 cu. ft. closet) | 7'-11" | x | 5'-5" |
| Bedroom 3 Option (in lieu of Loft) | 9'-0" | x | 14'-5" |
| Super Master Bedroom (in lieu of Loft) | 21'-4 ½" | x | 15'-10" |
| Bedroom 3 w/ Loft Option (+184 sf.; +192 cu. ft. closet) | | | |
| Bedroom 3 | 10'-9" | x | 12'-1" |
| Loft | 9'-0" | x | 15'-0" |
| Master Sitting w/ Bedroom 3 Option (+184 sf. & in lieu of Loft; +192 cu. ft. closet) | | | |
| Master Sitting | 9'-0" | x | 10'-6" |
| Bedroom 3 | 10'-9" | x | 12'-0" |
| Dual Master Option (+184 sf. & in lieu of Loft; +328 cu. ft. closet) | | | |
| Master Bedroom 1 | 12'-0" | x | 15'-0" |
| Master Bedroom 2 | 11'-5" | x | 15'-9 1/2" |
| Master Bedroom 2 volume ceiling | | | |

**CLOSET STORAGE** 873 cu.ft.

RCI000146

* Options do not add square footage unless specifically noted.

Note: All room dimensions are approximations of finished areas based off architectural drawings

3/8/00

# HARVEST HILLS
## HOMESTEAD COLLECTION
## CONDO ASSOCIATION

**About Your Association** $142./Month

* Professional Association Management by Cities Management

* Grounds and Building Maintenance
    * Lawn Mowing
    * Landscaping Maintenance
    * Underground Sprinkler System
    * Snow Removal Including Roads, Driveways, and Sidewalks

* Garbage Collection / Recycling

* Water and Sewer

* Liability and Hazard Insurance on the Building & Grounds. (Personal Contents Insurance is your option)

* Capital Reserve Fund

  Initially, two months of dues are collected for the reserve fund from all homeowners. A portion of your monthly dues will be put into the reserves as well.

* Fire Sprinkler System Monitoring