UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF *THE OAKS* LITIGATION** |

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

I, David A. Davenport, having been duly sworn upon oath, states as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402,

and am participating in the representation of the Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund"), in the above-referenced matter. I submit this Affidavit in Support of Rottlund's Memorandum of Law in Support of Its Motion in Limine to Exclude Evidence of *The Oaks* Litigation.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Protective Order in *Rottlund Homes, Inc. v. The Oaks Development Co.*, dated November 30, 1999;

3. Attached hereto as **Exhibit B** are true and correct copies of transcript excerpts from the deposition of Stephen W. Theis, dated April 16, 2004; and

4. Attached hereto as **Exhibit C** are true and correct copies of transcript excerpts from the December 4, 2003 hearing before Magistrate Judge Susan R. Nelson.

**FURTHER YOUR AFFIANT SAITH NOT.**

s/David A. Davenport
David A. Davenport

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
Notary Public
My Commission Expires 1/05
2148282v1