UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF ALBERT H. BLOOM PURSUANT TO RULES 104(A) AND 702 OF THE FEDERAL RULES OF EVIDENCE** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Philip R Mahowald, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The

Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Motion *in Limine* to Exclude Expert Testimony and Reports of Albert H. Bloom Pursuant to Rules 104(a) and 702 of the Federal Rules of Evidence.

2. Attached hereto as **Exhibit A** is a true and correct copy of the decision, *The Rottlund Co., Inc. v. Pinnacle Corp., et al*. (2004 WL 1879983);

3. Attached hereto as **Exhibit B** is a true and correct copy of the Preliminary Expert Report of Albert H. Bloom, dated August 15, 2003 (Dep. Exs. 388 and 388A);

4. Attached hereto as **Exhibit C** is a true and correct copy of the Supplemental Expert Report of Albert H. Bloom, dated April 15, 2004 (Dep. Ex. 389);

5. Attached hereto as **Exhibit D** are true and correct copies of the following unreported decisions: *Brooks v. City of Turlock* (1993 WL 540281); *EZ Dock, Inc. v. Schafer Systems, Inc.* (2003 WL1610781); *Nelson-Salabes, Inc. v. Morningside Holdings* (2001 WL 419002); *Richmond Homes Management, Inc. v. Raintree, Inc.* (1994 WL 98922); *Schoolhouse, Inc. v. Anderson* (2001 WL 1640081);

6. Attached hereto as **Exhibit E** are true and correct copies of transcript excerpts from the deposition of Albert H. Bloom, dated June 9, 2004.

7. Attached hereto as **Exhibit F** are true and correct copies of transcript excerpts from the deposition of Larry Moore, dated September 4, 2003.

8. Attached hereto as **Exhibit G** is a true and correct copy of the "Deposition Correction Sheet" signed by Albert H. Bloom on June 30, 2004 (Dep. Ex. 431).

9. Attached hereto as **Exhibit H** are true and correct copies of transcript excerpts from the deposition of Albert H. Bloom, dated June 30, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

**s/Philip R. Mahowald**
PHILIP R. MAHOWALD, Affiant

Subscribed and sworn to before me
this 1st day of November, 2004.

**s/Colleen R. Harrigan**
Colleen R. Harrigan, Notary Public
My Commission Expires: 01/31/05

2154913v1