UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-1980 (DSD/SRN)

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third Party Defendant.

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S MOTION IN LIMINE**

TO: All parties and counsel of record

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB"), and The Bloodgood Group, Inc. ("BGI"), move the Court for an Order granting the following:

1. That Rottlund be precluded from arguing that BSB and BGI infringed on Rottlund's copyright in designing a back-to-back townhome for Midland Homes, and from introducing any evidence to support such a contention;

2. That Rottlund be precluded from arguing that BSB and BGI infringed on Rottlund's copyright in designing a back-to-back townhome for Jerry's Homes, and from introducing any evidence to support such a contention;

3. That Rottlund's architect, Timothy Whitten, be precluded from offering expert testimony at the trial of this matter;

4. That the jury be permitted to travel to and view the townhomes in question; and

5. That Rottlund be precluded from arguing that the "competition product survey" contained any information regarding Rottlund and from introducing any evidence regarding the "competition product survey".

This motion is based upon the supporting Memorandum of Law, Affidavit of Ben Patrick, and the proposed Order filed herewith, as well as all files, proceedings and oral arguments.

MACKALL, CROUNSE & MOORE, PLC

Date: November 1, 2004 By: /s/ Ben Patrick

Holly J. Newman (MN Bar #026457X)
Ben Patrick (MN Bar #312460)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400

*Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.*

JBP/men#723768v1