UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-1980 (DSD/SRN)

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third Party Defendant.

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S NOTICE OF MOTION IN LIMINE**

TO: All parties and counsel of record

PLEASE TAKE NOTICE that the undersigned counsel will bring its Motion in Limine on for hearing before the Court, the Honorable David S. Doty presiding, at a hearing to commence at 9:00 a.m., on Monday, November 15, 2004, at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, or as soon thereafter as counsel may be heard.

MACKALL, CROUNSE & MOORE, PLC

Date: November 1, 2004

By: /s/ Ben Patrick

Holly J. Newman (MN Bar #026457X)
Ben Patrick (MN Bar #312460)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400

*Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.*

JBP/men#723626v1