UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ADVERSE INFERENCE INSTRUCTION REGARDING THE TOWN & COUNTRY HOMES DEFENDANTS' FAILURE TO PRODUCE ART PLANTE'S DESIGN AND DEVELOPMENT FILE AND THE DEFENDANTS' COMPETITION PRODUCT SURVEY** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Motion for an Adverse Inference Instruction

Regarding the Town & Country Homes Defendants' Failure to Produce Art Plante's Design and Development File and the Defendants' Competition Product Survey.

2. Attached hereto as **Exhibit A** is a true and correct copy of correspondence from Art Plante to Dean Karau, Esq., dated July 16, 2001 and Bates numbered BSB01930 (Dep. Ex. 41) **(FILED UNDER SEAL)**;

3. Attached hereto as **Exhibit B** is a true and correct copy of a transmittal letter from James Grundmeier to Dean Karau forwarding Larry Moore's design file, dated April 2, 2002 and Bates numbered D00116 through D00252 (Dep. Ex. 225) **(FILED UNDER SEAL)**;

4. Attached hereto as **Exhibit C** is a true and correct copy of correspondence from Ryan F. Urness, Esq. to Michael Ryan, with attachments and dated July 5, 2001;

5. Attached hereto as **Exhibit D** is a true and correct copy of a facsimile transmittal from Steve Sandelin to Larry Moore with attachments, dated July 9, 2001 and Bates numbered BSB01931-1935 (Dep. Ex. 11) **(FILED UNDER SEAL)**;

6. Attached hereto as **Exhibit E** is a true and correct copy of correspondence from Dean Karau, Esq. to Ryan F. Urness, Esq., dated July 17, 2001;

7. Attached hereto as **Exhibit F** is a true and correct copy of a transcript excerpt from the February 23, 2004 Sanctions Hearing before The Honorable Susan R. Nelson, United States Magistrate Judge;

8. Attached hereto as **Exhibit G** is a true and correct copy of a transcript excerpt from the deposition of Mike Ryan, dated December 11, 2003;

9. Attached hereto as **Exhibit H** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Steven Sandelin, dated December 16, 2002; and

10. Attached hereto as **Exhibit I** is a true and correct copy of the unpublished decision *Fischer v. Rheem Manufacturing Co.,* 2004 WL 1088328 (D. Minn.).

FURTHER YOUR AFFIANT SAITH NOT.

s/David A. Davenport
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
Deana J. Lessor, Notary Public
My Commission Expires: 01/31/05

2151983v1