UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al.,

Defendants,

**NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ADVERSE INFERENCE INSTRUCTION REGARDING THE TOWN & COUNTRY HOMES DEFENDANTS' FAILURE TO PRODUCE ART PLANTE'S DESIGN AND DEVELOPMENT FILE AND THE DEFENDANTS' COMPETITION PRODUCT SURVEY**

**[FILED UNDER SEAL]**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Exhibit A** is a true and correct copy of correspondence from Art Plante to Dean Karau, Esq., dated July 16, 2001 and Bates numbered BSB01930 (Dep. Ex. 41) **(FILED UNDER SEAL)**;

**Exhibit B** is a true and correct copy of a transmittal letter from James Grundmeier to Dean Karau forwarding Larry Moore's design file, dated April 2, 2002 and Bates numbered D00116 through D00252 (Dep. Ex. 225) **(FILED UNDER SEAL)**;

**Exhibit D** is a true and correct copy of a facsimile transmittal from Steve Sandelin to Larry Moore with attachments, dated July 9, 2001 and Bates numbered BSB01931-1935 (Dep. Ex. 11) **(FILED UNDER SEAL)**;

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

__X_ Item Under Seal* (Document number of protective order: 9; 205 (Addendum))

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).