UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al.,

Defendants,

**NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF JEFFREY A. SCHERER PURSUANT TO RULES 104(A) AND 702 OF THE FEDERAL RULES OF EVIDENCE**

**[FILED UNDER SEAL]**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Attached hereto as **Exhibit H** is a true and correct copy of BSB's "client redlines" for Town & Country Homes for "The Villas," Bates no. BSB 02034-2036 (Depo. Ex. 6) **(FILED UNDER SEAL)**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

__X_ Item Under Seal* (Document number of protective order: 9; 205 (Addendum)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2155691v1