# Exhibit C.2

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




APPENDIX 1.01

# LOWER FLOOR PLANS – END UNITS

KEY

TOWN & COUNTRY
PLAN 1529

ROTTLUND
PLAN C



APPENDIX 1.02

# LOWER FLOOR PLANS OVERLAID – END UNITS

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




APPENDIX 1.03

# ENTRY RELATIONSHIP TO STAIRCASE – END UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
## PLAN 1529




# ROTTLUND
## PLAN C




APPENDIX 1.04

# ROOM AT POINT OF ENTRY – END UNITS

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




[redacted]

APPENDIX 1.05

# ENTRY SPACE RELATIONSHIP TO STAIR– END UNITS

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
PLAN 1529




[redacted]

## ROTTLUND
PLAN C




[redacted]

APPENDIX 1.06

## WALLS THAT DEFINE ENTRY ROOM – END UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
## PLAN 1529




[redacted]

[redacted]

[redacted]

# ROTTLUND
## PLAN C




[redacted]

[redacted]

[redacted]

APPENDIX 1.07

# TYPES OF KITCHEN SPACES – END UNITS

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
### PLAN 1529




[redacted]

## ROTTLUND
### PLAN C




[redacted]

APPENDIX 1.08

# TYPES OF KITCHEN SPACES – END UNITS

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




APPENDIX 1.09

## SHAPE OF LIVING AREA – END UNITS

Jeffrey A. Scherer, FAIA Expert Report




[redacted]

NOTE:
CLUSTERING AREAS THAT REQUIRE PLUMBING IS A TYPICAL SOLUTION INTENDED TO REDUCE THE COSTS ASSOCIATED WITH PLUMBING INSTALLATION. ROOMS SUCH AS; POWDER ROOMS, KITCHENS, BATHROOMS, LAUNDRY ROOMS, AND MECHANICAL ROOMS ARE TYPICALLY LOCATED ALONG A COMMON PARTY WALL.

APPENDIX 1.10

## LOWER LEVEL – IDEAL LOCATION FOR UTILITY WALLS

## TOWN & COUNTRY
PLAN 1529

## ROTTLUND
PLAN C

[redacted]





[redacted]

APPENDIX 1.11

# REASONING BEHIND UTILITY WALL LOCATION

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
### PLAN 1529




## ROTTLUND
### PLAN C




APPENDIX 1.12

## UPPER LEVEL - PLANS – END UNITS

KEY

TOWN & COUNTRY
PLAN 1529

ROTTLUND
PLAN C



APPENDIX 1.13

## UPPER LEVEL - PLANS OVERLAID – END UNITS

## TOWN & COUNTRY
PLAN 1529




## ROTTLUND
PLAN C






[redacted]

NOTE:
CLUSTERING ALSO WORKS FROM FIRST TO SECOND FLOOR, ALLOWING VERTICAL CHASEWAYS INSIDE THE COMMON PARTY WALL TO STACK.

APPENDIX 1.15

## UPPER LEVEL - IDEAL UTILITY WALL LOCATION

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
## PLAN 1529




# ROTTLUND
## PLAN C




APPENDIX 1.16

# UTILITY WALL RELATIONSHIP BETWEEN FLOORS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
PLAN 1529

# ROTTLUND
PLAN C




APPENDIX 1.17

## COVERED ENTRY PROPORTIONS - FRONT VIEW

## TOWN & COUNTRY
PLAN 1529




## ROTTLUND
PLAN C




APPENDIX 1.18

# COVERED ENTRY PROPORTIONS - SIDE VIEW

Jeffrey A. Scherer, FAIA Expert Report