UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF JOSEPH D. KENYON PURSUANT TO RULES 104(a) AND 702 OF THE FEDERAL RULES OF EVIDENCE** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Philip R Mahowald, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I

submit this Affidavit in Support of Plaintiff's Motion in Limine to Exclude Expert Testimony and Reports of Joseph D. Kenyon Pursuant to Rules 104(a) and 702 of the Federal Rules of Evidence.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Preliminary Expert Report of Joseph D. Kenyon, dated August 15, 2003 (Dep. Ex. 432).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Supplemental Expert Report of Joseph D. Kenyon, dated April 15, 2004 (Dep. Ex. 433).

4. Attached hereto as **Exhibit C** are true and correct copies of the following unreported decisions: *EZ Dock, Inc. v. Schafer Systems, Inc.* (2003 WL 1610781); *Dick's Sporting Goods, Inc. v. Dick's Clothing & Sporting Goods, Inc.* (1999 WL 639165); *Flying J, Inc. v. Cent. CA Kenworth* (2002 WL 2022061).

5. Attached hereto as **Exhibit D** are true and correct copies of transcript excerpts from the Rule 30(b)(6) deposition of Todd M. Stutz, dated May 29, 2003.

6. Attached hereto as **Exhibit E** are true and correct copies of transcript excerpts from the deposition of Joseph D. Kenyon, dated July 16, 2004.

7. Attached hereto as **Exhibit F** is a true and correct copy of the 2002 National Association of Realtors Profile of Home Buyers and Sellers, bates no. SDK 00001-60 (Dep. Ex. 435).

8. Attached hereto as **Exhibit G** is a true and correct copy of a Rottlund Homes survey form (Dep. Ex. 435).

9. Attached hereto as **Exhibit H** are true and correct copies of transcript excerpts from the deposition of Roger Conhaim, dated August 13, 2003.

10. Attached hereto as **Exhibit I** are true and correct copies of transcript excerpts from the Rule 30(b)(6) deposition of Steven Kahn, dated August 4, 2003.

11. Attached hereto as **Exhibit J** are true and correct copies of transcript excerpts from the deposition of Bernard Rotter, dated August 29, 2003.

12. Attached hereto as **Exhibit K** are true and correct copies of excerpts from Kenyon's schedules relating to his damage analysis (Dep. Ex. 437).

FURTHER YOUR AFFIANT SAITH NOT.

**s/Philip R. Mahowald**
PHILIP R. MAHOWALD, Affiant

Subscribed and sworn to before me
this 1st day of November, 2004.

**s/Colleen R. Harrigan**
Colleen R. Harrigan, Notary Public
My Commission Expires: 01/31/05

2155226v1