# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes,
a Minnesota corporation,
Plaintiff,

vs. Case No. 01-CV-1980 (DSD/SRN)

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, and
Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,
Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF TODD M. STUTZ 30(b)(6)
VOLUME I, Pages 1 - 291

(The following is the 30(b)(6) deposition of TODD M. STUTZ, taken pursuant to Notice of Taking Deposition, at the offices of Moore, Costello & Hart, 1400 Fifth Street Center, 55 East Fifth Street, in the city of St. Paul, state of Minnesota, commencing at approximately 9:25 o'clock a.m., May 29, 2003.)

APPEARANCES:

On Behalf of the Plaintiff:

Craig S. Krummen
Winthrop & Weinstine
Attorneys at Law
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101

On Behalf of Defendant Pinnacle Corporation:

Matthew I. Farmer
Holland & Knight, LLC
Attorneys at Law
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603

On Behalf of Defendant Town & Country Homes, Inc.

Darren B. Schwiebert
Fredrikson & Byron, P.A.
Attorneys at Law
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

On Behalf of Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.:

Holly J. Newman
Moore, Costello & Hart, PLLP
Attorneys at Law
701 Fourth Avenue South
Suite 1350
Minneapolis, Minnesota 55415

ALSO PRESENT:

James Grundmeier, Bloodgood Sharp Buster
Richard Palmiter, Town & Country Minnesota

EXAMINATION INDEX


| WITNESS | EXAMINED BY | PAGE |
|---|---|---|
| Todd M. Stutz | Mr. Schwiebert | 4 |
| | Mr. Farmer | 177 |
| | Ms. Newman | 248 |


EXHIBIT INDEX


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 144 | Letters between Palmiter and Frillman, July and Sept. 1998, RCI 002665 to 670 | 64 |
| 145 | Letter, McDaniel to list, May 10, 1999, MarqAdv 00060 to 062 | 78 |
| 146 | Chart, Land Closings for Open Projects January 1997 to Present, RCI 001595 to 1596 | 148 |
| 147 | Chart, Rottlund Homes of Minnesota Remaining Lots per Community As of 9/30/02, RCI 001594 | 172 |
| 148 | Plaintiff's Second Amended Supplemental Objections and Answers to Defendant Town & Country Homes, Inc.'s Interrogatory Number 18, 12/10/02, 4 pgs. | 195 |

P R O C E E D I N G S

(Witness sworn.)

TODD M. STUTZ,

called as a witness, being first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. SCHWIEBERT:

Q. Can you please state your full name for the record?

A. Sure, Todd Michael Stutz.

Q. And could you spell Stutz for the court reporter?

A. Sure, S-T-U-T-Z.

Q. Mr. Stutz, have you ever been deposed before?

A. Yes, I have been.

Q. Okay. How many times have you been deposed?

A. Twice.

Q. All right. You've probably heard all the ground rules, I'll do a couple of them real quickly. As you're aware, there's a court reporter who's going to transcribe the questions and answers during the deposition today. In order for that to be effective, all I ask is that you wait until I've completely presented the question, any objections are made and

Other criterias for land inventory are sites that meet with the product that we've identified for the metropolitan area. Our Villa II's is a good example of that. We will look at sites that will accommodate that type of product, that type of density.

And we also look at, you know, the individual community in which we're looking to build in, school district is sometime a consideration, access to freeways is a -- is a consideration, projected job growth in a particular area is certainly something that's important. And we also look at demographics of existing residents. If we're looking at an area where it has a lot of single individuals who a lot of our product appeals to, that's something that we will focus on.

Q. Is there anything else that is included in the criteria that Rottlund uses for picking land to purchase?

A. Of course all -- you know, the obvious, and that being what the land price is and whether or not when we do our analysis of that land, whether or not we can pay the price for the land and taking into consideration development costs, the direct construction costs of building the building, and then

what we think we reasonably can sell that product for in that marketplace and whether or not that meets our gross margin and profitability objectives.
Q. All right. Is there anything else other than what you've already testified to that would be included in Rottlund's criteria for picking land to purchase?
A. Nothing at this time, no.
Q. Okay. You testified about a line or certain geographic areas. Can you describe for me what that is, or does it change over time, maybe I'll start with that.
A. Yeah, it changes somewhat over time.
Q. Well then let me do it in pieces.
A. Sure.
Q. What is it today?
A. What is it today? It's a line that basically says that we will consider land in Cottage Grove but we won't consider land in the City of Hastings. It's something that is very similar to the Metropolitan Urban Service Area, although it doesn't coincide with that but it's a similar concept.
Q. What's the Metropolitan Urban Service Area?
A. The Metropolitan Urban Service Area is a line that's established by the Metropolitan Council, which

is a regional form of government in the Twin Cities, and that governs those areas that can have urban services provided to them; sewer, for example. A majority of sewer in the Twin Cities is -- is provided for the Metropolitan Waste Control Commission through their treatment facilities, and so growth is somewhat governed or directed by the extension of those services within that Metropolitan Urban Service Area. Outside of that area there is not urban services available unless they're available within a freestanding sort of growth center, a separate city where they have their own sewer and water treatment facilities.

Q. Does Rottlund consider any land outside the metro urban service area?

A. At this point we don't, no.

Q. And that's as of today.

A. As of today.

Q. Okay. So if I were to get a map showing the line of the urban -- metro urban service area, that would be Rottlund's line today.

A. And in some cases actually our line is inside of that line. There are areas that have urban services to them, but because of our feeling regarding sort of their geographic placement within the metropolitan

area, the desirability of that suburb, we may just say that we're not interested in building in that area.

Q. The example you gave of Cottage Grove versus Hastings, is that a good example of that?

A. That would be an example.

Q. For example, is Hastings within the metro urban service area?

A. I believe -- Yes, I believe it is, yes.

Q. But Rottlund wouldn't consider property there, their cutoff is Cottage Grove.

A. That's sort of the way we look at it, yes. Otherwise -- I mean we get a lot of opportunities in cities like Lake City, we get opportunities in Forest Lake, we get opportunities in places like, oh, Albertville, opportunities in Elko, Northfield, Faribault. All are areas that are areas that, you know, there may be an opportunity to build housing and be successful, but we stick to sort of our philosophy of sticking with more of certainly the central cities, first-ring suburbs, and then also the developing ring of suburbs.

Q. So those examples that you just gave of Lake City, Forest Lake, Elko, those examples you just gave, those are outside --

A. Those are areas that we would not seriously consider, yes.
Q. And are those areas that are also examples that are areas within the metro urban service area but that you're not considering?
A. In some cases those areas are outside the Metropolitan Urban Service Area, yes.
Q. Okay. Because I don't want to be confused about this but I think it's important to at least establish as of, you know, periods of time where you were looking for property. So have you now told me that currently Rottlund is only considering property that is within the metro urban service area and then in some cases that's even more restrictive; is that accurate?
A. I would say that is accurate, yes.
Q. Was that true in 1997?
A. That is true, yes.
Q. Has that changed at all from 1997 to today, that Rottlund has always looked at what we've just described as the area that's somewhat smaller than the metro urban service area?
A. Yeah, there are communities that, since 1997 that we would begin to consider just as the metropolitan area grows to accommodate the population

growth and household formation growth. There are areas now that we're considering that we may not have considered in the past. The City of Hugo is a perfect example, which in 1997 we had opportunities to build in the City of Hugo, we passed on those opportunities. We are now building in the City of Hugo. So that would be a good example of that.

Q. In 1997 was the City of Hugo within the metro urban service area?

A. A portion of it may have been. The area that we're currently building in was not.

Q. So is it also true that over time the metro urban service area has grown?

A. Yes, it has, yes. As -- As municipalities have asked the Metropolitan Council for additional capacity and the movement of the Metropolitan Urban Service Area on that line -- that line has become available. The City of Woodbury is a good example of that, where land is now being developed in the City of Woodbury, in 1997 it was not within the Metropolitan Urban Service Area and not available for development.

Q. Would there be any sort of maps or graphics that exist within Rottlund that would demonstrate what your lines were over time?

A. There -- There probably is some graphic someplace, but to say that it was dated specific years and you could sort of trace sort of the evolution of that, that doesn't exist.

Q. All right. You also talked about school districts or access to freeways as also being one of the criteria that Rottlund uses to determine land purchases?

A. Yes, that's correct.

Q. My question for you is: How do you get that information?

A. Well we have within our office school district maps that show where different school districts are, and many munici -- many municipalities, the boundaries of the municipality don't necessarily coincide with the school district.

Q. Understood.

A. Woodbury's a great example of that where, you know, in the early 1990s if you were within the Woodbury School District land was worth more than it was within the Stillwater School District or the North St. Paul School District and that -- and so that's a very important criteria for us to consider. And sometimes school district is more of a perception on the strength of the school district and certainly

school districts change over time, but that's always a consideration especially when we're building single-family detached housing which has a target market of families.

Q. Okay. So how do you get information on the perception of a school district's strength?

A. Well we get -- we have -- we have --

There's a Schoolhouse Magazine that's published which has test scores and, you know, average expenditures per pupil, it has average classroom size. Then in general there's just a perception out there. For example, in the City of Blaine where we're building we chose land which was with -- which was within the Spring Lake Park School District which has a better reputation than the Blaine School District.

Q. I'm going to take offense to that.

A. Hopefully I'm not offending anyone with that. But that's what we chose --

Q. As a graduate from Blaine High School I'm going to take offense to that.

A. I know.

Q. I'm teasing.

A. But it changes -- that changes over time.

Q. Sure.

A. And again it's a -- it's perception, as I indicated, not necessarily reality. But it's an important decision in the home buyer's mind where their school -- what school district they're going to be in, where their kids are going to attend.

Q. You also indicated that projected job growth is another of the criteria that Rottlund uses to determine land purchases. Where do you get that information?

A. Sometimes it's supplied by -- by the municipality, sometimes it's supplied by the Department of Trade and Economic Development and then also by the Metropolitan Council. The Metropolitan Council has a lot of good information in terms of job growth. And then also just looking at what industries exist within certain communities and whether or not they're hiring people, whether or not they're laying off people, whether or not they have plans for expansions. And every -- almost every suburb has a major employer and you look at that major employer. 3M would be a good example. You know, does 3M have any expansion plans? If their expansion plans are hiring people, then the Woodbury market, Oakdale market has better prospects than if they're laying people off and moving all their

employees to Texas.

Q. Do you have people within Rottlund whose job it is to get this information, the Schoolhouse Magazine or, you know, school district maps or what you just talked about, you know, from the cities or the Department of Trade and Economic?

A. We have people in our land development department that that information ends up, but we also in our sales and marketing department, some of the school district information stuff ends up there. And then we also track, within our marketing department, the demographics of who are buying our homes, and so -- and the various products. For example, the Villa II buyer. We know who's buying that product, what their incomes are, what their household structure is, and we try to look for areas that have similar demographics for the various product types.

Q. Do you ever use --

Does Rottlund ever use outside consultants to track and summarize this information that you've been describing as important to you to determine land purchasing?

A. Right. In areas that we're considering, very often we'll hire an outside consulting firm, especially if it's a new product in a new location

for us. We've used Maxfield Research.
Q. Say that again?
A. Maxfield Research, who has performed studies for us in the past when we've developed a new product and we've been building in an area where we're not familiar with that area, to make sure that our product is correct in terms of pricing, that the square footage of our product is correct, that the standard features included with our product is correct. It's more of a verification of -- of information that we're making certain assumptions regarding.
Q. Have you ever used anybody other than Maxfield Research?
A. We have not contracted with anyone else that I am aware of. We have received and obtained information from a firm called Roger Conhaim and associates.
Q. Say that again?
A. Roger Conhaim.
Q. Can you spell Roger's last name?
A. I believe it's C-O-N-H-A-I-M.
Q. Do you think you talked to Roger Conhaim but maybe haven't gotten any --
A. Yeah, Tim Whitten and myself have spoken to

Roger Conhaim over the years a number of times, and he's -- you know, he's more in a lot of cases calling to find out what we're doing, since we're the market leader here, and you know, very often shares information with us or reports that he's developed for markets that exist within the Twin Cities.

Q. Let me start with Maxfield Research. What kind of information has Maxfield Research provided to Rottlund companies?

A. Maxfield Research has provided to us competitive information relative to resale activity, so existing homes and what they're reselling for within specific projects. They've provided us information with existing -- excuse me -- new projects which are currently being marketed and information relative to what their product offerings are, square footages, standard features, price per square foot. And then they've also provided us with information on any future projects that might be coming online based upon information that they gather from municipalities, which that information is used to help us develop product or tweak our product with the hope of being successful.

Q. Do you know how Maxfield Research gets information on new products and offerings and options

and square footage prices, things like that?
A. I'm sure they get some of it off the websites, the websites that are out there today.
Q. Of your competitors; right?
A. Of our competitors, yeah.
Q. Okay.
A. I'm sure that they shop our competition, our competitors. I'm sure that they call and interview, like they interview us regarding what we're working on and what projects we have underway. But they're a company that provides information to, as well as Roger Conhaim, to, you know, a lot of different builders and developers within the metropolitan area, not just ourselves.
Q. And does that information that Maxfield Research provides to you come in the form of reports?
A. It comes in -- Yes, it does. Yeah.
Q. Do you know how many reports you've received from Maxfield Research, approximately?
A. I think within the last -- well say within the last ten years we probably have three reports that we would have received from them.
Q. On what communities did you ask Maxfield Research to provide you with some reports or a report?

A. Sure. I believe our -- our Bayhill condominium development in the City of Minnetonka, I believe. I don't recall specifically, but I believe that we did for there. Our Rivers Pointe development in the City of Anoka. That -- That report was paid for by the City of Anoka. Our Upper Landings development in the City of St. Paul. Our Renaissance on the River project in the City of Minneapolis. And that would be the extent of what they've provided for us.
Q. What kind of product is Rottlund building in the Upper Landings in St. Paul?
A. We're building condominiums, two-level -- with two levels of underground parking and five stories of construction above.
Q. Any townhomes or single-family homes in that?
A. They're all condominiums.
Q. Okay. And in Minnetonka, Bayhill, what kind of product is Rottlund building there?
A. That was one-level underground parking with four stories of construction above.
Q. Is that also a condominium?
A. All condominiums, yeah.
Q. How about for Rivers Pointe in Anoka?
A. Rivers Pointe in Anoka was what we call a Row Craftsman product, which is a townhome product.

Q. Was the Row Craftsman product a new product for the Anoka development or was that something already in your product line?
A. No, that was a new product that we developed that we now are building in other cities also, but it was the first time that we developed that product.
Q. Is that why you had Maxfield Research give you some information, so that you kind of knew what the script or program would be for developing that Row Craftsman product?
A. Yeah, I think the -- the script or program in that particular instance was more related to the City of Anoka, which is a fully developed community, not a lot of land available and our target market there was the existing residents of Anoka and so we wanted to make sure that our price points and our square footage offerings and our standard features were appropriate to serve the existing housing market.
Q. And the Renaissance on the River in Minneapolis, what type of product is Rottlund building there?
A. We built a townhome product there, a three-level townhome product with tuck-under parking. It has a very urban location, it was our first time of building in the City of Minneapolis. There was a lot of activity as far as new projects that were in the

planning stages that were coming online, as well as some existing projects, and we just needed to get a better understanding on -- on pricing and how we might want to mold our product offering to fit with what the needs were.

Q. Was the three-level townhome product that you built on Renaissance on the River a new product for Rottlund, or is that something you had already had in your --

A. No, it was a new product.

Q. Okay.

A. All of the locations I mentioned were all new products and had never been built in other -- any other municipality.

Q. Have you ever used any of the information that you've gotten from Roger Conhaim in designing or developing new product?

A. I believe, this is before my time, but Roger Conhaim prepared a report on our Original Villas, but again it was before -- it was before my time. And we have not used him or contracted with him specifically to do anything for our company, although we have received his reports from developers who wanted us to be part of their communities in places such as the City of Bayport where Roger Conhaim had prepared a

report for contract property developers, as an example.

Q. Do you know who at Rottlund asked Mr. Conhaim to prepare his report for the Original Villas?

A. I suspect it was probably Bud Rotter at that time.

Q. Have you seen that report?

A. I have never seen that report, no.

Q. Do you know if it still exists?

A. Oh, I think it was thrown in a trash can because I think Mr. Conhaim's conclusion was is that the Villas would not work so it was not going to be a successful product.

Q. Do you know anything more about his report other than that you believe his conclusion was that the Villas wouldn't work? Anything else?

A. That's all I know. That would have been back in the 1988 timeframe, which would be prior to my employment.

Q. I'm sorry, can you say that again?

A. Oh, it would have been in the nineteen ninety -- excuse me, I'm sorry, it's late -- 1988 timeframe which would have been prior to my employment, which was in 1989.

Q. Okay. All right. I'm backing you up now to

your list of criteria that you gave me for picking land to purchase, and I think we ended up on demographics of the population. How do you get that information?

A. Sometimes what we do is we contract with a firm that provides demographic information for primarily the retail industry, McDonald's and Target and those types of companies perhaps subscribe to those types of services, will provide demographic information for a one-mile radius, or a five-mile radius, or a ten-mile radius, or we take -- and we get information from the city, very often cities have that kind of information available, or from the Metropolitan Council.

Q. Do you know what the name of the service is that provides you the demographic information?

A. Well since I --

It was Decisions, Inc. was I think the name of that service. I think it might have changed its name, but that was one of the vendors that we had used before for that kind of information.

Q. Was Decisions, Inc. used at all in determining demographics of a population in any project where the Villas had been built?

A. Wow. I -- I don't recall specifically that. I

know that we've used it for other product, like in the City of Fridley, for example, we built what we call our Gable product. I know that we used it in other instances primarily when we were dependent upon project financing. In other words, we had to go out and obtain financing for every project that we did for land development as well as some for construction financing, and that dates really back to us going public prior to '92 and prior to our current credit facility that we have. And at those times we typically had to provide marketing information in a more specific nature to the lender and so very often we obtained those reports for the lender, but that -- the majority of that dates prior to '92.

Q. Do you know if you've used Decisions, Inc. to get information on demographics of a population after that 1992 timeframe?

A. I know that we've used that type of service for our Inver Grove Heights Arbor Pointe development, but it was primarily in the marketing of commercial land in that development.

Q. Okay. I'm going to switch topics on you now and I'd like to revisit the testimony that you gave regarding the tours you've taken of product in Chicago.