# Exhibit F.1

# THE 2002 NATIONAL ASSOCIATION OF REALTORS® PROFILE OF HOME BUYERS AND SELLERS

EXHIBIT
tabbies
435



SDK 00001

**2002 OFFICERS**

*President*
Martin Edwards, Jr., CCIM, CRS

*President-Elect*
Catherine B. Whatley, CIPS, CRS, GRI, LTG

*First Vice President*
Walt McDonald

*Treasurer*
Pat Kaplan, CRB, GRI

*Immediate Past President*
Richard Mendenhall, CCIM, CIPS, CRB

*Vice President & Liaison to Committees*
[illegible]

*Vice President & Liaison to Government Affairs*
[illegible]

*Executive Vice President/CEO*
Terrence M. McDermott



**NATIONAL ASSOCIATION OF REALTORS**
430 N. Michigan Avenue
Chicago, IL 60611-4087
800.874.6500
Web site: http://www.realtor.org


NATIONAL ASSOCIATION OF REALTORS®

REALTOR® *The Voice For Real Estate*

The NATIONAL ASSOCIATION OF REALTORS®, "The Voice For Real Estate," is the nation's largest professional association, representing more than 800,000 members involved in all aspects of the real estate industry.

REALTOR®, REALTORS®, and REALTOR-ASSOCIATE® are registered collective membership marks that identify, and may be used only by, real estate professionals who are members of the NATIONAL ASSOCIATION OF REALTORS® and subscribe to its strict Code of Ethics.

SDK 00002