Exhibit F.3

## REPEAT VS. FIRST-TIME BUYERS

First-time homebuyers represent new opportunities for real estate professionals, and they have always been a vital segment of the housing market. In 2001, 42 percent of homebuyers were first-time homebuyers, the same proportion as in 1999. This means that first-time homebuyers accounted for roughly 2,916,000 home sales (new and existing single-family and condo) in 2001. The Northeast and West had a higher percentage of first-time homebuyers compared to the other two Census regions.

First-time homebuyers generally are younger than experienced homebuyers, and usually not as wealthy. The typical first-time homebuyer in 2001 was 31 years old—10 years younger than the typical repeat buyer. Further, the median 2001 household income for first-time buyers was $60,300—$17,600 lower than the $77,900 earned by repeat homebuyers.

*First-time homebuyers generally are younger than those homebuyers who have previously owned a home.*

**FIGURE I-3**

### PERCENTAGE OF FIRST-TIME BUYERS, BY REGION




**TABLE I-4**

### AGE OF FIRST-TIME BUYERS VS. REPEAT BUYERS

*(Percentage Distribution)*

| | 1st time Buyer | Repeat Buyer |
|---|---|---|
| Less than 25 years | 11% | 1% |
| 25-34 years | 53 | 19 |
| 35-44 years | 25 | 34 |
| 45-54 years | 9 | 26 |
| 55-64 years | 3 | 13 |
| 65 years or older | * | 7 |
| Median | 31 years | 41 years |

* Less than one percent

SDK 00011

**TABLE I-5**

### ESTIMATED HOUSEHOLD INCOME OF HOMEBUYERS FOR 2001

*(Percentage Distribution)*

| | First Time Buyers | Repeat Buyers |
|---|---|---|
| Under $25,000 | 3% | 2% |
| $25,000-34,999 | 11 | 5 |
| $35,000-44,999 | 16 | 7 |
| $45,000-59,999 | 17 | 12 |
| $60,000-69,999 | 16 | 11 |
| $70,000-99,999 | 22 | 25 |
| $100,000-124,999 | 8 | 16 |
| $125,000-149,999 | 4 | 9 |
| $150,000 or more | 4 | 13 |
| Median | $60,300 | $77,900 |

Case 0:01-cv-01980-DWF-AJB Document 642-12 Filed 11/01/2004 Page 3 of 12



## SECOND HOMES

Repeat buyers do not necessarily sell a home at the same time they purchase one. Some decide to purchase a second home—or decide to hold on to their previous home—for either investment or vacation purposes.

Nearly six percent of all homebuyers (that is nine percent of all repeat homebuyers) purchased a second home in 2001. This is comparable to 1999 when six percent of all homes purchased, including ten percent of homes purchased by repeat buyers, were second homes.

The typical second-home buyer is more likely to be married and is older than are other buyers. Over seven out of ten second-home buyers are married, compared to two thirds of all buyers. Second-home buyers had a median age of 46 years—ten years older than the typical homebuyer. Further, they earned greater incomes, with the typical second-home buyer earning $77,700 in 2001.

**FIGURE I-4**

### SECOND/VACATION HOMEBUYERS HOUSEHOLD COMPOSITION

*(Percentage Distribution)*




*Detail may not add to 100 percent due to rounding*

**TABLE I-6**

### HOUSEHOLD INCOME FOR SECOND HOME BUYERS, 2001

*(Percentage Distribution)*

| | Percent |
|---|---|
| Under $25,000 | 1% |
| $25,000-34,999 | 8 |
| $35,000-44,999 | 6 |
| $45,000-59,999 | 16 |
| $60,000-69,999 | 7 |
| $70,000-99,999 | 22 |
| $100,000-124,999 | 13 |
| $125,000-149,999 | 10 |
| $150,000 or more | 17 |
| Median | $77,700 |

SDK 00012

## PRIOR LIVING ARRANGEMENT

Forty-five percent of homebuyers surveyed had rented an apartment or house prior to the purchase of their home, with another two percent purchasing the home they had been renting. Eleven percent of homebuyers lived with parents/relatives/friends, up from seven percent in 1999.

Forty-three percent of homebuyers previously owned a home prior to their recent purchase—up from 36 percent in 1999. The South and Midwest had the highest percentage of repeat buyers—44 percent.

## PRIMARY REASON FOR MAKING A HOUSING CHANGE

The vast majority of homes purchased in 2001 were solely for a place of residence for the buyer. This is consistent with prior surveys.

There are numerous reasons why people decide to purchase a home—space considerations, financial advantages, or employment considerations, to name a few. But the most popular reason for making a housing change was the desire of the homebuyers to own their own home. Forty percent of all homebuyers and over three fourths of first-time homebuyers cited this as their reason.

Reasons for making a housing change did vary across regions. Eighteen percent of homebuyers in the Midwest moved either because of corporate relocation or a new job. Eleven percent of buyers in the Northeast moved primarily to purchase a larger home for investment or tax purposes.

**TABLE I-7**

### PREVIOUS LIVING ARRANGEMENT

*(Percentage Distribution)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Rented an apartment/condo/townhouse/single-family home | 45% | 45% | 46% | 44% | 44% |
| Owned previous residence | 43 | 41 | 44 | 44 | 42 |
| Lived with parent/relatives/friends | 11 | 13 | 9 | 10 | 12 |
| Rented the home that was ultimately purchased | 2 | 1 | 1 | 2 | 2 |

**TABLE I-8**

### PRIMARY REASON FOR MAKING HOUSING CHANGE

*(Percentage Distribution)*

| | Nationwide |
|---|---|
| Desired owning a home of my own | 40% |
| Desire more Space | 16 |
| Corporate relocation or new job in another area | 13 |
| Larger home: investment/tax deduction/upscale neighborhood | 6 |
| Desired to be closer to job, school, relatives, mass transit | 5 |
| Needed less space (children left, divorce, death) | 3 |
| Decline of previous neighborhood | 2 |
| Wanted a newly constructed home | 2 |
| Retirement | 2 |
| Health/age (too much yard/stairs, allergies) | 2 |
| Desired second home | 1 |
| Other | 9 |

* Less than one percent

SDK 00013

## FACTORS THAT INFLUENCED DECISION TO CHOOSE THE HOME RECENTLY PURCHASED

Just as there are many reasons why people make a housing change, there are also many factors that homebuyers consider when choosing a home to purchase. Neighborhood (74 percent) and price (58 percent) were the factors most widely cited by recent homebuyers.

Households with children under the age of 18 are more likely to consider schools in their housing choice—nearly half of homebuyers with children reported schools as a factor. Work (29 percent) as well as friends/family (23 percent) were also significant factors for why people made a housing change in 2001.

## DISTANCE MOVED

Most households relocate within the same general geographical, suburban or metropolitan area. In 2001, the typical homebuyer moved a relatively short distance—seven miles.

Of course, not all housing changes are simply to another home on the same block or in the same neighborhood. Over 20 percent of all homebuyers in 2001 moved at least 50 miles. More than half of those long–distance moves were prompted by corporate relocations. For first-time homebuyers, the median distance drops slightly below seven miles. Just over nine percent of first-time homebuyers moved more than 50 miles.

**TABLE I-9**

### FACTORS INFLUENCING HOUSING CHANGE

*(Percentage of Respondents)*

| | Percent |
|---|---|
| Neighborhood | 74% |
| Price | 58 |
| Work | 29 |
| School | 29 |
| Friends/Family | 23 |
| Parks/Recreation Facilities | 15 |
| Shopping Center | 11 |
| Planned Community | 9 |
| Public Transportation | 4 |
| Potential Rental Income | 6 |
| Health Facilities | 2 |
| Entertainment | 8 |

**TABLE I-10**

### MEDIAN DISTANCE BETWEEN NEW AND PREVIOUS RESIDENCE

*(Miles)*

| | Nationwide | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| 1999 | 10 | 8 | 8 | 10 | 10 |
| 2001 | 7 | 7 | 7 | 7 | 7 |

## THE HOME

Slightly more than one out of five homebuyers purchased a newly constructed home, virtually the same proportion as in 1999. On a regional basis, 26 percent of home sales in the Northeast were newly constructed homes—a significant change in composition compared to 1999 when 11 percent of homes purchased were new homes.

The vast majority of the nation's housing stock consists of single-family homes. As a result, most housing transactions deal with this category of residential property. Around 87 percent of homes purchased in 2001 were single-family homes.

Suburbs are the most likely location of a newly purchased home. Fifty-five percent of homebuyers in 2001 purchased residences in suburban subdivisions. Suburban locations were the choice of more than half of homebuyers across all four regions.

**FIGURE I-5**

### TYPE OF HOME PURCHASED, EXISTING VS. NEW, BY REGION

*(Percentage Distribution)*




**TABLE I-11**

### CHARACTERISTICS OF HOME PURCHASED

*(Percentage Distribution)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Detached single-family home | 87% | 90% | 92% | 83% | 88% |
| Other | 13 | 10 | 8 | 17 | 12 |

*Other includes apartment/condos/co-ops, town or row houses, 2-3 family homes (duplex/triplex) and other*

SDK 00015

But homes in urban areas are also popular. In 2001, 35 percent of buyers purchased homes within a city neighborhood, and city locations were most popular among Northern and Western homebuyers. First-time homebuyers were more likely to purchase homes in a city—not surprising since first-time buyers tend to be younger and prefer smaller homes than older repeat homebuyers do. Forty-four percent of first-time homebuyers purchased their home in a city neighborhood compared to 29 percent of repeat homebuyers.

**TABLE I-12**

### LOCATION OF HOME PURCHASED

*(Percentage Distribution)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Suburban neighborhood/subdivision | 55% | 54% | 57% | 57% | 52% |
| Within a city neighborhood | 35 | 40 | 31 | 33 | 40 |
| Rural | 8 | 6 | 10 | 9 | [illegible] |
| Resort property | * | * | * | * | 1 |
| Other | [illegible] | [illegible] | [illegible] | 1 | [illegible] |

| | 1st Time Buyer | Repeat Buyer |
|---|---|---|
| Within a city neighborhood | 44% | 29% |
| Suburban neighborhood/subdivision | 50 | 59 |
| Rural | [illegible] | 10 |
| Resort property | * | 1 |
| Other | [illegible] | 1 |

* *Less than one percent*

SDK 00016

# CHAPTER 2: HOMEBUYING: THE SEARCH PROCESS

THE 21ST CENTURY BEGAN WITH A RED-HOT HOUSING MARKET. HOMEBUYERS PURCHASED more than 6.2 million homes—both existing and new—in 2001, an increase from the 6 million homes purchased in 2000. The housing market will still be strong by historic standards through 2002 and 2003.

Every homebuyer who purchased one of those 6.2 million homes went through a process of searching for that property. Despite the plethora of information sources accessible to consumers, including the Internet, homebuyers continue to trust the experience and know-how that real estate brokers and agents provide. In 2001, nearly seven out of ten homebuyers used a real estate professional for both the home search and to complete the transaction.

*Nearly seven out of ten homebuyers used a real estate agent as an information source for their home search.*

SDK 00017

## THE HOME SEARCH

In 2001, the typical homebuyer took seven weeks to search for a home—down from eight weeks a decade ago. Interestingly, there is no difference in the length of the home search for first-time and repeat homebuyers. The typical seven-week home search was also consistent across regions.

The typical homebuyer in 2001 walked through ten homes before choosing the residence that was ultimately purchased. Regionally, homebuyers in the Northeast typically looked at 11 homes, compared to seven in the South. In 1991, the median number of home visits was 12.

## THE ROLE OF REAL ESTATE PROFESSIONALS

Using a real estate professional is still the preferred method of purchasing a home. Nearly seven out of ten homebuyers used a real estate agent and/or broker to complete their transaction. Fifteen percent of homebuyers purchased their home directly from a homebuilder, and the same percent of buyers purchased their home directly from the home's previous owner. Both of these methods of home purchase increased significantly from 1999.

**TABLE II-1**

### ACTIVE HOME SEARCH

| Median Number of weeks | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| 1999 | 8 | 10 | 8 | 8 | [illegible] |
| 2001 | 7 | 7 | 7 | 7 | 7 |
| **Number of homes seen** | | | | | |
| 1999 | 10 | 10 | 10 | 10 | 10 |
| 2001 | 10 | 11 | 8 | 7 | 10 |

**TABLE II-2**

### METHOD OF HOME PURCHASE

*(Percentage Distribution)*

| | 1995 | 1997 | 1999 | 2001 |
|---|---|---|---|---|
| Through a real estate agent/broker | 81% | 79% | 79% | 69% |
| Direct from the builder | 9 | 9 | 11 | 15 |
| Directly from the previous owner | 9 | 11 | 9 | 15 |
| Through a foreclosure or trustee sale | 1 | 1 | 1 | 1 |

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Through a real estate agent/broker | 69% | 66% | 70% | 71% | 68% |
| Direct from the builder | 15 | 22 | 12 | 14 | 16 |
| Directly from the previous owner | 15 | 12 | 17 | 13 | 16 |
| Through a foreclosure or trustee sale | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

* *Less than one percent*

SDK 00018

## INFORMATION SOURCES

Homebuyers usually consult a variety of information sources in their home search. But despite the growing number of these sources over the years, one constant has remained: most homebuyers value the information they receive from a real estate professional.

In 2001, nearly four out of five homebuyers used a real estate agent as an information source during their home search. This proportion is virtually unchanged from that found in 1999. The use of real estate agents was consistent across regions and did not differ significantly among first-time or repeat buyers.

Other popular information sources included newspaper advertisements, yard signs, home book/magazines, and open houses. More than two out of five homebuyers consulted newspaper advertisements—a decrease from survey results during the mid-1990s. Use of yard signs and home book/magazines decreased in 2001, but both were still listed as important information sources.

The most striking change has been in the use of open houses. In 1995, 41 percent of homebuyers reported that open houses were an information source. This figure dropped to 28 percent in 1999, and remained low at 29 percent in 2001.

The Internet is now beyond its initial revolutionary surge of the mid-to-late 1990s, and has grown into a primary informational source for homebuyers. In 2001, 41 percent of homebuyers used the Internet in their home search. This makes the Internet the second most widely used resource—along with

**TABLE II-3**

### INFORMATION SOURCES USED IN HOME SEARCH

*(Percent of Respondents)*

| | 1995 | 1997 | 1999 | 2001 |
|---|---|---|---|---|
| Real estate agent | 86% | 82% | 80% | 79% |
| Newspaper advertisement | 51 | 51 | 43 | 41 |
| Internet | 2 | 18 | 37 | 41 |
| Yard sign | 37 | 38 | 36 | 32 |
| Home book/magazine | 30 | 34 | 29 | 24 |
| Open house | 41 | 39 | 28 | 29 |
| Friend/neighbor/relative | 29 | 24 | [illegible] | 21 |
| Builders | 15 | 9 | 10 | 11 |
| Television | 8 | 6 | 5 | 4 |
| Knew the seller* | 6 | 6 | 5 | 5 |
| Real estate phone hotline | 4 | 4 | [illegible] | 2 |
| Relocation company | 4 | 3 | 2 | 2 |
| Yellow Pages | [illegible] | 1 | 1 | [illegible] |
| Other | 2 | 2 | 4 | 2 |

* *Less than one percent*

*In 2001, 41 percent of homebuyers used the Internet as an information source in their home search.*

SDK 00019

newspaper ads—in searching for a home.

## LEARNING ABOUT THE HOME

Homebuyers may use several information sources in their search process, but they are still most likely to actually find the home that they will purchase through a real estate professional. And the Internet has not diminished the role of real estate agents in matching a home with a buyer. In 1989, long before the Internet had any influence on real estate, 50 percent of homebuyers first learned about their home from their real estate agent. In 2001, nearly one half of all homebuyers first learned about the home they ultimately purchased through a real estate agent.

However, the Internet is now a major source of information for homebuyers in their home search—on a par with friends/neighbors and relatives, and newspapers. In 2001, eight percent of homebuyers found their home on the Internet—up from four percent in 1999.

Consistent with prior studies, yard signs was the second most widely cited source where homebuyers first learned about the home that they purchased. In 2001, 15 percent of homebuyers found their home from seeing a yard sign, the same percent as 1999. Other widely cited sources of information were friends/relatives and newspaper advertisements.

**TABLE II-4**

**WHERE BUYER FIRST LEARNED ABOUT HOME PURCHASED**

*(Percentage Distribution)*

| | 1995 | 1997 | 1999 | 2001 |
|---|---|---|---|---|
| Real estate agent | 50% | 50% | 49% | 48% |
| Yard sign | 18 | 17 | 15 | 15 |
| Newspaper advertisement | 9 | 8 | 8 | 7 |
| Friend/neighbor/relatives | 7 | 9 | 8 | 8 |
| Builder | 3 | [illegible] | [illegible] | [illegible] |
| Internet | * | 2 | 4 | 8 |
| Home book/magazine | 3 | [illegible] | [illegible] | [illegible] |
| Knew the seller | 3 | 4 | 3 | 4 |
| Open house | 5 | 4 | 2 | 3 |
| Other | * | * | 4 | 3 |

** Less than one percent*

*The Internet has not diminished the role of real estate agents in the home search process.*

SDK 00020

## FUTURE INFORMATION SOURCES

Despite the continued evolution of information sources for housing, homebuyers will continue to rely on the expertise of real estate professionals for their future real estate transactions. Eighty-seven percent of homebuyers surveyed expect to use a real estate agent as an information source in their next home purchase. Real estate professionals clearly are serving their customers well because agent-assisted homebuyers are even more likely to use a real estate professional again. Ninety-two percent of homebuyers who used a real estate agent in their most recent transaction expect to do so in their next transaction.

Homebuyers also expect to use newspapers, friends/relatives, open house, and yard signs in their next home search. Once again, the Internet appears to have an increasingly important role in real estate transactions. Nearly 80 percent of homebuyers expect to use the Internet as an information search in the near future.

**TABLE II-5**

### FUTURE INFORMATION SOURCES FOR HOMEBUYERS

*(Percent of Respondents)*

| | Would Use Again | Would not use again | Don't know/Not sure |
|---|---|---|---|
| Real Estate Agent | 87% | 4% | 9% |
| Builder | 39 | 6 | 55 |
| Friend/neighbor/relative | 77 | 3 | 20 |
| Home book/magazine | 56 | 10 | 34 |
| Internet | 79% | [illegible] | 16 |
| Newspaper advertisement | 80 | 4 | 16 |
| Open house | 82 | 3 | 15 |
| Real estate phone hotline | 17 | 20 | 64 |
| Relocation company | 13 | 18 | 69 |
| Television | 27 | 17 | 57 |
| Yard sign | 75 | 4 | 21 |
| Yellow Pages | 10 | 25 | 65 |