# Exhibit F.4

# CHAPTER 3: HOMEBUYING: THE ROLE OF REAL ESTATE PROFESSIONALS

REAL ESTATE AGENTS AND BROKERS CONTINUE TO PLAY A VITAL ROLE IN THE HOME SEARCH.

Quality service by real estate professionals leads to more business. Nearly half of homebuyers either chose a real estate agent that they previously used, or followed the recommendations of friends, relatives or neighbors when choosing a real estate professional to complete the real estate transaction.

*Referrals and/or prior experience generate the majority of business for real estate agents.*

SDK 00022

## REAL ESTATE AGENTS

In 2001 real estate agents continued to play an important role in the home search process. Typically, homebuyers hired the first real estate agent they interviewed and remained with that agent throughout their home search. Homebuyers in the South were more likely to interview and/or use more than one real estate agent for the home search. Interestingly, the number of real estate agents typically interviewed was almost identical for first-time homebuyers—nearly 60 percent of the first-time buyers surveyed said they interviewed only one agent before choosing the one used to buy the house.

Repeat homebuyers interview fewer real estate agents because they frequently use the same real estate professional they used in a previous transaction. Twenty percent of repeat homebuyers specifically chose their agent because they had used the agent in a prior transaction.

In general, referrals and/or prior experience generate the majority of business for real estate agents. In 2001, more than a third of homebuyers chose an agent who was currently or was previously used by either a friend or relative. Another seven percent of homebuyers chose their agent because of the agent's reputation. Referrals from employers, real estate brokers, and membership organizations resulted in another nine percent of homebuyers matching up with their agent.

Other popular sources of potential clients for real estate professionals included personal contact by agents,

**TABLE III-1**

### NUMBER OF REAL ESTATE AGENTS INTERVIEWED

*(Percentage Distribution)*

| One | Two | Three | Four | Five or More |
|---|---|---|---|---|
| [illegible] | 22% | 13% | [illegible] | [illegible] |

**FIGURE III-1**

### THE NUMBER OF REAL ESTATE AGENTS USED IN THE HOME SEARCH




**TABLE III-2**

### REASON FOR CHOOSING REAL ESTATE AGENT

*(Percentage Distribution)*

| | All | 1st time buyer | Repeat buyer |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| Used agent previously to buy or sell house | 13 | 3 | 20 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| For sale sign/brochure box | 7 | 6 | 7 |
| [illegible] | 4 | [illegible] | [illegible] |
| Personal contact by agent | 9 | 11 | 7 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Walked into office and agent was on duty | 6 | 6 | 5 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Newspaper ad | 2 | 2 | 2 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Internet/on-line/Web site | 3 | 3 | 3 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Yellow pages ad | * | 1 | * |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Referred through my membership organization | 1 | * | 1 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Advertising specially | * | 1 | * |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Agents Association with a firm | 4 | 3 | 4 |

* *Less than one percent*

*Note: Detail may not add to 100 percent due to multiple responses.*

SDK 00023

for-sale signs, open houses, and buyers walking into real estate offices.

## AGENT COMPENSATION

Traditionally, the home seller compensates the real estate professional who facilitates the sales transaction, and this tradition continued in 2001. In roughly 60 percent of the cases, the home seller fully compensated the real estate agent serving the homebuyer. In just 17 percent of the cases did the homebuyer fully compensate their own (buyer) agent.

## CLIENT EXPECTATIONS

Real estate professionals best serve their clients when they know what homebuyers expect from them. In the recent survey, two out of three homebuyers reported that the most important service provided by a real estate agent is helping buyers find the right home. Nine percent of homebuyers felt the most important function of their real estate professional was to help with price negotiations. For ten percent of homebuyers, help with paperwork was the most important service that real estate professionals provide.

First-time homebuyers have unique needs that real estate agents can fulfill. Eight percent of first-time buyers most wanted their real estate agent to help them figure out how much housing they could afford. Five percent wanted help in finding and arranging financing.

**TABLE III-3**

### BUYER'S AGENT COMPENSATION

*(Percentage Distribution)*

| Paid by: | All | 1st time buyer | Repeat buyer |
|---|---|---|---|
| Seller | 60% | 57% | 64% |
| Buyer | 17 | 14 | 20 |
| Both the buyer and seller | 8 | 7 | 9 |
| Don't know | 14 | 22 | 7 |

**TABLE III-4**

### WHAT BUYERS WANT MOST FROM REAL ESTATE PROFESSIONALS

*(Percentage Distribution)*

| | 1st time buyer | Repeat buyer |
|---|---|---|
| Help you find the right house to purchase | [illegible] | [illegible] |
| Help with price negotiations | 9 | 9 |
| Help your paper work | 9 | 10 |
| Tell you what comparable home are selling for | 4 | 6 |
| Tell you how much house you can afford | 8 | [illegible] |
| Help find and arrange for financing | 5 | 3 |

**FIGURE III-2**

### WHAT BUYERS WANT MOST FROM REAL ESTATE PROFESSIONALS

*(Percentage Distribution of All Survey Respondents)*




SDK 00024

## AGENT REPRESENTATION AND BUYER AGENCY

Satisfaction with a real estate professional can be related to the level of understanding that the homebuyer has of the role and obligation of the agent. Knowing whether the real estate agent represents the buyer or the seller is an example. More than half of all homebuyers surveyed indicated that their real estate agent asked them to sign a disclosure form indicating whom the agent represented in the transaction. Two thirds of repeat homebuyers signed a disclosure statement with their real estate agent.

In many cases, homebuyers sign agreements with their real estate agents in which the real estate professional agrees to represent only the buyer. In 2001, nearly half of all homebuyers who used the services of a real estate professional made a "buyer's representative" agreement with their agent. Buyers in the Midwest and South were more likely to have a "buyer's representative" arrangement than those in the Northeast or West.

In more than half of all transactions, the home seller compensates buyer representatives. Less frequently, the buyer pays the agent a percentage of the sales price of the home; there are also cases in which both the buyer and seller compensate the agent.

**TABLE III-5**

### AGENT REPRESENTATION DISCLOSURE

*(Percentage Distribution)*

| Disclosure Statement Signed | All | 1st time buyer | Repeat buyer |
|---|---|---|---|
| At first meeting | [illegible] | [illegible] | [illegible] |
| When contract written | 26 | 27 | 27 |
| No | [illegible] | 20 | [illegible] |
| Don't know/Not sure | 21 | 24 | 20 |

**TABLE III-6**

### BUYER REPRESENTATIVE ARRANGEMENTS WITH REAL ESTATE AGENT

*(Percentage Distribution)*

| | U.S. | 1st time buyer | Repeat buyer |
|---|---|---|---|
| Written Agreement | [illegible] | [illegible] | [illegible] |
| Oral agreement | 8 | 6 | 9 |
| No | [illegible] | [illegible] | [illegible] |
| Not sure | 33 | 38 | 29 |

**TABLE III-7**

### BUYER REPRESENTATIVE COMPENSATION*

*(Percentage Distribution)*

| | All | 1st time buyer | Repeat buyer |
|---|---|---|---|
| Paid by seller | [illegible] | [illegible] | [illegible] |
| Don't know | 13 | 16 | 11 |
| Paid by buyer, % of total | 20 | [illegible] | [illegible] |
| Paid by buyer and seller | 10 | 8 | 11 |
| Paid by buyer, flat fee | [illegible] | [illegible] | [illegible] |
| Other | 2 | 1 | 3 |

* *Agents who represent buyer exclusively in transaction.*

Nearly 50 percent of agents who acted as a buyer representative in a transaction actually served both homebuyers and sellers in their practice. Only 14 percent of these buyer representatives represented only homebuyers in their practice. Interestingly, nearly four out of ten of the buyers were not sure if their agent represented them exclusively in the transaction.

## WHO PAID THE AGENT

In the majority of real estate transactions, the seller pays the real estate agent who assists in the purchase of a home. In 2001, the buyer paid the agent 17 percent of the time. In eight percent of the transactions, the buyer and the seller shared the cost.

## HOME INSPECTION

The majority of homebuyers used the services of a home inspector prior to closing on the home purchase transaction. Almost three quarters of buyers in 2001 used a home inspector prior to closing. First-time homebuyers were more likely to use a home inspector than were repeat buyers.

## FAIR HOUSING

Seventy-five percent of homebuyers surveyed reported that their real estate agent advised them of their rights under the Fair Housing laws. But this could be a low estimate, since a significant percent (17%) of homebuyers was not sure if they were advised of these rights.

**TABLE III-8**

### EXCLUSIVE BUYER REPRESENTATION

*(Percentage Distribution)*

| | All | 1st time buyer | Repeat buyer |
|---|---|---|---|
| Yes | 14% | 13% | 15% |
| No—he/she also represents sellers | 47 | 43 | 50 |
| Don't know | 39 | 44 | 35 |

**TABLE III-9**

### WHO PAID THE REAL ESTATE AGENT WHO REPRESENTED BUYER

*(Percentage of Respondents)*

| | Percent |
|---|---|
| Buyer | 17% |
| Seller | 61 |
| Both buyer and seller | 8 |
| Don't know | 14 |

**FIGURE III-3**

***Did homebuyer use a home inspector prior to closing?***




**TABLE III-10**

### FIRST-TIME AND REPEAT HOMEBUYER USE OF HOME INSPECTOR

*(Percent)*

| | Percent |
|---|---|
| First-time homebuyers | [illegible] |
| Repeat homebuyers | 68 |

SDK 00026

Only three percent of homebuyers felt that there were cultural barriers that made it difficult to complete their transaction. This conclusion is similar to that found in previous homebuyer/seller surveys.

## SERVICES RECOMMENDATIONS AND BUY RATE

Homebuyers rely on real estate professionals to help them find the home of their dreams and to make the settlement process as smooth as possible. In recent years though, real estate agents have become resources for information about products and services related to the purchase of a home as well as the moving process.

Eight out of ten homebuyers received recommendations from their real estate professional about providers of other real estate related services and/or products. The majority of homebuyers who received at least one recommendation purchased at least one product and/or service based on the recommendation given by the real estate agent. First-time and repeat homebuyers were just as likely to follow the recommendations offered by their real estate agent.

Among the most widely reported services and products recommended in 2001 were home inspectors, title insurance, mortgage lending, appraising, and termite/insect inspectors. These were not only the

**FIGURE III-4**

***Do you feel that there were cultural barriers that made it difficult to complete your transaction?***




**TABLE III-11**

### FAIR HOUSING LAWS

*(Percentage Distribution)*

| ***Did your real estate agent advise you of rights under the Fair Housing Laws?*** | Percent |
|---|---|
| Yes | [illegible] |
| No | 8 |
| Don't know/not sure | [illegible] |

**TABLE III-12**

### RECOMMENDATION OF REAL ESTATE RELATED GOODS AND SERVICES

*(Percentage of Respondents)*

| | Yes, and buyer used it | Yes, but buyer used someone else | No Recommendation Made |
|---|---|---|---|
| Home inspector | 72% | [illegible] | [illegible] |
| Title company/insurance | 66 | 5 | 24 |
| Termite/insect inspector | 59 | 6 | [illegible] |
| Appraiser | 55 | 6 | 39 |
| Mortgage lender | 54 | 17 | [illegible] |
| Home warranty | 47 | 6 | 47 |
| Land surveyor | 23 | [illegible] | [illegible] |
| Lead-based paint inspection | 23 | 4 | 73 |
| Radon inspection | 24 | 4 | [illegible] |
| Settlement attorney | 31 | 5 | 64 |
| Homeowners insurance | 24 | 17 | [illegible] |
| Home improvement companies | 20 | 7 | 73 |
| Appliance repair/sales | 16 | [illegible] | 79 |
| Moving company | 8 | 6 | 86 |
| Utility hook ups | [illegible] | [illegible] | 66 |

SDK 00027

most likely recommended services, but were also the ones that homebuyers were most likely to follow.

Such recommendations for real estate related products and services can be valuable for homebuyers, especially since they are usually preoccupied with other facets of the real estate transaction and could use sound advice from those with the experience and know-how that real estate agents offer. Forty-four percent of homebuyers who purchased services and/or products recommended by their real estate agent did so because of convenience. Another 29 percent followed their agent's recommendations because of the reputation of either the real estate firm or agent.

It is becoming clear that a growing number of homebuyers would like their real estate agent and/or firm to provide a broad menu of real estate related goods and services. In the 2001 survey, 40 percent of homebuyers stated that they would choose a real estate agent and/or firm because it offers goods and services like insurance and mortgage finance, up from 27 percent in 1999. Another 32 percent of homebuyers were not sure if offering such services would play a role in their choice of a real estate agent or firm.

*Four out of ten homebuyers say they would choose a real estate agent or firm because it offers real estate related goods and services like insurance and mortgage finance.*

**TABLE III-13**

**REASON FOR USING RECOMMENDED GOODS AND SERVICES**

*(Percentage Distribution of buyers who got recommendations)*

| | Percent |
|---|---|
| Convenience | 44% |
| Reputation of sales agent/real estate firm | 29 |
| Quality of service | [illegible] |
| Did not purchase any service recommended | 8 |
| Price | 7 |

**TABLE III-14**

**FUTURE AGENT CHOICE BASED ON GOODS AND SERVICES OFFERED**

*(Percentage Distribution)*

**Would buyer choose agent based on availability of a menu of goods & services?**

| | Percent |
|---|---|
| Yes | 40% |
| No | 28 |
| Not sure | 32 |

SDK 00028

## USING THE SAME REAL ESTATE AGENT AGAIN

The ability of real estate agents to meet the needs of their clients explains why those clients return to them for future transactions. Two thirds of homebuyers would definitely use the same real estate agent in a future transaction. An additional 18 percent of homebuyers believe that they might use the same agent, while just ten percent were sure that they will use a different agent in the future. These high levels of homebuyer satisfaction are consistent across all four Census regions and among both first-time and repeat homebuyers.

**TABLE III-15**

## USE OF REAL ESTATE AGENT IN NEXT HOME PURCHASE

*(Percentage Distribution)*

| | 1995 | 1997 | 1999 | 2001 |
|---|---|---|---|---|
| Definitely would use same agent again | 67% | 70% | 61% | 67% |
| Might use again | 21 | 17 | 20 | 18 |
| Definitely would not use again | 8% | [illegible] | [illegible] | 10% |
| Don't know/not sure | 4 | 5 | 6 | 5 |

SDK 00029