Exhibit F.5

# CHAPTER 4: HOMEBUYERS' USE OF THE INTERNET

THE INTERNET HAS CHANGED HOW MANY COMPANIES CONDUCT BUSINESS—FROM SELLING books to trading stocks and bonds. Real estate is no exception. In recent years, real estate firms and real estate professionals have created Web sites to market their services and post their listings. In 2001, more than 40 percent of REALTORS® had a Web page, and more than 75 percent of them used e-mail in their real estate practice.

The Internet is also a significant tool for homebuyers. Generally, homebuyers use the Internet as a search tool in conjunction with—not as a substitute for—the services offered by real estate professionals. In fact, buyers who search for homes on the Internet are actually more likely to use a real estate professional to complete the transaction.

*In 2001, the majority of buyers who purchased a home they found online still used a real estate agent to close the deal.*

SDK 00030

## INTERNET USERS

In 2001, 41 percent of homebuyers used the Internet as an information source. Internet users accessed real estate Web sites primarily to search for listings and generally found the experience to be helpful.

Users of the Internet as a home search tool tend to be younger and earn more than that their non-Internet using counterparts. In 2001, the typical homebuyer who used the Internet in the home search was married, 36 years old, and earned $77,100. As a comparison, the typical non-Internet using homebuyer in the same year was married, 40 years old, and earned $65,100.

Homebuyers who used the Internet in their home search were, in other ways, not unlike other homebuyers who did not use the Internet in the homebuying transaction. For example, both groups typically did not have children under the age of 18 (although those who used the Internet were slightly more likely to have children). Also, both groups were just as likely to have two wage earners in their household.

**TABLE IV-1**

### CHARACTERISTICS OF INTERNET HOME SEARCHERS

*(Percentage Distribution)*

| Household composition | Internet user | Non-Internet user |
|---|---|---|
| Married couple | [illegible] | 65% |
| Single female | 12 | 16 |
| Single male | [illegible] | 8 |
| Unmarried couple | 7 | 8 |
| Other | [illegible] | [illegible] |

| Age of respondent | Internet user | Non-Internet user |
|---|---|---|
| Less than 25 years | [illegible] | [illegible] |
| 25-29 years | 16 | 12 |
| 30-34 years | [illegible] | [illegible] |
| 35-39 years | 18 | 16 |
| 40-44 years | [illegible] | [illegible] |
| 45-49 years | 9 | 13 |
| 50-54 years | [illegible] | [illegible] |
| 55-64 years | 6 | 11 |
| 65 years or older | [illegible] | [illegible] |
| Median | 36 years | 40 years |

SDK 00031

Homebuyers who searched for residential property on the Internet purchased more expensive homes. The median sales price for Internet homebuyers was 19 percent higher than the median price for other homebuyers. These same Internet homebuyers were more likely than other homebuyers to purchase single-family homes that were located in suburban locations.

**TABLE IV-2**

## CHARACTERISTICS OF HOME PURCHASED BY INTERNET HOME SEARCHERS

| Type of home purchased* | Internet user | Non-Internet user |
|---|---|---|
| Detached single-family home | 92% | 83% |
| Other | 8 | 17 |

| Location of Home* | Internet user | Non-Internet user |
|---|---|---|
| Suburban neighborhood/subdivision | 60% | [illegible] |
| Within a city neighborhood | 32 | 38 |
| Rural | 8 | [illegible] |
| Resort property | 1 | 1 |
| Other | [illegible] | [illegible] |

*(Percentage Distribution)*

## THE INTERNET AND REAL ESTATE PROFESSIONALS

In the early days of the Internet as a home search tool, some prognosticators feared that the Internet would weaken the role of real estate professionals in housing transactions. Survey results indicate these fears were unfounded. Homebuyers who searched on the Internet are actually more likely to use a real estate agent to complete the home search and close the transaction. In 2001, 77 percent of homebuyers who searched on the Internet purchased their homes through real estate professionals, compared to a still high 64 percent for other homebuyers. Further, homebuyers who did not search on the Internet were more likely to purchase their home directly from the previous owner.

**TABLE IV-3**

## METHOD OF HOME PURCHASE

*(Percentage Distribution)*

| | Internet user | Non-Internet user |
|---|---|---|
| Through a real estate agent/broker | 77% | 64% |
| Directly from the previous owner | 12 | 17 |
| Through a foreclosure or trustee sale | [illegible] | [illegible] |
| Directly from the builder | 10 | 19 |

SDK 00032

Further evidence of the continued importance of real estate professionals, despite the presence of the Internet, are the actions that Web users take as a result of surfing online. In 2001, the vast majority of those who purchased a home that they found online still used a real estate agent to close the deal. Further, nearly 70 percent of all Internet using homebuyers visited a home with a real estate agent as a result of their use of a real estate Web site.

Survey results indicate that Internet users also sought out information from a wider variety of sources than did the typical homebuyer. Fifty-four percent of Web users searched newspaper advertisements compared to 41 percent of all homebuyers. Also, 37 percent of online searchers went to open houses compared to 29 percent of all homebuyers.

## WHAT INTERNET SEARCHERS LOOK FOR

Most homebuyers who used the Internet were seeking out home listings. In 2001, over 90 percent of Internet homebuyers looked for home listings. Thirty-five percent of Internet users looked for information about the area, such as schools, shopping, and proximity to transportation systems. Just five percent of Internet users explicitly searched for a real estate agent.

**TABLE IV-4**

### ACTIONS TAKEN AS A RESULT OF USING INTERNET SITE

*(Percent of Internet Home Searchers)*

| | Percent |
|---|---|
| Visited a home viewed online (w/agent) | 69 |
| Found agent used to search/buy home | 16 |
| Pre-qualified for a mortgage online | [illegible] |
| Applied for a mortgage online | 11 |

**TABLE IV-5**

### INFORMATION SOURCES USED IN HOME SEARCH

*(Percent of Internet Home Searchers)*

| | Percent |
|---|---|
| Real estate agent | 88 |
| Newspaper advertisement | 54 |
| Home book/magazine | [illegible] |
| Yard sign | 40 |
| Open house | 37 |
| Friend/neighbors/relatives | 24 |
| Builder | [illegible] |
| Television | 7 |
| Relocation company | [illegible] |
| Real estate phone hotline | 3 |
| Know the seller | [illegible] |
| Yellow pages | 1 |
| Other | [illegible] |

SDK 00033

**TABLE IV-6**

### WHAT INTERNET HOME SEARCHERS LOOK FOR

*(Percent of Internet Home Searchers)*

| | Percent |
|---|---|
| A home listing | [illegible] |
| Information about an area | 35 |
| A real estate company | [illegible] |
| A real estate agent | 5 |

## ONLINE FEATURES

Real estate Web sites offer a variety of features that can benefit a homebuyer in the home search process. Generally, real estate Web site users want many different types of information—from detailed listings to information about the area, to information on how to contact a real estate agent. The survey results show that the majority of homebuyers using the Internet found such features as detailed property information, multiple photos of the property, home addresses and map of home location to be "extremely valuable."

## VALUE OF THE INTERNET

Virtually all homebuyers who used the Internet in their home search found it to be at least "somewhat valuable," with just two percent reporting the experience to be completely invaluable. Also, a majority of online users believe that using the Internet saved them time in their home search. Sixty-three percent of homebuyers who searched online felt the Web shortened their search.

**TABLE IV-7**

### VALUE OF ONLINE FEATURES

*(Percentage Distribution of Internet Home Searchers)*

| Nationwide | Extremely Valuable | Somewhat Valuable | Not Valuable |
|---|---|---|---|
| Detailed property information | 87% | 13% | [illegible] |
| Multiple photos | 81 | 16 | 3 |
| Home addresses | 79 | 18 | [illegible] |
| Map of home location | 69 | 29 | 3 |
| Neighborhood and community information | 50 | 44 | [illegible] |
| Virtual tours | 55 | 37 | 7 |
| Interactive maps | 49 | 44 | [illegible] |
| Real estate agent contact information | 40 | 45 | 15 |

**TABLE IV-8**

### DID THE INTERNET SHORTEN BUYER'S SEARCH TIME?

*(Percentage Distribution of Internet Home Searchers)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Yes | 63% | 57% | 57% | 65% | 66% |
| No | 38 | 43 | 43 | 35 | 34 |

**TABLE IV-9**

### VALUE OF INTERNET HOME SEARCHING

*(Percentage Distribution of Internet Home Searchers)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Extremely valuable | 56% | 54% | 58% | 59% | 53% |
| Somewhat valuable | 42 | 45 | 39 | 39 | 46 |
| Not valuable at all | 2% | [illegible] | [illegible] | [illegible] | [illegible] |

SDK 00034

## REAL ESTATE WEB SITES

The most widely cited real estate Web site used by homebuyers in the survey was REALTOR.com®. Nearly two thirds of homebuyers who used the Internet in their home search process accessed REALTOR.com®, and 71 percent of online users in the Northeast and Midwest reported using the site.

The next most cited real estate sites were those of individual real estate firms. Other popular Web sites also included real estate agents sites and those of local newspapers.

**TABLE IV-10**

### REAL ESTATE WEB SITES USED IN HOME SEARCH

*(Percent of Internet Home Searchers)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| REALTOR.com | [illegible] | 71% | 71% | [illegible] | [illegible] |
| Real estate company Web site | 41 | 36 | 45 | 39 | 44 |
| Local newspaper Web site | 21 | 20 | [illegible] | [illegible] | [illegible] |
| Local real estate magazine Web site | 11 | 12 | 17 | 21 | 11 |
| HomeSeekers | 10 | [illegible] | [illegible] | [illegible] | [illegible] |
| HomeAdvisor | 7 | 6 | 9 | 6 | 8 |
| Real estate agent Web site | 27 | [illegible] | 23 | [illegible] | [illegible] |
| Other | 14 | 10 | 15 | 12 | 21 |

SDK 00035

# CHAPTER 5: HOMEBUYERS: FINANCING THE HOME PURCHASE

THE BIGGEST CONCERN OF HOMEBUYERS (AND THE BIGGEST OBSTACLE FOR MANY TO overcome) has always been the finances surrounding the homebuying transaction. Most homebuyers, whether they are first-time buyers or repeat buyers, finance a majority of the cost of their home.

For many homebuyers, the ability to raise funds for the downpayment is the critical factor in deciding whether or not they are able to purchase a property. Sources for downpayments vary. For first-time buyers, funds come primarily from personal savings, gifts from relatives, and retirement accounts. Repeat buyers generally access the equity from a previous home for a downpayment on their new home purchases. However, despite the source of the downpayment, the vast majority of homebuyers use a mortgage to finance their new purchase.

*The typical homebuyer in 2001 put 18 percent down towards the purchase of a home—an increase from the 10 percent median downpayment in 1999.*

SDK 00036