Exhibit F.6

## SALES PRICE AND DOWNPAYMENT

Since first-time homebuyers are usually younger, have less savings, and have lower incomes than do repeat buyers, they have more difficulty in accumulating a downpayment for a home purchase. Consequently, first-time buyers generally purchase less expensive homes that require lower downpayments. Repeat buyers have access to the equity in their previous purchase; and so money for a downpayment for their next home is more readily available. The typical repeat buyer purchased a home that was 43 percent higher in price than that for the typical first-time buyer.

The typical homebuyer in 2001 put 18 percent down towards the purchase of a home. Not surprisingly, first-time homebuyers had a much lower downpayment compared to that of repeat homebuyers: first-time buyers put down six percent, while repeat buyers made a downpayment of 25 percent towards the purchase of their home.

## SOURCES OF DOWNPAYMENT

There are a variety of sources that buyers access for downpayment funds. The majority of homebuyers in 2001 used personal savings for a downpayment. Gifts were also a major source for first-time buyers, while equity from a previous home was important for repeat buyers.

Seven out of ten first-time homebuyers and 46 percent of repeat

**TABLE V-1**

### PERCENT OF HOME FINANCED

**Median percent of home financed**

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**Median percent of home financed**

| | 1st time buyer | Repeat buyer |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

**TABLE V-2**

### SOURCES OF DOWNPAYMENT

*(Percent of Respondents)*

| | All | 1st time buyer | Repeat buyer |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| Equity from previous home | 37 | 2 | 62 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Pension fund/401k | 5 | 6 | 5 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| IRA | 2 | 2 | 2 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Loan from financial institution | 4 | 5 | 3 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Sale of investment property | 3 | 2 | 4 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Life insurance (cash value) | 1 | 1 | 1 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Other | 7 | 11 | 5 |

* *Less than one percent*

SDK 00037

homebuyers tapped into personal savings for their downpayments. Twenty-four percent of first-time buyers relied on gifts from their relatives and friends. For repeat buyers, over 60 percent (three out of five) used the equity raised from the sale of their previous home to make a downpayment on their new purchase.

## SECURING FINANCING

Three quarters of homebuyers experienced no problems in securing financing for their purchase. Those in the Midwest were less likely to encounter problems. First-time homebuyers were more likely to experience difficulties.

Securing financing is a major factor in the amount of time it takes to close on the purchase of a home. During 2001, the typical homebuyer closed on a transaction five weeks after placing the contract on a home. This timeframe increased to eight weeks for those who experienced great difficulty securing financing.

**TABLE V-3**

### DID BUYER USE A MORTGAGE TO FINANCE HOME PURCHASE?

*(Percentage Distribution)*

| | All | 1st time buyer | Repeat buyer |
|---|---|---|---|
| [redacted] | | | |
| Did not use a mortgage | 6 | 4 | 8 |

**FIGURE V-1**

### DEGREE OF DIFFICULTY ENCOUNTERED IN OBTAINING FINANCING

*(Percentage Distribution)*




**TABLE V-4**

### LENGTH OF TIME FROM CONTRACT TO CLOSING

| | 1st time buyer | Repeat buyer |
|---|---|---|
| [redacted] | | |

| Degree of difficulty encountered in obtaining financing | Median # of weeks |
|---|---|
| [redacted] | |
| Some difficulty | 6 |
| [redacted] | |

SDK 00038

# CHAPTER 6: HOMESELLERS DEMOGRAPHICS

THREE QUARTERS OF HOMEBUYERS IN 2001 HAD PREVIOUSLY OWNED A SINGLE-FAMILY home. Eighty-four percent of repeat homebuyers sold their previous home at the same time they purchased their new residence—a still high proportion, driven, no doubt, by the strong housing market of 2001. Most repeat homebuyers used a real estate professional to assist in the sale of their previous home.

For those homebuyers in 2001, their previous homes, as well as their 2001 purchases, were detached single-family houses. In 2001, however, the property was less likely to be located within a city neighborhood than in 1999.

*Four out of five homeowners who sold their previous home did so with the assistance of a real estate professional.*

SDK 00039

## CHARACTERISTICS OF PREVIOUS HOME

Fifty-eight percent of homebuyers owned a home prior to their most recent purchase. Nearly three fourths of repeat homebuyers had previously owned a single-family home. An additional 12 percent had owned an apartment or condo, while nine percent had owned a townhouse. These figures do not differ significantly from those of the total number of homes sold, or of the nation's housing stock as a whole.

In 2001, the majority of repeat homebuyers' previous homes were located in the suburbs. Forty-seven percent of repeat buyers previously owned homes in the suburbs, and 40 percent of repeat buyers previously owned homes within a city neighborhood. "Just" 29 percent of repeat homebuyers purchased in a city while 59 percent preferred suburban locations.

## FREQUENCY OF HOME SALES

Repeat homebuyers in 2001 had been in their previous homes for a median of six years—a decrease of one year from 1999. Twenty-nine percent of repeat homebuyers had owned their previous homes for three years or less. Nearly a third of repeat buyers had been in their previous homes for at least ten years.

**TABLE VI-1**

### TYPE OF PREVIOUSLY OWNED HOME

*(Percent of repeat buyers)*

| | 1991 | 1993 | 1995 | 1997 | 1999 | 2001 |
|---|---|---|---|---|---|---|
| Detached single-family home | 75% | 84% | 86% | 83% | 81% | 74% |
| Apartment/condo/co-op | 10 | 6 | 5 | 8 | 8 | 12 |
| Townhouse or row house | 9 | 7 | [illegible] | 7 | 5 | 9 |
| 2-3 family house | 3 | 3 | 1 | 2 | 2 | 3 |
| Other | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] |

* *Less than one percent*

**TABLE VI-2**

### LOCATION OF PREVIOUSLY OWNED HOME

*(Percentage Distribution)*

| | 1997 | 1999 | 2001 |
|---|---|---|---|
| Within city neighborhood | [illegible] | [illegible] | [illegible] |
| Suburban neighborhood/subdivision | 48 | 42 | 47 |
| Rural | 10 | 12 | [illegible] |
| Resort property | 1 | 1 | 1 |
| Other | [illegible] | [illegible] | [illegible] |

* *Less than one percent*

**TABLE VI-3**

### TENURE IN PREVIOUSLY OWNED HOME

*(Percentage Distribution)*

| | 1991 | 1993 | 1995 | 1997 | 1999 | 2001 |
|---|---|---|---|---|---|---|
| One year or less | 4% | 2% | [illegible] | 4% | [illegible] | [illegible] |
| 2-3 years | 21 | 16 | 22 | 17 | 20 | 22 |
| 4-7 years | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 8-9 years | 9 | 10 | 12 | 10 | 8 | 11 |
| 10 or more years | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

SDK 00040

## NUMBER OF HOMES PREVIOUSLY OWNED

The typical repeat buyer is experienced in both the homebuying and selling process. By the end of 2001, this buyer has owned a median of two houses prior to the most recent purchase.

## DISPOSITION OF PREVIOUS HOME

Eighty-four percent of experienced homebuyers sold their previous home at the time of their new purchase. Similar findings—between 81 and 85 percent—throughout most of the 1990s appear to be the result of a strong real estate market that made it easier for homes to sell. Just two percent of repeat homebuyers were unable to sell their homes in 2001, compared to eight percent in 1991.

Not all repeat homebuyers held on to their previous residential properties. Seven percent of repeat homebuyers kept their previous home for investment purposes. This figure is below the 10 percent found ten years earlier in 1991. Retaining the property as an investment was more common in the South and the West than in other regions.

**FIGURE VI-1**

### NUMBER OF HOMES PREVIOUSLY OWNED

*(Percentage Distribution of Home Owners)*




**TABLE VI-4**

### DISPOSITION OF PREVIOUSLY OWNED HOME

*(Percentage Distribution)*

| | Nationwide | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Sold it using an agent/broker | [illegible] | 80% | [illegible] | [illegible] | [illegible] |
| Sold it without ever using a real estate agent/broker | 11 | 8 | 16 | 10 | 10 |
| Held it as income/investment property | 7 | 4 | 6 | [illegible] | [illegible] |
| First tried to sell it myself, but then used a real estate agent | 2 | 1 | 4 | 2 | 2 |
| Attempted to sell it but still own it | 2 | [illegible] | [illegible] | [illegible] | [illegible] |
| First listed it with a real estate agent, but then sold it myself | 1 | * | 1 | 1 | * |
| Sold it to a home buying co. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | 7 | 5 | 9 | 6 | 6 |

* *Less than one percent*

SDK 00041

## METHOD USED TO SELL HOME

Real estate agents continue to play a primary role in selling homes. In 2001, nearly four out of five homeowners sold their previous home with the assistance of a real estate agent, a slight increase compared to 1999. The use of real estate agents was most prevalent in the Northeast, where 84 percent of homes were sold with the assistance of a real estate professional.

In 2001, 13 percent of homes were sold by the owners themselves, i.e., FSBO (for sale by owner)—down substantially from its percentage a decade ago. The Midwest reported the greatest proportion of FSBO transactions—19 percent of all home sales—while just nine percent of transactions in the Northeast were FSBOs.

## TIMING OF PURCHASE/ URGENCY TO SELL

When selling a home, which comes first: the home search or placing the previously owned home on the market? According to the survey results, the answer is the home search. More than half of repeat homebuyers began looking at homes before they placed their home on the market. However, these home searches appear to have been rather casual; slightly more than half of these repeat homebuyers began their home search without the assistance of a real estate agent. The West had a higher proportion of preliminary home searching (62 percent).

**TABLE VI-5**

### METHOD USED TO SELL PREVIOUSLY OWNED HOME

*(Percentage Distribution)*

| | 1991 | 1993 | 1995 | 1997 | 1999 | 2001 |
|---|---|---|---|---|---|---|
| Real estate agent | [illegible] | [illegible] | [illegible] | 80% | [illegible] | [illegible] |
| FSBO | 19 | 17 | 15 | 18 | 16 | 13 |
| Sold to home buying company | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | * | * | 2 | 3 | 5 | 7 |

| In 2001 only | Northeast | Midwest | South | West |
|---|---|---|---|---|
| Real estate agent | [illegible] | [illegible] | [illegible] | [illegible] |
| FSBO | 9 | 19 | 13 | 11 |
| Sold to home buying company | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | 6 | 9 | 7 | 6 |

** Less than one percent*

**TABLE VI-6**

### BEFORE PUTTING PREVIOUSLY OWNED HOME ON THE MARKET, DID SELLER FIRST LOOK AT HOMES TO PURCHASE?

*(Percentage Distribution)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Yes, without an agent | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Yes, with my own agent | 26 | 34 | 25 | 27 | 24 |
| No, because we were moving out of the area | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| No, but planning to move to a home in the area | 10 | 8 | 7 | 12 | 9 |
| No, not planning to buy another home in the area | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| No, for other reasons | 9 | 3 | 9 | 10 | 11 |

SDK 00042

Nearly half of homesellers were in a hurry to sell their homes. One quarter of homesellers had to sell their home quickly because they had already purchased another home, while another 11 percent were in a rush because they were either moving, or already had moved, out of the area.

## TIME ON THE MARKET

The time it takes a home to sell is related to strength of the housing market. Despite a sluggish economy, the housing sector flourished in 2001—thanks in large part to historically low interest rates. As a result, the time it took repeat buyers to sell their home decreased significantly. In 2001, homes typically stayed on the market for four weeks, down from eight weeks recorded for most of the 1990s. Strong sales activity caused the time homes were on the market to decline for all four regions (compared to 1999).

A strong housing market eliminates the need to put a home on the market more than once. During 2001, 88 percent of homes were put on the market only once before they were sold.

**TABLE VI-7**

### URGENCY IN SELLING PREVIOUSLY OWNED HOME

*(Percentage Distribution)*

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| [illegible] hurry to sell | 44% | [illegible] | 46% | 47% | [illegible] |
| In a hurry to sell because had bought another home | 25 | 37 | 20 | 22 | 28 |
| In a hurry because already moved out of the area | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| In a hurry for family reasons | 9 | 8 | 9 | 9 | 9 |
| Other | 12 | 10 | [illegible] | [illegible] | [illegible] |

**TABLE VI-8**

### NUMBER OF WEEKS PREVIOUSLY OWNED HOME WAS ON THE MARKET

*(Percentage Distribution)*

| | Percent |
|---|---|
| Up to 2 weeks | [illegible] |
| 3-4 weeks | 17 |
| [illegible] weeks | [illegible] |
| 7-8 weeks | 7 |
| [illegible] weeks | [illegible] |
| 13-20 weeks | 7 |
| More than 20 weeks | [illegible] |

| | U.S. | Northeast | Midwest | South | West |
|---|---|---|---|---|---|
| Median weeks | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**TABLE VI-9**

### NUMBER OF TIMES PREVIOUSLY OWNED HOME WAS ON THE MARKET

*(Percentage Distribution)*

| | Percent |
|---|---|
| One | [illegible] |
| Two | 11 |
| Three | [illegible] |
| Four | * |
| Five or more | [illegible] |

* *Less than one percent*

SDK 00043