Court File No. 01-1980 / ROTTLUND / Pinnacle
Mahowald Affidavit (MIL – Kenyon) November 1, 2004

Exhibit F.7

# CHAPTER 7: HOMESELLING AND REAL ESTATE PROFESSIONALS

IT IS VERY IMPORTANT FOR HOMESELLERS TO FIND THE RIGHT REAL ESTATE AGENT AND/OR FIRM that can properly serve their needs. To be successful in the competitive market, real estate professionals need to know where and how sellers find agents and what sellers expect from them.

Typically, sellers hire the first real estate agent they interview and frequently use agents whom they used previously or were recommended by others. Clearly, agents are doing their job well as most sellers plan to use the same agent in future transactions.

*Home sellers tend to rely on either their previous experience or rely on the recommendations of others in selecting a real estate agent.*

SDK 00044

## USE OF AGENTS AND FIRMS

Home sellers typically interview just one real estate agent before selecting the one who ultimately sells the home. In 2001 just 30 percent of sellers interviewed more than one real estate agent. Nine out of ten sellers used just one real estate agent to sell their home. (Sellers reported nearly similar figures for the number of different real estate firms used to sell their home.)

*The most important factor in a seller's choice of real estate agent is the seller having used the real estate agent before.*

**FIGURE VII-1**

### NUMBER OF AGENTS CONTACTED BEFORE SELECTING THE ONE WHO SOLD PREVIOUS HOME

*(Percentage Distribution)*




**TABLE VII-1**

### NUMBER OF AGENTS USED TO LIST HOME BEFORE IT SOLD

*(Percentage Distribution)*

| | Percent |
|---|---|
| One | 90% |
| Two | 8 |
| Three | [illegible] |
| Four | * |
| Five or more | [illegible] |

* *Less than one percent*

**TABLE VII-2**

### NUMBER OF REAL ESTATE FIRMS USED TO LIST HOME BEFORE IT WAS SOLD

*(Percentage Distribution)*

| | Percent |
|---|---|
| One | 90% |
| Two | 9 |
| Three | [illegible] |
| Four | * |
| Five or more | [illegible] |

* *Less than one percent*

SDK 00045

A variety of factors influence the choice of a real estate agent to sell one's home. Similar to the reasons buyers choose an agent, sellers tended to rely on either their previous experiences or rely on the recommendations of others. Forty percent of sellers used the same real estate agent who assisted them in selling their previous home to help them in their most recent purchase. Thirty-three percent of sellers chose their agent because they had used the agent before. Another 27 percent of sellers relied on the recommendations of friends, relatives or co-workers; an additional three percent of sellers used the agent recommended by another real estate broker. Among other factors influencing the choice of agent were the reputation of the real estate agent, and if the agent were a "personal contact" in the market area.

## SELLER EXPECTATIONS

Real estate agents best serve their clients when they fully understand what their clients expect from them. Nearly 30 percent of sellers most wanted their agent to find a buyer for their home. An additional 26 percent most wanted their agent to sell their home within a specific timeframe, while an additional 20 percent wanted help to properly price their home.

**TABLE VII-3**

### WHEN PURCHASING CURRENT HOME DID SELLER USE SAME AGENT WHO SOLD PREVIOUS HOME

*(Percentage Distribution)*

| | |
|---|---|
| Yes | 40% |
| No | 60% |

**TABLE VII-4**

### MOST IMPORTANT FACTOR IN CHOOSING A REAL ESTATE AGENT TO SELL PREVIOUS HOME

*(Percentage Distribution)*

| | Percent |
|---|---|
| Used agent previously | 33% |
| Referred by friend/neighbor/relative | 27 |
| Referred by another real estate broker | 3 |
| Referred through membership organization | * |
| Personal contact by agent | 7 |
| Agent was associated with a specific firm | 3 |
| Seller walked into office and agent was on duty | 2 |
| Direct mail | 1 |
| Newspaper ad | [illegible] |
| Advertising specialty | 1 |
| Internet site | 1 |
| For sale sign | 2 |
| Reputation of real estate agent | [illegible] |
| Referred by employer/relocation company | 3 |

* *Less than one percent*

**TABLE VII-5**

### WHAT SELLERS WANT MOST FROM REAL ESTATE PROFESSIONALS

*(Percentage Distribution)*

| | Percent |
|---|---|
| Help find a buyer for home | [illegible] |
| Help sell the home within a specific time frame | 26 |
| Help price home | 20 |
| Help with negotiations and dealings with buyers | 11 |
| Help with paperwork, inspections and settlement | 5 |
| Tell how to fix up your home to help it to sell for more | 5 |
| Help seller see homes to buy | [illegible] |

SDK 00046

## SELLING METHODS

A major responsibility of real estate professionals is to market properties in order to attract potential buyers. Most real estate agents have access to multiple listing services that list properties for sale. In addition to the MLS, real estate agents have at their disposal other marketing tools.

In 2001, 77 percent of sellers reported that their agents used yard signs. Other marketing tools included newspaper advertisements (59 percent) and the Internet. All marketing categories have declined in use except the Internet, which increased 35 percent from 1999.

## SATISFACTION WITH REAL ESTATE PROFESSIONAL

The ultimate sign that sellers were pleased with their real estate agent is their willingness to use the same agent in a future transaction. Apparently, real estate agents are continuing to serve their clients well. Excluding those buyers who moved far away from their previous home, over two thirds of home sellers said they would use the same real estate agent in future transactions. Eleven percent were uncertain.

**FIGURE VII-2**

### METHOD USED BY REAL ESTATE AGENT TO MARKET HOME

*(Percentage of Respondents)*




**TABLE VII-6**

### WOULD SELLER USE THE SAME LISTING AGENT FOR NEXT HOME SALE?

*(Percentage Distribution)*

| | Percent |
|---|---|
| Yes | 47% |
| No, because seller lives far away from previous home | [illegible] |
| No, because seller was not satisfied with performance of real estate agent | 12 |
| Not sure | 11 |

SDK 00047

# CHAPTER 8: HOMESELLERS: FOR SALE BY OWNER

IN A TYPICAL YEAR, REAL ESTATE PROFESSIONALS ASSIST WITH AROUND 80 PERCENT OF ALL REAL estate transactions. 2001 was no different. But what about the remainder of those home sales transactions?

In 2001, 13 percent of homes were sold by the previous owners without the help of a real estate professional. These "For Sale By Owner" transactions, or FSBOs, consisted of two types: those in which the seller knew the buyer and those in which the owners wanted to sell their homes without the assistance of a real estate professional. Interestingly, a significant percentage of FSBOs were uncertain about whether they would go through the process of selling a home again without a real estate agent.

*In 2001 the typical FSBO home sold for $137,400. The typical agent-assisted home sold for $175,000.*

SDK 00048