Court File No. 01-1980 / ROTTLUND / Pinnacle
Mahowald Affidavit (MIL – Kenyon) November 1, 2004

Exhibit F.8

# CHAPTER 8: HOMESELLERS: FOR SALE BY OWNER

IN A TYPICAL YEAR, REAL ESTATE PROFESSIONALS ASSIST WITH AROUND 80 PERCENT OF ALL REAL estate transactions. 2001 was no different. But what about the remainder of those home sales transactions?

In 2001, 13 percent of homes were sold by the previous owners, without the help of a real estate professional. These "For Sale By Owner" transactions or FSBOs, consisted of two types: those in which the seller knew the buyer and those in which the owners wanted to sell their homes without the assistance of a real estate professional. Interestingly, a significant percentage of FSBOs were uncertain about whether they would go through the process of selling a home again without a real estate agent.

*In 2001 the typical FSBO home sold for $137,400. The typical agent-assisted home sold for $175,000.*

SDK 00049

## FSBOs VS. AGENT-ASSISTED SALES

Thirteen percent of homes sold in 2001 were FSBOs. Sellers of homes who sold their homes FSBO tended to be older and earned less money than those who use a real estate professional in their home sales transaction. In 2001, FSBO sellers had a median age of 45 and a median household income of $74,100. The typical agent-assisted seller was 41 and earned $78,800. The household formation of both groups was nearly identical: a married couple with no children under the age of 18. FSBO households were slightly more likely to be unmarried couples.

*Twenty-seven percent of FSBO sellers were between 35 and 44 years old.*

**TABLE VIII-1**

### AGE AND INCOME OF FSBO VS. AGENT-ASSISTED SELLERS

*(Percentage Distribution)*

| Age of respondent | FSBO | Real estate agent assisted |
|---|---|---|
| Less than 25 years | 1% | [illegible] |
| 25-34 years | 18 | 20 |
| 35-44 years | 27 | [illegible] |
| 45-54 years | 25 | 24 |
| 55-64 years | 17 | 13 |
| 65 years or older | 12 | 7 |
| Median | 45 years | 41 years |

| Estimated household income for 2001 | FSBO | Real estate agent assisted |
|---|---|---|
| Under $25,000 | 7% | [illegible] |
| $25,000-34,999 | 5 | 4 |
| $35,000-44,999 | 9 | [illegible] |
| $45,000-59,999 | 13 | 11 |
| $60,000-69,999 | [illegible] | [illegible] |
| $70,000-99,999 | 26 | 25 |
| $100,000-124,999 | 14 | 17 |
| $125,000-149,999 | 7 | 9 |
| $150,000 or more | 9 | [illegible] |
| Median | $74,100 | $78,800 |

SDK 00050

*Seventy-one percent of FSBO sellers were married-couple households.*

**TABLE VIII-2**

**HOUSEHOLD CHARACTERISTICS OF FSBO & AGENT ASSISTED SELLER**

*(Percentage Distribution)*

| Household composition | FSBO | Real estate agent assisted |
|---|---|---|
| Married couple | 71% | 72% |
| Single female | 13 | 12 |
| Single male | 4 | 4 |
| Unmarried couple | 8 | 4 |
| Other | 4 | [illegible] |

| Number of children under age of 18 | FSBO | Real estate agent assisted |
|---|---|---|
| None | 56% | 50% |
| One | 17 | 19 |
| Two | 26 | 22 |
| Three | 4 | 7 |
| Four | 2 | [illegible] |
| Five or more | 1 | * |

| Number of adult wage earners residing in the household | FSBO | Real estate agent assisted |
|---|---|---|
| One | 36% | 46% |
| Two | 62 | 52 |
| Three or more | [illegible] | [illegible] |

** Less than one percent*

Both agent-assisted sellers and FSBOs had the same level of experience in selling homes. Each group had a median of two previous transactions prior to their most recent home purchase. Further, at least 20 percent of both groups had owned at least four homes prior to their most recent purchase.

**FIGURE VIII-1**

**NUMBER OF HOMES PREVIOUSLY OWNED**




Real estate agent-assisted




FSBO

SDK 00051

Sellers who chose FSBO in 2001 were in less of a rush to sell their homes. Fifty-five percent of FSBO sellers claimed to be in no hurry to sell their previous homes, compared to 42 percent of agent-assisted sellers.

**TABLE VIII-3**

### URGENCY IN SELLING PREVIOUS HOME

*(Percentage Distribution)*

| | FSBO | Real estate agent assisted |
|---|---|---|
| In no hurry to sell | 55% | 42% |
| In a hurry to sell because I had bought another home | 17 | 26 |
| In a hurry because I already moved out of the area | [illegible] | 11 |
| In a hurry to sell because of family reason | 10 | 9 |
| Other | [illegible] | [illegible] |

### HOME CHARACTERISTICS

Both FSBO and agent-assisted homes were likely to be detached single-family homes (both nearly 80% in 2001). FSBO properties were slightly less likely to be located in the suburbs. Forty-two percent of FSBO homes were located in the suburbs compared to 51 percent of agent-assisted homes. Interestingly, a significant percentage (23%) of FSBOs were located in rural areas.

**TABLE VIII-4**

### TYPE OF PREVIOUS HOME

*(Percentage Distribution)*

| | FSBO | Real estate agent assisted |
|---|---|---|
| Detached single-family house | 78% | [illegible] |
| Apartment/condo/co-op | 5 | 8 |
| Townhouse or row house | 12 | [illegible] |
| 2-3 family house | 2 | 2 |
| Other | [illegible] | [illegible] |

**TABLE VIII-5**

### LOCATION OF PREVIOUS HOME

*(Percentage Distribution)*

| | FSBO | Real estate agent assisted |
|---|---|---|
| Within city neighborhood | [illegible] | [illegible] |
| Suburban neighborhood/subdivision | 42 | 51 |
| Rural area | [illegible] | [illegible] |
| Resort property | * | 1 |
| Other | [illegible] | [illegible] |

* *Less than one percent*

SDK 00052

Agent-assisted homes had higher selling prices than did FSBOs. In 2001, the median sales price of an agent-assisted home was 27 percent more than one sold FSBO. The typical FSBO home sold for $137,400, compared to $175,000 for agent-assisted homes.

**TABLE VIII-6**

## SELLING PRICE COMPARISON

*(Median)*

| | FSBO | Real estate agent assisted |
|---|---|---|
| Final selling price of previous house | $137,400 | $175,000 |
| Difference | $37,600 | |
| Percentage Difference | 27% | |

## WHY FSBO?

Many sellers who choose to sell their homes themselves do so to avoid paying commissions to real estate professionals. In the 2001 survey, 46 percent of these home sellers opted for a FSBO transaction for this reason, the same as in 1999.

But there are other reasons why sellers choose to sell a home themselves. Thirty-one percent of FSBO homes were sold to a friend, neighbor, or relative while in another seven percent of cases the eventual buyer of the home approached the seller directly.

**TABLE VIII-7**

## MOST IMPORTANT REASON FOR SELLING HOME FSBO

*(Percentage distribution of home sellers who sold w/o assistance of real estate agent)*

| | Percent |
|---|---|
| Did not want to pay commission or fee | 46 |
| Sold it to a friend or neighbor/relative | 31 |
| Buyers contacted me directly | [illegible] |
| Agent was unable to sell home | 3 |
| Did not want to deal with an agent | [illegible] |
| Had a real estate license | * |
| Sold it to a home buying company | [illegible] |
| Other | 5 |

* *Less than one percent*

SDK 00053

## MARKETING METHODS

Real estate agents have an expertise in marketing that can help sell a home for more money in less time. Since FSBO sellers do not use a real estate professional, they have to do their own marketing to attract potential buyers.

Roughly two out of five "active" FSBO sellers (that is, FSBO sellers who did not sell their previous home to a friend, family member) used yard signs, and 30 percent of active FSBO sellers used newspaper advertisements. Other methods to sell the home included word of mouth through friends and family, open houses, and the Internet.

Interestingly, while use of the Internet is growing among homebuyers, it declined slightly for FSBO sellers. FSBO use of the Internet to sell a home fell from 12 percent in 1999 to eight percent in 2001.

## PROBLEMS WITH FSBOs

A real estate professional assists both buyers and sellers with the variety of details attendant to homebuying and selling transactions. Agents can help a home seller set a price for the property, understand and prepare necessary paperwork, and attract potential buyers. Real estate professionals provide guidance for the buyer to deal with all of these, and other, issues to insure a smooth selling process.

FSBO sellers, on the other hand, have to deal with these problems and challenges without the assistance of an agent. Among the biggest concerns

**TABLE VIII-8**

### FSBO METHOD USED TO SELL HOME

*(Percent of respondents of home sellers who sold w/o assistance of real estate agent)*

| | Percent |
|---|---|
| Yard sign | [illegible] |
| Friends/neighbors/relatives | 38 |
| Newspaper advertisement | [illegible] |
| Open house | 17 |
| Internet | [illegible] |
| FSBO magazine | 3 |
| Direct mail | [illegible] |
| Television | * |
| Other | [illegible] |

** Less than one percent*

**TABLE VIII-9**

### FSBO PROBLEM AREAS

*(Percent of respondents)*

| | Percent |
|---|---|
| Getting the right price | [illegible] |
| Understanding and performing paperwork | 20 |
| Helping buyer obtain financing | [illegible] |
| Attracting potential buyers | 5 |
| Selling within the length of time planned | [illegible] |
| Having enough time to devote to all aspects of the sale | 3 |
| Making appointments to show home | [illegible] |
| Writing Advertisement | * |
| Arranging for appraisals | [illegible] |
| Holding open house | 1 |
| Other | [illegible] |

** Less than one percent*

FSBOs had in the selling process during 2001 were understanding and preparing paperwork, setting the price properly, attracting potential buyers and helping them obtain financing.

## HOW WILL FSBOs SELL THEIR CURRENT HOME

Despite any success in selling their previous homes, not all FSBO sellers were sure if they would use the same method to sell their current home, or use a real estate professional in a future transaction. Just 35 percent of FSBO sellers were positive that they would sell their current home without the assistance of an agent. However, a larger part of FSBO sellers appears still to be weighing the pros and cons after their first experience of selling their homes themselves. More than two out of five FSBOs are not sure whether they want to go through the FSBO experience again, or if they will use a real estate agent next time they sell a home. Twenty-two percent indicate that they will use a real estate professional in their future transactions.

**TABLE VIII-10**

### HOW FSBO SELLERS WILL SELL THEIR CURRENT HOME

*(Percentage of Distribution of FSBO)*

| | Percent |
|---|---|
| Sell myself | [illegible] |
| Use a real estate agent | 22 |
| Not sure | [illegible] |

SDK 00055