Court File No. 01-1980 / ROTTLUND / Pinnacle
Mahowald Affidavit (MIL – Kenyon) November 1, 2004

Exhibit F.9

# CONCLUSION

**REAL ESTATE PROFESSIONALS CONTINUED TO PLAY A PRIMARY ROLE IN SELLING HOMES IN 2001.**

Nearly four out of five homeowners sold their previous home with the assistance of a real estate agent — a proportion basically unchanged over the last decade. Conversely, the percentage of FSBO sales (for sale by owner) has steadily declined since 1997 and accounted for only 13 percent of the sales in 2001. Real estate professionals add value to the selling process with their ability to sell properties at equitable prices. Agent-assisted homes had a significantly higher selling price than those that were sold FSBO in 2001.

Real estate agents and brokers are still, far and away, the number one source of information for consumers as they begin their search for a home. Nearly 80 percent of homebuyers used a real estate professional in their home search in 2001. The proportion is virtually unchanged from that of the early 1990s before the Internet had any influence on real estate.

Make no mistake, however, the Internet has become a major search tool for consumers. More than two out of five homebuyers used the Internet as a resource in searching for their home. In addition, virtually all homebuyers who used the Internet found it to be at least "somewhat valuable," and the majority said it quickened their search time. But Internet users ultimately call on real estate professionals to help them with the search and homebuying process. In fact, homebuyers who used the Internet were actually more likely to use a real estate practitioner to complete their transaction.

2001 was an exceptional year for the housing market. While the rest of the economy was struggling to stay afloat, low mortgage rates buoyed the housing sector to a record-setting year of 6.2 million total single-family sales. In fact, housing played a critical role in keeping the economy out of a deeper recession. And considering the economy only grew 1.2 percent in 2001, the support from a robust housing sector was all the more vital.

This volume of transactions was possible due to the increased efficiency of real estate agents. Now that we are beyond the preliminaries of the technology revolution — symbolized by the rise of the Internet — it is clear that the importance of real estate professionals in the homebuying and selling process has been preserved.

SDK 00056

# LIST OF TABLES & FIGURES

## LIST OF TABLES

I-1: Age of Respondents
I-2: Estimated Household Income of Homebuyers for 2001
I-3: Adult Composition of Homebuyer Households
I-4: Age of First-Time Buyers vs. Repeat Buyers
I-5: Estimated Household Income of First-Time and Repeat Buyers, 2001
I-6: Household Income for Second Home Buyers, 2001
I-7: Previous Living Arrangement
I-8: Primary Reason for Making Housing Change
I-9: Factors Influencing Housing Change
I-10: Distance Between New and Previous Residence
I-11: Characteristics of Home Purchased
I-12: Location of Home Purchased

II-1: Active Home Search
II-2: Method of Home Purchase
II-3: Information Sources Used in Home Search
II-4: Where Buyer First Learned about Home Purchased
II-5: Future Information Sources for Homebuyers

III-1: Number of Real Estate Agents Interviewed
III-2: Reason for Choosing Real Estate Agent
III-3: Buyer's Agent Compensation
III-4: What Buyers Want Most from Real Estate Professional
III-5: Agent Representation Disclosure
III-6: Buyer Representative Arrangements with Real Estate Agent
III-7: Buyer Representative Compensation
III-8: Exclusive Buyer Representation
III-9: Who Paid Real Estate Agent Who Represented Buyer at Settlement
III-10: First-Time and Repeat Homebuyer Use of Home Inspector
III-11: Fair Housing Laws
III-12: Recommendation of Goods and Services
III-13: Reason for Using Recommended Goods and Services
III-14: Future Agent Choice Based on Goods and Services Offered
III-15: Use of Real Estate Agent in Next Home Purchase

IV-1: Characteristics of Internet Home Searchers
IV-2: Characteristics of Home Purchased by Internet Home Searchers
IV-3: Method of Home Purchase
IV-4: Actions Taken as Result of Using Internet Site
IV-5: Information Sources Used in Home Search
IV-6: What Internet Home Searchers Look For
IV-7: Value of Online Features
IV-8: Impact of Internet on Length of Home Search
IV-9: Value of Internet Home Searching
IV-10: Real Estate Web Sites Used in Home Search

SDK 00057

V-1: Percent of Home Financed
V-2: Sources of Downpayment
V-3: Did Buyer Use a Mortgage to Finance Home Purchase
V-4: Length of Time from Contract to Closing

VI-1: Type of Previously Owned Home
VI-2: Location of Previously Owned Home
VI-3: Tenure in Previously Owned Home
VI-4: Disposition of Previously Owned Home
VI-5: Method Used to Sell Previously Owned Home
VI-6: Before Putting Previously Owned Home on the Market, Did Seller First Look at Homes to Purchase?
VI-7: Urgency in Selling Previously Owned Home
VI-8: Number of Weeks Previously Owned Home was on the Market
VI-9: Number of Times Previously Owned Home was on the Market

VII-1: Number of Agents Used to List Home Before It Sold
VII-2: Number of Real Estate Firms Used to List Home Before It Was Sold
VII-3: Use of Same Agent in Purchasing Current Home
VII-4: Most Important Factor in Choosing a Real Estate Agent to Sell Previous Home
VII-5: What Sellers Want from Real Estate Professionals
VII-6: Percent of Sellers Who Would Use the Same Listing Agent

VIII-1: Age and Income of FSBO vs. Agent-Assisted Sellers
VIII-2: Household Characteristics of FSBO and Agent-Assisted Sellers
VIII-3: Urgency In Selling Previous Home
VIII-4: Type of Previous Home
VIII-5: Location of Previous Home
VIII-6: Selling Price Comparison
VIII-7: Most Important Reason for Selling Home FSBO
VIII-8: FSBO Method Used to Sell Home
VIII-9: FSBO Problem Areas
VIII-10: How FSBO Sellers Will Sell Their Current Home

## LIST OF FIGURES

I-1: Number of Children Under the Age of 18
I-2: Percentage of First-time Homebuyers, 1991-2001
I-3: Percentage of First-time Homebuyers by Region
I-4: Second/Vacation Homebuyers Household Composition
I-5: Type of Home Purchased, Existing vs. New, by Region

III-1: Number of Real Estate Agents Used in Home Search
III-2: What Buyers Want Most From Real Estate Professional
III-3: Did Homebuyer Use a Home Inspector Prior to Closing?
III-4: Were There Cultural Barriers that Made it Difficult to Complete Transaction?

V-1: Degree of Difficulty Encountered in Obtaining Financing

VI-1: Number of Homes Previously Owned

VII-1: Number of Agents Contacted Before Selecting the One Who Sold Previous Home
VII-2: Method Used by Real Estate Agent to Market Home

VIII-1: Number of Homes Previously Owned

SDK 00059

## NAR RESEARCH STAFF

[illegible], Ph.D.
*Senior Vice President and Chief Economist*

[illegible], Ph.D.
*[illegible] for Business Research*

[illegible], Ph.D.
*Senior [illegible] Economist*

[illegible], Ph.D.
*[illegible] Economist*

[illegible]
*Research Economist*

[illegible], Ph.D.
*Senior Business Policy Economist*

[illegible]
*Research Survey Analyst*

[illegible]
*Data Research Analyst*

[illegible]
*Senior Commercial and Investment Real Estate Analyst*

[illegible]
*Research Survey Analyst*

[illegible]
*Research Assistant*

[illegible]
*Business Analyst*

[illegible]
*Administrative Assistant*

Cassandra M. Sims
*Senior Executive Assistant*

[illegible]
*Research Assistant*

## NATIONAL ASSOCIATION OF REALTORS® RESEARCH DIVISION

NAR's Research Division analyzes the economic, policy and structural effects of changes in the real estate industry and produces studies and statistics on topics affecting the practice of real estate and the ownership and management of real estate firms. It provides policy analysis on the impact of legislative, regulatory and tax code changes on the real estate industry and the homebuying public and monitors developments in the U.S. economy, producing regular economic forecasts for home sales, mortgage interest rates, and home prices. NAR Research produces the benchmark measurement of the health of the residential real estate market — the existing home sales series, which includes statistics on the number of existing home sales transactions as well as median sales prices of existing single-family homes. These analyses and statistics are used by the Association's members and leadership to track market performance, project future membership levels, lobby legislators and regulators on issues of concern to the membership, and plan for future marketing efforts and other business strategies. The Research Division is comprised of professional staff of economists, [illegible] econometric modeling, survey and other research techniques and management, and statistical analysis.

Other studies and statistics produced by the NATIONAL ASSOCIATION OF REALTORS® can be accessed at the Association's Web site: http://www.realtor.org/research

NATIONAL ASSOCIATION OF REALTORS®
The Research Division
[illegible] Street, NW
Washington, DC 2001
[illegible]
email: research@realtors.org

SDK 00060