Court File No. 01-1980 / ROTTLUND / Pinnacle
Mahowald Affidavit (MIL – Kenyon) November 1, 2004

Exhibit G

EXHIBIT
436

# WE VALUE YOUR COMMENTS

***Thank you*** for your decision to purchase a Rottlund Home.

In an effort to improve our products and services, we would appreciate your candid comments on your home buying experience with us. Please take a few moments to complete this questionnaire and return it in the enclosed postage-paid envelope.

**Note: This survey is not intended as a substitute for the normal customer service and warranty requests. Please use the service warranty request forms you received at your Customer Orientation, to insure timely documentation and appropriate service.**

## SALES PROCESS FOR YOUR HOME [illegible]

| **Please rate your new home Salesperson on:** | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 1. Product knowledge | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Listening to my needs and concerns | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Helping in solving problems | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4. Keeping in touch regularly; returning calls promptly | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. Keeping me informed of home's progress | ☐ | ☒ | ☐ | ☐ | ☐ |
| 6. How likely is it that you would recommend your Rottlund salesperson to a family member or friend? | ☐ | ☒ | ☐ | ☐ | ☐ |

7. Additional comments on Salesperson: ______________________

______________________

______________________

______________________

## CONSTRUCTION PROCESS FOR YOUR HOME [illegible]

| **Please rate your Construction Superintendent on:** | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 1. Construction knowledge | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. Listening to my needs and concerns | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. Helping in solving problems | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4. Keeping in touch regularly; returning calls promptly | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. Rate your home's quality as to your expectations | ☐ | ☒ | ☐ | ☐ | ☐ |
| 6. How would you rate your pre-construction meeting? | ☐ | ☒ | ☐ | ☐ | ☐ |

☐ **No pre-construction meeting was held**

CONFIDENTIAL

RCI007950

MKY 1/2 3-23-01

## CONSTRUCTION PROCESS (continued)

| Please rate your Construction Superintendent on: | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 7. Rate the timeliness of correcting and/or completing the items identified at your Customer Orientation (walk-thru) ........ | ☐ | ~~X~~ | X | ☐ | ☐ |
| 8. Rate the quality of work done in completing the items identified at the Customer Orientation (walk-thru) ........ | ☐ | X | X | ☐ | ☐ |

9. Additional comments on Construction Superintendent: It took several months to finish all identified items – a few needed to be returned to work on them several times.

## YOUR CUSTOMER ORIENTATION (WALK-THRU)

| Please rate your Customer Orientation Representative on: | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 1. Product knowledge ................................ | ☐ | X | ☐ | ☐ | ☐ |
| 2. Listening to my needs and concerns ..................... | ☐ | X | ☐ | ☐ | ☐ |
| 3. Thoroughness of Customer Orientation walk-thru .......... | ☐ | X | ☐ | ☐ | ☐ |
| 4. Rate the usefulness of the Rottlund Warranty Information Guide provided to you at your Customer Orientation walk-thru .... **Note:** If rating is fair or poor, how should it be revised? | ☐ | X | ☐ | ☐ | ☐ |

5. Additional comments on your Customer Orientation Representative: ______

## YOUR MORTGAGE PROCESS

*Note: Skip this section if you paid cash for your new home.*

**RECORD NAME OF YOUR MORTGAGE (LENDER) COMPANY** Firstar Home Mortgage

**RECORD NAME OF YOUR LOAN OFFICER** Joe Boldt

| | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 1. Rate Loan Officer for mortgage process knowledge ......... | X | ☐ | ☐ | ☐ | ☐ |
| 2. Rate Loan Officer's professionalism .................... | X | ☐ | ☐ | ☐ | ☐ |
| 3. Rate the timeliness of your loan approval ................ | ☐ | X | ☐ | ☐ | ☐ |

5. Additional comments on your mortgage process: ______



CONFIDENTIAL
RCI007951

## CLOSING PROCESS FOR YOUR NEW HOME

**SECTION A: Please rate the ROTTLUND HOMES Closing Agent on:**

| | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 1. Knowledge and helpfulness | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. Listening to my needs and concerns | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Helpful in solving problems | ☐ | ☒ | ☐ | ☐ | ☐ |

**SECTION B: Please rate the TITLE COMPANY'S Closing Agent or Attorney on:**

| | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 4. Knowledge and helpfulness | ☐ | ☒ | ☐ | ☐ | ☐ |

5. Overall Closing comments: ____________________

## GENERAL COMMENTS

| | Excellent | Good | Okay | Fair | Poor |
|---|---|---|---|---|---|
| 1. Rate the usefulness of the Home Buyers Guide (provided at your purchase agreement signing) in understanding the home building process. | ☐ | ☒ | ☐ | ☐ | ☐ |

If rating is Fair or Poor, what revisions would you suggest to make it better? ____________________

2. Rank the features you like best about your Rottlund Home.

***Please rank your responses on a scale of importance, using:***
***1= the most important and 7= the least important.***

[1] Floor Plan [6] Master Bath [2] Kitchen [ ] Other: Windows
[3] Use of Space [4] Quality [5] Family Room

3. Rank the reason you purchased a Rottlund Home.

***Please rank your responses on a scale of importance, using:***
***1= the most important and 6= the least important.***

[1] Liked the Design/Plan [4] Better Quality [6] Reputation
[3] Liked the Location/Neighborhood [2] More Value for the Money [5] Other: Liked the lot

CONFIDENTIAL



RCI007952

## GENERAL COMMENTS ON YOUR HOME BUYING EXPERIENCE (continued)

4. What suggestions do you have to improve your Rottlund Home? ____________

5. What personnel or procedural problems, if any, have you experienced with Rottlund Homes? ____________

6. What suggestions do you have for improving the Rottlund Homes home buying process? ____________

| | Excellent | Good | OK | Fair | Poor |
|---|---|---|---|---|---|
| 7. What is the likelihood that you would refer a family member or friend to Rottlund Homes for a new home purchase? | ☐ | ☒ | ☐ | ☐ | ☐ |

8. Additional Comments?

____________

**We appreciate your time and efforts in completing this survey.**
**Thank you for your valuable comments.**

Customer Signature (Optional) | Rottlund Homes Divisional President

Code ________ *Coding is for data analysis. Survey results are confidential and will be used only by Rottlund Homes to improve products and services.*

3/23/01

CONFIDENTIAL



MN-1045 (1/99)

RCI007953

Exhibit H

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

No.: 01-CV-1980 (DSD/SRN)

- - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
Corporation,

Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

Deposition of

ROGER E. CONHAIM

Wednesday, August 13, 2003

9:02 a.m.

APPEARANCES:

FOR PLAINTIFF THE ROTTLUND COMPANY, INC.:

MR. PHILIP R. MAHOWALD
Attorney at Law
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402

FOR DEFENDANT PINNACLE CORPORATION:

MR. CHRISTOPHER J. MURDOCH
Attorney at Law
HOLLAND & KNIGHT, LLC
55 West Monroe Street #800
Chicago, Illinois 60603

FOR THIRD-PARTY PLAINTIFF TOWN & COUNTRY HOMES:

MS. CYNTHIA JOKELA MOYER
Attorney at Law
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

FOR THIRD-PARTY DEFENDANT BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.:

MR. BEN PATRICK
Attorney at Law
MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South #1350
Minneapolis, Minnesota 55415-1823

* * * * *

# I N D E X

EXAMINATION:

By Mr. Patrick - Pages 5 and 125
By Mr. Murdoch - Page 50
By Ms. Moyer - Page 91
By Mr. Mahowald - Page 96

EXHIBIT KEY:

(Reporter's Note: Due to simultaneous taking of depositions, the exhibits were temporarily pencil-marked with letters during this deposition. They were subsequently officially marked with the next consecutive exhibit number.)

(Temporarily marked:) (Officially marked:)

A......................................208
B......................................209
C......................................210
D......................................211
E......................................212
F......................................213
G......................................214
H......................................215
I......................................216
J......................................217

EXHIBITS:



| Number | Description | Page |
|---|---|---|
| 208 | Photos - MCH 0093 - 95 | 19 |
| 209 | Market Analysis and Conclusions: Springwood Ponds - RCI021247 - 274 | 46 |
| 210 | Springwood Ponds Street and Utility Construction Plans - RCI021277 | 48 |
| 211 | Map of Town & Country Homes Minnesota Developments - no Bates | 77 |



continued...

EXHIBITS (continued):

| Number | Description | Page |
|---|---|---|
| 212 | Market Intelligence Report 6-10-94 Revised - CON 0494 - 495 | 104 |
| 213 | Marketing Services Proposal - CON 0664 - 671 | 107 |
| 214 | Builder/Architect material - CON 0570 - 575 | 108 |
| 215 | Handwritten document - CON 0506 - 507 | 112 |
| 216 | Marketing Services Proposal - CON 0558 - 562 | 116 |
| 217 | Market Overview Report, Lakeville Townhome Sites - CON 0102 - 164 | 121 |

* * * * *

THE ORIGINAL IS IN THE POSSESSION
MOORE, COSTELLO & HART, P.L.L.P.

* * * * *

Deposition, taken before Myrina Kleinschmidt, a Notary Public in and for the County of Hennepin, State of Minnesota, held at the law offices of MOORE, COSTELLO & HART, P.L.L.P., 701 Fourth Avenue South #1350, Minneapolis, Minnesota.

WHEREUPON, the following proceedings were duly had:

(The oath was administered by the reporter.)

WITNESS RESPONSE: Yes.

ROGER E. CONHAIM,

called as a witness, after first having been duly sworn, deposed under oath as follows:

EXAMINATION

BY MR. PATRICK:

Q Mr. Conhaim, I introduced myself earlier. I know that we've spoken. Introduce myself again, my name is Ben Patrick. I represent a defendant in this lawsuit: Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.; and another defendant called Bloodgood Group, Inc.
Let me start out by just asking you a little bit about your background and experience.

Q In real estate, in production housing, what is the most important factor in -- that buyers consider in buying a house?

MR. MAHOWALD: I would object to the extent the question is vague and ambiguous and calls for speculation.

A Typically location.

BY MR. PATRICK:

Q Isn't there an adage that goes along those lines?

A I don't repeat that adage. I hate it.

Q Location is important?

A Yes.

Q More important than anything else?

A Well --

MR. MAHOWALD: I'd object as vague. Calls for speculation.

A Location and price. I think you asked for one, but location and price.

BY MR. PATRICK:

Q Okay. Those are number 1 and 2.

A Yes.

Q What's -- what are other important factors?

A Almost nothing is important to the buyer -- I mean in the -- in the context of the buying

decision in my opinion it's -- it's 85 percent those two factors and maybe there's some small factors that might influence things. Bedroom count, if somebody's looking for more than two bedrooms, bedroom count might be the most important other factor then.

Q Let me have you flip back to Exhibit 211 which is that map of the Twin Cities --

A Yes.

Q -- area. I'm going to do something that's going to be fairly rote. And after I ask you a couple questions, you're going to get what I'm asking; but we'll go through the motions anyway.

A Okay.

Q Town & Country's developments at Centennial Crossing in Maple Grove --

A Yes.

Q -- would they compete with Rottlund's development at Club West in Blaine?

A Well, in time as I recall this was -- there are five years removed, three to five years removed. So there was no competition I don't think.

Q Would that Maple Grove development compete with Rottlund's Plymouth development?

Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes,
a Minnesota corporation,
Plaintiff,

vs. Case No. 01-CV-1980 (DSD/SRN)

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, and
Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,
Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF STEVEN A. KAHN, 30(b)(6)
VOLUME II, Pages 204 - 400

(THIS TRANSCRIPT CONTAINS ATTORNEYS' EYES ONLY
PORTIONS AS INDICATED AT PAGES 364 AND 385.)

(The following is the continuation of the 30(b)(6) deposition of STEVEN A. KAHN, taken pursuant to Notice of Taking Deposition, at the offices of Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, in the city of Minneapolis, state of Minnesota, commencing at approximately 9:12 o'clock a.m., August 4, 2003.)

APPEARANCES:

On Behalf of the Plaintiff:

Craig S. Krummen
Winthrop & Weinstine, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629

On Behalf of Defendant Pinnacle Corporation:

Matthew I. Farmer
Holland & Knight, LLC
Attorneys at Law
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603

On Behalf of Defendant Town & Country Homes, Inc.

Darren B. Schwiebert
Fredrikson & Byron, P.A.
Attorneys at Law
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

On Behalf of Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.:

Holly J. Newman
Moore, Costello & Hart, PLLP
Attorneys at Law
701 Fourth Avenue South
Suite 1350
Minneapolis, Minnesota 55415

EXAMINATION INDEX

| WITNESS | EXAMINED BY | PAGE |
|---|---|---|
| Steven A. Kahn | Mr. Schwiebert | 207 |
| | Ms. Newman | 340 |
| | Mr. Farmer | 376 |

EXHIBIT INDEX

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 185 | Consolidated Financial Statements, RCI 007625 to 7640 | 244 |
| 186 | Annual Report 1997, RCI 000780 to 818 | 262 |
| 187 | Annual Report 1998, RCI 000819 to 829, page 8, 830 to 857 | 266 |
| 188 | Annual Report 1999, RCI 000858 to 893 | 268 |
| 189 | Annual Report 2000, RCI 000894 to 928 | 282 |
| 190 | Annual Report 2001, RCI 000929 to 971 | 287 |
| 191 | Group exhibit, diskette, 6/25/03, Capital Interest Mar 95-May 03, Info Land Budgets, RCI 020639, 33 pgs. | 295 |

P R O C E E D I N G S

(Witness sworn.)

STEVEN A. KAHN,

called as a witness, being first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. SCHWIEBERT:

Q. Mr. Kahn, since we last left your deposition as a 30(b)(6) on behalf of Rottlund, have you taken any steps to prepare on the topics for which you've been designated to testify?
A. Nothing further, no.
Q. Did you do preparation similar to what you had done before the last deposition?
A. I reread my last deposition and reread the expert witness financial report, and that's the extent to which I prepared for this deposition.
Q. Mr. Kahn, what year did you join The Rottlund Company?
A. 1999 -- No, 2000. I'm sorry.
Q. Sir, do you know what Rottlund's retention policy prior to 2000 is? Record-retention policy.
A. I'm not sure whether you're asking me about records prior to 2000, or what the policy was prior

policy was prior to the year 2000?
A. I did not work there.
Q. Did you take any effort to figure out what the record-retention policy was as it related to copyright registrations prior to your employment with Rottlund?
A. No, I didn't.
Q. Sir, what was Rottlund's development capacity in January of 1997?
A. Can you please define "capacity"?
Q. Well Rottlund can only undertake so many developments at any one time; is that correct?
A. No, that's not correct.
Q. Is it your testimony, sir, that Rottlund could undertake an unlimited number of projects simultaneously?
A. It would not be unlimited, no.
Q. So there is some limit to the number of developments or projects that Rottlund could undertake simultaneously; is that correct?
A. That's correct.
Q. Okay. What was that limit --
What is that limit currently?
A. Well the limit is not based on a number of projects, the limit would be based upon the

availability of subcontractors and the availability of funds and the availability of land.

Q. And by "funds" you mean capital?

A. Yes, sir.

Q. Is there anything else that would limit the number of projects that Rottlund could undertake simultaneously?

A. The number -- Well yes. The number of sub -- of superintendents that we have.

Q. Anything else?

A. I can't think of anything else, no.

Q. How many superintendents did Rottlund have in January of 1997?

A. I can't answer that question, but what we -- what I can tell you is that each project has one superintendent, and depending upon the size, one assistant superintendent. Superintendents can be hired, and oftentimes we hire superintendents ba -- you know, based upon the projects that are slated on our schedule, so superintendents are somewhat variable in that we can go out and hire them as needed.

Q. Sir, how many superintendents did Rottlund have in January 1997?

A. I have no idea.

Q. How many superintendents has Rottlund hired since January of 1997?
A. I have no idea.
Q. Presumably you train these superintendents; is that correct?
A. Rottlund does, yes.
Q. I'm --
This is the deposition of Rottlund.
A. Yes.
Q. When I use the "you," I mean Rottlund generally and not specific.
A. Okay.
Q. Rottlund trains superintendents?
A. Rottlund trains the superintendents, right.
Q. How long is the training program?
A. Generally people start as an assistant superintendent and then get promoted to superintendent, so they're being trained while they're assistant superintendents, and it can be a number of years before somebody would be promoted from assistant superintendent to superintendent.
Q. So if each project needs one superintendent and you wanted to add another project, you would hire an individual who was an assistant and then in approximately a, quote, number of years that person

could become a superintendent capable of handling a project; is that correct?
A. That's correct.
Q. Do you know the total number of superintendents today at Rottlund?
A. No, I don't know the exact number.
Q. But your testimony is that's one of the factors that goes into Rottlund's development or construction capacity; is that correct?
A. That's correct. I would estimate that today between superintendents and assistant superintendents there's probably 50 to 60 individuals.
Q. But even --
MR. FARMER: Fifty to sixty total?
THE WITNESS: Yes.
MR. FARMER: Thank you.
Q. But each project requires one superintendent; is that correct?
A. Each project requires at least one superintendent, and usually an assistant superintendent.
Q. Okay. But you don't know how many superintendents there are currently.
A. No.
Q. So presumably Rottlund's current capacity for

projects is less than 50 to 60.
A. Yes.
Q. Do you know what the ratio of assistant superintendents to superintendents is?
A. It's usually one to one. Sometimes there are no assistants.
Q. I don't mean on an individual project, I mean in the total of these 50 or 60 employees do you know approximately how many of them are assistants and how many of them are superintendents?
A. It's probably 60/40.
Q. Which is the 60?
A. The superintendents.
Q. Do you know the number of superintendents that Rottlund has had for each year since January of 1997 to present?
A. No, I don't.
Q. Are there any projects that don't have superintendents?
A. No.
Q. One of the factors you listed as limiting Rottlund's capacity to undertake projects was the availability of subcontractors; is that correct?
A. That's correct.
Q. Do you know what the availability of

subcontractors to build Villa II's in 1997 was?
A. No, I don't.
Q. Do you know what the availability of subcontractors to build Villa II's for any year since 1997 was?
A. No, I don't.
Q. But your testimony, sir, is that the availability of subcontractors was one of the factors that goes into determining Rottlund's capacity for development construction; is that correct?
A. That's correct. But to my knowledge we have not been limited or unable to build Villas or any other product because of subcontractors. Rottlund has a wonderful reputation in the community and subcontractors enjoy working for us, and if we --
Q. But -- I'm sorry.
A. -- if we need them, we -- we have the ability to get the work done.
Q. But you understand as you increase the number of projects that were going on simultaneously that one thing that would limit your ability would be the availability of subcontractors; is that correct?
A. That's correct.
Q. You just don't know at what point it becomes a constraint.

A. I don't know how many roofers there are in the Twin Cities, sir.

Q. Do you know how many roofers Rottlund uses on its Villa II products?

A. No, I don't.

Q. Do you know how many bricklayers Rottlund uses on its Villa II?

A. I don't.

Q. Do you know how many subcontractors Rottlund uses to put in driveways for its Villa II products?

A. No.

Q. Do you have any other knowledge regarding the availability of subcontractors as a constraint on the number of projects or developments that Rottlund can construct in any particular year?

A. No, I don't.

Q. The next factor you listed as a constraint on Rottlund's development and construction capacity was the availability of land; is that correct?

A. Yes.

Q. Do you know what the availability of land for the Villa II's was in January of 1997?

A. No, I don't.

Q. Do you know what the availability of land was in 1999?

A. No.
Q. Do you know what the availability of land to build the Villa II's is currently?
A. No.
Q. But your testimony, sir, is that the one of the factors that would limit the capacity of Rottlund to engage in construction developments is the availability of land; is that correct?
A. That's correct.
Q. Do you have any other knowledge regarding the availability of land or its implications on Rottlund's capacity to build new projects or developments?
A. No.
Q. Did you take any steps to try and figure it out?
A. No.
Q. Did you take any steps to try and figure out what the availability of subcontractors were for any of the years from January of 1997 to present?
A. No.
Q. Did you take any steps to figure out the number of superintendents were for Rottlund for any of the years from January 1997 to present?
A. No.
Q. The final factor you listed as limiting the

capacity of Rottlund engaging in new developments was the availability of funds; is that correct?
A. That's correct.
Q. Does Rottlund currently have a revolving credit facility?
A. Yes, it does.
Q. Did Rottlund have a revolving credit facility in January of 1997?
A. Yes.
Q. Did Rottlund have a revolving credit facility for each of the years --
A. Yes, it did.
Q. -- between January 1997 to the present?
A. Yes.
Q. Okay. With the exception of the revolving credit facility, are there other ways in which Rottlund could obtain funds, as you characterized it, necessary to increase its capacity to engage in projects?
A. It could utilize methods of financing the land, such as land options. That's a practice widely used in the industry and one widely used by The Rottlund Company.
Q. Is there any other ways in which Rottlund would have access to funds, as you characterized it,

necessary to increase its capacity to engage in projects?
A. Between the period 1997 through 2002 Rottlund was a public company, it could have engaged in a secondary offer to raise capital, it could have leased assets which would have generated more capital for the company.
Q. If Rottlund engaged in a secondary offering between the years of 1997 and 2000, Rottlund would have had to have -- Well let me strike that.
Why is Rottlund no longer able to, after 2002, engage in secondary offerings to raise capital?
A. In March of 2002 Rottlund became a private company.
Q. And by "private company" you mean it bought back all the public stock?
A. That's correct.
Q. If Rottlund had raised money by secondary offerings between 1997 and 2000, Rottlund would have had to have bought back those additional stocks; is that correct?
A. That's correct.
Q. Which would have limited its current ability to engage in projects or developments; is that correct?
MR. KRUMMEN: I'll object to that as a

Exhibit J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

The Rottlund Company, Inc.
d/b/a Rottlund Homes,
a Minnesota corporation,
Plaintiff,

vs. Case No. 01-CV-1980 (DSD/SRN)

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc.,
a Minnesota Corporation, and
Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation, and
The Bloodgood Group, Inc., an
Iowa corporation
Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,
Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster
Architects & Planners of Iowa,
Inc., an Iowa corporation,
Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF BERNARD J. ROTTER
August 29, 2003

(The following is the deposition of BERNARD J. ROTTER, taken pursuant to Notice of Taking Deposition, at the offices of Fredrikson & Byron, 4000 Pillsbury Center, 200 South Sixth Street, in the city of Minneapolis, state of Minnesota, commencing at approximately 9:13 o'clock a.m., August 29, 2003.)

APPEARANCES:

On Behalf of the Plaintiff:

Craig S. Krummen
Winthrop & Weinstine, P.A.
Attorneys at Law
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629

On Behalf of Defendant Pinnacle Corporation:

Matthew I. Farmer
Holland & Knight, LLC
Attorneys at Law
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603

On Behalf of Defendant Town & Country Homes, Inc.

Darren B. Schwiebert
Fredrikson & Byron, P.A.
Attorneys at Law
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

On Behalf of Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.:

Holly J. Newman
Moore, Costello & Hart, PLLP
Attorneys at Law
701 Fourth Avenue South
Suite 1350
Minneapolis, Minnesota 55415

EXAMINATION INDEX


| WITNESS | EXAMINED BY | PAGE |
| --- | --- | --- |
| Bernard J. Rotter | Ms. Newman | 4,227 |
| | Mr. Schwiebert | 122 |
| | Mr. Farmer | 202 |


EXHIBIT INDEX


| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| 222 | Transmittal document, Whitten to Bud Rotter, 5/9/86, GMAFI 0127 | 148 |
| 223 | Invoice, AFI to Bud Rotter, Jan. 26, 1988, GMAFI 0034 | 153 |
| 224 | Addendum to Agreement, unsigned, GMAFI 0100 | 156 |

P R O C E E D I N G S

(Witness sworn.)

BERNARD J. ROTTER,

called as a witness, being first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. NEWMAN:

Q. Mr. Rotter, we're going to start with me this morning.

A. Okay.

Q. I'm the attorney who's representing Bloodgood Sharp Buster and The Bloodgood Group, Inc., in this litigation.

A. Okay.

Q. Can you please state your full name?

A. Bernard Rotter.

Q. Have you been deposed before?

A. Yes.

Q. How many times?

A. I recall two.

Q. Any of those depositions involve copyright infringement issues?

A. Yes.

Q. Which one? What matter?

explanation for that thousand-dollar difference in my estimate.
Q. Do you know if the elevation changes that Tim Whitten made increased the cost of the product?
A. I do not.
Q. And you don't -- I know I've asked you this before, I just want to make sure. You don't remember any of the specific elevation changes that Mr. Whitten made.
A. Not specific.
Q. How many additional Villa II units could Rottlund have built and sold in 1997?
A. The only problem we've ever had with Villas is finding enough land to build Villas on. How many could we build? It's the easiest product that we build, it's very easy to add volume when it comes to Villas because we've built them for so many years, they're repetitious. Repetitious product's very easy. You don't have to rebid, you just put the product out there and build it. So how many more? How much land are you going to give me to build them on?
Q. Sir, my question: How many additional Villa II units could Rottlund have built and sold in 1997?
MR. KRUMMEN: Asked and answered.

A. How many did we build?
Q. How many did you build in 1997?
A. I don't know. I don't have the records in front of me.
Q. How many additional units could Rottlund have built and sold in 1997?
A. I really can't even tell you sitting here today without something to give me some recall of the year of 1977, how much business we did in that year or what --
Q. I'm sorry, 1997.
A. What that year was --
In 1997 what the year was really all about, whether -- In my mind '96, '97, '98, I couldn't tell you which year was -- we did a thousand, which year we did 800. I really don't know.
Q. 1998 how many additional Villa II units could Rottlund have built?
A. Same thing.
Q. You don't know?
A. (Shaking head.) Whatever we built we could always build more with available land. That always has been our kind of -- my direction to the people that work for me, Todd Stutz in Minneapolis is --
Q. An unlimited amount more?

A. There's -- I don't know about "unlimited," but --
Q. A thousand units more of Villa II's?
A. Five hundred more in a given year, four hundred more in a given year.
Q. What's the basis of that statement?
A. Based on your question pretty much.
Q. Do you have any basis to come up with a number of 400 as opposed to a thousand or five thousand?
A. I believe that a thousand -- to gear up for a thousand and find land, and even if the land was available, that -- that's a number that may be achievable, may not be. Again I'd have to look at our -- our -- what kind of business we did in those years to tell you how much we could add on.
But I would say that just about any year, if we're just adding Villas on top of our existing volume we could probably do a -- at least 50 percent more than -- in Villas, or double our production in Villas, say, in any given year.
Q. And what's the basis of that conclusion?
A. The product's easy to build.
Q. Anything --
MS. NEWMAN: May I just ask one clarification, --

A. They sell well.

MS. NEWMAN: -- if you don't mind?

When you said 50 percent more, did you mean in lieu of some other product or in addition to what you were already building? Just so I understand.

THE WITNESS: I'm saying in addition, but I have to -- I want to say, too, that I'm at a disadvantage. I really don't know what basis we're working off of. If we have a year where we're building a thousand units and 500 are Villas, how many more can we build in that year? I don't know if we built a thousand units in '97 or if we built 800 in '97 and 1200 in '98 or 700 in '98. The years to me are not clear in my mind so, you know, I don't know where we're at.

I do know that we can always -- we always have had room for more Villa production, always.

BY MR. SCHWIEBERT:

Q. Sir, the Villa --

A. And my direction to Todd and the people that worked for us is find as much Villa land as you can, that's our -- always been our bread and butter, our money maker. We want to build as much of it as we possibly can. And I'm assuming that he's following that directive.

Q. Okay. Let's turn to page 28.
A. Okay.
Q. The description --
The third bullet point on the left-hand side is talking about you; is that correct?
A. That's correct.
Q. Have you ever seen this paragraph before?
A. Yes.
Q. Okay. What I want to figure out is your knowledge as it relates to these topics.
A. Okay.
Q. So the first topic to which you are believed to have knowledge of facts and issues involved in this matter is "Plaintiff's capacity to take on additional sales from 1997 to present"; is that correct?
A. That's correct.
Q. Besides your previous testimony, do you have any other knowledge of facts or issues involved in this matter relating to plaintiff's capacity to take on additional sales from 1997 to present?
A. I know that we had the cap -- we have the capabilities and had the capabilities to build more Villa product from 1997 to present. The only reason we haven't is the unavailability or lack of land to do so.

Exhibit K

**Reason Customers Purchased a Rottlund Home**

| | 1 | 2 | 3 | 4 | 5 | 6 | Total | |
|---|---|---|---|---|---|---|---|---|
| **Count** | | | | | | | | |
| Design | 54 | 25 | 13 | 4 | 3 | 0 | 99 | |
| Neighborhood | 28 | 30 | 17 | 12 | 10 | 0 | 97 | |
| Quality | 5 | 13 | 25 | 33 | 11 | 4 | 91 | |
| Value | 25 | 21 | 22 | 11 | 14 | 2 | 95 | |
| Reputation | 4 | 8 | 12 | 22 | 41 | 2 | 89 | |
| Total | 116 | 97 | 89 | 82 | 79 | 8 | 471 | |
| **Points** | | | | | | | | |
| Design | 54 | 50 | 39 | 16 | 15 | 0 | 174 | 12.9% |
| Neighborhood | 28 | 60 | 51 | 48 | 50 | 0 | 237 | 17.6% |
| Quality | 5 | 26 | 75 | 132 | 55 | 24 | 317 | 23.5% |
| Value | 25 | 42 | 66 | 44 | 70 | 12 | 259 | 19.2% |
| Reputation | 4 | 16 | 36 | 88 | 205 | 12 | 361 | 26.8% |
| Total | 116 | 194 | 267 | 328 | 395 | 48 | 1348 | 100.0% |
| **Points - Reversed** | | | | | | | | |
| Design | 270 | 100 | 39 | 8 | 3 | | 420 | 28.4% ♂ |
| Neighborhood | 140 | 120 | 51 | 24 | 10 | | 345 | 23.3% |
| Quality | 25 | 52 | 75 | 66 | 11 | | 229 | 15.5% |
| Value | 125 | 84 | 66 | 22 | 14 | | 311 | 21.0% |
| Reputation | 20 | 32 | 36 | 44 | 41 | | 173 | 11.7% |
| Total | 580 | 388 | 267 | 164 | 79 | | 1478 | 100.0% |
| **Percent receiving Rank by Factor** | | | | | | | | |
| Design | 54.5% | 25.3% | 13.1% | 4.0% | 3.0% | 0.0% | 100.0% | |
| Neighborhood | 28.9% | 30.9% | 17.5% | 12.4% | 10.3% | 0.0% | 100.0% | |
| Quality | 5.5% | 14.3% | 27.5% | 36.3% | 12.1% | 4.4% | 100.0% | |
| Value | 26.3% | 22.1% | 23.2% | 11.6% | 14.7% | 2.1% | 100.0% | |
| Reputation | 4.5% | 9.0% | 13.5% | 24.7% | 46.1% | 2.2% | 100.0% | |
| **Percent receiving Factor by Rank** | | | | | | | | |
| Design | 46.6% | 25.8% | 14.6% | 4.9% | 3.8% | 0.0% | | |
| Neighborhood | 24.1% | 30.9% | 19.1% | 14.6% | 12.7% | 0.0% | | |
| Quality | 4.3% | 13.4% | 28.1% | 40.2% | 13.9% | 50.0% | | |
| Value | 21.6% | 21.6% | 24.7% | 13.4% | 17.7% | 25.0% | | |
| Reputation | 3.4% | 8.2% | 13.5% | 26.8% | 51.9% | 25.0% | | |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | | |

Design ♂ 28.4%
Alleged Infringe p.2 72.2
80.5%

EXHIBIT
437

**Features Liked Best**

| Count | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Floor Plan | 55 | 16 | 18 | 8 | 5 | 1 | 2 | 0 | 105 |
| Use of Space | 19 | 27 | 21 | 13 | 11 | 8 | 4 | 1 | 104 |
| Master Bath | 10 | 14 | 11 | 19 | 18 | 24 | 3 | 3 | 102 |
| Quality | 22 | 19 | 14 | 15 | 12 | 13 | 3 | 1 | 99 |
| Kitchen | 20 | 27 | 17 | 21 | 9 | 5 | 3 | 0 | 102 |
| Family Room | 8 | 8 | 8 | 12 | 24 | 25 | 7 | 2 | 94 |
| Design Features | 0 | 1 | 4 | 1 | 3 | 3 | 6 | 1 | 19 |
| Customizing Capabilities | 0 | 3 | 0 | 1 | 1 | 2 | 2 | 9 | 18 |
| Total | 134 | 115 | 93 | 90 | 83 | 81 | 30 | 17 | 643 |

| Points | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Floor Plan | 55 | 32 | 54 | 32 | 25 | 6 | 14 | 0 | 218 | 10.7% |
| Use of Space | 19 | 54 | 63 | 52 | 55 | 48 | 28 | 8 | 327 | 16.1% |
| Master Bath | 10 | 28 | 33 | 76 | 90 | 144 | 21 | 24 | 426 | 20.9% |
| Quality | 22 | 38 | 42 | 60 | 60 | 78 | 21 | 8 | 329 | 16.2% |
| Kitchen | 20 | 54 | 51 | 84 | 45 | 30 | 21 | 0 | 305 | 15.0% |
| Family Room | 8 | 16 | 24 | 48 | 120 | 150 | 49 | 16 | 431 | 21.2% |
| Design Features | 0 | 2 | 12 | 4 | 15 | 18 | 42 | 8 | 101 | 5.0% |
| Customizing Capabilities | 0 | 6 | 0 | 4 | 5 | 12 | 14 | 72 | 113 | 5.6% |
| Total | 134 | 222 | 267 | 352 | 395 | 456 | 154 | 56 | 2036 | 100.0% |

| Points - Reversed | 1 | 2 | 3 | 4 | 5 | 6 | Total | % |
|---|---|---|---|---|---|---|---|---|
| Floor Plan | 330 | 80 | 72 | 24 | 10 | 1 | 517 | 23.4% |
| Use of Space | 114 | 135 | 84 | 39 | 22 | 8 | 402 | 18.2% |
| Master Bath | 60 | 70 | 44 | 57 | 36 | 24 | 291 | 13.1% |
| Quality | 132 | 95 | 56 | 45 | 24 | 13 | 365 | 16.5% (2) |
| Kitchen | 120 | 135 | 68 | 63 | 18 | 5 | 409 | 18.5% |
| Family Room | 48 | 40 | 32 | 36 | 48 | 25 | 229 | 10.3% (3) |
| Design Features | 0 | 5 | 16 | 3 | 6 | 3 | 33 | 1.5% |
| Customizing Capabilities | 0 | 15 | 0 | 3 | 2 | 2 | 22 | 1.0% (4) |
| Total | 804 | 560 | 356 | 264 | 158 | 76 | 2213 | 100.0% (1) |

| Percent receiving Rank by Factor | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Floor Plan | 52.4% | 15.2% | 17.1% | 7.6% | 4.8% | 1.0% | 1.9% | 0.0% | 100.0% |
| Use of Space | 18.3% | 26.0% | 20.2% | 12.5% | 10.6% | 7.7% | 3.8% | 1.0% | 100.0% |
| Master Bath | 9.8% | 13.7% | 10.8% | 18.6% | 17.6% | 23.5% | 2.9% | 2.9% | 100.0% |
| Quality | 22.2% | 19.2% | 14.1% | 15.2% | 12.1% | 13.1% | 3.0% | 1.0% | 100.0% |
| Kitchen | 19.6% | 26.5% | 16.7% | 20.6% | 8.8% | 4.9% | 2.9% | 0.0% | 100.0% |
| Family Room | 8.5% | 8.5% | 8.5% | 12.8% | 25.5% | 26.6% | 7.4% | 2.1% | 100.0% |
| Design Features | 0.0% | 5.3% | 21.1% | 5.3% | 15.8% | 15.8% | 31.6% | 5.3% | 100.0% |
| Customizing Capabilities | 0.0% | 16.7% | 0.0% | 5.6% | 5.6% | 11.1% | 11.1% | 50.0% | 100.0% |

| Percent receiving Factor by Rank | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Floor Plan | 41.0% | 13.9% | 19.4% | 8.9% | 6.0% | 1.2% | 6.7% |
| Use of Space | 14.2% | 23.5% | 22.6% | 14.4% | 13.3% | 9.9% | 13.3% |
| Master Bath | 7.5% | 12.2% | 11.8% | 21.1% | 21.7% | 29.6% | 10.0% |
| Quality | 16.4% | 16.5% | 15.1% | 16.7% | 14.5% | 16.0% | 10.0% |
| Kitchen | 14.9% | 23.5% | 18.3% | 23.3% | 10.8% | 6.2% | 10.0% |
| Family Room | 6.0% | 7.0% | 8.6% | 13.3% | 28.9% | 30.9% | 23.3% |
| Design Features | 0.0% | 0.9% | 4.3% | 1.1% | 3.6% | 3.7% | 20.0% |
| Customizing Capabilities | 0.0% | 2.6% | 0.0% | 1.1% | 1.2% | 2.5% | 6.7% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Total (1) 100%
Non-Infringing
Quality 16.5
Family Room 10.3
Customizing 1.0
Alleged Infringe 72.2% p. 1

| Count of Reputat | Reputation | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 (blank) | Grand Total |
| Total | 4 | 8 | 12 | 22 | 41 | 2 | 1 | 90 |

| Count of Other | Other | | | | |
|---|---|---|---|---|---|
| | 1 | 4 | 5 | 6 (blank) | Grand Total |
| Total | 3 | 2 | 1 | 14 | 20 |

| Count of Value | Value | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 (blank) | Grand Total |
| Total | 25 | 21 | 22 | 11 | 14 | 2 | 95 |

| Count of Quality | Quality | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 (blank) | Grand Total |
| Total | 5 | 13 | 25 | 33 | 11 | 4 | 91 |

| Count of Neighbo | Neighborhood | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 at this pric | (blank) | Grand Total |
| Total | 28 | 30 | 17 | 12 | 10 | 1 | 98 |

| Count of Design | Design | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 (blank) | Grand Total |
| Total | 54 | 25 | 13 | 4 | 3 | 99 |

3

| Count of Floor P | Floor Plan | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 (blank) | Grand Total |
| Total | 55 | 16 | 18 | 8 | 5 | 1 | 2 | 105 |

| Count of Use of | Use of Space | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 (blank) | Grand Total |
| Total | 19 | 27 | 21 | 13 | 11 | 8 | 4 | 1 | 104 |

| Count of Master | Master Bath | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 (blank) | Grand Total |
| Total | 10 | 14 | 11 | 19 | 18 | 24 | 3 | 3 | 102 |

| Count of Quality | Quality | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 (blank) | Grand Total |
| Total | 22 | 19 | 14 | 15 | 12 | 13 | 3 | 1 | 99 |

| Count of Kitchen | Kitchen | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 (blank) | Grand Total |
| Total | 20 | 27 | 17 | 21 | 9 | 5 | 3 | 102 |

| Count of Family | Family Room | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 (blank) | Grand Total |
| Total | 8 | 8 | 8 | 12 | 24 | 25 | 7 | 2 | 94 |

| Count of Include | Included design features | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 | 8 (blank) | Grand Total |
| Total | 1 | 4 | 1 | 3 | 3 | 6 | 1 | 19 |

| Count of Custor | Customizing Capabilites | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2 | 4 | 5 | 6 | 7 | 8 (blank) | Grand Total |
| Total | 3 | 1 | 1 | 2 | 2 | 9 | 18 |

| Count of Other | Other | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 5 | 6 | 7 | 9 (blank) | Grand Total |
| Total | 3 | 2 | 1 | 3 | 2 | 13 | 5 | 29 |

4

| Development | Received | Bates | Design | Neighborhood | Quality | Value | Reputation | Other |
|---|---|---|---|---|---|---|---|---|
| Vermillion Grove Villas | 11/21/03 | RCI023270 | 2 | 5 | 3 | 1 | 4 | |
| Vermillion Grove Villas | 10/30/03 | RCI023274 | 1 | 2 | 4 | 3 | 5 | 6 small # townhomes |
| Victor Garden Villas | 12/30/03 | RCI023279 | 1 | 5 | 2 | 3 | 4 | 6 |
| Victor Garden Villas | 12/12/03 | RCI023283 | 2 | 1 | 3 | 4 | 5 | 6 new construction |
| Victor Garden Villas | 10/24/03 | RCI023287 | 5 | 4 | 3 | 1 | 2 | |
| Victor Garden Villas | 09/19/03 | RCI023291 | 2 | 1 | 3 | 4 | 5 | |
| Club West Villas | 12/19/03 | RCI023296 | 1 | 2 | 3 | 5 | 4 | |
| Club West Villas | 10/10/03 | RCI023300 | 1 | | | | 7 | |
| Clover Ridge Villas | 12/01/03 | RCI023305 | 1 at this price | | | | | |
| Clover Ridge Villas | 12/17/03 | RCI023310 | | | 1 | | | |
| Clover Ridge Villas | 12/29/03 | RCI023313 | 1 | 5 | 3 | 2 | 4 | 6 |
| Clover Ridge Villas | 11/20/03 | RCI023317 | 3 | 5 | 2 | 1 | 4 | |
| Clover Ridge Villas | 12/16/03 | RCI023321 | 1 | 4 | 2 | 3 | | have owned home previously-were pleased |
| Clover Ridge Villas | 10/31/03 | RCI023325 | 2 | 3 | 6 | 5 | 4 | 1 Blaine Caton |
| Clover Ridge Villas | 10/30/03 | RCI023329 | 1 | 2 | 3 | 5 | 4 | |
| Vermillion Grove Villas | | RCI23334 | 3 | 2 | 4 | 1 | 5 | |
| Vermillion Grove Villas | | RCI23336 | | | | | | |
| Vermillion Grove Villas | | RCI023342 | 1 | 4 | 3 | 2 | 5 | |
| Vermillion Grove Villas | | RCI023346 | | | | 1 | | |
| Vermillion Grove Villas | | RCI023350 | 1 | 5 | 3 | 2 | 4 | |
| Vermillion Grove Villas | 07/25/02 | RCI023354 | 2 | 5 | 1 | 4 | 3 | |
| Vermillion Grove Villas | 07/26/02 | RCI023358 | 4 | 5 | 3 | 1 | 2 | |
| Vermillion Grove Villas | 04/27/02 | RCI023362 | 1 | 4 | 1 | 1 | 1 | |
| Vermillion Grove Villas | 10/25/02 | RCI023366 | | | | | | |
| Vermillion Grove Villas | 08/30/02 | RCI023370 | 1 | | | 1 | | |
| Vermillion Grove Villas | 08/29/02 | RCI023374 | 1 | 4 | 3 | 2 | 5 | |
| Vermillion Grove Villas | 08/30/02 | RCI023378 | 1 | 4 | 2 | 3 | 5 | |
| Vermillion Grove Villas | 03/28/03 | RCI023382 | 2 | 3 | 5 | 1 | 4 | |
| Vermillion Grove Villas | 03/14/03 | RCI023386 | 1 | 3 | 5 | 2 | 4 | 6 |
| Vermillion Grove Villas | 12/30/02 | RCI023390 | 1 | 3 | 2 | 4 | 5 | |
| Vermillion Grove Villas | 01/28/03 | RCI023394 | 1 | 1 | 1 | 1 | 1 | |
| Vermillion Grove Villas | 04/18/03 | RCI023398 | 1 | 3 | 4 | 2 | 5 | |
| Vermillion Grove Villas | 04/24/03 | RCI023402 | 1 | 2 | 5 | 3 | | previous home was |
| Vermillion Grove Villas | 04/18/03 | RCI023406 | | | | | | 4 Rottlund |
| The Reserve Villas | 05/31/02 | RCI023411 | 3 | 2 | 4 | 1 | 5 | |
| The Reserve Villas | 05/31/02 | RCI023415 | 3 | 1 | 5 | 2 | 4 | |
| The Reserve Villas | | RCI023419 | | | | | | |
| The Reserve Villas | | RCI023423 | 3 | 1 | 4 | 2 | 5 | 6 |
| The Reserve Villas | | RCI023427 | 2 | 1 | 5 | 3 | 4 | |
| The Reserve Villas | | RCI023431 | 2 | 1 | 3 | 4 | 5 | |
| The Reserve Villas | 10/11/02 | RCI023435 | | 1 | | 2 | | |
| The Reserve Villas | 10/18/02 | RCI023439 | 2 | 1 | 4 | 5 | 3 | |
| The Reserve Villas | 10/31/02 | RCI023443 | 1 | 1 | 2 | 1 | 2 | |
| The Reserve Villas | 10/31/02 | RCI023447 | 3 | 2 | 4 | 1 | 5 | |
| The Reserve Villas | 10/11/02 | RCI023451 | 1 | 1 | | | | |
| The Reserve Villas | 10/25/02 | RCI023455 | 2 | 1 | 5 | 3 | 4 | |
| The Reserve Villas | 08/01/02 | RCI023459 | 3 | 4 | 6 | 2 | 5 | 1 friend's recommendation |
| The Reserve Villas | 08/22/02 | RCI023463 | | 5 | 6 | 6 | 5 | Appreciation of home |
| The Reserve Villas | 08/02/02 | RCI023467 | 1 | 2 | 3 | 2 | 4 | value in city of Plymouth |
| The Reserve Villas | 08/16/02 | RCI023471 | 2 | 1 | 4 | 4 | 4 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Reserve Villas | 08/16/02 RCI023475 | 2 | 1 | 3 | 5 | 4 | |
| The Reserve Villas | 09/30/02 RCI023479 | 2 | 1 | | 3 | | |
| The Reserve Villas | 09/27/02 RCI023483 | 1 | 1 | | | | |
| The Reserve Villas | 05/16/03 RCI023487 | 3 | 1 | 2 | 3 | 2 | |
| The Reserve Villas | 12/30/02 RCI023491 | 1 | 2 | 4 | 3 | 5 | |
| The Reserve Villas | 12/30/02 RCI023495 | 1 | 1 | 2 | 3 | 6 | |
| The Reserve Villas | 12/13/02 RCI023499 | 2 | 4 | 5 | 6 | 3 | 1 sick of renting |
| The Reserve Villas | 12/13/02 RCI023503 | 2 | | 5 | 3 | 4 | 6 knows how to sell homes |
| The Reserve Villas | 12/31/02 RCI023507 | 2 | 3 | 4 | 1 | 5 | |
| The Reserve Villas | 01/10/03 RCI023511 | 1 | 2 | 3 | 4 | 5 | |
| The Reserve Villas | 11/25/02 RCI023515 | 2 | 1 | 4 | 3 | 5 | 6 |
| The Reserve Villas | 11/15/02 RCI023519 | | | | | | investment for retirement |
| The Reserve Villas | 11/15/02 RCI023523 | 1 | 1 | 1 | 1 | 1 | |
| The Reserve Villas | 04/25/03 RCI023527 | 4 | 1 | 3 | 5 | 2 | |
| The Reserve Villas | 02/07/03 RCI023531 | 1 | 3 | 4 | 2 | 5 | |
| The Reserve Villas | 02/20/03 RCI023535 | | | | | | |
| Clover Ridge Villas | 04/25/03 RCI023540 | 1 | 4 | 3 | 2 | 5 | |
| Club West Villas | 02/26/03 RCI023545 | 3 | 2 | 4 | 1 | 5 | 6 friendliness of staff |
| Club West Villas | 01/15/03 RCI023549 | 1 | 2 | 6 | 5 | 3 | 4 |
| Club West Villas | 06/26/03 RCI023553 | 1 | 3 | 4 | 2 | 5 | |
| Club West Villas | 03/31/03 RCI023557 | 1 | 3 | 4 | 2 | 5 | friendliness of person at |
| Club West Villas | 12/13/02 RCI023561 | 1 | 2 | 4 | 3 | 5 | 6 initial visit here |
| Club West Villas | 05/12/03 RCI023565 | 1 | 3 | 5 | 4 | 2 | |
| Club West Villas | 05/01/03 RCI023569 | 1 | 5 | 4 | 2 | 3 | |
| Club West Villas | 04/30/03 RCI023573 | 1 | 2 | 4 | 5 | 3 | |
| Club West Villas | 04/30/03 RCI023577 | 1 | 2 | 3 | 4 | 5 | |
| Club West Villas | 08/01/03 RCI023581 | 1 | 2 | 4 | 5 | 3 | |
| Club West Villas | 10/15/02 RCI023585 | | | | | | |
| Club West Villas | 10/11/02 RCI023589 | 3 | 1 | 2 | 4 | 5 | |
| Club West Villas | 04/25/03 RCI023593 | 1 | 1 | 2 | 3 | 2 | |
| Club West Villas | 06/13/03 RCI023597 | 1 | 2 | | | | |
| Club West Villas | 12/30/02 RCI023601 | 1 | 2 | 4 | 5 | 3 | |
| Club West Villas | 05/10/02 RCI023605 | 1 | 3 | 4 | 2 | 5 | |
| Club West Villas | RCI023609 | 1 | 2 | 3 | 5 | 4 | |
| Club West Villas | RCI023613 | 3 | 2 | 4 | 1 | 5 | 6 |
| Club West Villas | 06/04/02 RCI023617 | 5 | 1 | 3 | 2 | 4 | |
| Club West Villas | RCI023621 | 1 | 3 | 4 | 2 | 5 | |
| Club West Villas | RCI023625 | 4 | 3 | 2 | 1 | 6 | 5 |
| Club West Villas | RCI023629 | 2 | 1 | 4 | 5 | 3 | |
| Club West Villas | 02/14/02 RCI023633 | 1 | 2 | | | | |
| Club West Villas | 08/23/02 RCI023637 | 1 | 2 | 4 | 5 | 3 | |
| Club West Villas | 08/28/02 RCI023641 | 2 | 3 | 4 | 1 | 5 | |
| Club West Villas | 08/15/02 RCI023645 | 2 | 3 | 4 | 1 | 5 | |
| Club West Villas | 08/28/02 RCI023649 | | | | | | |
| Club West Villas | 08/09/02 RCI023653 | 1 | 2 | 5 | 3 | 4 | |
| Club West Villas | 08/23/02 RCI023657 | | | | | | |
| Victor Garden Villas | 09/19/03 RCI023662 | 1 | 2 | 4 | 3 | 5 | |
| Victor Garden Villas | 09/19/03 RCI023662 | 1 | 2 | 4 | 3 | 5 | |
| Victor Garden Villas | 08/01/03 RCI023666 | 2 | 4 | 3 | 1 | 5 | 6 |
| Victor Garden Villas | 09/26/03 RCI023670 | 2 | 3 | | 1 | | |
| Victor Garden Villas | 08/15/03 RCI023674 | 2 | 1 | 5 | 3 | 4 | |
| Victor Garden Villas | 08/21/03 RCI023678 | 1 | 2 | 4 | 3 | 5 | |
| Victor Garden Villas | 08/04/03 RCI023682 | 2 | 1 | 2 | 3 | 3 | |
| Victor Garden Villas | 10/24/03 RCI023686 | 1 | 4 | 2 | 3 | 5 | |
| Victor Garden Villas | 10/27/03 RCI023690 | 2 | 3 | 4 | 1 | 5 | 6 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Victor Garden Villas | 08/08/03 | RCI023694 | 5 | 2 | 4 | 1 | 3 | |
| Victor Garden Villas | 10/24/03 | RCI023698 | 1 | 2 | 3 | 4 | 5 | |
| Victor Garden Villas | 09/12/03 | RCI023702 | 4 | 1 | 3 | 2 | 5 | 6 |
| Victor Garden Villas | 06/14/03 | RCI023706 | 1 | 4 | 3 | 2 | 5 | |
| Victor Garden Villas | 06/20/03 | RCI023710 | 3 | 2 | | | 1 | |
| Victor Garden Villas | 05/30/03 | RCI023714 | 1 | 2 | 3 | 5 | 4 | |
| Victor Garden Villas | 04/21/03 | RCI023718 | 3 | 5 | 4 | 1 | 2 | |
| | Total | | 174 | 237 | 317 | 259 | 368 | 100 |

| Development | Received | Bates | Floor Plan | Use of Space | Master Bath | Quality | Kitchen | Family Room | Included design features | Customizing Capabilites | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vermillion Grove Villas | 11/21/03 | RCI023270 | 1 | 5 | 2 | 3 | 4 | 6 | | | 7 |
| Vermillion Grove Villas | 10/30/03 | RCI023274 | 3 | 4 | 2 | 5 | 1 | | | | |
| Victor Garden Villas | 12/30/03 | RCI023279 | 3 | 1 | 6 | 2 | 4 | 7 | 5 | 8 | 9 |
| Victor Garden Villas | 12/12/03 | RCI023283 | 1 | 6 | 8 | 5 | 4 | 7 | 3 | 2 | 9 windows |
| Victor Garden Villas | 10/24/03 | RCI023287 | 4 | 2 | 6 | 1 | 5 | 8 | 3 | 7 | |
| Victor Garden Villas | 09/19/03 | RCI023291 | 4 | 8 | 3 | 5 | 2 | 1 | 7 | 6 | |
| Club West Villas | 12/19/03 | RCI023296 | 1 | 2 | 6 | 5 | 3 | 4 | | | |
| Club West Villas | 10/10/03 | RCI023300 | 7 | 1 | | | | | | | |
| Clover Ridge Villas | 12/01/03 | RCI023305 | 3 | 4 | 5 | 1 | 2 | | | | |
| Clover Ridge Villas | 12/17/03 | RCI023310 | 3 | 1 | | 2 | | | | | |
| Clover Ridge Villas | 12/29/03 | RCI023313 | 1 | 3 | 6 | 2 | 4 | 5 | | | 7 |
| Clover Ridge Villas | 11/20/03 | RCI023317 | 1 | 2 | 3 | | 5 | 4 | | | |
| Clover Ridge Villas | 12/16/03 | RCI023321 | 2 | 1 | 5 | 3 | 4 | | | | |
| Clover Ridge Villas | 10/31/03 | RCI023325 | 1 | 3 | 4 | 5 | 2 | 6 | | | 7 Garage |
| Clover Ridge Villas | 10/30/03 | RCI023329 | 1 | 2 | 6 | 3 | 4 | 5 | | | |
| Vermillion Grove Villas | | RCI23334 | 1 | 4 | 6 | 2 | 5 | 3 | | | |
| Vermillion Grove Villas | | RCI23336 | 1 | 5 | 4 | 6 | 3 | 2 | | | |
| Vermillion Grove Villas | | RCI023342 | 1 | 2 | 5 | 3 | 4 | 6 | | | |
| Vermillion Grove Villas | | RCI023346 | 1 | 2 | 3 | 5 | 6 | 4 | | | |
| Vermillion Grove Villas | | RCI023350 | 1 | 2 | 4 | 6 | 3 | 7 | | | 5 Big windows |
| Vermillion Grove Villas | 07/25/02 | RCI023354 | 3 | 6 | 4 | 2 | 1 | 5 | | | 7 laundry upstairs |
| Vermillion Grove Villas | 07/26/02 | RCI023358 | 1 | 6 | 5 | 4 | 2 | 3 | | | |
| Vermillion Grove Villas | 04/27/02 | RCI023362 | 1 | 1 | 1 | 1 | 1 | 1 | | | I looked at a lot houses and when I walked thru the door to my Rotlund Home I absolutely loved it it was like no other Thanks. |
| Vermillion Grove Villas | 10/25/02 | RCI023366 | | 2 | 4 | 1 | 3 | | | | |
| Vermillion Grove Villas | 08/30/02 | RCI023370 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Vermillion Grove Villas | 08/29/02 | RCI023374 | 1 | 3 | 7 | 4 | 2 | 6 | | | 5 two car garage |
| Vermillion Grove Villas | 08/30/02 | RCI023378 | 3 | 4 | 5 | 1 | 6 | 2 | | | 7 windows |
| Vermillion Grove Villas | 03/28/03 | RCI023382 | 1 | 3 | 5 | 4 | 2 | 6 | | | |
| Vermillion Grove Villas | 03/14/03 | RCI023386 | 4 | 5 | 3 | 6 | 1 | 2 | | | 7 |
| Vermillion Grove Villas | 12/30/02 | RCI023390 | 1 | 2 | 3 | 2 | 1 | 2 | | | |
| Vermillion Grove Villas | 01/28/03 | RCI023394 | 1 | 1 | 1 | 3 | 1 | 1 | | | |
| Vermillion Grove Villas | 04/18/03 | RCI023398 | 1 | 2 | 6 | 5 | 4 | 3 | | | |
| Vermillion Grove Villas | 04/24/03 | RCI023402 | 3 | 1 | 5 | 2 | 4 | 6 | | | |
| Vermillion Grove Villas | 04/18/03 | RCI023406 | | | | | | | | | |
| The Reserve Villas | 05/31/02 | RCI023411 | 2 | 4 | 6 | 1 | 3 | 5 | | | |

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| The Reserve Villas | 05/31/02 RCI023415 | 1 | 3 | 6 | 2 | 4 | 5 | |
| The Reserve Villas | RCI023419 | | | | | | | |
| The Reserve Villas | RCI023423 | 4 | 3 | 5 | 2 | 1 | 6 | 7 |
| The Reserve Villas | RCI023427 | 1 | 6 | 3 | 4 | 2 | 5 | |
| The Reserve Villas | RCI023431 | 3 | 2 | 6 | 1 | 4 | 5 | |
| The Reserve Villas | 10/11/02 RCI023435 | 5 | 3 | 2 | 4 | 1 | 6 | |
| The Reserve Villas | 10/18/02 RCI023439 | 1 | 6 | 4 | 5 | 3 | 2 | |
| The Reserve Villas | 10/31/02 RCI023443 | 1 | 1 | 2 | 1 | 2 | 4 | 2 fireplace |
| The Reserve Villas | 10/31/02 RCI023447 | 1 | 3 | 5 | 4 | 2 | 6 | |
| The Reserve Villas | 10/11/02 RCI023451 | 1 | 3 | 2 | 6 | 1 | 3 | |
| The Reserve Villas | 10/25/02 RCI023455 | 1 | 4 | 2 | | 3 | | |
| The Reserve Villas | 08/01/02 RCI023459 | 3 | 1 | 4 | 5 | 2 | 6 | |
| The Reserve Villas | 08/22/02 RCI023463 | 6 | 7 | 5 | 7 | 4 | 5 | size of master 1 bedroom |
| The Reserve Villas | 08/02/02 RCI023467 | 1 | 1 | 1 | 1 | 1 | 1 | |
| The Reserve Villas | 08/16/02 RCI023471 | 2 | 2 | 2 | 1 | 2 | 3 | |
| The Reserve Villas | 08/16/02 RCI023475 | 1 | 4 | 6 | 2 | 3 | 5 | 7 |
| The Reserve Villas | 09/30/02 RCI023479 | 2 | 1 | 4 | | 3 | | |
| The Reserve Villas | 09/27/02 RCI023483 | 1 | | 1 | | | | |
| The Reserve Villas | 05/16/03 RCI023487 | 1 | 3 | 4 | 1 | 2 | 6 | washer/dryer upstairs |
| The Reserve Villas | 12/30/02 RCI023491 | 1 | 2 | 4 | 3 | 5 | 6 | |
| The Reserve Villas | 12/30/02 RCI023495 | 1 | 2 | 2 | 1 | 2 | 6 | |
| The Reserve Villas | 12/13/02 RCI023499 | 4 | 5 | 6 | 2 | 1 | 3 | |
| The Reserve Villas | 12/13/02 RCI023503 | | | | | | | |
| The Reserve Villas | 12/31/02 RCI023507 | 3 | 2 | 4 | 1 | 6 | 5 | |
| The Reserve Villas | 01/10/03 RCI023511 | 2 | 5 | 6 | 1 | 4 | 3 | |
| The Reserve Villas | 11/25/02 RCI023515 | 1 | 2 | 6 | 4 | 3 | 5 | 7 |
| The Reserve Villas | 11/15/02 RCI023519 | 3 | 4 | 1 | 6 | 2 | 5 | 7 garage |
| The Reserve Villas | 11/15/02 RCI023523 | 1 | 1 | 1 | 1 | 1 | 1 | |
| The Reserve Villas | 04/25/03 RCI023527 | 2 | 3 | 5 | 4 | 1 | | |
| The Reserve Villas | 02/07/03 RCI023531 | 5 | 7 | 4 | 6 | 1 | 3 | size of master 2 bedroom |
| The Reserve Villas | 02/20/03 RCI023535 | | | | | | | |
| Clover Ridge Villas | 04/25/03 RCI023540 | 1 | 5 | 4 | 3 | 2 | 6 | |
| Club West Villas | 02/26/03 RCI023545 | 3 | 4 | 6 | 2 | 7 | 5 | 1 location |
| Club West Villas | 01/15/03 RCI023549 | 4 | 5 | 3 | 7 | 2 | 1 | 6 loft |
| Club West Villas | 06/26/03 RCI023553 | 1 | 3 | 5 | 4 | 2 | 6 | |
| Club West Villas | 03/31/03 RCI023557 | 1 | 4 | 2 | 5 | 3 | 6 | 7 Kitchen sink |
| Club West Villas | 12/13/02 RCI023561 | 1 | 2 | 5 | 6 | 3 | 4 | |
| Club West Villas | 05/12/03 RCI023565 | 1 | 2 | 6 | 4 | 3 | 5 | |
| Club West Villas | 05/01/03 RCI023569 | 3 | 1 | 5 | 4 | 2 | 6 | I associate quality w/ the Rottlund name. |
| Club West Villas | 04/30/03 RCI023573 | 3 | 1 | 2 | 4 | 6 | 5 | |
| Club West Villas | 04/30/03 RCI023577 | 1 | 3 | 5 | 2 | 4 | 6 | |
| Club West Villas | 08/01/03 RCI023581 | 2 | 3 | 5 | 6 | 1 | 4 | |
| Club West Villas | 10/15/02 RCI023585 | 1 | | | | 2 | | |
| Club West Villas | 10/11/02 RCI023589 | 2 | 3 | 6 | 5 | 7 | 4 | 1 lake front |
| Club West Villas | 04/25/03 RCI023593 | 1 | 2 | 2 | 1 | 2 | 2 | |
| Club West Villas | 06/13/03 RCI023597 | 2 | 2 | | | | | |
| Club West Villas | 12/30/02 RCI023601 | 3 | 6 | 4 | 1 | 2 | 5 | |
| Club West Villas | 05/10/02 RCI023605 | 1 | 3 | 6 | 2 | 5 | 4 | |
| Club West Villas | RCI023609 | 1 | 2 | 6 | 3 | 4 | 5 | |
| Club West Villas | RCI023613 | 2 | 3 | 7 | 1 | 4 | 6 | 5 master bedroom |
| Club West Villas | 06/04/02 RCI023617 | 5 | 6 | 4 | 3 | 2 | 1 | |
| Club West Villas | RCI023621 | 1 | 5 | 3 | 4 | 2 | 6 | 7 sitting room |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Club West Villas | | RCI023625 | 1 | 7 | 4 | 2 | 3 | 5 | | | 6 | location |
| Club West Villas | | RCI023629 | 1 | 5 | 2 | 4 | 3 | 6 | | | | |
| Club West Villas | 02/14/02 | RCI023633 | 1 | 3 | 4 | 6 | 2 | 5 | | | | |
| Club West Villas | 08/23/02 | RCI023637 | 2 | 1 | 5 | 3 | 4 | 6 | | | | |
| Club West Villas | 08/28/02 | RCI023641 | 3 | 1 | 6 | 2 | 4 | 5 | | | | |
| Club West Villas | 08/15/02 | RCI023645 | 3 | 1 | 4 | 2 | 5 | 6 | | | 7 | |
| Club West Villas | 08/28/02 | RCI023649 | | | | | | | | | | master bedroom |
| Club West Villas | 08/09/02 | RCI023653 | 2 | 3 | 5 | 1 | 6 | 4 | | | | |
| Club West Villas | 08/23/02 | RCI023657 | 1 | 2 | 7 | 6 | 4 | 5 | | | 3 | master bedroom |
| Victor Garden Villas | 09/19/03 | RCI023662 | 1 | 3 | 4 | 7 | 2 | 6 | 8 | 5 | | |
| Victor Garden Villas | 08/01/03 | RCI023666 | 3 | 4 | 8 | 2 | 1 | 5 | 6 | 7 | 9 | |
| Victor Garden Villas | 09/26/03 | RCI023670 | 1 | 2 | 3 | 6 | 7 | 4 | 5 | 8 | | |
| Victor Garden Villas | 08/15/03 | RCI023674 | 2 | 3 | 6 | 1 | 5 | 7 | 4 | | | |
| Victor Garden Villas | 08/21/03 | RCI023678 | 2 | 1 | 6 | 3 | 4 | 5 | 7 | 8 | | |
| Victor Garden Villas | 08/04/03 | RCI023682 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | | |
| Victor Garden Villas | 10/24/03 | RCI023686 | 1 | 2 | 6 | 3 | 4 | 7 | 5 | 8 | | |
| Victor Garden Villas | 10/27/03 | RCI023690 | 1 | 5 | 2 | 6 | 3 | 4 | 7 | 8 | 9 | |
| Victor Garden Villas | 08/08/03 | RCI023694 | 7 | 2 | 3 | 8 | 1 | 5 | 6 | 4 | | |
| Victor Garden Villas | 10/24/03 | RCI023698 | 2 | 5 | 1 | 6 | 3 | 4 | 7 | 8 | | |
| Victor Garden Villas | 09/12/03 | RCI023702 | 5 | 7 | 6 | 4 | 1 | 2 | 3 | 8 | 9 | |
| Victor Garden Villas | 06/14/03 | RCI023706 | 4 | 6 | 1 | 5 | 2 | 7 | 3 | 8 | | |
| Victor Garden Villas | 06/20/03 | RCI023710 | 4 | 2 | 3 | 1 | 5 | 7 | 6 | 8 | | |
| Victor Garden Villas | 05/30/03 | RCI023714 | 1 | 4 | 8 | 3 | 5 | 6 | 7 | 2 | | |
| Victor Garden Villas | 04/21/03 | RCI023718 | 5 | 4 | 1 | 3 | 2 | 8 | 7 | 6 | | |
| | | Total | 218 | 327 | 426 | 329 | 305 | 431 | 101 | 113 | 173 | |

9