UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,
Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,
Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF ARTHUR H. COBB PURSUANT TO RULES 104(A) AND 702 OF THE FEDERAL RULES OF EVIDENCE**

**(Partially Filed Under Seal)**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Philip R Mahowald, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The

Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Motion *in Limine* to Exclude Expert Testimony and Reports of Arthur H. Cobb Pursuant to Rules 104(a) and 702 of the Federal Rules of Evidence.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Rebuttal Expert Report of Arthur H. Cobb, dated May 14, 2004 (Dep. Ex. 412) **(FILED UNDER SEAL)**

3. Attached hereto as **Exhibit B** are true and correct copies of transcript excerpts from the deposition of Arthur H. Cobb, dated June 11, 2004. **(FILED UNDER SEAL)**

4. Attached hereto as **Exhibit C** are true and correct copies of the following unreported decisions: *EZ Dock, Inc. v. Schafer Systems, Inc.* (2003 WL 1610781); *Flying J, Inc. v. Central CA Kenworth* (2002 WL 2022061);

FURTHER YOUR AFFIANT SAITH NOT.

**s/Philip R. Mahowald**
PHILIP R. MAHOWALD, Affiant

Subscribed and sworn to before me
this 1st day of November, 2004.

**s/Colleen R. Harrigan**
Colleen R. Harrigan, Notary Public
My Commission Expires: 01/31/05

2155224v1