**Re:** Court File No. 01-CV-1980 (DSD/SRN)
***Rottlund Homes v. Pinnacle Corporation, et al***

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Wayne W. Marshall of the City of Maple Plain, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the **1st** day of **November, 2004**, he served the following-described document(s):

1. **NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF ARTHUR H. COBB PURSUANT TO RULES 104(A) AND 702 OF THE FEDERAL RULES OF EVIDENCE; AND**

2. **SEALED EXHIBITS.**

upon the following parties in this action, through their respective attorneys, by handing to and leaving with the following person, a true and correct copy thereof, at their last known address:

Holly J. Newman, Esq.
Benjamin Patrick, Esq.
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
**Attorneys for Defendant**
**The Bloodgood Group, Inc. and**
**Third Party Defendants**
**Bloodgood Sharp Buster Architects**

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397
**Attorneys for Defendant**
**Town & Country Homes**

s/Wayne W. Marshall
WAYNE W. MARSHALL

Subscribed and sworn to before me
this **1st** day of **November, 2004.**

s/ Cynthia L. Kuno
Notary Public
My Commission Expires: 01/31/05

*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Cynthia L. Kuno, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **1st** day of **November, 2004**, she served the following:

3. **NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF ARTHUR H. COBB PURSUANT TO RULES 104(A) AND 702 OF THE FEDERAL RULES OF EVIDENCE; AND**

4. **SEALED EXHIBITS.**

on the following parties in this action, through their attorneys, **via Federal Express,** a true and correct copy thereof, enclosed in an envelope, to the following at their last known address:

Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
**Attorneys for Pinnacle**

s/ Cynthia L. Kuno
CYNTHIA L. KUNO

Subscribed and sworn to before me
this **1st** day of **November, 2004.**

s/ Deana J. Lessor
NOTARY PUBLIC
My Commission Expires: 01/31/05

2155723v1