UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-1980 (DSD/SRN)

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third Party Plaintiff,

Vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third Party Defendant.

**AFFIDAVIT OF BEN PATRICK**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Ben Patrick, being first duly sworn, deposes and states as follows:

1. That I am one of the attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., ("BSB") and The Bloodgood Group, Inc., ("BGI") in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of pages 118, 121, 244, 246 and 247 of the Transcript of the Deposition of Albert Bloom.

3. Attached hereto as Exhibit B is a true and correct copy of the court's opinion in Delman Fabrics, Inc. v. Holland Fabrics, Inc. and Martin Levine, 1984 WL 367 (S.D.N.Y. 1984).

4. Attached hereto as Exhibit C is a true and correct copy of the Deposition of Anthony Desnick at pp. 63 and 183.

5. Attached hereto as Exhibit D is a true and correct copy of pages 13-15 of the Supplemental Expert Disclosure of Albert Bloom.

6. Rottlund's architect, Timothy Whitten, has not provided any expert report in this matter.

7. Attached hereto as Exhibit E is a true and correct copy of the Transcript of the Hearing Testimony of Timothy Whitten.

8. Attached hereto as Exhibit F is a true and correct copy of the July 13, 1999, Order of Judge Longstaff, pp. 16-20, in the case Rottlund Homes, Inc. v. The Oaks Development Co., et al., Case No. 4-98-CV-10574 (Southern District of Iowa).

9. Attached hereto as Exhibit G is a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Partial Summary Judgment, p. 3.

10. Attached hereto as Exhibit H is a true and correct copy of the Deposition of Jason Jorgensen, pp. 12-14.

11. Attached hereto as Exhibit I is a true and correct copy of Deposition of Steven Theis, pp. 70, 111-115.

12. Attached hereto as Exhibit J is a true and correct copy of the opinion of the court in MEMS v. The City of St. Paul-Dept. of Fire & Safety Serv., 2002 WL 334411 (D. Minn. 2002), aff'd. 327 F.3d 771 (8th Cir. 2003).

13. Attached hereto as Exhibit K is a true and correct copy of the May 5, 1998, transmittal from Larry Moore at BSB to Steve Sandelin at Pinnacle.

14. Attached hereto as Exhibit L is a true and correct copy of pages 146-148 of the transcript of Larry Moore's September 4, 2003 deposition.

15. Attached hereto as Exhibit M is a true and correct copy of pages 207-211 of the transcript of Larry Moore's September 4, 2003 deposition.

16. Attached hereto as Exhibit N is a true and correct copy of Deposition Exhibit 265.

Further your Affiant sayeth not.

By: /s/ Ben Patrick
Ben Patrick

Subscribed and sworn to before me
this 1st day of November, 2004.

______________________________
Notary Public

JBP/men#723659v1