*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 1st day of November, 2004, he served the following documents:

1. **NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF JEFFREY A. SCHERER PURSUANT TO RULES 104(A) AND 702 OF THE FEDERAL RULES OF EVIDENCE; AND**
2. **SEALED EXHIBITS.**

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Benjamin Patrick, Esq.
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/05
2155693v1