*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Deana J. Lessor, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **1st** day of **November, 2004**, she served the following:

1. **NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF JEFFREY A. SCHERER PURSUANT TO RULES 104(A) AND 702 OF THE FEDERAL RULES OF EVIDENCE; AND**
2. **SEALED EXHIBITS.**

on the following parties in this action, through their attorneys, **via Federal Express,** a true and correct copy thereof, enclosed in an envelope, to the following at their last known address:

Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 312- 407-8426

s/Deana J. Lessor
Deana J. Lessor

Subscribed and sworn to before me
this **1st** day of **November, 2004.**

s/Cynthia L. Kuno
NOTARY PUBLIC

My Commission Expires 1/05

2155688v1