**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CERTIFICATE OF SERVICE**
**MOTION DOCUMENTS AND PROPOSED ORDER**
01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **1st** day of **November, 2004**, I caused the following documents:

1. PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY WEIGHT BEING GIVEN TO THE INTERPOSITION OF A DEFENSE BASED ON INNOCENT INFRINGEMENT AND TO EXCLUDE ADMISSION OF ALL EVIDENCE OF THIS DEFENSE**;**
2. PLAINTIFF'S NOTICE OF MOTION IN LIMINE TO PRECLUDE ANY WEIGHT BEING GIVEN TO THE INTERPOSITION OF A DEFENSE BASED ON INNOCENT INFRINGEMENT AND TO EXCLUDE ADMISSION OF ALL EVIDENCE OF THIS DEFENSE;
3. PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE TO PRECLUDE ANY WEIGHT BEING GIVEN TO THE INTERPOSITION OF A DEFENSE BASED ON INNOCENT INFRINGEMENT AND TO EXCLUDE ADMISSION OF ALL EVIDENCE OF THIS DEFENSE**;** AND
4. AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY WEIGHT BEING GIVEN TO THE INTERPOSITION OF A DEFENSE BASED ON INNOCENT INFRINGEMENT AND TO EXCLUDE ADMISSION OF ALL EVIDENCE OF THIS DEFENSE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| David A. Donna | ddonna@donnalaw.com | Local counsel for Pinnacle |
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| Holly J. Newman | hjn@mcmlaw.com | Attorneys for BSB & BGI |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

I further certify that I caused the proposed Order to be filed with the court via e-mail to the following Judge who is hearing the motion and the following counsel of record:

Senior Judge David S. Doty doty_chambers@mnd.uscourts.gov

| | | |
|---|---|---|
| David A. Donna | ddonna@donnalaw.com | Local counsel for Pinnacle |
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| Holly J. Newman | hjn@mcmlaw.com | Attorneys for BSB & BGI |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

Dated: November 1, 2004

s/ David A. Davenport

Craig S. Krummen, Bar #0259081
David A. Davenport, Bar #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2155590v1