*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE**

Deana J. Lessor, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **1st** day of **November, 2004**, she served the following:

1. Notification Of Conventional Filing Of Sealed Exhibits To Affidavit Of David A. Davenport In Support Of Plaintiff's Motion In Limine To Preclude Any Weight Being Given To The Interposition Of A Defense Based On Innocent Infringement And To Exclude Admission Of All Evidence Of This Defense; and
2. Sealed Exhibits.

on the following parties in this action, through their attorneys, **via Federal Express,** a true and correct copy thereof, enclosed in an envelope, to the following at their last known address:

Christopher Murdoch, Esq.
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 312- 407-8426

s/Deana J. Lessor
Deana J. Lessor

Subscribed and sworn to before me
this **1st** day of **November, 2004.**

s/Cynthia L. Kuno
NOTARY PUBLIC

My Commission Expires 1/05

2155610v1