# UNITED STATES DISTRICT COURT

______________________ DISTRICT COURT ______________________

**The Rottlund Company, Inc.,**
**d/b/a Rottlund Homes,**
**a Minnesota Corporation**

**Plaintiff,**

**vs.**

**Pinnacle Corporation,**
**d/b/a Town & County Homes,**
**an Illinois Corporation, and**
**Town & County Homes, Inc., a**
**Minnesota Corporation, Bloodgood**
**Sharp Buster Architects and Planners**
**of Iowa, Inc., an Iowa Corporation,**
**and The Bloodgood Group, Inc.**

**Defendants.**

## DEFENDANTS' WITNESS LIST

**Case Number: 01-CV-1980**

Pursuant to Local Rule 39.1, Defendants BSB and BGI ("Defendants") submit the following list of witnesses that it may introduce at trial. Defendants reserve the right not to introduce any witness listed and to offer additional or alternative witnesses at trial for rebuttal, impeachment, foundation or other purposes. Defendants further reserve the right to supplement this list at any time before trial if the need arises.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Doty | Craig S. Krummen<br>David A. Davenport | Holly Newman<br>Ben Patrick<br>Darren B. Schwiebert<br>Christopher J. Murdoch<br>Matthew I. Farmer<br>David A. Donna |
| TRIAL DATE(S)<br>November 15, 2004 | COURT REPORTER<br>Lorilee K. Fink | COURTROOM DEPUTY |

| PLF. NO. | BSB. NO. | TCM NO. | PINN. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|---|
| | 1 | | | | | | Alfson, Linda |
| | 2 | | | | | | Bloom, Al |
| | 3 | | | | | | Buster, Douglas |
| | 4 | | | | | | Conhaim, Roger |
| | 5 | | | | | | Cross, Tracy |
| | 6 | | | | | | Falk, John |
| | 7 | | | | | | Grundmeier, James |
| | 8 | | | | | | Jorgensen, Chris |
| | 9 | | | | | | Kahn, Steven |
| | 10 | | | | | | Kenyon, Joseph |
| | 11 | | | | | | Meyer, Lori |

WITNESS LIST – CONTINUATION

| The Rottland Company, Inc. vs. Pinnacle Corporation, et al. | | | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|---|---|
| PLF. NO. | BSB NO. | TCM NO. | PINN. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
| | 12 | | | | | | Miller, Beth |
| | 13 | | | | | | Moore, Larry |
| | 14 | | | | | | Plante, Art |
| | 15 | | | | | | Rotter, Bernard |
| | 16 | | | | | | Rotter, David |
| | 17 | | | | | | **Ruele, Patrick** |
| | 18 | | | | | | Safin, Joseph |
| | 19 | | | | | | Scherer, Jeff |
| | 20 | | | | | | Stutz, Todd |
| | 21 | | | | | | Swanson, Michael |
| | 22 | | | | | | Swanson, Steve |
| | 23 | | | | | | Whitten, Timothy |
| | 24 | | | | | | |
| | 25 | | | | | | Any rebuttal witnesses necessary |
| | 26 | | | | | | |
| | 27 | | | | | | |
| | 28 | | | | | | |
| | 29 | | | | | | |
| | 30 | | | | | | |
| | 31 | | | | | | |

Date:______________________

MACKALL, CROUNSE & MOORE, PLC

______________________________

Holly J. Newman, #026457X
Ben Patrick, #312460
Attorney for Defendants BSB and BGI
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400

SNP/djs#723347v2