*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 1st day of November, 2004, he served the following documents:

1. **NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE SALE OF ITS INDIANA DIVISION ASSETS AS EVIDENCE OF THE FAIR MARKET VALUE OF PLAINTIFF'S VILLA II PRODUCT; AND**

2. **SEALED EXHIBITS.**

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Benjamin Patrick, Esq.
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/05
2155355v1