*Re:* *Rottlund v. Town & Country Homes, et al.*
Court File No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
)ss:
COUNTY OF HENNEPIN )

**Wayne Marshall**, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the 1st day of November, 2004, he served the following documents:

1. **NOTIFICATION OF CONVENTIONAL FILING OF SEALED EXHIBITS TO AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE OF AND REFERENCES TO ANY BACK-TO-BACK TOWNHOMES THAT ARE NOT AT ISSUE IN THIS CASE; AND**
2. **SEALED EXHIBITS.**

by placing a true and correct copy thereof, enclosed in an envelope, and by delivering same via messenger to the following at their last known address:

Darren Schwiebert, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-3397

Holly J. Newman, Esq.
Benjamin Patrick, Esq.
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859

s/Wayne Marshall
Wayne Marshall

Subscribed and sworn to before me
this 1st day of November, 2004.

s/Deana J. Lessor
NOTARY PUBLIC

My commission expires 1/05
2155689v1