UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S NOTICE OF OBJECTIONS TO REPORT AND RECOMMENDATION REGARDING SUMMARY JUDGMENT REGARDING DAMAGES**<br><br>**(ORAL ARGUMENT REQUESTED)** |

For the following reasons set forth in their joint Memorandum, Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. ("TCM") object to the Magistrate Judge's Report and Recommendation dated October 25, 2004 ("Report")

denying in-part Pinnacle and TCM's joint motion for summary judgment regarding damages.

The Report improperly denied Pinnacle and TCM's motion for summary judgment by (1) improperly interpreting Rottlund's 30(b)(6) admission that it does not contend the interior units of the competing works are substantially similar as creating an issue of fact; (2) incorrectly concluding that Rottlund submitted sufficient admissible evidence to satisfy its burden of proof that a causal nexus exists between the alleged infringement and Rottlund's claim for direct and indirect actual damages; (3) improperly accepting Plaintiff's unsupported assertion that a fair market licensing fee would be equal to total profits as sufficient evidence to creat an issue to be presented to the jury; (4) incorrectly concluding that Plaintiff provided admissible evidence to establish a question of fact regarding the existence of a nexus between the accused infringement and defendants' profit from non-accused products; and (5) discounting the undisputed 1998 commencement by Bloodgood, Sharp, Buster of the architectural drawings and works at issue prior to the registration of the copyrights at issue.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

- AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION