UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S DESIGNATED DEPOSITION TESTIMONY** |

Plaintiff hereby submits the following videotaped and stenographically recorded deposition testimony designations. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| **ALFSON, LINDA** 3/30/04 | 5:1-4 | | | | | | |
| | 6:21 – 9:18 | | | | | | |
| | 9:22 – 10:5 | | | | | | |
| | 10:9-16 | | | | | | |
| | 16:1-9 | | | | | | |
| | 37:24 | | | | | | |
| | 38:9 – 39:2 | | | | | | |
| | 39:6 – 40:16 | | | | | | |
| | 40:21 – 41:6 | | | | | | |
| | 41:11-17 | | | | | | |
| | 41:23 – 42:18 | | | | | | |
| | 42:25 – 43:5 | | | | | | |
| | 43:12-23 | | | | | | |
| | 44:3-8 | | | | | | |
| | 44:12-20 | | | | | | |
| | 44:23 – 45:13 | | | | | | |
| | 45:20 – 46:2 | | | | | | |
| | 46:5-11 | | | | | | |
| | 46:16 – 47:2 | | | | | | |
| | 47:5-15 | | | | | | |
| | 47:18-23 | | | | | | |
| | 48:1-5 | | | | | | |
| | 48:19 – 51:1 | | | | | | |
| | 51:6-10 | | | | | | |
| | 51:12 – 53:7 | | | | | | |
| | 53:12-23 | | | | | | |
| | 24:1-7 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Alfson cont.) | 55:16 – 56:10 | | | | | | |
| | 56:14-18 | | | | | | |
| | 56:23 – 57:17 | | | | | | |
| | 57:21 | | | | | | |
| | 60:12-23 | | | | | | |
| | 68:18 – 69:2 | | | | | | |
| | 69:23 – 70:9 | | | | | | |
| | 70:21 – 71:3 | | | | | | |
| | 81:13-24 | | | | | | |
| | 82:2-12 | | | | | | |
| **ANDERSON, PAUL** (Rough Trans. A.M.) 10/28/04 | 1:1 – 53:21 | | | | | | |
| | 59:20 – 100:24 | | | | | | |
| (Rough Trans. P.M.) 10/28/04 | 3:14 – 6:24 | | | | | | |
| | 9:1 – 11:9 | | | | | | |
| | 19:1-19 | | | | | | |
| | 31:4 – 45:4 | | | | | | |
| | 50:1 – 56:17 | | | | | | |
| | 57:5 – 60:3 | | | | | | |
| | 64:1 – 93:17 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| **BUSTER, DOUG** 30(b)(6) Deposition of Bloodgood Sharp Buster Architects & Planners of Illinois, Inc. 3/6/03 | 6:9-10 | | | | | | |
| | 6:20 – 7:13 | | | | | | |
| | 7:16-24 | | | | | | |
| | 47:9-13 | | | | | | |
| | 47:24 – 48:12 | | | | | | |
| | 48:15 – 49:1 | | | | | | |
| | 49:4-9 | | | | | | |
| | 49:14 – 50:22 | | | | | | |
| | 50:25 – 51:1 | | | | | | |
| | 51:13 – 52:10 | | | | | | |
| | 52:17-22 | | | | | | |
| | 52:25 – 53:20 | | | | | | |
| | 54:18-21 | | | | | | |
| | 54:25 – 55:8 | | | | | | |
| | 55:13 – 56:9 | | | | | | |
| | 56:14-15 | | | | | | |
| | 56:17 – 57:7 | | | | | | |
| | 57:9-10 | | | | | | |
| | 57:13-18 | | | | | | |
| | 57:21 | | | | | | |
| | 57:24 – 58:3 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Buster cont.) | 58:5-17 | | | | | | |
| | 59:7-19 | | | | | | |
| | 59:21 – 60:25 | | | | | | |
| | 61:2-3 | | | | | | |
| | 61:5-6 | | | | | | |
| | 61:9-20 | | | | | | |
| | 61:23 – 62:11 | | | | | | |
| | 62:14 – 63:3 | | | | | | |
| | 63:6 | | | | | | |
| | 63:10-15 | | | | | | |
| | 63:25 – 64:22 | | | | | | |
| | 65:1 – 66:5 | | | | | | |
| | 66:11 – 67:2 | | | | | | |
| | 67:6-7 | | | | | | |
| | 67:10-18 | | | | | | |
| | 68:21 – 70:2 | | | | | | |
| | 70:16 – 71:5 | | | | | | |
| | 71:7 – 72:13 | | | | | | |
| | 73:15-25 | | | | | | |
| | 74:2-5 | | | | | | |
| | 74:9-13 | | | | | | |
| | 74:17 – 75:1 | | | | | | |
| | 138:16 – 139:8[1] | | | | | | |

[1] Errata sheet states that with regard to 139:7 replace "...wanted to keep." with "...didn't want to keep."

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| **GRUNDMEIER, JAMES** 30(b)(6) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. 3/4/03 | 6:20-21 | | | | | | |
| | 23:4-16 | | | | | | |
| | 25:3-23 | | | | | | |
| | 26:1 – 27:24 | | | | | | |
| | 28:2-12 | | | | | | |
| | 28:15-21 | | | | | | |
| | 28:24 – 29:3 | | | | | | |
| | 29:5-7 | | | | | | |
| | 29:9-13 | | | | | | |
| | 30:12 – 31:2 | | | | | | |
| | 37:1-15 | | | | | | |
| | 39:7-10 | | | | | | |
| | 39:16 – 40:21 | | | | | | |
| | 47:2-3 | | | | | | |
| | 47:5-10 | | | | | | |
| | 47:23 – 48:6 | | | | | | |
| | 48:16-19 | | | | | | |
| | 48:21 – 49:1 | | | | | | |
| | 49:4-7 | | | | | | |
| | 49:9-13 | | | | | | |
| | 49:15-21 | | | | | | |
| | 49:25 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Grundmeier 30(b)(6) Cont.) | 50:2 | | | | | | |
| | 50:5-6 | | | | | | |
| | 51:21-24 | | | | | | |
| | 52:3-4 | | | | | | |
| | 53:14-20 | | | | | | |
| | 58:11-18 | | | | | | |
| | 58:21-24 | | | | | | |
| | 59:13-25 | | | | | | |
| | 60:4 | | | | | | |
| | 60:6-15 | | | | | | |
| | 73:12-13 | | | | | | |
| | 73:17 – 74:1 | | | | | | |
| | 74:14 – 75:19 | | | | | | |
| | 76:1 | | | | | | |
| | 76:5-24 | | | | | | |
| | 77:4-14 | | | | | | |
| | 78:1-6 | | | | | | |
| | 78:10-21 | | | | | | |
| | 78:25 – 79:1 | | | | | | |
| | 83:13 – 84:6 | | | | | | |
| | 84:8-22 | | | | | | |
| | 85:1-8 | | | | | | |
| | 85:12-20 | | | | | | |
| | 85:25 – 86:9 | | | | | | |
| | 86:11-14 | | | | | | |
| | 86:16-19 | | | | | | |
| | 86:21 – 87:1 | | | | | | |
| | 87:3-20 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Grundmeier 30(b)(6) Cont.) | 87:23 – 88:3 | | | | | | |
| | 88:6 | | | | | | |
| | 88:9 – 89:1 | | | | | | |
| | 89:4-10 | | | | | | |
| | 89:18 – 90:8 | | | | | | |
| | 100:10 – 101:10 | | | | | | |
| | 101:13 | | | | | | |
| | 102:12 – 103:11 | | | | | | |
| | 103:19-21 | | | | | | |
| | 103:25 – 104:4 | | | | | | |
| | 104:8-19 | | | | | | |
| | 104:22 | | | | | | |
| | 114:13-18 | | | | | | |
| | 114:21-24 | | | | | | |
| | 115:4 – 116:8 | | | | | | |
| | 116:13-16 | | | | | | |
| | 116:18 | | | | | | |
| | 117:5-24 | | | | | | |
| | 142:6-9 | | | | | | |
| | 142:11-143:1 | | | | | | |
| | 143:6-143:19 | | | | | | |
| | 143:23-144:3 | | | | | | |
| **GRUNDMEIER, JAMES** 9/2/03 | 5:15-16 | | | | | | |
| | 5:23 – 8:24 | | | | | | |
| | 10:10-19 | | | | | | |
| | 10:22 – 11:9 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Grundmeier Indiv. Cont.) | 11:21 – 13:19 | | | | | | |
| | 13:22 – 15:15 | | | | | | |
| | 15:18-24 | | | | | | |
| | 21:19 – 24:18 | | | | | | |
| | 45:10-18 | | | | | | |
| | 46:4-13 | | | | | | |
| | 46:17-24 | | | | | | |
| | 47:3-21 | | | | | | |
| | 47:25 | | | | | | |
| | 48:16 – 49:5 | | | | | | |
| | 49:8-11 | | | | | | |
| | 49:14 – 50:3 | | | | | | |
| | 91:21 – 92:6 | | | | | | |
| | 93:3-6 | | | | | | |
| | 114:22 – 116:25 | | | | | | |
| Volume 2 | 136:3 | | | | | | |
| | 136:10 – 139:2 | | | | | | |
| | 139:5-20 | | | | | | |
| | 139:25 – 141:21 | | | | | | |
| | 141:24 – 144:21 | | | | | | |
| | 144:24 | | | | | | |
| | 151:17-21 | | | | | | |
| | 152:13-24 | | | | | | |
| | 153:3-13 | | | | | | |
| | 170:7 – 172:24 | | | | | | |
| | 173:2 – 176:6 | | | | | | |
| | 176:10 – 177:7 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| **JORGENSEN, CHRIS** 30(b)(6) Deposition of Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. 3/5/03 | 8:7-8 | | | | | | |
| | 8:20 – 11:5 | | | | | | |
| | 11:7 – 12:3 | | | | | | |
| | 12:5-14 | | | | | | |
| | 12:16-20 | | | | | | |
| | 12:22 – 13:4 | | | | | | |
| | 14:4-5 | | | | | | |
| | 14:7-17 | | | | | | |
| | 19:23 – 20:6 | | | | | | |
| | 21:9 – 22:5 | | | | | | |
| | 22:7 | | | | | | |
| | 22:10 – 23:7 | | | | | | |
| | 24:5 – 25:3 | | | | | | |
| | 25:5-16 | | | | | | |
| | 25:19 – 26:17 | | | | | | |
| | 26:19 – 27:11 | | | | | | |
| | 27:24 – 30:7 | | | | | | |
| | 30:9-13 | | | | | | |
| | 30:15-19 | | | | | | |
| | 30:24 – 31:13 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (C. Jorgensen 30(b)(6) cont.) | 31:17 | | | | | | |
| | 33:5-8 | | | | | | |
| | 33:15-19 | | | | | | |
| | 34:9-12 | | | | | | |
| | 34:15-21 | | | | | | |
| | 35:18 – 36:6 | | | | | | |
| | 36:8-12 | | | | | | |
| | 36:16-22 | | | | | | |
| | 38:14 – 40:5 | | | | | | |
| | 40:8-12 | | | | | | |
| | 43:7-16 | | | | | | |
| | 43:21 – 44:3 | | | | | | |
| | 44:7-22 | | | | | | |
| | 44:25 – 45:4 | | | | | | |
| | 46:1-2 | | | | | | |
| | 46:4-25 | | | | | | |
| | 47:3-11 | | | | | | |
| | 47:15-25 | | | | | | |
| | 48:8-16 | | | | | | |
| | 49:15-25 | | | | | | |
| | 50:2-4 | | | | | | |
| | 50:24 – 52:25 | | | | | | |
| | 69:22-25 | | | | | | |
| | 70:4-7 | | | | | | |
| | 70:9-13 | | | | | | |
| | 70:15-16 | | | | | | |
| | 70:20 | | | | | | |
| | 70:22 – 71:4 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (C. Jorgensen 30(b)(6) cont.) | 71:6-8 | | | | | | |
| | 71:17 – 72:7 | | | | | | |
| | 72:11-25 | | | | | | |
| | 73:7-13 | | | | | | |
| | 73:15-19 | | | | | | |
| | 73:21-25 | | | | | | |
| | 74:3-13 | | | | | | |
| | 74:16 – 75:10 | | | | | | |
| | 75:16-20 | | | | | | |
| | 75:23 – 76:1 | | | | | | |
| | 76:4-8 | | | | | | |
| | 76:11-23 | | | | | | |
| | 77:1 | | | | | | |
| | 77:7-13 | | | | | | |
| | 78:4-23 | | | | | | |
| | 79:6-11 | | | | | | |
| | 79:14 – 81:3 | | | | | | |
| | 81:7-23 | | | | | | |
| | 82:2-7 | | | | | | |
| | 82:14-17 | | | | | | |
| | 82:19 – 83:9 | | | | | | |
| | 83:12-16 | | | | | | |
| | 83:19 – 85:2 | | | | | | |
| | 85:16 – 86:13 | | | | | | |
| | 86:23 – 87:3 | | | | | | |
| | 92:6-11 | | | | | | |
| | 92:15 – 93:9 | | | | | | |
| | 93:12-24 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (C. Jorgensen 30(b)(6) cont.) | 94:4-7 | | | | | | |
| | 96:7-10 | | | | | | |
| | 96:12-21 | | | | | | |
| | 97:1-22 | | | | | | |
| | 98:2 | | | | | | |
| | 98:8-10 | | | | | | |
| | 98:13 | | | | | | |
| | 98:25 – 99:17 | | | | | | |
| | 105:23 – 106:14 | | | | | | |
| | 106:16-24 | | | | | | |
| | 107:3-5 | | | | | | |
| | 107:9-21 | | | | | | |
| | 117:15 – 118:7 | | | | | | |
| | 118:9 | | | | | | |
| | 118:11 | | | | | | |
| | 118:13 | | | | | | |
| | 118:16-21 | | | | | | |
| | 118:23-24 | | | | | | |
| | 119:3-5 | | | | | | |
| | 119:10-18 | | | | | | |
| | 119:20 – 120:7 | | | | | | |
| | 126:6-23 | | | | | | |
| | 126:25 – 127:11 | | | | | | |
| | 127:14-20 | | | | | | |
| | 129:16-18 | | | | | | |
| | 129:21 – 130:11 | | | | | | |
| | 131:1-7 | | | | | | |
| | 177:8-22 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (C. Jorgensen 30(b)(6) cont.) | 178:1-2 | | | | | | |
| | 178:5-13 | | | | | | |
| | 178:19 – 179:9 | | | | | | |
| | 179:11-17 | | | | | | |
| | 179:20 – 180:1 | | | | | | |
| | 180:6 – 181:22 | | | | | | |
| | 181:24 – 182:2 | | | | | | |
| | 182:5 | | | | | | |
| | 182:21-24 | | | | | | |
| | 183:4-12 | | | | | | |
| | 183:14 – 184:12 | | | | | | |
| | 184:15 | | | | | | |
| | 186:21 – 187:7 | | | | | | |
| | 187:9-12 | | | | | | |
| | 187:24 – 189:23 | | | | | | |
| | 190:1-3 | | | | | | |
| | 190:5-8 | | | | | | |
| | 190:10-21 | | | | | | |
| | 190:23-25 | | | | | | |
| **JORGENSEN, CHRIS** 9/3/03 & 2/17/04 | 6:20 – 9:20 | | | | | | |
| | 9:24 – 11:7 | | | | | | |
| | 11:12 – 12:23 | | | | | | |
| | 20:15-22 | | | | | | |
| | 26:12-22 | | | | | | |
| | 28:2 – 29:23 | | | | | | |
| | 30:14 – 31:9 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (C. Jorgensen Indiv. cont.) | 32:20-21 | | | | | | |
| | 32:24 – 35:11 | | | | | | |
| | 35:18-23 | | | | | | |
| | 58:7-24 | | | | | | |
| | 60:13 – 61:3 | | | | | | |
| | 61:18 – 62:6 | | | | | | |
| | 242:21 – 244:18 | | | | | | |
| | 244:20 | | | | | | |
| | 256:20 – 257:8 | | | | | | |
| | 259:6-7 | | | | | | |
| | 263:14-22 | | | | | | |
| | 264:21 – 265:10 | | | | | | |
| | 63:3 – 64:8 | | | | | | |
| | 65:2-11 | | | | | | |
| | 204:14 – 205:18 | | | | | | |
| | 205:23 – 206:15 | | | | | | |
| | 206:18 | | | | | | |
| | 206:21 – 207:4 | | | | | | |
| | 207:8-13 | | | | | | |
| | 207:17 – 208:7 | | | | | | |
| | 238:2 – 239:19 | | | | | | |
| | 171:15-20 | | | | | | |
| | 172:2 – 173:3 | | | | | | |
| | 173:8-21 | | | | | | |
| | 173:24-25 | | | | | | |
| | 208:16 – 211:20 | | | | | | |
| | 129:13 – 130:12 | | | | | | |
| | 139:6 – 140:8 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (C. Jorgensen Indiv. cont.) | 140:13 – 141:24 | | | | | | |
| | 142:2-5 | | | | | | |
| | 142:7-10 | | | | | | |
| | 164:4 – 167:20 | | | | | | |
| | 174:1-25 | | | | | | |
| | 175:3-7 | | | | | | |
| | 175:12-19 | | | | | | |
| | 175:23 – 176:25 | | | | | | |
| | 177:5-6 | | | | | | |
| **MILLER, BETH** 9/3/03 | 5:9-10 | | | | | | |
| | 5:18 – 7:18 | | | | | | |
| | 8:12 – 9:2 | | | | | | |
| | 9:10-16 | | | | | | |
| | 9:21-22 | | | | | | |
| | 10:20-25 | | | | | | |
| | 11:7-22 | | | | | | |
| | 12:5-21 | | | | | | |
| | 13:12 – 15:1 | | | | | | |
| | 21:16 – 23:19 | | | | | | |
| | 24:15-18 | | | | | | |
| | 25:19 – 26:9 | | | | | | |
| | 26:12-13 | | | | | | |
| | 26:19 – 27:12 | | | | | | |
| | 28:1-3 | | | | | | |
| | 30:14-19 | | | | | | |
| | 31:3 – 32:9 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Miller cont.) | 34:18-23 | | | | | | |
| | 34:25 – 37:2 | | | | | | |
| | 53:7 – 54:6 | | | | | | |
| | 57:7 – 58:1 | | | | | | |
| | 97:11-20 | | | | | | |
| | 98:19 – 99:5 | | | | | | |
| | 99:9-19 | | | | | | |
| | 99:22 – 100:1 | | | | | | |
| | 111:12 – 114:5 | | | | | | |
| | 114:8-23 | | | | | | |
| | 115:1-17 | | | | | | |
| | 115:23 – 116:16 | | | | | | |
| | 116:21 – 117:17 | | | | | | |
| | 117:19-20 | | | | | | |
| | 117:22-25 | | | | | | |
| | 118:4-5 | | | | | | |
| | 118:7-9 | | | | | | |
| | 118:12-13 | | | | | | |
| | 118:15-16 | | | | | | |
| | 118:20 | | | | | | |
| | 118:22-25 | | | | | | |
| | 119:6-7 | | | | | | |
| | 142:11-25 | | | | | | |
| | 143:4-7 | | | | | | |
| | 143:13-19 | | | | | | |
| | 143:25 – 144:13 | | | | | | |
| | 144:17-18 | | | | | | |
| | 144:20-21 | | | | | | |
| | 144:23-24 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Miller cont.) | 145:24 – 146:25 | | | | | | |
| | 148:16 – 149:8 | | | | | | |
| | 149:12 | | | | | | |
| | 151:18 – 153:23 | | | | | | |
| | 154:11-23 | | | | | | |
| **MOORE, LARRY** 30(b)(6) Deposition of Boodgood Sharp Buster Architects & Planners of Iowa, Inc. 3/6-7/03 | 7:9-10 | | | | | | |
| | 7:23 – 10:5 | | | | | | |
| | 13:10-16 | | | | | | |
| | 13:19-20 | | | | | | |
| | 13:22 – 14:2 | | | | | | |
| | 14:5-6 | | | | | | |
| | 14:8-19 | | | | | | |
| | 15:3-12 | | | | | | |
| | 15:15-18 | | | | | | |
| | 19:6-9 | | | | | | |
| | 19:11-13 | | | | | | |
| | 19:19 – 20:15 | | | | | | |
| | 20:17 | | | | | | |
| | 20:19-25 | | | | | | |
| | 24:6-12 | | | | | | |
| | 25:6-7 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 25:10-11 | | | | | | |
| | 25:13-14 | | | | | | |
| | 25:19 | | | | | | |
| | 25:21-24 | | | | | | |
| | 26:4-23 | | | | | | |
| | 27:1-2 | | | | | | |
| | 28:9-12 | | | | | | |
| | 28:15-21 | | | | | | |
| | 28:23 – 29:9 | | | | | | |
| | 29:12 | | | | | | |
| | 29:14-17 | | | | | | |
| | 29:21 | | | | | | |
| | 30:11-13 | | | | | | |
| | 30:17 | | | | | | |
| | 30:19-21 | | | | | | |
| | 30:25 | | | | | | |
| | 31:2-20 | | | | | | |
| | 31:23-25 | | | | | | |
| | 32:3 – 34:5 | | | | | | |
| | 34:7-11 | | | | | | |
| | 34:14 | | | | | | |
| | 35:15-17 | | | | | | |
| | 35:20-22 | | | | | | |
| | 35:24 – 36:16 | | | | | | |
| | 36:18 | | | | | | |
| | 36:22-23 | | | | | | |
| | 36:25 – 37:1 | | | | | | |
| | 37:10-16 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 37:18 | | | | | | |
| | 37:21-25 | | | | | | |
| | 38:8-10 | | | | | | |
| | 38:12-14 | | | | | | |
| | 38:16-18 | | | | | | |
| | 38:20 | | | | | | |
| | 38:22-24 | | | | | | |
| | 39:1 | | | | | | |
| | 39:3-4 | | | | | | |
| | 39:10-20 | | | | | | |
| | 39:22-24 | | | | | | |
| | 40:2-20 | | | | | | |
| | 40:22 – 41:1 | | | | | | |
| | 42:2-4 | | | | | | |
| | 42:7 | | | | | | |
| | 42:9-10 | | | | | | |
| | 42:12 | | | | | | |
| | 42:14-16 | | | | | | |
| | 42:23 – 43:3 | | | | | | |
| | 43:7 | | | | | | |
| | 44:15-16 | | | | | | |
| | 44:19 | | | | | | |
| | 44:23 – 45:6 | | | | | | |
| | 45:18 – 46:4 | | | | | | |
| | 50:24 – 51:1 | | | | | | |
| | 51:10 | | | | | | |
| | 51:16 – 52:2 | | | | | | |
| | 52:6-7 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 52:9-15 | | | | | | |
| | 52:18-20 | | | | | | |
| | 52:22 | | | | | | |
| | 52:25 – 53:1 | | | | | | |
| | 53:3-5 | | | | | | |
| | 53:7-8 | | | | | | |
| | 53:10-11 | | | | | | |
| | 53:15 | | | | | | |
| | 53:17-18 | | | | | | |
| | 53:22 | | | | | | |
| | 62:4-21 | | | | | | |
| | 62:23-24 | | | | | | |
| | 63:1-4 | | | | | | |
| | 63:6-7 | | | | | | |
| | 63:9-10 | | | | | | |
| | 63:13-15 | | | | | | |
| | 63:19-24 | | | | | | |
| | 71:3 – 72:7 | | | | | | |
| | 73:20-21 | | | | | | |
| | 73:23-24 | | | | | | |
| | 74:1-17 | | | | | | |
| | 74:21 | | | | | | |
| | 75:9-12 | | | | | | |
| | 75:18 | | | | | | |
| | 75:23 – 76:5 | | | | | | |
| | 76:11-18 | | | | | | |
| | 80:2-8 | | | | | | |
| | 80:11 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 80:13-15 | | | | | | |
| | 80:20-22 | | | | | | |
| | 80:24-25 | | | | | | |
| | 81:3 | | | | | | |
| | 81:5-8 | | | | | | |
| | 81:11-13 | | | | | | |
| | 81:15-16 | | | | | | |
| | 81:19-23 | | | | | | |
| | 81:25 | | | | | | |
| | 82:2-16 | | | | | | |
| | 82:18-20 | | | | | | |
| | 82:24-25 | | | | | | |
| | 83:3-7 | | | | | | |
| | 83:9-23 | | | | | | |
| | 84:1-4 | | | | | | |
| | 84:6-19 | | | | | | |
| | 84:22-23 | | | | | | |
| | 84:25 – 85:6 | | | | | | |
| | 85:9-10 | | | | | | |
| | 85:12-18 | | | | | | |
| | 85:21 – 86:7 | | | | | | |
| | 86:12-15 | | | | | | |
| | 86:17-18 | | | | | | |
| | 86:20 | | | | | | |
| | 86:22 – 87:2 | | | | | | |
| | 87:7-8 | | | | | | |
| | 87:10-12 | | | | | | |
| | 87:14 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 87:16-17 | | | | | | |
| | 87:21 | | | | | | |
| | 87:24 – 88:2 | | | | | | |
| | 88:4 | | | | | | |
| | 88:7 | | | | | | |
| | 88:9-17 | | | | | | |
| | 88:19-21 | | | | | | |
| | 88:23 – 89:1 | | | | | | |
| | 89:5-6 | | | | | | |
| | 89:8-12 | | | | | | |
| | 89:15-16 | | | | | | |
| | 89:18 | | | | | | |
| | 89:20 – 90:1 | | | | | | |
| | 90:3-6 | | | | | | |
| | 90:8-11 | | | | | | |
| | 90:13 – 91:6 | | | | | | |
| | 91:9 | | | | | | |
| | 91:11-12 | | | | | | |
| | 91:15-19 | | | | | | |
| | 92:5-11 | | | | | | |
| | 93:10-23 | | | | | | |
| | 94:1 | | | | | | |
| | 94:24-25 | | | | | | |
| | 97:21-22 | | | | | | |
| | 97:24 | | | | | | |
| | 98:1-7 | | | | | | |
| | 98:14 | | | | | | |
| | 98:16-18 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 98:22 – 99:2 | | | | | | |
| | 99:4-5 | | | | | | |
| | 99:8-9 | | | | | | |
| | 99:11-12 | | | | | | |
| | 99:16-19 | | | | | | |
| | 99:21 | | | | | | |
| | 99:23-24 | | | | | | |
| | 100:20-22 | | | | | | |
| | 100:24-25 | | | | | | |
| | 101:2-3 | | | | | | |
| | 101:7-9 | | | | | | |
| | 101:11-12 | | | | | | |
| | 109:2-9 | | | | | | |
| | 109:14-18 | | | | | | |
| | 110:24 – 111:5 | | | | | | |
| | 111:8 | | | | | | |
| | 111:10-11 | | | | | | |
| | 111:17-22 | | | | | | |
| | 112:4-5 | | | | | | |
| | 112:7 – 113:2 | | | | | | |
| | 116:23 – 117:1 | | | | | | |
| | 117:3 | | | | | | |
| | 117:5 – 118:14 | | | | | | |
| | 118:25 – 119:12 | | | | | | |
| | 119:15 | | | | | | |
| | 119:17 – 120:1 | | | | | | |
| | 120:7 | | | | | | |
| | 120:9-10 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 120:12-13 | | | | | | |
| | 120:20 | | | | | | |
| | 121:20 – 122:14 | | | | | | |
| | 122:18 | | | | | | |
| | 123:18 – 124:7 | | | | | | |
| | 124:20 | | | | | | |
| | 124:22 – 125:1 | | | | | | |
| | 125:4-5 | | | | | | |
| | 125:7-10 | | | | | | |
| | 125:12 | | | | | | |
| | 125:14-15 | | | | | | |
| | 125:17 | | | | | | |
| | 125:19-21 | | | | | | |
| | 127:5-11 | | | | | | |
| | 127:14 | | | | | | |
| | 127:16-21 | | | | | | |
| | 127:24 – 128:9 | | | | | | |
| | 128:11-12 | | | | | | |
| | 128:14 | | | | | | |
| | 128:19 – 129:5 | | | | | | |
| | 129:9-14 | | | | | | |
| | 129:16 | | | | | | |
| | 129:18-20 | | | | | | |
| | 129:22 | | | | | | |
| | 129:24 – 130:2 | | | | | | |
| | 130:5-8 | | | | | | |
| | 130:10-11 | | | | | | |
| | 130:14 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 130:16 | | | | | | |
| | 130:19 | | | | | | |
| | 130:21-24 | | | | | | |
| | 133:4-7 | | | | | | |
| | 133:10-14 | | | | | | |
| | 133:16-21 | | | | | | |
| | 133:24 | | | | | | |
| | 134:1-2 | | | | | | |
| | 134:8 | | | | | | |
| | 134:11 | | | | | | |
| | 134:13-15 | | | | | | |
| | 134:17-18 | | | | | | |
| | 134:22-23 | | | | | | |
| | 134:25 – 135:9 | | | | | | |
| | 136:1–13 | | | | | | |
| | 136:16-19 | | | | | | |
| | 136:21 | | | | | | |
| | 136:25 | | | | | | |
| | 137:4-7 | | | | | | |
| | 137:13 | | | | | | |
| | 137:15-16 | | | | | | |
| | 137:20 | | | | | | |
| | 137:22-25 | | | | | | |
| | 138:3-6 | | | | | | |
| | 138:18-20 | | | | | | |
| | 138:22 | | | | | | |
| | 138:24 – 139:1 | | | | | | |
| | 139:5 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 139:7-12 | | | | | | |
| | 149:15-20 | | | | | | |
| | 151:2-6 | | | | | | |
| | 151:12-13 | | | | | | |
| | 151:18-20 | | | | | | |
| | 151:22-25 | | | | | | |
| | 152:6-11 | | | | | | |
| | 155:19-22 | | | | | | |
| | 156:2 | | | | | | |
| | 157:10 – 158:3 | | | | | | |
| | 158:6-8 | | | | | | |
| | 158:17 – 159:3 | | | | | | |
| | 159:6-18 | | | | | | |
| | 162:1-9 | | | | | | |
| | 162:11-13 | | | | | | |
| | 162:15-18 | | | | | | |
| | 162:22-23 | | | | | | |
| | 163:6-9 | | | | | | |
| | 163:14-19 | | | | | | |
| | 164:1-6 | | | | | | |
| | 164:11-16 | | | | | | |
| | 164:18-20 | | | | | | |
| | 164:22-23 | | | | | | |
| | 166:8-13 | | | | | | |
| | 167:6-10 | | | | | | |
| | 168:3-6 | | | | | | |
| | 168:11 | | | | | | |
| | 168:13 – 169:11 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 169:13-14 | | | | | | |
| | 169:21-22 | | | | | | |
| | 169:24 | | | | | | |
| | 170:2-3 | | | | | | |
| | 170:5-18 | | | | | | |
| | 170:21-22 | | | | | | |
| | 170:24 – 171:2 | | | | | | |
| | 171:8-9 | | | | | | |
| | 172:13-24 | | | | | | |
| | 173:2-19 | | | | | | |
| | 173:24 | | | | | | |
| | 174:1-4 | | | | | | |
| | 174:8-10 | | | | | | |
| | 174:12-14 | | | | | | |
| | 174:21 – 175:3 | | | | | | |
| | 175:6 | | | | | | |
| | 175:19-24 | | | | | | |
| | 176:4-5 | | | | | | |
| | 176:7-16 | | | | | | |
| | 176:20-21 | | | | | | |
| | 176:23-25 | | | | | | |
| | 177:2 | | | | | | |
| | 177:4-6 | | | | | | |
| | 177:8 | | | | | | |
| | 177:10-12 | | | | | | |
| | 177:15 | | | | | | |
| | 178:2-3 | | | | | | |
| | 178:5 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 178:7 | | | | | | |
| | 178:9-10 | | | | | | |
| | 178:16-17 | | | | | | |
| | 178:19-20 | | | | | | |
| | 178:25 | | | | | | |
| | 179:2-8 | | | | | | |
| | 179:12 | | | | | | |
| | 179:18-19 | | | | | | |
| | 179:21-23 | | | | | | |
| | 180:3 | | | | | | |
| | 180:5 | | | | | | |
| | 180:9 | | | | | | |
| | 180:11-13 | | | | | | |
| | 180:17-21 | | | | | | |
| | 180:24 | | | | | | |
| | 181:1-3 | | | | | | |
| | 181:7-8 | | | | | | |
| | 181:10-12 | | | | | | |
| | 181:15 | | | | | | |
| | 181:17 – 182:17 | | | | | | |
| | 182:22-24 | | | | | | |
| | 183:1-5 | | | | | | |
| | 183:8 | | | | | | |
| | 183:10 | | | | | | |
| | 183:25 – 184:1 | | | | | | |
| | 184:3-6 | | | | | | |
| | 184:8-16 | | | | | | |
| | 184:19 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 184:21-24 | | | | | | |
| | 185:1-4 | | | | | | |
| | 185:8-21 | | | | | | |
| | 185:23 – 186:1 | | | | | | |
| | 186:4-9 | | | | | | |
| | 186:11-13 | | | | | | |
| | 186:17-20 | | | | | | |
| | 188:6-9 | | | | | | |
| | 188:12-17 | | | | | | |
| | 188:19-22 | | | | | | |
| | 189:1-4 | | | | | | |
| | 189:6 | | | | | | |
| | 189:8 | | | | | | |
| | 189:10 | | | | | | |
| | 189:13-14 | | | | | | |
| | 189:16 | | | | | | |
| | 189:19 | | | | | | |
| | 189:21-23 | | | | | | |
| | 190:2-14 | | | | | | |
| | 190:16 | | | | | | |
| | 190:20-22 | | | | | | |
| | 190:24 | | | | | | |
| | 191:1 | | | | | | |
| | 191:5-14 | | | | | | |
| | 191:21 | | | | | | |
| | 191:23-24 | | | | | | |
| | 192:2 | | | | | | |
| | 192:4 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 195:15-17 | | | | | | |
| | 195:20 | | | | | | |
| | 199:13 | | | | | | |
| | 199:19 | | | | | | |
| | 199:21 | | | | | | |
| | 199:25 | | | | | | |
| | 200:2-3 | | | | | | |
| | 200:6 | | | | | | |
| | 200:18-19 | | | | | | |
| | 201:22-23 | | | | | | |
| | 202:6-7 | | | | | | |
| | 202:9-12 | | | | | | |
| | 203:4-9 | | | | | | |
| | 203:14 – 204:1 | | | | | | |
| | 204:5-8 | | | | | | |
| | 204:10-12 | | | | | | |
| | 205:3-4 | | | | | | |
| | 205:11 | | | | | | |
| | 205:23 – 206:2 | | | | | | |
| | 206:4-7 | | | | | | |
| | 206:10 | | | | | | |
| | 206:12-15 | | | | | | |
| | 206:19 | | | | | | |
| | 206:21-22 | | | | | | |
| | 207:3-5 | | | | | | |
| | 207:7-8 | | | | | | |
| | 207:12 | | | | | | |
| | 207:14 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 207:16 | | | | | | |
| | 207:19 | | | | | | |
| | 207:24 | | | | | | |
| | 208:1-4 | | | | | | |
| | 208:8-9 | | | | | | |
| | 208:11 | | | | | | |
| | 208:15 | | | | | | |
| | 208:17-18 | | | | | | |
| | 208:24 | | | | | | |
| | 216:23-25 | | | | | | |
| | 217:7 | | | | | | |
| | 217:9-11 | | | | | | |
| | 217:14-15 | | | | | | |
| | 217:17 – 218:8 | | | | | | |
| | 218:13-15 | | | | | | |
| | 218:17-21 | | | | | | |
| | 219:4-7 | | | | | | |
| | 219:9-15 | | | | | | |
| | 219:20 | | | | | | |
| | 219:22 – 220:4 | | | | | | |
| | 220:7 | | | | | | |
| | 220:9-11 | | | | | | |
| | 220:13-14 | | | | | | |
| | 220:16-24 | | | | | | |
| | 221:8-9 | | | | | | |
| | 221:11-13 | | | | | | |
| | 221:16-19 | | | | | | |
| | 221:21-23 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 222:1-4 | | | | | | |
| | 222:6-8 | | | | | | |
| | 222:15-16 | | | | | | |
| | 222:18-24 | | | | | | |
| | 223:1 | | | | | | |
| | 223:3-6 | | | | | | |
| | 223:11-12 | | | | | | |
| | 223:14-17 | | | | | | |
| | 223:22-23 | | | | | | |
| | 223:25 – 224:4 | | | | | | |
| | 224:12-14 | | | | | | |
| | 224:16-17 | | | | | | |
| | 224:24 – 225:10 | | | | | | |
| | 225:13 | | | | | | |
| | 225:19 | | | | | | |
| | 225:21 – 226:7 | | | | | | |
| | 226:13-14 | | | | | | |
| | 226:23 – 227:3 | | | | | | |
| | 227:5-8 | | | | | | |
| | 227:14-23 | | | | | | |
| | 228:21-25 | | | | | | |
| | 229:8-9 | | | | | | |
| | 229:11-12 | | | | | | |
| | 229:20-25 | | | | | | |
| | 249:25 – 250:11 | | | | | | |
| | 250:17 | | | | | | |
| | 250:19-20 | | | | | | |
| | 250:24 – 251:2 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 251:4-5 | | | | | | |
| | 251:11-15 | | | | | | |
| | 251:17-19 | | | | | | |
| | 251:22-23 | | | | | | |
| | 251:25 – 252:3 | | | | | | |
| | 252:5-7 | | | | | | |
| | 252:9-12 | | | | | | |
| | 252:14-16 | | | | | | |
| | 252:18-21 | | | | | | |
| | 253:1-20 | | | | | | |
| | 253:23-24 | | | | | | |
| | 254:1 | | | | | | |
| | 254:4-5 | | | | | | |
| | 254:12 | | | | | | |
| | 254:17 | | | | | | |
| | 254:19-20 | | | | | | |
| | 254:23-25 | | | | | | |
| | 255:2-4 | | | | | | |
| | 255:6-7 | | | | | | |
| | 255:9-16 | | | | | | |
| | 255:20 – 256:1 | | | | | | |
| | 256:3-11 | | | | | | |
| | 256:14-15 | | | | | | |
| | 256:17-18 | | | | | | |
| | 256:25 – 257:3 | | | | | | |
| | 258:11-12 | | | | | | |
| | 258:16-20 | | | | | | |
| | 258:22-24 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore 30(b)(6) cont.) | 259:7 | | | | | | |
| | 259:12-25 | | | | | | |
| | 260:5-7 | | | | | | |
| | 260:9-10 | | | | | | |
| | 260:13-14 | | | | | | |
| | 260:21 | | | | | | |
| | 261:10-12 | | | | | | |
| | 261:18 | | | | | | |
| | 262:6-8 | | | | | | |
| | 262:13-14 | | | | | | |
| | 263:3-5 | | | | | | |
| | 265:24 – 270:21 | | | | | | |
| | 274:15 – 275:6 | | | | | | |
| **MOORE, LARRY** 9/4/03 | 6:15-16 | | | | | | |
| | 34:6-22 | | | | | | |
| | 63:23 – 64:2 | | | | | | |
| | 64:5-6 | | | | | | |
| | 64:8-9 | | | | | | |
| | 64:12-13 | | | | | | |
| | 64:15-25 | | | | | | |
| | 65:23 – 66:1 | | | | | | |
| | 69:23 – 70:3 | | | | | | |
| | 70:13-21 | | | | | | |
| | 71:17-18 | | | | | | |
| | 76:8-9 | | | | | | |
| | 76:12 – 77:12 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore Indiv. cont.) | 77:16 | | | | | | |
| | 77:18-20 | | | | | | |
| | 77:24 | | | | | | |
| | 78:1-4 | | | | | | |
| | 78:8 | | | | | | |
| | 78:10-13 | | | | | | |
| | 78:19 | | | | | | |
| | 78:21-23 | | | | | | |
| | 79:3-11 | | | | | | |
| | 81:2-25 | | | | | | |
| | 88:10-25 | | | | | | |
| | 89:4-5 | | | | | | |
| | 89:7-11 | | | | | | |
| | 89:14-19 | | | | | | |
| | 90:12 – 91:5 | | | | | | |
| | 91:9-10 | | | | | | |
| | 91:12-15 | | | | | | |
| | 91:25 – 92:1 | | | | | | |
| | 92:3-6 | | | | | | |
| | 92:8-21 | | | | | | |
| | 92:24 – 93:1 | | | | | | |
| | 93:6-7 | | | | | | |
| | 93:9-10 | | | | | | |
| | 93:13-14 | | | | | | |
| | 93:16-17 | | | | | | |
| | 93:20-21 | | | | | | |
| | 93:23-25 | | | | | | |
| | 94:5 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore Indiv. cont.) | 94:7-15 | | | | | | |
| | 94:19-20 | | | | | | |
| | 94:22-25 | | | | | | |
| | 95:3-4 | | | | | | |
| | 95:6-7 | | | | | | |
| | 95:10 | | | | | | |
| | 95:12 – 96:8 | | | | | | |
| | 96:12 – 97:2 | | | | | | |
| | 97:4-5 | | | | | | |
| | 97:7-16 | | | | | | |
| | 98:1-13 | | | | | | |
| | 98:16-17 | | | | | | |
| | 98:19 – 99:8 | | | | | | |
| | 99:10-11 | | | | | | |
| | 99:13-21 | | | | | | |
| | 104:2 – 105:19 | | | | | | |
| | 105:22-23 | | | | | | |
| | 134:10-12 | | | | | | |
| | 134:14 – 135:1 | | | | | | |
| | 136:17 – 137:3 | | | | | | |
| | 137:6-9 | | | | | | |
| | 174:6 | | | | | | |
| | 174:8-25 | | | | | | |
| | 211:2-20 | | | | | | |
| **MOORE, LARRY** 2/17/04 | 219:2 | | | | | | |
| | 219:19-23 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore Indiv. cont.) | 219:25 – 220:19 | | | | | | |
| | 221:3-13 | | | | | | |
| | 221:17 – 222:11 | | | | | | |
| | 222:17-24 | | | | | | |
| | 224:6 – 225:14 | | | | | | |
| | 226:10 – 227:1 | | | | | | |
| | 227:4-14 | | | | | | |
| | 227:17 – 228:17 | | | | | | |
| | 229:8-11 | | | | | | |
| | 229:17 – 230:7 | | | | | | |
| | 230:10-11 | | | | | | |
| | 232:21 – 234:8 | | | | | | |
| | 235:4 – 236:11 | | | | | | |
| | 238:6-9 | | | | | | |
| | 238:12 | | | | | | |
| | 238:14-15 | | | | | | |
| | 239:12-17 | | | | | | |
| | 239:20 – 240:2 | | | | | | |
| | 243:7-11 | | | | | | |
| | 243:16 – 244:18 | | | | | | |
| | 244:21-25 | | | | | | |
| | 248:1 – 251:16 | | | | | | |
| | 252:8-24 | | | | | | |
| | 253:5-8 | | | | | | |
| | 253:11-14 | | | | | | |
| | 258:22 – 259:4 | | | | | | |
| | 259:6-9 | | | | | | |
| | 262:21 – 263:6 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore Indiv. cont.) | 263:11-17 | | | | | | |
| | 264:10 – 265:10 | | | | | | |
| | 265:14-16 | | | | | | |
| | 265:19-21 | | | | | | |
| | 265:25 – 267:14 | | | | | | |
| | 267:24 – 268:3 | | | | | | |
| | 270:23 – 271:16 | | | | | | |
| | 271:19 – 272:4 | | | | | | |
| | 272:6 – 273:5 | | | | | | |
| | 275:6-10 | | | | | | |
| | 275:23-24 | | | | | | |
| | 276:3 | | | | | | |
| | 278:3-5 | | | | | | |
| | 278:7 – 279:9 | | | | | | |
| | 279:12-13 | | | | | | |
| | 280:4-7 | | | | | | |
| | 280:11 – 281:9 | | | | | | |
| | 281:11 – 282:23 | | | | | | |
| | 283:7-10 | | | | | | |
| | 283:13 – 284:4 | | | | | | |
| | 284:17 – 20 | | | | | | |
| | 302:22 – 303:4 | | | | | | |
| | 306:9-19 | | | | | | |
| | 306:23 – 307:5 | | | | | | |
| | 308:18-21 | | | | | | |
| | 315:23 – 316:4 | | | | | | |
| | 316:7-9 | | | | | | |
| | 316:12-13 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore Indiv. cont.) | 316:16 | | | | | | |
| | 316:25 – 317:2 | | | | | | |
| | 317:6-11 | | | | | | |
| | 317:20 – 319:1 | | | | | | |
| | 319:4-6 | | | | | | |
| | 319:9-14 | | | | | | |
| | 319:17 – 320:9 | | | | | | |
| | 320:12-25 | | | | | | |
| | 323:1-21 | | | | | | |
| | 323:23 – 324:3 | | | | | | |
| | 324:5-17 | | | | | | |
| | 326:7 –327:9 | | | | | | |
| | 329:21 – 331:20 | | | | | | |
| | 332:4 – 333:9 | | | | | | |
| | 333:13 – 334:7 | | | | | | |
| | 335:25 – 336:14 | | | | | | |
| | 336:17 – 337:16 | | | | | | |
| | 337:19-23 | | | | | | |
| | 338:4-19 | | | | | | |
| | 340:4-12 | | | | | | |
| | 342:5-343:12 | | | | | | |
| | 343:18 – 344:4 | | | | | | |
| | 345:5-10 | | | | | | |
| | 345:13-15 | | | | | | |
| | 345:18 – 346:20 | | | | | | |
| | 346:23 – 347:6 | | | | | | |
| | 347:10 – 348:4 | | | | | | |
| | 348:9-16 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Moore Indiv. cont.) | 348:21-23 | | | | | | |
| | 349:2-14 | | | | | | |
| | 360:21 – 361:12 | | | | | | |
| | 361:15 – 362:3 | | | | | | |
| | 362:6-23 | | | | | | |
| | 363:1-8 | | | | | | |
| | 363:23 – 365:15 | | | | | | |
| | 370:2-9 | | | | | | |
| **RYAN, MIKE** 12/11/04 | 4:3 – 5:21 | | | | | | |
| | 5:24 – 6:3 | | | | | | |
| | 6:10 – 7:22 | | | | | | |
| | 16:1 – 17:3 | | | | | | |
| | 17:6-13 | | | | | | |
| | 17:15-20 | | | | | | |
| | 18:3 - 20:12 | | | | | | |
| | 20:15-23 | | | | | | |
| | 21:1-2 | | | | | | |
| | 21:17 – 22:10 | | | | | | |
| | 28:7-15 | | | | | | |
| | 30:17 – 31:14 | | | | | | |
| | 31:20-24 | | | | | | |
| | 32:4 – 33:8 | | | | | | |
| | 39:4-24 | | | | | | |
| | 40:3 – 41:11 | | | | | | |
| | 47:17 – 50:21 | | | | | | |
| | 56:18 – 57:2 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (M. Ryan cont.) | 57:24 – 59:21 | | | | | | |
| | 60:17 – 61:9 | | | | | | |
| | 61:20 – 63:3 | | | | | | |
| | 63:5 – 64:20 | | | | | | |
| | 65:15 – 66:9 | | | | | | |
| | 68:2-15 | | | | | | |
| | 70:20-24 | | | | | | |
| | 72:4 – 73:11 | | | | | | |
| | 73:22 – 75:8 | | | | | | |
| | 78:9 – 80:16 | | | | | | |
| | 89:16 – 90:2 | | | | | | |
| | 90:19 – 91:4 | | | | | | |
| | 91:6 – 92:2 | | | | | | |
| | 92:7 – 98:15 | | | | | | |
| | 98:23 – 99:6 | | | | | | |
| | 99:19 – 100:18 | | | | | | |
| | 113:16 – 115:3 | | | | | | |
| | 115:6-9 | | | | | | |
| | 115:11-22 | | | | | | |
| | 116:3-9 | | | | | | |
| | 116:16-23 | | | | | | |
| | 117:11 – 118:1 | | | | | | |
| | 119:20-21 | | | | | | |
| | 119:23 – 120:10 | | | | | | |
| | 120:21 – 122:5 | | | | | | |
| | 122:10-12 | | | | | | |
| | 122:20-24 | | | | | | |
| | 123:21 – 124:19 | | | | | | |
| | 125:8 – 126:1 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (M. Ryan cont.) | 126:7-9 | | | | | | |
| | 126:11-15 | | | | | | |
| | 129:2 – 130:8 | | | | | | |
| | 131:1 – 132:13 | | | | | | |
| | 133:23 – 134:11 | | | | | | |
| | 135:10-14 | | | | | | |
| | 137:13-16 | | | | | | |
| | 143:11-15 | | | | | | |
| | 146:16 – 147:3 | | | | | | |
| | 164:6-12 | | | | | | |
| | 175:1 – 176:6 | | | | | | |
| | 176:12 - 177:5 | | | | | | |
| | 184:9 – 185:24 | | | | | | |
| | 192:6-12 | | | | | | |
| | 192:21 – 193:9 | | | | | | |
| | 193:24 – 194:9 | | | | | | |
| | 195:4-5 | | | | | | |
| | 195:7-18 | | | | | | |
| | 204:8-16 | | | | | | |
| | 209:10-14 | | | | | | |
| | 209:17-19 | | | | | | |
| | 210:1 – 212:1 | | | | | | |
| | 212:10-19 | | | | | | |
| | 213:12-23 | | | | | | |
| | 215:9 – 216:8 | | | | | | |
| | 217:2-5 | | | | | | |
| | 217:7 – 218:4 | | | | | | |
| | 218:14 – 219:11 | | | | | | |
| | 219:22 – 221:24 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (M. Ryan cont.) | 222:2-16 | | | | | | |
| | 222:18-21 | | | | | | |
| | 222:23 – 223:13 | | | | | | |
| | 224:6 – 229:5 | | | | | | |
| | 229:11 – 233:22 | | | | | | |
| | 234:1-22 | | | | | | |
| | 235:3-8 | | | | | | |
| | 235:12-14 | | | | | | |
| | 235:16 – 237:7 | | | | | | |
| | 237:13-14 | | | | | | |
| | 238:4 – 239:14 | | | | | | |
| | 239:17-19 | | | | | | |
| | 240:2 – 243:5 | | | | | | |
| | 243:8-10 | | | | | | |
| | 243:20 – 244:18 | | | | | | |
| | 244:21-22 | | | | | | |
| | 244:24 – 245:8 | | | | | | |
| | 245:11-13 | | | | | | |
| | 245:15-19 | | | | | | |
| | 245:24 – 246:2 | | | | | | |
| | 246:4-13 | | | | | | |
| | 246:16-17 | | | | | | |
| | 246:19-21 | | | | | | |
| | 247:2-7 | | | | | | |
| | 247:12-13 | | | | | | |
| | 247:15 – 250:19 | | | | | | |
| | 250:22-23 | | | | | | |
| | 251:1 – 257:20 | | | | | | |
| | 258:24 – 259:22 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (M. Ryan cont.) | 260:7 – 262:4 | | | | | | |
| | 262:7-8 | | | | | | |
| | 262:10-19 | | | | | | |
| | 262:22 | | | | | | |
| | 262:24 – 263:10 | | | | | | |
| | 263:15-22 | | | | | | |
| | 266:5-10 | | | | | | |
| | 266:13 – 267:6 | | | | | | |
| | 267:8-14 | | | | | | |
| | 267:18 – 268:4 | | | | | | |
| | 268:6-9 | | | | | | |
| | 268:11 – 269:4 | | | | | | |
| | 269:6-7 | | | | | | |
| | 269:11-13 | | | | | | |
| | 269:17-20 | | | | | | |
| | 270:2 – 271:2 | | | | | | |
| | 271:6-8 | | | | | | |
| | 271:11-14 | | | | | | |
| | 271:16 – 272:5 | | | | | | |
| | 272:11-12 | | | | | | |
| | 272:18-24 | | | | | | |
| | 273:11-16 | | | | | | |
| | 273:19-20 | | | | | | |
| | 275:2 - 277:9 | | | | | | |
| | 277:15-17 | | | | | | |
| | 277:19-23 | | | | | | |
| | 280:7-20 | | | | | | |
| | 281:1 – 284:5 | | | | | | |
| | 286:1-5 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (M. Ryan cont.) | 286:8 – 287:1 | | | | | | |
| | 287:3 – 288:17 | | | | | | |
| | 298:13 – 300:6 | | | | | | |
| | 313:2-20 | | | | | | |
| **RYAN, THOMAS** 12/9/03 | 4:11 – 8:22 | | | | | | |
| | 15:6 – 16:14 | | | | | | |
| | 16:24 – 17:24 | | | | | | |
| | 34:5-18 | | | | | | |
| | 41:9-19 | | | | | | |
| | 42:22 – 43:1 | | | | | | |
| | 44:3 – 45:24 | | | | | | |
| | 49:22 – 50:10 | | | | | | |
| | 54:18 – 58:24 | | | | | | |
| | 59:14 – 60:23 | | | | | | |
| | 61:14 – 64:6 | | | | | | |
| | 67:1-24 | | | | | | |
| | 72:1-20 | | | | | | |
| | 79:8 – 88:10 | | | | | | |
| | 88:23 – 89:6 | | | | | | |
| | 89:21 – 90:8 | | | | | | |
| | 112:2-4 | | | | | | |
| | 112:6-17 | | | | | | |
| | 117:15 – 119:15 | | | | | | |
| | 182:2-6 | | | | | | |
| | 182:18 – 183:8 | | | | | | |
| | 205:13-18 | | | | | | |
| | 205:21 – 206:5 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (T. Ryan cont.) | 206:7-12 | | | | | | |
| | 211:15 – 212:10 | | | | | | |
| | 215:10-18 | | | | | | |
| | 215:23 – 216:11 | | | | | | |
| | 217:9 – 218:14 | | | | | | |
| | 220:4 – 225:17 | | | | | | |
| | 239:7 – 240:6 | | | | | | |
| | 248:22 – 249:6 | | | | | | |
| | 250:1-21 | | | | | | |
| | 281:13 – 283:14 | | | | | | |
| **SAFIN, JOSEPH A.** 30(b)(6) Deposition of Bloodgood Sharp Buster Architects & Planners of Illinois, Inc. 3/6/03 | 5:7-8 | | | | | | |
| | 5:19 – 6:3 | | | | | | |
| | 6:8-18 | | | | | | |
| | 6:20 – 7:24 | | | | | | |
| | 8:22 – 9:5 | | | | | | |
| | 9:11-25 | | | | | | |
| | 10:2-19 | | | | | | |
| | 10:21 | | | | | | |
| | 10:23-25 | | | | | | |
| | 11:18-22 | | | | | | |
| | 11:25 – 12:17 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Safin 30(b)(6) cont.) | 12:19-24 | | | | | | |
| | 13:2-9 | | | | | | |
| | 13:12-15 | | | | | | |
| | 13:22 – 14:8 | | | | | | |
| | 16:12-24 | | | | | | |
| | 17:2-15 | | | | | | |
| **SANDELIN, STEVEN** (Rough Trans.) 10/29/04 | 1:1 – 42:6 | | | | | | |
| | 43:4-7 | | | | | | |
| | 43:10 – 61:12 | | | | | | |
| | 63:3 – 235:17 | | | | | | |
| | 236:12 – 251:1 | | | | | | |
| | 284:21 – 290:5 | | | | | | |

Dated: November 1, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2153609v1