UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
Corporation,
Plaintiff,
vs.

Pinnacle Corporation
d/b/a Town & Country Homes,
an Illinois Corporation,
Town & Country Homes, Inc.,
a Minnesota Corporation,
Bloodgood Sharp Buster Architects & Planners
of Iowa, Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa Corporation,
Defendants,
and

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,
vs.

Bloodgood Sharp Buster Architects &
Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PLAINTIFF'S PROPOSED *VOIR DIRE***

**JURY TRIAL DEMANDED**

Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund") respectfully requests that the Court read the following short statement of this case and ask the following questions during *voir dire*.

## SHORT STATEMENT OF THE CASE

This lawsuit concerns copyright infringement allegations and unlawful advertising allegations made against four Defendants. Plaintiff Rottlund alleges that Defendants (1) Pinnacle Corporation d/b/a Town & Country Homes, (2) Town & Country Homes, Inc.,

(3) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and (4) The Bloodgood Group, Inc. infringed upon Plaintiff's copyrighted town home designs and as-built structures and also engaged in unlawful advertising. The Defendants deny these allegations.

The Court has already determined that Rottlund is the owner of several original, copyrighted designs for its Villa town home products. In addition, the Court has determined that Rottlund's copyrights for its Villa town home designs are valid. The court also previously determined that the ideas between Rottlund's Villa town homes and the accused Defendants' town homes are substantially similar.

This trial will resolve the remaining liability and damages issues surrounding Rottlund's claims that the Defendants infringed upon Rottlund's copyrighted architectural designs and as-built structures and also engaged in unlawful advertising. The trial is estimated to last approximately one month (15 trial days).

Examination of prospective jurors:

1. Availability.

   a. Does the potential period of time you would be asked to serve as a juror pose any unusual difficulty or hardship for you?

2. General Background Information.

   a. Please state your full name.

   b. Please state your marital status.

   c. Please state the names and ages of any children.

   d. Please state your occupation.

   e. Please state your full and complete address and how long you have resided there.

   f. Please advise as to whether you live in a single family dwelling, a town home, a condominium, or rental property.

g. Please advise as to whether you have ever lived in a town home.

h. Please advise as to whether you have ever been involved in designing a residential home.

i. Please advise as to whether you have ever been involved in building a residential home.

3. Familiarity with Parties.

a. Have you ever heard of a company known as The Rottlund Company, Inc.?

b. Have you ever heard of a company known as Town & Country Homes, Inc.?

c. Have you ever heard of a company known as Pinnacle Corporation d/b/a Town & Country Homes?

d. Have you ever heard of an architecture firm known as Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.?

e. Have you ever heard of an architecture firm known as The Bloodgood Group, Inc.?

4. Rottlund would respectfully request that the Court elicit additional information as follows:

a. Has the prospective juror, relative, or friend ever been employed by any of the parties?

b. Has the prospective juror, relative, or friend ever had any business dealings with any of the parties?

c. Has the prospective juror, relative, or friend ever purchased products or services from any of the parties?

d. Does the prospective juror know any individual that has ever been employed by any of the parties?

5. Employment.

a. What is your current employment?

b. How long have you been at your present position?

c. Please describe your current work duties and responsibilities.

d. Please briefly describe your prior employment history.

6. Special Training.

a. Do you consider yourself to have special training, education, or knowledge in the field of design?

b. Do you consider yourself to have special training, education, or knowledge in designing houses?

c. Do you consider yourself to have special training, education, or knowledge in the fields of housing construction or housing development?

d. Do you consider yourself to have special training, education, or knowledge in the fields of accounting or finance?

7. Hobbies and Recreational Activities.

a. Please state your hobbies, recreational activities, and special interests.

b. Do you consider yourself to be creative and artistic?

c. Please advise as to your involvement in associations, charities, non-profit organizations, etc.

8. Involvement in Prior Litigation.

a. Have you ever been involved in a lawsuit?

b. Were you a plaintiff or a defendant?

c. What was the nature of the dispute?

d. How was it resolved?

e. Have you ever been involved in a dispute concerning the quality or performance of a product you purchased?

f. How was it resolved?

9. Jury Service.

a. Have you ever served on a jury?

b. Civil or criminal?

c. Nature of the trial?

d. Did it go to verdict?

Dated: November 1, 2004

s/ Craig S. Krummen
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2155830v1