UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

Civil Action No. 01-CV-1980 DSD/SRN

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO BAR A CHALLENGE TO DEFENDANTS' CORPORATE SEPARATENESS**

---

Defendants Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. ("TCM"), request that this Court enter an Order barring any argument, testimony, or other evidence, by any witness or attorney, that challenges the corporate separateness of the many companies owned or controlled by members of the Ryan family. Defendants state the following in support of this motion:

Rottlund has amended its complaint at least seven times, yet it has never added (or sought to add) any cause of action to pierce the corporate veil. During depositions and hearings, Rottlund's officers and counsel have stated that the corporate entities owned or controlled by members of the Ryan family are all of a piece. (*See, e.g.,* May 29, 2003 deposition of Todd Stutz, at 120, "Again I view the defendant Pinnacle and TCM as one in the same commonly owned entities of --

which includes TCM, TCH, NDI, PCCF, TCFL and WRC and Foxford all to be one in the same.")

Rottlund sought and obtained discovery concerning each of these entities, and it could have tried to bring a cause of action alleging a veil-piercing theory. It did not. It should not be permitted at trial to raise a suggestion (whether through argument or testimony) that these companies are anything other than separate corporate entities.

## CONCLUSION

For the reasons stated herein, the defendants request that this Court bar Rottlund from offering testimony, evidence, or argument that challenges the corporate separateness of the business entities owned or controlled by members of the Ryan family.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

#3037088\1