UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

Civil Action No. 01-CV-1980 DSD/SRN

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO BAR CERTAIN ROTTLUND EMPLOYEES FROM OFFERING "EXPERT" OPINIONS**

---

Defendants Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. ("TCM"), request that this Court enter an Order barring Rottlund from offering at trial any "expert" opinion testimony from Tim Whitten, Steve Kahn, or Todd Stutz, each of whom is an officer of Rottlund. Defendants state the following in support of this motion:

Rottlund identified Mr. Whitten (its chief architect) and Mr. Kahn (its chief financial officer) as two of its expert witnesses back in 2002. Neither Mr. Whitten nor Mr. Kahn ever submitted an expert report in this matter. Neither was ever tendered for an expert deposition. Both waffled throughout their depositions about whether they would offer expert opinions at trial. Mr. Stutz was never identified by Rottlund as an expert, but he, too, waffled during his deposition about whether he would offer expert opinions at trial.

Defendants raised the issue of Rottlund's potential eleventh hour experts with Magistrate Judge Nelson during a June 3, 2004 discovery conference, at which time Rottlund's counsel acknowledged that neither Mr. Whitten nor Mr. Kahn had issued expert reports. To date, however, there has been no order barring such expert testimony.

Defendants anticipate that Rottlund will seek Mr. Whitten's opinions about the mathematical probability that defendants would arrive at certain design choices on their own. Defendants believe Mr. Whitten will go down this path because he attempted to offer such after-the-fact calculations during his deposition in this lawsuit and during a 1999 hearing in Iowa involving another alleged infringement of Rottlund's back-to-back, slab-on-grade, Villa townhomes. *Rottlund Homes Inc., et al. v. The Oaks Development Co., et al.*, 4-98-CV 10574, slip op. (S.D. Iowa. July 13, 1999) (Longstaff, J.) (denying Rottlund's Motion for a Preliminary Injunction and concluding Rottlund was not likely to prevail on the merits of its townhome copyright infringement claim). In neither instance did Mr. Whitten offer testimony about his after-the-fact calculations before a jury. In each instance, Mr. Whitten could have set out these "expert" opinions in a report during the discovery stage of litigation. In neither case did he do so. He should be barred from offering such after-the-fact opinion – undoubtedly cloaked as Rule 701 lay opinion -- before the jury at trial.

## CONCLUSION

For the reasons stated herein, the defendants request that this Court bar Rottlund from offering "expert" opinion testimony from Tim Whitten, Steve Kahn, or Todd Stutz.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

#3037101\1