UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

Civil Action No. 01-CV-1980 DSD/SRN

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO BAR EVIDENCE OF SALARIES AND BONUSES PAID TO OFFICERS AND EXECUTIVES AT PINNACLE AND TCM**

---

Defendants Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. ("TCM"), request that this Court enter an Order barring any argument, testimony, evidence or mention, by any witness or attorney, of the salaries, bonuses, or compensation structure of the officers and executives at Pinnacle and TCM. Defendants state the following in support of this motion:

During recent depositions, Rottlund's counsel has elicited testimony concerning the compensation packages of key personnel from TCM and Pinnacle. This lawsuit is a copyright infringement case in which a jury will be asked to decide whether one townhome is substantially similar to another. It is not a case about motive, and it is not a case about whether an individual or a company had a financial incentive to copy a competitor's designs. Those issues are irrelevant to

this lawsuit, and evidence of executive compensation should be excluded for that reason. FRE 402.

Moreover, like the executives at Rottlund, the executives at Pinnacle and TCM fall into a top tax-bracket, undoubtedly earning far more than the average juror. Should this Court allow compensation evidence into the record, it should do so for both sides, so that the jury is not left thinking that it is only Defendants' executives that are well paid. FRE 403.

## CONCLUSION

For the reasons stated herein, the defendants request that this Court bar Rottlund from introducing any evidence or argument concerning the compensation of the officers and executives at Pinnacle and TCM.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

#3037107\1