UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE THAT EACH OF THE ALLEGED SEVENTY ONE ELEMENTS ARE NOT VIRTUALLY IDENTICAL OR SUBSTANTIALLY SIMILAR**

**(ORAL ARGUMENT REQUESTED)**

Defendants Pinnacle Corporation and Town and Country Homes, Inc., move the Court, *in limine*, to preclude Rottlund from introducing any evidence that each of the alleged seventy-one elements is not virtually identical or substantially

similar or to the corresponding elements in the accused works, or in the alternative for an order that each request to admit in Town and Country Homes Inc.'s second set of requests for admission dated March 16, 2004 is admitted for purposes of trial and precluding Rottlund from introducing any evidence to the contrary.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#0260642)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street #4000
Minneapolis, MN 55402
Tel. (612) 492-7312
Fax (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

- AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

#3037074\1