**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2004, I electronically filed the foregoing documents:

1. Pinnacle Corporation and Town & Country Homes, Inc.'s Notice of Hearing on Motion *in Limine* to Preclude Rottlund from Introducing any Evidence that each of the Alleged Seventy One Elements is not Substantially Similar or Virtually Identical to the Corresponding Element in the Accused Works;
2. Pinnacle Corporation and Town & Country Homes, Inc.'s Motion *in Limine* to Preclude Rottlund from Introducing any Evidence that each of the Alleged Seventy One Elements is not Substantially Similar or Virtually Identical to the Corresponding Element in the Accused Works;
3. Pinnacle Corporation and Town & Country Homes, Inc.'s Memorandum of Law in Support of Motion *in Limine* to Preclude Rottlund from Introducing any Evidence that each of the Alleged Seventy One Elements is not Substantially Similar or Virtually Identical to the Corresponding Element in the Accused Works.

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Holly J. Newman, Esq.**
**Chris Murdoch, Esq.**
**David A. Donna, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE

Dated: November 1, 2004.

**s/ Darren B. Schwiebert**
Darren B. Schwiebert (#260642)
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
E-mail: dschweibert@fredlaw.com

ATTORNEY FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

#3037130\1