UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

and,

Town & Country Homes, Inc.,
a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of Iowa, Inc.,
an Iowa Corporation,

Third-Party Defendant.

Civil Action No. 01-CV-1980 DSD/SRN

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S NOTICE OF HEARING ON MOTION *IN LIMINE* TO LIMIT EVIDENCE TO A COMPARISON OF THE DEPOSIT MATERIALS FROM THE ASSERTED COPYRIGHT REGISTRATIONS TO THE SPECIFIC PRODUCTS ALLEGED TO BE INFRINGING**

**(ORAL ARGUMENT REQUESTED)**

**PLEASE TAKE NOTICE** that Defendants Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. ("TCM") will bring a Motion *in Limine* to Limit Evidence to a Comparison of the Deposit Materials from the Asserted Copyright Registrations to the Specific Products Alleged to be Infringing before the Honorable David S. Doty, United States District Court Judge, at the United States District

Court, Suite 14W, 300 South Fourth Street, Minneapolis, Minnesota 55415, on November 3, 2004 at 2:00 p.m.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#0260642)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street #4000
Minneapolis, MN 55402
Tel. (612) 492-7312
Fax (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

- AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

#3037137\1