UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & County Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PINNACLE CORPORATION AND TOWN & COUNTRY HOME, INC.'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE REGARDING PRETRIAL PROCEEDINGS AND DISCOVERY DISPUTES**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Pinnacle Corporation and Town & Country Homes, Inc. (TCM) jointly move this Court *in limine* for an order barring any argument, testimony, evidence or mention, by any witness or attorney, regarding any pretrial proceeding or ruling, including discovery motions and disputes, orders compelling discovery, motions to dismiss or for summary judgment, abandoned

or released claims or defenses, and orders imposing sanctions. In support hereof, defendants state as follows:

The pretrial proceedings in this matter of have been exceedingly hard fought. Both the plaintiff and the defendants have resorted to Court assistance to secure the production of documents, the answers to interrogatories, responses to requests to admit, and the depositions of important witnesses. The defendants, as is their right, moved to dismiss, and subsequently for summary judgment.

None of this pretrial wrangling, however, is relevant or admissible at trial. *Sanford v. Ektelon/Prince Sports Group, Inc.*, 1999 WL 33544436 (D.Neb.) (granting motion *in limine*, holding "information regarding discovery disputes in this case is not relevant, would be prejudicial, would take the jury away from the case, and will not be admissible.") *See also, Empire Gas Corporation v. American Bakeries Company*, 646 F.Supp. 269, 274-275 (N.D.Ill. 1986) (granting motion *in limine*, holding, "It is understandable that jurors do not know, nor are they expected to appreciate the rules of discovery.")

It would be highly prejudicial and confusing to the jury for either party to raise the conduct of their opponent during pretrial proceedings or discovery, especially to infer that it was somehow indicative of an ulterior motive for filing this suit, guilt, innocence, or reflective of the merits at all. Accordingly, the Court should bar any such reference, argument or testimony.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312

ATTORNEYS FOR DEFENDANT

TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

#3037131\1