UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & Country Homes, an Illinois Corporation, et al.,<br><br>Defendants,<br><br>and,<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | Civ. No. 01-CV-1980 DSD/SRN<br><br>**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION *IN LIMINE* REGARDING COMPETITION PRODUCT SURVEY**<br><br>**(ORAL ARGUMENT REQUESTED)** |

Defendant Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. move this Court, *in limine*, to preclude plaintiff, The Rottlund Company, Inc. ("Rottlund"), from referencing or presenting any evidence regarding a document entitled "Competition Product Survey for Minnesota" or a facsimile cover sheet

referencing the same. Alternatively, defendants move this Court to preclude Rottlund from instructing the jury to interpret non-production against Defendants.

This motion is based on the attached Memorandum of Law, arguments of counsel, and all the files, records, and proceedings herein.

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION