UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S PROPOSED SPECIAL VERDICT FORM**

In accordance with Local Rule 39.1(b), defendants Pinnacle Corporation and Town and Country Homes, Inc., submits its proposed special verdict form.

Dated: November 1, 2004

s/Darren B. Schwiebert

Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**VERDICT**

We, the Jury in this case, make these answers to the following questions:

1. Which of the following, if any, do you find is substantially similar to the protectible expression in Rottlund's Villa II technical drawings, as those terms were explained to you in the instructions (circle the appropriate response):

| | | |
|---|---|---|
| Homestead technical drawings | Yes | No |
| Chateau technical drawings | Yes | No |
| Washington Square technical drawings | Yes | No |

2. Which of the following, if any, do you find is substantially similar to the protectible expression in Rottlund's actual Villa II townhomes, as those terms were explained to you in the instructions (circle the appropriate response):

| | | |
|---|---|---|
| Homestead townhomes | Yes | No |
| Chateau townhomes | Yes | No |
| Washington Square townhomes | Yes | No |

IF YOUR ANSWER TO **ALL** OF THE FOREGOING WAS "NO," YOUR VERDICT IS FOR THE DEFENDANTS AND YOU SHOULD NOT PROCEED FURTHER. YOU SHOULD EXECUTE VERDICT FORM "B." IF YOU ANSWERED "YES" TO **ANY** OF THE FOREGOING, YOU SHOULD CONTINUE WITH QUESTION THREE.

3. Even though you find substantial similarity between one or more of the defendants' drawings or townhomes and the protectible expression of Rottlund's drawings or townhomes, do you nevertheless believe that the defendants' drawings or townhomes were independently created? (circle "yes" to indicate you find that the drawing or townhome was independently created, circle "no" to indicate you find that the drawing or townhome was not independently created):

| | | |
|---|---|---|
| Homestead drawings | Yes | No |
| Chateau drawings | Yes | No |
| Washington Square drawings | Yes | No |
| Homestead townhomes | Yes | No |
| Chateau townhomes | Yes | No |
| Washington Square townhomes | Yes | No |

IF YOUR ANSWER TO **ALL** OF THE FOREGOING WAS "YES," YOUR VERDICT IS FOR THE DEFENDANTS AND YOU SHOULD NOT PROCEED FURTHER. YOU SHOULD EXECUTE VERDICT FORM "B." IF YOU ANSWERED "NO" TO **ANY** OF THE FOREGOING, YOU SHOULD CONTINUE WITH QUESTION FOUR.

4. You should only respond to the following questions if in response to questions 1, 2, and 3, you have found substantial similarity and no independent creation. Has Rottlund demonstrated that it has suffered an actual loss as a natural and probable consequence of infringement by:

| | | |
|---|---|---|
| Homestead technical drawings or townhomes | Yes | No |
| Chateau drawings or townhomes | Yes | No |
| Washington Square drawings or townhomes | Yes | No |

IF YOUR ANSWER TO **ALL** OF THE FOREGOING WAS "NO," YOU SHOULD SKIP QUESTION FIVE AND PROCEED TO QUESTION SIX.

5. If you answered "yes" in response to any part of question four, you must determine the amount of loss that Rottlund has suffered as a natural and probable consequence of the infringement: (enter dollar amount):

| | |
|---|---|
| Homestead drawings or townhomes: | $_____________ |
| Chateau drawings or townhomes: | $______________ |
| Washington Square drawings or townhomes: | $______________ |

6. Do you find that there is any amount of profits earned by the defendants that is attributable to the infringement and not taken into account in your computation of actual loss in response to question 5? Yes No

IF YOUR ANSWER TO QUESTION 6 IS NO, YOU SHOULD SKIP QUESTIONS 7-9 AND PROCEED TO QUESTION 10.

7. What were the total profits received by each of the defendants from any infringement you have found ? (enter a separate dollar amount for the appropriate defendant):

| | | |
|---|---|---|
| Homestead: | TCM: $__________ | BSB: $__________ |
| Chateau: | TCM: $__________ | |
| Washington Square: | Pinnacle: $_________ | BSB: $__________ |

8. What percentage of the total profits received by the defendants that you calculated in response to question 7 was attributable to infringement of any protectible expression in the Rottlund drawings or the Villa II townhomes? (enter a separate amount for the appropriate defendant):

| | | |
|---|---|---|
| Homestead: | TCM: _________% | BSB: ___________% |
| Chateau: | TCM: __________% | |
| Washington Square: | Pinnacle: _________% | BSB: __________% |

9. Apply the percentages you found in response to question 8 to the total profits figures you found in response to question 7 to arrive at an amount you decide equals the profits of the infringer that are attributable to the infringement: (enter a separate dollar amount for the appropriate defendant):

| | | |
|---|---|---|
| Homestead: | TCM: $__________ | BSB: $__________ |
| Chateau: | TCM: $__________ | |
| Washington Square: | Pinnacle: $_________ | BSB: $__________ |

10. Did any of the defendants engage in willful infringement?

(circle appropriate response): Yes No

EVEN IF YOU HAVE RESPONDED "NO," TO QUESTION 10, YOU SHOULD HAVE ONLY REACHED THIS POINT IF IT IS YOUR DECISION TO FIND IN FAVOR OF THE PLAINTIFFS. IF THAT IS YOUR DECISION, YOU SHOULD EXECUTE VERDICT FORM "A" AND AWARD THE AMOUNTS YOU HAVE FOUND IN RESPONSE TO **EITHER** QUESTION 5 **OR** QUESTION 9, WHICHEVER IS LARGER, IN THE SPACE MARKED "ACTUAL DAMAGES AND PROFITS" ON THAT VERDICT FORM. **HOWEVER,** IF YOUR RESPONSE TO QUESTION 10 IS "YES," YOU SHOULD COMPLETE QUESTIONS 10 THROUGH 12 TO ADJUST THE AMOUNTS SET FORTH IN RESPONSE TO QUESTION 9

11. Which defendants do you find engaged in willful infringement? (Circle the parties whom you believe engaged in willful infringement with respect to each accused work):

| | | |
|---|---|---|
| Homestead: | TCM | BSB |
| Chateau: | TCM | |
| Washington Square: | Pinnacle | BSB |

12. For any defendant that you have found to have engaged in willful infringement, enter the amount of general overhead expense you find that defendant incurred as part of the infringing conduct:

| | | |
|---|---|---|
| Homestead: | TCM: $__________ | BSB: $__________ |
| Chateau: | TCM: $__________ | |
| Washington Square: | Pinnacle: $_______ | BSB: $__________ |

13. Add the amounts set forth in response to question 12 to the amounts set forth in response to question 9:

| | | |
|---|---|---|
| Homestead: | TCM: $__________ | BSB: $__________ |
| Chateau: | TCM: $__________ | |
| Washington Square: | Pinnacle: $_________ | BSB: $__________ |

YOU SHOULD ONLY HAVE COMPLETED QUESTIONS 10 THROUGH 12 IF IT IS YOUR DECISION THAT ONE OR MORE OF THE DEFENDANTS ENGAGED IN WILLFUL INFRINGEMENT. IF THAT IS YOUR VERDICT, YOU SHOULD COMPLETE VERDICT FORM "A" AND ENTER THE AMOUNTS YOU FOUND IN RESPONSE TO **EITHER** QUESTION 5 **OR** QUESTION 12, WHICHEVER IS LARGER IN THE SPACE MARKED "ACTUAL DAMAGES AND PROFITS" ON THAT VERDICT FORM.

14. Do you find Pinnacle vicariously liable for any infringing conduct by TCM with respect to the Homestead Collection? Yes No

15. Do you find that Pinnacle engaged in contributory infringment with respect to the Homestead Collection? Yes No

16. Do you find Pinnacle vicariously liable for any infringing conduct by TCM with respect to the Chateau Collection? Yes No

17. Do you find that Pinnacle engaged in contributory infringment with respect to the Chateau Collection? Yes No

18. Do you find TCM vicariously liable for any infringing conduct by Pinnacle with respect to the Washington Square townhomes? Yes No

19. Do you find that TCM engaged in contributory infringement with respect to the Washington Square townhomes? Yes No

______________________________ FOREPERSON'S SIGNATURE

____________________________ DATE

**VERDICT FORM A**

We the jury find in favor of the Plaintiff The Rottlund Company Inc. and against the following defendants:

_________Pinnacle Corporation

_________Town & Country Homes, Inc.

_________Bloodgood Sharp Buster Architects and Planners, Inc.

We award the following amounts as ACTUAL DAMAGES AND PROFITS:

Homestead: TCM: $__________BSB: $____________

Chateau: TCM: $__________

Washington Square: Pinnacle: $_________BSB: $__________

SIGNATURES:

__________________________ ______________________________

__________________________ ______________________________

__________________________ ______________________________

__________________________ ______________________________

**VERDICT FORM B**

We the jury find in favor of the defendants.

SIGNATURES:

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________