UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S PROPOSED VOIR DIRE QUESTIONS**

Defendants Pinnacle Corporation and Town & Country Homes, Inc., submit the following questions for voir dire of potential jurors:

1. How long have you lived in the twin cities?

2. What is your occupation?

3. What is your marital status?

4. Do you have children or grandchildren? How many? What are their names?

5. What newspapers and magazines do you read?

6. What was the last book that you read?

7. How far did you go in school? If you attended school beyond high school, what areas did you study? What degrees or certificates did you receive?

8. Have you or any member of your immediate family ever received a trademark, copyright or patent?

9. Have you ever served in the military? What branch and when? Were you ever stationed overseas?

10. Tell us about any hobbies or recreational interests that you have.

11. Have you or any member of your family ever been involved in a lawsuit? If so, please describe it.

12. Have you ever served on a jury before? If so, what sort of case was it and what was the outcome.

13. Have you ever testified under oath or been cross-examined?

14. Are you familiar with any of the parties? How so? Do you have any impressions or opinions about the parties? If you do have impressions or opinions about one of the parties, do you feel it would be more appropriate for you to serve on a jury in another case?

15. Do you have any general impressions of large production builder developments such as Club West, Clover Ridge, or others? If so, what are they?

16. Are you familiar with back-to-back townhomes? How so?

a. Have you ever seen a back-to-back townhome, inside or out?

b. When was the first time you can remember seeing a back-to-back townhome?

c. What are your impressions of the back-to-back style of townhomes?

17. Have you or any member of your family ever worked in the construction business?

18. Have you or any member of your family worked for an architect?

19. Do you own your home or rent?

a. What kind of a dwelling do you live in? Do you live in a single family home, a townhome, an apartment, a condominium?

b. Do you live in a back-to-back townhome?

20. Have you ever shopped for a newly constructed home?

a. Did you visit any developments with back-to-backs?

b. If so, which developments, and which builders' products did you look at?

c. What were your impressions of the back-to-backs you viewed?

21. Have you remodeled or added to your home? If so:

a. What work was done?

b. Did you do it yourself, or did you hire others to do it?

22. Do you have any impressions or opinions about any of the parties that might influence your decision in this case?

23. This matter may continue until nearly Christmas. Do you understand that the normal feelings of generosity we all feel during this time cannot influence your decisions in any way, and that it would be a violation of your duties to allow the spirit of the season to affect the verdict you reach or the damages, if any, you award?

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION