UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**DEFENDANTS PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S PROPOSED WITNESS LIST**

Defendants Town & Country Homes, Inc., ("TCM") and Pinnacle Corporation may call the following witnesses or use their deposition transcripts at the trial of this matter. TCM and Pinnacle Corporation reserve the right to call the witnesses

identified on any of the other parties Witness Lists and to call witnesses necessary to rebut evidence or testimony offered by the other parties.

| Witness | Substance of Testimony |
|---|---|
| William Ryan<br>1806 S. Highland Avenue<br>Lombard, Illinois 60148 | Mr. Ryan will testify regarding the operations of Pinnacle and TCM, corporate separateness, and the history of Pinnacle and TCM. |
| Michael J. Ryan<br>1806 S. Highland Avenue<br>Lombard, Illinois 60148 | Mr. Ryan will testify regarding the operations of Pinnacle and TCM, including each company's decision to develop, market, and sell back-to-back townhomes. |
| Thomas E. Ryan<br>1806 S. Highland Avenue<br>Lombard, Illinois 60148 | Mr. Ryan will testify regarding the operations of Pinnacle and TCM, including decisions to develop, market, and sell back-to-back townhomes. |
| Peter Brennan, Esq.<br>1806 S. Highland Avenue<br>Lombard, Illinois 60148 | Mr. Brennan will testify regarding land acquisitions for Pinnacle and TCM. |
| Paul Anderson<br>1806 S. Highland Avenue<br>Lombard, Illinois 60148 | Mr. Anderson will testify regarding the financial operations of Pinnacle and TCM. |
| Arthur J. Plante<br>7615 Smetana Lane<br>Eden Prairie, Minnesota | Mr. Plante will testify regarding the operations of TCM, including the company's decision to develop, market, and sell back-to-back townhomes. |
| Ms. Krista Flemming<br>5295 132nd Court<br>Savage, MN 55378 | Ms. Flemming will testify regarding the planning and approval of the TCM developments containing back-to-back townhomes. |
| Mr. Scott McMahon<br>19820 Schutte Farm Road<br>Corcoran, MN 55340 | Mr. McMahon will testify regarding the planning and approval of the TCM developments containing back-to-back townhomes. |
| Chris Jorgenson<br>Bloodgood Architects & Planners of Iowa, Inc.<br>1601 West Lakes Parkway, Suite 200<br>West Des Moines, IA 50266 | Mr. Jorgenson will testify regarding his and his company's involvement with the design and development of back-to-back townhomes at issue in this lawsuit. |

| Witness | Substance of Testimony |
|---|---|
| Larry Moore<br>Bloodgood Architects & Planners of Iowa, Inc.<br>1601 West Lakes Parkway Suite 200<br>West Des Moines, IA 50266 | Mr. Moore will testify regarding his and his company's involvement with the design and development of back-to-back townhomes at issue in this lawsuit. |
| Doug Buster<br>Bloodgood Sharp Buster Architects and Planners, Inc.<br>1530 E. Dundee Rd.<br>Palatine, Illinois 60074 | Mr. Buster will testify regarding his and his company's involvement with the design and development of back-to-back townhomes at issue in this lawsuit. |
| Mark Harris<br>7615 Smetana Lane<br>Eden Prairie, Minnesota | Mr. Harris will testify regarding his involvement with the design and development of back-to-back townhomes at issue in this lawsuit. |
| Dan Geegan<br>4103 West 144th Street<br>Savage, Minnesota | Mr. Geegan will testify regarding his involvement with the design and development of back-to-back townhomes at issue in this lawsuit. |
| Steve Sandelin | Mr. Sandelin will testify regarding his involvement with the design and development of back-to-back townhomes at issue in this lawsuit. |
| Gary Tushie<br>Tushie & Montgomery<br>7645 Lyndale Avenue South – Suite 100 Minneapolis, MN 55423<br>C/o Kristine Boylan<br>333 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402 | Mr. Tushie will testify regarding his involvement with the design and development of the Chateau collection townhomes that have been put at issue in this lawsuit. |
| Jeff Wrede<br>Tushie & Montgomery<br>7645 Lyndale Avenue South – Suite 100 Minneapolis, MN 55423<br>C/o Kristine Boylan<br>333 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402 | Mr. Wrede will testify regarding his involvement with the design and development of the Chateau collection townhomes that have been put at issue in this lawsuit. |
| Art Cobb<br>Cobb & Associates, Ltd.<br>4010 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Mr. Cobb will testify regarding damages. |

| Witness | Substance of Testimony |
|---|---|
| Jeffery A. Scherer, FAIA<br>Meyer, Scherer & Rockcastle, Ltd.<br>Seventh Floor<br>710 South Second Street<br>Minneapolis, Minnesota 55402 | Mr. Scherer will testify regarding the designs of the back-to-back townhomes at issue in this lawsuit, and the design process generally. |
| Louis Frillman<br>Marquette Advisors<br>81 South Ninth Street<br>Minneapolis, MN 55402 | Mr. Frillman will testify regarding the bidding for and sale of the Hildur Hollander Estate. |
| Tim Whitten<br>The Rottlund Company, Inc. | Mr. Whitten will testify regarding his involvement with the design and development of the townhomes at issue in this lawsuit. |
| Todd Stutz<br>The Rottlund Company, Inc. | Mr. Stutz will testify regarding his involvement with the design, marketing, and sale of the townhomes at issue in this lawsuit, Rottlund's land buying opportunities, Rottlund's corporate structure, and the Twin Cities homebuilding market, in general. |
| Bernard Rotter<br>The Rottlund Company, Inc. | Mr. Rotter will testify regarding his involvement with the design, marketing, and sale of the townhomes at issue in this lawsuit, Rottlund's corporate structure, Rottlund's land buying opportunities, and the Twin Cities homebuilding market, in general. |
| David Rotter<br>The Rottlund Company, Inc. | Mr. Rotter will testify regarding his involvement with the design, marketing, and sale of the townhomes at issue in this lawsuit, Rottlund's corporate structure, Rottlund's land buying opportunities, and the Twin Cities homebuilding market, in general. |
| Joey Zorn | Mr. Zorn will testify regarding his involvement with the design and development of the back-to-back townhomes at issue in this lawsuit. |

| Witness | Substance of Testimony |
|---|---|
| Tom Eckstrand<br>1830 County Road B East<br>Maplewood, MN 55109 | Tom Eckstrand will testify regarding the approval of the TCM development in Maplewood, MN |
| Dick Edwards<br>12800 Arbor Lakes Pkwy<br>P.O. Box 1180<br>Maple Grove, MN 55311-6180 | Dick Edwards will testify regarding the approval of the TCM development in Maple Grove, MN. |
| Kevin Ringwald<br>One City Plaza<br>Chaska, MN 55318-1962 | Kevin Ringwald will testify regarding the approval of the TCM development in Chaska, MN. |
| Michael Leek<br>129 Holmes Street South<br>Shakopee, MN 55379 | Michael Leek will testify regarding the approval of the TCM development in Shakopee, MN. |
| Daryl Morey<br>20195 Holyoke Avenue<br>Lakeville, MN 55044-9017 | Daryl Morey will testify regarding the approval of the TCM development in Lakeville, MN. |
| Ms. Cindy Sherman<br>5200 85th Ave. N.<br>Brooklyn Park MN 55443 | Ms. Sherman will testify regarding the approval of TCM's Pinebrook development in Brooklyn Park MN. |
| Ms. Ann Hurlbert<br>3400 Plymouth Blvd.<br>Plymouth MN 55447 | Ms. Hulbert will testify regarding the approval of TCM's Harvest Hills development in Plymouth MN. |

Dated: November 1, 2004

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION