UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S MOTION IN LIMINE** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Memorandum of Law In Opposition To Bloodgood

Sharp Buster Architects & Planners of Iowa, Inc. and The Bloodgood Group, Inc.'s Motion in Limine.

2. Attached hereto as **Exhibit A** is a true and correct copy of Exhibit 3 to the Second Supplemental Expert Report of Melissa C. Snelson.

3. Attached hereto as **Exhibit B** is a true and correct copy of a transcript excerpt from the Rule 30(b)(6) deposition of Defendant Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.;

4. Attached hereto as **Exhibit C** is a true and correct copy of a transcript excerpt from the individual deposition of Steve Sandelin; and

5. Attached hereto as **Exhibit D** is true and correct copies of a transcript excerpt from the individual deposition of Larry Moore.

FURTHER YOUR AFFIANT SAITH NOT.

s/ David A. Davenport
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 2nd day of November, 2004.

s/Deana J. Lessor
Deana J. Lessor, Notary Public
My Commission Expires: 01/31/05

2156062156066v1v1