UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

No. 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation,

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

**AFFIDAVIT OF BEN PATRICK OPPOSING PLAINTIFF'S MOTION IN LIMINE REGARDING THE OAKS LITIGATION; EXCLUSION OF EVIDENCE OF OTHER BACK-TO-BACK TOWNHOMES; RELIGIOUS BELIEFS OF WITNESSES; AND FOR AN ADVERSE INFERENCE INSTRUCTION**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Ben Patrick, being duly sworn, states:

1. I am one of the counsel of record for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.

2. Attached hereto as Exhibit A is a true and correct copy of Judge Longstaff's Order, dated July 13, 1999 in Rottlund Homes, Inc. vs. The Oaks Development Co. et al, Case No. 4-98-CV-10574.

3. Attached hereto as Exhibit B is a true and correct copy of pages 69-70, 87-88 of the Transcript of the Deposition of Anthony Desnick taken June 23, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of page 266 of the Transcript of the Deposition of Melissa Snelson, Vol.2, taken June 11, 2004.

5. Attached hereto as Exhibit D is a true and correct copy of. the opinion of the court in Murray Hill Publications, Inc. v. Twentieth Century Fox Film Corp., 2004 WL 537176 (6th Cir. 2004), cert. denied, -- S.Ct. ---, 2004 WL 2149146 (Nov.1, 2004).

6. Attached hereto as Exhibit E is a true and correct copy of pages 112, 118, 122, 244, 246-247 of the Transcript of the Deposition of Al Bloom, Vol.1, taken June 9, 2004.

Further your affiant saith not.

/S/ Ben Patrick
Ben Patrick

Subscribed and sworn to before
me this 2nd day of November, 2004.

____________________________
Notary Public, ________ County

SNP/snp#723992v1