Court File No. 01-1980 / ROTTLUND / Pinnacle
Davenport Affidavit November 3, 2004

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation.<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(2)(A)(1) EXPERT IDENTITY DISCLOSURES** |

TO: Above-named Defendant Pinnacle Corporation d/b/a Town & Country Homes and their counsel of record Edward F. Ryan, Scott W. Petersen and Matthew I. Farmer, Holland & Knight, LLC, 55 W. Monroe, Suite 800, Chicago, Illinois 60603;

Above-named Defendant/Third-Party Plaintiff Town & Country Homes, Inc. and their counsel of record Dean R. Karau, Robin L. Preble, Cynthia Jokela Moyer and Darren B. Schweibert, Fredrikson & Byron, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, Minnesota 55402-1425; and

Above-named Third-Party Defendant Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. and their counsel of record Holly J. Newman, Moore Costello & Hart, 701 Fourth Avenue South, Suite 1350, Minneapolis, Minnesota 55415.

Pursuant to the Court's Amended Pretrial Scheduling Order dated October 8, 2002, and Fed. R. Civ. P. 26(a)(2)(A)(1), Plaintiff, The Rottlund Company, Inc. ("Rottlund"), identifies the following witnesses who may be called to offer testimony at the time of trial in this matter:

1. Anthony S. Desnick, Elness, Swenson, Graham Architects, Inc., 700 Third Street South, Minneapolis, Minnesota 55415. Mr. Desnick may offer expert testimony that will assist the trier of fact to understand evidence and/or facts in issue concerning, among other things, architectural designs and copyright infringement liability.

2. Timothy M. Whitten, Executive Vice President, The Rottlund Company, Inc., Rottlund Homes, 3065 Centre Pointe Drive, Roseville, Minnesota 55113. Mr. Whitten may offer testimony concerning, among other things, architectural designs and copyright infringement liability, as a lay witness pursuant to Rule 701. Rottlund respectfully reserves the right to call other lay witnesses concerning these same issues. By making this disclosure, Rottlund does not concede that it is required to disclose the identity of lay witnesses such as Mr. Whitten at this time pursuant to Rule 26(1)(2)(A)(1). If Defendants view the expert disclosure obligations under the Federal Rules of Civil Procedure differently, Rottlund respectfully requests that they bring this issue to the Court's attention as soon as possible.

3. Melissa C. Snelson, Stonehill Group, LLP, 150 South Fifth Street, Suite 3350, Minneapolis, Minnesota 55402-4227. Ms. Snelson may offer expert testimony that will assist the trier of fact to understand evidence and/or facts in issue concerning damages.

4. Steven A. Kahn, Chief Financial Officer, Rottlund Homes, 3065 Centre Pointe Drive, Roseville, Minnesota 55113. Mr. Kahn may offer testimony concerning, among other things, damages as a lay witness pursuant to Rule 701. Rottlund respectfully reserves the right to call other lay witnesses to also testify about the issue of damages and other matters. By making

this disclosure, Rottlund does not concede that it is required to disclose the identity of lay witnesses such as Mr. Kahn at this time pursuant to Rule 26(1)(2)(A)(1). If Defendants view the expert disclosure obligations under the Federal Rules of Civil Procedure differently, Rottlund respectfully requests that they bring this issue to the Court's attention as soon as possible.

Dated: October 31, 2002

WINTHROP & WEINSTINE, P.A.

By: ______________________
Craig S. Krummen, #259081
David A. Davenport, #285109

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

*Attorneys for Plaintiff*
*The Rottlund Company, Inc.*

10150-3-/-idmsmpl:527486_1