# Exhibit A


1 A10 PARTY WALL AT DRAFTSTOP SCALE: 1" = 1'0"
5 A10 PARTY WALL AT FLOOR FOR UNIT 'C' TO 'D' SCALE: 1" = 1'0"
8 A10 FOUND. @ UNITS 'C' TO 'D' SCALE: 1" = 1'0"
1 A10 SECTION @ ELECTRIC METERS SCALE: 1/4" = 1'0"
12 A10 CORNER FRAMING DETAIL SCALE: 1" = 1'0"
3 A10 THRESHOLD DETAIL SCALE: 1" = 1'0"
4 A10 EAVE DETAIL AT 'C' UNIT ENTRY COLUMN SCALE: 1" = 1'0"
5 A10 HALF WALL CAP DETAIL SCALE: 3" = 1'0"
8 A10 PERPENDICULAR PARTITION INTERSECTION SCALE: 1" = 1'0"
7 A10 SPRINKLER ROOM SECTION SCALE: 1/2" = 1'0"
10 A10 SPRINKLER ROOM PLAN DETAIL SCALE: 1/2" = 1'0"
ROOF CONST.
WALL CONST.
EXHIBIT
228
ROTTLUND HOMES
THE RESERVE
PLYMOUTH, MN
THE VILLA II
DETAILS
NOVEMBER 1, 2000
A10




RINKLER ROOM SECTION

E: 1/2" = 1'0"




RINKLER ROOM PLAN DETAIL

LE: 1/2" = 1'0"

THE VILLA I

I HEREBY CERTIFY THA REPORT, OR SPECIFICA PREPARED BY ME OR U DIRECT SUPERVISION AN A DULY REGISTERED AR UNDER THE LAWS IN THE MINNESOTA.

DATE

SHEET TITLE

DETAILS

DRAWN BY

DB

DOCUMENT DATE

NOVEMBER 1, 20

ISSUED FOR

BIDDING

REVISION

SHEET NUMBER

A

A...

CONFIDENTIAL

BSB 01022






VAULT TRUSSES TO ~~ALLOW~~ [redacted] ~~SPRK PIPE TO~~ CLEAR FLOOR TRUSS FOR SPRINKLER PIPE RUN.

THE VILL

BSB 01023

CONFIDENTIAL

Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

| | | |
|---|---|---|
| THE ROTTLUND COMPANY, INC. d/b/a ROTTLUND HOMES, A MINNESOTA CORPORATION | ) | No. 01-CV-1980 |
| Plaintiff | ) | |
| vs. | ) | DEPOSITION OF JASON JORGENSON |
| PINNACLE CORPORATION d/b/a TOWN & COUNTRY HOMES, AN ILLINOIS CORPORATION, TOWN & COUNTRY HOMES, INC., A MINNESOTA CORPORATION, BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AN IOWA CORPORATION, AND THE BLOODGOOD GROUP, INC., AN IOWA CORPORATION | ) | |
| Defendants | ) | |
| and | ) | |
| TOWN & COUNTRY HOMES, INC., A MINNESOTA CORPORATION | ) | |
| Third-Party Plaintiff | ) | |
| vs. | ) | |
| BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC., AN IOWA CORPORATION | ) | |
| Third-Party Defendant | ) | |

Reported by: Connie Overberg, RPR, CSR

A. He started as an assistant superintendent and ended up as a superintendent when he left.

Q. Did Mr. Harris, Mr. Zorn and Mr. Cooper all go to work for Town & Country Homes in Minnesota?

A. Yes.

Q. Have you talked with Mr. Harris since he left Rottlund Company?

A. Yes.

Q. When?

A. He was at a Christmas party held by Midwestern Interiors here in Des Moines at which they have their employees from Minneapolis come to the same party, and Marc was invited to that party, so I met him and saw him there.

Q. What year was that?

A. That would have been last Christmas.

Q. Do you know when Mr. Harris left Rottlund?

A. I think it was 1999 in June.

Q. June of '99?

A. I believe so.

Q. Do you know what he went to do for Town & Country Homes?

A. Similar position as to what he had here, I believe.

Q. Did you talk to him while you were at this