UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc.

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF HOLLY J. NEWMAN IN OPPOSITION TO ROTTLUND'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF ALBERT H. BLOOM AND JOSEPH D. KENYON**

---

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

Holly J. Newman, being duly sworn upon oath, deposes and states as follows:

1. I am a member of the Mackall, Crounse and Moore, PLC. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys of record for Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc. ("BGI").

2. Attached hereto as Exhibit 1 is a true and correct copy of Schoolhouse, Inc. v. Anderson, 2001 WL 1640081 (D.Minn.).

3. Attached hereto as Exhibit 2 is a true and correct copy of EZ Dock, Inc. v. Schafer Systems, Inc., 2003 WL 1610781 (D. Minn.).

4. Attached as Exhibit 3 is a true and correct copy of an excerpt from the deposition transcript of Arthur Cobb.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt from the deposition transcript of Roger Conhaim.

Further your affiant says not.

Dated: November 3, 2004

s/ Holly J. Newman
Holly J. Newman

Subscribed and sworn to before me
this 3rd day of November, 2004.

/s Marie E. Nygard
Notary Public

HJN/hjn#724028v1