UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation, Plaintiff, vs. Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation, Defendants, and Town & Country Homes, Inc., a Minnesota Corporation, Third-Party Plaintiff, v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN) **PLAINTIFF'S SUPPLEMENTAL DESIGNATED DEPOSITION TESTIMONY OF JAMES GRUNDMEIER'S RULE 30(B)(6) TESTIMONY** |

Plaintiff hereby submits its Supplemental Designated Deposition Testimony of James Grundmeier's Rule 30(b)(6) Testimony, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| **GRUNDMEIER, JAMES** 30(b)(6) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. 3/4/03 | 6:20-21 | | | | | | |
| | 23:4-16 | | | | | | |
| | 25:3-23 | | | | | | |
| | 26:1 – 27:24 | | | | | | |
| | 28:2-12 | | | | | | |
| | 28:15-21 | | | | | | |
| | 28:24 – 29:3 | | | | | | |
| | 29:5-7 | | | | | | |
| | 29:9-13 | | | | | | |
| | 30:12 – 31:2 | | | | | | |
| | 37:1-15 | | | | | | |
| | 39:7-10 | | | | | | |
| | 39:16 – 40:21 | | | | | | |
| | 47:2-3 | | | | | | |
| | 47:5-10 | | | | | | |
| | 47:23 – 48:6 | | | | | | |
| | 48:16-19 | | | | | | |
| | 48:21 – 49:1 | | | | | | |
| | 49:4-7 | | | | | | |
| | 49:9-13 | | | | | | |
| | 49:15-21 | | | | | | |
| | 49:25 | | | | | | |

| Name | Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Grundmeier 30(b)(6) Cont.) | 50:2 | | | | | | |
| | 50:5-6 | | | | | | |
| | 51:21-24 | | | | | | |
| | 52:3-4 | | | | | | |
| | 53:14-20 | | | | | | |
| | 58:11-18 | | | | | | |
| | 58:21-24 | | | | | | |
| | 59:13-25 | | | | | | |
| | 60:4 | | | | | | |
| | 60:6-15 | | | | | | |
| | 73:12-13 | | | | | | |
| | 73:17 – 74:1 | | | | | | |
| | 74:14 – 75:19 | | | | | | |
| | 76:1 | | | | | | |
| | 76:5-24 | | | | | | |
| | 77:4-14 | | | | | | |
| | 78:1-6 | | | | | | |
| | 78:10-21 | | | | | | |
| | 78:25 – 79:1 | | | | | | |
| | 83:13 – 84:6 | | | | | | |
| | 84:8-22 | | | | | | |
| | 85:1-8 | | | | | | |
| | 85:12-20 | | | | | | |
| | 85:25 – 86:9 | | | | | | |
| | 86:11-14 | | | | | | |
| | 86:16-19 | | | | | | |
| | 86:21 – 87:1 | | | | | | |
| | 87:3-20 | | | | | | |

| **Name** | **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|---|
| (Grundmeier 30(b)(6) Cont.) | 87:23 – 88:3 | | | | | | |
| | 88:6 | | | | | | |
| | 88:9 – 89:1 | | | | | | |
| | 89:4-10 | | | | | | |
| | 89:18 – 90:8 | | | | | | |
| | 100:10 – 101:10 | | | | | | |
| | 101:13 | | | | | | |
| | 102:12 – 103:11 | | | | | | |
| | 103:19-21 | | | | | | |
| | 103:25 – 104:4 | | | | | | |
| | 104:8-19 | | | | | | |
| | 104:22 | | | | | | |
| | 114:13-18 | | | | | | |
| | 114:21-24 | | | | | | |
| | 115:4 – 116:8 | | | | | | |
| | 116:13-16 | | | | | | |
| | 116:18 | | | | | | |
| | 117:5-24 | | | | | | |
| | 142:6-9 | | | | | | |
| | 142:11-143:1 | | | | | | |
| | 143:6-143:19 | | | | | | |
| | 143:23-144:3 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **GRUNDMEIER, JAMES**<br>30(b)(6)<br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.<br>2/18/04 | 298:16 – 299:5 | | | | | | |

Dated: November 4, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2156790v1