IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.*

Court File No. 01-CV-1980 DSD/SRN

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2004, I electronically filed the foregoing document:

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.'s Witness List

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Matthew I. Farmer, Esq.**
**Darren B. Schwiebert, Esq.**
**David Donna, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **NONE**

Dated: November 5, 2004

s/ Ben Patrick

Ben Patrick
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

ATTORNEY FOR DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.

MEN/men#724448v1