# UNITED STATES DISTRICT COURT

DISTRICT COURT

**The Rottlund Company, Inc.,**
**d/b/a Rottlund Homes,**
**a Minnesota Corporation**

**Plaintiff,**

**vs.**

**Pinnacle Corporation,**
**d/b/a Town & County Homes,**
**an Illinois Corporation, and**
**Town & County Homes, Inc., a**
**Minnesota Corporation, Bloodgood**
**Sharp Buster Architects and Planners**
**of Iowa, Inc., an Iowa Corporation,**
**and The Bloodgood Group, Inc.**

**Defendants.**

**and**

**Town & County Homes, Inc., a**
**Minnesota Corporation,**

**Third-Party Plaintiff**
**vs.**

**Bloodgood Sharp Buster Architects and**
**Planners of Iowa, Inc., an Iowa Corporation,**

**Third-Party Defendant.**

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.,'S WITNESS LIST**

**Case Number: 01-CV-1980 (DSD/SRN)**

---

Pursuant to Local Rule 39.1, Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc., ("Bloodgood") submit the following list of witnesses that it may introduce at trial. Bloodgood reserves the right not to introduce any witness listed and to offer additional or alternative witnesses at trial for rebuttal, impeachment, foundation or other purposes. Bloodgood further reserves the right to supplement this list at any time before trial if the need arises.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS BLOODGOODS ATTORNEYS |
|---|---|---|
| The Honorable David S. Doty | Robert R. Weinstine<br>Craig S. Krummen<br>David A. Davenport | Holly J. Newman<br>Ben Patrick |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 15, 2004 | Lorilee K. Fink | |

| NO. | WITNESS | STATEMENT OF TESTIMONY |
|---|---|---|
| 1 | Alfson, Linda | Design Development, Inc., work on Midland Homes |
| 2 | Bloom, Al | Expert opinions consistent with expert disclosure |
| 3 | Buster, Douglas | Bloodgood's business products and design work and work on Homestead and Washington Square |
| 4 | Conhaim, Roger | Twin City market information consistent with deposition testimony and testimony regarding standard features, design, density, and competition between builders |
| 5 | Cross, Tracy | Twin City market information, standard features, and foundation for documents |
| 6 | Falk, John | Rottlund products, tours of competitors, Villa II options and use of Villa homes |
| 7 | Grundmeier, James | Bloodgood's contract, time records, expenses documents, and business practices |
| 8 | Jorgensen, Chris | Bloodgood's independent creation of Homestead and Jerry's Homes designs |
| 9 | Kahn, Steven | Rottlund's financial documents |

WITNESS LIST – CONTINUATION

| | | |
|---|---|---|
| 10 | Kenyon, Joseph | Expert financial opinions consistent with expenses disclosure |
| 11 | Meyer, Lori | Bloodgood's work on Homestead construction documents |
| 12 | Miller, Beth | Bloodgood's work on Homestead design development and construction documents |
| 13 | Moore, Larry | Bloodgood's designs and Bloodgood independent creation of Homestead designs |
| 14 | Plante, Art | Use of Villa name, design process on Homestead, importance of design to buyers, product tours, standard features, capacity, density, and Homestead product |
| 15 | Rotter, Bernard | Rottlund's product of tours competitors and Villa designers |
| 16 | Rotter, David | Rottlund's Villa designers |
| 17 | Ruelle, Patrick | Rottlund's business practices and history of back-to-backs in Twin City market |
| 18 | Safin, Joseph | Bloodgood's documents and designs process for Washington Square, standard features |
| 19 | Scherer, Jeff | Expert opinions consistent with expert disclosures |
| 20 | Stutz, Todd | Factors influencing buyers of homes |
| 21 | Swanson, Michael | Rottlund's production capacity, Rottlund product tours of competing builders, standard building features, history of back-to-backs in Twin City market |
| 22 | Swanson, Stephen | Rottlund production capacity, density requirements and Rottlund tours of competitive products |
| 23 | Whitten, Timothy | Villa design |
| 24 | Rottlund's witnesses | |
| 25 | Pinnacle's witnesses | |
| 26 | Town & Country's witnesses | |
| 27 | Any witnesses necessary for rebuttal | |
| | | |
| | | |

Date: November 1, 2004

MACKALL, CROUNSE & MOORE, PLC

s/ Holly J. Newman

Holly J. Newman, #026457X
Ben Patrick, #312460
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400

*Attorneys for Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., and The Bloodgood Group, Inc.*

SNP/djs#723347v1