UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO PINNACLE CORPORATION AND TOWN & COUNTRY HOMES INC.'S MOTION TO QUASH SUBPOENA DUCES TECUM SERVED UPON JIM ONOMIYA AT EDINA REALTY** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Motion in Opposition to Pinnacle Corporation and

Town & Country Homes Inc.'s Motion to Quash Subpoena *Duces Tecum* served upon Jim Onomiya at Edina Realty.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendant and Third-Party Plaintiff Town & Country Homes, Inc.'s Response to Plaintiff's Discovery Requests, Set VII, dated September 15, 2003;

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Pinnacle Corporation's Response to Plaintiff's Discovery Requests, Set VIII, dated September 15, 2003;

4. Attached hereto as **Exhibit C** is a true and correct copy of correspondence from David Davenport to Darren Schwiebert and Christopher Murdoch, dated October 1, 2004;

5. Attached hereto as **Exhibit D** is a true and correct copy of a transcribed telephone message received from Jim Onomiya by David Davenport, on October 8, 2004;

6. Attached hereto as **Exhibit E** is a true and correct copy of correspondence from David Davenport to Jim Onomiya attaching a Trial Subpoena *Duces Tecum*, dated October 8, 2004;

7. Attached hereto as **Exhibit F** is a true and correct copy of a "Competition Shop" memorandum with attachments, prepared by Jim Onomiya of Edina Realty and submitted to Art Plante, Tom Conner and Susan Reese, Bates no. D38866 - D38893;

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter brief submitted by David Davenport, Esq., to The Honorable Susan Richard Nelson, dated October 12, 2004;

9. Attached hereto as **Exhibit H** is a true and correct copy of a transcript excerpt from the Status Conference held on October 15, 2004, before Magistrate Judge Susan Richard Nelson;

10. Attached hereto as **Exhibit I** is a true and correct copy of correspondence from C.J. Deike, Vice President and Corporate Counsel, Edina Realty Home Services, to David Davenport, dated October 8, 2004;

11. Attached hereto as **Exhibit J** is a true and correct copy of a transcript excerpt from the Status Conference held on October 25, 2004, before Magistrate Judge Susan Richard Nelson;

12. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiff's Discovery Requests to Defendant Town & Country Homes, Inc., Set VII, dated August 15, 2003; and

13. Attached hereto as **Exhibit L** is a true and correct copy of a transcribed telephone message received from C.J. Deike, Edina Realty Home Services, to David Davenport, on November 5, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

s/ David A. Davenport
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 5th day of November, 2004.

s/Deana J. Lessor
Deana J. Lessor, Notary Public
My Commission Expires: 01/31/05

2157171v1