# Exhibit F.1

Edina Realty Inc.

www.edinarealty.com

AN AFFILIATE OF EDINA REALTY HOME SERVICES, A COMPLETE REAL ESTATE SERVICES COMPANY

Date: February 1, 2000

To: Art Plante, Tom Conner, and Susan Reese

From: Jim Onomiya

Re: Competition shop for the Homestead Collection- Back to back townhomes

Maple Lake Villas, by Rottlund, in Maple Grove: This is the two story Villa, back to back product they have been so successful with all over town. They opened up in a trailer three weeks ago. The two models are the Dunhill- inside home, 1,640 sq. ft., base price of $137,900; and the Chatham- end home, 1,652 sq. ft., base price of $149,900. All buildings are 8 homes, 64 total to be built. They have sold 4 to date. Models will be ready in April with first closings in May. Standard features that we offer as options are: 3 cable and 3 phone jacks, water line for future ice maker, main bath separate shower stall, water softener loop, and central air, and 50 gallon water heater.

Maple Lake Urban Townhomes, by Rottlund, in Maple Grove: This is a brand new product, three levels, back to back, 20 homes per building with underground parking. This is a hybrid of the gable townhome product that they have sold well in high density locations. The two models are the Boston, inside homes, 1,580 sq. ft., base price of $144,900; and the Albany, end home, 1,727 sq. ft., base price of $159,900. They are planning to build 3 buildings of 20 each- 60 total. They have sold 3 of these off the plans. Models to be ready in May, with first closings in June. Standard features that we offer as options are: 3 cable and phone jacks, water line for future ice maker, and central air.

Northglen Carriage Homes, by Centex, in Maple Grove: this is the back to back townhome product they are building all over town. They started pre- selling in August (prior to the fall parade), opened the models in December, had their first closings in November, and are planning to build 160 plus when they are completed. They have released 42 for sale to date, and have sold all 42. They sold 10 during the month of January and are basically sold out. They have 3 models- the Berkshire, inside home, 1,422 sq. ft., base price $119,900; the Hawthorne, inside home, 1,511 sq. ft., base price $121,900; and the Whitefield, end home, 1,540 sq. ft., base price $129,900. They have closed 18 homes to date. Standard features that we offer as options are: water line for future ice maker, soft water loop, washer and dryer, refrigerator, and central air conditioning. These have been incredibly successful. These have gone up in price $5,000 per model since opening for sale in August ($1,000 per month).

Cedar Ponds, by GM Homes, in Maple Grove: this is back to back, either 6 or 8 per building, all with full basements (with egress windows). All two stories, two car garage. They are building a total of 84 homes. The models are the Cedar- middle home, 1,405 sq. ft., vault living room, two

**Attorneys' Eyes Only**
**D 38866**

Edina Realty
www.edinarealty.com
AN AFFILIATE OF EDINA REALTY HOME SERVICES, A COMPLETE REAL ESTATE SERVICES COMPANY

bedrooms up with loft, base price at $128,900; the Cypress- end home, 1,323 sq. ft., vault living room, three bedrooms up, base price at $133,900. Standard features that we offer as options are: full basement with rough in bath, oak rails, skylight in great room/ living room, self cleaning range, refrigerator, washer and dryer, and central air. They also offer a gas fireplace as standard in the end home models. The models will be ready in mid- February, with first closings in April.

Attorneys' Eyes Only
D 38867

EDINA OFFICE 4015 West 65th Street Edina, MN 55435 PHONE 612.927.1100 FAX 612.927.1675

# The Chatham

Maple Lakes

1652 □ 149,900







Upper Level






Main Level

Attorneys' Eyes Only
D 38868

MN-1072 (12/99)

Your Builder for Life

ROTTLUND HOMES™

06/21/99 ©1999 The Rottlund Company, Inc. MN Builder License #1773 Copyright infringement could result in legal prosecution under federal copyright law. Floorplans subject to change without prior notice. 99149

EQUAL HOUSING OPPORTUNITY

# Maple Lake Villas

Maple Lakes



Attorneys' Eyes Only
D 38869

Your Builder for Life
ROTTLUND HOMES™

12/07/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99308

EQUAL HOUSING OPPORTUNITY

# The Dunhill

Maple Lakes

1640 ф 137,900









Upper Level




Main Level

Attorneys' Eyes Only
D 38870

MN-1073 (12/99)

Your Builder for Life
ROTTLUND HOMES™

12/07/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99308

EQUAL HOUSING OPPORTUNITY

# Maple Lake Villas

Maple Lakes



Attorneys' Eyes Only
D 38871

Your Builder for Life
ROTTLUND HOMES™

12/07/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99308

EQUAL HOUSING OPPORTUNITY

# Villa Included Features

Maple Lakes

## Interior Features

- Main Level Powder Room
- SpacioiusWalk-in Closet in Owner's Bedroom
- Princeton Oak Trim Throughout
- 6-Panel White Passage and Closet Doors
- Recessed Panel Oak Cabinets in Kitchen & Baths
- Upper Level Finished Laundry Area
- Weathershield Vision 2000 Vinyl Windows with Screens
- Decorator Light Fixtures
- Wire Metal Shelving throughout Home
- Smoke Detectors in Each Bedroom and on Each Level of Home
- 3 Cable Television Jacks
- 3 Telephone Jacks
- Doorchime
- Peachtree Metal Entry Door with Deadbolt Lock
- Whirlpool Dishwasher, Range Hood and Disposal
- Water Line for Future Ice Maker
- Double Bowl Stainless Steel Sink
- Delta Single Lever Faucets
- Kitchen Drawer Stack with Breadboard
- Laminated Kitchen Countertops with 4" on Board Backsplash
- Main Bath Soaking Tub with Cultured Marble Deck & Surround
- Main Bath Separate Shower Stall
- 5' or 6' Cultured Marble Vanity in Main Bath, per plan
- Exterior Vented Bath Fans
- Bath Vanity Mirrors
- Water Softener Loop

## Exterior Features

- Maintenance-Free Vinyl siding
- Field Stone Accents, per plan
- 25 Year Class A Fire Resistant Shingles
- Aluminum Soffit & Fascia
- Gutters and Downspouts, per plan
- Steel Insulated Raised-panel Garage Door
- Maintenance-Free Vinyl Shakes, per plan
- Decorative Window Grids Between Window Panes
- Exterior Photocell Light Fixture
- Exterior Water Faucet in Garage
- Exterior Weatherproof Outlet

## Energy/Service Features

- Central Air Conditioning
- Electronic Ignition Gas Furnace with Outside Air Intake
- 100 Amp Electrical Service
- Electrical Service for Range and Dryer
- 50 Gallon Gas Water Heater
- Exterior Venting for Dryer
- Copper Plumbing Water Supply

## Construction Features

- Transite Heating (Forced Air Heating through Floor of Main Level)
- 2" x 6" Exterior Walls
- Double 2" x 4" Common Walls
- Acoustical Batt Insulation on Two Sides of Common Walls
- Housewrap on Entire Exterior Envelope
- Fire-rated Gypsum Board Exterior Sheathing
- Manufactured Roof Trusses to Engineering Specifications
- Manufactured Floor Trusses
- 3/4" Tongue-in-groove Sub-flooring
- Insulation Value of R-19 on Exterior Walls
- Insulation Value of R-38+ in Attic
- On-Site Rottlund Construction Superintendent to Assure Quality

## Plus

- Professionally Landscaped and Sodded Yard
- Automatic Underground Exterior Sprinkler System
- Private Streets and Common Areas
- City Sewer, Water, Natural Gas and Underground Utilities
- Individual Electric Services
- Choice of Interior Color Packages
- RWC 10 Year New Home Warranty
- Peace of Mind in Building with a Locally Owned Builder with a 25 Year Reputation of Excellence

MN-1071 (12/99)

Your Builder for Life

ROTTLUND HOMES™

12/07/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Specifications subject to change without notice. 99308

Attorneys' Eyes Only
D 38872

# Home Levels (The Albany Model)



Upper Level



Main Level



Garage Level

Attorneys' Eyes Only
D 38873

Your Builder for Life

ROTTLUND HOMES™

10/06/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99309

EQUAL HOUSING OPPORTUNITY

# New Urban Townhomes



Upper Level



Main Level



Garage Level

Attorneys' Eyes Only
D 38874

MN-1081 (12/99)

Your Builder for Life

ROTTLUND HOMES™

EQUAL HOUSING OPPORTUNITY

10/06/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99309

# The Boston

1,590 Sq. Ft.

$144,900




2 Bathroom Option with Whirlpool Bath in Master Suite




Upper Level



Optional Kitchen

Main Level




Your Builder for Life

MN-1079 (12/99)

**ROTTLUND HOMES™**

EQUAL HOUSING OPPORTUNITY

10/06/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99309

Attorneys' Eyes Only
D 38875

# New Urban Townhomes



Your Builder for Life

ROTTLUND HOMES™

10/06/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99309

EQUAL HOUSING OPPORTUNITY

Attorneys' Eyes Only
D 38876

# The Albany

1,727 Sq.Ft.

#159,900




2 Bedroom Option with Whirlpool Bath in Master Suite




Upper Level






Optional Kitchen

Main Level




STAIRWAY TO UNDERGROUND GARAGE

MN-1078 (12/99)

Your Builder for Life

ROTTLUND HOMES™

10/06/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99309

EQUAL HOUSING OPPORTUNITY

Attorneys' Eyes Only
D 38877

# New Urban Townhomes



Your Builder for Life

ROTTLUND HOMES™

10/06/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Copyright infringement could result in legal prosecution under federal copyright law. 99309

EQUAL HOUSING OPPORTUNITY

Attorneys' Eyes Only
D 38878

# Urban Townhomes Included Features

Maple Lakes

## Interior Features

- Spacioius Walk-in Closet in Owner's Bedroom
- Princeton Oak Trim Throughout
- 6-Panel White Passage and Closet Doors
- Recessed Panel Oak Cabinets in Kitchen & Baths
- Upper Level Finished Laundry Area
- Weathershield Vision 2000 Vinyl Windows with Screens
- Decorator Light Fixtures
- Wire Metal Shelving throughout Home
- Smoke Detectors in Each Bedroom and on Each Level of Home
- Cable Television Jacks
- 3 Telephone Jacks
- Doorchime
- Deadbolt Lock on Front Door
- Whirlpool Dishwasher and Range Hood
- Water Line for Future Ice Maker
- Double Bowl Stainless Steel Kitchen Sink
- Delta Single Lever Faucets
- Kitchen Drawer Stack with Breadboard
- Laminated Kitchen Countertops with 4" on Board Backsplash
- 4' or 5' Cultured Marble Vanity in Main Bath, per plan
- Exterior Vented Bath Fans
- Bath Vanity Mirrors

## Exterior Features

- Maintenance-Free Vinyl siding
- Brick and Rock Face Block Accents, per plan
- 25 Year UL Class A Fire Resistant Shingles
- Aluminum Soffit & Fascia
- Gutters and Downspouts, per plan
- Maintenance-Free Vinyl Shakes, per plan
- Decorative Window Grids Between Window Panes, per plan
- Exterior Photocell Light Fixture
- Exterior Weatherproof Outlet

## Energy/Service Features

- Central Air Conditioning
- Electronic Ignition Gas Furnace with Outside Air Intake
- 100 Amp Electrical Service
- Electrical Service for Range and Dryer
- 40 Gallon Gas Water Heater
- Exterior Venting for Dryer
- Copper Plumbing Water Supply

## Construction Features

- 2" x 6" Exterior Walls
- Double 2" x 4" Common Walls
- Acoustical Batt Insulation on Two Sides of Common Walls
- Housewrap on Entire Exterior Envelope
- Fire-rated Gypsum Board Exterior Sheathing
- Manufactured Roof Trusses to Engineering Specifications
- 18" Floor Trusses
- 3/4" Tongue-in-groove Sub-flooring
- Insulation Value of R-19 on Exterior Walls
- Insulation Value of R-38 in Attic
- 1 1/2" Gypcrete Topping on 8" Pre-Cast Concrete Plank on Main Level
- On-Site Rottlund Construction Superintendent to Assure Quality

## Plus

- Professionally Landscaped and Sodded Yard
- Automatic Underground Exterior Sprinkler System
- Private Streets and Common Areas
- City Sewer, Water, Natural Gas and Underground Utilities
- Individual Electric Services
- Choice of Interior Color Packages
- RWC 10 Year New Home Warranty
- Peace of Mind in Building with a Locally Owned Builder with a 25 Year Reputation of Excellence

Your Builder for Life

ROTTLUND HOMES™

MN-1077 (12/99)

12/09/99 ©1999 The Rottlund Company, Inc. MN Builder License #1335 Specifications subject to change without notice. 99309

Attorneys' Eyes Only
D 38879

BASE INVESTMENT

# NorthGlen

| | | | |
|---|---|---|---|
| **BERKSHIRE** | | 2 Bedroom with open Loft, 1 1/2 Baths, 2nd Floor Laundry, Optional Kitchen Island, Large Master Bedroom, 2 Car Garage | $119,900 |
| | 1422 | Finished Sq. Ft. | |
| **HAWTHORNE** | | 2 Bedroom with open Loft, 1 1/2 Baths, 2nd Floor Laundry, Kitchen Snack Bar, Large Master Bedroom, 2 Car Garage | $121,900 |
| | 1511 | Finished Sq. Ft. | |
| **WHITEFIELD** | | 2 Bedroom with private ~~Loft area, 2nd Floor Laundry,~~ Open Kitchen Area, Large Master Bedroom, 2 Car Garage | $129,900 |
| | 1540 | Finished Sq. Ft. | |

$1,000 Ctx Mortgage closing costs/prepaids

MONTHLY ASSOCIATION DUES ESTIMATED TO BE $95.00

Financing available through CTX Mortgage

*Carriage Homes*
*9668 Queensland Lane North*
*Maple Grove, Minnesota 55311*

Robb Ramsay, New Home Consultant
Phone (612) 416-3991
Fax (612) 416-2175

Bldg #7 Effective Release Date: 01/15/2000
Effective Date: 01/15/2000
Buildings Released: 1, 10, 9, 8, 7

Print Date: 01/24/00

Premiums will apply to some Homesites

Continuing a policy of constant research and improvement, Centex Homes reserves the right to change listed prices, plans and specifications without notice. ©

Builder's License # 20076737

CENTEX HOMES

Attorneys' Eyes Only
D 38880

INCLUDED FEATURES

# NORTHGLEN CARRIAGE HOMES II

**KITCHEN FEATURES**
Delta lever faucet with sprayer
Armstrong or Mannington vinyl no-wax flooring
Merillat oak kitchen cabinets (recessed panel)
Whirlpool electric range with std cleaning oven
Whirlpool range hood with fan and light
Whirlpool 3 cycle dishwasher with 2-level wash
Whirlpool ½ HP garbage disposal
Double bowled stainless steel kitchen sink
Rolled edge laminate countertops
Waterline "rough-in" for future ice maker

**BATH FEATURES**
Main floor half bath
Delta single lever or acrylic handled faucets
Low maintenance bathtub and/or shower surrounds
Armstrong or Mannington vinyl no-wax flooring
Cultured marble vanity tops
Bathroom mirror, sized to vanity
"Anti-scald" tub/shower valves

**INTERIOR FEATURES**
9' ceilings on first floor
Princeton Oak trim
6 Panel oak grain or white doors and bifolds
Telephone jacks in MBR and Kitchen
Cable TV jacks in MBR and LR
Kwikset locks and dead bolts on front door
Peephole in front door for security
Smoke detectors on each level of your home
Triple glazed thermal barrier windows with screens
Wall to wall Carpet with stain guard
Decorator light fixtures
Master bedroom has a spacious walk-in closet
All closets have wire ventilated shelving

**EXTERIOR FEATURES**
Exterior photocell light fixtures on garage
Asphalt driveway, concrete patio with privacy fence
Partial brick exterior, low maintenance siding and trim
Steel paneled garage door
Professionally landscaped and sodded yard areas
Automatic underground lawn irrigation system
Underground utilities (electric, gas, phone, cable)
One outside faucet in garage

**UTILITIES AND STORAGE**
Central air conditioning
Two car attached garage with all homes
100 AMP electrical service with circuit breakers
220-volt electrical service for dryer and range
Whirlpool washer and dryer
Exterior venting for dryer
Automatic gas-fired forced air furnace with electronic ignition and outside combustion air
Glass lined 40 gallon hot water heater
Copper plumbing water supply
Weatherproof electrical outlets on each patio
Pre-plumbed for soft water loop (per plan)

**CONSTRUCTION**
Double 2 x 4 walls 16" on center (common wall)
Housewrap on entire exterior envelope
Acoustical batt insulation on two sides of party wall
Manufactured roof trusses to engineering specifications
Fire rated gypsum-board exterior sheathing
¾" tongue and groove sub-flooring
Manufactured floor trusses
Engineered 2 x 4 and 2 x 6 lumber
On-site Centex Field Manager to assure quality
18" deep floor trusses
**Roofing:**
25 Year UL Class A fire-resistant shingles
**Insulation:**
Total attic system value R-40 (blown insulation)
Total exterior wall system value R-15 (fiberglass batt)

**PLUS HOMEOWNER'S WARRANTY PROGRAM INCLUDES:**

RWC
10 Yr. New Home Warranty

1. Workmanship and materials for 1 year
2. The mechanical systems for 2 years
3. The structural integrity for 10 years

**AND**
Centex Homes Sales Representative to assist you with all of your planning details
Complete on-site Selection Center for customizing your home
Customer Pre-Drywall Orientation
Customer Pre-Settlement Orientation
Customer Satisfaction Survey throughout the building process

CTX MORTGAGE COMPANY™
A SUBSIDIARY OF CENTEX FINANCIAL SERVICES

Financing is available through our in-house affiliate, CTX Mortgage

Every effort has been made to accurately depict the homes and the neighborhood in this brochure. In the event of any conflict between the brochure, the model and the plans and specifications for the neighborhood, the plans and specifications shall control. Also, the completed home may vary from the brochure, the model and the plans to an extent constant with normal trade, custom, practice and tolerance within the construction industry. The renderings are an artist's conception and are not intended to be an actual depiction of the buildings, walks, driveways, landscaping or exterior colors. Please see our Sales Representatives if you have any questions.

Attorneys' Eyes Only
D 38881

Continuing a policy of constant research and improvement, Centex Homes reserves the right to change listed prices, plans and specifications without notice.

©

Builder's License # 20076737

CENTEX HOMES

Revised: 10/21/99