# Exhibit F.2

# FLOOR PLAN

## BERKSHIRE

2 Bedrooms

1 ½ Baths

Spacious Den

Second Floor Laundry

Two-Car Attached Garage

Private Patio




**Date:** ______________

**Today's Base Investment:**

**$** ______________

**On Homesite:**

______________

______________

Pricing subject to change without prior notice.

Elevations shown are artist concepts. Floor plans may vary per elevation. Room sizes are approximate.
Continuing a policy of constant research and improvement, Centex Homes reserves the right to change listed prices, plans and specifications without notice.

©

Builder's License # 20076737
August, 1999

CENTEX HOMES

Attorneys' Eyes Only
D 38882

# FLOOR PLAN

## HAWTHORNE

2 Bedrooms

1 ½ Baths

Spacious Den

Second Floor Laundry

Two-Car Attached Garage

Private Patio




Second Floor




First Floor

Date: ______________

Today's Base Investment:

$______________

On Homesite:

______________

______________

Pricing subject to change without prior notice.

Elevations shown are artist concepts. Floor plans may vary per elevation. Room sizes are approximate.
Continuing a policy of constant research and improvement, Centex Homes reserves the right to change listed prices, plans and specifications without notice.

©

Builder's License # 20076737
August, 1999

CENTEX HOMES

Attorneys' Eyes Only
D 38883

# FLOOR PLAN

## WHITFIELD

2 Bedrooms

1 ½ Baths

Extra Windows On Side For Added Daylight

Spacious Loft Or Optional 3RD Bedroom

Peninsula Kitchen With Breakfast Bar







**Date:** ____________

**Today's Base Investment:**

**$** ____________

**On Homesite:**

____________

____________

Pricing subject to change without prior notice.

Elevations shown are artist concepts. Floor plans may vary per elevation. Room sizes are approximate.
Continuing a policy of constant research and improvement, Centex Homes reserves the right to change listed prices, plans and specifications without notice.

©

Builder's License # 20076737
August, 1999

CENTEX HOMES

Attorneys' Eyes Only
D 38884

# AREA AMENITIES




Continuing a policy of constant research and improvement, Centex Homes reserves the right to change listed prices, plans and specifications without notice. ©

Thank You for coming today! Dolores Strand G M Homes Inc.



# CEDAR PONDS

V I L L A S

GM
H O M E S
*Designed For Your Lifestyle*

**Attorneys' Eyes Only**
**D 38886**

# CEDAR PONDS

## LUXURY VILLAS



Located in the peaceful city of Maple Grove is this exceptional community of 84 villas called Cedar Ponds. This impressive location offers two luxurious designs that reflect the lifestyle you desire. A sound investment with the convenience of a homeowners' association for snow removal, lawn care and maintenance makes this a very special place to live.

GM HOMES
*Designed For Your Lifestyle*

C O M F O R T •



"We do more than build town-houses... we create homes."

– Gene Shellerud,
President, GM Homes

*"I love the sunlight. The loft gives the home a cozy feel. When I have company or family over we're in there a lot. It's a great place, especially in the winter. My kitchen is very easy to get around in and there's loads of cabinet space. The over-all construction is really good. I've even had others comment on it when they have visited."*

J. NASH,
GM HOMES HOMEOWNER




S T Y L E • C O N V E N I E N C E

Attorneys' Eyes Only
D 38888




# *What Our Local Community Offers...*

A safe and convenient location in the city of Maple Grove, Cedar Ponds is just minutes from shopping, parks, golf courses and more. Nearby freeways take you to everywhere from the Mall of America to the airport to downtown Minneapolis and St. Paul. Cedar Ponds keeps you close to where you want to go while offering a peaceful, quiet haven you can call home.

GM HOMES
*Designed For Your Lifestyle*

**Sales Model: 612-391-7927 • Fax: 612-391-7928**

**GM Homes Corporate Office: 612-431-4900**

**150_ Glazier Avenue, Suite 205 • Apple Valley, Minnesota**

All material shown is copyrighted and proprietary information. It may not be duplicated or used without express written permission.

**Attorneys' Eyes Only**
**D 38889**

# GM HOMES' VILLAS

## The Cypress

~ 1,323 Square Feet ~

*End Design Villa*

### *These Standard Features Will Enhance Your Comfort and Convenience...*

- Owner's suite with walk-in closet
- Full basement with 3/4 bath rough-in
- Gas fireplace
- Two car garage
- Custom kitchen countertops
- Princeton oak trim
- Oak handrails and spindles
- Cultured marble countertops in baths
- 100 amp electrical service
- Formal and informal dining areas
- Central air conditioning
- Vaulted ceiling with transom windows
- Upper level laundry
- 1 full and 1 half bath
- Refrigerator and dishwasher
- Washer and dryer
- Self-cleaning range with hood
- Wire closet shelving
- Roll-out pantry shelves
- Built-in spice racks
- Breadboard & cutlery divider




Main Level Floor-Plan




Upper Level Floor-Plan

### *Also Available...*

- Ceiling fans
- Wood floors
- Whirlpool tubs
- Ceramic floors

*Ask to see a complete list of options.*

Attorneys' Eyes Only
D 38890

GM Homes Corporate Office: 431-4900
15025 Glazier Avenue, Suite 205 • Apple Valley, MN 55124

MN LIC. 20025307

GM HOMES
Designed For Your Lifestyle

More on Reverse Side



## These Standard Features Will Add To Your Comfort And Security...

- 2-10 Warranty
- Steel entrance door with dead bolt
- Steel paneled garage door
- Garage door opener with remotes
- Privacy fence
- Concrete patio/wood deck
- Weatherproof outdoor outlets
- Asphalt driveway
- 25-year warranty on roof shingles
- R-44 ceiling insulation
- Brick and vinyl exterior
- 40 gallon gas water heater
- Forced air gas furnace
- 4 inch concrete basement floor

## Also Available

- Central humidifiers
- Honeywell air cleaners
- Insulated garage doors

*GM Homes' Villas Are Constructed With Only The Finest Materials By Skilled Craftsmen*

# GM HOMES' VILLAS

## The Cypress

MN LIC. 20025307

**Attorneys' Eyes Only**
**D 38891**

*More on Reverse Side*

GM HOMES
*Designed For Your Lifestyle*

All material shown is copyrighted and proprietary information. It may not be duplicated or used without express written permission from GM Homes, Inc. Illustrations are artist's renderings. Variations may exist with actual product. All information presented, including prices, may be changed without notice.

# GM Homes' Villas

## The Cedar

~ 1,405 Square Feet ~

*Middle Design Villa*

### *These Standard Features Will Enhance Your Comfort and Convenience...*

- Owner's suite with walk-in closet
- Full basement with 3/4 bath rough-in
- Two car garage
- Custom kitchen countertops
- Princeton oak trim
- Oak handrails and spindles
- Cultured marble countertops in baths
- Upper level laundry
- 100 amp electrical service
- Formal and informal dining areas
- Central air conditioning
- Vaulted ceiling with transom windows
- Skylight in great room
- 2 bedrooms and a loft
- 1 full and 1 half bath
- Refrigerator and dishwasher
- Washer and dryer
- Self-cleaning range with hood
- Wire closet shelving
- Roll-out pantry shelves
- Built-in spice racks
- Breadboard & cutlery divider

### *Also Available...*

- Ceiling fans
- Whirlpool tubs
- Wood floors
- Ceramic floors

*Ask to see a complete list of options.*

Main Level Floor-Plan




Upper Level Floor-Plan




Attorneys' Eyes Only
D 38892

GM Homes Corporate Office: 431-4900
15025 Glazier Avenue, Suite 205 • Apple Valley, MN 55124

MN LIC. 20025307

GM HOMES
*Designed For Your Lifestyle*

*More on Reverse Side*



## *These Standard Features Will Add To Your Comfort And Security...*

- 2-10 Warranty
- Steel entrance door with dead bolt
- Steel paneled garage door
- Garage door opener with remotes
- Privacy fence
- Concrete patio
- Weatherproof outdoor outlets
- Asphalt driveway
- 25-year warranty on roof shingles
- R-44 ceiling insulation
- Brick and vinyl exterior
- 40 gallon gas water heater
- Forced air gas furnace
- 4 inch concrete basement floor

## *Also Available*

- Central humidifiers
- Honeywell air cleaners
- Insulated garage doors

*GM Homes' Villas Are Constructed With Only The Finest Materials By Skilled Craftsmen*

# GM HOMES' VILLAS

## *The Cedar*

**Attorneys' Eyes Only**
**D 38893**

MN LIC. 20025307

*More on Reverse Side*

GM HOMES
*Designed For Your Lifestyle*

All material shown is copyrighted and proprietary information. It may not be duplicated or used without express written permission from GM Homes, Inc. Illustrations are artist's renderings. Variations may exist with actual product. All information presented, including prices, may be changed without notice.