**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CERTIFICATE OF SERVICE**

01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **5th** day of **November, 2004**, I caused the following documents:

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO PINNACLE CORPORATION AND TOWN & COUNTRY HOMES INC.'S MOTION TO QUASH SUBPOENA DUCES TECUM SERVED UPON JIM ONOMIYA AT EDINA REALTY; AND**

**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO PINNACLE CORPORATION AND TOWN & COUNTRY HOMES INC.'S MOTION TO QUASH SUBPOENA DUCES TECUM SERVED UPON JIM ONOMIYA AT EDINA REALTY.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| David A. Donna | ddonna@donnalaw.com | Local counsel for Pinnacle |
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| Holly J. Newman | hjn@mcmlaw.com | Attorneys for BSB & BGI |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

Dated: November 5, 2004

s/ David A. Davenport

Craig S. Krummen, Bar #0259081
David A. Davenport, Bar #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2157232v1