UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S OBJECTIONS TO REPORT AND RECOMMENDATION REGARDING CHATEAU COLLECTION, AS-BUILT WORKS, AND INDIRECT LIABILITY**

**(ORAL ARGUMENT REQUESTED)**

For the following reasons set forth in their joint Memorandum, Pinnacle Corporation ("Pinnacle") and Town & Country Homes, Inc. ("TCM") object to the Magistrate Judge's Report and Recommendation dated October 28, 2004 ("Report")

denying Pinnacle and TCM's joint motion for summary judgment regarding the Chateau Collection, the as-built works at issue, and indirect liability.

The Court should reject the Report's recommendation to deny defendant's motion for summary judgment regarding the Chateau Collection and as-built works (Homestead, Chateau, and Washington Sqaure) because the Report's superficial extrinsic test is not consistent with the Eighth Circuit standard for the extrinsic step of substantial similarlity. Adopting the Report's test for the extrinsic step of substantial similarity would allow every allegation of copyright infringement by Rottlund against a back-to-back townhome to proceed to trial. Such townhomes are build by Centex, Pulte, D.R. Horton, Bright Keys, GM Homes in the Twin Cities market and various manufacturers nationwide. Moreover, the Report failed to compare the actual works at-issue in evaluating defendants' motion regarding the intrinsic step of substantial similarity.

The Court should reject the Report's recommendation regarding vicarious liability because Plaintiff has not provided evidence of a right and ability to supervise that coalesces with an obvious direct financial interest. Similarly, the Court should reject the Report's recommendation regarding contributory infringement because the Plaintiff has not provided evidence that TCM caused, induced, or materially contributed to Pinnacle's construction of the accused townhomes, or vice versa.

Dated: November 5, 2004

s/Darren B. Schwiebert

Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

- AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION