UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-1980 (DSD/SRN)

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third Party Defendant.

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S COUNTER DEPOSITION DESIGNATIONS**

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, ("BSB") and The Bloodgood Group, Inc., an Iowa Corporation, ("BGI") hereby submit the following counter videotaped and stenographically recorded deposition testimony designations. In addition to the testimony listed below, Defendants BSB and BGI also designate for admission any and all exhibits referenced in the testimony listed.

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Douglas Buster<br>3/6/2003<br>30(b)(6) | | | | | |
| | | 7:25 – 8:4 | | | |
| | | 12:21 – 13:2 | | | |
| | | 14:1 – 16:3 | | | |
| | | 18:10-22 | | | |
| | | 20:11-15 | | | |
| | | 20:21 – 21:20 | | | |
| | | 21:23 | | | |
| | | 28:1-19 | | | |
| | | 33:10-14, 16-19 | | | |
| | | 33:22 – 34:6 | | | |
| | | 53:21 – 54:11 | | | |
| | | 58:18-21 | | | |
| | | 58:24 – 59:2 | | | |
| | | 63:16-20 | | | |
| | | 67:19-25 | | | |
| | | 68:9-12,14-20 | | | |
| | | 76:18 – 78:1 | | | |
| | | 78:3,8-17 | | | |
| | | 78:24 – 79:1 | | | |
| | | 81:19 – 83:9 | | | |
| | | 84:13 – 85:3 | | | |
| | | 86:20-24 | | | |
| | | 89:24 – 92:3 | | | |
| | | 92:23 – 94:5 | | | |
| | | 94:14 – 98:3 | | | |
| | | 104:10 – 105:13 | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Douglas Buster<br>3/6/2003<br>30(b)(6)<br>(continued) | | 106:8 – 109:14 | | | |
| | | 137:24 – 138:15 | | | |
| | | 139:9 – 140:8 | | | |
| | | 141:1-14 | | | |
| | | 143:7 – 144:1 | | | |
| | | 212:8-10 | | | |
| | | 212:17 – 213:6 | | | |
| | | 214:3-5,17-23 | | | |
| | | 216:8-20 | | | |
| | | 226:2-10 | | | |
| | | Errata sheet 139:7 | | | |
| | | | | | |
| | | | | | |
| James Grundmeier<br>3/4/2003<br>30(b)(6) | | | | | |
| | | 54:1-7 | | | |
| | | 80:16-20 | | | |
| | | 80:25 – 81:16 | | | |
| | | 117:1-3 | | | |
| | | 144:5-7, 10-11 | | | |
| | | 151:3-4 | | | |
| | | 151:7 – 152:3 | | | |
| | | 152:22 – 153:23 | | | |
| | | | | | |
| | | | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| James Grundmeier 9/2/2003 | | | | | |
| | | 8:25 – 10:9 | | | |
| | 45:4 – 50:3 | | Fed.R.Evid. 402,403 | | |
| | | 92:24 – 93:2 | | | |
| | | | | | |
| | | | | | |
| James Grundmeier 2/17/04 | | | | | |
| | 136:24 – 144:24 | | Fed.R.Evid. 402,403,404,608 | | |
| | | 151:8-14 | | | |
| | 152:20 – 24 | | Fed.R.Evid. 402,403,404,608 | | |
| | 153:5-13 | | Fed.R.Evid. 402,403,404,608 | | |
| | 298:16 – 299:5 | | Fed.R.Evid. 402,403 | | |
| | | | | | |
| | | | | | |
| Chris Jorgensen 3/5/2003 30(b)(6) | | | | | |
| | | 14:18-21 | | | |
| | | 15:3-17 | | | |
| | | 20:7-11 | | | |
| | | 23:14 – 24:4 | | | |
| | | 27:12-13, 16-22 | | | |
| | | 43:17-20 | | | |
| | | 59:9 – 60:5 | | | |
| | | 62:1-9 | | | |
| | | 77:14-16 | | | |
| | | 77:19 – 78:3 | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Chris Jorgensen 3/5/2003 30(b)(6) (continued) | 78 – 82 | | Fed.R.Evid. 402,403,404,608 | | |
| | | 94:9-16, 20 | | | |
| | | 98:4-5 | | | |
| | | 119:6-8 | | | |
| | | 120:8-16, 19-22 | | | |
| | | 129:2-3, 13-14 | | | |
| | | 153:5-9, 13-20 | | | |
| | | 192:1-6 | | | |
| | | 196:6-21 | | | |
| | | 197:7 – 199:25 | | | |
| | | 200:2-12 | | | |
| | | 201:4-8 | | | |
| | | 202:4-8 | | | |
| | | 212:4 – 213:14 | | | |
| | | 244:21-25 | | | |
| | | 257:14 – 258:14 | | | |
| | | | | | |
| | | | | | |
| Chris Jorgensen 9/3/2003 | | | | | |
| | | 14:2 – 16:2 | | | |
| | | 131:10 – 132:14 | | | |
| | 174:2 – 176:23 | | Fed.R.Evid. 402,403 | | |
| | | 181:12 – 183:11 | | | |
| | | 183:24 – 186:8 | | | |
| | | 193:5 – 194:8 | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Chris Jorgensen 9/3/2003 (continued) | | 194:24 – 196:5 | | | |
| | | 208:9-12 | | | |
| | | 212:5-15 | | | |
| | | 213:3-13 | | | |
| | | | | | |
| | | | | | |
| Beth Miller 9/3/2003 | | | | | |
| | | 7:19 – 8:6 | | | |
| | | 9:19-20 | | | |
| | | 12:22-25 | | | |
| | | 13:3-4 | | | |
| | | 15:18 – 16:1 | | | |
| | | 16:7 – 17:1 | | | |
| | | 17:7 – 19:3 | | | |
| | | 24:4-5, 9-13 | | | |
| | | 26:15-18 | | | |
| | | 27:13-21 | | | |
| | | 28:4-5 | | | |
| | | 28:22 – 29:25 | | | |
| | | 30:9-13 | | | |
| | | 30:20 – 31:2 | | | |
| | | 58:2 – 59:17 | | | |
| | | 97:21 – 98:8 | | | |
| | | 98:12-18 | | | |
| | | 99:20-21 | | | |
| | 114:24-25 | | Fed.R.Evid. 602, 901(a) | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Beth Miller 9/3/2003 (continued) | 115:18-19, 22 | | Form of question, mischaracterizes prior testimony | | |
| | 116:17-20 | | Form of question, mischaracterizes prior testimony | | |
| | 118:1-3, 10-11, 17-19 | | Fed.R.Evid. 602, 901(a) | | |
| | | 119:17-18, 20-22, 24-25 | | | |
| | | 122:1-3 | | | |
| | | 143:1-3, 8-12, 20-25 | | | |
| | 144:14-16 | | Fed.R.Evid. 602, 901(a) | | |
| | | 145:1-12 | | | |
| | | 147:1 – 148:15 | | | |
| | | | | | |
| | | | | | |
| Beth Miller 9/4/2003 | | | | | |
| | | 163:19 – 164:4 | | | |
| | | 164:14-15 | | | |
| | | 164:22 – 165:10 | | | |
| | | 165:20 – 166:1 | | | |
| | | 169: 1 – 171:6 | | | |
| | | 171:9 | | | |
| | | 171:11 – 172:1 | | | |
| | | 174:1-13 | | | |
| | | 175: 1 – 176: 10 | | | |
| | | 179:1-10 | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Beth Miller 9/4/2003 (continued) | | 180:1-18 | | | |
| | | 182:9-13 | | | |
| | | 184:9-17 | | | |
| | | 187:9-15 | | | |
| | | 212: 22 – 213:4 | | | |
| | | | | | |
| | | | | | |
| Larry Moore 3/06,07/2003 30(b)(6) | | | | | |
| | | 10:14 - 11:2 | | | |
| | | 14:20-22 | | | |
| | | 27:4-14, 19-21, 23, 25 | | | |
| | | 28:1,4,7 | | | |
| | | 29:23-25 | | | |
| | | 30:3-9 | | | |
| | | 37:3-9 | | | |
| | | 38:1-3, 6 | | | |
| | | 41:2-3, 9-13 | | | |
| | | 43:19 | | | |
| | | 44:4-14 | | | |
| | | 47:7-11, 14-23, 25 | | | |
| | | 48:1-22 | | | |
| | | 64:13-15, 20-24 | | | |
| | | 65:1-14, 19-20, 22-25 | | | |

| Name | Rottlund Designations Page/Line | Defendant BSB's Counter Deposition Designations | Defendants' Objections | Defendants' Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained |
|---|---|---|---|---|---|
| Larry Moore 3/06,07/2003 30(b)(6) (continued) | | 66:2-3, 5-10, 13-19 | | | |
| | | 76:23-25 | | | |
| | | 77:1, 5, 7-16 | | | |
| | | 79:16-22 | | | |
| | | 81:7-8 | | | |
| | | 94:2, 4-8 | | | |
| | | 95:1-16, 19, 21-23 | | | |
| | | 96:4-6, 8-25 | | | |
| | | 97:1 | | | |
| | | 98:19 | | | |
| | | 100:2-6, 9-18 | | | |
| | | 103:14-17, 19-20, 22-24 | | | |
| | | 104:1-3, 8-20, 22-25 | | | |
| | | 105:4, 6-7, 11, 13-15, 17, 19-25 | | | |
| | | 106:1-16 | | | |
| | | 111:23 -112:3 | | | |
| | | 115:11-14, 17, 19-22 | | | |
| | | 116:1 | | | |
| | | 118:15-19 | | | |
| | | 123:2-5, 7-13 | | | |
| | | 125:22-24 | | | |
| | | 126:4-5, 7 – 127:4 | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Larry Moore 3/06,07/2003 30(b)(6) (continued) | | 135:10-11, 13-18 | | | |
| | | 140:23-25 | | | |
| | | 141:4-14, 17-19, 21 -142:13 | | | |
| | | 142:17-18, 20-22, 24 -143:13 | | | |
| | | 143:20, 22 -144:19 | | | |
| | | 154:17-24 | | | |
| | | 155:4-12, 17 | | | |
| | | 156:4-7 | | | |
| | | 163:4-5 | | | |
| | | 171:11-21 | | | |
| | | 172:6-10 | | | |
| | 173:2-19 | | Fed.R.Evid. 402,403,404 | | |
| | 176:7-16 | | Barred by Motion in Limine | | |
| | 179:21-23 | | Barred by Motion in Limine | | |
| | 180:19-21, 24 | | Barred by Motion in Limine | | |
| | 195:15-17,20 | | Fed.R.Evid. 402,403,404,608 | | |
| | | 204:13-21 | | | |
| | | 226:9-12 | | | |
| | | 261:4-8 | | | |
| | | 263:23-24 | | | |
| | | 271:18 -272:23 | | | |
| | | 273:9-25 | | | |
| | | 275:7 – 277:5 | | | |
| | | 285:25 – 286:24 | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Larry Moore 3/06,07/2003 30(b)(6) (continued) | | 287:14 -288:18 | | | |
| | | 290:1-10, 20-25 | | | |
| | | 291:1 | | | |
| | | 305:9 -306:15 | | | |
| | | | | | |
| | | | | | |
| Larry Moore 9/4/2003 | | | | | |
| | | 25:3-5, 9-18, 20-21, 25 | | | |
| | | 26:1-4, 8-21, 23-24 | | | |
| | | 27:5-10, 14-25 | | | |
| | | 35:14-25 | | | |
| | | 36:1-12, 16-23, 25 | | | |
| | | 37:1-2, 9-14, 16-18, 20-22, 24-25 | | | |
| | | 38:1-2, 5-8 | | | |
| | | 41:24-25 | | | |
| | | 42:1-2, 5-6 | | | |
| | 63:2 -104:25 | | Fed.R.Evid. 402,403 | | |
| | | 152:14-16, 19-25 | | | |
| | | 153:1-4, 6-14, 24-25 | | | |
| | | 154:1-4, 8-10 | | | |
| | | 197:9-25 | | | |
| | | 198:1-22 | | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Larry Moore 9/4/2003 (continued) | | 209:13-25 | | | |
| | | 210:1-21 | | | |
| | | | | | |
| | | | | | |
| Larry Moore 2/17/04 | | | | | |
| | | 219:24 | | | |
| | | 222:12-16 | | | |
| | | 225:15-22 | | | |
| | | 231:6-9 | | | |
| | | 232:5-9, 12-20 | | | |
| | | 234:9-11, 15 – 235:3 | | | |
| | | 243:12-15 | | | |
| | | 273:6-7, 10-20 | | | |
| | | 276:5-16 | | | |
| | 278:7 – 279:6 | | Fed.R.Evid. 402,403,404,608 | | |
| | | 283:11-12 | | | |
| | | 284:5-10, 14-16 | | | |
| | | 290:10-12, 15-18, 24 – 291:2 | | | |
| | | 291: 5-21 | | | |
| | | 292:7-25 | | | |
| | | 298:9-14, 24 | | | |
| | | 299:1 – 301:4 | | | |
| | | 301:7 – 302:10 | | | |
| | 316:1 – 320:25 | | Fed.R.Evid. 402,403 | | |

| **Name** | **Rottlund Designations Page/Line** | **Defendant BSB's Counter Deposition Designations** | **Defendants' Objections** | **Defendants' Rejoinder Objections** | **Court's Ruling ("O" over-ruled; "S" sustained** |
|---|---|---|---|---|---|
| Larry Moore 2/17/04 (continued) | | 324:21 -325:23 | | | |
| | | 334:22 – 335:1 | | | |
| | | 335:4-8 | | | |
| | | 338:20 – 339:22, 24 | | | |
| | | 340: 25 – 341:11 | | | |
| | | 343:14-17 | | | |
| | | 347:7-9 | | | |
| | | 353:23 – 355:4 | | | |
| | 360:1 – 364:25 | | Fed.R.Evid. 402,403 | | |
| | | | | | |
| | | | | | |
| Joseph Safin 3/6/2003 30(b)(6) | | | | | |
| | | 11:1-17 | | | |
| | | 14:9-23 | | | |
| | | 15:10 -16:7 | | | |

Dated: November 8, 2004

s/ Holly J. Newman

Holly J. Newman, #026457X
John Benjamin Patrick, #312460
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone: 612-305-1400
**Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.**

HJN/men#724580v1