UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S OBJECTIONS AND CROSS DESIGNATIONS**

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF STEVE SANDELIN'S DEPOSITION**

| Page:Line | Objections |
|---|---|
| | |
| 1:1 – 3:5 | Not testimony/introductory |
| 5:21 – 6:24 | Relevance |

| Page:Line | Objections |
|---|---|
| 21:4 – 21:14 | No foundation<br>Calls for hearsay |
| 23:6 | Objection withdrawn |
| 24:2-17 | Improper impeachment |
| 25:22 | Objection withdrawn |
| 27:12 | Objection withdrawn |
| 33:8 – 34:10 | Improper impeachment |
| 36:10 – 37:22 | Improper impeachment |
| 42:18-19 | No foundation<br>Assumes facts not in evidence |
| 54:16 – 55:9 | Argumentative<br>Assumes facts not in evidence<br>No foundation |
| 55:13-15 | Objection |
| 57:14 – 58:7 | No foundation<br>Argumentative<br>Assumes facts not in evidence |
| 58:16 – 59:4 | No foundation<br>Argumentative<br>Assumes facts not in evidence |
| 60:16 – 61:5 | Argumentative<br>Form:<br>No question/attorney testifying |
| 64:13 – 65:2 | Foundation<br>Assumes facts not in evidence |
| 67:21 – 68:3 | Relevance |
| 85:10-17 | Argumentative<br>Calls for legal conclusion<br>Assumes facts not in evidence |
| 94:14-19 | Assumes facts not in evidence<br>Argumentative |
| 94:24 – 95:20 | Improper impeachment<br>Argumentative |
| 96:16-23 | Form: use of plural |
| 98:6 – 100:5 | Form: calls for legal conclusion<br>Assumes facts not in record<br>Misstates prior testimony<br>Argumentative<br>Seeks to introduce discovery disputes into evidence |
| 106:12 – 107:11 | Calls for legal conclusion<br>Relevance – individual element |
| 108:20 – 109:12 | Improper impeachment |
| 125:16-19 | Assumes facts not in evidence |

| Page:Line | Objections |
|---|---|
| | No foundation |
| 125:24 – 126:9 | Improper impeachment<br>Improper recollection<br>Refreshment |
| 128:16-23 | Assumes facts not in evidence<br>Misstates record<br>Argumentative |
| 132:24 – 133:8 | Hearsay<br>Improper impeachment |
| 133:13-20 | Argumentative<br>Form:<br>Assumes facts not in evidence |
| 133:21 – 134:9 | Misstates record<br>Foundation<br>Improperly seeks to introduce discovery disputes |
| 134:11-18 | Argumentative<br>Improper introduction of discovery disputes |
| 134:24 – 135:5 | Argumentative<br>No foundation<br>Misstates record<br>Calls for legal conclusions |
| 137:8-14 | Argumentative<br>Calls for legal conclusion<br>No foundation<br>Misstates record |
| 142:7-9 | Foundation |
| 143:13 – 144:5 | Improper impeachment<br>Foundation<br>Assumes facts not in evidence |
| 144:17 – 145:5 | Improper impeachment<br>No foundation<br>Assumes facts not in evidence |
| 146:15-16 | Argumentative<br>No foundation |
| 147:11-16 | Argumentative<br>Form: no foundation;<br>false for legal conclusion;<br>not time frame;<br>Assumes facts not in evidence |
| 150:21 – 151:1 | Argumentative |
| 159:12-14 | No foundation |
| 164:22 – 165:10 | Form:<br>Argumentative |

| Page:Line | Objections |
|---|---|
| | No foundation |
| 165:22 – 166:5 | Form:<br>Argumentative<br>No foundation |
| 166:10-18 | Form:<br>Confusing<br>Argumentative<br>Assumes facts not in evidence<br>Seeks legal conclusion |
| 169:15 – 170:12 | Argumentative<br>Prejudice<br>Outweighs probative value<br>No foundation |
| 170:18 – 171:11 | No foundation<br>Argumentative<br>Assumes facts not in evidence |
| 171:18 – 172:12 | No foundation<br>Assumes facts not in evidence |
| 174:3-22 | No foundation |
| 175:10-16 | No foundation |
| 176:22 – 177:23 | No foundation<br>Improper impeachment |
| 179:7-14 | Form:<br>Foundation – "first seen" |
| 179:17-22 | Foundation |
| 183:17-22 | No foundation<br>Assumes facts not in evidence |
| 191:1 – 192:8 | No foundation<br>Argumentative<br>Assumes facts not in evidence |
| 199:21-24 | Improper impeachment |
| 200:2-17 | Assumes facts not in evidence<br>Argumentative<br>Improper use of phrase "Rottlund Concept" |
| 201:1-11 | Asked and Answered |
| 201:12 – 202:15 | Improper impeachment |
| 211:9-16 | Argumentative<br>No foundation |
| 218:24 – 219:5 | Relevance<br>Individual elements |
| 222:5 – 223:22 | Argumentative<br>Seeks legal conclusion<br>Irrelevant |

| Page:Line | Objections |
|---|---|
| | Individual elements |
| 224:12 – 225:15 | Objection to document as inadmissible, prejudicial and misleading. Contains term "obviously similar." |
| 227:12 – 228:9 | Improper impeachment |
| 229:16 – 230:1 | Calls for legal conclusion<br>Misstates the law |
| 230:2 – 234:8 | Unduly prejudicial<br>Objection to phrase "obviously similar" |
| 236:21 – 238:13 | Unduly prejudicial<br>Misstates the law<br>Object to phrase "obviously similar" |
| 239:9-21 | Objection to phrase "obviously similar" |
| 240:11-18 | Objection to phrase "obviously similar" |
| 241:23 – 242:12 | Objection to phrase "obviously similar" |
| 242:17 – 243:13 | Misstates law<br>Seeks legal conclusion<br>Argumentative |
| 244:16 – 245:2 | Seeks legal conclusion<br>Argumentative<br>Assumes facts not in evidence |
| 248:23 – 249:24 | No foundation<br>Object to phrase "obviously similar"<br>Argumentative 'Seeks speculation |
| 250:1-24 | Object to phrase "obviously similar"<br>No foundation<br>Assumes facts not in evidence<br>Improper cross |
| 285:4-9 | No foundation<br>Assumes facts not in evidence |
| 286:16 – 287:13 | Improper introduction of discovery disputes<br>Assumes facts not in evidence<br>Relevance |
| 288:23 – 289:23 | Relevance<br>Violate Ruling in limine |

## PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S CROSS DESIGNATIONS FOR STEVE SANDELIN

10/29/04 (Rough Transcript)

| Page:Line |
|---|
| |
| 251: 11 – 252:12 |
| 252:15-21 |

| Page:Line |
|---|
| 252:24 – 253:13 |
| 253:16-19 |
| 253:21 – 256:5 |
| 256:8-13 |
| 256:17 – 257:13 |
| 257:16-19 |
| 257:24 – 259:1 |
| 259:6-9 |
| 260:11-19 |
| 260:21 – 263:17 |
| 263:19-23 |
| 264:2-15 |
| 264:19 – 269:2 |
| 269:6 – 270:18 |
| 270:22 – 272:14 |
| 272:18 |
| 272:21 – 273:7 |
| 273:11-24 |
| 274:5 – 275:6 |
| 275:8 – 276:7 |
| 276:13 – 283:17 |
| 283:21 – 284:14 |
| 284:17-19 |
| |

Additional Cross Designations from 12/16/02 deposition:

| Page:Line |
|---|
| |
| 289:21 – 291:19 |
| 292:20 – 295:6 |
| 295:19 – 313:5 |
| 313:14 – 316:4 |

In the event Pinnacle & Town & Country Homes, Inc.'s objections to the phrase "obviously similar" and deposition exhibit 11 are over ruled Pinnacle and Town & Country will offer the following cross designations from Mr. Sandelin's 12/16/02 deposition:

| Page:Line |
|---|
| |
| 285:7 – 286:17 |

| |
|---|
| 283:6 – 289:20 |
| 291:20 – 292:14 |
| 295:7-18 |

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THOMAS RYAN'S DEPOSITION**

12/09/03 Transcript

| Page:Line | Objections |
|---|---|
| | |
| 4:11-6:3 | Not testimony/Introductory |
| 6:23-7:5 | Assumes facts not in evidence |
| 7:12-7:17 | Objection to phrase: "Town & Country Minnesota division"<br>Mischaracterization of evidence |
| 15:6-16:14 | Relevance |
| 16:24-17:24 | Relevance |
| 34:5-14 | No foundation<br>No question<br>Relevance |
| 34:15-18 | Relevance |
| 42:22-43:1 | Relevance |
| 44:3-45:24 | Relevance |
| 49:22-50:10 | Relevance |
| 54:18-54:20 | Not testimony |
| 55-18:55:20 | No foundation<br>Relevance |
| 56:3-10 | No foundation |
| 56:18-57:13 | No foundation<br>Assumes facts not in evidence<br>Hearsay |
| 60:8-23 | Relevance |
| 61:14-62:20 | No foundation |
| 72:16-20 | Improper recollection refreshment |
| 82:7-21 | No foundation |
| 83:24-84:7 | Argumentative |
| 85:8-23 | No foundation |
| 86:8-17 | No foundation<br>Assumes facts not in evidence |
| 86:19-87:7 | No foundation<br>Mischaracterization of evidence |
| 87:9-21 | No foundation |
| 89:21-90:8 | No foundation |

| Page:Line | Objections |
|---|---|
| 112:2-4 | Not testimony/No question |
| 117:23-118:15 | Hearsay<br>Relevance |
| 205:13-206:5 | Assumes facts not in evidence<br>No Foundation |
| 206:7-12 | Relevance |
| 211:15-212:10 | Relevance |
| 215:10-18 | Relevance |
| 215:23-216:11 | Relevance |
| 239:7-240:6 | Relevance |
| 281:13-283:14 | Relevance |

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S CROSS DESIGNATIONS FOR THOMAS RYAN**

Defendants respectfully request that the following be added to Plaintiff's designated testimony for purposes of fairness and completeness:

| Page:Line | Objections |
|---|---|
| 41:18-42:7 | Completes Answer |
| 88:11-21 | Completes Answer |
| 89:7-20 | Completes Answer |

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S CROSS-DESIGNATIONS FOR THOMAS RYAN**

| Page:Line |
|---|
| 20:16-21:7 |
| 24:8-25:9 |
| 64:7-16 |
| 68:6-69:1 |
| 182:7-17 |

Defendants designate the following testimony to be offered in the order it occurred during the deposition:

**PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S DESIGNATIONS FOR WILLIAM RYAN**

Defendants designate the following testimony to be offered in the order it occurred during the deposition:

12/10/03 Transcript

| <u>Page:Line</u> |
|---|
| |
| 6:11-7:2 |
| 7:10-8:5 |
| 8:22-9:1 |
| 9:14-21 |
| 12:13-21 |
| 14:2-21 |
| 27:21-28:10 |
| 33:14-17 |
| 33:24-34:15 |
| 34:20-24 |
| 36:1-9 |
| 47:1-13 |
| 79:5-24 |
| 80:1-10 |
| 80:14-81:24 |

Dated: November 8, 2004

s/ Christopher J. Murdoch

Christopher J. Murdoch
Matthew I. Farmer
Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, Illinois 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

s/ Darren B. Schwiebert

Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

#3040033\1