UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v.

**ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon defendants' objections to Magistrate Judge Susan R. Nelson's report and recommendation, dated October 25, 2004. In her report, the magistrate judge concluded that defendants' motions for summary judgment and partial summary judgment against plaintiff on damages should be granted in part and denied in part.

The court reviews the reports and recommendations of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C). The magistrate judge correctly concluded that genuine issues of material fact preclude summary judgment on the issues of apportionment, causation and amount of plaintiff's alleged direct and indirect actual damages, causation with respect to defendants' profits from non-accused works, the "commencement" of the alleged infringement and willfulness.

Additionally, the Bloodgood defendants' proposed "clarification" of the report is denied because it would result in decision of an issue not raised in their motion.

Therefore, following a de novo review of the file and record, the court adopts the report and recommendation of the magistrate judge in its entirety. Accordingly, **IT IS HEREBY ORDERED** that defendants' motions for summary judgment and partial summary judgment against plaintiff as to damages [Docket Nos. 491 & 495] are granted in part and denied in part.

Dated: November 9, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court