UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon defendants' objections to Magistrate Judge Susan R. Nelson's report and recommendation, dated October 28, 2004. In her report, the magistrate judge concluded that defendants' motion for summary judgment should be granted in part and denied in part.

The court reviews the reports and recommendations of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C). The

magistrate judge correctly concluded that genuine issues of material fact preclude summary judgment on the issues of substantial similarity, vicarious liability as between Pinnacle Corporation and Town and Country Homes, Inc., vicarious liability as between the Bloodgood defendants, and contributory infringement.

Therefore, following a de novo review of the file and record, the court adopts the report and recommendation of the magistrate judge in its entirety. Accordingly, **IT IS HEREBY ORDERED** that defendants' motion for summary judgment [Docket No. 406] is granted in part and denied in part.

Dated: November 9, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court