# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## FINAL PRETRIAL CONFERENCE

| | | |
|---|---|---|
| The Rottlund Company, Inc., Plaintiff, v. Pinnacle Corp, et al., Defendant. | ) | **COURT MINUTES**<br>BEFORE: David S. Doty<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 01cv1980(DSD/SRN) |
| Date: | November 3, 2004 |
| Deputy: | Connie L. Baker |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 4:15 p.m. |
| Time in Court: | 2 Hours & 15 Minutes |

Hearing on:

#602 - MOTION in Limine *TO EXCLUDE ALL EVIDENCE OF THE RELIGIOUS BELIEFS OF PARTIES, WITNESSES AND INDIVIDUALS* by Rottlund Company, Inc., The. - reserved ruling.

#606 - MOTION in Limine *TO EXCLUDE ALL EVIDENCE OF AND REFERENCES TO ANY BACK-TO-BACK TOWNHOMES THAT ARE NOT AT ISSUE IN THIS CASE* by Rottlund Company, Inc., The. - reserved ruling.

#610 - MOTION in Limine *TO EXCLUDE EVIDENCE OF THE SALE OF ITS INDIANA DIVISION ASSETS AS EVIDENCE OF THE FAIR MARKET VALUE OF PLAINTIFF'S VILLA II PRODUCT* by Rottlund Company, Inc., The. - reserved ruling.

#614 - MOTION in Limine *TO PRECLUDE ANY WEIGHT BEING GIVEN TO THE INTERPOSITION OF A DEFENSE BASED ON INNOCENT INFRINGEMENT AND TO EXCLUDE ADMISSION OF ALL EVIDENCE OF THIS DEFENSE* by Rottlund Company, Inc., The. - reserved ruling.

#618 - MOTION in Limine *TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF ALBERT H. BLOOM PURSUANT TO RULES 104(a) and 702 OF THE FEDERAL RULES OF EVIDENCE* by Rottlund Company, Inc., The. - reserved ruling.

#620 - MOTION in Limine *TO EXCLUDE EVIDENCE OF THE OAKS LITIGATION* by Rottlund Company, Inc., The. - reserved ruling.

#626 - MOTION in Limine *FOR AN ADVERSE INFERENCE INSTRUCTION REGARDING THE TOWN & COUNTRY HOMES DEFENDANTS' FAILURE TO PRODUCE ART PLANTE'S DESIGN AND DEVELOPMENT FILE AND THE DEFENDANTS' COMPETITION PRODUCT SURVEY* by Rottlund Company, Inc., The. - reserved ruling.

#630 - MOTION in Limine by Bloodgood Group Inc, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 1) - denied. 2) denied. 3) reserved ruling. 4) denied. 5) reserved ruling.

#634 - MOTION in Limine *TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF JEFFREY A. SCHERER PURSUANT TO RULES 104(a) AND 702 OF THE FEDERAL RULES OF EVIDENCE* by Rottlund Company, Inc., The. - reserved ruling.

#638 - MOTION in Limine *TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF ARTHUR H. COBB PURSUANT TO RULES 104(a) AND 702 OF THE FEDERAL RULES OF EVIDENCE* by Rottlund Company, Inc., The. - reserved ruling.

#639 - MOTION in Limine *TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF JOSEPH D. KENYON PURSUANT TO RULES 104(a) AND 702 OF THE FEDERAL RULES OF EVIDENCE* by Rottlund Company, Inc., The. - reserved ruling.

#669 - MOTION in Limine *to Bar Claims of "Actual" Access to Rottlund's Technical Drawings* by Pinnacle Corporation, Town & Country Homes - reserved ruling.

#673 - MOTION in Limine *to Bar a Challenge to Defendants' Corporate Separateness* by Pinnacle Corporation, Town & Country Homes - reserved ruling.

#677 - MOTION in Limine *to Bar Certain Rottlund Employees from Offering "Expert" Opinions* by Pinnacle Corporation, Town & Country Homes - reserved ruling.

#681- MOTION in Limine *to Bar Evidence of Salaries Paid to Officers and Executives at Pinnacle and TCM* by Pinnacle Corporation, Town & Country Homes - granted.

#685 - MOTION in Limine *to Bar Reference to Phrase "Obviously Similar"* by Pinnacle Corporation, Town & Country Homes - reserved ruling.

#689 - MOTION in Limine *to Exclude Evidence of Access* by Pinnacle Corporation, Town & Country Homes - denied.

#693 - MOTION in Limine *to Preclude Evidence that Each of the Alleged Seventy-One Elements are not Virtually Identical or Substantially Similar* by Pinnacle Corporation, Town & Country Homes - reserved ruling.

#697 - MOTION in Limine *to Limit Evidence to a Comparison of the Deposit Materials from the Asserted Copyright Registrations to the Specific Products Alleged to be Infringing* by Pinnacle Corporation, Town & Country Homes - reserved ruling.

#701 - MOTION in Limine *Regarding Pretrial Proceedings and Discovery Disputes* by Pinnacle Corporation, Town & Country Homes - denied.

#705 - MOTION in Limine *to Exclude Evidence Regarding the Issue of Willfulness; Whether Defendants Sought Advice of Counsel and Drawing Negative Inferences From Defendants' Assertion of Attorney Client Privilege* by Pinnacle Corporation, Town & Country Homes - denied.

#709 - MOTION in Limine *Regarding Land Opportunities* by Pinnacle Corporation, Town & Country Homes- reserved ruling.

#713 - MOTION in Limine *Regarding Competition Product Survey* by Town & Country Homes - reserved ruling.

APPEARANCES:

Plaintiff: Robert R. Weinstine, Craig S. Krummen & David A. Davenport
Defendants: Darren B. Schwiebert, Christopher J. Murdoch, Matthew I. Farmer, David Donna, John Benjamin Patrick & Holly J. Newman

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Connie L. Baker
Calendar Clerk