UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC. AND THE BLOODGOOD GROUP, INC.'S APPEAL OF MAGISTRATE JUDGE NELSON'S NOVEMBER 1, 2004 ORDER** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Philip R Mahowald, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The

Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Opposition to Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.'s Appeal of Magistrate Judge Nelson's November 1, 2004 Order.

2. Attached hereto as **Exhibit A** is a true and correct copy of Third-Party Defendant Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.'s Answers to Plaintiff's Interrogatories, Answer to Interrogatory No. 2, dated February 17, 2003.

FURTHER YOUR AFFIANT SAITH NOT.

**s/Philip R. Mahowald**
PHILIP R. MAHOWALD, Affiant

Subscribed and sworn to before me
this 10th day of November, 2004.

**s/Colleen R. Harrigan**
Colleen R. Harrigan, Notary Public
My Commission Expires: 01/31/05

2158009v1