Court File No. 01-1980 / ROTTLUND / Pinnacle
Mahowald Affidavit dated November 10, 2004

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation,
d/b/a Town & County Homes,
an Illinois Corporation, and
Town & County Homes, Inc., a
Minnesota Corporation

Defendants.

and

Town & County Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff
vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

---

No. 01-CV-1980 (DSD/SRN)

RECEIVED
FEB 17 2003
DAVID A. DAVENPORT

**THIRD-PARTY DEFENDANT BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.'S ANSWERS TO PLAINTIFF'S INTERROGATORIES**

TO: PLAINTIFF ROTTLUND COMPANY, INC., AND ITS ATTORNEY, DAVID DAVENPORT, WINTHROP & WEINSTINE 3300 DAIN RAUSCHER PLAZA, 60 SOUTH SIXTH STREET, MINNEAPOLIS MINNESOTA, 55402

Defendant Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. ("BSB"), as and for its Answers to Plaintiff The Rottlund Company Inc.'s ("Rottlund") Interrogatories, states that it makes each answer without waiving any objections it may have with respect to the subsequent use of said responses. BSB specifically reserves:

1. All questions as to the competency, privilege, relevance, materiality, and admissibility of said responses or the documents referred to therein;

2. The right to object to the use of said responses or the documents referred to therein in any subsequent proceeding in this action on any proper grounds;

3. The right to object on all proper grounds at any time to other discovery procedures involving or relating to said responses or the documents referred to therein; and

4. The right, upon proper showing, to revise, correct or clarify any of the following responses.

In addition to the above, BSB makes the following general objections:

1. BSB objects to these Interrogatories to the extent they request information or documents protected by the attorney/client communication privilege, the attorney work product privilege, and/or any matters prepared in anticipation of litigation or for trial by or for BSB concerning the subject matter of this action.

2. BSB objects to any attempt by Rottlund to characterize these Interrogatories as continuing in nature to the extent such a characterization exceeds the requirements of the Federal Rules of Civil Procedure.

3. BSB objects to these Interrogatories insofar as they request BSB to "identify" or "describe" "each" or "all" persons, witnesses or documents which refer or relate to the subject matter of these Interrogatories on the grounds that such a request is overly broad and unduly burdensome. Further, it is impossible for BSB to identify "all facts" or "all documents" because there may be numerous facts and documents that will

be discovered through document production, deposition of witnesses and other discovery methods.

4. Because discovery is ongoing, and BSB may discover further documents and/or information responsive to these Interrogatories, BSB reserves the right to supplement and/or amend any and all of its Answers to these Interrogatories as new documents and/or information is discovered.

## INTERROGATORIES

1. For each non-expert witness you may or will call to testify at the trial in this lawsuit:

a. State the witness' name;
b. State the witness' current address; and
c. Describe the witness' testimony.

**ANSWER:**

BSB has not determined whom it will call as witnesses at trial, or what testimony it will solicit from those witnesses it does call. BSB will supplement this Answer in accordance with any Scheduling or Pre-Trial Order issued by the Court. However, BSB anticipates that it may call, among others, the following witnesses:

1. Larry Moore;
2. Chris Jorgensen;
3. Doug Sharp;
4. James Grundmeier;
5. Doug Buster; and
6. Joe Safin.

The addresses of these individuals are provided in BSB's Rule 26(a)(1) Initial Disclosure. While BSB has not determined precisely what testimony will be elicited from each witness, Messrs. Moore and Jorgensen will likely testify concerning actions taken by BSB on the Homestead Collection project. Mr. Jorsensen will likely also offer testimony

concerning the contracts entered into by and between BSB and TCM. Messrs. Buster and Safin will likely testify concerning actions taken by Bloodgood, Sharp, Buster Architects and Planners of Illinois, Inc., on the Washington Square project. Mr. Buster may also offer testimony regarding the design process generally used by architects to independently create new products. Mr. Grundmeier will likely offer testimony concerning BSB's billing, document retention, and other business practices.

2. Please state the name and address of each individual whom you have retained as an expert witness or consultant in this lawsuit and/or may call as an expert witness at the trial in this lawsuit. For each such individual specify in all possible detail, without limitation:

a. The subject matter on which each person is expected to testify;
b. The substance of the facts and opinions to which each person is expected to testify;
c. The identity of all facts, including documents, upon which each person relied and/or reviewed;
d. A summary of the grounds for each opinion of such person; and
e. The qualifications of such person.

**ANSWER:**

1. Al Bloom
Bloom & Fiorino Architects
1110 Jorie Boulevard, Suite 200
Oak Brook, Illinois 60523

1a. Mr. Bloom will testify about liability issues.

1b. Mr. Bloom will testify that BSB's architectural drawings and TCM's finished town house products contain standard features, substantially indistinguishable from numerous other drawings and house products produced around the country, and which have been produced since substantially before drawings and town house products for which Rottlund claims copyright protection. Mr. Bloom is expected to testify as to which features in the town house products and designs at issue are standard features not entitled to copyright protection. Mr. Bloom is expected to testify that the design process utilized by BSB is exactly the type of process one would expect to see in a case of original and independent creation. Mr. Bloom is expected to testify as to the effects of local zoning ordinances and building codes on town house designs. Mr. Bloom is expected to testify as to the common usage of the term "villa" in the

construction and development industry. Mr. Bloom is expected to testify as to the significant differences between Rottlund's town house products and TCM's town house products and how they are not substantially similar.

1c. BSB objects to this Interrogatory as overly broad. Mr. Bloom will draw on innumerable facts, knowledge, and experience acquired over many years. Mr. Bloom has reviewed a substantial number of drawings, including Rottlund's deposits with the Copyright Office, portions of BSB's Homestead Collection Files, local zoning ordinances or codes, and other plans, drawings and data in arriving at his opinions.

1d. Mr. Bloom's opinions are based on his knowledge of the drawings and products at issue, his knowledge of drawings and products previously produced by BSB and others, and his knowledge of the construction and town house industry in general.

1e. See Mr. Bloom's curriculum vitae.

2. Joe Kenyon
Schechter, Dokken, Kanter
100 Washington Ave. S., Suite 1600
Minneapolis, Minnesota 55401-2192

2a. Mr. Kenyon will testify as to damages issues.

2b. Mr. Kenyon's investigation has only recently begun, therefore it is impossible to state at this time the substance of the facts and opinions to which he may testify. BSB will supplement this answer as required.

2c. BSB objects to this Interrogatory as overly broad and unduly burdensome. Mr. Kenyon's investigation has only recently begun, therefore it is impossible to identify at this time the facts and documents which Mr. Kenyon may review or rely upon. BSB will supplement this answer as required.

2d. Mr. Kenyon has not yet formulated any opinions. BSB will supplement this answer as required.

2e. See Mr. Kenyon's curriculum vitae.

3. Larry Moore
Chris Jorgensen
Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.
1601 West Lakes Parkway, Suite 200
West Des Moines, IA 50266

Joe Safin
Bloodgood Sharp Buster Architects and Planners of Illinois, Inc.
1530 East Dundee Road
Suite 360
Palatine, IL 60074

Doug Buster
The Bloodgood Group, Inc.
1530 East Dundee Road
Suite 360
Palatine, IL 60074

3a. Messrs. Moore, Jorgensen, Safin and Buster will offer testimony concerning liability issues..

3b. Messrs. Moore, Jorgensen, Safin and Buster are expected to offer testimony concerning the effects of local zoning ordinances and building codes on architectural designs and on the standard features and common ideas included in town house architecture. Rottlund's town house products and designs at issue contain standard features that are not readily distinguishable from numerous different town house products and designs that have been issued and constructed in various areas of the country by various architects and developers for a number of years.

3c. BSB objects to this Interrogatory as overly broad. Messrs. Moore, Jorgensen, Safin and Buster will draw on innumerable facts, knowledge, and experience acquired over many years. Messrs. Moore, Jorgensen, Safin and Buster have reviewed a substantial number of drawings, including Rottlund's deposits with the Copyright office, BSB's Homestead Collection Files, and other plans, drawings or data in arriving at their opinions.

3d. Messrs. Moore, Jorgensen, Safin and Buster's opinions are based on their knowledge of the drawings and products at issue, their knowledge of drawings and products previously produced by BSB and others, and their knowledge of the construction and town house industry in general.

3e. See Messrs. Moore, Jorgensen, Safin and Buster's curriculum vitaes.

3. Please identify the name, title, and basis of authority of all persons answering or contributing to the answers to these interrogatories and identify at the conclusion of your answer to each interrogatory herein each and every individual who supplied all or a portion of the information for the answer to that particular interrogatory.

**ANSWER:**

BSB objects to this Interrogatory as calling for information protected by the attorney-client privilege. Subject to this objection, and without waiver thereof, BSB answers as follows: Doug Buster, Chris Jorgensen, Joe Safin, Larry Moore, and James Grundmeier.

products identified in response to Interrogatory No. 5 above. Include, but do not limit, in your response a description of your response to defendant's requests and the basis for your response.

**ANSWER:**

BSB objects to this Interrogatory as:

1. overly broad;
2. unduly burdensome;
3. not reasonably calculated to lead to the discovery of admissible evidence; and
4. vague and ambiguous.

Subject to these objections, and without waiver thereof, BSB answers as follows: BSB has no such documents.

20. Please describe your affiliation and/or relationship with Bloodgood Sharp Buster Architects and Planners of Illinois, Inc.

**ANSWER:**

BSB objects to this Interrogatory as not reasonably calculated to lead to the discovery of admissible evidence. Subject to this objection, and without waiver thereof, BSB answers as follows: both Bloodgood, Sharp, Buster Architects and Planners of Iowa, Inc., and Bloodgood, Sharp, Buster Architects and Planners of Illinois, Inc., are wholly-owned subsidiaries of The Bloodgood Group, Inc. A chart of the Bloodgood Group, Inc. corporation will be provided.

**AS TO ANSWERS**

**Bloodgood, Sharp, Buster Architects and Planners of Iowa, Inc.**

By: [signature]

Its: PARTNER-IN-CHARGE CENTRAL REGION OFFICE

Subscribed and sworn to before me on this 26th day of ~~February~~ March, 2003.

[signature] Terress Farnham
Notary Public, Polk County

TERRESS FARNHAM
Commission Number 221642
My Commission Expires
3-24-2005

**AS TO OBJECTIONS**

Dated: 2/17/03

Holly J. Newman, MN Bar #26457X
Ben Patrick, MN Bar #312460
Of MOORE, COSTELLO & HART, PLLP
701 Fourth Avenue South
Suite 1350
Minneapolis, MN 55415-1823
Telephone: (612) 673-1048

Attorneys for Defendant Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.

MPLS:42696.1/16850-166