UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF BETH MILLER** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Beth Miller on November 1, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of Beth Miller, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**BETH MILLER - 9/3/03**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 5:9-10 | | | | | | |
| 5:18 – 7:18 | | | | | | |
| | | 7:19-8:6 | | | | |
| 8:12 – 9:2 | | | | | | |
| 9:10-16 | | | | | | |
| | | 9:19-20 | | | | |
| 9:21-22 | | | | | | |
| 10:20-25 | | | | | | |
| 11:7-22 | | | | | | |
| 12:5-21 | | | | | | |
| | | 12:22-25 | | | | |
| | | 13:3-4 | | 13:5-11 | | |
| 13:12 – 15:1 | | | | | | |
| | | 15:18-16:1<br>16:7-17:1<br>17:7-19:3 | F.R.E. 401, 402, 403 | | | |
| 21:16 – 23:19 | | | | | | |
| | | 24:4-5 | | | | |
| | | 24:9-13 | | | | |
| 24:15-18 | | | | | | |
| 25:19 – 26:9 | | | | | | |
| 26:12-13 | | | | | | |
| | | 26:15-18 | | | | |
| 26:19 – 27:12 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 27:13-21 | | 27:22-25 | | |
| 28:1-3 | | | | | | |
| | | 28:4-5 | | | | |
| | | 28:22-29:25 | | | | |
| | | 30:9-13 | | | | |
| 30:14-19 | | | | | | |
| | | 30:20-31:2 | | | | |
| 31:3 – 32:9 | | | | | | |
| 34:18-23 | | | | | | |
| 34:25 – 37:2 | | | | | | |
| 53:7 – 54:6 | | | | | | |
| 57:7 – 58:1 | | | | | | |
| | | 58:2-59:17 | | 59:18-60:4 | | |
| 97:11-20 | | | | | | |
| | | 97:21-9:8 | | | | |
| | | 98:12-18 | | | | |
| 98:19 – 99:5 | | | | | | |
| 99:9-19 | | | | | | |
| | | 99:20-21 | | | | |
| 99:22 – 100:1 | | | | | | |
| 111:12 – 114:5 | | | | | | |
| 114:8-20 | | | | | | |
| 114:21-23 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | response to Plaintiff's discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | | |
| 115:1-13 | | | | | | |
| 115:14-17 | Form of question, mischaracterizes prior testimony | | | | | |
| 115:23–116:11 | | | | | | |
| 116:12-16 | Form of question, mischaracterizes prior testimony | | | | | |
| 116:21–117:17 | | | | | | |
| 117:19-20 | | | | | | |
| 117:22-25 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in response to Plaintiff's discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | | |
| 118:4-5 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 118:7-9 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in response to Plaintiff's discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | | |
| 118:12-13 | | | | | | |
| 118:15-16 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in response to Plaintiff's discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | | |
| 118:20 | | | | | | |
| 118:22-25 | | | | | | |
| 119:6-7 | | | | | | |
| | | 119:17-18 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 119:20-22 | | | | |
| | | 119:24-25 | | | | |
| | | | | 119:25-20:13 | | |
| | | | | 121:17-20 | | |
| | | 122:1-3 | | | | |
| 142:11-25 | | | | | | |
| | | 143:1-3 | | | | |
| 143:4-7 | | | | | | |
| | | 143:8-12 | | | | |
| 143:13-19 | | | | | | |
| | | 143:20-25 | | | | |
| 143:25–144:11 | | | | | | |
| 144:12-13 | F.R.E. 602, 901(a) | | | | | |
| 144:17-18 | | | | | | |
| 144:20-21 | | | | | | |
| 144:23-24 | | | | | | |
| | | 145:1-12 | | | | |
| 145:24–146:25 | | | | | | |
| | | 147:1-148:15 | | | | |
| 148:16 – 149:8 | | | | | | |
| 149:12 | | | | | | |
| 151:18–153:23 | | | | | | |
| 154:11-23 | | | | | | |

**BETH MILLER - 9/4/03**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 163:19–164:4 | | | | |
| | | 164:14-15 | | | | |
| | | 164:22–65:10 | | | | |
| | | | | 165:11-19 | | |
| | | 165:20–166:1 | | | | |
| | | 169:1–171:6 | F.R.E. 602 lack of foundation | | | |
| | | 171:9 | | | | |
| | | 171:11-13 | F.R.E. 611(c); F.R.E. 602 lack of foundation | | | |
| | | 171:14-22 | | | | |
| | | 171:23-172:1 | F.R.E. 611(c); mischaracterizes prior testimony | | | |
| | | 174:1-13 | Lack of F.R.E. 701 foundation; lack of F.R.E. 602 foundation; improper 702 testimony | | | |
| | | 175:1–176:10 | | | | |
| | | 179:1-10 | F.R.E. 401, 402 403; lack of F.R.E. 602 foundation | | | |
| | | 180:1-4 | F.R.E. 611(c) | | | |
| | | 180:5-18 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 182:9-13 | Counsel is not admitted to practice before this Court; F.R.E. 611(c); lack of F.R.E. 602 foundation | | | |
| | | 184:9-17 | Counsel is not admitted to practice before this Court | | | |
| | | 187:9-15 | Counsel is not admitted to practice before this Court; F.R.E. 611(c); lack of F.R.E. 602 foundation | | | |
| | | 212:22–213:4 | | | | |

Dated: November 10, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2158004v1