UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF LARRY MOORE** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Larry Moore on November 1, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of Larry Moore, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**MOORE, LARRY - 30(b)(6) Deposition of Boodgood Sharp Buster Architects & Planners of Iowa, Inc. - 3/6-7/03**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 7:9-10 | | | | | | |
| 7:23 – 10:5 | | | | | | |
| | | 10:14-11:2 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | |
| 13:10-16 | | | | | | |
| 13:19-20 | | | | | | |
| 13:22 – 14:2 | | | | | | |
| 14:5-6 | | | | | | |
| 14:8-19 | | | | | | |
| | | 14:20-22 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | |
| 15:3-12 | | | | | | |
| 15:15-18 | | | | | | |
| 19:6-9 | | | | | | |
| 19:11-13 | | | | | | |
| 19:19 – 20:15 | | | | | | |
| 20:17 | | | | | | |
| 20:19-25 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 24:6-12 | | | | | | |
| 25:6-7 | | | | | | |
| 25:10-11 | | | | | | |
| 25:13-14 | | | | | | |
| 25:19 | | | | | | |
| 25:21-24 | | | | | | |
| 26:4-23 | | | | | | |
| 27:1-2 | | | | | | |
| | | 27:4-14 | | | | |
| | | 27:19-21 | | | | |
| | | 27:23 | | | | |
| | | 27:25 | | | | |
| | | 28:1 | | | | |
| | | 28:4 | | | | |
| | | 28:7 | | | | |
| 28:9-12 | | | | | | |
| 28:15-21 | | | | | | |
| 28:23 – 29:9 | | | | | | |
| 29:12 | | | | | | |
| 29:14-17 | | | | | | |
| 29:21 | | | | | | |
| | | 29:23-25 | | | | |
| | | 30:3-9 | | | | |
| 30:11-13 | | | | | | |
| 30:17 | | | | | | |
| 30:19-21 | | | | | | |
| 30:25 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 31:2-20 | | | | | | |
| 31:23-25 | | | | | | |
| 32:3 – 34:5 | | | | | | |
| 34:7-11 | | | | | | |
| 34:14 | | | | | | |
| 35:15-17 | | | | | | |
| 35:20-22 | | | | | | |
| 35:24 – 36:16 | | | | | | |
| 36:18 | | | | | | |
| 36:22-23 | | | | | | |
| 36:25 – 37:1 | | | | | | |
| | | 37:3-9 | | | | |
| 37:10-16 | | | | | | |
| 37:18 | | | | | | |
| 37:21-25 | | | | | | |
| | | 38:1-3 | | | | |
| | | 38:6 | | | | |
| 38:8-10 | | | | | | |
| 38:12-14 | | | | | | |
| 38:16-18 | | | | | | |
| 38:20 | | | | | | |
| 38:22-24 | | | | | | |
| 39:1 | | | | | | |
| 39:3-4 | | | | | | |
| 39:10-20 | | | | | | |
| 39:22-24 | | | | | | |
| 40:2-20 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 40:22 – 41:1 | | | | | | |
| | | 41:2-3 | | | | |
| | | 41:9-13 | | | | |
| 42:2-4 | | | | | | |
| 42:7 | | | | | | |
| 42:9-10 | | | | | | |
| 42:12 | | | | | | |
| 42:14-16 | | | | | | |
| 42:23 – 43:3 | | | | | | |
| 43:7 | | | | | | |
| | | 43:19 | | | | |
| | | 44:4-14 | | | | |
| 44:15-16 | | | | | | |
| 44:19 | | | | | | |
| 44:23 – 45:6 | | | | | | |
| 45:18 – 46:4 | | | | | | |
| | | 47:7-11<br>47:14-23<br>47:25-48:22 | F.R.E. 401, 402, 403 | | | |
| 50:24 – 51:1 | | | | | | |
| 51:10 | | | | | | |
| 51:16 – 52:2 | | | | | | |
| 52:6-7 | | | | | | |
| 52:9-15 | | | | | | |
| 52:18-20 | | | | | | |
| 52:22 | | | | | | |
| 52:25 – 53:1 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 53:3-5 | | | | | | |
| 53:7-8 | | | | | | |
| 53:10-11 | | | | | | |
| 53:15 | | | | | | |
| 53:17-18 | | | | | | |
| 53:22 | | | | | | |
| 62:4-21 | | | | | | |
| 62:23-24 | | | | | | |
| 63:1-4 | | | | | | |
| 63:6-7 | | | | | | |
| 63:9-10 | | | | | | |
| 63:13-15 | | | | | | |
| 63:19-24 | | | | | | |
| | | 64:13-15 | | | | |
| | | 64:20-24 | | | | |
| | | 65:1-14 | | | | |
| | | 65:19-20 | | | | |
| | | 65:22-25 | | | | |
| | | 66:2-3 | | | | |
| | | 66:5-10 | | | | |
| | | 66:13-19 | | | | |
| 71:3 – 72:7 | | | | | | |
| 73:20-21 | | | | | | |
| 73:23-24 | | | | | | |
| 74:1-17 | | | | | | |
| 74:21 | | | | | | |
| 75:9-12 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 75:18 | | | | | | |
| 75:23 – 76:5 | | | | | | |
| 76:11-18 | | | | | | |
| | | 76:23-77:1 | | | | |
| | | 77:5 | | | | |
| | | 77:7-16 | | | | |
| | | 79:16-22 | | | | |
| 80:2-8 | | | | | | |
| 80:11 | | | | | | |
| 80:13-15 | | | | | | |
| 80:20-22 | | | | | | |
| 80:24-25 | | | | | | |
| 81:3 | | | | | | |
| 81:5-8 | | | | | | |
| 81:11-13 | | | | | | |
| 81:15-16 | | | | | | |
| 81:19-23 | | | | | | |
| 81:25 | | | | | | |
| 82:2-16 | | | | | | |
| 82:18-20 | | | | | | |
| 82:24-25 | | | | | | |
| 83:3-7 | | | | | | |
| 83:9-23 | | | | | | |
| 84:1-4 | | | | | | |
| 84:6-19 | | | | | | |
| 84:22-23 | | | | | | |
| 84:25 – 85:6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 85:9-10 | | | | | | |
| 85:12-18 | | | | | | |
| 85:21 – 86:7 | | | | | | |
| 86:12-15 | | | | | | |
| 86:17-18 | | | | | | |
| 86:20 | | | | | | |
| 86:22 – 87:2 | | | | | | |
| 87:7-8 | | | | | | |
| 87:10-12 | | | | | | |
| 87:14 | | | | | | |
| 87:16-17 | | | | | | |
| 87:21 | | | | | | |
| 87:24 – 88:2 | | | | | | |
| 88:4 | | | | | | |
| 88:7 | | | | | | |
| 88:9-17 | | | | | | |
| 88:19-21 | | | | | | |
| 88:23 – 89:1 | | | | | | |
| 89:5-6 | | | | | | |
| 89:8-12 | | | | | | |
| 89:15-16 | | | | | | |
| 89:18 | | | | | | |
| 89:20 – 90:1 | | | | | | |
| 90:3-6 | | | | | | |
| 90:8-11 | | | | | | |
| 90:13 – 91:6 | | | | | | |
| 91:9 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 91:11-12 | | | | | | |
| 91:15-19 | | | | | | |
| 92:5-11 | | | | | | |
| 93:10-23 | | | | | | |
| 94:1 | | | | | | |
| | | 94:2 | | | | |
| | | 94:4-8 | | | | |
| 94:24-25 | | | | | | |
| | | 95:1-16 | | | | |
| | | 95:19 | | | | |
| | | 95:21-23 | | | | |
| | | 96:4-6 | | | | |
| | | 96:8-97:1 | | | | |
| | | | | 97:3-4 | | |
| | | | | 97:7-17 | | |
| | | | | 97:19 | | |
| 97:21-22 | | | | | | |
| 97:24 | | | | | | |
| 98:1-7 | | | | | | |
| | | 98:19 | | | | |
| 98:14 | | | | | | |
| 98:16-18 | | | | | | |
| 98:22 – 99:2 | | | | | | |
| 99:4-5 | | | | | | |
| 99:8-9 | | | | | | |
| 99:11-12 | | | | | | |
| 99:16-19 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 99:21 | | | | | | |
| 99:23-24 | | | | | | |
| | | 100:2-6 | | | | |
| | | 100:9-18 | | | | |
| 100:20-22 | | | | | | |
| 100:24-25 | | | | | | |
| 101:2-3 | | | | | | |
| 101:7-9 | | | | | | |
| 101:11-12 | | | | | | |
| | | 103:14-17 | | | | |
| | | 103:19-20 | | | | |
| | | 103:22-24 | | | | |
| | | | | 103:25 | | |
| | | 104:1-3 | | | | |
| | | 104:8-20 | | | | |
| | | 104:22-25 | | | | |
| | | 105:4 | | | | |
| | | 105:6-7 | | | | |
| | | 105:11 | | | | |
| | | 105:13-15 | | | | |
| | | 105:17 | | | | |
| | | 105:19-25 | | | | |
| | | 106:1-16 | Objection to 106:16, incomplete question | | | |
| 109:2-9 | | | | | | |
| 109:14-18 | | | | | | |
| 110:24–111:5 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 111:8 | | | | | | |
| 111:10-11 | | | | | | |
| 111:17-22 | | | | | | |
| | | 111:23-112:3 | | | | |
| 112:4-5 | | | | | | |
| 112:7 – 113:2 | | | | | | |
| | | | | 113:3-9 | | |
| | | | | 113:13-114:6 | | |
| | | | | 114:10-22 | | |
| | | 115:11-14 | | | | |
| | | 115:17 | | | | |
| | | 115:19-22 | | | | |
| | | 116:1 | | | | |
| 116:23–117:1 | | | | | | |
| 117:3 | | | | | | |
| 117:5–118:14 | | | | | | |
| | | 118:15-19 | F.R.E. 602 lack of foundation | | | |
| 118:25–119:12 | | | | | | |
| 119:15 | | | | | | |
| 119:17 – 120:1 | | | | | | |
| 120:7 | | | | | | |
| 120:9-10 | | | | | | |
| 120:12-13 | | | | | | |
| 120:20 | | | | | | |
| 121:20–122:14 | | | | | | |
| 122:18 | | | | | | |
| | | 123:2-5 | F.R.E. 602 lack of foundation | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 123:7-13 | | | | |
| 123:18 – 124:7 | | | | | | |
| 124:20 | | | | | | |
| 124:22 – 125:1 | | | | | | |
| 125:4-5 | | | | | | |
| 125:7-10 | | | | | | |
| 125:12 | | | | | | |
| 125:14-15 | | | | | | |
| 125:17 | | | | | | |
| 125:19-21 | | | | | | |
| | | 125:22-24<br>126:4-5 | F.R.E. 602 lack of foundation | | | |
| | | 126:7-127:4 | F.R.E. 602 lack of foundation | | | |
| 127:5-11 | | | | | | |
| 127:14 | | | | | | |
| 127:16-21 | | | | | | |
| 127:24 – 128:9 | | | | | | |
| 128:11-12 | | | | | | |
| 128:14 | | | | | | |
| 128:19 – 129:5 | | | | | | |
| 129:9-14 | | | | | | |
| 129:16 | | | | | | |
| 129:18-20 | | | | | | |
| 129:22 | | | | | | |
| 129:24 – 130:2 | | | | | | |
| 130:5-8 | | | | | | |
| 130:10-11 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 130:14 | | | | | | |
| 130:16 | | | | | | |
| 130:19 | | | | | | |
| 130:21-24 | | | | | | |
| 133:4-7 | | | | | | |
| 133:10-14 | | | | | | |
| 133:16-21 | | | | | | |
| 133:24 | | | | | | |
| 134:1-2 | | | | | | |
| 134:8 | | | | | | |
| 134:11 | | | | | | |
| 134:13-15 | | | | | | |
| 134:17-18 | | | | | | |
| 134:22-23 | | | | | | |
| 134:25 – 135:9 | | | | | | |
| | | 135:10-11 | | | | |
| | | 135:13-18 | | | | |
| 136:1–13 | | | | | | |
| 136:16-19 | | | | | | |
| 136:21 | | | | | | |
| 136:25 | | | | | | |
| 137:4-7 | | | | | | |
| 137:13 | | | | | | |
| 137:15-16 | | | | | | |
| 137:20 | | | | | | |
| 137:22-25 | | | | | | |
| 138:3-6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 138:18-20 | | | | | | |
| 138:22 | | | | | | |
| 138:24 – 139:1 | | | | | | |
| 139:5 | | | | | | |
| 139:7-12 | | | | | | |
| | | 140:23-25 | | | | |
| | | 141:4-14 | | | | |
| | | 141:17-19 | | | | |
| | | 141:21-142:13 | | | | |
| | | 142:17-18 | | | | |
| | | 142:20-22 | | | | |
| | | 142:24-143:11 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other products (Doc. No. 606); lack of F.R.E. 701 foundation; | | | |
| | | 143:12-13<br>143:20<br>143:22-144:19 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other products (Doc. No. 606); lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | |
| 149:15-20 | | | | | | |
| 151:2-6 | | | | | | |
| 151:12-13 | | | | | | |
| 151:18-20 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 151:22-25 | | | | | | |
| 152:6-11 | | | | | | |
| | | 154:17-24 | | | | |
| | | 155:4-12 | | | | |
| | | 155:17 | | | | |
| 155:19-22 | | | | | | |
| 156:2 | | | | | | |
| | | 156:4-7 | | | | |
| | | | | 156:10-13 | | |
| | | | | 156:17-157:5 | | |
| | | | | 157:8 | | |
| 157:10 – 158:3 | | | | | | |
| 158:6-8 | | | | | | |
| 158:17 – 159:3 | | | | | | |
| 159:6-18 | | | | | | |
| 162:1-9 | | | | | | |
| 162:11-13 | | | | | | |
| 162:15-18 | | | | | | |
| 162:22-23 | | | | | | |
| | | 163:4-5 | | | | |
| 163:6-9 | | | | | | |
| 163:14-19 | | | | | | |
| 164:1-6 | | | | | | |
| 164:11-16 | | | | | | |
| 164:18-20 | | | | | | |
| 164:22-23 | | | | | | |
| 166:8-13 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 167:6-10 | | | | | | |
| 168:3-6 | | | | | | |
| 168:11 | | | | | | |
| 168:13– 69:11 | | | | | | |
| 169:13-14 | | | | | | |
| 169:21-22 | | | | | | |
| 169:24 | | | | | | |
| 170:2-3 | | | | | | |
| 170:5-18 | | | | | | |
| 170:21-22 | | | | | | |
| 170:24 – 171:2 | | | | | | |
| 171:8-9 | | | | | | |
| | | 171:11-21<br>172:6-10 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | |
| | | | | | | |
| 172:13-24 | | | | | | |
| 173:2-19 | Fed. R. Evid. 402, 403, 404 | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | |
| 173:24 | | | | | | |
| 174:1-4 | | | | | | |
| 174:8-10 | | | | | | |
| 174:12-14 | | | | | | |
| 174:21 – 175:3 | | | | | | |
| 175:6 | | | | | | |
| 175:19-24 | | | | | | |
| 176:4-5 | | | | | | |
| 176:7-16 | Barred by Motion in Limine | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | |
| 176:20-21 | | | | | | |
| 176:23-25 | | | | | | |
| 177:2 | | | | | | |
| 177:4-6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 177:8 | | | | | | |
| 177:10-12 | | | | | | |
| 177:15 | | | | | | |
| 178:2-3 | | | | | | |
| 178:5 | | | | | | |
| 178:7 | | | | | | |
| 178:9-10 | | | | | | |
| 178:16-17 | | | | | | |
| 178:19-20 | | | | | | |
| 178:25 | | | | | | |
| 179:2-8 | | | | | | |
| 179:12 | | | | | | |
| 179:18-19 | | | | | | |
| 179:21-23 | Barred by Motion in Limine | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | |
| 180:3 | | | | | | |
| 180:5 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 180:9 | | | | | | |
| 180:11-13 | | | | | | |
| 180:17-18 | | | | | | |
| 180:19-21<br>180:24 | Barred by Motion in Limine | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | |
| 181:1-3 | | | | | | |
| 181:7-8 | | | | | | |
| 181:10-12 | | | | | | |
| 181:15 | | | | | | |
| 181:17– 82:17 | | | | | | |
| 182:22-24 | | | | | | |
| 183:1-5 | | | | | | |
| 183:8 | | | | | | |
| 183:10 | | | | | | |
| 183:25 – 184:1 | | | | | | |
| 184:3-6 | | | | | | |
| 184:8-16 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 184:19 | | | | | | |
| 184:21-24 | | | | | | |
| 185:1-4 | | | | | | |
| 185:8-21 | | | | | | |
| 185:23 – 186:1 | | | | | | |
| 186:4-9 | | | | | | |
| 186:11-13 | | | | | | |
| 186:17-20 | | | | | | |
| 188:6-9 | | | | | | |
| 188:12-17 | | | | | | |
| 188:19-22 | | | | | | |
| 189:1-4 | | | | | | |
| 189:6 | | | | | | |
| 189:8 | | | | | | |
| 189:10 | | | | | | |
| 189:13-14 | | | | | | |
| 189:16 | | | | | | |
| 189:19 | | | | | | |
| 189:21-23 | | | | | | |
| 190:2-14 | | | | | | |
| 190:16 | | | | | | |
| 190:20-22 | | | | | | |
| 190:24 | | | | | | |
| 191:1 | | | | | | |
| 191:5-14 | | | | | | |
| 191:21 | | | | | | |
| 191:23-24 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 192:2 | | | | | | |
| 192:4 | | | | | | |
| 195:15-17<br>195:20 | F.R.E. 402, 403, 404, 608 | | F.R.E. 404(b) | | | |
| 199:13 | | | | | | |
| 199:19 | | | | | | |
| 199:21 | | | | | | |
| 199:25 | | | | | | |
| 200:2-3 | | | | | | |
| 200:6 | | | | | | |
| 200:18-19 | | | | | | |
| 201:22-23 | | | | | | |
| 202:6-7 | | | | | | |
| 202:9-12 | | | | | | |
| 203:4-9 | | | | | | |
| 203:14 – 204:1 | | | | | | |
| 204:5-8 | | | | | | |
| 204:10-12 | | | | | | |
| | | 204:13-21 | F.R.E. 401, 402, 403 | | | |
| 205:3-4 | | | | | | |
| 205:11 | | | | | | |
| 205:23 – 206:2 | | | | | | |
| 206:4-7 | | | | | | |
| 206:10 | | | | | | |
| 206:12-15 | | | | | | |
| 206:19 | | | | | | |
| 206:21-22 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 207:3-5 | | | | | | |
| 207:7-8 | | | | | | |
| 207:12 | | | | | | |
| 207:14 | | | | | | |
| 207:16 | | | | | | |
| 207:19 | | | | | | |
| 207:24 | | | | | | |
| 208:1-4 | | | | | | |
| 208:8-9 | | | | | | |
| 208:11 | | | | | | |
| 208:15 | | | | | | |
| 208:17-18 | | | | | | |
| 208:24 | | | | | | |
| 216:23-25 | | | | | | |
| 217:7 | | | | | | |
| 217:9-11 | | | | | | |
| 217:14-15 | | | | | | |
| 217:17 – 218:8 | | | | | | |
| 218:13-15 | | | | | | |
| 218:17-21 | | | | | | |
| 219:4-7 | | | | | | |
| 219:9-15 | | | | | | |
| 219:20 | | | | | | |
| 219:22 – 220:4 | | | | | | |
| 220:7 | | | | | | |
| 220:9-11 | | | | | | |
| 220:13-14 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 220:16-24 | | | | | | |
| 221:8-9 | | | | | | |
| 221:11-13 | | | | | | |
| 221:16-19 | | | | | | |
| 221:21-23 | | | | | | |
| 222:1-4 | | | | | | |
| 222:6-8 | | | | | | |
| 222:15-16 | | | | | | |
| 222:18-24 | | | | | | |
| 223:1 | | | | | | |
| 223:3-6 | | | | | | |
| 223:11-12 | | | | | | |
| 223:14-17 | | | | | | |
| 223:22-23 | | | | | | |
| 223:25 – 224:4 | | | | | | |
| 224:12-14 | | | | | | |
| 224:16-17 | | | | | | |
| 224:24 – 225:10 | | | | | | |
| 225:13 | | | | | | |
| 225:19 | | | | | | |
| 225:21 – 226:7 | | | | | | |
| | | 226:9-12 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 226:13-14 | | | | | | |
| 226:23 – 227:3 | | | | | | |
| 227:5-8 | | | | | | |
| 227:14-23 | | | | | | |
| 228:21-25 | | | | | | |
| 229:8-9 | | | | | | |
| 229:11-12 | | | | | | |
| 229:20-25 | | | | | | |
| 249:25 – 250:11 | | | | | | |
| 250:17 | | | | | | |
| 250:19-20 | | | | | | |
| 250:24 – 251:2 | | | | | | |
| 251:4-5 | | | | | | |
| 251:11-15 | | | | | | |
| 251:17-19 | | | | | | |
| 251:22-23 | | | | | | |
| 251:25 – 252:3 | | | | | | |
| 252:5-7 | | | | | | |
| 252:9-12 | | | | | | |
| 252:14-16 | | | | | | |
| 252:18-21 | | | | | | |
| 253:1-20 | | | | | | |
| 253:23-24 | | | | | | |
| 254:1 | | | | | | |
| 254:4-5 | | | | | | |
| 254:12 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 254:17 | | | | | | |
| 254:19-20 | | | | | | |
| 254:23-25 | | | | | | |
| 255:2-4 | | | | | | |
| 255:6-7 | | | | | | |
| 255:9-16 | | | | | | |
| 255:20 – 256:1 | | | | | | |
| 256:3-11 | | | | | | |
| 256:14-15 | | | | | | |
| 256:17-18 | | | | | | |
| 256:25 – 257:3 | | | | | | |
| 258:11-12 | | | | | | |
| 258:16-20 | | | | | | |
| 258:22-24 | | | | | | |
| 259:7 | | | | | | |
| 259:12-25 | | | | | | |
| 260:5-7 | | | | | | |
| 260:9-10 | | | | | | |
| 260:13-14 | | | | | | |
| 260:21 | | | | | | |
| | | 261:4-8 | | | | |
| 261:10-12 | | | | | | |
| 261:18 | | | | | | |
| 262:6-8 | | | | | | |
| 262:13-14 | | | | | | |
| 263:3-5 | | | | | | |
| | | 263:23-24 | F.R.E. 401, 402, 403, 404(a), | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | 608 | | | |
| 265:24 – 270:21 | | | | | | |
| | | 271:18-272:23 | | | | |
| | | | | 272:24-273:8 | | |
| | | 273:9-18 | | | | |
| | | 273:19-25 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor); F.R.E. 701 lack of foundation; improper 702 testimony; barred by Court's 11/1/04 Order | | | |
| 274:15 – 275:6 | | | | | | |
| | | 275:7-11 | | | | |
| | | 275:12-275:14 | F.R.E. 611(c) | | | |
| | | 275:15-19 | | | | |
| | | 275:20-23 | F.R.E. 611(c) | | | |
| | | 275:24-276:3 | | | | |
| | | 276:4-6 | F.R.E. 611(c) | | | |
| | | 276:7-11 | | | | |
| | | 276:12-18 | F.R.E. 602 ("all the architects), 611(C) | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 276:19-21 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor) | | | |
| | | 276:22-25 | | | | |
| | | 277:1-277:5 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor) | | | |
| | | 285:25-286:24 | | | | |
| | | 287:14-21 | Lack of F.R.E. 602 foundation; lack of F.R.E. 701 foundation | | | |
| | | 287:22-25 | Lack of F.R.E. 602 foundation; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | in Plaintiff's favor) | | | |
| | | 288:1-3 | | | | |
| | | 288:4-18 | Lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; non-responsive narrative | | | |
| | | 290:1-10<br>290:20-23 | Lack of F.R.E. 602 and 701 foundation | | | |
| | | 290:24-291:1 | | | | |
| | | 305:9-23 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor); 611(c); | | | |
| | | 305:24-7 | | | | |
| | | 305:8-306:15 | 611(c); lack of F.R.E. 602 and 701 foundation; barred by Motion in Limine re: other products (Doc. No. 606) | | | |

**MOORE, LARRY** - 9/4/03

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 6:15-16 | | | | | | |
| | | 25:3-5<br>25:9-18<br>25:20-21<br>25:25<br>26:1-4<br>26:8-21<br>26:23-24<br>27:5-10<br>27:14-25 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | |
| 34:6-22 | | | | | | |
| | | 35:14-25<br>36:1-12<br>36:16-23<br>36:25<br>37:1-2<br>37:9-14<br>37:16-18<br>37:20-22<br>37:24-25<br>38:1-2<br>38:5-8<br>41:24-25<br>42:1-2 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; lack of F.R.E. 602 foundation | 36:13-15<br>37:3-8 | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 42:5-6 | | | | |
| 63:23 – 64:2<br>64:5-6<br>64:8-9<br>64:12-13<br>64:15-25<br>65:23 – 66:1<br>69:23 – 70:3<br>70:13-21<br>71:17-18<br>76:8-9<br>76:12 – 77:12<br>77:16<br>77:18-20<br>77:24<br>78:1-4<br>78:8<br>78:10-13<br>78:19<br>78:21-23<br>79:3-11<br>81:2-25<br>88:10-25<br>89:4-5<br>89:7-11<br>89:14-19<br>90:12 – 91:5<br>91:9-10 | Fed. R. Evid. 402, 403 | | Testimony concerning Defendants' joint defense agreement is relevant to infringement, intentional infringement, willfulness, pre-trial discovery disputes, bias; F.R.E. 404(b) impeachment | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 91:12-15<br>91:25 – 92:1<br>92:3-6<br>92:8-21<br>92:24 – 93:1<br>93:6-7<br>93:9-10<br>93:13-14<br>93:16-17<br>93:20-21<br>93:23-25<br>94:5<br>94:7-15<br>94:19-20<br>94:22-25<br>95:3-4<br>95:6-7<br>95:10<br>95:12 – 96:8<br>96:12 – 97:2<br>97:4-5<br>97:7-16<br>98:1-13<br>98:16-17<br>98:19 – 99:8<br>99:10-11<br>99:13-21 | | | | | | |
| 104:2-25 | Fed. R. Evid. | | Testimony concerning the | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | 402, 403 | | contents of Larry's Moore's design file, including document related to Competition Product Survey, sent to Town & Country's counsel is relevant to infringement, intentional infringement, willfulness, pre-trial discovery disputes, bias; F.R.E. 404(b) impeachment | | | |
| 105:1– 05:19 | | | | | | |
| 105:22-23 | | | | | | |
| 134:10-12 | | | | | | |
| 134:14–135:1 | | | | | | |
| 136:17–137:3 | | | | | | |
| 137:6-9 | | | | | | |
| | | 152:14-16 | | | | |
| | | 152:19-25 | | | | |
| | | 153:1-4 | | | | |
| | | 153:6-14 | | | | |
| | | | | 153:15-23 | | |
| | | 153:24-25 | | | | |
| | | 154:1-4 | | | | |
| | | 154:8-10 | | | | |
| | | | | 154:11-20 | | |
| | | | | 154:24-155:7 | | |
| | | | | 155:10-156:10 | | |
| | | | | 156:12-20 | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 174:6 | | | | 156:24-25 | | |
| 174:8-25 | | | | 157:3-11 | | |
| | | | | 157:23-158:3 | | |
| | | | | 158:6-18 | | |
| | | | | 158:21-159:3 | | |
| | | | | 159:6-12 | | |
| | | | | 159:15-25 | | |
| | | | | 160:3-4 | | |
| | | | | 160:7 | | |
| | | | | 160:9 | | |
| | | | | 160:23-161:8 | | |
| | | | | 161:12 | | |
| | | | | 163:16-19 | | |
| | | | | 163:22 | | |
| | | 197:9-25 198:1-22 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; F.R.E. 401, 402 and 403 | | | |
| | | 209:13-25 210:1-21 | 611(c); lack of F.R.E. 602 foundation | | | |
| 211:2-20 | | | | | | |

## MOORE, LARRY - 2/17/04

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 219:2 | | | | | | |
| 219:19-23 | | | | | | |
| | | 219:24 | | | | |
| 219:25 – 220:19 | | | | | | |
| 221:3-13 | | | | | | |
| 221:17 – 222:11 | | | | | | |
| | | 222:12-16 | | | | |
| 222:17-24 | | | | | | |
| 224:6 – 225:14 | | | | | | |
| | | 225:15-22 | | | | |
| 226:10 – 227:1 | | | | | | |
| 227:4-14 | | | | | | |
| 227:17 – 228:17 | | | | | | |
| 229:8-11 | | | | | | |
| 229:17 – 230:7 | | | | | | |
| 230:10-11 | | | | | | |
| | | 231:6-9 | | | | |
| | | 232:5-9 | | | | |
| | | 232:12-20 | | | | |
| 232:21 – 234:8 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 234:9-11<br>234:15-235:3 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other products (Doc. No. 606); lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | |
| 235:4–36:11 | | | | | | |
| 238:6-9 | | | | | | |
| 238:12 | | | | | | |
| 238:14-15 | | | | | | |
| 239:12-17 | | | | | | |
| 239:20–240:2 | | | | | | |
| 243:7-11 | | | | | | |
| | | 243:12-15 | | | | |
| 243:16-244:18 | | | | | | |
| 244:21-25 | | | | | | |
| 248:1–251:16 | | | | | | |
| 252:8-24 | | | | | | |
| 253:5-8 | | | | | | |
| 253:11-14 | | | | | | |
| 258:22–259:4 | | | | | | |
| 259:6-9 | | | | | | |
| 262:21–263:6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 263:11-17 | | | | | | |
| 264:10-265:10 | | | | | | |
| 265:14-16 | | | | | | |
| 265:19-21 | | | | | | |
| 265:25 – 267:14 | | | | | | |
| 267:24 – 268:3 | | | | | | |
| 270:23 – 271:16 | | | | | | |
| 271:19 – 272:4 | | | | | | |
| 272:6 – 273:5 | | | | | | |
| | | 273:6-7<br>273:10-20 | Asked and answered | | | |
| 275:6-10 | | | | | | |
| 275:23-24 | | | | | | |
| 276:3 | | | | | | |
| | | 276:5-16 | Lack of F.R.E. 602 and 701 foundation | 276:17-20 | | |
| 278:3-5 | | | | | | |
| 278:7-279:6 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony is relevant to infringement, intentional infringement, and willfulness; F.R.E. 404(b) impeachment | | | |
| 279:7 – 279:9 | | | | | | |
| 279:12-13 | | | | | | |
| 280:4-7 | | | | | | |
| 280:11 – 281:9 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 281:11 – 282:23 | | | | | | |
| 283:7-10 | | | | | | |
| | | 283:11-12 | | | | |
| 283:13 – 284:4 | | | | | | |
| | | 284:5-10 | | | | |
| | | 284:14-16 | | | | |
| 284:17 – 20 | | | | | | |
| | | 290:10-12<br>290:15-18<br>290:24-291:2<br>291:5-21<br>292:7-25<br>298:9-14<br>298:24<br>299:1-301:4<br>301:7-302:10 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | 291:22-25 | | |
| 302:22 – 303:4 | | | | | | |
| 306:9-19 | | | | | | |
| 306:23 – 307:5 | | | | | | |
| 308:18-21 | | | | | | |
| 315:23 – 315:25 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 316:1-4<br>316:7-9<br>316:12-13<br>316:16<br>316:25 – 317:2<br>317:6-11<br>317:20 – 319:1<br>319:4-6<br>319:9-14<br>319:17 – 320:9<br>320:12-25 | Fed. R. Evid. 402, 403 | | Testimony regarding pre-trial discovery disputes is relevant to intentional infringement, Defendants' joint defense agreement, and bias; F.R.E. 404(b) impeachment | | | |
| 323:1-21 | | | | | | |
| 323:23 – 324:3 | | | | | | |
| 324:5-17 | | | | | | |
| | | 324:21-325:23 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | |
| 326:7 –327:9 | | | | | | |
| 329:21 – 331:20 | | | | | | |
| 332:4 – 333:9 | | | | | | |
| 333:13 – 334:7 | | | | | | |
| | | 334:22-335:1 | | | | |
| | | 335:4-8 | | | | |
| | | | | 335:9-17 | | |
| | | | | 335:21-24 | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 335:25 – 336:14 | | | | | | |
| 336:17 – 337:16 | | | | | | |
| 337:19-23 | | | | | | |
| 338:4-19 | | | | | | |
| | | 338:20-339:22 229:24 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | |
| 340:4-12 | | | | | | |
| | | 340:25-341:6 | | | | |
| | | 341:7-11 | F.R.E. 802 | | | |
| 342:5-343:12 | | | | | | |
| | | 343:14-17 | Speculation | | | |
| 343:18 – 344:4 | | | | | | |
| 345:5-10 | | | | | | |
| 345:13-15 | | | | | | |
| 345:18 – 346:20 | | | | | | |
| 346:23 – 347:6 | | | | | | |
| | | 347:7-9 | Speculation | | | |
| 347:10 – 348:4 | | | | | | |
| 348:9-16 | | | | | | |
| 348:21-23 | | | | | | |
| 349:2-14 | | | | | | |
| | | 353:23-355:4 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 360:21 – 361:12<br>361:15 – 362:3<br>362:6-23<br>363:1-8<br>363:23-364:25<br>365:1 – 365:15<br>370:2-9 | Fed. R. Evid. 402, 403 | | Testimony is relevant to pre-trial discovery disputes, infringement, Defendants' tours of Plaintiff's copyrighted products, and intentional infringement | | | |

Dated: November __, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157940v1