UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF JAMES GRUNDMEIER** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of James Grundmeier on November 1, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of James Grundmeier, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**GRUNDMEIER, JAMES - 30(b)(6) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 3/4/03**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 6:20-21 | | | | | | |
| 23:4-16 | | | | | | |
| 25:3-23 | | | | | | |
| 26:1 – 27:24 | | | | | | |
| 28:2-12 | | | | | | |
| 28:15-21 | | | | | | |
| 28:24 – 29:3 | | | | | | |
| 29:5-7 | | | | | | |
| 29:9-13 | | | | | | |
| 30:12 – 31:2 | | | | | | |
| 37:1-15 | | | | | | |
| 39:7-10 | | | | | | |
| 39:16 – 40:21 | | | | | | |
| 47:2-3 | | | | | | |
| 47:5-10 | | | | | | |
| 47:23 – 48:6 | | | | | | |
| 48:16-19 | | | | | | |
| 48:21 – 49:1 | | | | | | |
| 49:4-7 | | | | | | |
| 49:9-13 | | | | | | |
| 49:15-21 | | | | | | |
| 49:25 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 50:2 | | | | | | |
| 50:5-6 | | | | | | |
| 51:21-24 | | | | | | |
| 52:3-4 | | | | | | |
| 53:14-20 | | | | | | |
| | | 54:1-7 | | | | |
| 58:11-18 | | | | | | |
| 58:21-24 | | | | | | |
| 59:13-25 | | | | | | |
| 60:4 | | | | | | |
| 60:6-15 | | | | | | |
| 73:12-13 | | | | | | |
| 73:17 – 74:1 | | | | | | |
| 74:14 – 75:19 | | | | | | |
| 76:1 | | | | | | |
| 76:5-24 | | | | | | |
| 77:4-14 | | | | | | |
| 78:1-6 | | | | | | |
| 78:10-21 | | | | | | |
| 78:25 – 79:1 | | | | | | |
| | | 80:16-20<br>80:25-81:16 | Lack of 701 foundation, improper 702 testimony, Barred by 11/1/04 Order, F.R.E. 602 | 80:6-9<br>80:11-15<br>80:21-24 | | |
| 83:13 – 84:6 | | | | | | |
| 84:8-22 | | | | | | |
| 85:1-8 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 85:12-20 | | | | | | |
| 85:25 – 86:9 | | | | | | |
| 86:11-14 | | | | | | |
| 86:16-19 | | | | | | |
| 86:21 – 87:1 | | | | | | |
| 87:3-20 | | | | | | |
| 87:23 – 88:3 | | | | | | |
| 88:6 | | | | | | |
| 88:9 – 89:1 | | | | | | |
| 89:4-10 | | | | | | |
| 89:18 – 90:8 | | | | | | |
| 100:10–101:10 | | | | | | |
| 101:13 | | | | | | |
| 102:12–103:11 | | | | | | |
| 103:19-21 | | | | | | |
| 103:25 – 104:4 | | | | | | |
| 104:8-19 | | | | | | |
| 104:22 | | | | | | |
| 114:13-18 | | | | | | |
| 114:21-24 | | | | | | |
| 115:4 – 116:8 | | | | | | |
| 116:13-16 | | | | | | |
| 116:18 | | | | | | |
| | | 117:1-3 | | 116:21-23 | | |
| 117:5-24 | | | | | | |
| 142:6-9 | | | | | | |
| 142:11-143:1 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 143:6-143:19 | | | | | | |
| 143:23-144:3 | | | | | | |
| | | 144:5-7<br>144:10-11 | F.R.E. 602 lack of foundation | | | |
| | | 151:3-4<br>151:7-18 | F.R.E. 602 lack of foundation, F.R.E. 802 | | | |
| | | 151:19 – 152:3<br>152:22-24 | F.R.E. 602 lack of foundation | | | |
| | | 152:25–153:8 | F.R.E. 401, 402, 403 (originality, not uniqueness, is the copyright standard and originality has been determined as a matter of law in Plaintiff's favor), F.R.E. 602 lack of foundation | | | |
| | | 153:9-13 | F.R.E. 611(c), F.R.E. 401, 402, 403 (originality, not uniqueness, is the copyright standard and originality has been determined as a matter of law in Plaintiff's favor), F.R.E. 602 lack of foundation | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 153:14-16 | F.R.E. 602 lack of foundation | | | |
| | | 153:17-23 | F.R.E. 401, 402, 403 (originality, not uniqueness, is the copyright standard and originality has been determined as a matter of law in Plaintiff's favor), F.R.E. 602 lack of foundation | | | |

**GRUNDMEIER, JAMES - 30(b)(6) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 2/18/04**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 298:16-299:5 | F.R.E. 402, 403 | | Testimony concerning Rottlund's construction documents produced by Defendants is relevant to infringement, intentional infringement, willfulness, and pre-trial discovery disputes; 404(b) impeachment | | | |

**GRUNDMEIER, JAMES - 9/2/03**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 5:15-16 | | | | | | |
| 5:23 – 8:24 | | | | | | |
| | | 8:25-10:9 | | | | |
| 10:10-19 | | | | | | |
| 10:22 – 11:9 | | | | | | |
| 11:21 – 13:19 | | | | | | |
| 13:22 – 15:15 | | | | | | |
| 15:18-24 | | | | | | |
| 21:19 – 24:18 | | | | | | |
| 45:10-18<br>46:4-13<br>46:17-24<br>47:3-21<br>47:25<br>48:16 – 49:5<br>49:8-11<br>49:14 – 50:3 | Fed. R. Evid. 402, 403 | | Testimony concerning Defendants' joint defense agreement is relevant to infringement, willfulness, intentional infringement, pre-trial discovery disputes, and bias; 404(b) impeachment | | | |
| 91:21 – 92:6 | | | | | | |
| | | 92:24-93:2 | | | | |
| 93:3-6 | | | | | | |
| 114:22 – 116:25 | | | | | | |
| 136:3 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 136:10-23 | | | | | | |
| 136:24 – 139:2<br>139:5-20<br>139:25 – 141:21<br>141:24 – 144:21<br>144:24 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony concerning Defendants' failure to adhere to internal guidelines and procedures is relevant to infringement, willfulness, and intentional infringement; F.R.E. 404(b) impeachment | | | |
| | | 151:8-14 | | | | |
| 151:17-21 | | | | | | |
| 152:13-19 | | | | | | |
| 152:20-24 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony concerning Defendants' failure to adhere to internal guidelines and procedures is relevant to infringement, willfulness, and intentional infringement; F.R.E. 404(b) impeachment | | | |
| 153:3-4 | | | | | | |
| 153:5-13 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony concerning Defendants' failure to adhere to internal | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | guidelines and procedures is relevant to infringement, willfulness, and intentional infringement; F.R.E. 404(b) impeachment | | | |
| 170:7 – 172:24 | | | | | | |
| 173:2 – 176:6 | | | | | | |
| 176:10 – 177:7 | | | | | | |

Dated: November 10, 2004

s/ David A. Davenport

Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157988v1