UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF CHRIS JORGENSEN** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Chris Jorgensen on November 1, 2004. Plaintiff filed Plaintiff's Supplemental Designated Deposition Testimony of Chris Jorgensen on November 4, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of Chris Jorgensen, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**JORGENSEN, CHRIS - 30(b)(6) Deposition of Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 3/5/03**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 8:7-8 | | | | | | |
| 8:20 – 11:5 | | | | | | |
| 11:7 – 12:3 | | | | | | |
| 12:5-14 | | | | | | |
| 12:16-20 | | | | | | |
| 12:22 – 13:4 | | | | | | |
| 14:4-5 | | | | | | |
| 14:7-17 | | | | | | |
| | | 14:18-21 | | | | |
| | | 15:3-17 | | | | |
| 19:23 – 20:6 | | | | | | |
| | | 20:7-11 | | | | |
| 21:9 – 22:5 | | | | | | |
| 22:7 | | | | | | |
| 22:10 – 23:7 | | | | | | |
| | | 23:14-24:4 | | | | |
| 24:5 – 25:3 | | | | | | |
| 25:5-16 | | | | | | |
| 25:19 – 26:17 | | | | | | |
| 26:19 – 27:11 | | | | | | |
| | | 27:12-13 | F.R.E. 602 lack of foundation | | | |
| | | 27:16-22 | | | | |
| 27:24 – 30:7 | | | | | | |
| 30:9-13 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 30:15-19 | | | | | | |
| 30:24 – 31:13 | | | | | | |
| 31:17 | | | | | | |
| 33:5-8 | | | | | | |
| 33:15-19 | | | | | | |
| 34:9-12 | | | | | | |
| 34:15-21 | | | | | | |
| 35:18 – 36:6 | | | | | | |
| 36:8-12 | | | | | | |
| 36:16-22 | | | | | | |
| 38:14 – 40:5 | | | | | | |
| 40:8-12 | | | | | | |
| 43:7-16 | | | | | | |
| | | 43:17-20 | | | | |
| 43:21 – 44:3 | | | | | | |
| 44:7-22 | | | | | | |
| 44:25 – 45:4 | | | | | | |
| 46:1-2 | | | | | | |
| 46:4-25 | | | | | | |
| 47:3-11 | | | | | | |
| 47:15-25 | | | | | | |
| 48:8-16 | | | | | | |
| 49:15-25 | | | | | | |
| 50:2-4 | | | | | | |
| 50:24 – 52:25 | | | | | | |
| | | 59:9-60:5 | | | | |
| | | 62:1-9 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 69:22-25 | | | | | | |
| 70:4-7 | | | | | | |
| 70:9-13 | | | | | | |
| 70:15-16 | | | | | | |
| 70:20 | | | | | | |
| 70:22 – 71:4 | | | | | | |
| 71:6-8 | | | | | | |
| 71:17 – 72:7 | | | | | | |
| 72:11-25 | | | | | | |
| 73:7-13 | | | | | | |
| 73:15-19 | | | | | | |
| 73:21-25 | | | | | | |
| 74:3-13 | | | | | | |
| 74:16 – 75:10 | | | | | | |
| 75:16-20 | | | | | | |
| 75:23 – 76:1 | | | | | | |
| 76:4-8 | | | | | | |
| 76:11-23 | | | | | | |
| 77:1 | | | | | | |
| 77:7-13 | | | | | | |
| | | 77:14-16 | | | | |
| | | 77:19-78:3 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 78:4-23<br>79:6-11<br>79:14 – 81:3<br>81:7-23<br>82:2-7<br>82:14-17<br>82:19-82:25 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony concerning Defendants' failure to adhere to A.I.A. guidelines and procedures is relevant to infringement, willfulness, and intentional infringement; F.R.E. 404(b) impeachment; bias | | | |
| 83:1 – 83:9 | | | | | | |
| 83:12-16 | | | | | | |
| 83:19 – 85:2 | | | | | | |
| 85:16 – 86:13 | | | | | | |
| 86:23 – 87:3 | | | | | | |
| 92:6-11 | | | | | | |
| 92:15 – 93:9 | | | | | | |
| 93:12-24 | | | | | | |
| 94:4-7 | | | | | | |
| | | 94:9-16 | | | | |
| | | | | | | |
| 96:7-10 | | 94:20 | | | | |
| 96:12-21 | | | | | | |
| 97:1-22 | | | | | | |
| 98:2 | | | | | | |
| | | 98:4-5 | F.R.E. 602 lack of foundation, question by counsel is not admissible testimony | | | |
| 98:8-10 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 98:13 | | | | | | |
| 98:25 – 99:17 | | | | | | |
| 105:23 – 106:14 | | | | | | |
| 106:16-24 | | | | | | |
| 107:3-5 | | | | | | |
| 107:9-21 | | | | | | |
| 117:15 – 118:7 | | | | | | |
| 118:9 | | | | | | |
| 118:11 | | | | | | |
| 118:13 | | | | | | |
| 118:16-21 | | | | | | |
| 118:23-24 | | | | | | |
| 119:3-5 | | | | | | |
| | | 119:6-8 | Comments by counsel are not admissible testimony | | | |
| 119:10-18 | | | | | | |
| 119:20 – 120:7 | | | | | | |
| | | 120:8-13 | | | | |
| | | 120:14-22 | F.R.E. 602 lack of foundation, calls for speculation | | | |
| 126:6-23 | | | | | | |
| 126:25 – 127:11 | | | | | | |
| 127:14-20 | | | | | | |
| | | 129:2-3<br>129:13-14 | F.R.E. 401, 402, 403, 602, lack of 701 foundation, | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | improper 702 testimony, Barred by 11/1/04 Order | | | |
| 129:16-18 | | | | | | |
| 129:21 – 130:11 | | | | | | |
| 131:1-7 | | | | | | |
| | | 153:5-9 | | | | |
| | | 153:13-20 | | | | |
| | | | | 154:11-17 | | |
| | | | | 154:19-22 | | |
| | | | | 156:2-14 | | |
| | | | | 156:16-158:8 | | |
| | | | | 158:13-159:9 | | |
| | | | | 159:13-160:5 | | |
| | | | | 160:8-161:20 | | |
| | | | | 161:22 | | |
| 177:8-22 | | | | | | |
| 178:1-2 | | | | | | |
| 178:5-13 | | | | | | |
| 178:19 – 179:9 | | | | | | |
| 179:11-17 | | | | | | |
| 179:20 – 180:1 | | | | | | |
| 180:6 – 181:22 | | | | | | |
| 181:24 – 182:2 | | | | | | |
| 182:5 | | | | | | |
| 182:21-24 | | | | | | |
| 183:4-12 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 183:14–184:12 | | | | | | |
| 184:15 | | | | | | |
| 186:21 – 187:7 | | | | | | |
| 187:9-12 | | | | | | |
| 187:24– 89:23 | | | | | | |
| 190:1-3 | | | | | | |
| 190:5-8 | | | | | | |
| 190:10-21 | | | | | | |
| 190:23-25 | | | | | | |
| | | 192:1-6 | | | | |
| | | 196:6-8 | F.R.E. 701 lack of foundation, improper 702 testimony, barred by Court's 11/1 Order, F.R.E. 602 lack of foundation | | | |
| | | 196:9-21 | | | | |
| | | 197:7–11 | | 196:22-197:5 | | |
| | | 197:12-200:12 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor); F.R.E. 701 lack of foundation; improper 702 testimony; barred by Court's 11/1 Order; F.R.E. 611(c); F.R.E. 602 lack of foundation | | | |
| | | 201:4-8 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 202:4-8 | | | | |
| | | 212:4-213:14 | F.R.E. 401, 402, 403 (originality has been determined as a matter of law in Plaintiff's favor, thus testimony regarding "common elements is not relevant); F.R.E. 701 lack of foundation; improper 702 testimony; barred by Court's 11/1 Order; F.R.E. 602 lack of foundation | | | |
| | | 244:21-25 | Question by counsel is not admissible testimony | | | |
| | | 257:14-258:14 | F.R.E. 401, 402, 403 | | | |

**JORGENSEN, CHRIS - 9/3/03 & 2/17/04**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 6:20 – 9:20 | | | | | | |
| 9:24 – 11:7 | | | | | | |
| 11:12 – 12:23 | | | | | | |
| | | 14:2-16:2 | | | | |
| 20:15-22 | | | | | | |
| 26:12-22 | | | | | | |
| 28:2 – 29:23 | | | | | | |
| 30:14 – 31:9 | | | | | | |
| 32:20-21 | | | | | | |
| 32:24 – 35:11 | | | | | | |
| 35:18-23 | | | | | | |
| 58:7-24 | | | | | | |
| 60:13 – 61:3 | | | | | | |
| 61:18 – 62:6 | | | | | | |
| 242:21–244:18 | | | | | | |
| 244:20 | | | | | | |
| 256:20 – 257:8 | | | | | | |
| 259:6-7 | | | | | | |
| 263:14-22 | | | | | | |
| 264:21–265:10 | | | | | | |
| 63:3 – 64:8 | | | | | | |
| 65:2-11 | | | | | | |
| 204:14–205:18 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 205:23–206:15 | | | | | | |
| 206:18 | | | | | | |
| 206:21– 207:4 | | | | | | |
| 207:8-13 | | | | | | |
| 207:17 – 208:7 | | | | | | |
| | | 208:9-12 | | | | |
| | | 212:5-15 | | | | |
| | | 213:3-13 | | | | |
| 238:2 – 239:19 | | | | | | |
| 171:15-20 | | | | | | |
| 172:2 – 173:3 | | | | | | |
| 173:8-21 | | | | | | |
| 173:24-25 | | | | | | |
| 208:16–211:20 | | | | | | |
| 129:13–130:12 | | | | | | |
| | | 131:10-32:14 | | | | |
| 139:6 – 140:8 | | | | | | |
| 140:13–141:24 | | | | | | |
| 142:2-5 | | | | | | |
| 142:7-10 | | | | | | |
| 164:4 – 167:20 | | | | | | |
| 174:1-25<br>175:3-7<br>175:12-19<br>175:23–176:23 | F.R.E. 402, 403 | | Testimony concerning Defendants' joint defense agreement is relevant to infringement, willfulness, intentional infringement, pre-trial discovery disputes, bias | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 176:23-25 | | | | | | |
| | | | | | | |
| | | | | | | |
| 177:5-6 | | | | | | |
| | | 181:12-183:11 | | | | |
| | | 183:24-186:8 | F.R.E. 611(c); mischaracterizes prior testimony; F.R.E. 602 lack of foundation; F.R.E. 701 lack of foundation; improper 702 testimony; barred by Court's 11/1/04 Order | | | |
| | | 193:5-194:8 | F.R.E. 611(c); mischaracterizes prior testimony; F.R.E. 602 lack of foundation | | | |
| | | 194:24-196:5 | | | | |
| | | 208:9-12 | F.R.E. 401, 402, 403 | | | |
| | | 212:5-15 | F.R.E. 602 lack of foundation; F.R.E. 701 lack of foundation; improper 702 testimony; barred by Court's 11/1/04 Order | | | |
| | | 213:3-13 | | | | |

**GRUNDMEIER, JAMES - 30(b)(6) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 2/18/04**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objection** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 298:16 – 299:5 | | | | | | |

Dated: November 10, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157996v1