UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF LINDA ALFSON** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Linda Alfson on November 1, 2004. Defendants did not object or file counter-designations.

Plaintiff hereby submits the Designated Deposition Testimony of Linda Alfson, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**LINDA ALFSON 3/30/04**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 5:1-4 | | | | | | |
| 6:21 – 9:18 | | | | | | |
| 9:22 – 10:5 | | | | | | |
| 10:9-16 | | | | | | |
| 16:1-9 | | | | | | |
| 37:24 | | | | | | |
| 38:9 – 39:2 | | | | | | |
| 39:6 – 40:16 | | | | | | |
| 40:21 – 41:6 | | | | | | |
| 41:11-17 | | | | | | |
| 41:23 – 42:18 | | | | | | |
| 42:25 – 43:5 | | | | | | |
| 43:12-23 | | | | | | |
| 44:3-8 | | | | | | |
| 44:12-20 | | | | | | |
| 44:23 – 45:13 | | | | | | |
| 45:20 – 46:2 | | | | | | |
| 46:5-11 | | | | | | |
| 46:16 – 47:2 | | | | | | |
| 47:5-15 | | | | | | |
| 47:18-23 | | | | | | |
| 48:1-5 | | | | | | |
| 48:19 – 51:1 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 51:6-10 | | | | | | |
| 51:12 – 53:7 | | | | | | |
| 53:12-23 | | | | | | |
| 24:1-7 | | | | | | |
| 55:16 – 56:10 | | | | | | |
| 56:14-18 | | | | | | |
| 56:23 – 57:17 | | | | | | |
| 57:21 | | | | | | |
| 60:12-23 | | | | | | |
| 68:18 – 69:2 | | | | | | |
| 69:23 – 70:9 | | | | | | |
| 70:21 – 71:3 | | | | | | |
| 81:13-24 | | | | | | |
| 82:2-12 | | | | | | |

Dated: November 10, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157939v1