**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2004, I electronically filed the foregoing document:

Defendant Pinnacle Corporation's Answer and Defenses To Eighth Amended Complaint

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Holly J. Newman, Esq.**
**Darren B. Schwiebert, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE

Dated: November 10, 2004

s/ Christopher J. Murdoch____

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
**HOLLAND & KNIGHT LLC**
131 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David A. Donna
**DONNA & DALY, P.C.**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4250
Facsimile: (651)406-4243
ATTORNEYS FOR DEFENDANT PINNACLE CORPORATION.