UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT THE BLOODGOOD GROUP, INC.'S COUNTERCLAIM DATED NOVEMBER 10, 2004**<br><br>**JURY TRIAL DEMANDED** |

TO: Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., and The Bloodgood Group, Inc., and their attorneys, Holly J. Newman, MACKALL, CROUNSE & MOORE, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402

COMES NOW, Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund") and as and for its Answer to Defendant The Bloodgood Group, Inc.'s ("BGI") Counterclaim dated November 10, 2004, states and alleges as follows, to-wit:

1. Plaintiff admits the allegations contained in Paragraph 251 of BGI's Counterclaim.

2. Plaintiff denies the allegations contained in Paragraph 252 of BGI's Counterclaim.

3. Plaintiff denies the allegations contained in Paragraph 253 of BGI's Counterclaim.

4. Plaintiff denies the allegations contained in Paragraph 254 of BGI's Counterclaim.

5. Plaintiff denies the allegations contained in Paragraph 255 of BGI's Counterclaim.

6. Plaintiff denies the allegations contained in Paragraph 256 of BGI's Counterclaim.

7. Plaintiff denies the allegations contained in Paragraph 257 of BGI's Counterclaim.

8. Plaintiff denies the allegations contained in Paragraph 258 of BGI's Counterclaim.

9. Plaintiff denies the allegations contained in Paragraph 259 of BGI's Counterclaim.

10. Plaintiff denies the allegations contained in Paragraph 260 of BGI's Counterclaim.

11. Plaintiff denies the allegations contained in Paragraph 261 of BGI's Counterclaim.

12. Plaintiff states that Paragraph 262 of BGI's Counterclaim does not state an allegation to which a response is necessary.

13. Unless specifically admitted, Plaintiff denies all allegations in BGI's Counterclaim.

Dated: November 11, 2004

s/ Philip R. Mahowald

Craig S. Krummen, #0259081
Philip R. Mahowald, #274902
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
pmahowald@winthrop.com

2158178v1