UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF THOMAS RYAN** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Thomas Ryan on November 1, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of Thomas Ryan, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**THOMAS RYAN - 12/9/03**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 4:11-6:3 | Not testimony/ introductory | | | | | |
| 6:4-6:22 | | | | | | |
| 6:23-7:5 | Assumes facts not in evidence | | Foundation will be provided by prior evidence | | | |
| 7:6-7:11 | | | | | | |
| 7:12-7:17 | Objection to phrase: "Town & Country Minnesota division" mischaracterization of evidence | | Town & Country Homes, Inc. is the Minnesota Division of Pinnacle Corp. d/b/a Town & Country Homes (*See*, *e.g.*, Exhibit 17 attached hereto) | | | |
| 7:16-8:22 | | | | | | |
| 15:6 – 16:14<br>16:24 – 17:24 | Relevance | | Testimony is relevant to Pinnacle's denial of personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery disputes; impeachment | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 20:16-21:7 | | | | |
| | | | | 21:8-20 | | |
| | | 24:8-25:9 | | | | |
| 34:5-14 | No foundation; no question; relevance | | Withdrawn | | | |
| | | | | 33:24-34:14 | | |
| 34:15-18 | Relevance | | Testimony is relevant to Pinnacle's denial of personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery disputes; impeachment | | | |
| 41:9-19 | | | | | | |
| | | 41:20-42:7 | | | | |
| 42:22 – 43:1<br>44:3 – 45:24<br>49:22-50:10 | Relevance | | Testimony is relevant to Pinnacle's denial of personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery disputes; impeachment | | | |
| 54:18 – 54:20 | Not testimony | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 54:21-55:17 | | | | | | |
| 55:18-55:20 | No foundation; relevance | | Foundation will be provided by prior evidence | | | |
| 55:21-56:2 | | | | | | |
| 56:3-10 | No foundation | | Foundation will be provided by prior evidence | | | |
| 56:11-56:17 | | | | | | |
| 56:18-57:13 | No foundation; assumes facts not in evidence; hearsay | | Foundation will be provided by prior evidence; statement objected to is not offered for the truth of the matter asserted | | | |
| 57:14-58:24 | | | | | | |
| 59:14 – 60:7 | | | | | | |
| 60:8-60:23 | Relevance | | Impeachment | | | |
| 61:14 – 62:20 | No foundation | | Foundation will be provided by prior evidence | | | |
| 62:21– 64:6 | | | | | | |
| | | 64:7-16 | Lack of F.R.E. 701 foundation | | | |
| 67:1-24 | | | | | | |
| | | 68:6-69:1 | | | | |
| 72:1-15 | | | | | | |
| 72:16-20 | Improper recollection refreshment | | | | | |
| 79:8 – 82:6 | | | | | | |
| 82:7-21 | No foundation | | Foundation will be provided by prior evidence | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 82:22-83:23 | | | | | | |
| 83:24-84:7 | Argumentative | | | | | |
| 84:8-85:7 | | | | | | |
| 85:8-23 | No foundation | | Foundation will be provided by prior evidence | | | |
| 85:24-86:7 | | | | | | |
| 86:8-17 | No foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | |
| 86:18 | | | | | | |
| 86:19-87:7 | No foundation; mischaracterization of evidence | | Foundation will be provided by prior evidence | | | |
| 87:8 | | | | | | |
| 87:9-21 | No foundation | | Foundation will be provided by prior evidence | | | |
| 87:22-88:10 | | | | | | |
| | | 88:11-21 | Objection to 88:17-18 (not testimony) | | | |
| 88:23 – 89:6 | | | | | | |
| | | 89:7-20 | | | | |
| 89:21 – 90:8 | No foundation | | Foundation will be provided by prior evidence | | | |
| 112:2-4 | Not testimony/no question | | | | | |
| 112:6-17 | | | | | | |
| 117:15 – 22 | | | | | | |
| 117:23-118:15 | Hearsay; relevance | | Testimony is relevant to Pinnacle's denial of | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery disputes; impeachment | | | |
| 118:16-119:15 | | | | | | |
| 182:2-6 | | | | | | |
| | | 182:7-17 | Lack of F.R.E. 701 foundation | | | |
| 182:18 – 183:8 | | | | | | |
| 205:13-18<br>205:21-206:5 | Assumes facts not in evidence | | Testimony relates to facts concerning Pinnacle's denial of personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery disputes | | | |
| 206:7-12<br>211:15 – 212:10<br>215:10-18<br>215:23 – 216:11 | Relevance | | Testimony is relevant to Pinnacle's denial of personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | disputes; impeachment | | | |
| 217:9 – 218:14 | | | | | | |
| 220:4 – 225:17 | | | | | | |
| 239:7 – 240:6 | Relevance | | Testimony is relevant to Pinnacle's denial of personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery disputes; impeachment | | | |
| 248:22 – 249:6 | | | | | | |
| 250:1-21 | | | | | | |
| 281:13 – 283:14 | Relevance | | Testimony is relevant to Defendants' damages defenses, Pinnacle's denial of personal jurisdiction, Plaintiff's vicarious liability and contributory infringement claims, intentional infringement, and pre-trial discovery disputes; impeachment | | | |

Dated: November 12, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2158012v1