UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF STEVE SANDELIN** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Steve Sandelin on November 1, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of Steve Sandelin, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**STEVE SANDELIN - 10/29/04**

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 5:1-7:13 | Not testimony/ introductory | | Background / Foundation | | | |
| 7:14-9:3 | | | | | | |
| 9:4-10:9 | Relevance | | Testimony is relevant to bias | | | |
| 10:10-24:18 | | | | | | |
| 24:19-25:5 | No foundation; calls for hearsay | | Foundation will be supplied by prior evidence; witness is not testifying about an out-of-court statement offered for the truth of the matter asserted | | | |
| 25:6-27:3 | | | | | | |
| 27:4 | Objection withdrawn | | | | | |
| 27:5-27:23 | | | | | | |
| 27:24-28:15 | Improper impeachment | | Prior inconsistent statement | | | |
| 28:16-29:20 | | | | | | |
| 29:21-22 | Objection withdrawn | | | | | |
| 29:24-31:14 | | | | | | |
| 31:15 | Objection withdrawn | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 31:16-37:12 | | | | | | |
| 37:13-38:18 | Improper impeachment | | Prior inconsistent statement | | | |
| 38:19-40:16 | | | | | | |
| 40:17-42:5 | Improper impeachment | | Prior inconsistent statement | | | |
| 42:6-46:20 | | | | | | |
| 47:18-47:21 | | | | | | |
| 47:24-59:13 | | | | | | |
| 59:14-60:11 | Argumentative; assumes facts not in evidence; no foundation | | Impeachment; foundation will be supplied by prior evidence | | | |
| 60:13-14 | | | | | | |
| 60:15-60:18 | Objection | | F.R.E. 404(b) | | | |
| 60:19-62:17 | | | | | | |
| 62:18-63:15 | No foundation; argumentative; assumes facts not in evidence | | Foundation will be supplied by prior evidence; Impeachment | | | |
| 63:16-23 | | | | | | |
| 63:24-64:13 | No foundation; argumentative; assumes facts not in evidence | | Foundation will be supplied by prior evidence; Impeachment | | | |
| 64:14-66:6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 66:7-66:19 | Argumentative; form; no question/attorney testifying | | | | | |
| 66:21-67:3 | | | | | | |
| 68:5-69:16 | | | | | | |
| 69:17-70:8 | Foundation; assumes facts not in evidence | | Foundation will be supplied by prior evidence | | | |
| 70:9-73:7 | | | | | | |
| 73:8-73:14 | Relevance | | | | | |
| 73:15-91:7 | | | | | | |
| 91:8-15 | Argumentative; calls for legal conclusion; assumes facts not in evidence | | Foundation will be supplied by prior evidence | | | |
| 91:16-100:14 | | | | | | |
| 100:15-20 | Assumes facts not in evidence; argumentative | | Foundation will be supplied by prior evidence | | | |
| 100:21-24 | | | | | | |
| 101:1-22 | Improper impeachment; argumentative | | | | | |
| 101:23-102:17 | | | | | | |
| 102:18-103:1 | Form; use of plural | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 103:2-104:8 | | | | | | |
| 104:9-106:12 | Form; calls for legal conclusion; assumes facts not in record; misstates prior testimony; argumentative; seeks to introduce discovery disputes into evidence | | Foundation will be provided by prior evidence; testimony regarding pre-trial discovery disputes is relevant to intentional infringement | | | |
| 106:14-112:21 | | | | | | |
| 112:22-113:22 | Calls for legal conclusion; relevance – individual element | | F.R.E. 704(a); Testimony is relevant to direct evidence of copying and intentional infringement | | | |
| 113:23-115:7 | | | | | | |
| 115:8-116:3 | Improper impeachment | | Prior inconsistent statement | | | |
| 116:5-132:14 | | | | | | |
| 132:15-18 | Assumes facts not in evidence; no foundation | | Foundation will be provided by prior evidence | | | |
| 132:19-22 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 132:23-133:8 | Improper impeachment; improper recollection; refreshment | | Prior inconsistent statement | | | |
| 133:10-135:15 | | | | | | |
| 135:16-135:24 | Assumes facts not in evidence; misstates record; argumentative | | Foundation will be provided by prior evidence | | | |
| 136:2-140:14 | | | | | | |
| 140:15-23 | Hearsay; improper impeachment | | Background / Foundation | | | |
| 140:24-141:3 | | | | | | |
| 141:4-11 | Argumentative; form; assumes facts not in evidence | | | | | |
| 141:12-142:2 | Misstates record; foundation; improperly seeks to introduce discovery disputes | | Foundation will be provided by prior evidence; Testimony regarding pre-trial discovery disputes is relevant to intentional infringement | | | |
| 142:4-12 | Argumentative; improper introduction of discovery disputes | | Testimony regarding pre-trial discovery disputes is relevant to intentional infringement | | | |
| 142:14-17 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 142:19-143:2 | Argumentative; no foundation; misstates record; calls for legal conclusions | | Foundation provided by witness' earlier testimony | | | |
| 143:4-145:7 | | | | | | |
| 145:8-14 | Argumentative; calls for legal conclusion; no foundation; misstates record | | Foundation provided by witness' earlier testimony | | | |
| 145:15-150:13 | | | | | | |
| 150:14-16 | Foundation | | | | | |
| 150:17-151:19 | | | | | | |
| 151:20-152:15 | Improper impeachment; foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | |
| 152:17-153:2 | | | | | | |
| 153:3-16 | Improper impeachment; no foundation; assumes facts not in evidence | | | | | |
| 153:17-155:2 | | | | | | |
| 155:3-4 | Argumentative; no foundation | | Foundation will be provided by prior evidence | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 155:5-22 | | | | | | |
| 155:23-156:5 | Argumentative; form; no foundation; false for legal conclusion; no time frame; assumes facts not in evidence | | Foundation provided by witness' prior testimony | | | |
| 156:6-159:9 | | | | | | |
| 159:10-14 | Argumentative | | | | | |
| 159:15-168:16 | | | | | | |
| 168:17-21 | No foundation | | Foundation will be provided by prior testimony | | | |
| 168:23-174:13 | | | | | | |
| 174:14-175:4 | Form; argumentative; no foundation | | Foundation will be provided by prior testimony | | | |
| 175:6-17 | | | | | | |
| 175:18-176:1 | Form; argumentative; no foundation | | | | | |
| 176:2-5 | | | | | | |
| 176:6-14 | Form; confusing; argumentative; assumes facts not in evidence; seeks legal conclusion | | Foundation will be provided by prior evidence and is provided by witness' earlier testimony | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 176:15-179:13 | | | | | | |
| 179:14-180:11 | Argumentative; prejudice; outweighs probative value; no foundation | | Foundation will be provided by prior evidence | | | |
| 180:12-16 | | | | | | |
| 180:17-181:14 | No foundation; argumentative; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | |
| 181:15-22 | | | | | | |
| 181:23-182:19 | No foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | |
| 182:20-184:10 | | | | | | |
| 184:11-185:7 | No foundation | | Foundation will be provided by prior evidence | | | |
| 185:8-19 | | | | | | |
| 185:20-186:3 | No foundation | | | | | |
| 186:4-187:8 | | | | | | |
| 187:9-188:13 | No foundation; improper impeachment | | Prior inconsistent statement | | | |
| 188:14-189:20 | | | | | | |
| 189:21-190:5 | Form; foundation – "first seen" | | | | | |
| 190:7-8 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 190:9-15 | No foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | |
| 190:17-194:16 | | | | | | |
| 194:17-23 | Foundation | | Foundation will be provided by prior evidence | | | |
| 195:2-202:10 | | | | | | |
| 202:11-203:18 | No foundation; argumentative; assumes facts not in evidence | | Foundation provided by witness' prior testimony | | | |
| 203:19-211:18 | | | | | | |
| 211:19-22 | Improper impeachment | | Prior inconsistent statement | | | |
| 211:24-212:16 | Assumes facts not in evidence; argumentative; improper use of phrase "Rottlund Concept" | | Impeachment | | | |
| 212:17-23 | | | | | | |
| 212:24-213:10 | Asked and answered | | | | | |
| 213:11-214:17 | Improper impeachment | | Prior inconsistent statement | | | |
| 214:18-223:23 | | | | | | |
| 223:24-224:9 | Argumentative; no foundation | | Foundation will be provided by prior evidence | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 224:10-231:22 | | | | | | |
| 231:23-232:4 | Relevance; individual elements | | Testimony is relevant to direct evidence of copying, intentional infringement, and Plaintiff's Lanham Act and Deceptive Trade Practices Act claims | | | |
| 232:5-235:6 | | | | | | |
| 235:7-237:8 | Argumentative; seeks legal conclusion; irrelevant; individual elements | | F.R.E. 704(a); Testimony is relevant to direct evidence of copying, intentional infringement, and Plaintiff's Lanham Act and Deceptive Trade Practices Act claims | | | |

| **Rottlund Designations** **Page/Line** | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 237:22-239:3 | Objection to document as inadmissible, prejudicial and misleading; contains term "obviously similar" | | Ex. 11A was authored by the witness and sent to the Bloodgood Defendants immediately after the Town & Country Homes Defendants received Plaintiff's cease and desist letter; Ex. 11A is relevant to Defendant Pinnacle's denial of personal jurisdiction, pre-trial discovery disputes, Plaintiff's intentional infringement claims, Plaintiff's vicarious liability and contributory infringement claims, and the Bloodgood Defendants' notice of Rottlund's copyright infringement claims; Ex. 11A contains admissions by a party opponent | | | |
| 239:4-241:1 | | | | | | |
| 241:2-23 | Improper impeachment | | | | | |
| 242:2-243:8 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 243:9-18 | Calls for legal conclusion; misstate the law | | | | | |
| 243:19-248:7 | Unduly prejudicial; objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | |
| 248:8-249:17 | | | | | | |
| 250:12-20 | | | | | | |
| 250:21-252:17 | Unduly prejudicial; misstates the law; object to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | |
| 252:18-253:13 | | | | | | |
| 253:14-254:2 | Objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | |
| 254:3-15 | | | | | | |
| 254:16-23 | Objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | |
| 254:24-256:2 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 256:3-17 | Objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | |
| 256:18-21 | | | | | | |
| 256:22-257:21 | Misstates law; seeks legal conclusion; argumentative | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | |
| 257:23-258:24 | | | | | | |
| 259:1-259:13 | Seeks legal conclusion; argumentative; assumes facts not in evidence | | Foundation provided by witness' earlier testimony | | | |
| 259:15-263:11 | | | | | | |
| 263:12-264:19 | No foundation; object to phrase "obviously similar" argumentative; seeks speculation | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | |

| **Rottlund Designations** **Page/Line** | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 264:21-265:21 | Object to phrase "obviously similar"; no foundation; assumes facts not in evidence; improper cross | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind); witness' earlier testimony provided foundation | | | |
| | | 266:8-267:9<br>267:13-20<br>267:24-268:15<br>268:19 | F.R.E. 611(c); F.R.E. 404(a); lack of foundation; objection to questions regarding "uniqueness" as the copyright standard is originality | | | |
| | | 268:21-269:2 | | | | |
| | | 269:4-10 | F.R.E. 611(c) | | | |
| | | 269:11-270:1 | | | | |
| | | 270:2-6 | F.R.E. 404(a) | | | |
| | | 270:7-13 | F.R.E. 611(c) | | | |
| | | 271:17-22<br>272:3-4 | F.R.E. 611(c); F.R.E. 701 lack of foundation | | | |
| | | 272:5-16 | | | | |
| | | 272:17-19 | F.R.E. 611(c) | | | |
| | | 272:20-24<br>273:4-7<br>273:12-15 | F.R.E. 611(c); Misstates witness' prior testimony | | | |
| | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 273:16-274:14<br>274:20-23 | F.R.E. 401, 402, 403 (April 1992 tour not relevant); barred by Motion in Limine re: other products (Doc. No. 606); F.R.E. 701 lack of foundation | | | |
| | | 276:6-14<br>276:17-21 | F.R.E. 611(c); F.R.E. 602 lack of foundation | | | |
| | | 276:22-279:14<br>279:16-19<br>279:23-280:12<br>280:16-22 | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; F.R.E. 602 lack of foundation | | | |
| | | 280:23-282:19 | F.R.E. 611(c) | | | |
| | | 282:20-283:21 | | | | |
| | | 283:22-24 | F.R.E. 611(c) | | | |
| | | 284:1-284:19 | | | | |
| | | 284:20-24 | F.R.E. 611(c) | | | |
| | | 285:5-13 | | | | |
| | | 285:14-17 | F.R.E. 611(c) | | | |
| | | 285:18-22 | | | | |
| | | 285:23-286:4 | F.R.E. 611(c) | | | |
| | | 286:5-6 | | | | |
| | | 286:7-9 | F.R.E. 611(c) | | | |
| | | 286:10-18 | | | | |
| | | 286:22-287:1 | | | | |
| | | 287:3-6 | F.R.E. 611(c) | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 287:7-288:17<br>288:22<br>289:2-12 | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; F.R.E. 611(c) | | | |
| | | 289:16-290:2 | | | | |
| | | 290:3-5<br>290:10 | F.R.E. 611(c); lack of F.R.E. 602 foundation; calls for speculation | | | |
| | | 290:12-291:11 | | | | |
| | | 291:14 | | | | |
| | | 291:16-23 | F.R.E. 701 lack of foundation | | | |
| | | 291:24-292:13 | F.R.E. 602 lack of foundation; misstates Plaintiff's claims; F.R.E. 611(c) | | | |
| | | 292:19-293:7 | F.R.E. 611(c); lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; lack of F.R.E. 602 foundation | | | |
| | | 293:8-294:14 | F.R.E. 611(c) | | | |
| | | 294:15-295:1 | | | | |
| | | 295:2-5 | F.R.E. 611(c) | | | |
| | | 295:6-297:6 | | | | |
| | | 297:7-10 | F.R.E. 611(c) | | | |
| | | 297:11-299:23 | F.R.E. 611(c) | | | |
| | | 300:3-10 | | | | |
| | | 300:11-18 | F.R.E. 701 lack of foundation; F.R.E. 611(c) | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 300:19-21<br>301:2-4 | Statement by counsel which misstates Court's Order; F.R.E. 611(c) | | | |
| 301:7-13 | | | | | | |
| 301:14-19 | No foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | |
| 301:22-303:2 | | | | | | |
| 303:3-304:2 | Improper introduction of discovery disputes; assumes facts not in evidence; relevance | | Testimony regarding Defendants' withholding of documents ordered to be produced by the Court during discovery, which resulted in sanctions, is relevant to intentional infringement | | | |
| 304:3-305:12 | | | | | | |
| 305:13-306:18 | Relevance; violate ruling in limine | | Ruling in limine concerns the amounts of salaries and bonuses paid, not whether in fact bonuses/incentives were paid; testimony is relevant to willfulness and intentional infringement | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| Defendant Pinnacle crossed designated the following testimony from Mr. Sandelin's 12/16/02 deposition.<br><br>*testimony cross designated by Pinnacle in the event "obviously similar objections" are over-ruled | | 285:7-286:17* | F.R.E. 611(c) | | | |
| | | 287:6-288:20* | | | | |
| | | 288:21-289:7* | F.R.E. 611(c) | | | |
| | | 289:8-289:20* | Barred by Motion in Limine re: other products (Doc. No. 606); F.R.E. 701 lack of foundation | | | |
| | | 291:20-292:2* | | | | |
| | | 292:3-11* | F.R.E. 611(c) | | | |
| | | 292:12-14* | | | | |
| | | 295:7-18* | 289:21-291:19 | | | |
| | | 292:20-295:6 | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; | | | |
| | | 295:19-300:24 | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; 611(c) | | | |
| | | 301:1-303:2 | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; 611(c) | | | |
| | | 303:3-305:5 | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; 611(c) | | | |
| | | 305:6-306:13 | F.R.E. 611(c) | | | |
| | | 306:14-308:1 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| Defendant Pinnacle crossed designated the following testimony from Mr. Sandelin's 12/16/02 deposition.<br><br>*testimony cross designated by Pinnacle in the event "obviously similar objections" are over-ruled | | 308:2-20 | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony | | | |
| | | 308:21-309:4 | | | | |
| | | 309:5-19 | F.R.E. 611(c) | | | |
| | | 309:20-313:5 | | | | |
| | | 313:14-20 | | | | |
| | | 313:21-314:23 | F.R.E. 401, 402, 403 (originality, not uniqueness, is the copyright standard and originality issues have been resolved as a matter of law in Plaintiff's favor) | | | |
| | | 314:24-315:17 | | | | |
| | | 315:18-316:4 | 611(c) | | | |

Dated: November 12, 2004

s/ David A. Davenport

Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157913v3