**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**The Rottlund Company, Inc. d/b/a/ Rottlund Homes, a Minnesota Corporation**

**Civil No. 01-1980 (DSD/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Pinnacle Corporation d/b/a/ Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,**

**Defendants,**

**and**

**Town & Country Homes, Inc., a Minnesota Corporation,**

**Third-Party Plaintiff,**

**v.**

**Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation**

**Third-Party Defendant.**

Craig S. Krummen, Esq., and David Davenport, Esq., on behalf of Plaintiff

Darren B. Schwiebert, Esq., on behalf of Defendant Town & Country Homes, Inc.

Christopher Murdoch, Esq., on behalf of Defendant Pinnacle Corp.

Holly J. Newman, Esq., on behalf of Defendant Bloodgood Sharp Buster and The Bloodgood Group, Inc.

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on Defendant Town & Country Homes' ("TCMs'") Motion to Quash a Subpoena Duces Tecum Served Upon Jim Onomiya at Edina Realty (Doc. No. 593). This matter has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

This motion concerns documents in the files of third-party Edina Realty. After the TCM Defendants lodged objections to the admissibility of approximately twenty-one documents referenced in Plaintiff's memorandum in opposition to defendants' summary judgment motions on damages (see Doc. 550 at 3), on October 8, 2004, Plaintiff served a trial subpoena duces tecum on Jim Onomiya at Edina Realty. Mr. Onomiya prepared several "competition shop" documents for TCM, which were designated "Attorneys Eyes Only," when produced from the files of TCM. (See, e.g., Ex. F. to Aff. of D. Davenport.)

Plaintiff seeks the production of the subpoenaed documents in order to overcome admissibility challenges likely to by made by the TCM Defendants at trial. TCM argues that Plaintiff's subpoena impermissibly overreaches, long past the discovery deadline, by requesting material beyond the

documents previously produced by TCM or Pinnacle in this litigation. The TCM Defendants make clear that they do not seek to the quash the subpoena to the extent that it seeks information already produced by TCM or Pinnacle in this litigation. (Defs.' Mem. Supp. Mot. Quash at 2.) Instead, the TCM Defendants move to quash the subpoena to the extent that it seeks information not previously produced by TCM or Pinnacle. (Id. at 3.)

The Court finds that Plaintiff has demonstrated a need for some of this discovery and has been unable to obtain certain of the requested information in any other way. The Court agrees with TCM that this subpoena is overbroad to the extent that it seeks documents never sent to TCM/Pinnacle or never sent to Edina Realty by TCM/Pinnacle. But, to the extent that the subpoena seeks documents sent to TCM/Pinnacle by Edina Realty, or sent to Edina Realty by TCM/Pinnacle, those documents should be in TCM's or Pinnacle's files and should have been produced. The subpoena will be permitted to proceed only to that extent. The Court therefore denies TCM's motion, in part, and grants TCM's motion, in part. To the extent that Edina Realty has documents either sent to it by TCM or Pinnacle, or sent to TCM or Pinnacle by Edina Realty, those documents must be produced pursuant to this subpoena. However, to the extent that Edina Realty possesses documents which it has never communicated to or sent to TCM or Pinnacle, those documents may not be produced.

**THEREFORE, IT IS HEREBY ORDERED that:**

**1.** Defendant Town & Country Homes' ("TCMs'") Motion to Quash a Subpoena Duces Tecum Served Upon Jim Onomiya at Edina Realty (Doc. No. 593) is **GRANTED, in part, and DENIED, in part**, consistent with this Order.

Dated: November 12, 2004

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge