# Document
# Removed

# Filed
# In Error