UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br>Third-Party Plaintiff,<br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL PROPOSED VOIR DIRE INSTRUCTION REGARDING THE LAW OF THE CASE OR, ALTERNATIVELY, REQUEST TO PERMIT ROTTLUND TO INFORM PROSPECTIVE JURORS ABOUT THE LAW OF THE CASE DURING VOIR DIRE AND TO DISCUSS THE LAW OF THE CASE IN ITS OPENING STATEMENT** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Philip R Mahowald, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The

Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this in Support of Plaintiff's Supplemental Proposed *Voir Dire* Instruction or, Alternatively, Request to Permit Rottlund to Inform Prospective Jurors About the Law of the Case During *Voir Dire* and to Discuss the Law of the Case During Its Opening Statement.

2. Attached hereto as **Exhibit A** is a true and correct copy of the decision, *EZ Dock, Inc. v. Schafer Systems, Inc.* (2003 WL1610781).

FURTHER YOUR AFFIANT SAITH NOT.

**s/Philip R. Mahowald**
PHILIP R. MAHOWALD, Affiant

Subscribed and sworn to before me
this 12th day of November, 2004.

**s/Colleen R. Harrigan**
Colleen R. Harrigan, Notary Public
My Commission Expires: 01/31/05

2158841v1