UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**CORRECTED DESIGNATED DEPOSITION TESTIMONY OF LINDA ALFSON**

On November 10, 2004, Plaintiff filed the Designated Deposition Testimony of Linda Alfson. Plaintiff's Designated Deposition Testimony omitted a number of objections and counter-designations submitted by Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc., ("BGI"). Thus, BSB and BGI submit this Corrected Designated Deposition Testimony of Linda Alfson.

**LINDA ALFSON 3/30/04**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants¶ Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 5:1-4 | | | | | | |
| 6:21 - 9:18 | | | | | | |
| 9:22 – 10:5 | | | | | | |
| 10:9-16 | | | | | | |
| 16:1-9 | | | | | | |
| 37:24 | | | | | | |
| 38:9 – 39:2 | | | | | | |
| 39:6 – 40:16 | | | | | | |
| 40:21 – 41:6 | | | | | | |
| 41:11-17 | | | | | | |
| 41:23 – 42:18 | | | | | | |
| 42:25 – 43:5 | | | | | | |
| 43:12-23 | | | | | | |
| 44:3-8 | | | | | | |
| 44:12-20 | | | | | | |
| 44:23 – 45:13 | | | | | | |
| 45:20 – 46:2 | | | | | | |
| 46:5-11 | | | | | | |
| 46:16 – 47:2 | | | | | | |
| 47:5-15 | | | | | | |
| 47:18-23 | | | | | | |
| 48:1-5 | | | | | | |
| 48:19 – 51:1 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 51:6-10 | | | | | | |
| 51:12 – 53:7 | | | | | | |
| 53:12-23 | | | | | | |
| 24:1-7 | | | | | | |
| 55:15 – 56:10 | | | | | | |
| 56:14-18 | | | | | | |
| 56:23 – 57:17 | | | | | | |
| 57:21 | | | | | | |
| 60:12-23 | | | | | | |
| 68:18 – 69:2 | | | | | | |
| 69:23 – 70:9 | | | | | | |
| 70:21 – 71:3 | | | | | | |
| 81:13-24 | | | | | | |
| 82:2-12 | | | | | | |

Date: November 13, 2004

s/ Ben Patrick

Holly J. Newman, #026457X
John Benjamin Patrick, #312460
**Attorneys for Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.**
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone: 612-305-1400

MEN/men#725223v1