UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (DSD/SRN)

**CORRECTED DESIGNATED DEPOSITION TESTIMONY OF DOUG BUSTER**

On November 10, 2004, Plaintiff filed the Designated Deposition Testimony of Douglas Buster. Plaintiff's Designated Deposition Testimony omitted a number of objections and counter-designations submitted by Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc., ("BGI"). Thus, BSB and BGI submit this Corrected Designated Deposition Testimony of Douglas Buster.

**BUSTER, DOUG - 30(b)(6) Deposition of Bloodgood Sharp Buster Architects & Planners of Illinois, Inc. 3/6/03**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 6:9-10 | | | | | | |
| 6:20 ± 7:13 | | | | | | |
| 7:16-24 | | | | | | |
| | | 7:25-8:4 | F.R.E. 401, 402, 403 | | | |
| | | 12:21 ± 13:2 | F.R.E. 401, 402, 403, 602, 802, 901, 1002, Barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | |
| | | 14:1 ± 16:3<br>18:10-22<br>20:11-15<br>20:21 ± 21:20<br>21:23<br>28:1-19<br>33:10-14<br>33:16-19<br>33:22 ± 34:6<br>53:21-54:11 | F.R.E. 401, 402, 403, 602, 802, lack of 701 foundation, improper 702 testimony,<br>Barred by Motion in Limine re: other back-to back products (Doc. No. 606), Barred by 11/1/04 Order | | | |
| 47:9-13 | | | | | | |
| 47:24 ± 48:12 | | | | | | |
| 48:15 ± 49:1 | | | | | | |
| 49:4-9 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 49:14 ± 50:22 | | | | | | |
| 50:25 ± 51:1 | | | | | | |
| 51:13 ± 52:10 | | | | | | |
| 52:17-22 | | | | | | |
| 52:25 ± 53:20 | | | | | | |
| 54:18-21 | | | | | | |
| 54:25 ± 55:8 | | | | | | |
| 55:13 ± 56:9 | | | | | | |
| 56:14-15 | | | | | | |
| 56:17 ± 57:7 | | | | | | |
| 57:9-10 | | | | | | |
| 57:13-18 | | | | | | |
| 57:21 | | | | | | |
| 57:24 ± 58:3 | | | | | | |
| 58:5-17 | | | | | | |
| | | 58:18-21 | Lack of foundation | | | |
| | | 58:24-59:2 | Non-responsive testimony | | | |
| 59:7-19 | | | | | | |
| 59:21 ± 60:25 | | | | | | |
| 61:2-3 | | | | | | |
| 61:5-6 | | | | | | |
| 61:9-20 | | | | | | |
| 61:23 ± 62:11 | | | | | | |
| 62:14 ± 63:3 | | | | | | |
| 63:6 | | | | | | |
| 63:10-15 | | | | | | |
| | | 63:16-18 | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 63:18-20 | F.R.E. 401, 402, 403, 602, lack of 701 foundation, improper 702 testimony, Barred by Motion in Limine re: other back-to back products (Doc. No. 606), Barred by 11/1/04 Order | | | |
| 63:25 ± 64:22 | | | | | | |
| 65:1 ± 66:5 | | | | | | |
| 66:11 ± 67:2 | | | | | | |
| 67:6-7 | | | | | | |
| 67:10-18 | | | | | | |
| | | 67:19-25 | | | | |
| | | 68:9-12 | | | | |
| | | 68:14-20 | | | | |
| 68:21 ± 70:2 | | | | | | |
| 70:16 ± 71:5 | | | | | | |
| 71:7 ± 72:13 | | | | | | |
| 73:15-25 | | | | | | |
| 74:2-5 | | | | | | |
| 74:9-13 | | | | | | |
| 74:17 ± 75:1 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 76:18 ± 78:1<br>78:3,8-17<br>78:24 ± 79:1<br>81:19 ± 83:9<br>84:13 ± 85:3<br>86:20-24<br>89:24 ± 92:3<br>92:23 ± 94:5<br>94:14 ± 98:3<br>104:10±105:13<br>106:8±109:14 | F.R.E. 401, 402, 403, 602, 802, lack of 701 foundation, improper 702 testimony,<br>Barred by Motion in Limine re: other back-to-back products (Doc. No. 606), Barred by 11/1/04 Order | 78:19-21<br>83:24-84:4<br>84:7-10<br>85:5-8<br>85:14-20<br>85:23-86:4<br>86:9-12<br>86:14-18 | | |
| | | 137:24±138:15 | | | | |
| 138:16±139:8[1] | | | | | | |
| | | 139:9 ± 140:8 | | | | |
| | | 141:1-14 | | | | |
| | | 143:7 ± 144:1 | | | | |
| | | 212:8-10<br>212:17 ± 213:6<br>214:3-5<br>214:17-23<br>216:8-20<br>226:2-10 | F.R.E. 401, 402, 403, 602, 802, lack of 701 foundation, improper 702 testimony,<br>Barred by Motion in Limine re: other back-to back products (Doc. No. 606), Barred by 11/1/04 Order | | | |
| | | Errata sheet 139:7 | | | | |

[1] Errata sheet states that with regard to 139:7 replace ³...wanted to keep.´ with ³...didn¶t want to keep.´

Dated: November 13, 2004

s/ Ben Patrick

Holly J. Newman, #026457X
John Benjamin Patrick, #312460
Mackall, Crounse & Moore, PLC
**Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.**
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone: 612-305-1400

MEN/men#725178v1