UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**CORRECTED DESIGNATED DEPOSITION TESTIMONY OF JAMES GRUNDMEIER** |

On November 10, 2004, Plaintiff filed the Designated Deposition Testimony of James Grundmeier. Plaintiff's Designated Deposition Testimony omitted a number of objections and counter-designations submitted by Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc., ("BGI"). Thus, BSB and BGI submit this Corrected Designated Deposition Testimony of James Grundmeier.

**GRUNDMEIER, JAMES - 30(b)(6) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 3/4/03**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 6:20-21 | | | | | | |
| 23:4-16 | | | | | | |
| 25:3-23 | | | | | | |
| 26:1 ± 27:24 | | | | | | |
| 28:2-12 | | | | | | |
| 28:15-21 | | | | | | |
| 28:24 ± 29:3 | | | | | | |
| 29:5-7 | | | | | | |
| 29:9-13 | | | | | | |
| 30:12 ± 31:2 | | | | | | |
| 37:1-15 | | | | | | |
| 39:7-10 | | | | | | |
| 39:16 ± 40:21 | | | | | | |
| 47:2-3 | | | | | | |
| 47:5-10 | | | | | | |
| 47:23 ± 48:6 | | | | | | |
| 48:16-19 | | | | | | |
| 48:21 ± 49:1 | | | | | | |
| 49:4-7 | | | | | | |
| 49:9-13 | | | | | | |
| 49:15-21 | | | | | | |
| 49:25 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 50:2 | | | | | | |
| 50:5-6 | | | | | | |
| 51:21-24 | | | | | | |
| 52:3-4 | | | | | | |
| 53:14-20 | | | | | | |
| | | 54:1-7 | | | | |
| 58:11-18 | | | | | | |
| 58:21-24 | | | | | | |
| 59:13-25 | | | | | | |
| 60:4 | | | | | | |
| 60:6-15 | | | | | | |
| 73:12-13 | | | | | | |
| 73:17 ± 74:1 | | | | | | |
| 74:14 ± 75:19 | | | | | | |
| 76:1 | | | | | | |
| 76:5-24 | | | | | | |
| 77:4-14 | | | | | | |
| 78:1-6 | | | | | | |
| 78:10-21 | | | | | | |
| 78:25 ± 79:1 | | | | | | |
| | | 80:16-20<br>80:25-81:16 | Lack of 701 foundation, improper 702 testimony, Barred by 11/1/04 Order, F.R.E. 602 | 80:6-9<br>80:11-15<br>80:21-24 | | |
| 83:13 ± 84:6 | | | | | | |
| 84:8-22 | | | | | | |
| 85:1-8 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 85:12-20 | | | | | | |
| 85:25 ± 86:9 | | | | | | |
| 86:11-14 | | | | | | |
| 86:16-19 | | | | | | |
| 86:21 ± 87:1 | | | | | | |
| 87:3-20 | | | | | | |
| 87:23 ± 88:3 | | | | | | |
| 88:6 | | | | | | |
| 88:9 ± 89:1 | | | | | | |
| 89:4-10 | | | | | | |
| 89:18 ± 90:8 | | | | | | |
| 100:10±101:10 | | | | | | |
| 101:13 | | | | | | |
| 102:12±103:11 | | | | | | |
| 103:19-21 | | | | | | |
| 103:25 ± 104:4 | | | | | | |
| 104:8-19 | | | | | | |
| 104:22 | | | | | | |
| 114:13-18 | | | | | | |
| 114:21-24 | | | | | | |
| 115:4 ± 116:8 | | | | | | |
| 116:13-16 | | | | | | |
| 116:18 | | | | | | |
| | | 117:1-3 | | 116:21-23 | | |
| 117:5-24 | | | | | | |
| 142:6-9 | | | | | | |
| 142:11-143:1 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 143:6-143:19 | | | | | | |
| 143:23-144:3 | | | | | | |
| | | 144:5-7<br>144:10-11 | F.R.E. 602 lack of foundation | | | |
| | | 151:3-4<br>151:7-18 | F.R.E. 602 lack of foundation, F.R.E. 802 | | | |
| | | 151:19 ± 152:3<br>152:22-24 | F.R.E. 602 lack of foundation | | | |
| | | 152:25±153:8 | F.R.E. 401, 402, 403 (originality, not uniqueness, is the copyright standard and originality has been determined as a matter of law in Plaintiff¶s favor), F.R.E. 602 lack of foundation | | | |
| | | 153:9-13 | F.R.E. 611(c), F.R.E. 401, 402, 403 (originality, not uniqueness, is the copyright standard and originality has been determined as a matter of law in Plaintiff¶s favor), F.R.E. 602 lack of foundation | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 153:14-16 | F.R.E. 602 lack of foundation | | | |
| | | 153:17-23 | F.R.E. 401, 402, 403 (originality, not uniqueness, is the copyright standard and originality has been determined as a matter of law in Plaintiff¶s favor), F.R.E. 602 lack of foundation | | | |

## GRUNDMEIER, JAMES - 30(b)(6) Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 2/18/04

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 298:16-299:5 | F.R.E. 402, 403 | | Testimony concerning Rottlund¶s construction documents produced by Defendants is relevant to infringement, intentional infringement, willfulness, and pre-trial discovery disputes; 404(b) impeachment | | | |

**GRUNDMEIER, JAMES - 9/2/03**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 5:15-16 | | | | | | |
| 5:23 ± 8:24 | | | | | | |
| | | 8:25-10:9 | | | | |
| 10:10-19 | | | | | | |
| 10:22 ± 11:9 | | | | | | |
| 11:21 ± 13:19 | | | | | | |
| 13:22 ± 15:15 | | | | | | |
| 15:18-24 | | | | | | |
| 21:19 ± 24:18 | | | | | | |
| 45:10-18<br>46:4-13<br>46:17-24<br>47:3-21<br>47:25<br>48:16 ± 49:5<br>49:8-11<br>49:14 ± 50:3 | Fed. R. Evid. 402, 403 | | Testimony concerning Defendants¶ joint defense agreement is relevant to infringement, willfulness, intentional infringement, pre-trial discovery disputes, and bias; 404(b) impeachment | | | |
| 91:21 ± 92:6 | | | | | | |
| | | 92:24-93:2 | | | | |
| 93:3-6 | | | | | | |
| 114:22 ± 116:25 | | | | | | |
| 136:3 | | | | | | |

| Rottlund Designations Page/Line | Defendants Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 136:10-23 | | | | | | |
| 136:24 ± 139:2<br>139:5-20<br>139:25 ± 141:21<br>141:24 ± 144:21<br>144:24 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony concerning Defendants¶ failure to adhere to internal guidelines and procedures is relevant to infringement, willfulness, and intentional infringement; F.R.E. 404(b) impeachment | | | |
| | | 151:8-14 | | | | |
| 151:17-21 | | | | | | |
| 152:13-19 | | | | | | |
| 152:20-24 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony concerning Defendants¶ failure to adhere to internal guidelines and procedures is relevant to infringement, willfulness, and intentional infringement; F.R.E. 404(b) impeachment | | | |
| 153:3-4 | | | | | | |
| 153:5-13 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony concerning Defendants¶ failure to adhere to internal | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | | guidelines and procedures is relevant to infringement, willfulness, and intentional infringement; F.R.E. 404(b) impeachment | | | |
| 170:7 ± 172:24 | | | | | | |
| 173:2 ± 176:6 | | | | | | |
| 176:10 ± 177:7 | | | | | | |

MACKALL, CROUNSE & MOORE, PLC

Date: November 13, 2004

s/ Ben Patrick
Holly J. Newman, #026457X
John Benjamin Patrick, #312460
**Attorneys for Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.**
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone: 612-305-1400

MEN/men#725175v1