UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**CORRECTED DESIGNATED DEPOSITION TESTIMONY OF BETH MILLER** |

On November 10, 2004, Plaintiff filed the Designated Deposition Testimony of Beth Miller. Plaintiff's Designated Deposition Testimony omitted a number of objections and counter-designations submitted by Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc., ("BGI"). Thus, BSB and BGI submit this Corrected Designated Deposition Testimony of Beth Miller.

**BETH MILLER - 9/3/03**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 5:9-10 | | | | | | |
| 5:18 ± 7:18 | | | | | | |
| | | 7:19-8:6 | | | | |
| 8:12 ± 9:2 | | | | | | |
| 9:10-16 | | | | | | |
| | | 9:19-20 | | | | |
| 9:21-22 | | | | | | |
| 10:20-25 | | | | | | |
| 11:7-22 | | | | | | |
| 12:5-21 | | | | | | |
| | | 12:22-25 | | | | |
| | | 13:3-4 | | 13:5-11 | | |
| 13:12 ± 15:1 | | | | | | |
| | | 15:18-16:1<br>16:7-17:1<br>17:7-19:3 | F.R.E. 401, 402, 403 | | | |
| 21:16 ± 23:19 | | | | | | |
| | | 24:4-5 | | | | |
| | | 24:9-13 | | | | |
| 24:15-18 | | | | | | |
| 25:19 ± 26:9 | | | | | | |
| 26:12-13 | | | | | | |
| | | 26:15-18 | | | | |
| 26:19 ± 27:12 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 27:13-21 | | 27:22-25 | | |
| 28:1-3 | | | | | | |
| | | 28:4-5 | | | | |
| | | 28:22-29:25 | | | | |
| | | 30:9-13 | | | | |
| 30:14-19 | | | | | | |
| | | 30:20-31:2 | | | | |
| 31:3 ± 32:9 | | | | | | |
| 34:18-23 | | | | | | |
| 34:25 ± 37:2 | | | | | | |
| 53:7 ± 54:6 | | | | | | |
| 57:7 ± 58:1 | | | | | | |
| | | 58:2-59:17 | | 59:18-60:4 | | |
| 97:11-20 | | | | | | |
| | | 97:21-98:8 | | | | |
| | | 98:12-18 | | | | |
| 98:19 ± 99:5 | | | | | | |
| 99:9-19 | | | | | | |
| | | 99:20-21 | | | | |
| 99:22 ± 100:1 | | | | | | |
| 111:12 ± 114:5 | | | | | | |
| 114:8-20 | F.R.E. 602, 901(a) | | | | | |
| 114:21-23 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | | response to Plaintiff¶s discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | | |
| 115:1-13 | | 115:18-19, 22 | | | | |
| 115:14-17 | | | | | | |
| 115:23±116:11 | | | | | | |
| 116:12-16 | | 116:17-20 | | | | |
| 116:21±117:17 | | | | | | |
| 117:19-20 | | | | | | |
| 117:22-25 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in response to Plaintiff¶s discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | Lack of foundation | |
| 118:4-5 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 118:7-9 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in response to Plaintiff¶s discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | Lack of foundation | |
| 118:12-13 | | | | | | |
| 118:15-16 | F.R.E. 602, 901(a) | | Witness received document in the ordinary course of business and her handwriting appears on the document; document produced by Defendants in response to Plaintiff¶s discovery request and bears Bates label. *See McQueeney v. Wilmington Trust Co., 779 F.2d 916, 923 (3rd Cir. 1985).* | | Objection as to the form of the question and as to foundation | |
| 118:20 | | | | | | |
| 118:22-25 | | | | | | |
| 119:6-7 | | | | | | |
| | | 119:17-18 | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 119:20-22 | | | | |
| | | 119:24 | | | | |
| | | | | 119:25-20:13 | | |
| | | | | 121:17-20 | | |
| | | 122:1-3 | | | | |
| 142:11-25 | | | | | | |
| | | 143:1-3 | | | | |
| 143:4-7 | | | | | | |
| | | 143:8-12 | | | | |
| 143:13-19 | | | | | | |
| | | 143:20-24 | | | | |
| 143:25±144:11 | | | | | | |
| 144:12-13 | F.R.E. 602, 901(a) | | | | | |
| 144:17-18 | | | | | | |
| 144:20-21 | | | | | | |
| 144:23-24 | | | | | | |
| | | 145:1-12 | | | | |
| 145:24±146:25 | | | | | | |
| | | 147:1-148:15 | | | | |
| 148:16 ± 149:8 | | | | | | |
| 149:12 | | | | | | |
| 151:18±153:23 | | | | | | |
| 154:11-23 | | | | | | |

**BETH MILLER - 9/4/03**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 163:19±164:4 | | | | |
| | | 164:14-15 | | | | |
| | | 164:22±65:10 | | | | |
| | | | | 165:11-19 | | |
| | | 165:20±166:1 | | | | |
| | | 169:1±171:6 | F.R.E. 602 lack of foundation | | | |
| | | 171:9 | | | | |
| | | 171:11-13 | F.R.E. 611(c); F.R.E. 602 lack of foundation | | | |
| | | 171:14-22 | | | | |
| | | 171:23-172:1 | F.R.E. 611(c); mischaracterizes prior testimony | | | |
| | | 174:1-13 | Lack of F.R.E. 701 foundation; lack of F.R.E. 602 foundation; improper 702 testimony | | | |
| | | 175:1±176:10 | | | | |
| | | 179:1-10 | F.R.E. 401, 402 403; lack of F.R.E. 602 foundation | | | |
| | | 180:1-4 | F.R.E. 611(c) | | | |
| | | 180:5-18 | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 182:9-13 | Counsel is not admitted to practice before this Court; F.R.E. 611(c); lack of F.R.E. 602 foundation | | | |
| | | 184:9-17 | Counsel is not admitted to practice before this Court | | | |
| | | 187:9-15 | Counsel is not admitted to practice before this Court; F.R.E. 611(c); lack of F.R.E. 602 foundation | | | |
| | | 212:22±213:4 | | | | |

Date: November 13, 2004

s/ Ben Patrick
Holly J. Newman, #026457X
John Benjamin Patrick, #312460
**Attorneys for Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.**
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone: 612-305-1400

MEN/men#725174v1