UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**CORRECTED DESIGNATED DEPOSITION TESTIMONY OF LARRY MOORE** |

On November 10, 2004, Plaintiff filed the Designated Deposition Testimony of Larry Moore. Plaintiff's Designated Deposition Testimony omitted a number of objections and counter-designations submitted by Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc., ("BGI"). Thus, BSB and BGI submit this Corrected Designated Deposition Testimony of Larry Moore.

# MOORE, LARRY - 30(b)(6) Deposition of Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. - 3/6-7/03

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 7:9-10 | | | | | | |
| 7:23 ± 10:5 | | | | | | |
| | | 10:14-11:2 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | |
| 13:10-16 | | | | | | |
| 13:19-20 | | | | | | |
| 13:22 ± 14:2 | | | | | | |
| 14:5-6 | | | | | | |
| 14:8-19 | | | | | | |
| | | 14:20-22 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | |
| 15:3-12 | | | | | | |
| 15:15-18 | | | | | | |
| 19:6-9 | | | | | | |
| 19:11-13 | | | | | | |
| 19:19 ± 20:15 | | | | | | |
| 20:17 | | | | | | |
| 20:19-25 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling "O" Over-ruled; "S" sustained** |
|---|---|---|---|---|---|---|
| 24:6-12 | | | | | | |
| 25:6-7 | | | | | | |
| 25:10-11 | | | | | | |
| 25:13-14 | | | | | | |
| 25:19 | | | | | | |
| 25:21-24 | | | | | | |
| 26:4-23 | | | | | | |
| 27:1-2 | | | | | | |
| | | 27:4-14 | | | | |
| | | 27:19-21 | | | | |
| | | 27:23 | | | | |
| | | 27:25 | | | | |
| | | 28:1 | | | | |
| | | 28:4 | | | | |
| | | 28:7 | | | | |
| 28:9-12 | | | | | | |
| 28:15-21 | | | | | | |
| 28:23 ± 29:9 | | | | | | |
| 29:12 | | | | | | |
| 29:14-17 | | | | | | |
| 29:21 | | | | | | |
| | | 29:23-25 | | | | |
| | | 30:3-9 | | | | |
| 30:11-13 | | | | | | |
| 30:17 | | | | | | |
| 30:19-21 | | | | | | |
| 30:25 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 31:2-20 | | | | | | |
| 31:23-25 | | | | | | |
| 32:3 ± 34:5 | | | | | | |
| 34:7-11 | | | | | | |
| 34:14 | | | | | | |
| 35:15-17 | | | | | | |
| 35:20-22 | | | | | | |
| 35:24 ± 36:16 | | | | | | |
| 36:18 | | | | | | |
| 36:22-23 | | | | | | |
| 36:25 ± 37:1 | | | | | | |
| | | 37:3-9 | | | | |
| 37:10-16 | | | | | | |
| 37:18 | | | | | | |
| 37:21-25 | | | | | | |
| | | 38:1-3 | | | | |
| | | 38:6 | | | | |
| 38:8-10 | | | | | | |
| 38:12-14 | | | | | | |
| 38:16-18 | | | | | | |
| 38:20 | | | | | | |
| 38:22-24 | | | | | | |
| 39:1 | | | | | | |
| 39:3-4 | | | | | | |
| 39:10-20 | | | | | | |
| 39:22-24 | | | | | | |
| 40:2-20 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 40:22 ± 41:1 | | | | | | |
| | | 41:2-3 | | | | |
| | | 41:9-13 | | | | |
| 42:2-4 | | | | | | |
| 42:7 | | | | | | |
| 42:9-10 | | | | | | |
| 42:12 | | | | | | |
| 42:14-16 | | | | | | |
| 42:23 ± 43:3 | | | | | | |
| 43:7 | | | | | | |
| | | 43:19 | | | | |
| | | 44:4-14 | | | | |
| 44:15-16 | | | | | | |
| 44:19 | | | | | | |
| 44:23 ± 45:6 | | | | | | |
| 45:18 ± 46:4 | | | | | | |
| | | 47:7-11<br>47:14-23<br>47:25-48:22 | F.R.E. 401, 402, 403 | | | |
| 50:24 ± 51:1 | | | | | | |
| 51:10 | | | | | | |
| 51:16 ± 52:2 | | | | | | |
| 52:6-7 | | | | | | |
| 52:9-15 | | | | | | |
| 52:18-20 | | | | | | |
| 52:22 | | | | | | |
| 52:25 ± 53:1 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling "O" Over-ruled; "S" sustained** |
|---|---|---|---|---|---|---|
| 53:3-5 | | | | | | |
| 53:7-8 | | | | | | |
| 53:10-11 | | | | | | |
| 53:15 | | | | | | |
| 53:17-18 | | | | | | |
| 53:22 | | | | | | |
| 62:4-21 | | | | | | |
| 62:23-24 | | | | | | |
| 63:1-4 | | | | | | |
| 63:6-7 | | | | | | |
| 63:9-10 | | | | | | |
| 63:13-15 | | | | | | |
| 63:19-24 | | | | | | |
| | | 64:13-15 | | | | |
| | | 64:20-24 | | | | |
| | | 65:1-14 | | | | |
| | | 65:19-20 | | | | |
| | | 65:22-25 | | | | |
| | | 66:2-3 | | | | |
| | | 66:5-10 | | | | |
| | | 66:13-19 | | | | |
| 71:3 ± 72:7 | | | | | | |
| 73:20-21 | | | | | | |
| 73:23-24 | | | | | | |
| 74:1-17 | | | | | | |
| 74:21 | | | | | | |
| 75:9-12 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 75:18 | | | | | | |
| 75:23 ± 76:5 | | | | | | |
| 76:11-18 | | | | | | |
| | | 76:23-77:1 | | | | |
| | | 77:5 | | | | |
| | | 77:7-16 | | | | |
| | | 79:16-22 | | | | |
| 80:2-8 | | | | | | |
| 80:11 | | | | | | |
| 80:13-15 | | | | | | |
| 80:20-22 | | | | | | |
| 80:24-25 | | | | | | |
| 81:3 | | | | | | |
| 81:5-8 | | | | | | |
| 81:11-13 | | | | | | |
| 81:15-16 | | | | | | |
| 81:19-23 | | | | | | |
| 81:25 | | | | | | |
| 82:2-16 | | | | | | |
| 82:18-20 | | | | | | |
| 82:24-25 | | | | | | |
| 83:3-7 | | | | | | |
| 83:9-23 | | | | | | |
| 84:1-4 | | | | | | |
| 84:6-19 | | | | | | |
| 84:22-23 | | | | | | |
| 84:25 ± 85:6 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 85:9-10 | | | | | | |
| 85:12-18 | | | | | | |
| 85:21 ± 86:7 | | | | | | |
| 86:12-15 | | | | | | |
| 86:17-18 | | | | | | |
| 86:20 | | | | | | |
| 86:22 ± 87:2 | | | | | | |
| 87:7-8 | | | | | | |
| 87:10-12 | | | | | | |
| 87:14 | | | | | | |
| 87:16-17 | | | | | | |
| 87:21 | | | | | | |
| 87:24 ± 88:2 | | | | | | |
| 88:4 | | | | | | |
| 88:7 | | | | | | |
| 88:9-17 | | | | | | |
| 88:19-21 | | | | | | |
| 88:23 ± 89:1 | | | | | | |
| 89:5-6 | | | | | | |
| 89:8-12 | | | | | | |
| 89:15-16 | | | | | | |
| 89:18 | | | | | | |
| 89:20 ± 90:1 | | | | | | |
| 90:3-6 | | | | | | |
| 90:8-11 | | | | | | |
| 90:13 ± 91:6 | | | | | | |
| 91:9 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 91:11-12 | | | | | | |
| 91:15-19 | | | | | | |
| 92:5-11 | | | | | | |
| 93:10-23 | | | | | | |
| 94:1 | | | | | | |
| | | 94:2 | | | | |
| | | 94:4-8 | | | | |
| 94:24-25 | | | | | | |
| | | 95:1-16 | | | | |
| | | 95:19 | | | | |
| | | 95:21-23 | | | | |
| | | 96:4-6 | | | | |
| | | 96:8-97:1 | | | | |
| | | | | 97:3-4 | | |
| | | | | 97:7-17 | | |
| | | | | 97:19 | | |
| 97:21-22 | | | | | | |
| 97:24 | | | | | | |
| 98:1-7 | | | | | | |
| | | 98:19 | | | | |
| 98:14 | | | | | | |
| 98:16-18 | | | | | | |
| 98:22 ± 99:2 | | | | | | |
| 99:4-5 | | | | | | |
| 99:8-9 | | | | | | |
| 99:11-12 | | | | | | |
| 99:16-19 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 99:21 | | | | | | |
| 99:23-24 | | | | | | |
| | | 100:2-6 | | | | |
| | | 100:9-18 | | | | |
| 100:20-22 | | | | | | |
| 100:24-25 | | | | | | |
| 101:2-3 | | | | | | |
| 101:7-9 | | | | | | |
| 101:11-12 | | | | | | |
| | | 103:14-17 | | | | |
| | | 103:19-20 | | | | |
| | | 103:22-24 | | | | |
| | | | | 103:25 | | |
| | | 104:1-3 | | | | |
| | | 104:8-20 | | | | |
| | | 104:22-25 | | | | |
| | | 105:4 | | | | |
| | | 105:6-7 | | | | |
| | | 105:11 | | | | |
| | | 105:13-15 | | | | |
| | | 105:17 | | | | |
| | | 105:19-25 | | | | |
| | | 106:1-15 | Objection to 106:16, incomplete question | | | |
| 109:2-9 | | | | | | |
| 109:14-18 | | | | | | |
| 110:24±111:5 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| 111:8 | | | | | | |
| 111:10-11 | | | | | | |
| 111:17-22 | | | | | | |
| | | 111:23-112:3 | | | | |
| 112:4-5 | | | | | | |
| 112:7 ± 113:2 | | | | | | |
| | | | | 113:3-9 | | |
| | | | | 113:13-114:6 | | |
| | | | | 114:10-22 | | |
| | | 115:11-14 | | | | |
| | | 115:17 | | | | |
| | | 115:19-22 | | | | |
| | | 116:1 | | | | |
| 116:23±117:1 | | | | | | |
| 117:3 | | | | | | |
| 117:5±118:14 | | | | | | |
| | | 118:15-19 | F.R.E. 602 lack of foundation | | | |
| 118:25±119:12 | | | | | | |
| 119:15 | | | | | | |
| 119:17 ± 120:1 | | | | | | |
| 120:7 | | | | | | |
| 120:9-10 | | | | | | |
| 120:12-13 | | | | | | |
| 120:20 | | | | | | |
| 121:20±122:14 | | | | | | |
| 122:18 | | | | | | |
| | | 123:2-5 | F.R.E. 602 lack of foundation | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" sustained |
|---|---|---|---|---|---|---|
| | | 123:7-13 | | | | |
| 123:18 ± 124:7 | | | | | | |
| 124:20 | | | | | | |
| 124:22 ± 125:1 | | | | | | |
| 125:4-5 | | | | | | |
| 125:7-10 | | | | | | |
| 125:12 | | | | | | |
| 125:14-15 | | | | | | |
| 125:17 | | | | | | |
| 125:19-21 | | | | | | |
| | | 125:22-24<br>126:4-5 | F.R.E. 602 lack of foundation | | | |
| | | 126:7-127:4 | F.R.E. 602 lack of foundation | | | |
| 127:5-11 | | | | | | |
| 127:14 | | | | | | |
| 127:16-21 | | | | | | |
| 127:24 ± 128:9 | | | | | | |
| 128:11-12 | | | | | | |
| 128:14 | | | | | | |
| 128:19 ± 129:5 | | | | | | |
| 129:9-14 | | | | | | |
| 129:16 | | | | | | |
| 129:18-20 | | | | | | |
| 129:22 | | | | | | |
| 129:24 ± 130:2 | | | | | | |
| 130:5-8 | | | | | | |
| 130:10-11 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 130:14 | | | | | | |
| 130:16 | | | | | | |
| 130:19 | | | | | | |
| 130:21-24 | | | | | | |
| 133:4-7 | | | | | | |
| 133:10-14 | | | | | | |
| 133:16-21 | | | | | | |
| 133:24 | | | | | | |
| 134:1-2 | | | | | | |
| 134:8 | | | | | | |
| 134:11 | | | | | | |
| 134:13-15 | | | | | | |
| 134:17-18 | | | | | | |
| 134:22-23 | | | | | | |
| 134:25 ± 135:9 | | | | | | |
| | | 135:10-11 | | | | |
| | | 135:13-18 | | | | |
| 136:1±13 | | | | | | |
| 136:16-19 | | | | | | |
| 136:21 | | | | | | |
| 136:25 | | | | | | |
| 137:4-7 | | | | | | |
| 137:13 | | | | | | |
| 137:15-16 | | | | | | |
| 137:20 | | | | | | |
| 137:22-25 | | | | | | |
| 138:3-6 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 138:18-20 | | | | | | |
| 138:22 | | | | | | |
| 138:24 ± 139:1 | | | | | | |
| 139:5 | | | | | | |
| 139:7-12 | | | | | | |
| | | 140:23-25 | | | | |
| | | 141:4-14 | | | | |
| | | 141:17-19 | | | | |
| | | 141:21<br>142:13 | | | | |
| | | 142:17-18 | | | | |
| | | 142:20-22 | | | | |
| | | 142:24-<br>143:11 | F.R.E. 401, 402, 403;<br>barred<br>by Motion in Limine re:<br>other | | | |
| | | 143:12-13<br>143:20<br>143:22-<br>144:19 | F.R.E. 401, 402, 403;<br>barred<br>by Motion in Limine re:<br>other<br>products (Doc. No. 606);<br>lack<br>of F.R.E. 701 foundation; | | | |
| 149:15-20 | | | | | | |
| 151:2-6 | | | | | | |
| 151:12-13 | | | | | | |
| 151:18-20 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 151:22-25 | | | | | | |
| 152:6-11 | | | | | | |
| | | 154:17-24 | | | | |
| | | 155:4-12 | | | | |
| | | 155:17 | | | | |
| 155:19-22 | | | | | | |
| 156:2 | | | | | | |
| | | 156:4-7 | | | | |
| | | | | 156:10-13 | | |
| | | | | 156:17-157:5 | | |
| | | | | 157:8 | | |
| 157:10 ± 158:3 | | | | | | |
| 158:6-8 | | | | | | |
| 158:17 ± 159:3 | | | | | | |
| 159:6-18 | | | | | | |
| 162:1-9 | | | | | | |
| 162:11-13 | | | | | | |
| 162:15-18 | | | | | | |
| 162:22-23 | | | | | | |
| | | 163:4-5 | | | | |
| 163:6-9 | | | | | | |
| 163:14-19 | | | | | | |
| 164:1-6 | | | | | | |
| 164:11-16 | | | | | | |
| 164:18-20 | | | | | | |
| 164:22-23 | | | | | | |
| 166:8-13 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 167:6-10 | | | | | | |
| 168:3-6 | | | | | | |
| 168:11 | | | | | | |
| 168:13± 69:11 | | | | | | |
| 169:13-14 | | | | | | |
| 169:21-22 | | | | | | |
| 169:24 | | | | | | |
| 170:2-3 | | | | | | |
| 170:5-18 | | | | | | |
| 170:21-22 | | | | | | |
| 170:24 ± 171:2 | | | | | | |
| 171:8-9 | | | | | | |
| | | 171:11-21<br>172:6-10 | F.R.E. 401, 402, 403; lack of<br>F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by | | | |
| | | | | | | |
| 172:13-24 | | | | | | |
| 173:2-19 | Fed. R. Evid. 402, 403, 404 | | Testimony regarding Defendants¶ responses, discussions and actions after receiving Rottlund¶s cease and desist letter is relevant to<br>infringement, and intentional | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | | admissibility of the document in question is not at issue in Defendants¶ pending | | | |
| 173:24 | | | | | | |
| 174:1-4 | | | | | | |
| 174:8-10 | | | | | | |
| 174:12-14 | | | | | | |
| 174:21 ± 175:3 | | | | | | |
| 175:6 | | | | | | |
| 175:19-24 | | | | | | |
| 176:4-5 | | | | | | |
| 176:7-16 | Barred by Motion in Limine | | Testimony regarding Defendants¶ responses, discussions and actions after receiving Rottlund¶s cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the | | | |
| 176:20-21 | | | | | | |
| 176:23-25 | | | | | | |
| 177:2 | | | | | | |
| 177:4-6 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 177:8 | | | | | | |
| 177:10-12 | | | | | | |
| 177:15 | | | | | | |
| 178:2-3 | | | | | | |
| 178:5 | | | | | | |
| 178:7 | | | | | | |
| 178:9-10 | | | | | | |
| 178:16-17 | | | | | | |
| 178:19-20 | | | | | | |
| 178:25 | | | | | | |
| 179:2-8 | | | | | | |
| 179:12 | | | | | | |
| 179:18-19 | | | | | | |
| 179:21-23 | Barred by Motion in Limine | | Testimony regarding Defendants¶ responses, discussions and actions after receiving Rottlund¶s cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants¶ pending Motion | | | |
| 180:3 | | | | | | |
| 180:5 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 180:9 | | | | | | |
| 180:11-13 | | | | | | |
| 180:17-18 | | | | | | |
| 180:19-21<br>180:24 | Barred by Motion in Limine | | Testimony regarding Defendants¶ responses, discussions and actions after receiving Rottlund¶s cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants¶ pending Motion in Limine | | | |
| 181:1-3 | | | | | | |
| 181:7-8 | | | | | | |
| 181:10-12 | | | | | | |
| 181:15 | | | | | | |
| 181:17± 82:17 | | | | | | |
| 182:22-24 | | | | | | |
| 183:1-5 | | | | | | |
| 183:8 | | | | | | |
| 183:10 | | | | | | |
| 183:25 ± 184:1 | | | | | | |
| 184:3-6 | | | | | | |
| 184:8-16 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 184:19 | | | | | | |
| 184:21-24 | | | | | | |
| 185:1-4 | | | | | | |
| 185:8-21 | | | | | | |
| 185:23 ± 186:1 | | | | | | |
| 186:4-9 | | | | | | |
| 186:11-13 | | | | | | |
| 186:17-20 | | | | | | |
| 188:6-9 | | | | | | |
| 188:12-17 | | | | | | |
| 188:19-22 | | | | | | |
| 189:1-4 | | | | | | |
| 189:6 | | | | | | |
| 189:8 | | | | | | |
| 189:10 | | | | | | |
| 189:13-14 | | | | | | |
| 189:16 | | | | | | |
| 189:19 | | | | | | |
| 189:21-23 | | | | | | |
| 190:2-14 | | | | | | |
| 190:16 | | | | | | |
| 190:20-22 | | | | | | |
| 190:24 | | | | | | |
| 191:1 | | | | | | |
| 191:5-14 | | | | | | |
| 191:21 | | | | | | |
| 191:23-24 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 192:2 | | | | | | |
| 192:4 | | | | | | |
| 195:15-17<br>195:20 | F.R.E. 402, 403, 404, 608 | | F.R.E. 404(b) | | | |
| 199:13 | | | | | | |
| 199:19 | | | | | | |
| 199:21 | | | | | | |
| 199:25 | | | | | | |
| 200:2-3 | | | | | | |
| 200:6 | | | | | | |
| 200:18-19 | | | | | | |
| 201:22-23 | | | | | | |
| 202:6-7 | | | | | | |
| 202:9-12 | | | | | | |
| 203:4-9 | | | | | | |
| 203:14 ± 204:1 | | | | | | |
| 204:5-8 | | | | | | |
| 204:10-12 | F.R.E. 402, 403 | | | | | |
| | | 204:13-21 | F.R.E. 401, 402, 403 | | | |
| 205:3-4 | | | | | | |
| 205:11 | | | | | | |
| 205:23 ± 206:2 | | | | | | |
| 206:4-7 | | | | | | |
| 206:10 | | | | | | |
| 206:12-15 | | | | | | |
| 206:19 | | | | | | |
| 206:21-22 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 207:3-5 | | | | | | |
| 207:7-8 | | | | | | |
| 207:12 | | | | | | |
| 207:14 | | | | | | |
| 207:16 | | | | | | |
| 207:19 | | | | | | |
| 207:24 | | | | | | |
| 208:1-4 | | | | | | |
| 208:8-9 | | | | | | |
| 208:11 | | | | | | |
| 208:15 | | | | | | |
| 208:17-18 | | | | | | |
| 208:24 | | | | | | |
| 216:23-25 | | | | | | |
| 217:7 | | | | | | |
| 217:9-11 | | | | | | |
| 217:14-15 | | | | | | |
| 217:17 ± 218:8 | | | | | | |
| 218:13-15 | | | | | | |
| 218:17-21 | | | | | | |
| 219:4-7 | | | | | | |
| 219:9-15 | | | | | | |
| 219:20 | | | | | | |
| 219:22 ± 220:4 | | | | | | |
| 220:7 | | | | | | |
| 220:9-11 | | | | | | |
| 220:13-14 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 220:16-24 | | | | | | |
| 221:8-9 | | | | | | |
| 221:11-13 | | | | | | |
| 221:16-19 | | | | | | |
| 221:21-23 | | | | | | |
| 222:1-4 | | | | | | |
| 222:6-8 | | | | | | |
| 222:15-16 | | | | | | |
| 222:18-24 | | | | | | |
| 223:1 | | | | | | |
| 223:3-6 | | | | | | |
| 223:11-12 | | | | | | |
| 223:14-17 | | | | | | |
| 223:22-23 | | | | | | |
| 223:25 ± 224:4 | | | | | | |
| 224:12-14 | | | | | | |
| 224:16-17 | | | | | | |
| 224:24 ± 225:10 | | | | | | |
| 225:13 | | | | | | |
| 225:19 | | | | | | |
| 225:21 ± 226:7 | | | | | | |
| | | 226:9-12 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 226:13-14 | | | | | | |
| 226:23 ± 227:3 | | | | | | |
| 227:5-8 | | | | | | |
| 227:14-23 | | | | | | |
| 228:21-25 | | | | | | |
| 229:8-9 | | | | | | |
| 229:11-12 | | | | | | |
| 229:20-25 | | | | | | |
| 249:25 ± 250:11 | | | | | | |
| 250:17 | | | | | | |
| 250:19-20 | | | | | | |
| 250:24 ± 251:2 | | | | | | |
| 251:4-5 | | | | | | |
| 251:11-15 | | | | | | |
| 251:17-19 | | | | | | |
| 251:22-23 | | | | | | |
| 251:25 ± 252:3 | | | | | | |
| 252:5-7 | | | | | | |
| 252:9-12 | | | | | | |
| 252:14-16 | | | | | | |
| 252:18-21 | | | | | | |
| 253:1-20 | | | | | | |
| 253:23-24 | | | | | | |
| 254:1 | | | | | | |
| 254:4-5 | | | | | | |
| 254:12 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 254:17 | | | | | | |
| 254:19-20 | | | | | | |
| 254:23-25 | | | | | | |
| 255:2-4 | | | | | | |
| 255:6-7 | | | | | | |
| 255:9-16 | | | | | | |
| 255:20 ± 256:1 | | | | | | |
| 256:3-11 | | | | | | |
| 256:14-15 | | | | | | |
| 256:17-18 | | | | | | |
| 256:25 ± 257:3 | | | | | | |
| 258:11-12 | | | | | | |
| 258:16-20 | | | | | | |
| 258:22-24 | | | | | | |
| 259:7 | | | | | | |
| 259:12-25 | | | | | | |
| 260:5-7 | | | | | | |
| 260:9-10 | | | | | | |
| 260:13-14 | | | | | | |
| 260:21 | | | | | | |
| | | 261:4-8 | | | | |
| 261:10-12 | | | | | | |
| 261:18 | | | | | | |
| 262:6-8 | | | | | | |
| 262:13-14 | | | | | | |
| 263:3-5 | | | | | | |
| | | 263:23-24 | F.R.E. 401, 402, 403, | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | | 608 | | | |
| 265:24 ± 270:21 | | | | | | |
| | | 271:18 272:23 | | | | |
| | | | | 272:24-273:8 | | |
| | | 273:9-18 | | | | |
| | | 273:19-25 | F.R.E. 401, 402, 403 | | | |
| | | 274:1 | (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff¶s favor); F.R.E. 701 lack of foundation; improper 702 testimony; barred by Court¶s 11/1/04 | | | |
| 274:15 ± 275:6 | | | | | | |
| | | 275:7-11 | | | | |
| | | 275:12-275:14 | F.R.E. 611(c) | | | |
| | | 275:15-19 | | | | |
| | | 275:20-23 | F.R.E. 611(c) | | | |
| | | 275:24-276:3 | | | | |
| | | 276:4-6 | F.R.E. 611(c) | | | |
| | | 276:7-11 | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 276:12-18 | F.R.E. 602 (³all the architects), 611(C) | | | |
| | | 276:19-21 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff¶s favor) | | | |
| | | 276:22-25 | | | | |
| | | 277:1-277:5 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff¶s favor) | | | |
| | | 285:25 286:24 | | | | |
| | | 287:14-21 | Lack of F.R.E. 602 foundation; lack of F.R.E. 701 foundation | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | | in Plaintiff¶s favor) | | | |
| | | 288:1-3 | | | | |
| | | 288:4-18 | Lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order; non responsive narrative | | | |
| | | 290:2-10<br>290:20-23 | Lack of F.R.E. 602 and 701 foundation | | | |
| | | 290:24-291:1 | | | | |
| | | 305:9-23 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law | | | |
| | | 305:24 – 306:7 | | | | |
| | | 306:8-306:15 | 611(c); lack of F.R.E. 602 and 701 foundation; barred by Motion in Limine re: other | | | |

**MOORE, LARRY** - 9/4/03

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 6:15-16 | | | | | | |
| | | 25:3-5<br>25:9-18<br>25:20-21<br>25:25<br>26:1-4<br>26:8-21<br>26:23-24<br>27:5-10<br>27:14-25 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order | | | |
| 34:6-22 | | | | | | |
| | | 35:14-25<br>36:1-12<br>36:16-23<br>36:25<br>37:1-2<br>37:9-14<br>37:16-18<br>37:20-22<br>37:24-25<br>38:1-2<br>38:5-8<br>41:24-25<br>42:1-2 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order; lack of F.R.E. 602 foundation | 36:13-15<br>37:3-8 | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 42:5-6 | | | | |
| 63:23 ± 64:2<br>64:5-6<br>64:8-9<br>64:12-13<br>64:15-25<br>65:23 ± 66:1<br>69:23 ± 70:3<br>70:13-21<br>71:17-18<br>76:8-9<br>76:12 ± 77:12<br>77:16<br>77:18-20<br>77:24<br>78:1-4<br>78:8<br>78:10-13<br>78:19<br>78:21-23<br>79:3-11<br>81:2-25<br>88:10-25<br>89:4-5<br>89:7-11<br>89:14-19<br>90:12 ± 91:5<br>91:9-10 | Fed. R. Evid. 402, 403 | | Testimony concerning Defendants¶ joint defense agreement is relevant to infringement, intentional infringement, willfulness, pre trial discovery disputes, bias; F.R.E. 404(b) impeachment | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 91:12-15 | F.R.E. 402, 403 | | | | | |
| 91:25 ± 92:1 | F.R.E. 402, 403 | | | | | |
| 92:3-6 | F.R.E. 402, 403 | | | | | |
| 92:8-21 | F.R.E. 402, 403 | | | | | |
| 92:24 ± 93:1 | F.R.E. 402, 403 | | | | | |
| 93:6-7 | F.R.E. 402, 403 | | | | | |
| 93:9-10 | F.R.E. 402, 403 | | | | | |
| 93:13-14 | F.R.E. 402, 403 | | | | | |
| 93:16-17 | F.R.E. 402, 403 | | | | | |
| 93:20-21 | F.R.E. 402, 403 | | | | | |
| 93:23-25 | F.R.E. 402, 403 | | | | | |
| 94:5 | F.R.E. 402, 403 | | | | | |
| 94:7-15 | F.R.E. 402, 403 | | | | | |
| 94:19-20 | F.R.E. 402, 403 | | | | | |
| 94:22-25 | F.R.E. 402, 403 | | | | | |
| 95:3-4 | F.R.E. 402, 403 | | | | | |
| 95:6-7 | F.R.E. 402, 403 | | | | | |
| 95:10 | F.R.E. 402, 403 | | | | | |
| 95:12 ± 96:8 | F.R.E. 402, 403 | | | | | |
| 96:12 ± 97:2 | F.R.E. 402, 403 | | | | | |
| 97:4-5 | F.R.E. 402, 403 | | | | | |
| 97:7-16 | F.R.E. 402, 403 | | | | | |
| 98:1-13 | F.R.E. 402, 403 | | | | | |
| 98:16-17 | F.R.E. 402, 403 | | | | | |
| 98:19 ± 99:8 | F.R.E. 402, 403 | | | | | |
| 99:10-11 | F.R.E. 402, 403 | | | | | |
| 99:13-21 | F.R.E. 402, 403 | | | | | |
| 104:2-25 | Fed. R. Evid. | | Testimony concerning the | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | 402, 403 | | contents of Larry¶s Moore¶s design file, including document related to Competition Product Survey, sent to Town & Country¶s counsel is relevant to infringement, intentional infringement, willfulness, pre trial discovery disputes, bias; F.R.E. 404(b) impeachment | | | |
| 105:1± 05:19 | F.R.E. 402, 403 | | | | | |
| 105:22-23 | | | | | | |
| 134:10-12 | | | | | | |
| 134:14±135:1 | | | | | | |
| 136:17±137:3 | | | | | | |
| 137:6-9 | | | | | | |
| | | 152:14-16 | | | | |
| | | 152:19-25 | | | | |
| | | 153:1-4 | | | | |
| | | 153:6-14 | | | | |
| | | | | 153:15-23 | | |
| | | 153:24-25 | | | | |
| | | 154:1-4 | | | | |
| | | 154:8-10 | | | | |
| | | | | 154:11-20 | | |
| | | | | 154:24-155:7 | | |
| | | | | 155:10-156:10 | | |
| | | | | 156:12-20 | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 174:6 | | | | 156:24-25 | | |
| 174:8-25 | | | | 157:3-11 | | |
| | | | | 157:23-158:3 | | |
| | | | | 158:6-18 | | |
| | | | | 158:21-159:3 | | |
| | | | | 159:6-12 | | |
| | | | | 159:15-25 | | |
| | | | | 160:3-4 | | |
| | | | | 160:7 | | |
| | | | | 160:9 | | |
| | | | | 160:23-161:8 | | |
| | | | | 161:12 | | |
| | | | | 163:16-19 | | |
| | | | | 163:22 | | |
| | | 197:9-25<br>198:1-22 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order; F.R.E. 401, 402 and 403 | | | |
| | | 209:13-25<br>210:1-21 | 611(c); lack of F.R.E. 602 foundation | | | |
| 211:2-20 | | | | | | |

**MOORE, LARRY - 2/17/04**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 219:2 | | | | | | |
| 219:19-23 | | | | | | |
| | | 219:24 | | | | |
| 219:25 ± 220:19 | | | | | | |
| 221:3-13 | | | | | | |
| 221:17 ± 222:11 | | | | | | |
| | | 222:12-16 | | | | |
| 222:17-24 | | | | | | |
| 224:6 ± 225:14 | | | | | | |
| | | 225:15-22 | | | | |
| 226:10 ± 227:1 | | | | | | |
| 227:4-14 | | | | | | |
| 227:17 ± 228:17 | | | | | | |
| 229:8-11 | | | | | | |
| 229:17 ± 230:7 | | | | | | |
| 230:10-11 | | | | | | |
| | | 231:6-9 | | | | |
| | | 232:5-9 | | | | |
| | | 232:12-20 | | | | |
| 232:21 ± 234:8 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| | | 234:9-11<br>234:15-235:3 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other products (Doc. No. 606); lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order | | | |
| 235:4±36:11 | | | | | | |
| 238:6-9 | | | | | | |
| 238:12 | | | | | | |
| 238:14-15 | | | | | | |
| 239:12-17 | | | | | | |
| 239:20±240:2 | | | | | | |
| 243:7-11 | | | | | | |
| | | 243:12-15 | | | | |
| 243:16-244:18 | | | | | | |
| 244:21-25 | | | | | | |
| 248:1±251:16 | | | | | | |
| 252:8-24 | | | | | | |
| 253:5-8 | | | | | | |
| 253:11-14 | | | | | | |
| 258:22±259:4 | | | | | | |
| 259:6-9 | | | | | | |
| 262:21±263:6 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 263:11-17 | | | | | | |
| 264:10-265:10 | | | | | | |
| 265:14-16 | | | | | | |
| 265:19-21 | | | | | | |
| 265:25 ± 267:14 | | | | | | |
| 267:24 ± 268:3 | | | | | | |
| 270:23 ± 271:16 | | | | | | |
| 271:19 ± 272:4 | | | | | | |
| 272:6 ± 273:5 | | | | | | |
| | | 273:6-7<br>273:10-20 | Asked and answered | | | |
| 275:6-10 | | | | | | |
| 275:23-24 | | | | | | |
| 276:3 | | | | | | |
| | | 276:5-16 | Lack of F.R.E. 602 and 701 foundation | 276:17-20 | | |
| 278:3-5 | | | | | | |
| 278:7-279:6 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony is relevant to infringement, intentional infringement, and willfulness; F.R.E. 404(b) impeachment | | | |
| 279:7 ± 279:9 | F.R.E. 402, 403, 404, 608 | | | | | |
| 279:12-13 | | | | | | |
| 280:4-7 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to' Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 281:11 ± 282:23 | | | | | | |
| 283:7-10 | | | | | | |
| | | 283:11-12 | | | | |
| 283:13 ± 284:4 | | | | | | |
| | | 284:5-10 | | | | |
| | | 284:14-16 | | | | |
| 284:17 ± 20 | | | | | | |
| | | 290:10-12<br>290:15-18<br>290:24-291:2<br>291:5-21<br>292:7-25<br>298:9-14<br>298:24<br>299:1-301:4<br>301:7-302:10 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order | 291:22-25 | | |
| 302:22 ± 303:4 | | | | | | |
| 306:9-19 | | | | | | |
| 306:23 ± 307:5 | | | | | | |
| 308:18-21 | | | | | | |
| 315:23 ± 315:25 | F.R.E. 402, 403 | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to' Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 316:1-4<br>316:7-9<br>316:12-13<br>316:16<br>316:25 ± 317:2<br>317:6-11<br>317:20 ± 319:1<br>319:4-6<br>319:9-14<br>319:17 ± 320:9<br>320:12-25 | Fed. R. Evid. 402, 403 | | Testimony regarding pre-trial discovery disputes is relevant to intentional infringement, Defendants¶ joint defense agreement, and bias; F.R.E. 404(b) impeachment | | | |
| 323:1-21 | | | | | | |
| 323:23 ± 324:3 | | | | | | |
| 324:5-17 | | | | | | |
| | | 324:21-325:23 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order | | | |
| 326:7 ±327:9 | | | | | | |
| 329:21 ± 331:20 | | | | | | |
| 332:4 ± 333:9 | | | | | | |
| 333:13 ± 334:7 | | | | | | |
| | | 334:22-335:1 | | | | |
| | | 335:4-8 | | | | |
| | | | | 335:9-17 | | |
| | | | | 335:21-24 | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to' Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 335:25 ± 336:14 | | | | | | |
| 336:17 ± 337:16 | | | | | | |
| 337:19-23 | | | | | | |
| 338:4-19 | | | | | | |
| | | 338:20 – 339:22, 24 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court¶s 11/1/04 Order | | | |
| 340:4-12 | | | | | | |
| | | 340:25-341:6 | | | | |
| | | 341:7-11 | F.R.E. 802 | | | |
| 342:5-343:12 | | | | | | |
| | | 343:14-17 | Speculation | | | |
| 343:18 ± 344:4 | | | | | | |
| 345:5-10 | | | | | | |
| 345:13-15 | | | | | | |
| 345:18 ± 346:20 | | | | | | |
| 346:23 ± 347:6 | | | | | | |
| | | 347:7-9 | Speculation | | | |
| 347:10 ± 348:4 | | | | | | |
| 348:9-16 | | | | | | |
| 348:21-23 | | | | | | |
| 349:2-14 | | | | | | |
| | | 353:23-355:4 | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling "O" Over-ruled; "S" Sustained |
|---|---|---|---|---|---|---|
| 360:21 ± 361:12<br>361:15 ± 362:3<br>362:6-23<br>363:1-8<br>363:23-364:25<br>365:1 ± 365:15<br>370:2-9 | F.R.E. 402, 403<br>F.R.E. 402, 403<br>F.R.E. 402, 403<br>F.R.E. 402, 403<br>F.R.E. 402, 403<br>F.R.E. 402, 403 | | Testimony is relevant to pre-trial discovery disputes, infringement, Defendants¶ tours of Plaintiff¶s copyrighted products, and intentional infringement | | | |

Date: November 13, 2004

s/ Ben Patrick

Holly J. Newman, #026457X
John Benjamin Patrick, #312460
**Attorneys for Defendant Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.**
901 Marquette Avenue, Suite 1400
Minneapolis, MN 55402
Telephone: 612-305-1400

MEN/men#725182v1