UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

Civil No. 01-1980 (DSD/SRN)

**STIPULATION OF DISMISSAL OF ALL CLAIMS BETWEEN DEFENDANTS**

It is hereby stipulated and agreed by and between Defendants Town & Country Homes, Inc., Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc., (collectively referred to as the "Defendants" and individually as a "Defendant"), by and through their respective undersigned counsel of record, that all claims and causes of action pleaded or alleged by or on behalf of any Defendant against any other Defendant, shall be and

are hereby dismissed with prejudice, without an award of costs or disbursements to any Defendant.

Dated: November 14, 2004

By: /s/
Darren B. Schwiebert (MN Bar #260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

Attorneys for Defendant Town & Country Homes, Inc.

Dated: November 14, 2004

By: /s/
Holly J. Newman (MN Bar #026457X)
Ben Patrick (MN Bar #312460)
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402-2859
Telephone: (612) 305-1436

Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.

JBP/jbp#725228v1