UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S AMENDED WITNESS LIST**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund"), reserves the right to call any and all of the following witnesses in connection with the trial of the above-captioned matter.

1. **Karen J. Albertson**
   **ROTTLUND HOMES**
   **3065 Centre Pointe Drive**
   **Roseville, MN 55113**

   Ms. Albertson is expected to testify, among other things, about Rottlund's corporate policy of placing copyright notices on all of its designs. She is also expected to testify that several former Rottlund employees who left Rottlund and went to work for Town & Country had access to Rottlund's copyrighted Villa product designs while working for Rottlund and prior to the time they began working for Town & Country.

2. **Linda Alfson (Schemmel)**
**DESIGN DEVELOPMENT, INC.**
**725 Linnwill Place**
**West Des Moines, IA 50265**

Rottlund intends to call Ms. Alfson to testify live at trial, and if she is unavailable, Rottlund intends to offer at trial to read portions of Ms. Alfson's fact deposition transcript that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Ms. Alfson's live testimony will comport with the designated portions of her deposition transcript.

3. **Paul J. Anderson**
**PINNACLE CORPORATION, d/b/a TOWN & COUNTRY HOMES**
**1806 South Highland Avenue**
**Lombard, Illinois 60148**
**AND**
**TOWN & COUNTRY HOMES, INC.**
**7615 Smetana Lane**
**Eden Prairie, MN 55344**

Rottlund intends to call Mr. Anderson to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Anderson's video-taped fact and Rule 30(b)(6) deposition transcripts that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Anderson's live testimony will comport with the designated portions of his deposition transcript.

4. **Peter Brennan, Esq.**
**PINNACLE CORPORATION d/b/a TOWN & COUNTRY HOMES**
**1806 South Highland Avenue**
**Lombard, Illinois 60148**

Mr. Brennen is expected to testify about, among other things, land acquisitions for Pinnacle and TCM (the same matters identified in Pinnacle Corporation and Town & Country Homes, Inc.'s Proposed Witness List), including affordability, density and life-cycle housing requirements. Rottlund may also inquire about the Town & Country Defendants' receipt of Rottlund's cease and desist letter and actions taken thereafter.

5. **Douglas N. Buster**
**BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS**
**1530 East Dundee Road, Suite 360**
**Palatine, Illinois 60067**

Rottlund intends to call Mr. Douglas Buster to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Buster's video-taped Rule 30(b)(6) deposition transcript that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Buster's live testimony will comport with the designated portions of his deposition transcript.

6. **Roger. E. Conhaim**
**CONHAIN ASSOCIATES, INC.**
**2566 West Lake of the Isles Blvd.**
**Minneapolis, MN 55405**

Mr. Conhaim is expected to testify, among other things, that in the 1980s, Rottlund, with its Original Villa town home product, was the first builder in Minnesota to construct a back-to-back town home. He is also expected to testify that he was retained by Rottlund to prepare a study regarding the feasibility of first constructing and selling the Original Villa town home and he informed Rottlund that this product would not succeed in the Minnesota market.

7. **Anthony S. Desnick**
**EGS ARCHITECTS**
**500 Washington Ave., So. #1080,**
**Minneapolis, MN 55415**

Mr. Desnick is expected to testify as an expert witness on liability issues in this matter. Among other things, he is expected to testify about the architectural design process, how a design such as the back-to-back town home designs at issue in this matter are independently created and the direct evidence of copying that demonstrates the Defendants did not independently create the Minnesota Homestead Collection, the Washington Square Homestead Collection, or the Chateau Collection designs. He is also expected to testify that the architects involved, which include Town & Country's in-house architect, violated the ethical standards of the AIA when they directly copied from Rottlund's designs and as-built structures. In addition, if the Defendants are allowed to offer testimony regarding substantial similarity of ideas, substantial similarity of expression, or substantial similarities in the objective details of the works, then Mr. Desnick will likely testify on these matters as well. He may also testify about the other matters set forth in his expert disclosures.

8. **Todd Dosch**
**METRO FIRE PROTECTION, INC.**
**8145 Lake Drive**
**Lino Lakes, MN**

Mr. Dosch is expected to testify about, among other things, the fact that Rottlund designed the sprinkler room design in its Villa products and that there are many different designs for housing sprinkler systems in back-to-back town homes.

9. **Krista R. Flemming**
**5295 132nd Court**
**Savage, MN 55378**

Ms. Flemming is expected to testify about, among other things, her internal communications at Town & Country and her external communications with BSB regarding the Homestead Collection designs, and some of the Rottlund design documents that she forwarded to BSB.

10. **Kathleen M. Gardas**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, Minnesota 55113**

Ms. Gardas is expected to testify, among other things, about Rottlund's corporate policy of placing copyright notices on all of its designs. She is also expected to testify about Rottlund's policies and procedures for placing its bidding documents which reflect Rottlund's designs out for bid, including the set of bidding documents for the Villa product which was sent to Metro Fire. She is also expected to testify that several former Rottlund employees who left Rottlund and went to work for Town & Country had access to Rottlund's copyrighted Villa product designs while working for Rottlund and prior to the time they began working for Town & Country.

11. **Dan Geegan**
**4103 West 144th Street**
**Savage, MN 55378**

Mr. Geegan is expected to testify about his employment with Rottlund and his access to Rottlund's Villa product designs and buildings before he left and went to work for Town & Country and became a member of its red-line team for the Homestead Collection preliminary designs. He is also expected to testify about his communications with Metro Fire, BSB, and some of the Rottlund design documents that he forwarded to BSB.

12. **James Grundmeier**
**BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS, INC.**
**1601 West Lakes Parkway, Suite 200**
**West Des Moines, IA 50266**

Rottlund intends to call Mr. Grundmeier to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Grundmeier's video-taped fact and Rule 30(b)(6) deposition transcripts that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Grundmeier's live testimony will comport with the designated portions of his deposition transcript.

13. **Timothy J. Johnson**
**8525 Timberwood Road**
**St. Paul, MN 55125**

Mr. Johnson is expected to testify about his employment with Rottlund and his access to Rottlund's Villa product designs and buildings before he left and went to work for Town & Country and became a member of its red-line team for the Homestead Collection preliminary designs. He is also expected to testify about his communications with BSB and some of the Rottlund design documents that he forwarded to BSB.

**14. Chris A. Jorgensen**
**BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS, INC.**
**1601 West Lakes Parkway, Suite 200**
**West Des Moines, IA 50266**

Rottlund intends to call Mr. Chris Jorgensen to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Jorgensen's video-taped fact and Rule 30(b)(6) deposition transcripts that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Jorgensen's live testimony will comport with the designated portions of his deposition transcript.

**15. Jason Jorgenson**
**ROTTLUND HOMES OF IOWA, INC.**
**3636 Westown Parkway**
**West Des Moines, Iowa 50266**

Mr. Jason Jorgenson is expected to identify several former Rottlund employees and explain that they had access to the Villa product designs and structures while they worked at Rottlund but before they left and went to work for Town & Country.

**16. Stephen A. Kahn**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, MN 55113**

Mr. Kahn is expected to lay the foundation, if necessary, for Rottlund's financial records and margin reports that support Rottlund's damages claim and what Rottlund would have made if it developed the developments at issue in this case with Villa II products and other products comparable to Town & Country's other products. In addition, he is expected to testify about Rottlund's capacity to acquire and develop the same developments where Town & Country is building infringing products. He may also testify as to Rottlund's damages in this matter.

**17. Dean R. Karau, Esq.**
**FREDRIKSON & BYRON**
**4000 Pillsbury Center**
**200 South Sixth Street**
**Minneapolis, MN 55402-3397**

Mr. Karau is expected to testify about, among other things, the authentication and foundation issues concerning Exhibit 225 and the materials he received outside the subpoena process from then third-party BSB which BSB could not subsequently locate in response to Rottlund's subpoena and subsequent document requests.

18. **Gerald Mazzara**
**DESIGN FORUM, INC.**
**4801 West 81st Street, Suite 101**
**Bloomington, MN 55437**

Mr. Mazzara is expected to testify about, among other things, the fact that Rottlund owns the Villa product copyright interests and that Rottlund was the first builder in the Minnesota market to design a back-to-back town home product.

19. **Beth Miller**
**BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS, INC.**
**1601 West Lakes Parkway, Suite 200**
**West Des Moines, IA 50266**

Rottlund intends to call Ms. Miller to testify live at trial, and if she is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Ms. Miller's video-taped fact deposition transcript that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Ms. Miller's live testimony will comport with the designated portions of her deposition transcript.

20. **Larry W. Moore**
**BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS, INC.**
**1601 West Lakes Parkway, Suite 200**
**West Des Moines, IA 50266**

Rottlund intends to call Mr. Moore to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Moore's video-taped fact and Rule 30(b)(6) deposition transcripts that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Moore's live testimony will comport with the designated portions of his deposition transcript.

21. **Holly J. Newman, Esq.**
**MACKALL, CROUNSE & MOORE, PLC**
**1400 AT&T Tower**
**901 Marquette Avenue**
**Minneapolis, MN 55402-2859**

Ms. Newman is expected to testify about, among other things, the fact that BSB produced copies of Rottlund's Villa II construction documents from BSB's files with BSB Bates labels on these materials.

**22. Jim Onomiya - Edina Realty**
**4015 West 65th Street**
**Edina, MN 55435**

Mr. Onomiya is expected to testify about, among other things, the "Competition Shop" memoranda he prepared for Town & Country and the head-to-head competition Town & Country's Homestead Collection and other housing products created for Rottlund's Villa and other housing products in different developments in close geographic proximity.

**23. Arthur J. Plante**
**TOWN & COUNTRY HOMES, INC.**
**7615 Smetana Lane**
**Eden Prairie, MN 55344**

Mr. Plante is expected to testify about, among other things, the fact that Town & Country's Minnesota Division was unprofitable for five years, which was followed by Town & Country's decision to tour Rottlund's Villa buildings, photograph them, and copy Rottlund's Villa designs. He is also expected to testify about the three former Rottlund employees who all had access to Rottlund's Villa designs while working for Rottlund, and how he put all three employees on the red-line team for the Homestead Collection design and later hired a Rottlund in-house architect away from Rottlund. In addition, he is expected to testify about the revenues and the tremendous profits that Town & Country earned on the Homestead Collection and the Chateau Collection, and the fact that he received a substantial bonus based on the profitability of these products. He is also expected to testify about the different communities where Town & Country built its Homestead Collection and Chateau Collection and their requirements for affordable housing, density housing, life-cycle housing, and housing diversity.

24. **Bernard "Bud" J. Rotter**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, MN 55113**

Mr. Bud Rotter is expected to testify about, among other things, the history of The Rottlund Company, Inc. In addition, he is expected to explain the design process in general and why designs are important to Rottlund in establishing its role as a market leader, and the tremendous time and resources Rottlund devotes to developing designs. He is also expected to testify about the role he played during the design of the Original Villa, New Villa, and Villa II products, the market niche he identified and tried to satisfy, and the risk Rottlund took by introducing the Original Villa into the market. In addition, Mr. Bernard Rotter will explain the impact the Villa products have had on Rottlund's success in the market, and Rottlund's ability to use the Villa products to satisfy municipalities' density, affordability, life-cycle housing, and product diversity requirements and guidelines and proceed with a planned development. He will explain how Rottlund does not license its Villa designs with any third party unless that party agrees to pay to Rottlund the expected margin Rottlund would earn if it built and sold the Villa products subject to the license. He is also expected to explain the marketing effort he saw Town & Country utilize in the Minnesota market both before and after it infringed on Rottlund's Villa designs. He will likely testify as to Rottlund's capacity to acquire and develop the same developments where Town & Country is building infringing products.

25. **David H. Rotter**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, MN 55113**

Mr. David Rotter is expected to testify about, among other things, the history of The Rottlund Company, Inc. In addition, he is expected to explain the important role designs have played in the Company's success and the importance the Company places on design resource and development. Mr. David Rotter is also expected to testify about the Company's policy regarding copyrighting its designs and its decision to enforce its copyrights in this case. He will likely testify as to Rottlund's capacity to acquire and develop the same developments where Town & Country is building infringing products. In addition, Mr. David Rotter will explain the impact the Villa products have had on Rottlund's success in the market, and Rottlund's ability to use the Villa products to satisfy municipalities' density, affordability, life-cycle housing, and product diversity requirements and guidelines and proceed with a planned development. He will explain how Rottlund does not license its Villa designs with any third party unless that party agrees to pay to Rottlund the expected margin Rottlund would earn if it built and sold the Villa products subject to the license.

**26. Mike Ryan**
**PINNACLE CORPORATION, d/b/a TOWN & COUNTRY HOMES**
**1806 South Highland Avenue**
**Lombard, Illinois 60148**
**AND**
**TOWN & COUNTRY HOMES, INC.**
**7615 Smetana Lane**
**Eden Prairie, MN 55344**

Rottlund intends to call Mr. Mike Ryan to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Mike Ryan's video-taped fact deposition transcript that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Ryan's live testimony will comport with the designated portions of his deposition transcript.

**27. Thomas Ryan**
**PINNACLE CORPORATION, d/b/a TOWN & COUNTRY HOMES**
**1806 South Highland Avenue**
**Lombard, Illinois 60148**
**AND**
**TOWN & COUNTRY HOMES, INC.**
**7615 Smetana Lane**
**Eden Prairie, MN 55344**

Rottlund intends to call Mr. Tom Ryan to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Tom Ryan's video-taped fact deposition transcript that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Ryan's live testimony will comport with the designated portions of his deposition transcript.

**28. William Ryan, Sr.**
**PINNACLE CORPORATION, d/b/a TOWN & COUNTRY HOMES**
**1806 South Highland Avenue**
**Lombard, Illinois 60148**

Rottlund intends to call Mr. William Ryan to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. William Ryan's video-taped fact deposition transcript that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Ryan's live testimony will comport with the designated portions of his deposition transcript.

**29. Joseph A. Safin**
**BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS**
**1530 East Dundee Road, Suite 360**
**Palatine, Illinois 60067**

Rottlund intends to call Mr. Safin to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Safin's video-taped Rule 30(b)(6) deposition transcript that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Safin's live testimony will comport with the designated portions of his deposition transcript.

**30. Steven Sandelin**
**1314 Richmond Lane**
**Bartlett, IL 60103**

Rottlund intends to call Mr. Sandelin to testify live at trial, and if he is unavailable, Rottlund intends to offer at trial to read and/or play the portions of Mr. Sandelin's video-taped fact and Rule 30(b)(6) deposition transcripts that Rottlund designated pursuant to Local Rule 39.1(b)(1)(D). Rottlund expects that Mr. Sandelin's live testimony will comport with the designated portions of his deposition transcript.

**31. Melissa C. Snelson**
**STONEHILL GROUP, LLP**
**150 South Fifth Street #3350**
**Minneapolis, MN 55402**

Ms. Snelson is expected to testify as to the actual damages Rottlund suffered which are attributable to the infringement. In addition, she is expected to testify as to the infringers' profits the Defendants received which are attributable to infringement and the increased infringers' profits Rottlund is entitled to receive in the form of damages if the jury finds the infringement is intentional. In addition, she will testify to the amount of prejudgment interest, costs, fees, and other damages Rottlund is entitled to recover pursuant to the Copyright Act. Finally, Ms. Snelson will testify as to all the opinions and bases for the opinions which are reflected in her expert disclosures, deposition testimony, and the documents and supplemental documents the parties produced as recently as October 19, 2004.

**32. Todd Stutz**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, MN 55113**

Mr. Stutz is expected to testify about, among other things, Rottlund's policy concerning infringement of its copyrighted designs, and its investigation into the similarities between Rottlund's Villa products and the other products at issue in this case both before and after Rottlund sent its cease and desist letter to the Defendants and initiated this lawsuit. In addition, he will explain that the Defendants have continued to build and sell infringing town homes through the present time. He is also expected to testify about the approval process of planned developments within municipalities such as those where the infringing products were and are being built. Among other things, he is expected to testify to the other comparable products that Rottlund would have sold at developments where Town & Country used the infringing design to achieve approval from municipalities that have density, affordability, life-cycle housing, and product diversity guidelines and then built other products in addition to the infringing products at these developments. He will likely testify as to Rottlund's capacity to acquire and develop the same developments where Town & Country is building infringing products. He is also expected to explain how the developments where Town & Country is constructing infringing products is causing Rottlund to lose sales at Rottlund developments in close geographic vicinity to the Town & Country developments. Finally, Mr. Stutz is expected to explain Rottlund's licensing policy that Rottlund designs are not for sale unless competitor would pay Rottlund its expected profit margin for a one time license.

**33. Stephen Swanson**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, MN 55113**

Mr. Steve Swanson is expected to testify about, among other things, his visit to a Town & Country Homestead Collection town home unit that was under construction and the fact that it was virtually identical to a Villa II town home unit. He is also expected to testify about Town & Country's systemic attempts to hire Rottlund employees who had access to, and knowledge of, the Villa II designs and as-built structures and Town & Country's attempt to use a former Rottlund employee to obtain Rottlund's list of vendors, most if not all of whom also had construction documents for Rottlund's Villa products. Mr. Swanson is also expected to testify as to Rottlund's different designs for the sprinkler rooms and systems for the Villa products, and Metro Fire's role in implementing these designs. Finally, Mr. Swanson may testify about Rottlund's capacity to acquire and develop the same developments where Town & Country is building infringing products and Town & Country's use of many of the same vendors that Rottlund uses.

**34. Stephen W. Theis**
**ROTTLUND HOMES**
**3636 Westown Parkway**
**West Des Moines, Iowa 50266**

Mr. Theis is expected to testify about, among other things, how several former Rottlund employees who had access to the Villa product designs and structures while they worked at Rottlund and before they left and went to work for Town & Country. He is also expected to explain how difficult it is to design a product that has an upscale look and feel but can be constructed and sold at an affordable price, and the importance of design in building and selling town homes.

**35. Peter M. Torseth**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, MN 55113**

Mr. Torseth is expected to, among other things, lay the foundation, if necessary, for Rottlund's financial records and margin reports that support Rottlund's damages claim and what Rottlund would have made if it developed the developments at issue in this case with Villa II products and other products comparable to Town & Country's other products.

**36. Timothy M. Whitten**
**ROTTLUND HOMES**
**3065 Centre Pointe Drive**
**Roseville, MN 55113**

Mr. Whitten is expected to testify about, among other things, the design process in general, and the role he played during the design of the Original Villa, New Villa, and Villa II products in particular. In addition, he will likely explain the importance of finding niches in the market and independently creating designs from a blank sheet of paper to satisfy a market niche. He is also expected to testify as to the copyright registration process and the copyrights Rottlund holds on its Villa products. Mr. Whitten is also expected to testify about Rottlund's investigation into the similarities between Rottlund's Villa products and the other products at issue in this case both before and after Rottlund sent its cease and desist letter to the Defendants and initiated this lawsuit. He is also expected to explain the other comparable products that Rottlund would have sold at developments where Town & Country used the infringing design to achieve approval from municipalities that have density, affordability, life-cycle housing, and product diversity guidelines and then built other products in addition to the infringing products at these developments. Mr. Whitten is also expected to explain how several former Rottlund employees who had access to the Villa product designs and structures while they worked at Rottlund, who subsequently left and went to work for Town & Country.

Depending on the objections raised by the Defendants to Rottlund's trial exhibits and the Court's rulings on those objections, Rottlund reserves the right to call the following witnesses to address any admissibility issues regarding objections made to Rottlund's trial exhibits:

1. **Custodian of Records – Bloodgood Sharp Buster Architects & Planners of Iowa, Inc. ("BSB")**
**1601 West Lakes Parkway, Suite 200**
**West Des Moines, IA 50266**

   Rottlund reserves the right to call the custodian of documents from BSB to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

2. **Custodian of Records – The Bloodgroup, Inc. ("BGI")**
**1601 West Lakes Parkway, Suite 200**
**West Des Moines, IA 50266**

   Rottlund reserves the right to call the custodian of documents from BGI to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

3. **Custodian of Records – City of Apple Valley**
**Apple Valley, MN**

   Rottlund reserves the right to call the custodian of documents from the City of Apple Valley to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

4. **Custodian of Records - City of Brooklyn Park**
**Brooklyn Park, MN**

   Rottlund reserves the right to call the custodian of documents from the City of Brooklyn Park to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

5. **Custodian of Records - City of Chaska**
**Chaska, MN**

   Rottlund reserves the right to call the custodian of documents from the City of Chaska to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

6. **Custodian of Records - City of Maple Grove**
**Maple Grove, MN**

Rottlund reserves the right to call the custodian of documents from the City of Maple Grove to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

7. **Custodian of Records - City of Plymouth**
**Plymouth, MN**

Rottlund reserves the right to call the custodian of documents from the City of Plymouth to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

8. **Custodian of Records - City of Shakopee**
**Shakopee, MN**

Rottlund reserves the right to call the custodian of documents from the City of Shakopee to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

9. **Custodian of Records – Dahlgren, Shardlow and Uban, Inc.**
**300 First Avenue North, Suite 210,**
**Minneapolis, MN 55401**

Rottlund reserves the right to call the custodian of documents from Dahlgren, Shardlow and Uban, Inc. to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

10. **Custodian of Records – John Oliver & Associates, Inc.**
**580 Dodge Avenue,**
**Elk River, MN 55330**

Rottlund reserves the right to call the custodian of documents from John Oliver & Associates, Inc. to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

11. **Custodian of Records – Marquette Advisors**
410 Young Quinlan Building
81 South Ninth Street,
Minneapolis, MN 55402

Rottlund reserves the right to call the custodian of documents from Marquette Advisors to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

**12. Custodian of Records –PINNACLE CORPORATION,**
**d/b/a TOWN & COUNTRY HOMES**
**1806 South Highland Avenue**
**Lombard, Illinois 60148**

Rottlund reserves the right to call the custodian of documents from Pinnacle Corporation d/b/a Town & Country Homes to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

**13. Custodian of Records - Town & Country Homes, Inc.**
**7615 Smetana Lane**
**Eden Prairie, MN 55344**

Rottlund reserves the right to call the custodian of documents from Town & Country, Inc., to testify and address any admissibility issues regarding objections made to Rottlund's trial exhibits.

Further, depending upon the nature and scope of the Court's pretrial and evidentiary rulings, as well as the testimony offered by Defendants' witnesses, Rottlund reserves the right to offer testimony from any other necessary witness or listed witness, non-limiting description of principal areas of expected testimony, or for purposes of rebuttal or impeachment of evidence or testimony presented by the Defendants during trial. If any of the above-identified witnesses shall become unavailable to testify live at trial, Rottlund reserves the right to offer designated deposition testimony previously given in this or other matters.

Dated: November 14, 2004

s/ Craig S. Krummen
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2151746v3