UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v.

**ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon defendants' appeal of Magistrate Judge Susan R. Nelson's November 1, 2004, order granting in part and denying in part plaintiff's motion to exclude expert testimony. Based on a review of the record herein, the court finds that Magistrate Judge Nelson's order is neither clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that the order of the United States magistrate judge dated November 1, 2004 [Docket No. 619], is affirmed in all respects.

Dated: November 15, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court