UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants,

and

Town & Country Homes, Inc.,
a Minnesota corporation,

Third-Party Plaintiff,

v.

Bloodgood Sharp Buster
Architects & Planners of
Iowa, Inc., an Iowa corporation,

Third-Party Defendant.

This matter is before the court upon the appeal of defendant Town & Country Homes, Inc., from Magistrate Judge Susan R. Nelson's November 3, 2004, order denying its motion to compel. Based on a review of the record herein, the court finds that Magistrate Judge Nelson's order is neither clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that the order of the United States magistrate judge dated November 3, 2004 [Docket No. 740], is affirmed in all respects.

Dated: November 15, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court