**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & Country Homes, an Illinois corporation, Town & Country Homes, Inc., a Minnesota corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa corporation, and The Bloodgood Group, Inc., an Iowa corporation,

Defendants,

and

Town & County Homes, Inc., a Minnesota corporation,

Third Party Plaintiff,

v.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa corporation,

Third Party Defendant.

Civil No. 01-1980 (DSD/SRN)

**ORDER OF DISMISSAL OF ALL CLAIMS BETWEEN DEFENDANTS**

---

Based upon and pursuant to the Stipulation of Dismissal of all Claims Between Defendants, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that all of the claims and causes of action pleaded or alleged by or on behalf of any of the defendants against any other defendant, shall be and are hereby dismissed

with prejudice, without an award of costs or disbursements to either party. The caption shall be amended to reflect this dismissal, and shall hereinafter be as follows:

The Rottlund Company, Inc., d/b/a
Rottlund Homes, a Minnesota corporation,

Plaintiff,

v.

Pinnacle Corporation d/b/a Town & Country
Homes, an Illinois corporation, and Town &
Country Homes, Inc., a Minnesota corporation,
Bloodgood Sharp Buster Architects and Planners
of Iowa, Inc., an Iowa corporation, and The
Bloodgood Group, Inc., an Iowa corporation,

Defendants.

Dated: November 15, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court