UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation, Plaintiff, vs. Pinnacle Corporation d/b/a Town & Country Homes, an Illinois corporation, and Town & Country Homes, Inc., a Minnesota corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa corporation, and The Bloodgood Group, Inc., an Iowa corporation, Defendants. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANTS' [PROPOSED] EXHIBIT 611** |

Pursuant to Federal Rules of Evidence 402 and 403, Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund") will bring a Motion in Limine to Exclude Defendants' [Proposed] Exhibit 611.

Dated: November 19, 2004

**s/Philip R. Mahowald**
Philip R. Mahowald, #0274902
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
pmahowald@winthrop.com

2160543v1