UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois corporation, and Town & Country Homes, Inc., a Minnesota corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa corporation, and The Bloodgood Group, Inc., an Iowa corporation,<br>Defendants.. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S NOTICE OF MOTION IN LIMINE TO EXCLUDE DEFENDANTS' [PROPOSED] EXHIBIT 611** |

TO: Defendants Pinnacle Corporation and its attorneys, Christopher J. Murdoch and Matthew Farmer, HOLLAND & KNIGHT, LLC, 131 South Dearborn St., 30th Floor, Chicago, IL 60603; Town & Country Homes, Inc., and its attorneys, Darren B. Schwiebert of FREDRIKSON & BYRON, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402; and Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc., and their attorneys, Holly J. Newman, MACKALL, CROUNSE & MOORE, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund") will bring the following Motion in Limine to Exclude Defendants' [Proposed] Exhibit 611, on Monday, November 22, 2004 at 9:00 a.m. before The Honorable David S. Doty, United States District Court Judge, United States Courthouse, 300 South Fourth Street, Courtroom 14W, Minneapolis, Minnesota 55415.

This Motion is brought pursuant to Rules 402 and 403 of the Federal Rules of Evidence and is based upon all of the files, records and proceedings in this case.

Dated: November 19, 2004

**s/Philip R. Mahowald**
Philip R. Mahowald, #0274902
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
pmahowald@winthrop.com

2160546v1