UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa corporation, and The Bloodgood Group, Inc., an Iowa corporation,<br>Defendants. | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF PHILIP R. MAHOWALD IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANTS' [PROPOSED] EXHIBIT 611** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Philip R. Mahowald, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this in Support of Plaintiff's Motion *In Limine* to Exclude Defendants' [Proposed] Exhibit 611.

2. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of Defendants' Exhibit 609.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Trial Transcript.

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's Exhibit 697.

5. Attached hereto as **Exhibit D** is a true and correct copy of Defendants' [Proposed] Exhibit 611.

6. Attached hereto as **Exhibit E** is a true and correct copy of the decision, *EZ Dock, Inc. v. Schafer Systems, Inc.* (2003 WL1610781).

FURTHER YOUR AFFIANT SAITH NOT.

**s/Philip R. Mahowald**
PHILIP R. MAHOWALD, Affiant

Subscribed and sworn to before me
this 19th day of November, 2004.

**s/Colleen R. Harrigan**
Colleen R. Harrigan, Notary Public
My Commission Expires: 01/31/05

2160506v1