UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

No.: 01-CV-1980 (DSD/SRN)

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF DEFENDANTS' EXHIBITS 114, 214, 287, 291, 329, 334, and 344**

**JURY TRIAL DEMANDED**

Pursuant to Federal Rules of Evidence 104(a), 401, 402, 403, and 702 Rottlund hereby moves the Court for an Order that:

(1) Excludes the Bloodgood Defendants' Exhibit 114 and the Town & Country Homes Defendants' Exhibits 214, 287, 291, 329, 334, and 344 from evidence, and

(2) Bars the Defendants from attempting to offer similar evidence and/or argument concerning back-to-back town homes that are not offered under the Villa name in the Twin Cities and are not at issue in this case.

Dated: November 21, 2004

s/ David A. Davenport

Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2160604v1