UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants, | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S NOTICE OF MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF DEFENDANTS' EXHIBITS 114, 214, 287, 291, 329, 334, and 344**<br><br>**JURY TRIAL DEMANDED** |

TO: Defendant Pinnacle Corporation and its attorneys, Christopher J. Murdoch and Matthew Farmer, HOLLAND & KNIGHT, LLC, 131 South Dearborn St., 30th Floor, Chicago, IL 60603;

Defendant Town & Country Homes, Inc., and its attorneys, Darren B. Schwiebert of FREDRIKSON & BYRON, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402;

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc., and their attorneys, Holly J. Newman, MACKALL, CROUNSE & MOORE, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 22, 2004 at 9:00 a.m. before The Honorable David S. Doty, United States District Court Judge, United States Courthouse, 300 South Fourth Street, Suite 14W, Minneapolis, Minnesota 55415, Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes will bring the following Motion *in Limine* to Preclude the Admission of the Bloodgood Defendants' Exhibit 114, and the Town & Country Homes Defendants' Exhibits 214, 287, 291, 329, 334 and 344.

This Motion is brought pursuant to Federal Rules of Evidence 104(a), 401, 402, 403, and 702 and is based upon all of the files, records and proceedings in this case.

Dated: November 21, 2004

s/ David A. Davenport
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2160605v1