# UNITED STATES DISTRICT COURT

DISTRICT COURT

**The Rottlund Company, Inc.,**
**d/b/a Rottlund Homes,**
**a Minnesota Corporation**

**Plaintiff,**
**vs.**

**Pinnacle Corporation,**
**d/b/a Town & County Homes,**
**an Illinois Corporation, and**
**Town & County Homes, Inc., a**
**Minnesota Corporation, Bloodgood**
**Sharp Buster Architects and Planners**
**of Iowa, Inc., an Iowa Corporation,**
**and The Bloodgood Group, Inc.**

**Defendants.**

**and**

**Town & County Homes, Inc., a**
**Minnesota Corporation,**

**Third-Party Plaintiff**
**vs.**

**Bloodgood Sharp Buster Architects and**
**Planners of Iowa, Inc., an Iowa Corporation,**

**Third-Party Defendant.**

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S FIRST AMENDED EXHIBIT LIST**

**Case Number: 01-CV-1980**

Pursuant to Local Rule 39.1, Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. ("BSB") and The Bloodgood Group, Inc. ("BGI") submit the following list of exhibits that they may introduce at trial. BSB and BGI reserve the right not to introduce any exhibits listed and to offer additional or alternative exhibits at trial for rebuttal, impeachment, foundation or other purposes. BSB and BGI incorporate by reference Town & Country Homes, Inc's. ("TCM") exhibits. BSB and BGI further reserve the right to supplement this list at any time before trial if the need arises.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable David S. Doty | Robert R. Weinstine<br>Craig S. Krummen<br>David A. Davenport | Holly Newman, Ben Patrick<br>Darren B. Schwiebert<br>Christopher J. Murdoch<br>Matthew I. Farmer |
| TRIAL DATE(S)<br>November 15, 2004 | COURT REPORTER<br>Lorilee K. Fink | COURTROOM DEPUTY<br>Connie Baker |

| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 1 | | | | 03/14/2001 Redlines for Harvest Hills and Cornerstone (BSB 170-195) |
| | 2 | | | | 02/19/2001 Cornerstone Lake Redlines (BSB 147-169) |
| | 3 | | | | 02/04/2002 Cornerstone Lake Redlines (BSB 571-583) |
| | 4 | | | | 04/22/2001 Cornerstone Lake Redlines (BSB 584-600) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 5 | | | | 07/8/2002 Cornerstone Lake Redlines (BSB 424-452) |
| | 6 | | | | 07/8/2002 Providence Pointe Redlines (BSB 476-507) |
| | 7 | | | | 02/19/2001 Harvest Hills Redlines (BSB 241-271) |
| | 8 | | | | 07/8/2002 Harvest Hills Redlines (BSB 453-475) |
| | 9 | | | | 04/20/2000 Centennial Crossing Redlines (BSB 219-240) |
| | 10 | | | | 08/26/1999 Centennial Crossing Redlines (BSB 322-337) |
| | 11 | | | | Art drawings of Centennial Crossing and Cornerstone/Springbrook Homestead (BSB 107, 2028) |
| | 12 | | | | 05/23/2002 Office Record Set for Springbrook (BSB 1-3; 109-145) |
| | 13 | | | | 05/14/2002 Office Record Set for Cornerstone (BSB 77-106) |
| | 14 | | | | 04/25/2002 Office Record Set for Providence Pointe (BSB 508-539) |
| | 15 | | | | 02/15/2002 Office Record Set for Harvest Hills (BSB 54-76) |
| | 16 | | | | 07/07/2000 Office Record Set for Centennial Crossing (BSB 341-364) |
| | 17 | | | | 06/05/2001 Drawings for Cornerstone (BSB 18-27; 33-52) |
| | 18 | | | | 02/06/2001 Design Development Plans for Cornerstone (BSB 366-371; 373-389) |
| | 19 | | | | 09/10/2001 Drawings for Providence Pointe (BSB 540-570) |
| | 20 | | | | 04/04/2002 Drawings for Providence Pointe (BSB 196-218) |
| | 21 | | | | 08/07/2002 Drawings for Providence Pointe (BSB 2815-2845) |
| | 22 | | | | 02/12/2001 Design Development Plans for Harvest Hills (BSB 146; 365; 390-418) |
| | 23 | | | | 06/04/1999 Design Development Redlines (BSB 307-310) |
| | 24 | | | | 07/13/1998 Design Development Redlines (BSB 2034-2035A) |
| | 25 | | | | 07/17/1998 Design Development Floor Plans (BSB 4-5) |
| | 26 | | | | 08/26/1998 Design Development Drawings (BSB 312-321) |
| | 27 | | | | 06/23-24/1998 Concept Elevations (BSB 1849-1852; 2025) |
| | 28 | | | | 07/07/1998 Concept Drawings (BSB 6-7; 10-15) |
| | 29 | | | | 07/07/1998 Concept Elevation (BSB 1853) |
| | 30 | | | | Concept Floor Plans (BSB 1866-1867) |
| | 31 | | | | Concept Drawings (BSB 01859-61;1863-69;1871;1873-78;1880-86;1889-93;1900, 01, 03, 04; D 172, 73) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 32 | | | | 02/28/2000 Washington Square Redlines (BSB 275-276) |
| | 33 | | | | 01/18/2001 Washington Square Plans, 11 x 17 (BSB 2540-2558) |
| | 34 | | | | 11/14/2000 Washington Square Plans, 11 x 17 (BSB 2712-2730) |
| | 35 | | | | Washington Square Plan Changes 101-114 (BSB 2633-35; 2639-43; 2653-60; 2673-78; 2682-87; 2690-95; 2704-2711; 2733-2735 ) |
| | 36 | | | | 04/03/1995 Midland Homes Drawings (BSB 3459-3463; 3465-66; 3479) |
| | 37 | | | | 06/15/1994 Midland Homes Drawings (BSB 2037, 2038, 2048-2050) |
| | 38 | | | | Midland Homes Redlines (BSB 3482-3485) |
| | 39 | | | | 11/22/1994 Midland Homes Drawings (BSB 3475-3478; 3480-3481) |
| | 40 | | | | 10/03/1995 Midland Homes Drawings (BSB 3467-3474) |
| | 41 | | | | 07/12/1996 Jerry's Homes Plans (BSB 3509-28, 30, 31) |
| | 42 | | | | 06/25/1997 Jerry's Homes Plans (BSB 3532-3553) |
| | 43 | | | | Draper Development Drawings (BSB 2042-2043;3646-3647) |
| | 44 | | | | 06/20/1986 Draper Development Drawings (BSB 3633-3645) |
| | 45 | | | | Draper Development Drawings (BSB 3455-3458) |
| | 46 | | | | Good Value Homes Drawings (BSB 2044-2046; 3649-3654) |
| | 47 | | | | Hansen & Horn Drawings (BSB 4483-4489) |
| | 48 | | | | 03/11/1997 Fax from Grubb to Chris Jorgensen (BSB 3727-3731) |
| | 49 | | | | Letter from Dan Geegan re: redline changes (BSB 1317-1320) |
| | 50 | | | | Timesheets for Jason Beall (BSB 10847-10892; 11987-12004) |
| | 51 | | | | Timesheets for Jennifer Carpenter (BSB 10893-10918) |
| | 52 | | | | Summary of Mona Fordyce's 1998 time (BSB 10730-10739) |
| | 53 | | | | Timesheets for Angela Gipe (BSB 10972-10976; 12025-12044) |
| | 54 | | | | Timesheets for Kurt Hagge (BSB 11254-11306; 11623-11671; 12005-12024; 12045-12057) |
| | 55 | | | | Timesheets for Chris Jorgensen (1998-2001) (BSB 4308-4345; 4404-4423; 10919-10971; 12227-12243; 12741-12775) |
| | 56 | | | | Summary of Chris Jorgensen's 1998 time (BSB 10740-10755) |
| | 57 | | | | Timesheets for Megan Marker (BSB 10977-10989) |
| | 58 | | | | Timesheets for Lori Meier (BSB 4378; 11365-11416; 11724-11774; 12110-12159) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 59 | | | | Timesheets to Doug Messenger (BSB 10990-11042) |
| | 60 | | | | Summary of Doug Messenger's 1998 time (BSB 10756-10761) |
| | 61 | | | | Timesheets for Beth Miller (BSB 11043-11095; 11417-11469; 11775-11826; 12167-12217) |
| | 62 | | | | Summary of Beth Miller's 1998 time (BSB 10762) |
| | 63 | | | | Timesheets for Daniel Miller (BSB 10786-10794; 11470-11510; 11827-11878) |
| | 64 | | | | Summary of Daniel Miller's 2001 time (BSB 11879-11885) |
| | 65 | | | | Timesheets for Larry Moore (BSB 10795-10846; 11149-11201; 11511-11571; 11886-11936; 12218-12226; 12696-12740) |
| | 66 | | | | Summary of Larry Moore's 1998 time (BSB 10763-10775) |
| | 67 | | | | Timesheets for Mike Wagenknect (BSB 11096-11148; 11202-11253; 11572-11622; 11937-11986) |
| | 68 | | | | Summary of Mike Wagenknect's 1998 time (BSB 10776-10785) |
| | 69 | | | | Homestead time summaries (BSB 12679-12692, 12695) |
| | 70 | | | | Summary of Homestead time by all employees in 1998 (BSB 12420-12439) |
| | 71 | | | | Summary of Homestead time by all employees in 1999 (BSB 12394-12419) |
| | 72 | | | | Summary of Homestead time by all employees in 2000 (BSB 12364-12393) |
| | 73 | | | | Summary of Homestead time by all employees in 2001 (BSB 12251-12284) |
| | 74 | | | | Summary of Homestead time by all employees in 2002 (BSB 12285-12363) |
| | 75 | | | | 401(k) Benefits paid to BSB employees (BSB 3962-3968) |
| | 76 | | | | Marketing File Photos (BSB 4598B; 4598T; 4599B; 4600T; 4611B; 4614B; 4616; 4623B; 4627; 4633T; 4635B; 4637B; 4638B; 4642; BGI 127B; 131T; 132B; 136T; 138T; 139T; 140B; 141T; 142T; 145T; 151T; 152B; 164T; 171B; 177B; 179T; 183T; 188T; 199B; 210; 262-264; 290; 374; 376-380; 389-390)) |
| | 77 | | | | 1998 Correspondence between BSB and TCM (BSB 619, 671, 01662-1666, 1718, 1849-1852, 1857, 1858, 1862-65, 1870-1880, 1888-1893, 1898, 1899, 1902, 1907, 1908, 1912, 2025; D 00171-173, 177, 205-211) |
| | 78 | | | | 1999 Correspondence between BSB and TCM (BSB 306.1, 306.2, 307-310, 1241-43, 1650-53, 1830-40, 1937, 2018, 19; D 00159, 160, 162, 178) |
| | 79 | | | | 2000 Correspondence between BSB and TCM (BSB 606, 001374-78, 80-85, 1391-1464, 1467-1540, 1567-78, 1581-90, 1599-1646, 1664-1666, 1984, 1985, 4662; D 00286-309) |
| | 80 | | | | 2001 Correspondence between BSB and TCM (BSB 1084-1087, 1108-1118, 1120-1129, 1134-36, 1144-62, 1166-74, 1225-35, 1242-48, 1276, 77, 1280-1287, 1292-1314, 1321-33, 1341-43, 1358-62, 1364-1373, 1721-1820, 1823-25, 27, 28, 4646-4654, 63, 64, 84) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 81 | | | | 2002 Correspondence between BSB and TCM (BSB 613, 616, 973, 988-1020, 1025-1040, 1043-56, 1062-1083, 1095-1107, 1119, 1829, 2985-2989, 2991-2993, 2997-3029, 3045, 04665-4668, 4670, 4671, 76-83) |
| | 81A | | | | 04/23/2002 Fax: Lori Meier to Todd Dosch re: Harvest Hills Homestead (BSB 01037 – 01039) |
| | 81B | | | | 04/26/2002 Fax: Lori Meier to Todd Dosch re: Harvest Hills Homestead (BSB 01018 – 01020) |
| | 82 | | | | BSB Invoices to TCM (BSB 699, 700, 710-727, 733-829, 832-839, 845, 846, 850, 851, 02806-2814) |
| | 83 | | | | Benefits information, 1999-2002 (BSB 4167, 4175, 4176; 12447-12678) |
| | 84 | | | | BGI Invoices to BSB (BGI 318-319; 321; 331; 340; 342; 344; 346; 348; 361; 363; 369; 419-452) |
| | 85 | | | | BGI Invoices to BSB-IL (BGI 453-455) |
| | 86 | | | | 06/11/2003 Photos of Chicago products (BSB IL 358T; 359B; 368T; 369T) |
| | 87 | | | | 02/28/2000 BSB-IL's contract with Pinnacle for Washington Square (BSB IL 20-31; 163) |
| | 88 | | | | 03/20/2002 11x17 Washington Square Redlines (BSB IL 258-276) |
| | 89 | | | | 03/06/2000 11x17 Washington Square Redlines (BSB IL 144-160) |
| | 90 | | | | 01/16/2001 11x17 Washington Square Redlines (BSB IL 86-104) |
| | 91 | | | | 07/27/2000 Washington Square Redlines (BSB IL 107-109) |
| | 92 | | | | Washington Square Redlines For Bidding Only Issued: 06/19/2000; Reviewed: 07/13/2000 (BSB IL 317-333) |
| | 93 | | | | 07/27/2000 Washington Square Drawings (BSB IL 282-299) |
| | 94 | | | | 06/19/2000 Washington Square Drawings (BSB IL 300-316) |
| | 95 | | | | BSB Plan Service Plan 87158 (BSB 1975-1976) |
| | 96 | | | | BSB Plan Service Plan 1908 (BSB 1977) |
| | 97 | | | | BSB's Legacy Series (D 616-621) |
| | 98 | | | | 03/06/1996 BSB's Gregg's Landing (D 622-630) |
| | 99 | | | | 04/30/1998 Fax Art Plante to Larry Moore re: Orrin Thompson (D 271-276) |
| | 100 | | | | 05/1/1998 Fax Art Plante to Larry Moore re: BrightKEYS (D 265-270) |
| | 101 | | | | 05/21/1998 Fax Art Plante to Larry Moore re: GM Homes (D 119-122) |
| | 102 | | | | Redline comments (D 36254-36256) |
| | 103 | | | | 07/02/2002 Redline comments (D 36257-36259) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 104 | | | | Brochure-style Homestead floor plans (D 17869-17870) |
| | 105 | | | | TCM's Falling Waters at Lindenhurst (D 576-583) |
| | 106 | | | | Photo of Ryland Homes' fireplace (D 16158) |
| | 107 | | | | 09/29/1998 Photo of other product (D 15978) |
| | 108 | | | | 04/29/1998 Photo of other product (D 15993) |
| | 109 | | | | Photos of the Villa II side entry gable (D 16020, 24) |
| | 110 | | | | Photo of the Homestead living room (D 16460) |
| | 111 | | | | Photo of the Homestead dining room & living room (D 16462) |
| | 112 | | | | Photo of the Homestead interior unit living room (D 16464) |
| | 113 | | | | 08/23/2001 Centex back-to-backs (D 16050-16060) |
| | 114 | | | | 09/13/2001 Centex back-to-backs (D 16042-16049) |
| | 115 | | | | GM Homes back-to-backs (D 38886-38893) |
| | 116 | | | | D. R. Horton Villas back-to-back brochure (D 39850-39854) |
| | 117 | | | | BrightKEYS back-to-backs (D 39873-39875) |
| | 118 | | | | Orrin Thompson back-to backs (D 40234-40235) |
| | 119 | | | | Plan (PINN 8671) |
| | 120 | | | | Ryland back-to-back (PINN 8612) |
| | 121 | | | | 04/05/2002 Washington Square Drawings (PIN 567-585) |
| | 122 | | | | 09/11/2002 Brochures from another Villa product (RCI 8790-8797) |
| | 123 | | | | Brochure from another Villa product (RCI 8621-8635) |
| | 124 | | | | Brochures from TCM (RCI 8386-8402) |
| | 125 | | | | 04/27/2003 Brochures from TCM (RCI 8228-8230) |
| | 126 | | | | 03/15/2001 Competition Report (RCI 8605) |
| | 127 | | | | 09/30/2002 Competition Report (RCI 8604) |
| | 128 | | | | 09/21/2001 Competition Report (RCI 8593-8597) |
| | 128 C | | | | 08/07/2002 Homestead Collection at Harvest Hills (BSB 02902 – 02924) |
| | 129 | | | | 01/07/2003 Competition Report (RCI 8582-8583) |
| | 130 | | | | Centex brochure (RCI 20931-20956) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 131 | | | | Centex brochure (RCI 20876-20890) |
| | 132 | | | | D. R. Horton Villas back-to-back brochure (RCI 20871-20875) |
| | 133 | | | | 07/07/2002 Orrin Thompson brochure (RCI 8607-8619) |
| | 134 | | | | 03/03/2003 Ryland brochure (RCI 8344-8364) |
| | 135 | | | | 04/18/2003 Wooddale Builders brochure (RCI 8231-8236) |
| | 136 | | | | 05/03/2003 Kroiss Development brochure (RCI 8223-8227) |
| | 137 | | | | 02/14/2003 Rottlund Sales Manual (RCI 9170-9194) |
| | 138 | | | | 06/22/1998 Rottlund 40-month Strategic Plan 1998-2004 (RCI 7536-7537) |
| | 139 | | | | 08/08/1997 Rottlund 40-month Strategic Plan 1998-2004 (RCI 7538-7539) |
| | 140 | | | | 08/08/1997 Rottlund 40-month Strategic Plan 1998-2004 (RCI 7550-7551) |
| | 141 | | | | 05/30/2003 1999 Villa II Closings (RCI 7563) |
| | 142 | | | | 05/30/2003 2000 Villa II Closings (RCI 7569) |
| | 143 | | | | 05/30/2003 2001 Villa II Closings (RCI 7572) |
| | 144 | | | | 05/30/2003 2003 Villa II Closings (RCI 7587-88) |
| | 145 | | | | 05/30/2003 2004 Villa II Closings (RCI 7600) |
| | 146 | | | | 05/30/2003 2005 Villa II Closings (RCI 7609) |
| | 147 | | | | Snelson’s Lecture Notes (RCI 24014-24028) |
| | 148 | | | | 05/00/1998 Gerico Competition Report (RCI 21349-21354) |
| | 149 | | | | Rottlund Customer surveys (RCI 7641-8222; 23267-23719; 24047-24178) |
| | 150 | | | | Photographs of the Jerry’s Homes back-to-back (ROTTIA 2027-2028) |
| | 151 | | | | 1941 Architectural Graphic Standards, 3rd Ed., bathrooms (BLOOM 27) |
| | 152 | | | | 1985 Midwest Builders-Le Parc (BLOOM 34-35) |
| | 153 | | | | Kimball Hill back-to-backs (BLOOM 47) |
| | 154 | | | | 06/30/2003 Mallard Shores back-to-backs (BLOOM 11-18) |
| | 155 | | | | San Francisco West (BLOOM 72) |
| | 156 | | | | Photos of Minneapolis product (BLOOM 24T, 25T) |
| | 157 | | | | 11/10/1981 Shaxted-Adare Farm-Hemphill Townhouse (SHAXTED 1-8) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 158 | | | | 10/16/1994 TCT-Carla De back-to-backs (TCAI 171-182) |
| | 159 | | | | 1993 Centex back-to-backs (TCAI 241-246) |
| | 160 | | | | 1995 Donnay Homes back-to-backs (TCAI 297-304) |
| | 161 | | | | 1994 Gardner Bros. back-to-backs (TCAI 289-293) |
| | 162 | | | | 1994 Good Value back-to-backs (TCAI 341-354) |
| | 163 | | | | Villa II Closings (MS 4-93) |
| | 164 | | | | 2000 Nat'l Assoc. of Realtors Profile of Homes Buyers & Sellers (SDK 61-123) |
| | 165 | | | | 2002 Nat'l Assoc. of Realtors Profile of Home Buyers & Sellers (SDK 1-60) |
| | 166 | | | | Photos of Minneapolis Products (MCH 100T; 113B; 116B; 117T; 122T; 123B; 125T; 130B; 132B; 133T; 134B; 135B; 687B; 693B; 716; 717T; 722T; 725B; 726T; 729B; 731; 738; 741) |
| | 167 | | | | Resume of Joseph Kenyon |
| | 168 | | | | Summary of BSB and BGI receipts, expenses, and total profit |
| | 169 | | | | 1997 Rottlund Homes Annual Report (RCI 001763-1802) |
| | 170 | | | | 1998 Rottlund Homes Annual Report (RCI 000819-857) |
| | 171 | | | | 1999 Rottlund Homes Annual Report (RCI 000858-893) |
| | 172 | | | | 2000 Rottlund Homes Annual Report (RCI 000894-928) |
| | 173 | | | | 06/12/2001 Rottlund Homes Annual Report 2001 (RCI 000929-971) |
| | 174 | | | | Marketing file documents for Jerry Homes development Longview Town homes (BSB 1971-1974) |
| | 175 | | | | Marketing file documents for Midland Homes development Greystone (BSB 1963-1970) |
| | 176 | | | | Marketing file documents for Good Value Homes (BSB 03651-3654) |
| | 177 | | | | Photos of Villa II (D 30491A-C, F, K) |
| | 178 | | | | Photos of the Homestead Collection (D 43141C, F; 43142Q, R) |
| | 179 | | | | 05/17/2002 Rottlund Consolidated Financial Statements for the Year Ended March 31, 2002 and Independent Auditors' Report (RCI 000972-000985) |
| | 180 | | | | 03/01/2004 Rottlund Consolidated Financial Statements for the Year Ended December 31, 2003 and Nine-Month Period Ended December 31, 2002 and Independent Auditors' Report (RCI 024180-024312) |
| | 181 | | | | Photos of the Homestead Collection (RCI 2472, 79, 83, 87, 91, 2518, 19) |
| | 182 | | | | 04/06/1998 BSB Contract w/TCM (BSB 684-692) |

DEFENDANTS BSB AND BGI AMENDED EXHIBIT LIST – CONTINUATION

| The Rottlund Company, Inv. vs. Pinnacle Corporation, et al. | | | | | CASE NO. 01-CV-1980 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. BSB NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | 183 | | | | 06/23/1998 BSB Contract w/TCM (BSB 642-651) |
| | 184 | | | | 10/24/2000 BSB Contract w/TCM (BSB 941, 43-45, 47-52) |
| | 185 | | | | 01/18/2001 BSB Contract w/TCM (BSB 927-936) |
| | 186 | | | | 04/30/2001 BSB Contract w/TCM (BSB 881-84, 86-91) |
| | 187 | | | | 04/30/2001 BSB Contract w/TCM (BSB 894-97, 899-904) |
| | 188 | | | | 2001 Washington Square Correspondence (BSB 2623-31; 2664-66) |
| | 189 | | | | BSB Huntington Chase (BSB 4477) |
| | 190 | | | | BSB Products (BSB 1905-06) |
| | 191 | | | | BSB Lexington Coventry (BSB 4479-80) |
| | 192 | | | | BSB Plan Service Plans (BSB 3701-09) |
| | 193 | | | | 1986 Interior Graphic and Design Standards (BSB 4569-72) |
| | 194 | | | | 1998 Architectural Graphic Standards (BSB 4580-85) |
| | 195 | | | | BSB Ideas (BSB 4514-17) |
| | 196 | | | | Technical Drawings protected by copyright VAu 534-723, reproduced as MCH 52-92 |
| | 197 | | | | All Rottlund exhibits |
| | 198 | | | | All Pinnacle exhibits |
| | 199 | | | | All Town & Country exhibits |
| | 200 | | | | Any documents necessary for rebuttal. |
| | 201 | | | | Any documents produced by Plaintiff at trial. |
| | 202 | | | | All demonstrative exhibits. |
| | 203 | | | | All documents necessary for impeachment of witnesses. |

Date: 11/22/04

MACKALL, CROUNSE & MOORE, PLC

S/ Ben Patrick

Holly J. Newman, #026457X
Ben Patrick, #312460
Attorneys for Defendants BSB and BGI
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400
Fax: 612-305-1414

Attorneys for Defendants Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., and The Bloodgood Group, Inc.

SNP/snp#725918v1