UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

No.: 01-CV-1980 (DSD/SRN)

**AFFIDAVIT OF MATHEW FARMER IN SUPPORT OF PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S MOTION *IN LIMINE* TO PRECLUDE CERTAIN TESTIMONY OF TIMOTHY M. WHITTEN**

Mathew Farmer, being first duly sworn on oath, states and deposes as follows:

1. I am one of the attorneys representing Defendants Pinnacle Corporation, d/b/a Town & County Homes, and Town & County Homes, Inc. ("TCM") in the above-captioned matter. I am licensed to practice law in the State of Illinois and the United States District Court for the District of Illinois. I make this Affidavit in Support of Town & Country Homes Inc.'s motion *in limine* to preclude certain testimony of Timothy M. Whitten.

2. Attached hereto is a true and correct copy of the following documents:

**Exhibit A.** Excerpts from the deposition of Timothy M. Whitten.

FURTHER YOUR AFFIANT SAITH NOT.

s/Mathew Farmer
Mathew Farmer

Subscribed and sworn to before me
this 23rd day of November, 2004.

s/Kimberly J.P. Raba
Notary Public

#3046597\1