# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

***The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle corporation, d/b/a Town & Country Homes and Town & Country Homes v. Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2004, I electronically filed the foregoing document:

Pinnacle Corporation and Town & Country Homes Motion in Limine to Preclude Certain Testimony of Timothy M. Whitten;

Pinnacle Corporation and Town & Country Homes Notice of Hearing on Motion in Limine to Preclude Certain Testimony of Timothy M. Whitten;

Pinnacle Corporation and Town & Country Homes Memorandum in Support of Motion in Limine to Preclude Certain Testimony of Timothy M. Whitten;

Affidavit of Mathew Farmer in Support of Pinnacle Corporation and Town & Country Homes Motion in Limine to Preclude Certain Testimony of Timothy M. Whitten.

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> **Craig Krummen, Esq.**
> **Holly J. Newman, Esq.**
> **Chris Murdoch, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE

I further certify that on November 23, 2004, I served a copy of the Proposed Order Regarding Pinnacle Corporation and Town & Country Homes, Inc.'s Motion *in Limine* to Preclude Certain Testimony of Timothy M. Whitten, by e-mailing a copy to the following:

Craig S Krummen at ckrummen@winthrop.com
Christopher J Murdoch at chris.murdoch@hklaw.com
Holly Jean Newman at hjn@mcmlaw.com,

Dated: November 23, 2004.

**s/ Darren B. Schwiebert**
Darren B. Schwiebert (#260642)
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street

Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
E-mail: dschweibert@fredlaw.com

ATTORNEY FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

#2990562\2