# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

The Rottlund Company, Inc.,
Plaintiff,
v.

Pinnacle Corporation, d/b/a Town & Country Homes & Bloodgood Sharp Buster Architects,
Defendant.

## COURT MINUTES
Case Number: 01cv1980(DSD/SRN)

| | |
|---|---|
| Date: | December 1, 2004 |
| Court Reporter: | Kristine Mousseau, et al. |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 6 Hours & 30 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Robert Weinstine, Craig S. Krummen & David A. Davenport
For Defendants: Christopher J. Murdoch & Matthew I. Farmer; Darren B. Schwiebert; Holly J. Newman & John Benjamin Patrick

## PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements.
9 **JURY Trial Held.**
: Trial continued to 12/2/04.
: Plaintiff's witnesses: continued with Melissa Snelson.
: Defendant's witnesses: Michael Ryan, Tom Ryan, Joseph Safin & Doug Buster.
: Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

9 Court's Ruling:
9 Judgment in favor of Plaintiff.
9 Judgment in favor of Defendant.

IT IS ORDERED:

: Oral motions for judgment as a matter of law - argued, submitted and taken under advisement.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Connie L. Baker
Signature of Calendar Clerk