UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF DOUG BUSTER** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Doug Buster on November 1, 2004. Defendants filed counter-designations.

Plaintiff hereby submits the Designated Deposition Testimony of Doug Buster, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**BUSTER, DOUG - 30(b)(6) Deposition of Bloodgood Sharp Buster Architects & Planners of Illinois, Inc. 3/6/03**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 6:9-10 | | | | | | |
| 6:20 – 7:13 | | | | | | |
| 7:16-24 | | | | | | |
| | | 7:25-8:4 | F.R.E. 401, 402, 403 | | | O |
| | | 12:21 – 13:2 | F.R.E. 401, 402, 403, 602, 802, 901, 1002, Barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | O |
| | | 14:1 – 16:3 S<br>18:10-22 S<br>20:11-15 S<br>20:21 – 21:20 S<br>21:23 S<br>28:1-19 S<br>33:10-14 S<br>33:16-19 S<br>33:22 – 34:6 S<br>53:21-54:11 S | F.R.E. 401, 402, 403, 602, 802, lack of 701 foundation, improper 702 testimony,<br>Barred by Motion in Limine re: other back-to-back products (Doc. No. 606), Barred by 11/1/04 Order | | | See comments |
| 47:9-13 | | | | | | |
| 47:24 – 48:12 | | | | | | |
| 48:15 – 49:1 | | | | | | |
| 49:4-9 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 49:14 – 50:22 | | | | | | |
| 50:25 – 51:1 | | | | | | |
| 51:13 – 52:10 | | | | | | |
| 52:17-22 | | | | | | |
| 52:25 – 53:20 | | | | | | |
| 54:18-21 | | | | | | |
| 54:25 – 55:8 | | | | | | |
| 55:13 – 56:9 | | | | | | |
| 56:14-15 | | | | | | |
| 56:17 – 57:7 | | | | | | |
| 57:9-10 | | | | | | |
| 57:13-18 | | | | | | |
| 57:21 | | | | | | |
| 57:24 – 58:3 | | | | | | |
| 58:5-17 | | | | | | |
| | | 58:18-21 | Lack of foundation | | | O |
| | | 58:24-59:2 | Non-responsive testimony | | | S |
| 59:7-19 | | | | | | |
| 59:21 – 60:25 | | | | | | |
| 61:2-3 | | | | | | |
| 61:5-6 | | | | | | |
| 61:9-20 | | | | | | |
| 61:23 – 62:11 | | | | | | |
| 62:14 – 63:3 | | | | | | |
| 63:6 | | | | | | |
| 63:10-15 | | | | | | |
| | | 63:16-18 | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 63:18-20 | F.R.E. 401, 402, 403, 602, lack of 701 foundation, improper 702 testimony, Barred by Motion in Limine re: other back-to-back products (Doc. No. 606), Barred by 11/1/04 Order | | | S |
| 63:25 – 64:22 | | | | | | |
| 65:1 – 66:5 | | | | | | |
| 66:11 – 67:2 | | | | | | |
| 67:6-7 | | | | | | |
| 67:10-18 | | | | | | |
| | | 67:19-25 | | | | |
| | | 68:9-12 | | | | |
| | | 68:14-20 | | | | |
| 68:21 – 70:2 | | | | | | |
| 70:16 – 71:5 | | | | | | |
| 71:7 – 72:13 | | | | | | |
| 73:15-25 | | | | | | |
| 74:2-5 | | | | | | |
| 74:9-13 | | | | | | |
| 74:17 – 75:1 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 76:18 – 78:1 O<br>78:3,8-17 S, O<br>78:24 – 79:1 O<br>81:19 – 83:9 O<br>84:13 – 85:3 S<br>86:20-24 O<br>89:24 – 92:3 S<br>92:23 – 94:5 S<br>94:14 – 98:3 S<br>104:10–105:13 S<br>106:8–109:14 S | F.R.E. 401, 402, 403, 602, 802, lack of 701 foundation, improper 702 testimony, Barred by Motion in Limine re: other back-to-back products (Doc. No. 606), Barred by 11/1/04 Order | 78:19-21<br>83:24-84:4<br>84:7-10<br>85:5-8<br>85:14-20<br>85:23-86:4<br>86:9-12<br>86:14-18 | | See comments |
| | | 137:24–138:15 | | | | |
| 138:16–139:8[1] | | | | | | |
| | | 139:9 – 140:8 | | | | |
| | | 141:1-14 | | | | |
| | | 143:7 – 144:1 | | | | |
| | | 212:8-10 O<br>212:17 – 213:6 S<br>214:3-5 S<br>214:17-23 S O<br>216:8-20 O<br>226:2-10 O | F.R.E. 401, 402, 403, 602, 802, lack of 701 foundation, improper 702 testimony, Barred by Motion in Limine re: other back-to-back products (Doc. No. 606), Barred by 11/1/04 Order | | | |
| | | Errata sheet 139:7 | | | | |

1 Errata sheet states that with regard to 139:7 replace "...wanted to keep." with "...didn't want to keep."

Dated: November 10, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157979v1