UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF LARRY MOORE** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Larry Moore on November 1, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of Larry Moore, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**MOORE, LARRY - 30(b)(6) Deposition of Boodgood Sharp Buster Architects & Planners of Iowa, Inc. - 3/6-7/03**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 7:9-10 | | | | | | |
| 7:23 – 10:5 | | | | | | |
| | | 10:14-11:2 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | S |
| 13:10-16 | | | | | | |
| 13:19-20 | | | | | | |
| 13:22 – 14:2 | | | | | | |
| 14:5-6 | | | | | | |
| 14:8-19 | | | | | | |
| | | 14:20-22 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other back-to-back products (Doc. No. 606) | | | S |
| 15:3-12 | | | | | | |
| 15:15-18 | | | | | | |
| 19:6-9 | | | | | | |
| 19:11-13 | | | | | | |
| 19:19 – 20:15 | | | | | | |
| 20:17 | | | | | | |
| 20:19-25 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 24:6-12 | | | | | | |
| 25:6-7 | | | | | | |
| 25:10-11 | | | | | | |
| 25:13-14 | | | | | | |
| 25:19 | | | | | | |
| 25:21-24 | | | | | | |
| 26:4-23 | | | | | | |
| 27:1-2 | | | | | | |
| | | 27:4-14 | | | | |
| | | 27:19-21 | | | | |
| | | 27:23 | | | | |
| | | 27:25 | | | | |
| | | 28:1 | | | | |
| | | 28:4 | | | | |
| | | 28:7 | | | | |
| 28:9-12 | | | | | | |
| 28:15-21 | | | | | | |
| 28:23 – 29:9 | | | | | | |
| 29:12 | | | | | | |
| 29:14-17 | | | | | | |
| 29:21 | | | | | | |
| | | 29:23-25 | | | | |
| | | 30:3-9 | | | | |
| 30:11-13 | | | | | | |
| 30:17 | | | | | | |
| 30:19-21 | | | | | | |
| 30:25 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 31:2-20 | | | | | | |
| 31:23-25 | | | | | | |
| 32:3 – 34:5 | | | | | | |
| 34:7-11 | | | | | | |
| 34:14 | | | | | | |
| 35:15-17 | | | | | | |
| 35:20-22 | | | | | | |
| 35:24 – 36:16 | | | | | | |
| 36:18 | | | | | | |
| 36:22-23 | | | | | | |
| 36:25 – 37:1 | | | | | | |
| | | 37:3-9 | | | | |
| 37:10-16 | | | | | | |
| 37:18 | | | | | | |
| 37:21-25 | | | | | | |
| | | 38:1-3 | | | | |
| | | 38:6 | | | | |
| 38:8-10 | | | | | | |
| 38:12-14 | | | | | | |
| 38:16-18 | | | | | | |
| 38:20 | | | | | | |
| 38:22-24 | | | | | | |
| 39:1 | | | | | | |
| 39:3-4 | | | | | | |
| 39:10-20 | | | | | | |
| 39:22-24 | | | | | | |
| 40:2-20 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 40:22 – 41:1 | | | | | | |
| | | 41:2-3 | | | | |
| | | 41:9-13 | | | | |
| 42:2-4 | | | | | | |
| 42:7 | | | | | | |
| 42:9-10 | | | | | | |
| 42:12 | | | | | | |
| 42:14-16 | | | | | | |
| 42:23 – 43:3 | | | | | | |
| 43:7 | | | | | | |
| | | 43:19 | | | | |
| | | 44:4-14 | | | | |
| 44:15-16 | | | | | | |
| 44:19 | | | | | | |
| 44:23 – 45:6 | | | | | | |
| 45:18 – 46:4 | | | | | | |
| | | 47:7-11<br>47:14-23<br>47:25-48:22 | F.R.E. 401, 402, 403 | | (47:25-48:7 O – | S<br>O<br>S 48:7-22 |
| 50:24 – 51:1 | | | | | | |
| 51:10 | | | | | | |
| 51:16 – 52:2 | | | | | | |
| 52:6-7 | | | | | | |
| 52:9-15 | | | | | | |
| 52:18-20 | | | | | | |
| 52:22 | | | | | | |
| 52:25 – 53:1 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 53:3-5 | | | | | | |
| 53:7-8 | | | | | | |
| 53:10-11 | | | | | | |
| 53:15 | | | | | | |
| 53:17-18 | | | | | | |
| 53:22 | | | | | | |
| 62:4-21 | | | | | | |
| 62:23-24 | | | | | | |
| 63:1-4 | | | | | | |
| 63:6-7 | | | | | | |
| 63:9-10 | | | | | | |
| 63:13-15 | | | | | | |
| 63:19-24 | | | | | | |
| | | 64:13-15 | | | | |
| | | 64:20-24 | | | | |
| | | 65:1-14 | | | | |
| | | 65:19-20 | | | | |
| | | 65:22-25 | | | | |
| | | 66:2-3 | | | | |
| | | 66:5-10 | | | | |
| | | 66:13-19 | | | | |
| 71:3 – 72:7 | | | | | | |
| 73:20-21 | | | | | | |
| 73:23-24 | | | | | | |
| 74:1-17 | | | | | | |
| 74:21 | | | | | | |
| 75:9-12 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 75:18 | | | | | | |
| 75:23 – 76:5 | | | | | | |
| 76:11-18 | | | | | | |
| | | 76:23-77:1 | | | | |
| | | 77:5 | | | | |
| | | 77:7-16 | | | | |
| | | 79:16-22 | | | | |
| 80:2-8 | | | | | | |
| 80:11 | | | | | | |
| 80:13-15 | | | | | | |
| 80:20-22 | | | | | | |
| 80:24-25 | | | | | | |
| 81:3 | | | | | | |
| 81:5-8 | | | | | | |
| 81:11-13 | | | | | | |
| 81:15-16 | | | | | | |
| 81:19-23 | | | | | | |
| 81:25 | | | | | | |
| 82:2-16 | | | | | | |
| 82:18-20 | | | | | | |
| 82:24-25 | | | | | | |
| 83:3-7 | | | | | | |
| 83:9-23 | | | | | | |
| 84:1-4 | | | | | | |
| 84:6-19 | | | | | | |
| 84:22-23 | | | | | | |
| 84:25 – 85:6 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 85:9-10 | | | | | | |
| 85:12-18 | | | | | | |
| 85:21 – 86:7 | | | | | | |
| 86:12-15 | | | | | | |
| 86:17-18 | | | | | | |
| 86:20 | | | | | | |
| 86:22 – 87:2 | | | | | | |
| 87:7-8 | | | | | | |
| 87:10-12 | | | | | | |
| 87:14 | | | | | | |
| 87:16-17 | | | | | | |
| 87:21 | | | | | | |
| 87:24 – 88:2 | | | | | | |
| 88:4 | | | | | | |
| 88:7 | | | | | | |
| 88:9-17 | | | | | | |
| 88:19-21 | | | | | | |
| 88:23 – 89:1 | | | | | | |
| 89:5-6 | | | | | | |
| 89:8-12 | | | | | | |
| 89:15-16 | | | | | | |
| 89:18 | | | | | | |
| 89:20 – 90:1 | | | | | | |
| 90:3-6 | | | | | | |
| 90:8-11 | | | | | | |
| 90:13 – 91:6 | | | | | | |
| 91:9 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 91:11-12 | | | | | | |
| 91:15-19 | | | | | | |
| 92:5-11 | | | | | | |
| 93:10-23 | | | | | | |
| 94:1 | | | | | | |
| | | 94:2 | | | | |
| | | 94:4-8 | | | | |
| 94:24-25 | | | | | | |
| | | 95:1-16 | | | | |
| | | 95:19 | | | | |
| | | 95:21-23 | | | | |
| | | 96:4-6 | | | | |
| | | 96:8-97:1 | | | | |
| | | | | 97:3-4 | | |
| | | | | 97:7-17 | | |
| | | | | 97:19 | | |
| 97:21-22 | | | | | | |
| 97:24 | | | | | | |
| 98:1-7 | | | | | | |
| | | 98:19 | | | | |
| 98:14 | | | | | | |
| 98:16-18 | | | | | | |
| 98:22 – 99:2 | | | | | | |
| 99:4-5 | | | | | | |
| 99:8-9 | | | | | | |
| 99:11-12 | | | | | | |
| 99:16-19 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 99:21 | | | | | | |
| 99:23-24 | | | | | | |
| | | 100:2-6 | | | | |
| | | 100:9-18 | | | | |
| 100:20-22 | | | | | | |
| 100:24-25 | | | | | | |
| 101:2-3 | | | | | | |
| 101:7-9 | | | | | | |
| 101:11-12 | | | | | | |
| | | 103:14-17 | | | | |
| | | 103:19-20 | | | | |
| | | 103:22-24 | | | | |
| | | | | 103:25 | | |
| | | 104:1-3 | | | | |
| | | 104:8-20 | | | | |
| | | 104:22-25 | | | | |
| | | 105:4 | | | | |
| | | 105:6-7 | | | | |
| | | 105:11 | | | | |
| | | 105:13-15 | | | | |
| | | 105:17 | | | | |
| | | 105:19-25 | | | | |
| | | 106:1-16 | Objection to 106:16, incomplete question | | | S |
| 109:2-9 | | | | | | |
| 109:14-18 | | | | | | |
| 110:24–111:5 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 111:8 | | | | | | |
| 111:10-11 | | | | | | |
| 111:17-22 | | | | | | |
| | | 111:23-112:3 | | | | |
| 112:4-5 | | | | | | |
| 112:7 – 113:2 | | | | | | |
| | | | | 113:3-9 | | |
| | | | | 113:13-114:6 | | |
| | | | | 114:10-22 | | |
| | | 115:11-14 | | | | |
| | | 115:17 | | | | |
| | | 115:19-22 | | | | |
| | | 116:1 | | | | |
| 116:23–117:1 | | | | | | |
| 117:3 | | | | | | |
| 117:5–118:14 | | | | | | |
| | | 118:15-19 | F.R.E. 602 lack of foundation | | | O |
| 118:25–119:12 | | | | | | |
| 119:15 | | | | | | |
| 119:17 – 120:1 | | | | | | |
| 120:7 | | | | | | |
| 120:9-10 | | | | | | |
| 120:12-13 | | | | | | |
| 120:20 | | | | | | |
| 121:20–122:14 | | | | | | |
| 122:18 | | | | | | |
| | | 123:2-5 | F.R.E. 602 lack of foundation | | | O |