| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 123:7-13 | | | | |
| 123:18 – 124:7 | | | | | | |
| 124:20 | | | | | | |
| 124:22 – 125:1 | | | | | | |
| 125:4-5 | | | | | | |
| 125:7-10 | | | | | | |
| 125:12 | | | | | | |
| 125:14-15 | | | | | | |
| 125:17 | | | | | | |
| 125:19-21 | | | | | | |
| | | 125:22-24<br>126:4-5 | F.R.E. 602 lack of foundation | | | S<br>S |
| | | 126:7-127:4 | F.R.E. 602 lack of foundation | | | S |
| 127:5-11 | | | | | | |
| 127:14 | | | | | | |
| 127:16-21 | | | | | | |
| 127:24 – 128:9 | | | | | | |
| 128:11-12 | | | | | | |
| 128:14 | | | | | | |
| 128:19 – 129:5 | | | | | | |
| 129:9-14 | | | | | | |
| 129:16 | | | | | | |
| 129:18-20 | | | | | | |
| 129:22 | | | | | | |
| 129:24 – 130:2 | | | | | | |
| 130:5-8 | | | | | | |
| 130:10-11 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 130:14 | | | | | | |
| 130:16 | | | | | | |
| 130:19 | | | | | | |
| 130:21-24 | | | | | | |
| 133:4-7 | | | | | | |
| 133:10-14 | | | | | | |
| 133:16-21 | | | | | | |
| 133:24 | | | | | | |
| 134:1-2 | | | | | | |
| 134:8 | | | | | | |
| 134:11 | | | | | | |
| 134:13-15 | | | | | | |
| 134:17-18 | | | | | | |
| 134:22-23 | | | | | | |
| 134:25 – 135:9 | | | | | | |
| | | 135:10-11 | | | | |
| | | 135:13-18 | | | | |
| 136:1–13 | | | | | | |
| 136:16-19 | | | | | | |
| 136:21 | | | | | | |
| 136:25 | | | | | | |
| 137:4-7 | | | | | | |
| 137:13 | | | | | | |
| 137:15-16 | | | | | | |
| 137:20 | | | | | | |
| 137:22-25 | | | | | | |
| 138:3-6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 138:18-20 | | | | | | |
| 138:22 | | | | | | |
| 138:24 – 139:1 | | | | | | |
| 139:5 | | | | | | |
| 139:7-12 | | | | | | |
| | | 140:23-25 | | | | |
| | | 141:4-14 | | | | |
| | | 141:17-19 | | | | |
| | | 141:21-142:13 | | | | |
| | | 142:17-18 | | | | |
| | | 142:20-22 | | | | |
| | | 142:24-143:11 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other products (Doc. No. 606); lack of F.R.E. 701 foundation; | | | S S |
| | | 143:12-13 143:20 143:22-144:19 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other products (Doc. No. 606); lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | S S S S |
| 149:15-20 | | | | | | |
| 151:2-6 | | | | | | |
| 151:12-13 | | | | | | |
| 151:18-20 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 151:22-25 | | | | | | |
| 152:6-11 | | | | | | |
| | | 154:17-24 | | | | |
| | | 155:4-12 | | | | |
| | | 155:17 | | | | |
| 155:19-22 | | | | | | |
| 156:2 | | | | | | |
| | | 156:4-7 | | | | |
| | | | | 156:10-13 | | |
| | | | | 156:17-157:5 | | |
| | | | | 157:8 | | |
| 157:10 – 158:3 | | | | | | |
| 158:6-8 | | | | | | |
| 158:17 – 159:3 | | | | | | |
| 159:6-18 | | | | | | |
| 162:1-9 | | | | | | |
| 162:11-13 | | | | | | |
| 162:15-18 | | | | | | |
| 162:22-23 | | | | | | |
| | | 163:4-5 | | | | |
| 163:6-9 | | | | | | |
| 163:14-19 | | | | | | |
| 164:1-6 | | | | | | |
| 164:11-16 | | | | | | |
| 164:18-20 | | | | | | |
| 164:22-23 | | | | | | |
| 166:8-13 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 167:6-10 | | | | | | |
| 168:3-6 | | | | | | |
| 168:11 | | | | | | |
| 168:13– 69:11 | | | | | | |
| 169:13-14 | | | | | | |
| 169:21-22 | | | | | | |
| 169:24 | | | | | | |
| 170:2-3 | | | | | | |
| 170:5-18 | | | | | | |
| 170:21-22 | | | | | | |
| 170:24 – 171:2 | | | | | | |
| 171:8-9 | | | | | | |
| | | 171:11-21<br>172:6-10 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | S<br>S |
| | | | | | | |
| 172:13-24 | | | | | | |
| 173:2-19 | Fed. R. Evid. 402, 403, 404 | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the | | | S |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | |
| 173:24 | | | | | | |
| 174:1-4 | | | | | | |
| 174:8-10 | | | | | | |
| 174:12-14 | | | | | | |
| 174:21 – 175:3 | | | | | | |
| 175:6 | | | | | | |
| 175:19-24 | | | | | | |
| 176:4-5 | | | | | | |
| 176:7-16 | Barred by Motion in Limine | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | O |
| 176:20-21 | | | | | | |
| 176:23-25 | | | | | | |
| 177:2 | | | | | | |
| 177:4-6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 177:8 | | | | | | |
| 177:10-12 | | | | | | |
| 177:15 | | | | | | |
| 178:2-3 | | | | | | |
| 178:5 | | | | | | |
| 178:7 | | | | | | |
| 178:9-10 | | | | | | |
| 178:16-17 | | | | | | |
| 178:19-20 | | | | | | |
| 178:25 | | | | | | |
| 179:2-8 | | | | | | |
| 179:12 | | | | | | |
| 179:18-19 | | | | | | |
| 179:21-23 | Barred by Motion in Limine | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | O |
| 180:3 | | | | | | |
| 180:5 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 180:9 | | | | | | |
| 180:11-13 | | | | | | |
| 180:17-18 | | | | | | |
| 180:19-21<br>180:24 | Barred by Motion in Limine | | Testimony regarding Defendants' responses, discussions and actions after receiving Rottlund's cease and desist letter is relevant to infringement, and intentional infringement; admission by a party-opponent; the admissibility of the document in question is not at issue in Defendants' pending Motion in Limine | | | S |
| 181:1-3 | | | | | | |
| 181:7-8 | | | | | | |
| 181:10-12 | | | | | | |
| 181:15 | | | | | | |
| 181:17– 82:17 | | | | | | |
| 182:22-24 | | | | | | |
| 183:1-5 | | | | | | |
| 183:8 | | | | | | |
| 183:10 | | | | | | |
| 183:25 – 184:1 | | | | | | |
| 184:3-6 | | | | | | |
| 184:8-16 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 184:19 | | | | | | |
| 184:21-24 | | | | | | |
| 185:1-4 | | | | | | |
| 185:8-21 | | | | | | |
| 185:23 – 186:1 | | | | | | |
| 186:4-9 | | | | | | |
| 186:11-13 | | | | | | |
| 186:17-20 | | | | | | |
| 188:6-9 | | | | | | |
| 188:12-17 | | | | | | |
| 188:19-22 | | | | | | |
| 189:1-4 | | | | | | |
| 189:6 | | | | | | |
| 189:8 | | | | | | |
| 189:10 | | | | | | |
| 189:13-14 | | | | | | |
| 189:16 | | | | | | |
| 189:19 | | | | | | |
| 189:21-23 | | | | | | |
| 190:2-14 | | | | | | |
| 190:16 | | | | | | |
| 190:20-22 | | | | | | |
| 190:24 | | | | | | |
| 191:1 | | | | | | |
| 191:5-14 | | | | | | |
| 191:21 | | | | | | |
| 191:23-24 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 192:2 | | | | | | |
| 192:4 | | | | | | |
| 195:15-17<br>195:20 | F.R.E. 402, 403, 404, 608 | | F.R.E. 404(b) | | | S |
| 199:13 | | | | | | |
| 199:19 | | | | | | |
| 199:21 | | | | | | |
| 199:25 | | | | | | |
| 200:2-3 | | | | | | |
| 200:6 | | | | | | |
| 200:18-19 | | | | | | |
| 201:22-23 | | | | | | |
| 202:6-7 | | | | | | |
| 202:9-12 | | | | | | |
| 203:4-9 | | | | | | |
| 203:14 – 204:1 | | | | | | |
| 204:5-8 | | | | | | |
| 204:10-12 | | | | | | |
| | | 204:13-21 | F.R.E. 401, 402, 403 | | | S |
| 205:3-4 | | | | | | |
| 205:11 | | | | | | |
| 205:23 – 206:2 | | | | | | |
| 206:4-7 | | | | | | |
| 206:10 | | | | | | |
| 206:12-15 | | | | | | |
| 206:19 | | | | | | |
| 206:21-22 | | | | | | |