| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 207:3-5 | | | | | | |
| 207:7-8 | | | | | | |
| 207:12 | | | | | | |
| 207:14 | | | | | | |
| 207:16 | | | | | | |
| 207:19 | | | | | | |
| 207:24 | | | | | | |
| 208:1-4 | | | | | | |
| 208:8-9 | | | | | | |
| 208:11 | | | | | | |
| 208:15 | | | | | | |
| 208:17-18 | | | | | | |
| 208:24 | | | | | | |
| 216:23-25 | | | | | | |
| 217:7 | | | | | | |
| 217:9-11 | | | | | | |
| 217:14-15 | | | | | | |
| 217:17 – 218:8 | | | | | | |
| 218:13-15 | | | | | | |
| 218:17-21 | | | | | | |
| 219:4-7 | | | | | | |
| 219:9-15 | | | | | | |
| 219:20 | | | | | | |
| 219:22 – 220:4 | | | | | | |
| 220:7 | | | | | | |
| 220:9-11 | | | | | | |
| 220:13-14 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 220:16-24 | | | | | | |
| 221:8-9 | | | | | | |
| 221:11-13 | | | | | | |
| 221:16-19 | | | | | | |
| 221:21-23 | | | | | | |
| 222:1-4 | | | | | | |
| 222:6-8 | | | | | | |
| 222:15-16 | | | | | | |
| 222:18-24 | | | | | | |
| 223:1 | | | | | | |
| 223:3-6 | | | | | | |
| 223:11-12 | | | | | | |
| 223:14-17 | | | | | | |
| 223:22-23 | | | | | | |
| 223:25 – 224:4 | | | | | | |
| 224:12-14 | | | | | | |
| 224:16-17 | | | | | | |
| 224:24 – 225:10 | | | | | | |
| 225:13 | | | | | | |
| 225:19 | | | | | | |
| 225:21 – 226:7 | | | | | | |
| | | 226:9-12 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | S |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 226:13-14 | | | | | | |
| 226:23 – 227:3 | | | | | | |
| 227:5-8 | | | | | | |
| 227:14-23 | | | | | | |
| 228:21-25 | | | | | | |
| 229:8-9 | | | | | | |
| 229:11-12 | | | | | | |
| 229:20-25 | | | | | | |
| 249:25 – 250:11 | | | | | | |
| 250:17 | | | | | | |
| 250:19-20 | | | | | | |
| 250:24 – 251:2 | | | | | | |
| 251:4-5 | | | | | | |
| 251:11-15 | | | | | | |
| 251:17-19 | | | | | | |
| 251:22-23 | | | | | | |
| 251:25 – 252:3 | | | | | | |
| 252:5-7 | | | | | | |
| 252:9-12 | | | | | | |
| 252:14-16 | | | | | | |
| 252:18-21 | | | | | | |
| 253:1-20 | | | | | | |
| 253:23-24 | | | | | | |
| 254:1 | | | | | | |
| 254:4-5 | | | | | | |
| 254:12 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 254:17 | | | | | | |
| 254:19-20 | | | | | | |
| 254:23-25 | | | | | | |
| 255:2-4 | | | | | | |
| 255:6-7 | | | | | | |
| 255:9-16 | | | | | | |
| 255:20 – 256:1 | | | | | | |
| 256:3-11 | | | | | | |
| 256:14-15 | | | | | | |
| 256:17-18 | | | | | | |
| 256:25 – 257:3 | | | | | | |
| 258:11-12 | | | | | | |
| 258:16-20 | | | | | | |
| 258:22-24 | | | | | | |
| 259:7 | | | | | | |
| 259:12-25 | | | | | | |
| 260:5-7 | | | | | | |
| 260:9-10 | | | | | | |
| 260:13-14 | | | | | | |
| 260:21 | | | | | | |
| | | 261:4-8 | | | | |
| 261:10-12 | | | | | | |
| 261:18 | | | | | | |
| 262:6-8 | | | | | | |
| 262:13-14 | | | | | | |
| 263:3-5 | | | | | | |
| | | 263:23-24 | F.R.E. 401, 402, 403, 404(a), | | | O |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | 608 | | | |
| 265:24 – 270:21 | | | | | | |
| | | 271:18-272:23 | | | | |
| | | | | 272:24-273:8 | | |
| | | 273:9-18 | | | | |
| | | 273:19-25 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor); F.R.E. 701 lack of foundation; improper 702 testimony; barred by Court's 11/1/04 Order | | | S |
| 274:15 – 275:6 | | | | | | |
| | | 275:7-11 | | | | |
| | | 275:12-275:14 | F.R.E. 611(c) | | | |
| | | 275:15-19 | | | | |
| | | 275:20-23 | F.R.E. 611(c) | | | S |
| | | 275:24-276:3 | | | | |
| | | 276:4-6 | F.R.E. 611(c) | | | S |
| | | 276:7-11 | | | | |
| | | 276:12-18 | F.R.E. 602 ("all the architects), 611(C) | | | S |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 276:19-21 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor) | | | S |
| | | 276:22-25 | | | | |
| | | 277:1-277:5 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor) | | | S |
| | | 285:25-286:24 | | | | |
| | | 287:14-21 | Lack of F.R.E. 602 foundation; lack of F.R.E. 701 foundation | | | O |
| | | 287:22-25 | Lack of F.R.E. 602 foundation; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law | | | S |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | | in Plaintiff's favor) | | | |
| | | 288:1-3 | | | | |
| | | 288:4-18 | Lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; non-responsive narrative | | | S |
| | | 290:1-10<br>290:20-23 | Lack of F.R.E. 602 and 701 foundation | | | |
| | | 290:24-291:1 | | | | |
| | | 305:9-23 | F.R.E. 401, 402, 403 (originality, not uniqueness, is copyright standard and originality has been determined as a matter of law in Plaintiff's favor); 611(c); | | | S |
| | | 305:24-7 | | | | |
| | | 305:8-306:15 | 611(c); lack of F.R.E. 602 and 701 foundation; barred by Motion in Limine re: other products (Doc. No. 606) | | | |

**MOORE, LARRY** - 9/4/03

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 6:15-16 | | | | | | |
| | | 25:3-5<br>25:9-18<br>25:20-21<br>25:25<br>26:1-4<br>26:8-21<br>26:23-24<br>27:5-10<br>27:14-25 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | S |
| 34:6-22 | | | | | | |
| | | 35:14-25<br>36:1-12<br>36:16-23<br>36:25<br>37:1-2<br>37:9-14<br>37:16-18<br>37:20-22<br>37:24-25<br>38:1-2<br>38:5-8<br>41:24-25<br>42:1-2 | F.R.E. 401, 402, 403; lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; lack of F.R.E. 602 foundation | 36:13-15<br>37:3-8 | | S |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 42:5-6 | | | | |
| 63:23 – 64:2<br>64:5-6<br>64:8-9<br>64:12-13<br>64:15-25<br>65:23 – 66:1<br>69:23 – 70:3<br>70:13-21<br>71:17-18<br>76:8-9<br>76:12 – 77:12<br>77:16<br>77:18-20<br>77:24<br>78:1-4<br>78:8<br>78:10-13<br>78:19<br>78:21-23<br>79:3-11<br>81:2-25<br>88:10-25<br>89:4-5<br>89:7-11<br>89:14-19<br>90:12 – 91:5<br>91:9-10 | Fed. R. Evid. 402, 403 | | Testimony concerning Defendants' joint defense agreement is relevant to infringement, intentional infringement, willfulness, pre-trial discovery disputes, bias; F.R.E. 404(b) impeachment | | | O |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 91:12-15<br>91:25 – 92:1<br>92:3-6<br>92:8-21<br>92:24 – 93:1<br>93:6-7<br>93:9-10<br>93:13-14<br>93:16-17<br>93:20-21<br>93:23-25<br>94:5<br>94:7-15<br>94:19-20<br>94:22-25<br>95:3-4<br>95:6-7<br>95:10<br>95:12 – 96:8<br>96:12 – 97:2<br>97:4-5<br>97:7-16<br>98:1-13<br>98:16-17<br>98:19 – 99:8<br>99:10-11<br>99:13-21 | | | | | | |
| 104:2-25 | Fed. R. Evid. | | Testimony concerning the | | | |