| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | 402, 403 | | contents of Larry's Moore's design file, including document related to Competition Product Survey, sent to Town & Country's counsel is relevant to infringement, intentional infringement, willfulness, pre-trial discovery disputes, bias; F.R.E. 404(b) impeachment | | | O |
| 105:1– 05:19 | | | | | | |
| 105:22-23 | | | | | | |
| 134:10-12 | | | | | | |
| 134:14–135:1 | | | | | | |
| 136:17–137:3 | | | | | | |
| 137:6-9 | | | | | | |
| | | 152:14-16 | | | | |
| | | 152:19-25 | | | | |
| | | 153:1-4 | | | | |
| | | 153:6-14 | | | | |
| | | | | 153:15-23 | | |
| | | 153:24-25 | | | | |
| | | 154:1-4 | | | | |
| | | 154:8-10 | | | | |
| | | | | 154:11-20 | | |
| | | | | 154:24-155:7 | | |
| | | | | 155:10-156:10 | | |
| | | | | 156:12-20 | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 174:6 | | | | 156:24-25 | | |
| 174:8-25 | | | | 157:3-11 | | |
| | | | | 157:23-158:3 | | |
| | | | | 158:6-18 | | |
| | | | | 158:21-159:3 | | |
| | | | | 159:6-12 | | |
| | | | | 159:15-25 | | |
| | | | | 160:3-4 | | |
| | | | | 160:7 | | |
| | | | | 160:9 | | |
| | | | | 160:23-161:8 | | |
| | | | | 161:12 | | |
| | | | | 163:16-19 | | |
| | | | | 163:22 | | |
| | | 197:9-25<br>198:1-22 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order; F.R.E. 401, 402 and 403 | | | S |
| | | 209:13-25<br>210:1-21 | 611(c); lack of F.R.E. 602 foundation | | | S |
| 211:2-20 | | | | | | |

**MOORE, LARRY - 2/17/04**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 219:2 | | | | | | |
| 219:19-23 | | | | | | |
| | | 219:24 | | | | |
| 219:25 – 220:19 | | | | | | |
| 221:3-13 | | | | | | |
| 221:17 – 222:11 | | | | | | |
| | | 222:12-16 | | | | |
| 222:17-24 | | | | | | |
| 224:6 – 225:14 | | | | | | |
| | | 225:15-22 | | | | |
| 226:10 – 227:1 | | | | | | |
| 227:4-14 | | | | | | |
| 227:17 – 228:17 | | | | | | |
| 229:8-11 | | | | | | |
| 229:17 – 230:7 | | | | | | |
| 230:10-11 | | | | | | |
| | | 231:6-9 | | | | |
| | | 232:5-9 | | | | |
| | | 232:12-20 | | | | |
| 232:21 – 234:8 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 234:9-11<br>234:15-235:3 | F.R.E. 401, 402, 403; barred by Motion in Limine re: other products (Doc. No. 606); lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | S |
| 235:4–36:11 | | | | | | |
| 238:6-9 | | | | | | |
| 238:12 | | | | | | |
| 238:14-15 | | | | | | |
| 239:12-17 | | | | | | |
| 239:20–240:2 | | | | | | |
| 243:7-11 | | | | | | |
| | | 243:12-15 | | | | |
| 243:16-244:18 | | | | | | |
| 244:21-25 | | | | | | |
| 248:1–251:16 | | | | | | |
| 252:8-24 | | | | | | |
| 253:5-8 | | | | | | |
| 253:11-14 | | | | | | |
| 258:22–259:4 | | | | | | |
| 259:6-9 | | | | | | |
| 262:21–263:6 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 263:11-17 | | | | | | |
| 264:10-265:10 | | | | | | |
| 265:14-16 | | | | | | |
| 265:19-21 | | | | | | |
| 265:25 – 267:14 | | | | | | |
| 267:24 – 268:3 | | | | | | |
| 270:23 – 271:16 | | | | | | |
| 271:19 – 272:4 | | | | | | |
| 272:6 – 273:5 | | | | | | |
| | | 273:6-7<br>273:10-20 | Asked and answered | | | |
| 275:6-10 | | | | | | |
| 275:23-24 | | | | | | |
| 276:3 | | | | | | |
| | | 276:5-16 | Lack of F.R.E. 602 and 701 foundation | 276:17-20 | | O |
| 278:3-5 | | | | | | |
| 278:7-279:6 | Fed. R. Evid. 402, 403, 404, 608 | | Testimony is relevant to infringement, intentional infringement, and willfulness; F.R.E. 404(b) impeachment | | | S |
| 279:7 – 279:9 | | | | | | |
| 279:12-13 | | | | | | |
| 280:4-7 | | | | | | |
| 280:11 – 281:9 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 281:11 – 282:23 | | | | | | |
| 283:7-10 | | | | | | |
| | | 283:11-12 | | | | |
| 283:13 – 284:4 | | | | | | |
| | | 284:5-10 | | | | |
| | | 284:14-16 | | | | |
| 284:17 – 20 | | | | | | |
| | | 290:10-12<br>290:15-18<br>290:24-291:2<br>291:5-21<br>292:7-25<br>298:9-14<br>298:24<br>299:1-301:4<br>301:7-302:10 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | 291:22-25 | | S |
| 302:22 – 303:4 | | | | | | |
| 306:9-19 | | | | | | |
| 306:23 – 307:5 | | | | | | |
| 308:18-21 | | | | | | |
| 315:23 – 315:25 | | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 316:1-4<br>316:7-9<br>316:12-13<br>316:16<br>316:25 – 317:2<br>317:6-11<br>317:20 – 319:1<br>319:4-6<br>319:9-14<br>319:17 – 320:9<br>320:12-25 | Fed. R. Evid. 402, 403 | | Testimony regarding pre-trial discovery disputes is relevant to intentional infringement, Defendants' joint defense agreement, and bias; F.R.E. 404(b) impeachment | | | O |
| 323:1-21 | | | | | | |
| 323:23 – 324:3 | | | | | | |
| 324:5-17 | | | | | | |
| | | 324:21-325:23 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | S |
| 326:7 –327:9 | | | | | | |
| 329:21 – 331:20 | | | | | | |
| 332:4 – 333:9 | | | | | | |
| 333:13 – 334:7 | | | | | | |
| | | 334:22-335:1 | | | | |
| | | 335:4-8 | | | | |
| | | | | 335:9-17 | | |
| | | | | 335:21-24 | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 335:25 – 336:14 | | | | | | |
| 336:17 – 337:16 | | | | | | |
| 337:19-23 | | | | | | |
| 338:4-19 | | | | | | |
| | | 338:20-339:22 229:24 | Lack of F.R.E. 602 and 701 foundation; improper F.R.E. 702 testimony; barred by Court's 11/1/04 Order | | | S |
| 340:4-12 | | | | | | |
| | | 340:25-341:6 | | | | |
| | | 341:7-11 | F.R.E. 802 | | | S |
| 342:5-343:12 | | | | | | |
| | | 343:14-17 | Speculation | | | S |
| 343:18 – 344:4 | | | | | | |
| 345:5-10 | | | | | | |
| 345:13-15 | | | | | | |
| 345:18 – 346:20 | | | | | | |
| 346:23 – 347:6 | | | | | | |
| | | 347:7-9 | Speculation | | | S |
| 347:10 – 348:4 | | | | | | |
| 348:9-16 | | | | | | |
| 348:21-23 | | | | | | |
| 349:2-14 | | | | | | |
| | | 353:23-355:4 | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 360:21 – 361:12<br>361:15 – 362:3<br>362:6-23<br>363:1-8<br>363:23-364:25<br>365:1 – 365:15<br>370:2-9 | Fed. R. Evid. 402, 403 | | Testimony is relevant to pre-trial discovery disputes, infringement, Defendants' tours of Plaintiff's copyrighted products, and intentional infringement | | | O |

Dated: November __, 2004

s/ David A. Davenport
Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157940v1