UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DESIGNATED DEPOSITION TESTIMONY OF STEVE SANDELIN** |

Pursuant to Local Rule 39.1(b)(1)(D), Plaintiff filed Plaintiff's Designated Deposition Testimony of Steve Sandelin on November 1, 2004. Defendants filed counter-designations and objections.

Plaintiff hereby submits the Designated Deposition Testimony of Steve Sandelin, which was videotaped and stenographically recorded. In addition to the testimony listed below, Plaintiff also designates for admission any and all exhibits referenced in the testimony listed.

**STEVE SANDELIN - 10/29/04**

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 5:1-7:13 | Not testimony/ introductory | | Background / Foundation | | | O |
| 7:14-9:3 | | | | | | |
| 9:4-10:9 | Relevance | | Testimony is relevant to bias | | | S ~~O~~ |
| 10:10-24:18 | | | | | | |
| 24:19-25:5 | No foundation; calls for hearsay | | Foundation will be supplied by prior evidence; witness is not testifying about an out-of-court statement offered for the truth of the matter asserted | | | O |
| 25:6-27:3 | | | | | | |
| 27:4 | Objection withdrawn | | | | | |
| 27:5-27:23 | | | | | | |
| 27:24-28:15 | Improper impeachment | | Prior inconsistent statement | | | O |
| 28:16-29:20 | | | | | | |
| 29:21-22 | Objection withdrawn | | | | | |
| 29:24-31:14 | | | | | | |
| 31:15 | Objection withdrawn | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 31:16-37:12 | | | | | | |
| 37:13-38:18 | Improper impeachment | | Prior inconsistent statement | | | O |
| 38:19-40:16 | | | | | | |
| 40:17-42:5 | Improper impeachment | | Prior inconsistent statement | | | O |
| 42:6-46:20 | | | | | | |
| 47:18-47:21 | | | | | | |
| 47:24-59:13 | | | | | | |
| 59:14-60:11 | Argumentative; assumes facts not in evidence; no foundation | | Impeachment; foundation will be supplied by prior evidence | | | O |
| 60:13-14 | | | | | | |
| 60:15-60:18 | Objection | | F.R.E. 404(b) | | | O |
| 60:19-62:17 | | | | | | |
| 62:18-63:15 | No foundation; argumentative; assumes facts not in evidence | | Foundation will be supplied by prior evidence; Impeachment | | | O |
| 63:16-23 | | | | | | |
| 63:24-64:13 | No foundation; argumentative; assumes facts not in evidence | | Foundation will be supplied by prior evidence; Impeachment | | | O |
| 64:14-66:6 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 66:7-66:19 | Argumentative; form; no question/attorney testifying | | | | | S |
| 66:21-67:3 | | | | | | |
| 68:5-69:16 | | | | | | |
| 69:17-70:8 | Foundation; assumes facts not in evidence | | Foundation will be supplied by prior evidence | | | O |
| 70:9-73:7 | | | | | | |
| 73:8-73:14 | Relevance | | | | | |
| 73:15-91:7 | | | | | | |
| 91:8-15 | Argumentative; calls for legal conclusion; assumes facts not in evidence | | Foundation will be supplied by prior evidence | | | O |
| 91:16-100:14 | | | | | | |
| 100:15-20 | Assumes facts not in evidence; argumentative | | Foundation will be supplied by prior evidence | | | O |
| 100:21-24 | | | | | | |
| 101:1-22 | Improper impeachment; argumentative | | | | | |
| 101:23-102:17 | | | | | | |
| 102:18-103:1 | Form; use of plural | | | | | |

| **Rottlund Designations** Page/Line | **Defendants' Objections** | **Defendants' Counter Designations** | **Rottlund's Objections/ Responses to Defendants' Objections** | **Rottlund's Rejoinder Designations** | **Defendants Rejoinder Objections** | **Court's Ruling** ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 103:2-104:8 | | | | | | |
| 104:9-106:12 | Form; calls for legal conclusion; assumes facts not in record; misstates prior testimony; argumentative; seeks to introduce discovery disputes into evidence | | Foundation will be provided by prior evidence; testimony regarding pre-trial discovery disputes is relevant to intentional infringement | | | O |
| 106:14-112:21 | | | | | | |
| 112:22-113:22 | Calls for legal conclusion; relevance – individual element | | F.R.E. 704(a); Testimony is relevant to direct evidence of copying and intentional infringement | | | O |
| 113:23-115:7 | | | | | | |
| 115:8-116:3 | Improper impeachment | | Prior inconsistent statement | | | O |
| 116:5-132:14 | | | | | | |
| 132:15-18 | Assumes facts not in evidence; no foundation | | Foundation will be provided by prior evidence | | | O |
| 132:19-22 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 132:23-133:8 | Improper impeachment; improper recollection; refreshment | | Prior inconsistent statement | | | O |
| 133:10-135:15 | | | | | | |
| 135:16-135:24 | Assumes facts not in evidence; misstates record; argumentative | | Foundation will be provided by prior evidence | | | O |
| 136:2-140:14 | | | | | | |
| 140:15-23 | Hearsay; improper impeachment | | Background / Foundation | | | O |
| 140:24-141:3 | | | | | | |
| 141:4-11 | Argumentative; form; assumes facts not in evidence | | | | | S |
| 141:12-142:2 | Misstates record; foundation; improperly seeks to introduce discovery disputes | | Foundation will be provided by prior evidence; Testimony regarding pre-trial discovery disputes is relevant to intentional infringement | | | O |
| 142:4-12 | Argumentative; improper introduction of discovery disputes | | Testimony regarding pre-trial discovery disputes is relevant to intentional infringement | | | O |
| 142:14-17 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 142:19-143:2 | Argumentative; no foundation; misstates record; calls for legal conclusions | | Foundation provided by witness' earlier testimony | | | O |
| 143:4-145:7 | | | | | | |
| 145:8-14 | Argumentative; calls for legal conclusion; no foundation; misstates record | | Foundation provided by witness' earlier testimony | | | O |
| 145:15-150:13 | | | | | | |
| 150:14-16 | Foundation | | | | | S |
| 150:17-151:19 | | | | | | |
| 151:20-152:15 | Improper impeachment; foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | O |
| 152:17-153:2 | | | | | | |
| 153:3-16 | Improper impeachment; no foundation; assumes facts not in evidence | | | | | S |
| 153:17-155:2 | | | | | | |
| 155:3-4 | Argumentative; no foundation | | Foundation will be provided by prior evidence | | | O |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 155:5-22 | | | | | | |
| 155:23-156:5 | Argumentative; form; no foundation; false for legal conclusion; no time frame; assumes facts not in evidence | | Foundation provided by witness' prior testimony | | | O |
| 156:6-159:9 | | | | | | |
| 159:10-14 | Argumentative | | | | | S |
| 159:15-168:16 | | | | | | |
| 168:17-21 | No foundation | | Foundation will be provided by prior testimony | | | O |
| 168:23-174:13 | | | | | | |
| 174:14-175:4 | Form; argumentative; no foundation | | Foundation will be provided by prior testimony | | | O |
| 175:6-17 | | | | | | |
| 175:18-176:1 | Form; argumentative; no foundation | | | | | S |
| 176:2-5 | | | | | | |
| 176:6-14 | Form; confusing; argumentative; assumes facts not in evidence; seeks legal conclusion | | Foundation will be provided by prior evidence and is provided by witness' earlier testimony | | | O |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 176:15-179:13 | | | | | | |
| 179:14-180:11 | Argumentative; prejudice; outweighs probative value; no foundation | | Foundation will be provided by prior evidence | | | O |
| 180:12-16 | | | | | | |
| 180:17-181:14 | No foundation; argumentative; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | O |
| 181:15-22 | | | | | | |
| 181:23-182:19 | No foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | O |
| 182:20-184:10 | | | | | | |
| 184:11-185:7 | No foundation | | Foundation will be provided by prior evidence | | | O |
| 185:8-19 | | | | | | |
| 185:20-186:3 | No foundation | | | | | S |
| 186:4-187:8 | | | | | | |
| 187:9-188:13 | No foundation; improper impeachment | | Prior inconsistent statement | | | O |
| 188:14-189:20 | | | | | | |
| 189:21-190:5 | Form; foundation – "first seen" | | | | | O |
| 190:7-8 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 190:9-15 | No foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | O |
| 190:17-194:16 | | | | | | |
| 194:17-23 | Foundation | | Foundation will be provided by prior evidence | | | O |
| 195:2-202:10 | | | | | | |
| 202:11-203:18 | No foundation; argumentative; assumes facts not in evidence | | Foundation provided by witness' prior testimony | | | O |
| 203:19-211:18 | | | | | | |
| 211:19-22 | Improper impeachment | | Prior inconsistent statement | | | O |
| 211:24-212:16 | Assumes facts not in evidence; argumentative; improper use of phrase "Rottlund Concept" | | Impeachment | | | O |
| 212:17-23 | | | | | | |
| 212:24-213:10 | Asked and answered | | | | | S |
| 213:11-214:17 | Improper impeachment | | Prior inconsistent statement | | | O |
| 214:18-223:23 | | | | | | |
| 223:24-224:9 | Argumentative; no foundation | | Foundation will be provided by prior evidence | | | O |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 224:10-231:22 | | | | | | |
| 231:23-232:4 | Relevance; individual elements | | Testimony is relevant to direct evidence of copying, intentional infringement, and Plaintiff's Lanham Act and Deceptive Trade Practices Act claims | | | O |
| 232:5-235:6 | | | | | | |
| 235:7-237:8 | Argumentative; seeks legal conclusion; irrelevant; individual elements | | F.R.E. 704(a); Testimony is relevant to direct evidence of copying, intentional infringement, and Plaintiff's Lanham Act and Deceptive Trade Practices Act claims | | | O |