| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 237:22-239:3 | Objection to document as inadmissible, prejudicial and misleading; contains term "obviously similar" | | Ex. 11A was authored by the witness and sent to the Bloodgood Defendants immediately after the Town & Country Homes Defendants received Plaintiff's cease and desist letter; Ex. 11A is relevant to Defendant Pinnacle's denial of personal jurisdiction, pre-trial discovery disputes, Plaintiff's intentional infringement claims, Plaintiff's vicarious liability and contributory infringement claims, and the Bloodgood Defendants' notice of Rottlund's copyright infringement claims; Ex. 11A contains admissions by a party opponent | | | O |
| 239:4-241:1 | | | | | | |
| 241:2-23 | Improper impeachment | | | | | S |
| 242:2-243:8 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 243:9-18 | Calls for legal conclusion; misstate the law | | | | | S |
| 243:19-248:7 | Unduly prejudicial; objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | O |
| 248:8-249:17 | | | | | | |
| 250:12-20 | | | | | | |
| 250:21-252:17 | Unduly prejudicial; misstates the law; object to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | O |
| 252:18-253:13 | | | | | | |
| 253:14-254:2 | Objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | O |
| 254:3-15 | | | | | | |
| 254:16-23 | Objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | O |
| 254:24-256:2 | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 256:3-17 | Objection to phrase "obviously similar" | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | O |
| 256:18-21 | | | | | | |
| 256:22-257:21 | Misstates law; seeks legal conclusion; argumentative | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | O |
| 257:23-258:24 | | | | | | |
| 259:1-259:13 | Seeks legal conclusion; argumentative; assumes facts not in evidence | | Foundation provided by witness' earlier testimony | | | S |
| 259:15-263:11 | | | | | | [illegible] |
| 263:12-264:19 | No foundation; object to phrase "obviously similar" argumentative; seeks speculation | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind) | | | S |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| 264:21-265:21 | Object to phrase "obviously similar"; no foundation; assumes facts not in evidence; improper cross | | F.R.E. 602 (witness offered first hand definition of what he meant by "obviously similar" / state of mind); witness' earlier testimony provided foundation | | | S |
| | | 266:8-267:9 O<br>267:13-20 O<br>267:24-268:15 S<br>268:19 S | F.R.E. 611(c); F.R.E. 404(a); lack of foundation; objection to questions regarding "uniqueness" as the copyright standard is originality | | | See notations |
| | | 268:21-269:2 | | | | [illegible] |
| | | 269:4-10 | F.R.E. 611(c) | | | S |
| | | 269:11-270:1 | | | | |
| | | 270:2-6 | F.R.E. 404(a) | | | O |
| | | 270:7-13 | F.R.E. 611(c) | | | S |
| | | 271:17-22 S<br>272:3-4 S | F.R.E. 611(c); F.R.E. 701 lack of foundation | | | See notation |
| | | 272:5-16 | | | | |
| | | 272:17-19 S | F.R.E. 611(c) | | | [illegible] |
| | | 272:20-24 S<br>273:4-7 S<br>273:12-15 S | F.R.E. 611(c); Misstates witness' prior testimony | | | [illegible] |
| | | | | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 273:16-274:14 S<br>274:20-23 S | F.R.E. 401, 402, 403 (April 1992 tour not relevant); barred by Motion in Limine re: other products (Doc. No. 606); F.R.E. 701 lack of foundation | | | See notation |
| | | 276:6-14 S<br>276:17-21 S | F.R.E. 611(c); F.R.E. 602 lack of foundation | | | " |
| | | 276:22-279:14 O<br>279:16-19 S<br>279:23-280:12 S<br>280:16-22 S | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; F.R.E. 602 lack of foundation | | | |
| | | 280:23-282:19 S | F.R.E. 611(c) | | | |
| | | 282:20-283:21 | | | | |
| | | 283:22-24 O | F.R.E. 611(c) | | | |
| | | 284:1-284:19 | | | | |
| | | 284:20-24 O | F.R.E. 611(c) | | | |
| | | 285:5-13 | | | | |
| | | 285:14-17 O | F.R.E. 611(c) | | | |
| | | 285:18-22 | | | | |
| | | 285:23-286:4 S | F.R.E. 611(c) | | | |
| | | 286:5-6 | | | | |
| | | 286:7-9 S | F.R.E. 611(c) | | | |
| | | 286:10-18 | | | | |
| | | 286:22-287:1 | | | | |
| | | 287:3-6 S | F.R.E. 611(c) | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 287:7-288:17 S<br>288:22 S<br>289:2-12 S | F.R.E. 701 lack of foundation; improper F.R.E. 702 testimony; F.R.E. 611(c) | | | See notation |
| | | 289:16-290:2 | | | | |
| | | 290:3-5 S<br>290:10 S | F.R.E. 611(c); lack of F.R.E. 602 foundation; calls for speculation | | | " |
| | | 290:12-291:11 | | | | |
| | | 291:14 | | | | |
| | | 291:16-23 S | F.R.E. 701 lack of foundation | + Legal conclusion | | " |
| | | 291:24-292:13 S | F.R.E. 602 lack of foundation; misstates Plaintiff's claims; F.R.E. 611(c) | | | " |
| | | 292:19-293:7 S | F.R.E. 611(c); lack of F.R.E. 701 foundation; improper F.R.E. 702 testimony; lack of F.R.E. 602 foundation | | | " |
| | | 293:8-294:14 S | F.R.E. 611(c) | | | |
| | | 294:15-295:1 | | | | |
| | | 295:2-5 S | F.R.E. 611(c) | | | |
| | | 295:6-297:6 | | | | |
| | | 297:7-10 S | F.R.E. 611(c) | | | |
| | | 297:11-299:23 S | F.R.E. 611(c) | | | |
| | | 300:3-10 | | | | |
| | | 300:11-18 S | F.R.E. 701 lack of foundation; F.R.E. 611(c) | | | |

| Rottlund Designations Page/Line | Defendants' Objections | Defendants' Counter Designations | Rottlund's Objections/ Responses to Defendants' Objections | Rottlund's Rejoinder Designations | Defendants Rejoinder Objections | Court's Ruling ("O" over-ruled; "S" sustained) |
|---|---|---|---|---|---|---|
| | | 300:19-21 S<br>301:2-4 S | Statement by counsel which misstates Court's Order; F.R.E. 611(c) | | | See [illegible] |
| 301:7-13 | | | | | | |
| 301:14-19 | No foundation; assumes facts not in evidence | | Foundation will be provided by prior evidence | | | O |
| 301:22-303:2 | | | | | | |
| 303:3-304:2 | Improper introduction of discovery disputes; assumes facts not in evidence; relevance | | Testimony regarding Defendants' withholding of documents ordered to be produced by the Court during discovery, which resulted in sanctions, is relevant to intentional infringement | | | O |
| 304:3-305:12 | | | | | | |
| 305:13-306:18 | Relevance; violate ruling in limine | | Ruling in limine concerns the amounts of salaries and bonuses paid, not whether in fact bonuses/incentives were paid; testimony is relevant to willfulness and intentional infringement | | | O |

Dated: November 12, 2004

s/ David A. Davenport

Robert R. Weinstine, #0115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ddavenport@winthrop.com

2157913v3