UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1980(DSD/SRN)

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a
Minnesota corporation,

Plaintiff,

v.

**SPECIAL VERDICT FORM**

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois corporation, et al.,

Defendants.

We, the jury in the above-entitled matter, based on its findings, answer the following questions:

1. Do you find by a preponderance of the evidence that the following architectural works infringe Rottlund's Villa II?

| | | |
|---|---|---|
| Homestead technical drawings: | Yes ____ | No X |
| Chateau technical drawings: | Yes ____ | No X |
| Washington Square technical drawings: | Yes ____ | No X |
| Homestead townhomes: | Yes ____ | No X |
| Chateau townhomes: | Yes ____ | No X |
| Washington Square townhomes: | Yes ____ | No X |

SCANNED
DEC 15 2004
U.S. DISTRICT COURT MPLS

If you answered "yes" to any part of Question 1, continue to Question 2. Otherwise, have your foreperson sign and date this special verdict form, as you have completed your deliberations.

2. Answer the following only as to those architectural works you found were infringing in Question 1. Which defendant(s) have been proven by a preponderance of the evidence to be responsible for each infringement, either directly, vicariously, or contributorily?

Homestead technical drawings:

Pinnacle ____ Town & Country Minnesota ____ BSB ____

Chateau technical drawings:

Pinnacle ____ Town & Country Minnesota ____

Washington Square technical drawings:

Pinnacle ____ Town & Country Minnesota ____ BSB ____

Homestead townhomes:

Pinnacle ____ Town & Country Minnesota ____ BSB ____

Chateau townhomes:

Pinnacle ____ Town & Country Minnesota ____

Washington Square townhomes:

Pinnacle ____ Town & Country Minnesota ____ BSB ____

3. Answer the following only as to those architectural works you found were infringing in Question 1. Did the plaintiff, Rottlund, sustain actual damages as a result of the infringement?

| | | |
|---|---|---|
| Homestead technical drawings: | Yes ___ | No ___ |
| Chateau technical drawings: | Yes ___ | No ___ |
| Washington Square technical drawings: | Yes ___ | No ___ |
| Homestead townhomes: | Yes ___ | No ___ |
| Chateau townhomes: | Yes ___ | No ___ |
| Washington Square townhomes: | Yes ___ | No ___ |

If you answered "yes" to any part of Question 3, continue to Question 4. Otherwise, skip Question 4 and proceed directly to Question 5.

4. Answer the following only as to those architectural works for which you answered "yes" in Question 3. What was the amount of actual damages proved by a preponderance of the evidence to have been sustained as a result of the infringement?

| | |
|---|---|
| Homestead | $ ________________ |
| Chateau | $ ________________ |
| Washington Square | $ ________________ |

5. Answer the following only as to those defendants you found liable for infringement in Question 2. Did defendants Pinnacle, Town & Country Minnesota or BSB earn profits that are attributable to the infringement(s)?

| | | |
|---|---|---|
| Pinnacle | Yes ___ | No ___ |
| Town & Country Minnesota | Yes ___ | No ___ |
| BSB | Yes ___ | No ___ |

<u>If you answered "yes" to any part of Question 5, continue to Questions 6 - 8. Otherwise, have your foreperson sign and date this special verdict form, as you have completed your deliberations.</u>

6. Answer the following only as to those defendants for which you answered "yes" in Question 5. What amount of profits received by each defendant was attributable to the infringement(s)? (Deduct overhead and production costs from the amount(s). Do not include any amount taken into account in Question 4.)

| | |
|---|---|
| Pinnacle | $ ________________ |
| Town & Country Minnesota | $ ________________ |
| BSB | $ ________________ |

7. Answer the following only as to those defendants for which you answered "yes" in Question 5. Did defendants Pinnacle, Town & Country Minnesota, or BSB engage in willful infringement?

| | | |
|---|---|---|
| Pinnacle | Yes ____ | No ____ |
| Town & Country Minnesota | Yes ____ | No ____ |
| BSB | Yes ____ | No ____ |

If you answered "yes" with respect to any of the defendants in Question 7, proceed to Question 8. Otherwise, have your foreperson sign and date this special verdict form, as you have completed your deliberations.

8. For any defendant you found engaged in willful infringement, what was the amount of overhead expenses incurred as part of the infringing conduct?

| | |
|---|---|
| Pinnacle | $ ____________ |
| Town & Country Minnesota | $ ____________ |
| BSB | $ ____________ |

Have your foreperson sign and date this special verdict form, as you have completed your deliberations.

Dated: 12-14__________, 2004

[signature]
FOREPERSON