# UNITED STATES DISTRICT COURT
## District of Minnesota

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota corporation

V.

Pinnacle Corporation, d/b/a Town & Country Homes, an Illinois corporation, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1980 (DSD/SRN)

: **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Plaintiff take nothing, that the action be dismissed on the merits, and that the Defendants Pinnacle Corporation, Town & Country Homes, The Bloodgroup Inc., Bloodgroup Sharp Buster Architects & Planners of Iowa, Inc. recover of the Plaintiff The Rottlund Company their costs of action.

12/21/04
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk

Approved by: s/David S. Doty
David S. Doty
Senior United States District Judge