UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants. | No.: 01-CV-1980 (DSD/SRN)<br><br>**AFFIDAVIT OF DAVID A. DAVENPORT IN SUPPORT OF PLAINTIFF'S JOINT MOTION FOR A NEW TRIAL AND FOR JUDGMENT AS A MATTER OF LAW** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David A. Davenport, being duly sworn, states:

1. I am an associate with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402. I am duly licensed to practice law in the State of Minnesota and before this Court. I am one of the attorneys representing Plaintiff, The Rottlund Company, Inc., d/b/a Rottlund Homes ("Rottlund" or "Plaintiff"), in this matter. I submit this Affidavit in Support of Plaintiff's Motion for a New Trial and for Judgment as a Matter of Law;

2. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the Town & Country Homes Defendants' Exhibit 625;

3. Attached hereto as **Exhibit B** is a true and correct copy of transcript excerpts from the March 17, 2004 hearing the Court conducted concerning Rottlund's motion for partial summary judgment; and

4. Attached hereto as **Exhibit C** is a true and correct copy of the unpublished decision in the matter of *The Rottlund Company, Inc. v. Scott Larson Construction, Inc.*, 2004 WL 742054 (D. Minn. 2004).

FURTHER YOUR AFFIANT SAITH NOT.

s/ David A. Davenport
DAVID A. DAVENPORT, Affiant

Subscribed and sworn to before me
this 22nd day of December, 2004.

s/Deana J. Lessor
Deana J. Lessor, Notary Public
My Commission Expires: 01/31/05

2168308v1