# Exhibit A.2




APPENDIX 1.17

# COVERED ENTRY PROPORTIONS - FRONT VIEW

TOWN & COUNTRY
PLAN 1529




ROTTLUND
PLAN C




APPENDIX 1.18

## COVERED ENTRY PROPORTIONS - SIDE VIEW

Jeffrey A. Scherer, FAIA Expert Report




## APPENDIX 1.19
# FRONT ELEVATION PROFILES



## TOWN & COUNTRY

PLAN 1529

WINDOWS:
(2) DOUBLE HUNG – ONE WIDE
(2) DOUBLE HUNG – THREE WIDE



## ROTTLUND

PLAN C

WINDOWS:
(2) DOUBLE HUNG – ONE WIDE
(2) DOUBLE HUNG – TWO WIDE

APPENDIX 1.20

# FRONT ELEVATION WINDOW LAYOUTS – END UNITS




TOWN & COUNTRY
PLAN 1529

NOTE: THE MODULE IS BASED ON THE SHORTER SIDE OF EACH WINDOW, THIS ANALYSIS IS USED TO COMPARE THE ELEVATIONS OF TOWN & COUNTRY PLAN 1529 AND ROTTLUND PLAN C TO STUDY THE PROPORTIONING. THERE IS NO APPARENT SIMILARITY IN THE PROPORTION OF THE WINDOWS OR THE SPACING BETWEEN WINDOWS.




ROTTLUND
PLAN C

APPENDIX 1.21

# FRONT ELEVATION WINDOW PROPORTIONS




## TOWN & COUNTRY

PLAN 1529

WINDOWS:
(3) DOUBLE HUNG – TWO WIDE
(1) FIXED TRANSOM




## ROTTLUND

PLAN C

WINDOWS:
(4) DOUBLE HUNG – TWO WIDE

APPENDIX 1.22

# SIDE ELEVATION WINDOW LAYOUTS




TOWN & COUNTRY
PLAN 1529

NOTE: THE MODULE IS BASED ON THE SHORTER SIDE OF EACH WINDOW, THIS ANALYSIS IS USED TO COMPARE THE ELEVATIONS OF TOWN & COUNTRY PLAN 1529 AND ROTTLUND PLAN C TO STUDY THE PROPORTIONING. THERE IS NO APPARENT SIMILARITY IN THE PROPORTION OF THE WINDOWS OR THE SPACING BETWEEN WINDOWS.

ROTTLUND
PLAN C

APPENDIX 1.23

## SIDE ELEVATION WINDOW PROPORTIONS

## TOWN & COUNTRY
### PLAN 1450




## ROTTLUND
### PLAN D




APPENDIX 1.24

## LOWER FLOOR PLANS - MIDDLE UNITS

KEY

TOWN & COUNTRY
PLAN 1450

ROTTLUND
PLAN D



APPENDIX 1.25

# LOWER FLOOR PLANS OVERLAID - MIDDLE UNITS

## TOWN & COUNTRY
### PLAN 1450




[redacted]

## ROTTLUND
### PLAN D




[redacted]

APPENDIX 1.26

# ENTRY AND STAIR RELATIONSHIPS – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
## PLAN 1450




[redacted]

# ROTTLUND
## PLAN D




[redacted]

APPENDIX 1.27

## SHAPE OF ENTRY SPACE – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY

## PLAN 1450




# ROTTLUND

## PLAN D




APPENDIX 1.28

# ELEMENTS THAT DEFINE THE ENTRY SPACE

# TOWN & COUNTRY
## PLAN 1450




[redacted]

[redacted]

# ROTTLUND
## PLAN D




[redacted]

[redacted]

APPENDIX 1.29

# TYPES OF KITCHEN SPACES – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY

## PLAN 1450




# ROTTLUND

## PLAN D




APPENDIX 1.30

# KITCHEN / BREAKFAST RELATIONSHIP – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report

## TOWN & COUNTRY
### PLAN 1450




## ROTTLUND
### PLAN D




[redacted]

[redacted]

[redacted]

[redacted]

APPENDIX 1.31

# ENTRY AND STAIR RELATIONSHIPS – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report

# TOWN & COUNTRY
## PLAN 1450




[redacted]

[redacted]

# ROTTLUND
## PLAN D




[redacted]

APPENDIX 1.32

STAIR AND DINING RELATIONSHIPS – MIDDLE UNITS

## TOWN
### PLAN 1450




## ROTTLUND
### PLAN D




APPENDIX 1.33

# UPPER FLOOR PLANS - MIDDLE UNITS

## KEY

TOWN & COUNTRY
PLAN 1450

ROTTLUND
PLAN D



APPENDIX 1.34

# UPPER FLOOR PLANS OVERLAYED - MIDDLE UNITS