Exhibit A.3

# TOWN & COUNTRY
## PLAN 1450




# ROTTLUND
## PLAN D




APPENDIX 1.35

# LOFT SPACE RELATIONSHIPS – MIDDLE UNITS

## TOWN&COUNTRY
### PLAN 1450




[redacted]

## ROTTLUND
### PLAN D




[redacted]

APPENDIX 1.36

# MASTER BEDROOM PROPORTIONS – MIDDLE UNITS

Jeffrey A. Scherer, FAIA Expert Report




ROTTLUND
PLANS D and C




TOWN & COUNTRY
PLANS 1450 and 1529

APPENDIX 1.37

# FRONT ELEVATION WINDOW LAYOUTS

Jeffrey A. Scherer, FAIA Expert Report

NOTE: THE MODULE IS BASED ON THE SHORTER SIDE OF EACH WINDOW, THIS ANALYSIS IS USED TO COMPARE THE ELEVATIONS OF TOWN & COUNTRY PLAN 1450 AND ROTTLUND PLAN D TO STUDY THE PROPORTIONING. THERE IS NO APPARENT SIMILARITIY IN THE PROPORTION OF THE WINDOWS OR THE SPACING BETWEEN WINDOWS.




ROTTLUND
PLAN D




TOWN & COUNTRY
PLAN 1450

APPENDIX 1.38

# FRONT ELEVATION WINDOW PROPORTIONS




APPENDIX 1.39

# OPTIONAL FIREPLACE ELEVATION

ROTTLUND
PLAN C

TOWN&COUNTRY
PLAN 1529



APPENDIX 1.40

## OPTIONAL FIREPLACE ELEVATION PROPORTIONS

Jeffrey A. Scherer, FAIA    Expert Report