IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DEFENDANTS' JOINT NOTICE OF INTENT TO SEEK AN AWARD OF ATTORNEYS' FEES AND COSTS** |

**DEFENDANTS' JOINT NOTICE OF INTENT TO SEEK AN AWARD OF ATTORNEYS' FEES AND COSTS**

Defendants, jointly, pursuant to L.R. 54.3(b)(2), hereby give notice of intent to seek an award of attorneys fees and costs as a prevailing party under 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d)(2).

Pursuant to L.R. 54.3(b)(2), Defendants hereby proposes the following briefing schedule for the presentation of motions for attorneys' fees and costs: Any defendant that seeks attorneys' fees or costs shall file a motion and all supporting documentation and legal memoranda by January 20, 2005; Plaintiffs shall file any response brief by February 10, 2005; Defendants shall file any reply brief by February 21, 2005.

Dated: December 29, 2005

s/Darren B. Schwiebert
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

– AND –

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

– AND –

Holly J. Newman
J. Ben Patrick
MACKALL, CROUNSE & MOORE
1400 AT&T Tower
901 Marquette Ave.
Minneapolis MN 55415

ATTORNEYS FOR DEFENDANTS
BLOODGOOD SHARP BUSTER
ARCHITECTS AND PLANNERS OF IOWA,
INC., AND THE BLOODGOOD GROUP,
INC.