UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br>Defendants, | ) | No.: 01-CV-1980 (DSD/SRN)<br><br>**NOTICE OF APPEAL** |

TO: Defendant Pinnacle Corporation and its attorneys, Christopher J. Murdoch and Matthew Farmer, HOLLAND & KNIGHT, LLC, 131 South Dearborn St., 30th Floor, Chicago, IL 60603;

Defendant Town & Country Homes, Inc., and its attorneys, Darren B. Schwiebert of FREDRIKSON & BYRON, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402; and

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc., and their attorneys, Holly J. Newman, MACKALL, CROUNSE & MOORE, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402.

Notice is hereby given that The Rottlund Company, Inc. d/b/a Rottlund Homes, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from: (1) the Judgment in a Civil Case that was entered in this action by the United States District Court for the District of Minnesota (Judge David S. Doty) on the 21st day of December, 2004, including the Court's previous orders and rulings; and (2) the Order the United States District Court for the District of Minnesota (Judge David S. Doty) entered in this action on the

23rd day of December, 2004, which, among other things, denied Plaintiff's Joint Motion for a New Trial and For Judgment as a Matter of Law.

Dated: January 19, 2005

s/ Philip R. Mahowald
Robert R. Weinstine, #115435
Thomas H. Boyd, #200517
Craig S. Krummen, #0259081
Philip R. Mahowald, #0274902
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
pmahowald@winthrop.com

2172733v1