U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. __________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes<br><br>Appellant<br>vs. | Robert R. Weinstine<br>Thomas H. Boyd<br>Craig S. Krummen<br>Philip R. Mahowald<br>WINTHROP & WEINSTINE, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402-4629<br>Telephone: (612) 604-6400 |
| Pinnacle Corporation d/b/a Town & Country Homes, Town & Country Homes, Inc., Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.<br><br>Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>SEE SUPPLEMENTAL SHEET |

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [ ] Yes. [✓] No.

SEE SUPPLEMENTAL SHEET

FOR LEAD COUNSEL ONLY
I [✓] have ([ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [✓] is ([ ] is not ) amenable to settlement.

Submitted by: s/ Thomas H. Boyd January 19, 2005
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

[✓] **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**

## APPEAL INFORMATION FORM A: SUPPLEMENTAL SHEET

### COUNSEL FOR DEFENDANTS/APPELLEES

**Counsel for Defendant/Appellee Town & Country Homes, Inc.:**

Darren B. Schwiebert
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-3397
Telephone: 612-492-7312

**Counsel for Defendant/Appellee Pinnacle Corporation:**

Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT, LLC
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Telephone: 312-263-3600

**Counsel for Defendants/Appellees Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.:**

Holly J. Newman
J. Ben Patrick
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: 612-305-1400

### ISSUES ON APPEAL

1. Whether the District Court erred when it failed to grant Plaintiff/Appellant's Motion for a New Trial.

2. Whether the District Court erred when it failed to grant in its entirety Plaintiff/Appellant's Motion for Partial Summary Judgment Regarding Infringement.

3. Whether the District Court erred when it failed to grant Plaintiff/Appellant judgment as a matter of law.

4. Whether the District Court erred when it failed to rule on the Defendants/Appellees' appeal of the Magistrate Judge's order/report and recommendation regarding sanctions.

5. Whether the District Court erred when it failed to exclude certain expert evidence, testimony, and demonstrative exhibits during trial.

6. Whether Defendants/Appellees' counsels' closing arguments regarding erroneously admitted evidence or evidence not admitted unfairly prejudiced Plaintiff/Appellant.

7. Whether the District Court erred when it refused to give certain jury instructions proposed by Plaintiff/Appellant and gave certain incomplete and inaccurate instructions to the jury.