IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. § 505 AND FED. R. CIV. P. 54(d)(2)** |

**DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. § 505 & FED. R. CIV. P. 54(d)(2)**

Defendants Pinnacle, Town & Country Homes Minnesota, and Bloodgood Sharp Buster Architects & Planners move for an award of attorneys' fees and costs, pursuant to 17 U.S.C. § 505, FED. R. CIV. P. 54(d)(2), and L.R. 54.3. In support of their motion for fees and costs, Defendants state as follows:

1. Plaintiff sued Pinnacle, Town & Country Homes, Minnesota, and Bloodgood Sharp Buster Architects & Planners, for violations of the Copyright Act, Lanham Act, and Minnesota Deceptive Trade Practices Act.

2. The matter was tried to a jury, and after more than four weeks of trial, the jury returned a verdict in favor of the defendants on all claims. (Docket No. 864.) Thereafter, this court entered judgment for the defendants. (Docket No. 865.)

3. Therefore Pinnacle, Town & Country, and Bloodgood Sharp & Buster are all prevailing parties under the Copyright Act and may seek an award of attorneys fees and costs. *See* 17 U.S.C. § 505 ("the court in its discretion may allow the recovery of *full costs* . . . [and] a reasonable attorney's fee" to the prevailing party as part of the costs") (emphasis added). As a prevailing party, the defendants may also seek reimbursement of costs under FED. R. CIV. P. 54(d)(2). *See* 12/21/04 Judgment Order (Docket No. 865, stating "the Defendants . . . recover of the Plaintiff The Rottlund Company their costs of action.").

4. The prevailing defendants seek an award as follows:

| | Fees | Expenses |
|---|---|---|
| Pinnacle | $2,488,494.00 | $295,878.27 |
| Town & Country | $1,169,606.70 | $195,863.70 |
| BSB | $ 758,474.00 | $263,229.24 |

5. Supporting this request is a memorandum of law and detailed summaries of the amounts of fees, costs, and expenses.

6. Under the applicable legal standards, the amounts of the fees, costs, and expenses are reasonable and customary.

**Dated: January 20, 2004**

Respectfully submitted,

s/Edward F. Ryan
Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

s/Darren B. Schwiebert
Cynthia Jokela Moyer
Darren B. Schwiebert
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

s/ Holly J. Newman
Holly J. Newman
Ben Patrick
MacKall, Crounse & Moore
1400 AT&T
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 604-6400
Facsimile: (612) 604-6816

ATTORNEYS FOR DEFENDANTS
BLOODGOOD SHARP BUSTER
ARCHITECTS & PLANNERS OF IOWA,
INC. AND THE BLOODGOOD GROUP,
INC.