# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTIFICATION OF CONVENTIONAL FILING**

The Rottlund Company, Inc.

Plaintiff(s)

v.

Case Number: 01cv1980

Pinnacle, et al

Defendant(s)

---

This filing is in conventional or physical form only, and is on file with the Clerk's Office.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the e-filing system allows)*

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal*

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

X__Other (description): Filed In Camera – Affidavit of Darren B. Schwiebert

* Filing of these items requires Judicial Approval.