Thu Jan 20 09:19:33 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 279614
Cashier larry

Check Number: 127892

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

WINTHROP & WEINSTINE 01-CV-1980

DSD / SRN

APPEAL FEE

n

ʼINTHROP WE

ATTORNEYS AND COUNSEL

30 (DSD/SRN) / Our F

*cle Corporation, et al*

iling fee check in the
ly filed today. Also
aintiff's filing of its No

contact me.

SCANNED
JAN 21 2005
U.S. DISTRICT COURT MPLS