Richard D. Sletten, Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** January 24, 2005
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Jenny Beck, Deputy Clerk

**In Re:** District Court Case No.: 01-CV-1980 (DSD/SRN)
Eighth Circuit Case No.:
Case Title: Rottlund Company Inc v. Pinnacle Corporation, et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☒ Other:
  - ☒ The statutory filing fee has been paid, receipt # 279614.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of  file(s).
- ☒ Two certified copies, and one uncertified copy of updated docket sheet from 10/30/01 to 1/24/05.
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
| --- | --- | --- |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ____________

U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: 16 days

Financial Status:

Fee Paid? ☒ Yes, receipt # 279614 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☒ No

Are there any other pending post-judgement motions? ☒ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☒ No

Was a court reporter utilized? ☒ Yes ☐ No

If yes, please identify the court reporter:

Name: Kristine Mousseau
Address: 300 S. 4th Street
Minneapolis, MN 55415

Phone: 612 664-5105

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☒ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

s/Jenny Beck

Jenny Beck, Deputy Clerk