UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants.

Civil No. 01-1980 (DSD/SRN)

**DEFENDANTS BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS OF IOWA, INC., AND THE BLOODGOOD GROUP, INC.'S NOTICE OF APPEAL**

---

TO: Plaintiff The Rottlund Company Inc. and its attorneys, Robert Weinstine, Thomas Boyd, Craig Krummen, Philip Mahowald and David Davenport, Winthrop & Weinstine, 225 South Sixth Street, Suite 2500, Minneapolis, MN 55402;

Defendant Pinnacle Corporation and its attorneys, Christopher Murdoch and Matthew Farmer, Holland & Knight, 131 South Dearborn St., 30th Floor, Chicago, IL 60603; and

Defendant Town & Country Homes, Inc. and its attorney, Darren Schwiebert, Fredrikson & Byron, 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402.

Notice is hereby given that Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc. hereby cross-appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Civil Case which was entered in favor of Defendants in this action by the United States District Court for the District of Minnesota (Judge David S. Doty) on the 21st day of December, 2004, including the Court's previous orders and rulings.

MACKALL, CROUNSE & MOORE, PLC

Dated: January 28, 2005

By: /s/ Ben Patrick

Joanne Turner (MN Bar # 235787)
Holly J. Newman (MN Bar #026457X)
Ben Patrick (MN Bar #312460)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402-2859
Telephone: (612) 305-1436

Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.

JBP/jbp#731646v1