U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ______________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes,<br><br>Appellant/Appellee,<br>vs. | Robert R. Weinstine<br>Thomas H. Boyd<br>Craig S. Krummen<br>Philip Mahowald<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402-4629<br>Telephone: (612) 604-6400 |
| Pinnacle Corporation d/b/a Town & Country Homes, Town & Country Homes, Inc., Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.,<br><br>Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br><br>See Supplemental Sheet |

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [ ] Yes. [✓] No.

See Supplemental Sheet

FOR LEAD COUNSEL ONLY
I [✓] have ([ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [✓] is ([ ] is not ) amenable to settlement.

Submitted by: /s/ Holly Newman January 28, 2005
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

[✓] **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**

# APPEAL INFORMATION FORM A: SUPPLEMENTAL SHEET

## Counsel for Appellee Pinnacle Corporation

Christopher J. Murdoch
Matthew Farmer
Holland & Knight
131 South Dearborn Street
30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600

## Counsel for Appellee Town & Country Homes, Inc.

Darren Schwiebert
Fredrikson & Byron
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 492-7312

## Counsel for Appellee/Cross-Appellants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.

Joanne Turner
Holly Newman
Ben Patrick
Mackall, Crounse & Moore
1400 AT & T Tower
901 Marquette Ave.
Minneapolis, MN 55402
Telephone: (612) 305-1400

## Issues on Cross-Appeal

1. Whether the District Court erred when it granted Plaintiff/Appellant/Cross-Appellee's Motion to exclude Appellees/Cross-Appellants' employees from testifying as expert witnesses.
2. Whether the District Court erred when it failed to give certain jury instructions proposed by Appellees/Cross-Appellants and gave incomplete or incorrect instructions to the jury.
3. Whether the District Court erred when it excluded certain evidence offered by Appellees/Cross-Appellants.
4. Whether the District Court erred when it allowed admission of certain evidence offered by Plaintiff/Appellant/Cross-Appellee.
5. Whether the District Court erred when it failed to grant certain of Appellees/Cross-Appellants' motions in limine.

6. Whether the District Court erred when it denied certain motions for summary judgment.
7. Whether the District Court erred when it granted certain motions for summary judgment.

JBP/jbp#731664v1