UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
111 S. 10TH Street FAX (314)244-2780
St. Louis, Missouri 63102 www.ca8.uscourts.gov

Michael E. Gans
Clerk of Court

January 28, 2005

Mr. Philip R. Mahowald
WINTHROP & WEINSTINE
Suite 3500
225 S. Sixth Street
Minneapolis, MN 55402

Re: 05-1296 The Rottlund Company vs. Pinnacle Corporation

Dear Mr. Mahowald:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

SCANNED
JAN 28 2005
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Robert Roy Weinstine
Thomas Henry Boyd
Craig S. Krummen
Christopher J. Murdoch
Matthew I. Farmer
Darren B. Schwiebert
Holly Jean Newman
J. Ben Patrick
Kristine Mousseau, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1980 DSD/SRN

January 28, 2005
Case Number: 05-1296

District Court/Agency Case Number(s): CIV 01-1980 DSD/SRN

THE ROTTLUND COMPANY, INC. doing business as
Rottlund Homes, a Minnesota corporation

Plaintiff - Appellant

v.

PINNACLE CORPORATION, doing business as
Town & Country Homes, an Illinois corporation;
TOWN & COUNTRY HOMES, INC., a Minnesota
corporation; BLOODGOOD SHARP BUSTER ARCHITECTS
AND PLANNERS OF IOWA, INC., an Iowa corporation;
THE BLOODGOOD GROUP, INC., an Iowa corporation

Defendants - Appellees

(5072-010199)

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

APPEAL BRIEFING SCHEDULE

Appeal No. 05-1296 The Rottlund Company v. Pinnacle Corporation

Date: January 28, 2005

This schedule has been established in conformity with the 8th Cir.R. 28A & 30A, which is a modification of the procedure suggested in FRAP. Because this court has directed that the practice of routinely granting extensions of time be discontinued, counsel and court personnel must carefully note the dates indicated and arrange their schedules to insure compliance with this order.

APPEAL REQUIREMENTS

1. Complete and file immediately:
   a. Appeal Information Form. 8th Cir. R. 3B.
   b. Corporate Disclosure Statement. 8th Cir. R. 26.1A.
   c. The enclosed Entry of Appearance Form.
2. Within 10 days of filing the notice of appeal, appellant must
   a. order the necessary transcript part or file a certificate of waiver. FRAP 10 (b)
   b. arrange for payment of transcript costs. FRAP 10 (b)
   c. confer with opposing counsel regarding method of preparation of appendix. FRAP 30, 8th Cir. R. 30A.
3. Within 20 days of filing the notice of appeal, appellee must
   a. order additional portions of transcript, if necessary.
   b. arrange for payment of transcript costs.

COURT REPORTER REQUIREMENTS

1. Upon receipt of the transcript order, the reporter shall
   a. endorse it and forward a copy to this court. FRAP 11(b)
   b. complete the transcript within 30 days. FRAP 11(b)
2. Request an extension of time in writing with justification.

NOTE: SANCTIONS MAY BE IMPOSED IF A TRANSCRIPT IS NOT ORDERED AND TRANSCRIBED IN ACCORDANCE WITH THE RULES. Counsel will not be permitted to "buy time" by delaying the transcript order.

FILING DATES:

Method of Appendix Preparation Notification.........10 days from today
Designation & Statement of Issues-Appellant.........10 days from today
Designation of Record-Appellee................10 days from service of appellant's designation
Transcript.............................................3/9/05
Appendix (3 copies)....................................3/21/05
Brief-Appellant with addendum..........................3/21/05
Brief-Appellee.........................................4/20/05
Reply-Brief............................................5/4/05

ALL BRIEFS AND APPENDICES SHOULD BE FILED WITH THE ST. LOUIS OFFICE

(5003-010199)