F AP
ELL
peal I
ed wi

Mon Jan 31 15:33:38 2005

UNITED STATES DISTRICT COURT
MPLS, MN

Receipt No. 700 434143
Cashier deborah

Check Number: 81378

DO Code 4641
Div No 4

| Sub Acct | Type | Tender | Amount |
| --- | --- | --- | --- |
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

MACKALL CROUNSE MOORE/01CV1980 DSD/SRN

APPEAL TO THE 8TH CIRCUIT

Homes,
itects

e purposes).
]Yes.

SCANNED
JAN 3 1 2005
U.S. DISTRICT COURT MPLS