**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants. | No.: 01-CV-1980 (DSD/SRN)<br><br>**DEFENDANTS PINNACLE CORPORATION AND TOWN & COUNTRY HOMES, INC.'S JOINT NOTICE OF CROSS APPEAL** |

TO: Plaintiff The Rottlund Company Inc. and its attorneys, Robert Weinstine, Thomas Boyd, Craig Krummen, Philip Mahowald and David Davenport, Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402;

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc., and their attorneys, Holly J. Newman, MacKall, Crounse & Moore, PLC, 1400 AT&T, 901 Marquette Avenue, Minneapolis, MN 55402

Notice is hereby given that Defendants Pinnacle Corporation and Town & Country Homes, Inc. hereby cross-appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Civil Case which was entered in favor of Defendants in this action by the United States District Court for the District of

Minnesota (Judge David S. Doty) on the 21st day of December, 2004, including the Court's previous orders and rulings.

Dated: February 2, 2004

Respectfully submitted,

s/Christopher J. Murdoch

Edward F. Ryan
Christopher J. Murdoch
Matthew I. Farmer
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
DONNA & DALY
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

ATTORNEYS FOR DEFENDANT
PINNACLE CORPORATION

s/Darren B. Schwiebert

Cynthia Jokela Moyer
Darren B. Schwiebert
FREDRIKSON & BYRON, P.A.
200 South Sixth Street #4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY HOMES, INC.

# 2487594_v1