# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ____________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes,<br><br>Appellant/Appellee,<br>vs. | Robert R. Weinstine<br>Thomas H. Boyd<br>Craig S. Krummen<br>Philip Mahowald<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402-4629<br>Telephone: (612) 604-6400 |
| Pinnacle Corporation d/b/a Town & Country Homes, Town & Country Homes, Inc., Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc.,<br><br>Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>See Supplemental Sheet |

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [ ] Yes. [✓] No.

See Supplemental Sheet

FOR LEAD COUNSEL ONLY
I [✓] have ([ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [✓] is ([ ] is not ) amenable to settlement.

Submitted by: /s/ Christopher J. Murdoch February 1, 2005
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

[✓] **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**

# APPEAL INFORMATION FORM A: SUPPLEMENTAL SHEET

**Counsel for Appellee/Cross Appellant Pinnacle Corporation**

Todd Steenson
Christopher J. Murdoch
Matthew I. Farmer
Holland & Knight
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
Telephone (312) 263-3600

**Counsel for Appellee/Cross Appellant Town & Country Homes, Inc.**

Darren Schwiebert
Fredrikson & Byron
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 492-7312

**Counsel for Appellee/Cross-Appellants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.**

Joanne Turner
Holly Newman
Ben Patrick
Mackall, Crounse & Moore
1400 AT & T Tower
901 Marquette Ave.
Minneapolis, MN 55402
Telephone (612) 305-1400

**Issues on Cross-Appeal**

1. In the event the Judgment entered on the Jury's verdict by the District Court, and the Order of the District Court denying plaintiff/appellant's Motion for a New Trial are not affirmed, Pinnacle appeals the District Court's pretrial ruling granting partial summary judgment to the plaintiff on certain liability issues.