**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***The Rottlund Company, Inc. d/b/a Rottlund Homes v. Pinnacle Corp., d/b/a Town & Country Homes and Town & Country Homes, Inc. v. Bloodgood Sharp Buster Architects and Planners of Iowa, Inc.***

Court File No. 01-CV-1980 DSD/SRN

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2005, I electronically filed the foregoing documents:

Defendants Pinnacle Corporation and Town & Country Homes, Inc.'s Joint Notice of Cross Appeal

Appellant's Form A with Supplemental Sheet

With the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Craig Krummen, Esq.**
**Holly J. Newman, Esq.**
**Darren B. Schwiebert, Esq.**
**David Donna, Esq.**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **NONE**

Dated: February 2, 2005

s/ Christopher J. Murdoch
Christopher J. Murdoch
Holland & Knight LLP
131 S. Dearborn Street
Chicago IL 60503
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

ATTORNEY FOR DEFENDANT
PINNACLE CORPORATION

# 2234350_v1