UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

February 9, 2005

Mr. John Benjamin Patrick
MACKALL & CROUNSE
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

Re: 05-1296 Rottlund Company vs. Pinnacle Corporation
Cross Appeal No. 05-1398 Rotlund Company vs. Bloodgood Sharp

Dear Mr. Patrick:

We have received certified copies of the notice of cross-appeal and docket entries from the Clerk of the United States District Court, together with notification of the payment of the docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this cross-appeal has today been assigned the docket number indicated.

Enclosed is a copy of a revised briefing schedule. This schedule supersedes any previously-established schedule.

(5054-010199)

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Philip R. Mahowald
Robert Roy Weinstine
Thomas Henry Boyd
Craig S. Krummen
David A. Davenport
Christopher J. Murdoch
Matthew I. Farmer
Darren B. Schwiebert
Holly Jean Newman
Joanne H. Turner

SCANNED
FEB 0 9 2005
U.S. DISTRICT COURT MPLS

February 9, 2005
Case Number: 05-1398

District Court/Agency Case Number(s): CIV 01-1980 DSD/SRN

THE ROTTLUND COMPANY, INC. doing business as
Rottlund Homes, a Minnesota corporation

Plaintiff - Appellee

v.

PINNACLE CORPORATION, doing business as
Town & Country Homes, an Illinois corporation;
TOWN & COUNTRY HOMES, INC., a Minnesota
corporation;

Defendants

BLOODGOOD SHARP BUSTER ARCHITECTS AND PLANNERS
OF IOWA, INC., an Iowa corporation;
THE BLOODGOOD GROUP, INC., an Iowa corporation

Defendants - Appellants

(5072-010199)

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

CROSS-APPEAL BRIEFING SCHEDULE

Appeal No. 05-1296 Rottlund Company v. Pinnacle Corporation

Cross Appeal No. 05-1398 Rottlund Company v. Bloodgood Sharp

Date: February 9, 2005

This briefing schedule for these cross appeals is established below. This schedule supersedes all previous schedules. Court reporters and counsel are expected to comply with this court's rules and to adhere to this schedule. Extensions of time are discouraged.

NOTE: These dates may be advanced or extended by court order or a party's early or late filing of a brief. Please refer to FRAP 31(a).

FILING DATES:

Notification of Method of Preparation of
Appendix Selected.........................10 days from today

Designation of record & Statement of
Issues-Appellant..........................10 days from today

Designation of Record Appellee/Cross Appellant.....10 days from service of appellant's designation

Transcript, if necessary.......................................3/21/05

Appendix (3 copies)..........................................3/31/05

Brief Appellant, with Addendum....(Rottlund)..................3/31/05

Brief Appellee/Cross Appellant....(Bloodgood).................5/2/05

Reply Brief Appellant/Cross Appellee....(Rottlund)............6/1/05

Reply Brief/Cross Appellant....(Bloodgood)....................6/15/05

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.

ALL BRIEFS AND APPENDICES SHOULD BE FILED WITH THE ST. LOUIS OFFICE

(5049-010199)