Fri Feb 11 08:21:18 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 434321
Cashier deborah

C.C. Number: 6814 09/07

DO Code Div No
4641 4

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 4 | 105.00 |
| 2:510000 | N | 4 | 150.00 |

Total Amount $ 255.00

CHRISTOPHER MURDOCH/ ROTTLUND V PINNACL
E

APPEAL TO THE 8TH CIRCUIT

SCANNED
FEB 10 2005
U.S. DISTRICT COURT MPLS