UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

No.: 01-CV-1980 (DSD/SRN)

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants.

**AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. § 505 AND FED. R. CIV. P. 54(d)(2)**

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

I, Craig S. Krummen, having been duly sworn upon oath, states as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402, and I am participating in the representation of the Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund"), in the above-referenced matter. I submit this Affidavit in Support of Plaintiff's Memorandum In Opposition To Defendants' Motion For An Award Of Attorneys' Fees And Costs Pursuant To 17 U.S.C. § 505 And Fed. R. Civ. P. 54(d)(2).

2. The Defendants operated under an oral joint-defense agreement throughout discovery. Larry Moore signed an affidavit confirming the existence of this agreement. *See* Affidavit of Larry Moore attached hereto.

3. Depositions in this case were conducted in Minnesota, Iowa and Illinois.

4. I attended nearly every deposition in this matter and, despite their joint defense agreement, each Defendant sent a lawyer to nearly every deposition. There were, however, two exceptions: a) Town & Country Minnesota's counsel did not attend depositions in Chicago; and b) neither Town & Country Minnesota's nor Bloodgood's counsel attended the October 29, 2004 trial deposition of Steve Sandelin.

FURTHER YOUR AFFIANT SAITH NOT.

s/ Craig S. Krummen
CRAIG S. KRUMMEN, Affiant

Subscribed and sworn to before me
this 11th day of March, 2005.

s/Cynthia L. Kuno
Notary Public

2228274v1