**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CERTIFICATE OF SERVICE**
Court File No. 01-CV-1980 (DSD/SRN)
ROTTLUND / PINNACLE

I hereby certify that on March 11, 2005 , I caused the following documents:

1. Plaintiff's Memorandum in Opposition to Defendants' Motion for an Award of Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d)(2);

2. Affidavit of Craig S. Krummen in Support of Plaintiff's Memorandum in Opposition to Defendants' Motion for an Award of Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d)(2); and

3. Affidavit of Victoria L. Handler in Support of Plaintiff's Memorandum in Opposition to Defendants' Motion for an Award of Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d)(2).

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David A Donna ddonna@donnalaw.com

Cynthia A Jokela cmoyer@fredlaw.com

Daniel J Maertens dmaertens@fredlaw.com

Christopher J Murdoch chris.murdoch@hklaw.com

Holly Jean Newman hjn@mch-pllp.com, kss@mch-pllp.com

Darren Brayer Schwiebert dschwiebert@fredlaw.com, kraba@fredlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: March 11, 2004

s/David A. Davenport
Craig S. Krummen, #259081
David A. Davenport, #285109
Attorneys for Plaintiff The Rottlund Company, Inc.
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716