WINTHROP WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

April 14, 2005

Philip R. Mahowald
(612) 604-6622
pmahowald@winthrop.com

Clerk of Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Rottlund Homes v. Pinnacle Corporation, et al
District Court Case No. 01-CV-1980 (DSD/SRN)
Eighth Circuit Court of Appeals Case No. 05-1296

Dear Clerk:

Although Rottlund included in its separate appendix excerpts of pertinent transcripts referenced in its brief, Rottlund hereby requests that the District Court forward the following transcripts to the Clerk of Courts for the Eighth Circuit Court of Appeals so they may be readily available to the Court of Appeals if needed:

1) **Doc. Nos. 886, 887, 888, 889, 890, 891, 892, 893, 894, 895, 896, 897, 898, 899, 900 and 901** – The trial transcripts (Doc. Nos. 886-901), including transcripts of the December 9, 2004 charge conference (Doc. No. 900) and closing arguments (Doc. No. 901);

2) **Doc. No. 766** – The November 3, 2004 pre-trial and motion *in limine* proceeding; and

3) **Doc. No. 877, Doc. No. 412 and Doc. No. 767** – The hearings before Magistrate Judge Nelson on March 17, 2004 (Doc. No. 877), April 29, 2004 (Doc. No. 412) and July 29, 2004 (Doc. No. 767), all of which relate to the legal and evidentiary issues, motions, rulings and orders referenced in Rottlund's Statement of Issues on Appeal.

Thank you for your assistance. Please feel free to contact me if you have any questions.

Sincerely,

WINTHROP & WEINSTINE, P.A.

s/Philip R. Mahowald
Philip R. Mahowald

2274561v1

cc: Clerk of Court, Eighth Circuit Court of Appeals (via U.S. Mail)