# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
JUL 26 2006
CLERK US DIST COURT
MINNEAPOLIS MN

01-cv-1980 DSD/SRN

No. 05-1296
No. 05-1398
No. 05-1501

The Rottlund Company, Inc.,

Appellant/Cross-Appellee,

vs.

* Appeal from the United States District Court for the District of Minnesota

Appellant/Cross-appellee shall recover from the appellees/cross appellants the sum of $3631.20 (three thousand, six hundred thirty-one dollars and twenty cents) as taxable costs on appeal.

(5232-010199)

July 21, 2006

SCANNED
JUL 26 2006
U.S. DISTRICT COURT MPLS

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 21, 2006

RECEIVED
BY MAIL
JUL 26 2006
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Thomas Henry Boyd
Mr. David A. Davenport
WINTHROP & WEINSTINE
Suite 3500
225 S. Sixth Street
Minneapolis, MN 55402

Re: 05-1296 Rottlund Company vs. Pinnacle Corporation
Re: 05-1398 Rottlund Company vs. Bloodgood Sharp
Re: 05-1501 Rottlund Company vs. Pinnacle Corporation

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

srd

Enclosure(s)

cc: Philip R. Mahowald
Robert Roy Weinstine
Craig S. Krummen
Christopher J. Murdoch
Matthew I. Farmer
Todd D. Steenson
Edward F. Ryan
Cynthia A. Moyer
Darren B. Schwiebert
Holly Jean Newman
John Benjamin Patrick
Joanne H. Turner
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1980 DSD/SRN