**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

Civil Action No. 01-CV-1980
(ADM/AJB)

**MOTION FOR SUBSTITUTION OF PARTIES AND COUNSEL**

**ORAL ARGUMENT NOT REQUESTED**

---

Hovstone Properties Illinois L.L.C., a Delaware limited liability company, is the successor-in-interest to Pinnacle Corporation d/b/a/ Town & Country Homes. Hovstone Properties Minnesota L.L.C., a Delaware limited liability company, is the successor-in-interest to Town & Country Homes, Inc. Fredrikson & Byron, P.A. is now legal counsel for both entities.

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Hovstone Properties Illinois LLC and Hovstone Properties Minnesota L.L.C. request that they be substituted for the previous defendants Pinnacle Corporation and Town & Country Homes, Inc.

Pursuant to Local Rule 83.7, Holland & Knight LLP and Donna & Daly are withdrawing as counsel for the previous Pinnacle Corporation and are being substituted by Fredrikson & Byron, P.A. as counsel for Hovstone Properties Illinois L.L.C. Fredrikson & Byron, P.A. was formerly counsel for Town & Country Homes, Inc. and will continue as counsel for Hovstone Properties Minnesota L.L.C.

Dated: August 31, 2006

s/ Lora Mitchell
Todd Wind (#196514)
Lora Esch Mitchell (#259615)
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#0260642)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street #4000
Minneapolis, MN 55402
Tel. (612) 492-7312
Fax (612) 492-7077

ATTORNEYS FOR DEFENDANTS HOVSTONE PROPERTIES ILLINOIS L.L.C. and HOVSTONE PROPERTIES MINNESOTA L.L.C.

Dated: August 31, 2006

s/Christopher J. Murdoch
Christopher J. Murdoch
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

FORMER COUNSEL FOR DEFENDANT
PINNACLE CORPORATION

s4077545_1.DOC