**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| THE ROTTLUND COMPANY, INC., d/b/a ROTTLUND HOMES, A MINNESOTA CORPORATION, | § § § § | Civil Action No. 01-CV-1980 |
| Plaintiff, | § § | |
| v. | § § | |
| PINNACLE CORPORATION, d/b/a TOWN & COUNTRY HOMES, AN ILLINOIS CORPORATION, et al., | § § § § | Honorable Ann D. Montgomery<br>Magistrate Judge: Arthur J. Boylan |
| Defendants. | §§ | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2006, I electronically filed the foregoing document:

Motion for Substitution of Parties and Counsel

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Davenport (ddavenport@winthrop.com; dlessor@winthrop.com)
Robert R. Weinstine (rweinstine@winthrop.com; dthielen@winthrop.com)
David A. Donna (ddonna@donnalaw.com)
Matthew I. Farmer (matt.farmer@mclolaw.com)
Christopher J. Murdoch (chris.murdoch@hklaw.com)
Holly J. Newman (hjn@mcmlaw.com)

Dated: August 31, 2006

s/ Lora Esch Mitchell

Lora Esch Mitchell (#259615)
Todd Wind (#196514)
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#0260642)
E-mail: lmitchell@fredlaw.com
FREDRIKSON & BYRON, PA
200 South 6th Street, Ste 4000
Minneapolis, MN 55402-1425
(612) 492-7000
(612) 492-7077 fax