**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br>Plaintiff,<br>vs.<br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, et al.,<br>Defendants. | Case No.: 01-CV-1980 (ADM/AJB)<br>**L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR SUBSTITUTION OF PARTIES AND COUNSEL** |

Pursuant to Rule LR 7.1(c) the undersigned hereby certifies, as counsel for Defendant The Rottlund Company, Inc. d/b/a Rottlund Homes, that this Memorandum of Law in Partial Opposition to Defendants' Motion for Substitution of Parties and Counsel was prepared in Microsoft Word 2000 using 13-point font.

The undersigned further certifies that this Memorandum complies with the type-length limitation as there are 2,037 words in this Memorandum, according to Microsoft Word 2000's word count, including headings, footnotes and quotations.

Dated: September 8, 2006.

**WINTHROP & WEINSTINE, P.A.**

s/Craig S. Krummen
Craig S. Krummen, #259081
David A. Davenport, #285109

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816
***Attorneys for Plaintiff The Rottlund Company, Inc.***