UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, an Illinois Corporation, et al.,

Defendants.

Case No.: 01-CV-1980 (ADM/AJB)

AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR SUBSTITUTION OF PARTIES AND COUNSEL

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Craig S. Krummen, being first duly sworn upon oath, states as follows:

1. I am an attorney with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota, 55402, and I am counsel for Plaintiffs.

2. Attached as Exhibit A are true and correct copies of the front cover and page 25 of the Hovnanian Enterprises, Inc., Annual Report 2005.

3. Attached as Exhibit B is a true and correct copy of the Corporate Disclosure Statement from the Opening Brief for All Defendants-Appellees and Cross-Appellants that was filed with the Eighth Circuit Court of Appeals.

4. Attached as Exhibit C is a true and correct copy of Macan-Wrightman v. Bajda, No. 5-96309 (RLE), 1998 WL 333959, at *2 (D.Minn. March 26, 1998).

5. Attached as Exhibit D is a true and correct copy of the August 8, 2006 Notice of Settlement Conference issued by Magistrate Judge Boylan.

6. Attached as Exhibit E is a true and correct copy of Defendants' August 31, 2006 letter to Magistrate Judge Boylan.

7. Attached as Exhibit F are true and correct copies of screen shots from the Minnesota and Illinois Secretary of State web sites as of September 8, 2006, showing the corporate status of Defendants Pinnacle and Town & Country.

FURTHER YOUR AFFIANT SAITH NOT.

Dated: September 8, 2006

s/Craig S. Krummen
Craig S. Krummen

Subscribed and sworn to before
me this 8th day of September 2006.

s/Susan L. Torkelson
Notary Public

2921105v1