**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CERTIFICATE OF SERVICE**
Court File No. 01-CV-1980 (DSD/SRN)
ROTTLUND / PINNACLE

I hereby certify that on September 8, 2006 , I caused the following documents:

1. **MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR SUBSTITUTION OF PARTIES AND COUNSEL**;

2. **L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR SUBSTITUTION OF PARTIES AND COUNSEL**; **AND**

3. **AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR SUBSTITUTION OF PARTIES AND COUNSEL**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David A Donna ddonna@donnalaw.com

Matthew I Farmer matt.farmer@mclolaw.com

James R Ferguson jferguson@mayerbrownrowe.com,

Rodney A Honkanen honkanenr@srsg.net, williamss@srsg.net; russellr@srsg.net

Dean R Karau dkarau@fredlaw.com,

Cynthia A Moyer cmoyer@fredlaw.com, cthomas@f! redlaw.com

Christopher J Murdoch chris.murdoch@hklaw.com

Holly J Newman hjn@mcmlaw.com

J Benjamin Patrick bpatrick@wthf.com

Scott W Petersen scott.petersen@hklaw.com,

Edward F Ryan edward.ryan@hklaw.com,

Darren B Schwiebert dschwiebert@fredlaw.com, kraba@fredlaw.com

,

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Daniel J Maertens
Heartland America
8085 Century Blvd
Chaska, MN 55318

Dated: September 8, 2006.

**WINTHROP & WEINSTINE, P.A.**

s/David A. Davenport
Craig S. Krummen, #259081
David A. Davenport, #285109

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816
***Attorneys for Plaintiff The Rottlund Company, Inc.***

2923771v1