# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-1980 ADM/AJB |
| | ) | Date: 9/27/06 |
| Pinnacle Corporation, et al., | ) | Court Reporter: |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: 3:45 p.m. |
| | ) | Time in Court: 6 Hours & 45 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

Plaintiff: Craig Krummen, David Davenport, Robert Weinstein
Defendant: Holly Newman, Darren Schwiebert, Daniel Hintz

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.

√ No settlement reached. Continued settlement negotiations shall take place on November 14, 2006, at 9:00 a.m., Suite 720, 180 E. 5th Street, St. Paul, Minnesota, 55101.

s/KT
Judicial Assistant