# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a Minnesota
Corporation,

Plaintiff(s)

v.

Pinnacle Corporation,
d/b/a Town & Country Homes, an Illinois
Corporation, et al.,

Defendants.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 01-CV-1980 (ADM/AJB)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court that the following attorneys no longer work for the firm of Mackall, Crounse & Moore, PLC, and are withdrawing as counsel of record for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., ("BSB"), and the Bloodgood Group, Inc., ("BGI"):

John Benjamin Patrick
Watt, Tieder, Hoffar & Fitzgerald
One Sansome Street, Suite 1050
San Francisco, CA 94104
E-Mail: bpatrick@wthf.com

Joanne H. Turner
Minnesota Supreme Court
305 Minnesota Judicial Center
25 Rev. Dr. Martin Luther King, Jr., Blvd.
St. Paul, MN 55155-6102
E-Mail: Joanne.turner@courts.state.mn.us

Holly J. Newman of Mackall, Crounse & Moore, PLC, remains counsel of record for BSB and BGI. In addition, Marilyn J. Rosberg of Mackall, Crounse & Moore, PLC, has been substituted for John Benjamin Patrick and Joanne H. Turner as counsel of record for BSB and BGI. Ms. Rosberg's contact information is as follows:

Marilyn J. Rosberg
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
E-Mail: mjr@mcmlaw.com

MACKALL, CROUNSE & MOORE, PLC

Date: October 11, 2006

s/ Holly J. Newman

Holly J. Newman, #26457X
Marilyn J. Rosberg, #315795
Attorneys for Defendants BSB and BGI
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400
E-Mail Address: hjn@mcmlaw.com

HJN/men/810343v1