IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota corporation,

Plaintiff,

v.

Pinnacle Corporation, d/b/a Town & Country Homes, an Illinois corporation, et al.,

Defendants.

Court File No. 01-CV-1980 (ADM/AJB)

CERTIFICATE OF SERVICE

---

I hereby certify that on October 11, 2006, I electronically filed the foregoing document:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Craig S. Krummen (ckrummen@winthrop.com)
David A. Davenport (ddavenport@winthrop.com; dlessor@winthrop.com)
Robert R. Weinstine (rweinstine@winthrop.com; dthielen@winthrop.com)
Lora Esch Mitchell (lmitchell@fredlaw.com)
Todd Wind (twind@fredlaw.com)
Cynthia Jokela Moyer (cmoyer@fredlaw.com)
Darren B. Schwiebert (dschwiebert@fredlaw.com)
Dean R. Karau (dkarau@fredlaw.com)
David A. Donna (ddonna@donnalaw.com)
Matthew I. Farmer (matt.farmer@mclolaw.com)
James R. Ferguson (jferguson@mayerbrownrowe.com)
Rodney A. Honkanen (honkanenr@srsg.net, williamss@srsg.net, russellr@srsg.net)
Philip R. Mahowald (pmahowald@winthrop.com)
Christopher J. Murdoch (chris.murdoch@hklaw.com)
Scott W. Petersen (scott.petersen@hklaw.com)
Edward F. Ryan (edward.ryan@hklaw.com)

MACKALL, CROUNSE & MOORE, PLC

Dated: October 11, 2006

s/ Holly J. Newman

Holly J. Newman, #26457X
Attorneys for Defendants BSB and BGI
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400
E-Mail: hjn@mcmlaw.com

HJN/men/811200v1