UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (ADM/AJB)<br><br>**AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONCERNING THE HOVSTONE TRANSACTION** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Craig S. Krummen, being first duly sworn upon oath, states as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., Suite 3500, 225 South Sixth Street, Minneapolis, Minnesota 55402, and I am participating in the representation of the Plaintiff, The Rottlund Company, Inc. d/b/a Rottlund Homes ("Rottlund"), in the above-referenced matter. I submit this Affidavit in Support of Plaintiff's Memorandum of Law in Support of its Motion to Compel Discovery from Defendants Pinnacle and Town & Country concerning the Hovstone Transaction.

2. Attached hereto as **Exhibit A** is a true and correct copy of Hovstone Properties Illinois LLC and Hovstone Properties Minnesota LLC's Motion for Substitution of Parties and Counsel, dated August 31, 2006;

3. Attached hereto as **Exhibit B** is a true and correct copy of correspondence from Todd A. Wind, Esq. to the Honorable Arthur J. Boylan, dated August 31, 2006;

4. Attached hereto as **Exhibit C** is a true and correct copy of correspondence from Robert R. Weinstine, Esq. to Christopher J. Murdoch, Esq., Darren Schwiebert, Esq. and Holly J. Newman, Esq., dated June 28, 2006;

5. Attached hereto as **Exhibit D** is a true and correct copy of an e-mail communication from Robert R. Weinstine to Darren Schwiebert, dated August 3, 2006;

6. Attached hereto as **Exhibit E** is a true and correct copy of correspondence from Robert R. Weinstine, Esq. to Magistrate Judge Arthur J. Boylan, dated August 22, 2006;

7. Attached hereto as **Exhibit F** are true and correct copies of electronic reports from the Illinois Secretary of State;

8. Attached hereto as **Exhibit G** is a true and correct copy of an electronic report from the Minnesota Secretary of State;

9. Attached hereto as **Exhibit H** are true and correct copies of documents produced by Defendant Town & Country Homes to Plaintiff on September 11, 2006, Bates numbered HOV000001 – 18;

10. Attached hereto as **Exhibit I** is a true and correct copy of Defendant Pinnacle Corporation's Responses to Plaintiff's Discovery Requests to Town and Country Homes (Set III), dated September 10, 2002;

11. Attached hereto as **Exhibit J** is a true and correct copy of Defendant Town & Country's Homes, Inc.'s Responses to Plaintiff's Discovery Requests to Defendant Town and Country Homes, Inc., dated August 12, 2002 (Set II);

12. Attached hereto as **Exhibit K** is a true and correct copy of Defendant Pinnacle Corporation's Responses and Objections to Plaintiff's Discovery Requests (Set IV), dated December 20, 2002;

13. Attached hereto as **Exhibit L** is a true and correct copy of Town & Country Homes, Inc.'s Answers to Plaintiff's Discovery (Set III), dated December 20, 2002;

14. Attached hereto as **Exhibit M** is a true and correct copy of Pinnacle Corporation's Responses to Plaintiff's Discovery Requests (Set VI), dated September 3, 2003; and

15. Attached hereto as **Exhibit N** is a true and correct copy of Town & Country Homes, Inc.'s Responses to Plaintiff's Discovery Requests (Set V), dated September 3, 2003.

FURTHER YOUR AFFIANT SAITH NOT.

Dated: October 16, 2006 s/Craig S. Krummen

Subscribed and sworn to before
me this 16th day of October 2006.

s/Susan L. Torkelson
Notary Public

2958784v1