Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation,
et al.,

Defendants,

Civil Action No. 01-CV-1980
(ADM/AJB)

**MOTION FOR SUBSTITUTION OF PARTIES AND COUNSEL**

**ORAL ARGUMENT NOT REQUESTED**

---

Hovstone Properties Illinois L.L.C., a Delaware limited liability company, is the successor-in-interest to Pinnacle Corporation d/b/a/ Town & Country Homes. Hovstone Properties Minnesota L.L.C., a Delaware limited liability company, is the successor-in-interest to Town & Country Homes, Inc. Fredrikson & Byron, P.A. is now legal counsel for both entities.

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Hovstone Properties Illinois LLC and Hovstone Properties Minnesota L.L.C. request that they be substituted for the previous defendants Pinnacle Corporation and Town & Country Homes, Inc.

Pursuant to Local Rule 83.7, Holland & Knight LLP and Donna & Daly are withdrawing as counsel for the previous Pinnacle Corporation and are being substituted by Fredrikson & Byron, P.A. as counsel for Hovstone Properties Illinois L.L.C. Fredrikson & Byron, P.A. was formerly counsel for Town & Country Homes, Inc. and will continue as counsel for Hovstone Properties Minnesota L.L.C.

Dated: August 31, 2006

s/ Lora Mitchell
Todd Wind (#196514)
Lora Esch Mitchell (#259615)
Cynthia Jokela Moyer (#211229)
Darren B. Schwiebert (#0260642)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street #4000
Minneapolis, MN 55402
Tel. (612) 492-7312
Fax (612) 492-7077

ATTORNEYS FOR DEFENDANTS HOVSTONE PROPERTIES ILLINOIS L.L.C. and HOVSTONE PROPERTIES MINNESOTA L.L.C.

Dated: August 31, 2006

s/Christopher J. Murdoch
Christopher J. Murdoch
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th Fl.
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

David Donna (#163624)
**DONNA & DALY**
1460 Buffet Way, Suite 150
Eagan, MN 55121
Telephone: (651) 406-4242
Facsimile: (651) 406-4243

FORMER COUNSEL FOR DEFENDANT
PINNACLE CORPORATION

s4077545_1.DOC

Exhibit B

FILE COPY

Fredrikson
& BYRON, P.A.

August 31, 2006

**VIA EMAIL**
The Honorable Arthur J. Boylan
United States Magistrate Judge
United States District Court
180 East 5th Street, Room 700
St. Paul, MN 55101

Re: Rottlund Homes, Inc. v. Pinnacle Corporation, et al.
Civil No. 01-1980 (ADM/AJB)

Dear Magistrate Judge Boylan:

Defendants submit this letter in response to the letter dated August 22, 2006 from Rottlund Homes, Inc. Defendants agree that additional discovery by both sides may be necessary as part of preparing for the trial in this matter and believe that a status conference to discuss adopting a procedure for the additional discovery is appropriate.

However, Defendants specifically oppose Rottlund's attempt to seek a motion to compel by letter, purportedly in the context of settlement discussions, that is not relevant to any matter currently in dispute and not the subject of any pending discovery requests. Hovstone Properties Illinois L.L.C., a Delaware limited liability company, is successor-in-interest to Pinnacle Corporation d/b/a/ Town & Country Homes. Hovstone Properties Minnesota L.L.C., a Delaware limited liability company, is successor-in-interest to Town & Country Homes, Inc. Fredrikson & Byron, P.A. is now legal counsel for both entities. This "series of transactions," as Rottlund characterizes it, is not the subject of this lawsuit and not relevant to any claim or defense.

Sincerely,

Todd A. Wind
*Attorney at Law*
**Direct Dial:** 612.492.7046

cc: Robert R. Weinstine (via e-mail)
Holly J. Newman (via email)

Attorneys & Advisors
main 612.492.7000
fax 612.492.7077
www.fredlaw.com

Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota
55402-1425

MEMBER OF THE WORLD SERVICES GROUP
*A Worldwide Network of Professional Service Providers*

OFFICES
Minneapolis, London, & Monterrey, Mexico

Exhibit C

WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

June 28, 2006

Robert R. Weinstine
Direct Dial: (612) 604-6613
Direct Fax: (612) 604-6813
rweinstine@winthrop.com

Christopher J. Murdoch, Esq.
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603

Holly J. Newman, Esq.
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

Darren Schwiebert, Esq.
Fredrikson & Byron
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402

Re: ***Rottlund v. Town & Country, et al. v. Bloodgood Architects and Planners of Iowa, Inc.***

Dear Counsel:

I trust you are now in receipt of the recent decision from the Eighth Circuit which reversed the jury verdict and remanded the matter for new trial.

I will be meeting with my clients in the immediate future to discuss our plans. In the interim, I would be deeply appreciative if you could advise me of the following:

1. Will all three of you continue to be engaged to handle this matter?

2. I would ask that counsel for Pinnacle/Town & Country provide us with information related to the Hovnanian acquisition so that we can more carefully determine how we are to proceed and if we will need to join additional entities and individuals; and

3. Do you have any desire to renew settlement discussions before Magistrate Judge Boylan or should we simply engage in some "freshen up" limited discovery and retry the lawsuit?

I look forward to hearing from you at your earliest possible convenience.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

Robert R. Weinstine

RRW:dkt//
2801883v1

Exhibit D

**From:** Thielen, Deborah K. on behalf of Weinstine Robert
**Sent:** Thursday, August 03, 2006 9:00 AM
**To:** Darren Schwiebert (dschwiebert@fredlaw.com)
**Subject:** Rottlund / Pinnacle

Dear Darren,

Thank you for your voice mail. I am currently in Chicago but I intend to meet with my damage expert early next week. In the interim, I would deeply appreciate receiving information updating me on the number of units on issue, which have been sold since the date of your last report to us at or around the time of trial.

You are correct. We will need this information for settlement or trial.

Lastly, I am also in need of information as to who "owns" this exposure in view of the asset sale of Pinnacle? I will need to determine, for example, if I have to join other entities or individuals.

Many thanks. When can I expect to hear from you?

Robert R. Weinstine

RRW/dkt

Exhibit E

August 22, 2006

WINTHROP WEINSTINE
ATTORNEYS AND COUNSELORS AT LAW

Robert R. Weinstine
Direct Dial: (612) 604-6614
rweinstine@winthrop.com

**BY MESSENGER**
Magistrate Judge Arthur J. Boylan
United States District Court
District of Minnesota
180 East Fifth Street
St. Paul, MN 55101

FILE COPY

**Re:** Court File No. 01-CV-1980 (ADM/AJB) / Our File No. 10150-3
***Rottlund Homes, Inc. v. Pinnacle Corporation, et al.***

Dear Magistrate Judge Boylan:

We respectfully submit this letter on behalf of Plaintiff Rottlund Homes, Inc. ("Rottlund") in anticipation of the Settlement Conference scheduled for September 27, 2006 in the above-referenced matter.

As Your Honor is aware, the Eighth Circuit Court of Appeals recently reversed the December 2004 jury verdict in this matter and remanded the case for trial. Because some additional "clean-up" discovery is necessary before this case may proceed to trial, Rottlund has requested that Defendants Pinnacle and Town & Country Homes (collectively "Town & Country Defendants") supplement their prior discovery responses and produce documents related to certain events that occurred subsequent to the December 2004 trial. The Town & Country Defendants have not produced this information and Rottlund believes it is important that it be produced sufficiently in advance of the September 27, 2006 Settlement Conference in order to permit the parties to engage in meaningful settlement negotiations.

Specifically, it is Rottlund's understanding that Hovnanian Enterprises, Inc. ("Hovnanian") acquired the Town & Country Defendants in early 2006 and concurrently entered into a joint venture agreement with affiliates of Blackstone Real Estate Advisors to own and operate the Town & Country Defendants' existing residential communities, which included communities in which the townhomes at issue in this lawsuit exist. Rottlund further understands that this joint venture spawned two corporate entities: (a) Hovstone Illinois, L.L.C., and (b) Hovstone Minnesota, L.L.C. A press release issued by Hovnanian indicates that it would continue to employ all of the Town & Country Defendants' employees and operate as a separate business in Minnesota, apart from Hovnanian's existing operations in Minnesota -- K. Hovnanian Builders. Additionally, the Town & Country Defendants did not dissolve their Minnesota operations with the Minnesota Secretary of State, instead they retained the Town & Country name with Hovnanian assuming it. Similarly, according to the Illinois Secretary of State, the Town & Country Defendants continue to be a corporation in good standing in Illinois. Accordingly, Rottlund understands that the Town & Country Defendants are marketed as part of the "K. Hovnanian Family of Builders."

Rottlund respectfully requests the Court order two things. First, Rottlund asks that the Court order the Town & Country Defendants to produce the documents related to these series of

transactions so that Rottlund may, for example, assess where the potential liability lies and determine who holds the reserves necessarily set-aside for the contingent liability this case presents. Second, because townhomes alleged to infringe Rottlund's copyrights at issue in this litigation continued to be sold and closed on after the December 2004 verdict, Rottlund asks that the Court order supplementation of the previously produced financial documents and identification of any additional developments in which such homes were constructed and/or sold. Rottlund respectfully requests that the Court order all of this information to be produced no later than August 31, 2006.

Thank you, Your Honor, for your time and attention to this matter.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

Robert R. Weinstine

c: Holly J. Newman (by fax)
Darren B. Schwiebert (by fax)

2899408v1