Exhibit F



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | TOWN AND COUNTRY HOMES OF ILLINOIS, INC. | File Number | 49962541 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 01/27/1972 | State | ILLINOIS |
| Agent Name | ROBERT P BOHNENSTIEHL | Agent Change Date | 03/07/1990 |
| Agent Street Address | #6 SUGAR LANE | President Name & Address | ROBERT P BOHNENSTIEHL 6 SUGAR LN COLLINSVILLE 62234 |
| Agent City | COLLINSVILLE | Secretary Name & Address | MARGARET M BOHNENSTIEHL SAME |
| Agent Zip | 62234-0000 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 01/09/2006 | For Year | 2006 |

Return to the Search Screen




# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | PINNACLE CORPORATION | File Number | 52705061 |
| Status | MERGE/CONSOLIDATED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 04/09/1982 | State | ILLINOIS |
| Agent Name | PETER J BRENNAN | Agent Change Date | 07/16/2001 |
| Agent Street Address | 1806 S HIGHLAND AVENUE | President Name & Address | MICHAEL J RYAN 121 N MADISON HINSDALE 60521 |
| Agent City | LOMBARD | Secretary Name & Address | MERGED OR CONSOLIDATED 03 01 05 DELLCNQ |
| Agent Zip | 60148-0000 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2005 |
| Assumed Name | INACTIVE - TOWN & COUNTRY HOMES<br>INACTIVE - TRUE NORTH COMMUNITIES | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM




## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | K. HOVNANIAN T&C HOMES AT ILLINOIS, L.L.C. | File Number | 01438247 |
| Status | GOODSTANDING | On | 02/28/2006 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 03/02/2005 | Jurisdiction | IL |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/02/2005 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Record Office | 10 HIGHWAY 35<br>RED BANK 07701 |
| Agent City | CHICAGO | Management Type | MBR |
| Agent Zip | 60604 | Dissolution Date | 12/31/2029 |
| Annual Report Filing Date | 02/28/2006 | For Year | 2006 |
| Assumed Name | ACTIVE - PINNACLE MASTER PLANNED COMMUNITIES<br>ACTIVE - TRUE NORTH COMMUNITIES<br>ACTIVE - TOWN & COUNTRY HOMES | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM

Exhibit G

WELCOME TO THE OFFICE OF THE Minnesota Secretary of State Online Access

DA Home UCC Business Services Account Session Briefcase Help/FAQs About Login

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 1279999-3 | **Entity Type:** | Assumed Name |
| **Original Date of Filing:** | 3/17/2005 | **Entity Status:** | Active |
| **Entity Date to Expire:** | 03/17/2015 | | |

**Name:** Town & Country Homes

**Address:** 7615 Smetana Ln #180
Eden Prairie, MN, 55344

Additional Entity Detail | Return to Search List | New Search

DA Home | OSS Home | Contacts | Privacy Policy | Terms & Conditions

Use of this site and services indicates your acceptance of the Terms & Conditions of Use.
©Copyright 2001 , Minnesota Office of the Secretary of State. All Rights Reserved.