UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, and Town & Country Homes, Inc., a Minnesota Corporation.<br><br>Defendants,<br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONCERNING THE HOVSTONE TRANSACTION** |

Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes, will move the Court for an Order to Compel Discovery from Defendants Pinnacle and Town & Country Concerning the Hovstone Transaction. Plaintiff's Motion is based upon its accompanying memorandum of law, arguments of counsel, and all of the files, records and proceedings herein.

Dated: October 16, 2006

WINTHROP & WEINSTINE, P.A.

By: s/Craig S. Krummen
Craig S. Krummen, #259081
David A. Davenport, #285109

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6400

***Attorneys for Plaintiff***
***The Rottlund Company, Inc.***

2963193v1