UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (ADM/AJB)<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONCERNING THE HOVSTONE TRANSACTION** |

TO: Defendant Pinnacle Corporation, Defendant Town & Country Homes, Inc., and their attorneys, Darren B. Schwiebert of FREDRIKSON & BYRON, P.A., 4000 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402;

Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., and The Bloodgood Group, Inc., and their attorneys, Holly J. Newman, MACKALL, CROUNSE & MOORE, PLC, 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 30, 2006, at 1:30 p.m. before The Honorable Arthur J. Boylan, United States District Court Magistrate Judge, United States Courthouse, 180 East Fifth Street, Courtroom 4, St. Paul, MN 55101, Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes will bring a Motion to Compel Discovery from Defendants Pinnacle and Town & Country Concerning the Hovstone Transaction.

Dated: October 16, 2006

s/ Craig S. Krummen

Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.

**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com

2957998v1