**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,

Plaintiff,

vs.

Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants,

and

Town & Country Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff,

vs.

Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No.: 01-CV-1980 (ADM/AJB)

**L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONCERNING THE HOVSTONE TRANSACTION**

Pursuant to Rule LR 7.1(c) the undersigned hereby certifies, as counsel for Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes, that this Memorandum of Law in Support of Its Motion to Compel Discovery From Defendants Pinnacle and Town & Country Concerning the Hovstone Transaction was prepared in Microsoft Word 2000 using 13-point font.

The undersigned further certifies that this Memorandum complies with the type-length limitation as there are 2,698 words in this Memorandum, according to Microsoft Word 2000's word count, including headings, footnotes and quotations.

Dated: October 16, 2006.

**WINTHROP & WEINSTINE, P.A.**

s/Craig S. Krummen
Craig S. Krummen, #259081
David A. Davenport, #285109

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816

***Attorneys for Plaintiff The Rottlund Company, Inc.***

2962595v1