**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CERTIFICATE OF SERVICE**
Court File No. 01-CV-1980 (DSD/SRN)
ROTTLUND / PINNACLE

I hereby certify that on October 16, 2006 , I caused the following documents:

1. **PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONVERNING THE HOVSTONE TRANSACTION**
2. **PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONVERNING THE HOVSTONE TRANSACTION**
3. **PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONCERNING THE HOVSTONE TRANSACTION**;
4. **L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONCERNING THE HOVSTONE TRANSACTION**; **AND**
5. **AFFIDAVIT OF CRAIG S. KRUMMEN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PINNACLE AND TOWN & COUNTRY CONCERNING THE HOVSTONE TRANSACTION,**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **David A Donna**
  ddonna@donnalaw.com
- **Matthew I Farmer**
  matt.farmer@mclolaw.com
- **James R Ferguson**
  jferguson@mayerbrownrowe.com
- **Rodney A Honkanen**
  honkanenr@srsg.net williamss@srsg.net;glasert@srsg.net
- **Dean R Karau**
  dkarau@fredlaw.com
- **Daniel J Maertens**
- **Cynthia A Moyer**
  cmoyer@fredlaw.com cthomas@fredlaw.com
- **Christopher J Murdoch**
  chris.murdoch@hklaw.com
- **Holly J Newman**
  hjn@mcmlaw.com
- **Scott W Petersen**
  scott.petersen@hklaw.com

- **Marilyn J Rosberg**
  mjr@mcmlaw.com
- **Edward F Ryan**
  edward.ryan@hklaw.com
- **Darren B Schwiebert**
  dschwiebert@fredlaw.com kraba@fredlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable

I further certify that I caused the Proposed Order to be filed with the court via e-mail to the following Judge who is hearing the motion and the following counsel of record:

Magistrate Judge Arthur J. Boylan boylan_chambers@mnd.uscourts.gov

| | | |
|---|---|---|
| Christopher J. Murdoch | chris.murdoch@hklaw.com | Attorneys for Pinnacle |
| Holly J. Newman | hjn@mcmlaw.com | Attorneys for BSB & BGI |
| Darren B. Schwiebert | dschwiebert@fredlaw.com | Attorneys for Town & Country |

Dated: October 16, 2006.

**WINTHROP & WEINSTINE, P.A.**

s/Craig S. Krummen
Craig S. Krummen, #259081
David A. Davenport, #285109

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6716
Facsimile: (612) 604-6816

***Attorneys for Plaintiff The Rottlund Company, Inc.***

2962769v1