**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants. | No.: 01-CV-1980 (ADM/AJB)<br><br>**WORD COUNT COMPLIANCE CERTIFICATE** |

I certify that this brief conforms to the requirements of LR 7.1(c) and LR 7.1(e) for a brief produced with a proportional font. The length of this brief is 2550 words. This brief was prepared using Microsoft Word 2003 and the word processing program has been applied specifically to include all text, including headings, footnotes, and

quotations for word count purposes.

Dated: October 23, 2006

s/Darren B. Schwiebert

Todd Wind (#196514)
Darren B. Schwiebert (#260642)
James R. Mayer (#312241)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANTS HOVSTONE PROPERTIES MINNESOTA L.L.C. (f/k/a TOWN & COUNTRY HOMES, INC.) AND HOVSTONE PROPERTIES ILLINOIS L.L.C. (f/k/a PINNACLE CORPORATION)