**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants. | No.: 01-CV-1980 (ADM/AJB)<br><br>**DECLARATION OF DARREN B. SCHWIEBERT IN SUPPORT OF DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY CONCERNING THE HOVSTONE TRANSACTION** |

Darren Schwiebert states as follows:

1. I am one of the attorneys representing Defendants in the above-captioned matter. I am licensed to practice law in the State of Minnesota and the United States District Court for the District of Minnesota.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Hovstone transaction documents produced to Plaintiff on September 11, 2006.

3. Defendants have already provided Plaintiff with updated financial documents regarding sales of any of the accused products by Defendants.

October 23, 2006.

s/Darren B. Schwiebert
Darren B. Schwiebert

4100813_1.DOC