# EXHIBIT A

# TO THE DECLARATION OF DARREN B. SCHWIEBERT IN SUPPORT OF DEFENDANTS MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

FORM **BCA 11.39** (rev. Dec. 2003)
**ARTICLES OF MERGER, BETWEEN ILLINOIS CORPORATIONS AND LIMITED LIABILITY COMPANIES**
Business Corporation Act

Jesse White, Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 782-6961
www.cyberdriveillinois.com

Remit payment in the form of a check or money order payable to the Secretary of State.

The filing fee is $100, but if merger involves more than 2 corporations, $50 for each additional corporation.

**FILED**
MAR 0 1 2005
JESSE WHITE
SECRETARY OF STATE

File # 52705061 Filing Fee: $ 100 Approved:

Submit in duplicate — Type or Print clearly in black ink — Do not write above this line

1. Names of the corporations and limited liability companies proposing to merge and the state or country of their organization or incorporation:

| Name of Corporation Limited Liability Company | State or Country of Organization/Incorporation | Corporation File Number |
|---|---|---|
| Pinnacle Corporation (NS) | Illinois | 52705061 |
| Hovstone Properties Illinois L.L.C. (S) | Delaware | 3928155 |
| | | |
| | | |

2. The laws of the state or country under which each corporation and Limited Liability Company are organized, permit such merger.

3. (a) Name of the surviving party: Hovstone Properties Illinois L.L.C.
   (b) It shall be governed by the laws of: Delaware

If not sufficient space to cover this point, add one or more sheets of this size.

4. Plan of merger is as follows:

See attached Plan of Merger.

**PAID**
MAR 0 1 2005
EXPEDITED
SECRETARY OF STATE

5. Plan of merger was approved, as to each limited liability company, in compliance with the laws of the state under which it is organized, and (b) as to each Illinois corporation, as follows:

*(Only "X" one box for each Illinois corporation)*

| Name of Corporation | By the shareholders, a resolution of the board of directors having been duly adopted and submitted to a vote at a meeting of shareholders. Not less than the minimum number of votes required by statute and by the articles of incorporation voted in favor of the action taken. (§ 11.20) | By written consent of the shareholders having not less than the minimum number of votes required by statute and by the articles of incorporation. Shareholders who have not consented in writing have been given notice in accordance with § 7.10 (§ 11.20) | By written consent of ALL the shareholders entitled to vote on the action, in accordance with § 7.10 & § 11.20 |
|---|---|---|---|
| Pinnacle Corporation | ☐ | ☐ | ☒ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

6. *(Not applicable if survivor is an Illinois corporation or an Illinois Limited Liability Company)*

It is agreed that, upon and after the issuance of a certificate of merger by the Secretary of State of the State of Illinois:

a. The surviving limited liability company may be served with process in the State of Illinois in any proceeding for the enforcement of any obligation of any corporation organized under the laws of the State of Illinois which is a party to the merger and in any proceeding for the enforcement of the rights of a dissenting shareholder of any such corporation organized under the laws of the State of Illinois against the surviving limited liability company.

b. The Secretary of State of the State of Illinois shall be and hereby is irrevocably appointed as the agent of the surviving limited liability company to accept service of process in any such proceedings, and

c. The surviving limited liability company will promptly pay to the dissenting shareholders of any corporation organized under the laws of the State of Illinois which is a party to the merger the amount, if any, to which they shall be entitled under the provisions of "The Business Corporation Act of 1983" of the State of Illinois with respect to the rights of dissenting shareholders.

7.(a.) The undersigned corporations have caused these articles to be signed by their duly authorized officers, each of whom affirms, under penalties of perjury, that the facts stated herein are true. (All signatures must be in **BLACK INK**.)

Dated March, 2005 (Month & Day) (Year)

Pinnacle Corporation (Exact Name of Corporation)

(Any authorized officer's signature)

Thomas E. Ryan - Chief Exec.Officer (Type or Print Name and Title)

Dated ______, ______ (Month & Day) (Year)

______ (Exact Name of Corporation)

______ (Any authorized officer's signature)

______ (Type or Print Name and Title)

---

7.(b.) The undersigned limited liability companies have caused these articles to be signed by their duly authorized person, who affirms, under penalties of perjury, that the facts stated herein are true. (All signatures must be in **BLACK INK**.)

Dated ______, 2005 (Month & Day) (Year)

Hovstone Properties Illinois L.L.C. (Exact Name of Limited Liability Company)

by ______ (Signature)

______ (Type or Print Name and Title)

Dated ______, ______ (Month & Day) (Year)

______ (Exact Name of Limited Liability Company)

by ______ (Signature)

______ (Type or Print Name and Title)

# PLAN OF MERGER

The following Plan of Merger, which was adopted and approved by each party to the merger in accordance with subsection (c) of Section 11.39 of the Illinois Business Corporation Act of 1983 (the "Act"), and Section 18-209 of the Delaware Limited Liability Company Act, is being submitted in accordance with subsection (b) of Section 11.39 of the Act.

## Article I - Merging Entity

The name, street address of its principal office, jurisdiction and entity type of the merging entity (hereinafter, the "Merging Entity"), is as follows:

Pinnacle Corporation, an Illinois corporation
d/b/a Town & Country Homes
d/b/a True North Communities
c/o Town and Country Homes
1806 S. Highland Ave. #100
Lombard, IL 60148

## Article II - Surviving Entity

The name, street address of its principal office, jurisdiction and entity type of the surviving entity (hereinafter, the "Surviving Entity"), is as follows:

Hovstone Properties Illinois L.L.C.,
a Delaware limited liability company
c/o K Hovnanian Companies LLC
10 Highway 35
Red Bank, NJ 07701

## Article III - Terms and Conditions

The terms and conditions of the merger are as follows:

The Merging Entity shall be merged with and into the Surviving Entity. At the effective time of the merger (the "Effective Time"), each of the shares of stock of the Merging Entity shall be cancelled and shall be converted automatically into the right to receive an amount of cash from the Surviving Entity, as set forth in that certain Agreement and Plan of Mergers, entered into as of the 1st day of March, 2005. At the Effective Time, the Certificate of Formation and the Limited Liability Company Agreement of the Surviving Entity as in effect as of the Effective Time, shall continue in full force and effect following the merger until amended in accordance with its terms. The manager and officers of the Surviving Entity immediately prior to the Effective Time shall, from and after the Effective Time, be the manager and officers of the Surviving Entity, until their respective successors are duly elected or appointed and qualified or

until the earlier of their death, resignation or removal. The outstanding membership interests in the Surviving Entity shall be unaffected by the merger. Promptly following the execution of that certain Agreement and Plan of Mergers by the Chief Executive Officer of the Merging Entity and the Senior Vice President of the Surviving Entity, the Senior Vice President of the Surviving Entity shall file Articles of Merger with the Illinois Secretary of State and a Certificate of Merger with the Delaware Secretary of State.

## Article IV - Manner and Basis of Converting Interests

The manner and basis of converting the interests, shares, obligations or other securities of the Merging Entity into the interests, shares, obligations of the Surviving Entity, in whole or in part, into cash or other property are as follows:

The interest of each shareholder in the Merging Entity, represented as shares of stock, shall be converted into the right to receive an amount and form of consideration from the Surviving Entity, as set forth in that certain Agreement and Plan of Mergers, entered into as of the 1st day of March, 2005.

## Article V - Surviving Entity

The names and addresses of all of the managers of Hovstone Properties Illinois L.L.C., the Surviving Entity, are:

HOVSTONE HOLDINGS L.L.C.,
a Delaware limited liability company
c/o K Hovnanian Companies L.L.C.
10 Highway 35
Red Bank, NJ 07701



STATE OF ILLINOIS
Office of the Secretary of State
I hereby certify that this is a true and correct copy, consisting of Six pages, as taken from the original on file in this office.

Jesse White
JESSE WHITE
SECRETARY OF STATE

DATED: March 08, 2005
BY: [signature]

**EXPEDITED**
SECRETARY OF STATE
MAR 08 2005
EXP. FEES 50.00
COPY FEES 35.00

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"PINNACLE CORPORATION", A ILLINOIS CORPORATION,

WITH AND INTO "HOVSTONE PROPERTIES ILLINOIS L.L.C." UNDER THE NAME OF "HOVSTONE PROPERTIES ILLINOIS L.L.C.", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF MARCH, A.D. 2005, AT 3:56 O'CLOCK P.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3928155 8100M

050171924

AUTHENTICATION: 3712856

DATE: 03-01-05

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:56 PM 03/01/2005
FILED 03:56 PM 03/01/2005
SRV 050171924 - 3928155 FILE

**CERTIFICATE OF MERGER**
**OF**
**PINNACLE CORPORATION**
**INTO**
**HOVSTONE PROPERTIES ILLINOIS L.L.C.**

(Under Section 18-209 of the Delaware Limited Liability Company Act)

The undersigned limited liability company formed and existing under and by virtue of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101, et seq. (the "Act"),

DOES HEREBY CERTIFY:

FIRST: The name and jurisdiction of formation or organization of each of the constituent entities which is to merge are as follows:

| Name | Jurisdiction of Formation or Organization |
|---|---|
| Pinnacle Corporation | Illinois |
| Hovstone Properties Illinois L.L.C. | Delaware |

SECOND: An Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent entities in accordance with Section 18-209 of the Act and, with respect to Pinnacle Corporation, Section 11.39(c) of the Illinois Business Corporation Act of 1983.

THIRD: The name of the surviving Delaware limited liability company is Hovstone Properties Illinois L.L.C.

FOURTH: The merger of Pinnacle Corporation into Hovstone Properties Illinois L.L.C. shall be effective upon the filing of this Certificate of Merger with the Secretary of State of the State of Delaware.

FIFTH: The executed Agreement and Plan of Merger is on file at a place of business of the surviving Delaware limited liability company. The address of such place of business of the surviving Delaware limited liability company is c/o K. Hovnanian Companies LLC, 10 Highway 35, Red Bank, NJ 07701.

SIXTH: A copy of the Agreement and Plan of Merger will be furnished by the surviving Delaware limited liability company, on request and without cost, to any member of, or any other person having interest in, Hovstone Properties Illinois L.L.C., and to any stockholder of, or any other person having interest in, Pinnacle Corporation.

045050-0050-08726-NY03.2419748.1

**IN WITNESS WHEREOF,** Hovstone Properties Illinois L.L.C., as the surviving domestic limited liability company, has caused this Certificate of Merger to be signed as of the 1st day of March, 2005.

HOVSTONE PROPERTIES ILLINOIS L.L.C.

By: [signature]

Name: Peter S. Reinhart
Title: Senior Vice President

7S-566

# State of Minnesota

# SECRETARY OF STATE

## Certificate of Merger

I, Mary Kiffmeyer, Secretary of State of Minnesota, certify that the documents required to effectuate a merger between the entities listed below and designating the surviving entity have been filed in this office on the date noted on this certificate; and the qualification of any non-surviving entity to do business in Minnesota is terminated on the effective date of this merger.

Merger Filed Pursuant to Minnesota Statutes, Chapter: 302A

State of Formation and Names of Merging Entities:

MN: TOWN & COUNTRY HOMES, INC.
DE : HOVSTONE PROPERTIES MINNESOTA L.L.C.

State of Formation and Name of Surviving Entity:

DE: HOVSTONE PROPERTIES MINNESOTA L.L.C.

Effective Date of Merger: 03/01/2005

Name of Surviving Entity After Effective Date of Merger:

HOVSTONE PROPERTIES MINNESOTA L.L.C.

This Certificate has been issued on 03/01/2005.

THE GREAT SEAL OF THE STATE OF MINNESOTA
L'ETOILE DU NORD
1858

Mary Kiffmeyer
Secretary of State.

12562530002

75-566 DC-m

**ARTICLES OF MERGER**
**of**
**Town & Country Homes, Inc.**
**with and into**
**Hovstone Properties Minnesota L.L.C.**

These Articles of Merger relate to the merger (the "**Merger**") of Town & Country Homes, Inc., a Minnesota corporation ("**TC Minnesota**"), with and into Hovstone Properties Minnesota L.L.C., a Delaware limited liability company ("**HOV Minnesota**").

1. A Plan of Merger, dated March 1, 2005 (the "**Plan of Merger**"), is attached hereto as Exhibit A. As provided in the Plan of Merger, HOV Minnesota will continue as the surviving company under the name it possesses immediately before the effective time of the Merger.

2. The Merger is permitted by the laws of the State of Delaware, the jurisdiction under which HOV Minnesota is organized, and the Plan of Merger was approved and adopted by HOV Minnesota in accordance with the Delaware Limited Liability Company Act.

3. TC Minnesota approved the Plan of Merger in accordance with Chapter 302A of the Minnesota Statutes.

4. The Merger will be effective upon filing of these articles with the Minnesota Secretary of State.

5. HOV Minnesota, the surviving company in the Merger, hereby agrees that:

   (a) it may be served with process in the State of Minnesota in a proceeding for the enforcement of an obligation of a constituent entity and in a proceeding for the enforcement of the rights of a dissenting shareholder of a constituent entity against it;

   (b) the Minnesota Secretary of State is hereby irrevocably appointed as its agent to accept service of process in any such proceeding, and the address to which process may be forwarded is c/o National Registered Agents, Inc., 9 East Loockerman Street, Suite 1B, in the City of Dover, County of Kent, Delaware 19901; and

   (c) it will promptly pay to the dissenting shareholders of TC Minnesota the amount, if any, to which they are entitled under Section 302A.473 of the Minnesota Statutes.

* * * * *

[Signature page to follow]

Each party has caused these Articles of Merger to be signed by its duly authorized officer as of March 1, 2005.

**TOWN & COUNTRY HOMES, INC.**

By: ______________________
Name: MICHAEL J. RYAN
Title: CEO

**HOVSTONE PROPERTIES MINNESOTA L.L.C.**

By: ______________________
Name: ______________________
Title: ______________________

M1:1181151.02

Each party has caused these Articles of Merger to be signed by its duly authorized officer as of March 1, 2005.

**TOWN & COUNTRY HOMES, INC.**

By: ______________________
Name: ______________________
Title: ______________________

**HOVSTONE PROPERTIES MINNESOTA L.L.C.**

By: [signature]
Name: Peter S. Reinhart
Title: Senior Vice President

MI:1181151.02

**PLAN OF MERGER**

The following Plan of Merger, which was adopted and approved by each party to the merger in accordance with Chapter 302A of the Minnesota Statutes, is being submitted in accordance with Chapter 302A of the Minnesota Statutes.

**Article I - Merging Entity**

The name, street address of its principal office, jurisdiction and entity type of the merging entity (hereinafter, the "Merging Entity"), is as follows:

Town & Country Homes, Inc., a Minnesota corporation
7615 Smetna Lane, Suite 180
Eden Prarie, MN 55366

**Article II - Surviving Entity**

The name, street address of its principal office, jurisdiction and entity type of the surviving entity (hereinafter, the "Surviving Entity"), is as follows:

Hovstone Properties Minnesota L.L.C.,
a Delaware limited liability company
c/o K. Hovnanian Companies LLC
10 Highway 35
Red Bank, NJ 07701

**Article III - Terms and Conditions**

The terms and conditions of the merger are as follows:

The Merging Entity shall be merged with and into the Surviving Entity. At the effective time of the merger (the "Effective Time"), each of the shares of stock of the Merging Entity shall be cancelled and shall be converted automatically into the right to certain cash and other consideration from the Surviving Entity, as set forth in that certain Agreement and Plan of Mergers, entered into as of the 1st day of March, 2005. At the Effective Time, the Certificate of Formation and the Limited Liability Company Agreement of the Surviving Entity as in effect as of the Effective Time, shall continue in full force and effect following the merger until amended in accordance with its terms. The manager and officers of the Surviving Entity immediately prior to the Effective Time shall, from and after the Effective Time, be the manager and officers of the Surviving Entity, until their respective successors are duly elected or appointed and qualified or until the earlier of their death, resignation or removal. The outstanding membership interests in the Surviving Entity shall be unaffected by the merger. Promptly following the execution of that certain Agreement and Plan of Mergers by the Chief Executive Officer of the

Merging Entity and the Senior Vice President of the Surviving Entity, the Senior Vice President of the Surviving Entity shall file Articles of Merger with the Minnesota Secretary of State.

## Article IV - Manner and Basis of Converting Interests

The manner and basis of converting the interests, shares, obligations or other securities of the Merging Entity into the interests, shares, obligations of the Surviving Entity, in whole or in part, into cash or other property are as follows:

The interest of each shareholder in the Merging Entity, represented as shares of stock, shall be converted into the right to receive certain cash and other consideration from the Surviving Entity, as set forth in that certain Agreement and Plan of Mergers, entered into as of the 1st day of March, 2005.

## Article V - Surviving Entity

The names and addresses of all of the managers of Hovstone Properties Minnesota L.L.C., the Surviving Entity, are:

HOVSTONE HOLDINGS L.L.C.,
a Delaware limited liability company
c/o K. Hovnanian Companies L.L.C.
10 Highway 35
Red Bank, NJ 07701

STATE OF MINNESOTA
DEPARTMENT OF STATE
FILED
MAR 01 2005
KS
Mary Kiffmeyer
Secretary of State

MIADOCS 760573 2
045050-0050-08726-NY03.24199142

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"TOWN & COUNTRY HOMES, INC.", A MINNESOTA CORPORATION,

WITH AND INTO "HOVSTONE PROPERTIES MINNESOTA L.L.C." UNDER THE NAME OF "HOVSTONE PROPERTIES MINNESOTA L.L.C.", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF MARCH, A.D. 2005, AT 3:56 O'CLOCK P.M.

3928156 8100M

050171910

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 3712845

DATE: 03-01-05

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:56 PM 03/01/2005
FILED 03:56 PM 03/01/2005
SRV 050171910 - 3928156 FILE

# CERTIFICATE OF MERGER
# OF
# TOWN & COUNTRY HOMES, INC.
# INTO
# HOVSTONE PROPERTIES MINNESOTA L.L.C.

(Under Section 18-209 of the Delaware Limited Liability Company Act)

The undersigned limited liability company formed and existing under and by virtue of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101, et seq. (the "Act"),

DOES HEREBY CERTIFY:

FIRST: The name and jurisdiction of formation or organization of each of the constituent entities which is to merge are as follows:

| Name | Jurisdiction of Formation or Organization |
|---|---|
| Town & Country Homes, Inc. | Minnesota |
| Hovstone Properties Minnesota L.L.C. | Delaware |

SECOND: An Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent entities in accordance with Section 18-209 of the Act and, with respect to Town & Country Homes, Inc., Chapter 302A of the Minnesota Statutes.

THIRD: The name of the surviving Delaware limited liability company is Hovstone Properties Minnesota L.L.C.

FOURTH: The merger of Town & Country Homes, Inc., into Hovstone Properties Minnesota L.L.C. shall be effective upon the filing of this Certificate of Merger with the Secretary of State of the State of Delaware.

FIFTH: The executed Agreement and Plan of Merger is on file at a place of business of the surviving Delaware limited liability company. The address of such place of business of the surviving Delaware limited liability company is c/o K. Hovnanian Companies LLC, 10 Highway 35, Red Bank, NJ 07701.

SIXTH: A copy of the Agreement and Plan of Merger will be furnished by the surviving Delaware limited liability company, on request and without cost, to any member of, or any other person having interest in, Hovstone Properties Minnesota L.L.C., and to any stockholder of, or any other person having interest in, Town & Country Homes, Inc.

**IN WITNESS WHEREOF,** Hovstone Properties Minnesota L.L.C., as the surviving domestic limited liability company, has caused this Certificate of Merger to be signed as of the 1st day of March, 2005.

HOVSTONE PROPERTIES MINNESOTA L.L.C.

By: ______________________
Name: Peter S. Reinhart
Title: Senior Vice President

045050-0050-08726-NY03.2421896.1