**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants. | No.: 01-CV-1980 (ADM/AJB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 23, 2006, I caused the following documents:

Defendants' Memorandum Of Law In Opposition To Plaintiff's Motion To Compel Discovery Concerning The Hovstone Transaction And Word Count Compliance Certificate;

Declaration Of Darren B. Schwiebert In Support Of Defendants Memorandum Of Law In Opposition To Plaintiff's Motion To Compel Discovery Concerning The Hovstone Transaction

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-mail notice of electronic filing to the following:

David A. Davenport (ddavenport@winthrop.com)
Robert Weinstine (rweinstine@winthrop.com)

Craig Krummen (ckrummen@winthrop.com)
Holly J. Newman (hjn@mcmlaw.com)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

*None.*

Dated: October 23, 2006

s/Darren B. Schwiebert
Todd Wind (#196514)
Darren B. Schwiebert (#260642)
James R. Mayer (#312241)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANTS HOVSTONE PROPERTIES MINNESOTA L.L.C. (f/k/a TOWN & COUNTRY HOMES, INC.) AND HOVSTONE PROPERTIES ILLINOIS L.L.C. (f/k/a PINNACLE CORPORATION)