# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Rottlund Company, Inc.,

Plaintiff(s),

v.

Pinnacle Corp. and Town & Country Homes,

Defendant(s).

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv1980 ADM/AJB |
| Date: | October 30, 2006 |
| Court Reporter: | none |
| Tape Number: | 36 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:10 p.m. |
| Time in Court: | 40 Minutes |

APPEARANCES:

For Plaintiff: Craig Krummen
For Defendant: Darren B. Schweibert and Holly Newman (Bloodgood Group)

Interpreter / Language: NA / NA

Hearing on plaintiff's motion to compel discovery [Docket No. 932].

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: October 30, 2006

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Paul S.
Signature of law clerk