UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ROTTLUND COMPANY, INC., Civil No. 01-1980 ADM/AJB

Plaintiff,

v. ORDER

PINNACLE CORPORATION, ET AL.,

Defendants.

---

Counsel are hereby ordered to meet and confer regarding scheduling recommendations in the above captioned matter on or before November 9, 2006. The parties' scheduling recommendations shall be forwarded to the undersigned Magistrate Judge no later than November 13, 2006, by 3:00 p.m.

A scheduling conference will be held on November 14, 2006 at 9:00 a.m., in Room 720, 180 East Fifth Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: November 1, 2006

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The parties should note that the all-day settlement conference previously scheduled to be held on November 14, 2006, has been canceled. The conference on November 14, 2006, will be a scheduling conference only.

AJB