UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROTTLUND COMPANY, INC.,

Plaintiff,

v.

PINNACLE CORPORATION, ET. AL.,

Defendants.

**ORDER OF RECUSAL**
**Civil No. 01-1980(ADM/AJB)**

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

DATED: November 9, 2006

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT