# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-1980 ADM/AJB |
| | ) | Date: 11/14/06 |
| Pinnacle Corporation, et al., | ) | Court Reporter: |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: 10:00 a.m. |
| | ) | Time in Court: 1 Hours & Minutes |

Hearing on: **Scheduling Conference**

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- √ Scheduling conference held.
- √ Dates discussed for the progression of the case. This case shall be trial ready on February 5, 2007. Letters regarding the interim scheduling are due to the Court by Noon on Friday, November 17, 2006.

s/KAT
Judicial Assistant