UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ROTTLUND COMPANY, INC., Civil No. 01-1980 ADM/AJB

Plaintiff,

v. ORDER

PINNACLE CORPORATION, ET AL.,

Defendants.

---

WHEREAS, the Court has received the parties' letters dated November 17, 2006, and

WHEREAS, the Court believes that it is appropriate to allow each party to respond to the points raised in the opposing parties' submissions,

NOW THEREFORE, IT IS HEREBY ORDERED THAT each party may file a letter responding to points raised in the opposing parties' correspondence dated November 17, 2006. Said response shall not provide further argument. The response is strictly limited to commenting and replying to points raised in the November 17th letters. Any responses to be filed shall be delivered to chambers no later than 4:30 p.m. on Tuesday, November 21, 2006.

Dated: November 17, 2006

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge