**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Rottlund Company, Inc.,

Plaintiff,

v.

Pinnacle Corporation, an Illinois Corporation d/b/a Town & Country Homes; Town and Country Homes, a Minnesota Corporation; Bloodgood Group Inc., an Iowa Corporation; Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation; Hovstone Properties Illinois LLC; and Hovstone Properties Minnesota LLC;

Defendants.

Civil No. 01-1980 (DWF/AJB)

**NOTICE OF JURY TRIAL**

---

Date and Location of Trial

The above action is scheduled for trial before the undersigned beginning Tuesday, May 29, 2007, at 9:00 AM, in Courtroom 3, at the interim courthouse located at 180 East 5th Street, 7th Floor, St. Paul, Minnesota 55101. If not already scheduled, counsel should be aware that, upon receipt of this notice, the Magistrate Judge assigned to this case will be scheduling a full settlement conference. Further, a pretrial conference is scheduled for Wednesday, May 23, 2007, at 9:00 AM, in Courtroom 1, at the same location as trial.

Documents to be Submitted for Trial

Unless otherwise ordered, counsel shall deliver two copies of the following documents marked to the attention of the Court's chambers and be delivered to 180 East 5th Street, 7th Floor, St. Paul, Minnesota 55101 by **May 18, 2007**.

1. Documents Required for All Trials:

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| A. **Statement of the Case.** A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary and procedural issues. The statement shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues. | ✓ | ✓ | May18, 2007 |

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| B. **Exhibit List.** If exhibits are to be offered at trial, the following procedure must be followed:<br>(i) Mark all exhibits for identification. All exhibits shall be marked, as much as possible, in the sequence they will be offered, with Arabic numbers. Each exhibit should also be marked with the case number.<br>Example: Pltf. or Deft. #1<br>Civ. 04-397<br>(Multiple parties list name, *e.g.*, Pltf. Smith #1)<br><br>(ii) Counsel shall make available for examination and, if requested, copying by all counsel, all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause shown. | | | May18, 2007 |
| (iii) Submit a list of exhibits that will be presented at trial on behalf of their client(s). The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall include the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown. | ✓ | ✓ | May18, 2007 |
| C. **Witness List.** The list shall include the names and addresses of the witnesses, along with a short statement of the substance of the expected testimony of each witness. Only witnesses so listed shall be permitted to testify except for good cause shown. | ✓ | ✓ | May18, 2007 |

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| D. **List of Deposition Testimony.**<br>(i) List of deposition testimony to be offered into evidence in lieu of live testimony. The list shall designate those specific parts of depositions to be offered at trial. Only depositions so listed shall be offered into evidence at trial except for good cause shown. | ✓ | ✓ | May18, 2007 |
| (ii) Any party who wishes to object to listed deposition testimony shall submit objections. | ✓ | ✓ | May 21, 2007 |
| E. **Motions in limine.**<br>(i) All motions must be filed as outlined in Local Rule 5.1. If a motion has tabbed attachments, please mail or deliver to 700 Federal Courts Building 316 North Robert Street, St. Paul, MN 55101 one copy marked to the attention of the Court's chambers. | ✓ | ✓ | May18, 2007 |
| (ii) All responses to motions in limine must be filed as outlined in Local Rule 5.1. If a response has tabbed attachments, please mail or deliver to 700 Federal Courts Building 316 North Robert Street, St. Paul, MN 55101 one copy marked to the attention of the Court's chambers. | ✓ | ✓ | May 21, 2007 |

2. Additional Documents for Jury Trials. In all jury trials, counsel shall submit the following documents in addition to those listed above:

| Document | | E-file | E-mail* | No Later Than |
|---|---|---|---|---|
| A. | **Joint Statement of the Case.** The Court expects the parties to jointly submit a proposed statement of the case. The statement of the case should be a summary of the case, including the title, nature of the action, plaintiff's position, nature of the defense, and defendant's position. (The Court's intent is to give the parties input into the statement that will be read to the jury during voir dire.) | ✓ | ✓ | May18, 2007 |
| B. | **Proposed Voir Dire Questions**. | ✓ | ✓ | May18, 2007 |
| C. | **Proposed Jury Instructions.** Exceptions are provided for those instructions whose need could not be foreseen. Each proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority. Jury instructions are to be submitted in the following format:<br>(i) The parties are required to jointly submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other two weeks prior to the filing deadline. The parties should then meet, confer, and submit one complete set of agreed upon instructions. | ✓ | ✓ | May18, 2007 |
| D. | **Proposed Special Verdict Forms**. | ✓ | ✓ | May18, 2007 |

3. Additional Documents for Non-Jury Trials.

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| **Proposed Findings of Fact and Conclusions of Law.** In all non-jury trials, counsel shall submit proposed findings of fact and conclusions of law in addition to the documents listed in section 1, above. | ✓ | ✓ | May18, 2007 |

4. Counsel for all parties are strongly encouraged to meet prior to trial to:

A. Stipulate to all uncontested facts and matters not in controversy.

B. Stipulate to which exhibits may be received without objection prior to trial.

C. Discuss settlement.

Failure to Comply

The failure of any party to comply with the procedures outlined herein shall result in the imposition of an appropriate sanction.

Questions regarding the calendar may be directed to Lowell Lindquist, Calendar Clerk to Judge Frank, 180 East 5th Street, 7th Floor, St. Paul, Minnesota 55101, (651) 848-1296.

**UNDER THE SPEEDY TRIAL ACT, THE TRIAL OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: February 6, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court

* E-mail to Frank_Chambers@mnd.uscourts.gov in WordPerfect 9.0 or Microsoft Word 2000 format.