UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc.
d/b/a Rottlund Homes, a Minnesota
Corporation,
Plaintiff,

vs.

Pinnacle Corporation
d/b/a Town & Country Homes, et al

Defendants,

Case No.: 01-CV-1980 (DSD/SRN)

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court that Philip R. Mahowald no longer works for the law firm of Winthrop & Weinstine, P.A. and is withdrawing as counsel of record for Plaintiff The Rottlund Company, Inc. d/b/a Rottlund Homes. Robert R. Weinstine, Craig S. Krummen, and David A. Davenport of Winthrop & Weinstine, P.A., shall remain as attorneys for Plaintiff.

Dated: February 7, 2007

s/ Craig S. Krummen

Robert R. Weinstine, #115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
WINTHROP & WEINSTINE, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
rweinstine@winthrop.com
ckrummen@winthrop.com
ddavenport@winthrop.com