UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DSD/SRN)<br><br>**REVISED SCHEDULING ORDER** |

For the limited purpose of updating each party's intended evidence on damages in this case, the Pretrial Scheduling Order is amended as follows. At the trial of this matter, commencing May 29, 2007, the plaintiff will be permitted to present evidence of damages, and the defendants will be permitted to rebut evidence of damages as of March 1, 2007.

Accordingly, all discovery of such damages shall be completed in accordance with this amended schedule. At the pretrial conference to be scheduled with Judge Frank immediately prior to trial, the parties and Judge Frank will discuss the procedure for adjudicating potential additional damages, from March 1, 2007 to the date of trial.

1. All outstanding requests for production of documents and interrogatories, relevant to the issue of damages, shall be supplemented to reflect requested information as of March 1, 2007, no later than March 11, 2007. The parties shall meet and confer no later than March 15, 2007, to identify and resolve any outstanding discovery disputes related to this supplementation. Only if such disputes remain after the meet and confer, may the parties approach the Court for a status conference to resolve such disputes.

2. The limited number of fact depositions which relate to the supplementation of damages shall be taken no later than March 22, 2007, and shall be scheduled immediately.

3. Any supplementation of the plaintiff's expert reports as related to damages, based on this additional discovery shall be served on defendants no later than March 29, 2007. Any supplementation of the defendants' expert reports as related to damages, based on this additional discovery and the supplementation of plaintiff's expert reports shall be served on plaintiff no later than April 5, 2007.

4. Any additional expert depositions, if necessary, will be taken no later than April 15, 2007.

Dated: February 7, 2007

__s/ Arthur J. Boylan____________
ARTHUR J. BOYLAN
United States Magistrate Judge