# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Rottlund Company, Inc.,
d/b/a Rottlund Homes, a Minnesota
Corporation,

Plaintiff(s)

v.

Pinnacle Corporation,
d/b/a Town & Country Homes, an Illinois
Corporation, et al.,

Defendants.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 01-CV-1980 (ADM/AJB)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court that the following attorney, Marilyn J. Rosberg, of the firm of Mackall, Crounse & Moore, PLC, is withdrawing as counsel of record for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., ("BSB"), and the Bloodgood Group, Inc., ("BGI").

Holly J. Newman of Mackall, Crounse & Moore, PLC, remains counsel of record for BSB and BGI. In addition, Lawrence R. Commers of Mackall, Crounse & Moore, PLC, has been substituted for Marilyn J. Rosberg as counsel of record for BSB and BGI. Mr. Commers' contact information is as follows:

Lawrence R. Commers
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
E-Mail: lrc@mcmlaw.com

MACKALL, CROUNSE & MOORE, PLC

Date: March 9, 2007

s/ Holly J. Newman

Holly J. Newman, #26457X
Lawrence R. Commers, #0018235
Attorneys for Defendants BSB and BGI
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-305-1400
E-Mail Address: hjn@mcmlaw.com

HJN/men/829565v1