**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Rottlund Company, Inc.,

Plaintiff,

v.

Pinnacle Corporation, an Illinois Corporation d/b/a Town & Country Homes; Town and Country Homes, a Minnesota Corporation; Bloodgood Group Inc., an Iowa Corporation; Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation; Hovstone Properties Illinois LLC; and Hovstone Properties Minnesota LLC;

Defendants.

Civil No. 01-1980 (DWF/AJB)

**AMENDED**
**NOTICE OF JURY TRIAL**

---

Date and Location of Trial

The above action is scheduled for trial before the undersigned beginning Tuesday, May 29, 2007, at 9:00 AM, in Courtroom 12W at the United States Courthouse located at 300 South Fourth Street, Minneapolis, Minnesota 55415. If not already scheduled, counsel should be aware that, upon receipt of this notice, the Magistrate Judge assigned to this case will be scheduling a full settlement conference. Further, a pretrial conference is scheduled for Monday, May 21, 2007, at 9:30 AM, in Courtroom 3, at the interim courthouse located at 180 East 5th Street, St. Paul, Minnesota 55101.