UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ROTTLUND COMPANY, INC.,

Plaintiff,

v.

PINNACLE CORPORATION ET AL.,

Defendant.

Case No. 01-1980 DWF/AJB

NOTICE OF
SETTLEMENT CONFERENCE

---

A settlement conference will be held on May 7, at 11:00 a.m., in Suite 720, 180 East 5th Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. In the case of Pinnacle Corporation, n/k/a Hovstone Properties Illinois L.L.C. and Hovstone Properties Minnesota L.L.C, f/k/a Town & Country Homes, Inc., representatives of both joint venture partners shall be present. A claim representative for Connecticut Specialty Insurance Company and its counsel shall also be present at this settlement conference. Each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. In the case of the insurance company, the responsible agent must be present.

Dated: May 2, 2007

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge