# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Rottlund Company, Inc., Plaintiff, | ) | COURT MINUTES - CIVIL<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge |
| v. | ) | Case No: 01-1980 ADM/AJB<br>Date: 5/7/07<br>Court Reporter: |
| Pinnacle Corporation, et al., Defendant. | ) | Time Commenced: 11:00 a.m.<br>Time Concluded: 1:45 p.m.<br>Time in Court: 2 Hours & 45 Minutes |

Hearing on: **Settlement Conference**

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- √ Settlement discussions to continue.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

s/KT
Judicial Assistant