**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THE ROTTLUND COMPANY, INC.,

Plaintiff,

v.

PINNACLE CORPORATION ET AL.,

Defendant.

Case No. 01-1980 (DWF/AJB)

NOTICE OF
SETTLEMENT CONFERENCE

---

Counsel for the parties are directed to contact chambers on May 15, 2007, at 8:30 a.m. to update the Court as to the status of the settlement. Unless the Court is notified earlier that the settlement in the above matter is final, a settlement conference will be held on May 16, 2007, at 8:00 a.m., in Suite 720, 180 East 5th Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel for Connecticut Specialty Insurance Company and the responsible Claims Representative, and counsel for the Hovstone defendants shall be present.

Dated: May 8, 2007

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge