UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Rottlund Company, Inc. d/b/a Rottlund Homes, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, Town & Country Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,<br><br>Defendants,<br><br>and<br><br>Town & Country Homes, Inc., a Minnesota Corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation,<br><br>Third-Party Defendant. | No.: 01-CV-1980 (DWF/AJB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiffs **The Rottlund Company, Inc. d/b/a Rottlund Homes**, and Defendants **Hovstone Properties Illinois L.L.C.**, a Delaware limited liability company, f/k/a **Pinnacle Corporation d/b/a Town & Country Homes, Hovstone Properties Minnesota L.L.C.**, a Delaware limited liability company, f/k/a **Town & Country Homes, Inc., Bloodgood Sharp Buster Architects & Planners of Iowa, Inc.**, an Iowa Corporation, and **The Bloodgood Group, Inc.**, an Iowa Corporation, above-named, and each of them, by and through their respective counsel, that any and all claims any party raised, or could have raised, against any other party based on the transactions alleged in any of the pleadings

filed in the above-referenced matter, are dismissed with prejudice and on the merits, without further cost to any party.

The Confidential Stipulation attached hereto as Exhibit B is made part of and incorporated herein.

Dated: June 19, 2007.

WINTHROP & WEINSTINE, P.A.

By: Craig S. Krummen
Craig S. Krummen, Esq., #259081

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

***Attorneys for Plaintiff The Rottlund Company, Inc.***

Dated: ______________, 2007.

FREDRIKSON & BYRON, P.A.

By: ______________________
Todd Wind, Esq., #196514

4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

***Attorneys for Defendants Hovstone Properties Illinois, L.L.C. (f/k/a Pinnacle Corporation) and Hovstone Properties Minnesota, L.L.C. (f/k/a Town & Country Homes, Inc.)***

Dated: ______________, 2007.

MACKALL, CROUNSE & MOORE, PLC

By: ______________________
Holly J. Newman, Esq., #026457X

1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

***Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.***

filed in the above-referenced matter, are dismissed with prejudice and on the merits, without further cost to any party.

The Confidential Stipulation attached hereto as Exhibit B is made part of and incorporated herein.

Dated: ________________, 2007.

WINTHROP & WEINSTINE, P.A.

By: ________________________
Craig S. Krummen, Esq., #259081

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

***Attorneys for Plaintiff The Rottlund Company, Inc.***

Dated: May 31, 2007.

FREDRIKSON & BYRON, P.A.

By: ________________________
Todd Wind, Esq., #196514

4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

***Attorneys for Defendants Hovstone Properties Illinois, L.L.C. (f/k/a Pinnacle Corporation) and Hovstone Properties Minnesota, L.L.C. (f/k/a Town & Country Homes, Inc.)***

Dated: ________________, 2007.

MACKALL, CROUNSE & MOORE, PLC

By: ________________________
Holly J. Newman, Esq., #026457X

1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

***Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.***

filed in the above-referenced matter, are dismissed with prejudice and on the merits, without further cost to any party.

The Confidential Stipulation attached hereto as Exhibit B is made part of and incorporated herein.

Dated: ______________, 2007.

WINTHROP & WEINSTINE, P.A.

By: ______________________
Craig S. Krummen, Esq., #259081

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

***Attorneys for Plaintiff The Rottlund Company, Inc.***

Dated: ______________, 2007.

FREDRIKSON & BYRON, P.A.

By: ______________________
Todd Wind, Esq., #196514

4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

***Attorneys for Defendants Hovstone Properties Illinois, L.L.C. (f/k/a Pinnacle Corporation) and Hovstone Properties Minnesota, L.L.C. (f/k/a Town & Country Homes, Inc.)***

Dated: 5/31, 2007.

MACKALL, CROUNSE & MOORE, PLC

By: [signature]
Holly J. Newman, Esq., #026457X

1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

***Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.***