# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation

Plaintiff,

vs.

Pinnacle Corporation, d/b/a Town & County Homes, an Illinois Corporation, and Town & County Homes, Inc., a Minnesota Corporation, Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation, and The Bloodgood Group, Inc., an Iowa Corporation,

Defendants.

and

Town & County Homes, Inc., a Minnesota Corporation,

Third-Party Plaintiff

vs.

Bloodgood Sharp Buster Architects and Planners of Iowa, Inc., an Iowa Corporation,

Third-Party Defendant.

No. 01-CV-1980 (DWF/AJB)

**CONFIDENTIALITY STIPULATION**

WHEREAS, The Rottlund Company, Inc., d/b/a Rottlund Homes, a Minnesota Corporation, ("Rottlund") filed an action in the United States District Court, District of Minnesota, against Pinnacle Corporation d/b/a Town & Country Homes, an Illinois Corporation, ("Pinnacle"), Town & Country Homes, Inc., a Minnesota Corporation, ("Town & Country"), Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., an Iowa Corporation, ("BSB"), and The Bloodgood Group, Inc., an Iowa Corporation, ("Bloodgood"), (collectively the "Defendants") said action being Court File No. 01-CV-1980) (the "Proceeding");

The above parties and their counsel, hereby stipulate and agree as follows:

1. The terms of the Settlement Agreement between the parties shall be kept confidential by the parties, their representatives and attorneys, subject to paragraph 2 below.

2. The Settling Parties are allowed to disclose that this dispute was resolved to the parties' mutual satisfaction and that there was no admission of liability or merit to any of the claims or defenses presented in the Proceeding. The Settling Parties agree that all of the financial terms of this Agreement are confidential, and each Settling Party agrees to not disclose, or cause to be disclosed, any of the financial terms of this Agreement with the following exceptions: (a) The Settling Parties agree that the language memorialized in the attached Exhibit A is not confidential; and (b) the Settling Parties may provide information regarding the financial terms and conditions of this Agreement to the appropriate and necessary people, entities, and authorities for legal, tax, and/or accounting purposes, or pursuant to Court Order.

3. It is agreed that this Confidentiality Stipulation will be incorporated into the Order for Dismissal by the Court.

Dated: 5/21/07, 2007

THE ROTTLUND COMPANY, INC., d/b/a ROTTLUND HOMES,
a Minnesota corporation

By: [signature]

STEVEN A. KAHN
(printed name)

Its CHIEF FINANCIAL OFFICER

Dated: ____________, 2007

HOVSTONE PROPERTIES ILLINOIS, L.L.C.,
a Delaware limited liability company

By: ____________

____________
(printed name)

Its ____________

HOVESTONE PROPERTIES MINNESOTA, L.L.C.,
a Delaware limited liability company

By: ____________

Dated: ____________, 2007

____________
(printed name)

Its ____________

1. The terms of the Settlement Agreement between the parties shall be kept confidential by the parties, their representatives and attorneys, subject to paragraph 2 below.

2. The Settling Parties are allowed to disclose that this dispute was resolved to the parties' mutual satisfaction and that there was no admission of liability or merit to any of the claims or defenses presented in the Proceeding. The Settling Parties agree that all of the financial terms of this Agreement are confidential, and each Settling Party agrees to not disclose, or cause to be disclosed, any of the financial terms of this Agreement with the following exceptions: (a) The Settling Parties agree that the language memorialized in the attached Exhibit A is not confidential; and (b) the Settling Parties may provide information regarding the financial terms and conditions of this Agreement to the appropriate and necessary people, entities, and authorities for legal, tax, and/or accounting purposes, or pursuant to Court Order.

3. It is agreed that this Confidentiality Stipulation will be incorporated into the Order for Dismissal by the Court.

Dated: ____________________, 2007

THE ROTTLUND COMPANY, INC., d/b/a ROTTLUND HOMES,
a Minnesota corporation

By: ______________________________

______________________________
(printed name)

Its ______________________

Dated: May 21, 2007

HOVSTONE PROPERTIES ILLINOIS, L.L.C.,
a Delaware limited liability company

By: [signature]

STEPHEN M. DAHL
(printed name)

Its VICE PRESIDENT

Dated: May 21, 2007

HOVESTONE PROPERTIES MINNESOTA, L.L.C.,
a Delaware limited liability company

By: [signature]

STEPHEN M. DAHL
(printed name)

Its VICE PRESIDENT

Dated: May 23, 2007

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.
an Iowa corporation

By: [signature]

LARRY W. MOORE
(printed name)

Its VICE-PRESIDENT

Dated: May 22, 2007

THE BLOODGOOD GROUP, INC.
an Iowa corporation

By: [signature]

STEPHEN C. MOORE
(printed name)

Its PRESIDENT

Dated: ____________________, 2007

WINTHROP & WEINSTINE, P.A.

By: ____________________
Craig S. Krummen, Esq., #259081

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

***Attorneys for Plaintiff The Rottlund Company, Inc.***

Dated: ____________________, 2007

FREDRIKSON & BYRON, P.A..

By: ____________________
Todd Wind, Esq., #196514

4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-4629
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

***Attorneys for Defendants Hovstone Properties Illinois, L.L.C. (f/k/a Pinnacle Corporation) and Hovstone Properties Minnesota, L.L.C. (f/k/a Town & Country Homes, Inc.)***

Dated: ______________________, 2007

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.
an Iowa corporation

By: ______________________________

______________________________
(printed name)
Its ______________________

Dated: ______________________, 2007

THE BLOODGOOD GROUP, INC.
an Iowa corporation

By: ______________________________

______________________________
(printed name)
Its ______________________

Dated: June 19, 2007

WINTHROP & WEINSTINE, P.A.

By: Craig S. Krummen
Craig S. Krummen, Esq., #259081

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

***Attorneys for Plaintiff The Rottlund Company, Inc.***

Dated: ______________________, 2007

FREDRIKSON & BYRON, P.A..

By: ______________________________
Todd Wind, Esq., #196514

4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-4629
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

***Attorneys for Defendants Hovstone Properties Illinois, L.L.C. (f/k/a Pinnacle Corporation) and Hovstone Properties Minnesota, L.L.C. (f/k/a Town & Country Homes, Inc.)***

Dated: ______________________, 2007

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.
an Iowa corporation

By: ______________________________

______________________________
(printed name)
Its ______________________

Dated: ______________________, 2007

THE BLOODGOOD GROUP, INC.
an Iowa corporation

By: ______________________________

______________________________
(printed name)
Its ______________________

Dated: ______________________, 2007

WINTHROP & WEINSTINE, P.A.

By: ______________________________
Craig S. Krummen, Esq., #259081

225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

***Attorneys for Plaintiff The Rottlund Company, Inc.***

Dated: May 31, 2007

FREDRIKSON & BYRON, P.A..

By: [signature]
Todd Wind, Esq., #196514

4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-4629
Telephone: (612) 492-7312
Facsimile: (612) 492-7077

***Attorneys for Defendants Hovstone Properties Illinois, L.L.C. (f/k/a Pinnacle Corporation) and Hovstone Properties Minnesota, L.L.C. (f/k/a Town & Country Homes, Inc.)***

Dated: 5/31, 2007

Mackall, CROUNSE & MOORE, PLC

By: [signature]
Holly J. Newman, Esq., #026457X

1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-4629
Telephone: (612) 305-1450
Facsimile: (612) 305-1414

***Attorneys for Defendants Bloodgood Sharp Buster Architects and Planners of Iowa, Inc. and The Bloodgood Group, Inc.***

# EXHIBIT A

# NON-EXCLUSIVE LICENSE AGREEMENT

This non-confidential license is given in furtherance of a settlement reached in **The Rottlund Company, Inc. v. Pinnacle Corporation d/b/a Town & Country Homes, Town & Country Homes, Inc., Bloodgood Sharp Buster Architects & Planners of Iowa, Inc., and The Bloodgood Group, Inc.**, said action being filed in the United States District Court, District of Minnesota, Court File No. 01-CV-1980.

a. Rottlund grants to BSB and Bloodgood Defendants a non-exclusive license to use, reproduce, modify and create derivative works from the Homestead Collection and Washington Square designs, technical drawings and architectural works. Rottlund shall not have any liability of any kind for Defendants' use, reproduction, modification or creation of derivative works from the Homestead Collection, Washington Square and Chateau designs, technical drawings and architectural works.

b. From and after the date of this Agreement, BSB and Bloodgood shall be prohibited from creating identical works to the designs, technical drawings and/or architectural works for the Homestead Collection and Washington Square, but are free to create derivative works and shall also be permitted to freely use all of BSB's details, designs, features, information, or other standard features. For purposes of this paragraph, "identical works" is defined as a work that is in all ways exactly the same as the Homestead Collection and Washington Square designs which are attached as Exhibit 1. In addition, BSB agrees not to create a work that is a two-story, back-to-back townhome **and** that is substantially similar to Villa II **and** is for a project in Minnesota and/or Iowa.

   It is agreed and understood that the restrictions on BSB as set forth in this paragraph 4b do not extend to non 2 story back-to-back townhomes, including, but not limited to any other existing or to be developed single family or multi-family product type.

c. Rottlund grants to Hovstone Properties Minnesota L.L.C., Hovstone Properties Illinois L.L.C. and K. Hovnanian T&C Homes at Minnesota, L.L.C. a perpetual, irrevocable, sublicensable, transferable, paid-up license to copyrights and all other intellectual property interests, that Rottlund has or claims to have in the technical drawings, blueprints, design and architectural work known as the Chateau Collection (the "Works"), to fully exploit the Works in any manner, including, but not limited to, using the Works, building, or having built, architectural structures represented by the Works, and modifying and creating derivative works of the Works.

d. The Defendants shall pay to Rottlund an amount set forth in a Confidential Mutual Settlement Agreement and Release between the parties in the above-referenced litigation, which shall represent good and valuable consideration for the non-exclusive license set forth above.

e. Each of Parties hereto acknowledges that this Agreement is in settlement of disputed claims. Neither the willingness to enter into this Agreement, nor any terms of this Agreement shall be regarded or construed in any way as an admission of liability, or an admission of merit regarding any actual or potential claims or allegations made by or against any of the Parties, all of whom expressly deny the same.

Dated: 5/21/07, 2007

THE ROTTLUND COMPANY, INC., d/b/a ROTTLUND HOMES,
a Minnesota corporation

By: [signature]

STEVEN A. KAHN
(printed name)

Its CHIEF FINANCIAL OFFICER

Dated: __________, 2007

HOVSTONE PROPOERTIES ILLINOIS, L.L.C.,
A Delaware limited liability company

By: __________

__________
(printed name)

Its __________

Dated: __________, 2007

HOVSTONE PROPERTIES MINNESOTA, L.L.C.,
a Delaware limited liability company

By: __________

__________
(printed name)

Its __________

Dated: __________, 2007

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.,
an Iowa Corporation

By: __________

__________
(printed name)

Its __________

Dated: ____________________, 2007

THE ROTTLUND COMPANY, INC., d/b/a ROTTLUND HOMES,
a Minnesota corporation

By: ______________________________

______________________________
(printed name)

Its ______________________________

Dated: May 21, 2007

HOVSTONE PROPOERTIES ILLINOIS, L.L.C.,
A Delaware limited liability company

By: [signature]

STEPHEN M. DAHL
(printed name)

Its VICE PRESIDENT

Dated: May 21, 2007

HOVSTONE PROPERTIES MINNESOTA, L.L.C.,
a Delaware limited liability company

By: [signature]

STEPHEN M. DAHL
(printed name)

Its VICE PRESIDENT

Dated: ____________________, 2007

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.,
an Iowa Corporation

By: ______________________________

______________________________
(printed name)

Its ______________________________

Dated: ____________________, 2007

THE ROTTLUND COMPANY, INC., d/b/a ROTTLUND HOMES,
a Minnesota corporation

By: ______________________________

______________________________
(printed name)

Its ______________________

Dated: ____________________, 2007

HOVSTONE PROPOERTIES ILLINOIS, L.L.C.,
A Delaware limited liability company

By: ______________________________

______________________________
(printed name)

Its ______________________

Dated: ____________________, 2007

HOVSTONE PROPERTIES MINNESOTA, L.L.C.,
a Delaware limited liability company

By: ______________________________

______________________________
(printed name)

Its ______________________

Dated: May 23, 2007

BLOODGOOD SHARP BUSTER ARCHITECTS & PLANNERS OF IOWA, INC.,
an Iowa Corporation

By: [signature]

LARRY W. MOORE
(printed name)

Its VICE-PRESIDENT

Dated: MAY 22, 2007

THE BLOODGOOD GROUP, INC.,
an Iowa Corporation

By: [signature]

STEPHEN C. MOORE
(printed name)

Its PRESIDENT