**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
01-1980-DSD/SRN (Rottlund v. Pinnacle)

I hereby certify that on the **19th** day of **June, 2007**, I caused the following document:

1. STIPULATION OF DISMISSAL WITH PREJUDICE;

2. CONFIDENTIALITY STIPULATION, ATTACHED AS EXHIBIT B TO STIPULATION OF DISMISSAL WITH PREJUDICE;

3. A NON-EXCLUSIVE LICENSE AGREEMENT, ATTACHED AS EXHIBIT A TO THE CONFIDENTIALITY STIPULATION,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Lawrence R. Commers | lrc@mcmlaw.com |
| David A. Davenport | ddavenport@winthrop.com |
| David A. Donna | ddonna@donnalaw.com |
| Matthew I. Farmer | Matt.farmer@mclolaw.com |
| Dean R. Karau | dkarau@fredlaw.com |
| Craig S. Krummen | ckrummen@winthrop.com |
| James R. Mayer | jmayer@fredlaw.com |
| Cynthia A. Moyer | cmoyer@fredlaw.com |
| Christopher J. Murdoch | Chris.murdoch@hklaw.com |
| Holly J. Newman | hjn@mcmlaw.com |
| Scott W. Petersen | Scott.peterson@hklaw.com |
| Edward F. Ryan | edward.ryan@hklaw.com |
| Darren B. Schwiebert | dschwiebert@fredlaw.com |
| Robert R. Weinstine | rweinstine@winthrop.com |
| Todd A. Wind | twind@fredlaw.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Daniel J. Maertens
Heartland America
8085 Century Boulevard
Chaska, MN 55318

Dated: June 19, 2007

s/ Craig S. Krummen
Robert R. Weinstine, #115435
Craig S. Krummen, #0259081
David A. Davenport, #0285109
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff**
225 South Sixth Street, Suite 3500

Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
ckrummen@winthrop.com