**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Rottlund Company, Inc.,
d/b/a Rottlund Homes,
a Minnesota Corporation,

Plaintiff,

v.

Pinnacle Corporation,
d/b/a Town & Country Homes,
an Illinois Corporation, and
Town & Country Homes, Inc., a
Minnesota Corporation, Bloodgood Sharp
Buster Architects and Planners of Iowa,
Inc., an Iowa Corporation, and The
Bloodgood Group, Inc., an Iowa
Corporation

Defendants.

and

Town & Country Homes, Inc., a
Minnesota Corporation,

Third-Party Plaintiff

vs.

Bloodgood Sharp Buster Architects and
Planners of Iowa, Inc., an Iowa
Corporation,

Third-Party Defendant.

Civil No. 01-1980 (DWF/AJB)

**ORDER**

---

Craig S. Krummen, Esq., David A. Davenport, Esq., Robert R. Weinstine, Esq., Winthrop & Weinstine, PA; and Philip R. Mahowald, Esq., Prairie Island Indian Community, counsel for Plaintiff.

Christopher J. Murdoch, Esq., Edward F. Ryan, Esq., and Scott W. Petersen, Esq., Holland & Knight; Cynthia A. Moyer, Esq., Darren B. Schweibert, Esq., Dean R. Karau, Esq., James R.

Mayer, Esq., and Todd A. Wind, Esq., Fredrikson & Byron, PA; Daniel J. Maertens, Esq., Heartland America; David A. Donna, Esq., Donna & Daly; Matthew I. Farmer, Esq., Cohn Baughman & Martin; and Rodney A. Honkanen, Esq., Spence Ricke Sweeney & Gernes; Hollny J. Newman, Esq., and Lawrence R. Commers, Esq., Mackall Crounse & Moore, PLC; counsel for Defendants.

---

The above-entitled matter having been fully, finally and completely compromised and settled between the parties for valuable consideration, its receipt and sufficiency of which are hereby acknowledged, by the parties (Doc. No. 960),

**IT IS HEREBY ORDERED**, that this matter be, and hereby is **DISMISSED WITH PREJUDICE** and on its merits, with each party leaving its respective costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Confidentiality Stipulation attached hereto as Exhibit B is made a part of and incorporated herein.

Dated: June 19, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court